# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROTERRA INC,<br><br>　　　　Debtor.<br>Tax ID No. 98-1551379 | Chapter 11<br><br>Case No. 23-11120 (BLS) |
| In re:<br><br>PROTERRA OPERATING COMPANY, INC.,<br><br>　　　　Debtor.<br>Tax ID No. 27-1878459 | Chapter 11<br><br>Case No. 23-11121 (BLS)<br><br>**Re: Docket No. 2** |

**ORDER, PURSUANT TO BANKRUPTCY RULE 1015(B) AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon the Debtors' motion (the "Motion")[1] for entry of an order (this "Order"), pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, (a) authorizing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

30640889.2

other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED on a final basis as set forth herein.

2. The Debtors' above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015(b) and Local Rule 1015-1.

3. The Clerk of the Court shall maintain one file and one docket for all of the Debtors' chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of Proterra Inc, Case No. 23-11120 (BLS).

4. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROTERRA INC, *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

30640889.2

2

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

5. All original pleadings shall be captioned as indicated in <u>Paragraph 4</u> herein and the Clerk of this Court shall make a docket entry in the docket of Debtor Proterra Operating Company, Inc. substantially as follows:

> An Order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Proterra Inc and Proterra Operating Company, Inc. The docket in the chapter 11 case of Proterra Inc, Case No. 23-11120 (BLS), should be consulted for all matters affecting these cases.

6. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

7. Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

8. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: August 10th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**