## EXHIBIT B

**Pugh Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROTERRA INC, *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JUSTIN D. PUGH
IN SUPPORT OF DEBTORS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING THE DEBTORS TO (I) EMPLOY AND
RETAIN FTI CONSULTING, INC. TO PROVIDE THE DEBTORS A CHIEF
TRANSFORMATION OFFICER AND CERTAIN ADDITIONAL PERSONNEL
AND (II) DESIGNATE JUSTIN D. PUGH AS CHIEF TRANSFORMATION
OFFICER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Justin D. Pugh, do hereby declare, under penalty:

1.     I am a Senior Managing Director with FTI Consulting, Inc. ("FTI").

2.     I have more than twelve (12) years of experience in the restructuring industry, which has consisted of a broad range of corporate recovery services and interim management roles. My restructuring experience includes operating and managing businesses in and out of court, conducting and managing sales and liquidations of assets and business interests, advising boards of directors on countless restructuring issues, developing and adjudicating claims, managing and assisting in litigation, negotiating settlements, and administering claims-payment structures in a variety of cases.  My industry specializations include power generation, renewable energy, manufacturing, retail, real estate, and financial services.

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459).  The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

3.      I am a founding member of the Power, Renewables, and Energy Transition ("PRET") practice at FTI, a team dedicated to servicing the power industry more broadly.  Through my involvement with the PRET team, I have served as a chief restructuring officer for entities involved in both power generation and in the power supply chain, led a utility scale powerplant through a chapter 11 process, advised numerous owners of thermal powerplants through out-of-court balance sheet restructurings, served as an expert witness on a number of disputes in the power industry, served as a board advisor on restructurings across the power value chain, and operated in interim management capacities for owners of companies associated with the energy transition.

4.      I am over the age of 18.  I submit this declaration (this "Declaration") in support of the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (i) Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Transformation Officer and Certain Additional Personnel and (ii) Designate Justin D. Pugh as Chief Transformation Officer for the Debtors, Effective as of the Petition Date* (the "Motion"), which seeks authorization of the employment and retention of FTI to provide the Debtors a Chief Transformation Officer (the "CTO") and certain additional personnel (the "Hourly Temporary Staff" and collectively with the CTO, the "FTI Professionals") as set forth in that certain engagement contract between the Debtors and FTI, effective as of August 7, 2023 (the "Engagement Contract").[2]  Except as otherwise noted, I have personal knowledge of or have relied upon the knowledge of others employed by FTI with respect to the matters set forth herein and if called as a witness, would testify competently thereto.

---

[2]    The Engagement Contract superseded a previously executed engagement letters dated as of June 23, 2023 and July 11, 2023.

5.      To the extent any information disclosed herein requires amendment or modification upon my completion of further review or as additional information becomes available to me, a supplemental declaration will be submitted to the Court.

## **FTI'S Qualifications**

6.      FTI has a wealth of experience in providing financial advisory services in complex restructurings.  FTI has an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.  FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice, and identification of reorganization alternatives.  FTI has significant experience assisting distressed companies with day-to-day management activities, including development of *pro forma* financials and business plans, cash flow management, and implementation of liquidity-enhancing and cost-saving strategies.

7.      In selecting FTI, the Debtors sought an advisor with in-depth experience in providing services to distressed companies.  FTI employs seasoned professionals who have vast knowledge and experience in assisting companies experiencing financial and operational challenges, and FTI regularly assists businesses like the Debtors'.

8.      In addition to FTI's experience in the management of troubled companies, in the time leading up to the Petition Date, FTI has been developing an in-depth understanding of the Debtors' financial history, business operations, and the industry in which the Debtors operate. Further, FTI professionals have worked closely with the Debtors, their management, and other professionals and have become well acquainted with the Debtors' operations, business, and related matters.  Accordingly, FTI has developed relevant experience regarding the Debtors that will assist FTI in providing effective and efficient services in these Chapter 11 Cases.

9.      As a result of the significant prepetition work performed on behalf of the Debtors, FTI has acquired substantial knowledge of the Debtors and their business and is intimately familiar with the Debtors' financial affairs and systems, capital structure, operations, and related matters. During FTI's prepetition engagement, FTI assisted the Debtors' management team with, among other things, forecasting the Debtors' liquidity position, preparing for the Debtors' chapter 11 filing and first day relief, and other financial analysis and planning.  I believe that such experience and knowledge will be invaluable to the Debtors throughout the Chapter 11 Cases.

10.      Further, FTI has provided financial and/or crisis management services in numerous large cases in this district.  *See, e.g.*, *In re Boxed, Inc.*, Case No. 23-10397 (BLS) (Bankr. D. Del. Apr. 2, 2023); *In re Reverse Mortgage Investment Trust Inc.*, Case No. 22-11225 (MFW) (Bankr. D. Del. Mar. 20, 2023); *In re RS FIT NW LLC (f/k/a 24 Hour Fitness Worldwide, Inc.)*, Case No. 20-11558 (KBO) (Bankr. D. Del. July 13, 2020); *In re GCX Limited*, Case No. 19-12031 (CSS) (Bankr. D. Del. Nov. 4, 2019); *In re Zohar III, Corp.*, Case No. 18-10512 (Bankr. D. Del. June 11, 2018); *In re SFX Entertainment, Inc.*, Case No. 16-10238 (Bankr. D. Del. Mar. 3, 2016); *In re Fresh & Easy, LLC*, Case No. 15-12220 (Bankr. D. Del. Nov. 20, 2015); *In re Corinthian Colleges, Inc.*, Case No. 15-10952 (Bankr. D. Del. May 27, 2015); *In re Mineral Park, Inc.*, Case No. 14-11996 (Bankr. D. Del. Sept. 23, 2014); *In re FCC Holdings, Inc.*, Case No. 14-11987 (Bankr. D. Del. Sept. 22, 2014).

## Services to be Provided

11.      In relation to the Engagement Contract, FTI, in this engagement, has provided, and/or will provide on an ongoing basis, subject to the Court's approval of the Motion, the following types of services:

- acting on behalf of the Debtors in connection with activities related to operational analysis and reporting;

- negotiating with counterparties;

- assistance with restructuring advisory, including the development of strategic options or positioning;

- assistance with any other restructuring advisory services common to similar such engagements as the one contemplated herein;

- assistance to Paul, Weiss and the Debtors' other advisors (on behalf of the Debtors) in any of its work related to the above delineated activities; and

- any other activities related to these Chapter 11 Cases, as requested by the Debtors.

**Professional Compensation**

12.     In consideration of the Services to be provided by FTI, subject to the Court's approval, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and any applicable orders of the Court, and pursuant to the terms and conditions of the Engagement Contract, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the Motion or preparation of fee applications (if any), as approved by the Court.

13.     In accordance with the Engagement Contract's terms, FTI will seek compensation for the services set forth in the Engagement Contract and the Motion at its customary hourly billing rates.  FTI's current hourly billing rates fall within the following ranges, subject to periodic adjustments.  The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to this case are as follows:

| Title | Hourly Billing Rate |
|---|---|
| Senior Managing Directors | $1,095 to $1,495 |
| Directors/Senior Directors/Managing Directors | $785 to $1,055 |
| Consultants/Senior Consultants | $435 to $750 |
| Administrative/Paraprofessionals | $175-325 |

14.     FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Motion.  These

hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee and expense structure as set forth in the Motion is reasonable and comparable to those generally charged by chief transformation officers and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

15.     In addition, FTI will invoice the Debtors for its reasonable and direct out-of-pocket expenses charged during these Chapter 11 Cases, which include, among other things, telephone and other charges, mail and express mail charges, travel expenses, and expenses for "working meals." Further, if FTI or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating the engagement, the Debtors will compensate FTI at its regular hourly rates and reimburse FTI for reasonable allocated and direct expenses (including counsel fees) with respect thereto.

16.     According to FTI's books and records, during the ninety (90) days before the Petition Date, FTI received approximately $2,310,268 in the aggregate for prepetition services performed and to be performed (in the form of cash on account), corresponding to fees and expenses under the Engagement Contract. FTI's current estimate is that it has received unapplied advance payments from the Debtors in the amount of approximately $351,364. The Debtors and FTI have agreed that any portion of the unapplied advance payments not used to compensate FTI for its prepetition services and expenses will be held by FTI during the Chapter 11 Cases and applied against FTI's final post-petition billing and will not be placed in a separate account.

17.     To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any

other entity to share with such entity any compensation received by FTI in connection with the Chapter 11 Cases.

## Indemnification

18.     The terms of the Engagement Contract, including its indemnification provisions, were fully negotiated between the Debtors and FTI at arm's length.  I believe that the Engagement Contract's indemnification provisions, as modified by the Proposed Order, are customary and reasonable for chief transformation officer and other similar consulting engagements, both in and out of chapter 11, and in the best interests of the Debtors, their estates, and their creditors.

## FTI'S Disinterestedness

19.     In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI.  A listing of the parties reviewed is reflected on **Schedule 1** to this Declaration.  FTI's review, completed under my supervision, consisted of a query of the parties listed on **Schedule 1** within an internal computer database[3] containing names of individuals and entities that are present or recent former clients of FTI.  A summary of such relationships that FTI identified during this process is set forth on **Schedule 2** to this Declaration.

20.     Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties listed on **Schedule 1** in matters related to the Debtors or the Chapter 11 Cases.  FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors or the Chapter 11 Cases for the various entities listed on **Schedule 2**.  FTI's assistance to these parties has been related to providing various financial

---

[3]   For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly-owned subsidiaries globally.

restructuring, litigation support, technology, strategic communications, and economic consulting services.  To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Chapter 11 Cases, nor does FTI's involvement in this case compromise its ability to continue such consulting services.

21.     As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtors' Chapter 11 Cases.  Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by attorneys and law firms, some of whom may be involved in the Chapter 11 Cases.  In addition, FTI has in the past, may currently, and likely will be in the future working with or against other professionals involved in the Chapter 11 Cases in matters unrelated to the Debtors and the Chapter 11 Cases.  Based on my current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which FTI is to be employed, and none are in connection with the Chapter 11 Cases.

22.     FTI is not a "creditor" of the Debtors within the meaning of Bankruptcy Code section 101(10).  Further, neither I nor any other member of the FTI engagement team serving the Debtors, to the best of my knowledge: (a) is a creditor, equity security holder, or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.  As such, to the best of my knowledge and based upon the results of the relationship search described above

and disclosed herein, FTI (a) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (b) neither holds nor represents an interest adverse to the Debtors or their estates.

23.     It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest.  If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

## No Duplication of Services

24.     The Debtors and FTI intend that FTI's services will be appropriately directed by the Debtors so as to avoid duplication of efforts among the other professionals retained in these Chapter 11 Cases and performed in accordance with applicable standards of the profession.  FTI will work collaboratively with the Debtors' other professionals to avoid duplication of services among professionals.  I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Debtors' other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 17, 2023.                    _/s/    Justin D. Pugh_____
                                                 Justin D. Pugh
                                                 FTI Consulting, Inc.

## Schedule 1

**Potential Parties in Interest**

<u>**Schedule 1**</u>

**Potentially Interested Parties Reviewed**

1. **Debtors**

Proterra Inc
Proterra Operating Company, Inc.

2. **Non-Debtor Affiliate/Subsidiary Companies**

N/A

3. **Current Directors and Officers**

Jan R. Hauser Gareth T. Joyce
Michael D. Smith
Mary Louise Krakauer
Roger M. Nielsen
Jeannine P. Sargent
Brook F. Porter
Constance E. Skidmore
David S. Black
Christopher L. Bailey
Julian R. Soell
Jeffrey D. Embt
Jill Frizley

4. **Current Director and Officer Affiliations**

Milwaukee School of Engineering Board of Regents
Lurie Children's Hospital of Chicago
Enfusion, Inc.
Synpsys Inc.
Fortive Corporation
Breakthrough Energy Ventures
Generation Investment Management LLP
Katalyst Ventures Management LLC
Northwestern University
G2VP, LLC
Comfort Systems USA, Inc.
Sensata Technologies Holding Plc

5. **Former Directors and Officers (1 year)**

John J. Allen

**Schedule 1**

**Potentially Interested Parties Reviewed**

Joan Robinson-Berry
Karina F. Padilla
JoAnn C. Covington

**6.  Secured Creditors**

*Prepetition Lenders*

**$75 Million Asset Based Loan ($25 million Letter of Credit Sub Letter)**

Bank of America, N.A.,

*Major Debt Holders*

**5% Quarterly Cash Interest and 7% Quarterly PIC Convertible Notes Maturing 8-4-2028**

CSI GP LLC
CSI Prodigy Holdco LP
CSI Prodigy Co-Investment LP
CSI PRTA Co-Investment LP
Generation IM

**5% Quarterly Cash Interest and 7% Quarterly PIC Convertible Notes Maturing 8-24-2028**

Generation IM

**7.  Contract Counterparties with Significant Remaining Liability**

Bloomington-Normal Public Transit System
Bow Valley Regional Transit Services Commission
Capital Metropolitan Transportation Authority
Chicago Transit Authority
City of Edmonton
City of Fresno
Highland Electric Transportation, Inc.
Los Angeles Department of Transportation
Miami-Dade County
Navistar, Inc.
Nikola Corporation
Port Authority of New York and New Jersey
Valley Regional Transit

**Schedule 1**

**Potentially Interested Parties Reviewed**

Volta Trucks Ltd
Freightliner Custom Chassis-DTNA
Van Hool
LG Energy Solution, Ltd.
TPI Composites, Inc.
Power Electronics USA
Sensata Technologies, Inc.
BC Transit
Pierce (subsidiary of OSHKOSH)
Lightening eMotors
Anadolu Isuzu

8.  **Taxing and Regulatory Agencies**

Utah State Tax Commission
Alabama Department of Revenue
South Carolina Department of Labor, Licensing & Regulation
North Carolina Department of Revenue
Tennessee Department of Revenue
State of Rhode Island Division of Taxation
Texas Department of Motor Vehicles
Florida Department of Revenue
Los Angeles County Tax Collector
Internal Revenue Service
City of Greenville
Kentucky Department of Revenue
Louisiana Motor Vehicle Commission
San Mateo County Tax Collector
Montana Department of Revenue
Illinois Secretary of State
Maryland Department of Assessments & Taxation
California Franchise Tax Board
Secretary of State of California
Illinois Department of Revenue
South Carolina Department of Revenue
State of Michigan
Greenville County Tax Collector
South Carolina Department of Motor Vehicle
Cogency
Commonwealth of Massachusetts
Canada Revenue Agency
Idaho State Tax Commission

**Schedule 1**

**Potentially Interested Parties Reviewed**

British Columbia Ministry of Finance

### 9. Substantial Equity Holders – Public Filings

Tao Pro LLC
Isaac E. Pritzker
Lori D. Mills
James Schwaba
The Vanguard Group
BlackRock Inc.
Franklin Resources Inc.
Charles B. Johnson
Rupert H. Johnson, Jr.
Franklin Advisors Inc.
ArcLight CTC Holdings Lp
Daniel R. Revers
KPCP Green Growth Fund, LLC c/o Kleiner Perkins Caufield & Byers LLC
KPCP GGF Associates, LLC c/o Kleiner Perkins Caufield & Byers LLC
Weiss Asset Management
BIP GP LLC
WAM GP LLC
Andrew M. Weiss, PHD

### 10. Banks

Silicon Valley Bank
Bank of America
Merrill Lynch
Morgan Stanley
U.S. Bank

### 11. Significant Unsecured Creditors (Greater than $1 million)

LG Energy Solution, LTD.
TPI Composites, INC.
Power Electronics USA
Munich Electrification
Woodruff-Sawyer Oregon, Inc.
Danfoss Power Solutions (US) Company
Manaflex Inc.
DWFritz Automation, Inc.

## Schedule 1

## Potentially Interested Parties Reviewed

Ningbo Yexing Automotive Part Co., Ltd.
Cooley LLP
Sensata Technologies, Inc.
Sigma Machine, Inc.
Ron Whites's Air Compressor Sales
Manz AG
Forbes Bros. Ltd
Bossard Inc.
Protiviti Inc.

### 12. Real Estate Lessors

G&T Properties LLP
PAC Operating Limited Partnership
San Bernardino International Airport Authority
WIN.IT America, Inc.
CoreSite
Electrolux Home Products, Inc._MDH F1 Greenville AG14, LLC
Fairforest of Greenville, LLC
Smith Development Company Inc.
International Transportation Innovation Center (ITIC)
Greenville, City and County of_SCTAC
Michelin North America Inc.
Verdae Properties, LLC
Carolina CC Venture XXXVII, LLC (CBRE)
First Industrial LP

### 13. Parties to Pending Litigation

Southeastern Pennsylvania Transportation Authority (SEPTA)
Duane Morris, LLP
Stephanie Bitetti
Maho Lazo, et al
Justice Law Corporation
Wilshire Law Firm
Amar Khatib
Hector Ruiz
Otkupman Law Firm
LaToya Lomax
Kirby G. Smith Law Firm, LLC
U.S. Equal Employment Opportunity Commission (EEOC) (Lomax)

**<u>Schedule 1</u>**

**Potentially Interested Parties Reviewed**

Jorge Sanchez (need counsel)
Nikola Corporation (need counsel)
Jeremy Villanueva, et al
Levi & Korsinsky, LLP
Marco Gudino
USW Local 675
Samuel Gastelum
The Rutten Law Firm, APC
San Mateo County Transit District (SamTrans)
Hanson Bridgett
Janieka L. Pearson
DWFritz Automation, LLC
Davis Wright Tremaine LLP

**14. Issuer and Beneficiaries of any Guarantees, Performance Bonds, or Payment/Surety Bonds**

<u>Issuing Carriers:</u>
Philadelphia Indemnity Insurance Company
Atlantic Specialty Insurance Company
Lexon Insurance Company
Intact Insurance Company

<u>Surety Bond Beneficiaries:</u>
Biddeford Saco Old Orchard Beach Transit
Board of County Commissions of Miami-Dade County
Canada Border Services Agency
Capital Metropolitan Transportation Authority
Chicago Transit Authority
City and County of San Francisco
City of Visalia
Contractor's License Board
Delaware Transit Authority
Department of Homeland Security
Metropolitan Washington Airports Authority
Sacramento Regional Transit District
Santa Clara Valley Transportation Authority
Southeastern Pennsylvania Transportation Authority
Spokane Transit Authority
State of California
State of California, Contractors License Board
State of Oregon
State of Washington/Contractors Board

## Schedule 1

### Potentially Interested Parties Reviewed

Transportation District Commission of Hampton Roads

### 15. Issuers and Beneficiaries of any outstanding (standby) Letters of Credit

<u>Issuing Bank:</u>
Bank of America, N.A.

<u>Beneficiaries:</u>
Philadelphia Insurance Companies
Carolina CC Venture XXXVII LLC
LG Energy Solutions Ltd Tower 1
Great American Insurance Company
Atlantic Specialty Insurance
Steelcase Financial Services Inc.
Bond Safeguard Insurance Company
BC Transit

### 16. Major Insurance Brokers and Carriers

<u>Brokers:</u>
Woodruff Sawyer & Co.
Marsh USA, Inc.
Willis Tower Watson

<u>Insurance Carriers:</u>
American Internationa Group (AIG)
Allied World Specialty Insurance Company
AXA XL Professional Insurance
Axix
Berkley Professional Liability
Chubb Group of Insurance Co.
Chubb Bermuda Insurance Ltd.
Crum & Forester & Forster Specialty Insurance Company
Everest National Insurance Company
Falls Lake National Insurance Company
Great American Insurance Company
Houston Casualty Company (UK Branch)
Hudson Insurance Group
Indian Harbor Insurance Company
Inigo Insurance
Intact Insurance Group USA LLP
Ironshore Indemnity Inc.

## Schedule 1

### Potentially Interested Parties Reviewed

Landmark American Insurance Company
Lloyds of London
National Union Fire Insurance Company of Pittsburgh, Pa.
North American Capacity Insurance Company
Philadelphia Insurance Group
RSUI Indemnity Company
Scottsdale Insurance Company
Starr Surplus Lines Insurance Company
Travelers Indemnity Company
United Specialty Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company

### 17. Debtors' Restructuring Professionals

FTI Consulting, Inc.
Moelis & Company
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Young Conaway Stargatt & Taylor, LLP

### 18. Major Competitors

Bloom Energy Corporation
Bluebird Corporation
BYD
Canoe, Inc.
ChargePoint Holdings, Inc.
Cummins
EBusco
Faraday Future
FuelCell Capital Energy Incorporated
Gillig
Hylion Holdings Corporation
Hyzon Motors, Inc.
Lion Electric Company
Microvast Holdings, Inc.
Nikola Corporation
NFI Group, Inc.
Novabus
Our Next Energy (ONE)
Plug Power, Inc.

## Schedule 1

## Potentially Interested Parties Reviewed

QuantumScape Corporation
Stem, Inc.
XL Fleet Corporation
Xos, Inc.
The Workhorse Group Incorporated

### 19. Strategic Partners

Our Next Energy (ONE)

### 20. Ordinary Course Professionals

Greenberg Traurig, LLP
Troutman Pepper Hamilton Sanders LLP
Womble Bond Dickinson (US) LLP
Cooley LLP
Ogletree, Deakins, Nash, Smoak & Stewart, PC
Constangy, Brooks, Smith & Prophete, LLP.
Demler, Armstrong & Rowland, LLP
Fennemore Craig, P.C.
Bookoff McAndrews PLLC
Shutts & Bowen LLP
Nexsen Pruet LLC
Fenwick and West LLP
Kilpatrick Townsend & Stockton LLP
California Strategies & Advocacy, LLC
KPMG LLP
BDO USA, LLP
Andersen Tax Holdings LLC
Dixon Hughes Goodman
J. J. Keller & Associates, Inc.
Aon Consulting, Inc
Environmental Outsource, Inc.
CALSTART, Inc.
V-Soft Consulting Group, Inc.
Triniti Corporation
Exponent, Inc.
Britt, Peters & Associates, Inc
Rose Tse
Protiviti Inc.
Odgers Berndtson LLC
Doerrer Group LLC, The

**Schedule 1**

**Potentially Interested Parties Reviewed**

Sigalit Yochay-Wise
Matthew T Shafer
Stock & Option Solutions, Inc.
Onset Financial
Kristie deJong
ETRADE Financial Corporate Services, Inc.
Cleary Gottlieb Steen & Hamilton LLP

### 21. UCC Lien Search Results

Hercules Capital, Inc.
Hercules Capital, Inc., as agent
Hercules Technology Growth Capital, Inc.,
Hercules Technology Growth Capital, Inc., as agent
JR Automation Technologies, LLC
J.R. Automation Technologies, LLC
Bank Of American, N.A., As agent
Macquarie Corporate and Asset Funding Inc.
HYG Financial Services, Inc.
Crown Equipment Corporation
CSI GP I LLC, as Collateral Agent
Dell Financial Services L.L.C.
Steelcase Financial Services Inc.

### 22. Utility Providers

Southern California Edison
Greenville Water System
U.S. TelePacific Corp.
Verizon Wireless
The Gas Company (SoCalGas)
City of Industry
City of Burlingame
AT&T Mobility
Duke Energy
Pacific Gas & Electric
Republic Services #744
Recology San Mateo County
Piedmont Natural Gas
Commission of Public Works, City of Greet
J2 Cloud Services LLC
Spectrum Business

10

**Schedule 1**

**Potentially Interested Parties Reviewed**

Valley Vista Services
Waste Management of South Carolina

### 23. Bankruptcy Judges

The Honorable Brendan Linehan Shannon
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable John T. Dorsey
The Honorable Karen B. Owens
The Honorable Laurie Selber Silverstein, Chief Judge
The Honorable Mary F. Walrath
The Honorable Thomas M. Horan

### 24. United States Trustee for the District of Delaware (and Key Staff Members)

Joseph McMahon
Lauren Attix
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Rosa Sierra-Fox
Dion Wynn

**<u>Schedule 1</u>**

**Potentially Interested Parties Reviewed**

**25. Notices of Appearance / Pro Hac Vice**

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers
International Union - United Steelworkers  - David R. Jury
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers
International Union - Law Office of Susan E. Kaufman, LLC  - Susan E. Kaufman
CSI GP I LLC - Sidley Austin LLP - Thomas R. Califano
CSI GP I LLC - Sidley Austin LLP - Dennis M. Twomey
CSI GP I LLC - Sidley Austin LLP - Jackson T. Garvey
CSI GP I LLC - Sidley Austin LLP - Maegan Quejada
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP  - Laura Davis Jones
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP  - Peter J. Keane
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP  - Edward A. Corma
Waste Management - Monzack Mersky and Browder, P.A - Rachel B. Mersky

## Schedule 2

**Disclosures**

## Schedule 2

### Relationship Disclosures

## Current Clients

| | |
|---|---|
| Allied World Specialty Insurance Company | Landmark American Insurance Company |
| American Internationa Group (AIG) | Levi & Korsinsky, LLP |
| Aon Consulting, Inc | Lloyds of London |
| AT&T Mobility | Merrill Lynch |
| Bank of America | Michelin North America Inc. |
| Bank of America, N.A. | Morgan Stanley |
| Bank Of American, N.A., As agent | National Union Fire Insurance Company of |
| BDO USA, LLP |   Pittsburgh, Pa. |
| Berkley Professional Liability | Navistar, Inc. |
| BIP GP LLC | Nexsen Pruet LLC |
| BlackRock Inc. | Nikola Corporation |
| Bloom Energy Corporation | North American Capacity Insurance Company |
| Breakthrough Energy Ventures | Northwestern University |
| BYD | Odgers Berndtson LLC |
| Chubb Bermuda Insurance Ltd. | Ogletree, Deakins, Nash, Smoak & Stewart, PC |
| Chubb Group of Insurance Co. | Pachulski Stang Ziehl & Jones LLP |
| City and County of San Francisco | Pacific Gas & Electric |
| Cleary Gottlieb Steen & Hamilton LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Comfort Systems USA, Inc. | Philadelphia Indemnity Insurance Company |
| Cooley LLP | Philadelphia Insurance Companies |
| Crown Equipment Corporation | Philadelphia Insurance Group |
| Cummins | Piedmont Natural Gas |
| Davis Wright Tremaine LLP | Port Authority of New York and New Jersey |
| Dixon Hughes Goodman | Proterra Inc |
| Duane Morris, LLP | RSUI Indemnity Company |
| Duke Energy | Scottsdale Insurance Company |
| Fairforest of Greenville, LLC | Sidley Austin LLP |
| Fennemore Craig, P.C. | Southern California Edison |
| Fenwick and West LLP | Starr Surplus Lines Insurance Company |
| First Industrial LP | State of California |
| Franklin Advisors Inc. | The Gas Company (SoCalGas) |
| Great American Insurance Company | The Vanguard Group |
| Greenberg Traurig, LLP | Troutman Pepper Hamilton Sanders LLP |
| Hanson Bridgett | U.S. Bank |
| Hyzon Motors, Inc. | Verizon Wireless |
| Indian Harbor Insurance Company | Weiss Asset Management |
| Intact Insurance Company | Willis Tower Watson |
| Intact Insurance Group USA LLP | Womble Bond Dickinson (US) LLP |
| Internal Revenue Service | XL Specialty Insurance Company |
| Kilpatrick Townsend & Stockton LLP | Young Conaway Stargatt & Taylor, LLP |
| KPMG LLP | |

## Schedule 2

**Relationship Disclosures**

**Former Clients**

City of Edmonton
Enfusion, Inc.
Freightliner Custom Chassis-DTNA
J.R. Automation Technologies, LLC
Marsh USA, Inc.
Metropolitan Washington Airports Authority
Moelis & Company
Sensata Technologies Holding Plc
Sensata Technologies, Inc.
State of Oregon
Waste Management