**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | **Ref. Docket No. 99** |

**SUPPLEMENTAL DECLARATION OF JUSTIN D.
PUGH IN SUPPORT OF DEBTORS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING THE DEBTORS TO (I) EMPLOY AND
RETAIN FTI CONSULTING, INC. TO PROVIDE THE DEBTORS A CHIEF
TRANSFORMATION OFFICER AND CERTAIN ADDITIONAL PERSONNEL
AND (II) DESIGNATE JUSTIN D. PUGH AS CHIEF TRANSFORMATION
OFFICER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Justin D. Pugh, do hereby declare, under penalty:

1.      I am a Senior Managing Director with FTI Consulting, Inc. ("FTI").

2.      I submit this declaration (this "Supplemental Declaration") on behalf of FTI in further support of the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Transformation Officer and Certain Additional Personnel and (II) Designate Justin D. Pugh as Chief Transformation Officer for the Debtors, Effective as of the Petition Date* [Docket No. 99] (the "Application"),[2] and to supplement my original declaration  (the "Original Declaration"), which was annexed as Exhibit B to the Application.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459).  The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

30711317.1

## **Supplemental Disclosure**

3.    In addition to the disclosure in the Original Declaration, FTI discloses the following:

- John J. Carney, in his capacity as receiver (the "Receiver") in the action captioned: *SEC* v. *Illarramendi*, Case No. 11-CV-00078 (JBA) (D. Conn. 2011) (the "Receivership Action"), engaged FTI to assist in the performance of his duties as the receiver for assets subject to the Receivership Action.  It is my understanding that certain equity interests in Debtor Proterra Inc were or are in the Receiver's custody as part of his duties as Receiver.  For the avoidance of doubt, the FTI team assisting the Receiver did not perform any work for the Receiver that is specifically related to the Debtors.

- It is my understanding that Duke Energy is a utility provider in connection with the Debtors' Chapter 11 Cases.  Nicholas C. Fanandakis, a member of the board of directors of FTI, is also a member of the board of directors of Duke Energy Corporation.  To the best of my knowledge, Mr. Fanandakis does not have any professional involvement in this matter in any capacity.

[*Signature Page Follows*]

30711317.1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 30, 2023.                    /s/    *Justin D. Pugh*
                                                 Justin D. Pugh
                                                 FTI Consulting, Inc.

30711317.1