**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> PROTERRA INC, *et al.*,[1] <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11120 (BLS) <br><br> (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedures and the attached certification, counsel moves the admission *pro hac vice* of Danielle Rushing Behrends, Esq. of Dykema Gossett PLLC to represent Meritor, Inc. in the above-captioned case and any related proceedings.

| | |
|---|---|
| Dated: September 5, 2023 | */s/ Jamie L. Edmonson* <br> Jamie L. Edmonson (No. 4247) <br> **ROBINSON & COLE LLP** <br> 1201 N. Market Street, Suite 1406 <br> Wilmington, Delaware 19801 <br> Tel: (302) 295-4800 <br> Fax: (302) 351-8618 <br> jedmonson@rc.com <br><br> *Counsel to Meritor, Inc.* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 6, 2023    */s/ Danielle Rushing Behrends*
Danielle Rushing Behrends, Esq.
**Dykema Gossett, PLLC**
112 E. Pecan Street
Suite 1800
San Antonio, Texas 78205
Tel: (210) 554-5528
Fax: (866) 758-4209
dbehrends@dykema.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.