# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROTERRA INC, *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedures and the attached certification, counsel moves the admission *pro hac vice* of Sherrie L. Farrell, Esq. of Dykema Gossett PLLC to represent Meritor, Inc. in the above-captioned case and any related proceedings.

Dated:  September 6, 2023  　　　　　　　*/s/ Jamie L. Edmonson*
　　　　　　　　　　　　　　　　　　　　Jamie L. Edmonson (No. 4247)
　　　　　　　　　　　　　　　　　　　　**ROBINSON & COLE LLP**
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 1406
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 295-4800
　　　　　　　　　　　　　　　　　　　　Fax: (302) 351-8618
　　　　　　　　　　　　　　　　　　　　jedmonson@rc.com

　　　　　　　　　　　　　　　　　　　　*Counsel to Meritor, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Michigan. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.


Dated:  September 6, 2023    */s/ Sherrie L. Farrell*
Sherrie L. Farrell, Esq.
**Dykema Gossett, PLLC**
400 Renaissance Center
Suite 2300
Detroit, Michigan 48243
Tel:  (313) 568-6550
Fax:  (313) 568-6893
sfarrell@dykema.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.