IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | **Ref. Docket No. 98** |

**SUPPLEMENTAL DECLARATION OF
ROBERT A. BRITTON IN SUPPORT OF
DEBTORS' APPLICATION FOR AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT
OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS CO-COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Robert A. Britton, do hereby declare, under penalty of perjury:

1. I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP (the "Firm").

2. I submit this declaration on behalf of the Firm in further support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Co-Counsel for the Debtors and Debtors in Possession as of the Petition Date* [Docket No. 98] (the "Application"),[2] and to supplement my original declaration (the "Original Declaration"), which was annexed as Exhibit B to the Application.

**Supplemental Disclosure**

3. In addition to the disclosure in the Original Declaration, the Firm discloses the

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

following:

- As described in the Original Declaration, the Firm currently represents an affiliate of the Cowen Parties. This affiliate is TD Bank. The Firm's representation of TD Bank constituted approximately 0.01% of the Firm's aggregate fee receipts over the 12 months prior to the Petition Date. The Firm represents TD Bank in matters unrelated to the Chapter 11 Cases, and does not represent TD Bank in connection with the Chapter 11 Cases.

- The Firm may represent the Debtors in matters adverse to the Cowen Parties in the Chapter 11 Cases, including representing the Debtors in any litigation in which the Cowen Parties are a party.

[*Signature Page Follows*]

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 6, 2023.    */s/ Robert A. Britton*
Robert A. Britton
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP