# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PROTERRA INC., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Jameson J. Watts, to represent CapMetro in the above-captioned proceeding.

Dated: September 6, 2023  
      Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Evan T. Miller*  
Evan T. Miller (No. 5364)  
600 N. King Street, Suite 400  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000  
E-mail: emiller@bayardlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Jameson J. Watts*  
Jameson J. Watts  
**HUSCH BLACKWELL LLP**  
111 Congress Avenue, Suite 1400  
Austin, TX 78701  
Telephone: 512-479-1179  
E-mail: jameson.watts@huschblackwell.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: September 7th, 2023**  
**Wilmington, Delaware**

**BRENDAN L. SHANNON**  
**UNITED STATES BANKRUPTCY JUDGE**