# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PROTERRA INC., *et al.*,[1] | ) ) | Case No. 23-11120 (BLS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Samuel S. Kohn of Dorsey & Whitney LLP to represent Tao Capital Partners and its affiliates (collectively, "Tao").

Dated: September 12, 2023          /s/ *Alessandra Glorioso*
                                                                                             DORSEY & WHITNEY (DELAWARE) LLP
                                                                                             Alessandra Glorioso (DE Bar No. 5757)
                                                                                             300 Delaware Avenue
                                                                                             Suite 1010
                                                                                             Wilmington, DE  19801
                                                                                             Telephone: (302) 425-7171
                                                                                             E-mail: glorioso.alessandra@dorsey.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

4879-9877-9007\1

generally familiar with this Court's Local Rules and with the Standing Order for the District Court revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  September 12, 2023                    */s/ Samuel S. Kohn*
                                              Samuel S. Kohn
                                              DORSEY & WHITNEY LLP
                                              51 West 52nd Street
                                              New York, NY 10019
                                              Telephone: (212) 415-9205

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED that Samuel S. Kohn's motion for admission *pro hac vice* is granted.

**Dated: September 13th, 2023**                    **BRENDAN L. SHANNON**
**Wilmington, Delaware**                           **UNITED STATES BANKRUPTCY JUDGE**

4879-9877-9007\1