# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PROTERRA INC, et al.,[1] | ) Case No. 23-11120 (BLS) |
| Debtors. | ) Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP hereby enters its appearance (the "Notice of Appearance") in the above-captioned case as counsel for Infosys Limited ("Infosys"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. By this Notice of Appearance, Infosys requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

Kevin M. Capuzzi, Esq.
Steven L. Walsh, Esq.
**BENESCH, FRIEDLANDER, COPLAN**
 **& ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email:  kcapuzzi@beneschlaw.com
            swalsh@beneschlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

23246880

PLEASE TAKE FURTHER NOTICE that this constitutes not only a request for service of the notices and papers specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, filing, claim, or suit is not intended nor shall be deemed to waive the rights of Infosys, or any member thereof, to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) maintain any objection to the jurisdiction and/or venue of the Bankruptcy Court or any other court for any purpose; or (6) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which Infosys, or any member thereof, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

[*Signature block on following page.*]

Dated: September 13, 2023　　　**BENESCH, FRIEDLANDER,**
Wilmington, Delaware　　　　　　　**COPLAN & ARONOFF LLP**

　　　　　　　　　　　　　　　　　 */s/ Kevin M. Capuzzi*
　　　　　　　　　　　　　　　　　Kevin M. Capuzzi (DE No. 5462)
　　　　　　　　　　　　　　　　　Steven L. Walsh (DE No. 6499)
　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 1201
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 442-7010
　　　　　　　　　　　　　　　　　Facsimile:  (302) 442-7012
　　　　　　　　　　　　　　　　　E-mail:   kcapuzzi@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　　　swalsh@beneschlaw.com

　　　　　　　　　　　　　　　　　*Counsel for Infosys Limited*