**<u>EXHIBIT A</u>**

Cohen Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, et al.,[1] | Case No. 23-11120 (BLS)<br>Jointly Administered |
| Debtors. | |

**DECLARATION OF JEFFREY COHEN IN SUPPORT OF APPLICATION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF
LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS EFFECTIVE AS OF AUGUST 26, 2023**

Jeffrey Cohen hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein Sandler"), which maintains offices in New York, New Jersey, California, Utah, and Washington, D.C. I am an attorney at law, duly admitted and a member in good standing of the bar of the State of New York. I am admitted to this Court in these Chapter 11 Cases[2] *pro hac vice*.

2.      This Declaration is submitted in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (colletively, the "Debtors") for entry of an order authorizing and approving the Committee's employment and retention of Lowenstein Sandler as lead counsel to the Committee effective as of August 26, 2023.

3.      The professional services that Lowenstein Sandler will provide to the Committee include, but are not limited to:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

a.     advising the Committee with respect to its rights, duties, and powers in the Chapter 11 Cases;

b.     assisting and advising the Committee in its consultations with the Debtors relative to the administration of the Chapter 11 Cases;

c.     assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

d.     assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and of the operation of the Debtors' business;

e.     assisting the Committee in analyzing (i) the Debtors' prepetition financing, (ii) proposed use of cash collateral, and (iii) the adequacy of the proposed budget;

f.     assisting the Committee in its investigation of the liens and claims of the holders of the Debtors' prepetition debt and the prosecution of any claims or causes of action revealed by such investigation;

g.     assisting the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of nonresidential real property and executory contracts, asset dispositions, sales of assets, financing of other transactions and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

h.     assisting and advising the Committee as to its communications to unsecured creditors regarding significant matters in the Chapter 11 Cases;

i.     representing the Committee at hearings and other proceedings;

j.     reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety;

k.     assisting the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives in the Chapter 11 Cases, including without limitation, the preparation of retention papers and fee applications for the Committee's professionals, including Lowenstein Sandler;

l.     preparing, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections, or comments in connection with any of the foregoing; and

      m.     performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

4.     As of the date of this Declaration, Lowenstein Sandler has not received a retainer or compensation in connection with its proposed representation of the Committee in the Chapter 11 Cases.

5.     Subject to the Court's approval, and pursuant to sections 328, 330, and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the rules and other procedures which this Court may fix, Lowenstein Sandler shall seek compensation on an hourly basis, plus reimbursement of its actual and necessary expenses incurred, in connection with representing the Committee in these Chapter 11 Cases.  Lowenstein Sandler's compensation shall be in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

6.     Lowenstein Sandler's hourly rates are as follows:

| | |
|---|---|
| Partners of the Firm | $690 – $1,835 |
| Of Counsel | $810 – $1,475 |
| Senior Counsel (generally twelve or more years of experience) | $630 – $1,410 |
| Counsel (generally seven or more years of experience) | $575 – $1,070 |
| Associates (generally fewer than seven years of experience) | $475 – $965 |
| Paralegals, Practice Support and Assistants | $240 – $425 |

7.     There will be no limitation on Lowenstein Sandler's right to seek reimbursement of all out-of-pocket disbursements and expenses.

8.     The hourly charges for the attorneys and legal assistants who will render services to the Committee are based upon the experience and expertise of the attorney or legal assistant involved.  The hourly rates set forth above are subject to periodic adjustments, which occur annually on or about January 1 each year, to reflect economic and other conditions. Lowenstein Sandler will advise the Debtors, the Committee and the U.S. Trustee of any increases in its hourly

rates. Pursuant to Local Bankruptcy Rule 2014-1, Lowenstein Sandler will file and serve a supplemental declaration setting forth any additional material information relating to its employment promptly after learning of any such material information.

9.      Lowenstein Sandler will maintain detailed, contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering the legal services described above. It is Lowenstein Sandler's policy to charge its clients in all areas of practice for all disbursements and expenses incurred in the rendition of services. These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees related to trials and hearings (including transcripts).[3]

10.      In connection with its proposed retention by the Committee in the Chapter 11 Cases, Lowenstein Sandler undertook to determine whether it had any contacts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates and the interests of the Committee with respect to the matters on which it will be engaged.

11.      Lowenstein Sandler obtained the names of individuals and entities that may be parties in interest in the Chapter 11 Cases and such parties are listed on **Schedule 1** attached hereto (the "Potential Party List"). Lowenstein Sandler has searched its electronic database for its connections to the entities listed on the Potential Party List.

12.      Attached hereto as **Schedule 2** is a list of parties who appear on the Potential Party List who Lowenstein Sandler may currently represent or may have represented in the past on matters wholly unrelated to the Chapter 11 Cases, professionals that may represent current or former clients of Lowenstein Sandler, and professionals with whom Lowenstein Sandler may have served as co-counsel, including parties who appear on the Potential Party List.

---

[3]      Lowenstein Sandler may hire temporary and/or contract attorneys who may perform services in connection with the Chapter 11 Cases. Lowenstein Sandler submits that payments made to temporary/contract attorneys do not constitute a division or sharing of compensation that is prohibited by statute and makes this voluntary disclosure in an abundance of caution. Lowenstein Sandler will not charge a markup to the Committee with respect to fees billed by such attorneys and they will be recorded as an expense on Lowenstein Sandler's invoices.

13.     Except as disclosed herein or on Schedule 2 attached hereto, neither I, Lowenstein Sandler, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee for Region 3, any person employed in the Office of the U.S. Trustee, or the Bankruptcy Judge presiding over the Chapter 11 Cases.

14.     To the best of my knowledge, none of the entities that appear on Schedule 2 or that have been otherwise disclosed herein, have generated revenue for Lowenstein Sandler in an amount of one percent (1%) or more of Lowenstein Sandler's gross revenue in calendar years 2020, 2021, or 2022.

15.     Prior to the Petition Date, Lowenstein Sandler represented a party in interest in connection with the negotiation of a non-disclosure agreement with the Debtors. Such engagement has since ended. Lowenstein Sandler does not represent the Debtors, or any of the Debtors' current officers and directors, identified on the Potential Party List.

16.     To the best of my knowledge, Lowenstein Sandler is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as: (a) Lowenstein Sandler, its partners, counsel, and associates do not represent or hold an interest adverse to the interests of the estates with respect to the matters in which Lowenstein Sandler is proposed to be employed; and (b) Lowenstein Sandler has no connection to the Debtors, their creditors, or other parties-in-interest, except as specifically disclosed in the Cohen Declaration.

17.     Lowenstein Sandler, which employs approximately 350 attorneys, has a large and diversified legal practice that encompasses the representation of, and representations adverse to, many entities and individuals, some of which are or may consider themselves to be creditors or parties in interest in the Chapter 11 Cases, or otherwise to have interests in the Chapter 11 Cases.

18.     In addition, Lowenstein Sandler likely represents, and may in the future represent, creditors of the Debtors who have not yet been disclosed by the Debtors in matters unrelated to the Debtors, or the Chapter 11 Cases.

16307074/1

19.    Lowenstein Sandler, from time to time, may work with, represent, engage, and receive referrals from the attorneys and financial advisors or consultants retained by the Debtors, the various lenders, the Committee or creditors of the Debtors.  Lowenstein Sandler currently works with, and has in the past worked with, the professionals engaged by the Debtors and the other professionals retained by the Committee on matters unrelated to the Debtors and the Chapter 11 Cases.

20.    Lowenstein Sandler will not represent any entity other than the Committee in matters related to the Chapter 11 Cases.

21.    No promises have been received by Lowenstein Sandler or any member, counsel, or associate thereof as to payment or compensation in connection with the Chapter 11 Cases, other than in accordance with the provisions of the Bankruptcy Code.  Lowenstein Sandler does not have an agreement with any other entity to share any compensation received by Lowenstein Sandler in connection with the Chapter 11 Cases.

22.    The foregoing constitutes the statement of Lowenstein Sandler pursuant to Bankruptcy Rule 2014.

## STATEMENT REGARDING THE U.S. TRUSTEE GUIDELINES

23.    The Executive Office for United States Trustees (the "EOUST") has adopted the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "Appendix B Guidelines"). By their terms, the Appendix B Guidelines "apply to the USTP's review of applications for compensation filed by attorneys in larger chapter 11 cases," and are intended as an update to the original Guidelines (the "Appendix A Guidelines") adopted by the EOUST in 1996.  The Appendix A Guidelines have been a part of this Court's local procedures for years.  In other chapter 11 cases where it has been retained, Lowenstein Sandler has filed its fee applications in compliance with the Appendix A Guidelines.

24.     Among other things, the Appendix B Guidelines ask attorneys in larger chapter 11 cases to provide additional documentation and make significant new disclosures in connection with their retention under section 327 and compensation under section 330 of the Bankruptcy Code.  As the Appendix B Guidelines themselves acknowledge, "the Guidelines do not supersede local rules, court orders, or other controlling authority".

25.     Lowenstein Sandler intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Appendix B Guidelines both in connection with this Application and the interim and final fee applications to be filed by Lowenstein Sandler in the course of its engagement.  It is Lowenstein Sandler's intention to work cooperatively with the U.S. Trustee to address the concerns that prompted the EOUST to adopt the Appendix B Guidelines; however, in doing so, Lowenstein Sandler reserves all rights as to the relevance and substantive legal effect of the Appendix B Guidelines in respect of any application for employment or compensation in these cases that falls within the ambit of the Appendix B Guidelines.

## ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES

26.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Appendix B Guidelines.

**Question:**     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:     No.

**Question:**     Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:     No.

**Question:**     If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition period. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

-7-

Response:     Lowenstein Sandler did not represent the Committee prior to the Petition Date.

**Question:**     Has your client approved your prospective budget and staffing plan and, if so, for what budget period?

Response:     Lowenstein Sandler expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Lowenstein Sandler reserves all rights. The Committee has approved Lowenstein Sandler's proposed hourly billing rates.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

Dated: September 13, 2023                    */s/ Jeffrey Cohen*_____
                                             Jeffrey Cohen, Esq.

# SCHEDULE 1

## POTENTIAL PARTY LIST

**Debtors**
Proterra Inc
Proterra Operating Company, Inc.

**Current Directors and Officers**
Jan R. Hauser Gareth T.
Joyce Michael D. Smith
Mary Louise Krakauer
Roger M. Nielsen
Jeannine P. Sargent
Brook F. Porter
Constance E. Skidmore
David S. Black
Christopher L. Bailey
Julian R. Soell
Jeffrey D. Embt
Jill Frizzley

**Current Director and Officer Affiliations**
Milwaukee School of Engineering
Board of Regents
Lurie Children's Hospital of Chicago
Enfusion, Inc.
Synpsys Inc.
Fortive Corporation
Breakthrough Energy
Ventures Generation Investment
Management LLP
Katalyst Ventures Management LLC
Northwestern University
G2VP, LLC
Comfort Systems USA, Inc.
Sensata Technologies Holding Plc

**Former Directors and Officers (1 year)**
John J. Allen
Joan Robinson-Berry
Karina F. Padilla
JoAnn C. Covington

**Secured Creditors**
Bank of America, N.A.,
CSI GP LLC
CSI Prodigy Holdco LP
CSI Prodigy Co-Investment LP CSI PRTA
Co-Investment LP Generation IM
Generation IM

**Contract Counterparties with Significant Remaining Liability**
Bloomington-Normal Public Transit System
Bow Valley Regional Transit Services
Commission Capital Metropolitan
Transportation Authority Chicago Transit
Authority
City of Edmonton
City of Fresno
Highland Electric Transportation, Inc.
Los Angeles Department of Transportation
Miami-Dade County
Navistar, Inc.
Nikola Corporation
Port Authority of New York and New Jersey
Valley Regional Transit
Volta Trucks Ltd
Freightliner Custom Chassis-DTNA Van
Hool
LG Energy Solution, Ltd.
TPI Composites, Inc.
Power Electronics USA
Sensata Technologies, Inc.
BC Transit
Pierce (subsidiary of OSHKOSH)
Lightening eMotors
Anadolu Isuzu

**Taxing and Regulatory Agencies**
Utah State Tax Commission Alabama
Department of Revenue
South Carolina Department of Labor,
Licensing & Regulation

North Carolina Department of Revenue
Tennessee Department of Revenue
State of Rhode Island Division of Taxation
Texas Department of Motor Vehicles
Florida Department of Revenue
Los Angeles County Tax Collector
Internal Revenue Service
City of Greenville
Kentucky Department of Revenue
Louisiana Motor Vehicle Commission
San Mateo County Tax Collector
Montana Department of Revenue
Illinois Secretary of State
Maryland Department of Assessments &
Taxation
California Franchise Tax Board
Secretary of State of California
Illinois Department of Revenue
South Carolina Department of Revenue
State of Michigan
Greenville County Tax Collector
South Carolina Department of Motor
Vehicle Cogency
Commonwealth of Massachusetts
Canada Revenue Agency
Idaho State Tax Commission
British Columbia Ministry of Finance

**Substantial Equity Holders – Public
Filings**
Tao Pro LLC
Isaac E. Pritzker
Lori D. Mills
James Schwaba
The Vanguard Group
BlackRock Inc.
Franklin Resources Inc.
Charles B. Johnson
Rupert H. Johnson, Jr.
Franklin Advisors Inc.
ArcLight CTC Holdings LP
Daniel R. Revers
KPCP Green Growth Fund, LLC c/o Kleiner
Perkins Caufield & Byers LLC

KPCP GGF Associates, LLC c/o Kleiner
Perkins Caufield & Byers LLC
Weiss Asset Management
BIP GP LLC
WAM GP LLC
Andrew M. Weiss, PHD

**Banks**
Silicon Valley Bank
Bank of America
Merrill Lynch
Morgan Stanley
U.S. Bank

**Significant Unsecured Creditors (Greater
than $1 million)**
LG Energy Solution, LTD.
TPI Composites, Inc.
Power Electronics USA
Munich Electrification
Woodruff-Sawyer Oregon, Inc.
Danfoss Power Solutions (US) Company
Manaflex Inc.
DWFritz Automation, Inc.
Ningbo Yexing Automotive Part Co., Ltd.
Cooley LLP
Sensata Technologies, Inc.
Sigma Machine, Inc.
Ron Whites's Air Compressor Sales Manz
AG
Forbes Bros. Ltd
Bossard Inc.
Protiviti Inc.

**Real Estate Lessors**
G&T Properties LLP
PAC Operating Limited Partnership
San Bernardino International Airport
Authority
WIN.IT America, Inc.
CoreSite
Electrolux Home Products, Inc.
MDH F1 Greenville AG14, LLC
Fairforest of Greenville, LLC
Smith Development Company Inc.

-2-

International Transportation Innovation
Center (ITIC)
Greenville, City and County of_SCTAC
Michelin North America Inc.
Verdae Properties, LLC
Carolina CC Venture XXXVII, LLC
(CBRE)
First Industrial LP

**Parties to Pending Litigation**
Southeastern Pennsylvania Transportation
Authority (SEPTA)
Duane Morris, LLP
Stephanie Bitetti Maho Lazo, et al
Justice Law Corporation
Wilshire Law Firm
Amar Khatib
Hector Ruiz
Otkupman Law Firm
LaToya Lomax
Kirby G. Smith Law Firm, LLC
U.S. Equal Employment Opportunity
Commission (EEOC) (Lomax)
Jorge Sanchez
Nikola Corporation
Jeremy Villanueva, et al
Levi & Korsinsky, LLP
Marco Gudino
USW Local 675
Samuel Gastelum
The Rutten Law Firm, APC
San Mateo County Transit District
(SamTrans)
Hanson Bridgett
Janieka L. Pearson
DWFritz Automation, LLC
Davis Wright Tremaine LLP

**Issuer and Beneficiaries of any
Guarantees, Performance Bonds, or
Payment/Surety Bonds**
Philadelphia Indemnity Insurance Company
Atlantic Specialty Insurance Company
Lexon Insurance Company
Intact Insurance Company

Biddeford Saco Old Orchard Beach Transit
Board of County Commissions of Miami-
Dade County
Canada Border Services Agency
Capital Metropolitan Transportation
Authority Chicago Transit Authority
City and County of San Francisco
City of Visalia
Contractor's License Board
Delaware Transit Authority
Department of Homeland Security
Metropolitan Washington Airports
Authority Sacramento Regional Transit
District
Santa Clara Valley Transportation Authority
Southeastern Pennsylvania Transportation
Authority Spokane Transit Authority
State of California
State of California, Contractors License
Board State of Oregon
State of Washington/Contractors Board
Transportation District Commission of
Hampton Roads

**Issuers and Beneficiaries of any
outstanding (standby) Letters of Credit**
Bank of America, N.A.
Philadelphia Insurance Companies
Carolina CC Venture XXXVII LLC
LG Energy Solutions Ltd Tower 1
Great American Insurance Company
Atlantic Specialty Insurance
Steelcase Financial Services Inc.
Bond Safeguard Insurance Company
BC Transit

**Major Insurance Brokers and Carriers**
Woodruff Sawyer & Co. Marsh USA, Inc.
Willis Tower Watson
American International Group (AIG)
Allied World Specialty Insurance Company
AXA XL Professional Insurance
Axix
Berkley Professional Liability

Chubb Group of Insurance Co. Chubb
Bermuda Insurance Ltd.
Crum & Forester & Forster Specialty
Insurance Company
Everest National Insurance Company
Falls Lake National Insurance Company
Great American Insurance Company
Houston Casualty Company (UK Branch)
Hudson Insurance Group
Indian Harbor Insurance Company
Inigo Insurance
Intact Insurance Group USA LLP
Ironshore Indemnity Inc.
Landmark American Insurance Company
Lloyds of London
National Union Fire Insurance Company of
Pittsburgh, Pa.
North American Capacity Insurance
Company
Philadelphia Insurance Group
RSUI Indemnity Company Scottsdale
Insurance Company
Starr Surplus Lines Insurance Company
Travelers Indemnity Company
United Specialty Insurance Company
Westchester Surplus Lines Insurance
Company XL Specialty Insurance Company

**Debtors' Restructuring Professionals**
FTI Consulting, Inc.
Moelis & Company
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
Young Conaway Stargatt & Taylor, LLP

**Major Competitors**
Bloom Energy Corporation
Bluebird Corporation BYD
Canoe, Inc.
ChargePoint Holdings, Inc.
Cummins
EBusco
Faraday Future
FuelCell Capital Energy Incorporated
Gillig

Hylion Holdings Corporation
Hyzon Motors, Inc.
Lion Electric Company
Microvast Holdings, Inc.
Nikola Corporation
NFI Group, Inc.
Novabus
Our Next Energy (ONE) Plug Power, Inc.
QuantumScape Corporation
Stem, Inc.
XL Fleet Corporation
Xos, Inc.
The Workhorse Group Incorporated

**Strategic Partners**
Our Next Energy (ONE)

**Ordinary Course Professionals**
Greenberg Traurig, LLP
Troutman Pepper Hamilton Sanders LLP
Womble Bond Dickinson (US) LLP
Cooley LLP
Ogletree, Deakins, Nash, Smoak & Stewart,
PC
Constangy, Brooks, Smith & Prophete, LLP.
Demler, Armstrong & Rowland, LLP
Fennemore Craig, P.C.
Bookoff McAndrews PLLC
Shutts & Bowen LLP
Nexsen Pruet LLC
Fenwick and West LLP
Kilpatrick Townsend & Stockton LLP
California Strategies & Advocacy, LLC
KPMG LLP
BDO USA, LLP
Andersen Tax Holdings LLC
Dixon Hughes Goodman
J. J. Keller & Associates, Inc.
Aon Consulting, Inc Environmental
Outsource, Inc.
CALSTART, Inc.
V-Soft Consulting Group, Inc.
Triniti Corporation
Exponent, Inc.
Britt, Peters & Associates, Inc.

-4-

Rose Tse
Protiviti Inc.
Odgers Berndtson LLC Doerrer Group LLC,
The Sigalit Yochay-Wise
Matthew T Shafer
Stock & Option Solutions, Inc.
Onset Financial
Kristie deJong
ETRADE Financial Corporate Services, Inc.
Cleary Gottlieb Steen & Hamilton LLP

**UCC Lien Search Results**
Hercules Capital, Inc.
Hercules Capital, Inc., as agent
Hercules Technology Growth Capital, Inc.,
Hercules Technology Growth Capital, Inc.,
as agent
JR Automation Technologies, LLC
J.R. Automation Technologies, LLC
Bank Of American, N.A., as agent
Macquarie Corporate and Asset Funding
Inc.
HYG Financial Services, Inc.
Crown Equipment Corporation
CSI GP I LLC, as Collateral Agent
Dell Financial Services L.L.C.
Steelcase Financial Services Inc.

**Utility Providers**
Southern California Edison
Greenville Water System
U.S. TelePacific Corp.
Verizon Wireless
The Gas Company (SoCalGas)
City of Industry
City of Burlingame
AT&T Mobility
Duke Energy
Pacific Gas & Electric
Republic Services #744
Recology San Mateo County
Piedmont Natural Gas
Commission of Public Works, City of Greet
J2 Cloud Services LLC
Spectrum Business Valley

Vista Services
Waste Management of South Carolina

**Bankruptcy Judges**
The Honorable Brendan Linehan Shannon
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable John T. Dorsey
The Honorable Karen B. Owens
The Honorable Laurie Selber Silverstein,
Chief Judge The Honorable Mary F.
Walrath
The Honorable Thomas M. Horan

**United States Trustee for the District of
Delaware (and Key Staff Members)**
Joseph McMahon
Lauren Attix
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Rosa Sierra-Fox
Dion Wynn

**SCHEDULE 2**

| Entity | Relationship to Debtors[2] | Relationship to Lowenstein Sandler |
|---|---|---|
| ArcLight CTC Holdings LP | Substantial Equity Holders – Public Filings | Parent Company or Affiliate of Current Client |
| Carolina CC Venture XXXVII, LLC (CBRE) | Real Estate Lessor | Current Client |
| Hanson Bridgett LLP | Party to Pending Litigation | Current Client |
| Hercules Technology Growth Capital, Inc. | UCC Lien Search Results | Current Client |
| Macquarie Corporate and Asset Funding Inc. | UCC Lien Search Results | Current Client |
| Verizon Wireless | Utility Provider | Current Client |
| Silicon Valley Bank | Bank | Subsidiary or Affiliate of a Current Client |
| U.S. Bank | Bank | Current Client |
| BlackRock | Substantial Equity Holders – Public Filings | Former Client |
| KPCP GGF Associates, LLC c/o Kleiner Perkins Caufield & Byers LLC | Substantial Equity Holders – Public Filings | Former Client |
| Moelis & Company | Debtors' Restructuring Professionals | Former Client |
| Faraday Future | Major Competitors | Former Client |
| Republic Services | Utility Provider | Former Client |
| Cooley LLP | Significant Unsecured Creditors (Greater than $1 million) and Ordinary Course Professional | Co-Counsel in an Unrelated Matter |
| Levi & Korsinsky, LLP | Party to Pending Litigation | Co-Counsel in an Unrelated Matter |
| Paul Weiss Rifkind Wharton & Garrison LLP | Debtors' Restructuring Professionals | Co-Counsel in an Unrelated Matter |
| Cleary Gottlieb Steen & Hamilton LLP | Ordinary Course Professional | Co-Counsel in an Unrelated Matter |
| Greenberg Traurig, LLP | Ordinary Course Professional | Co-Counsel in an Unrelated Matter |
| Troutman Pepper Hamilton Sanders LLP | Ordinary Course Professional | Co-Counsel in an Unrelated Matter |

---

[2]   This schedule is for disclosure purposes only and uses the Debtors' description of the relationship to the Debtors, where available.  The Committee expressly reserves all rights, including, without limitation, with respect to the nature, extent and validity of any party's alleged lien or claim.

| Entity | Relationship to Debtors[2] | Relationship to Lowenstein Sandler |
|---|---|---|
| Womble Bond Dickinson (US) LLP | Ordinary Course Professional | Co-Counsel in an Unrelated Matter |
| Waste Management | Utility Provider | Current Client |

-2-