# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: September 27, 2023 at 4:00 p.m. (ET)** |
| | **Hearing Date: October 4, 2023 at 2:00 p.m. (ET)** |

### NOTICE OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MORRIS JAMES LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO AUGUST 26, 2023

**PLEASE TAKE NOTICE** that on September 13, 2023, the Official Committee of Unsecured Creditors (the "Committee") of Proterra Inc, *et al*., filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to The Official Committee of Unsecured Creditors Nunc Pro Tunc to August 26, 2023* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Application or the relief requested therein must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **September 27, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection so as to be received on or before the Objection Deadline upon the proposed counsel to the Committee:

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **MORRIS JAMES LLP** |
| Jeffrey L. Cohen, Esquire | Eric J. Monzo, Esquire |
| Eric S. Chafetz, Esquire | Brya M. Keilson, Esquire |
| Jordana L. Renert, Esquire | Tara C. Pakrouh, Esquire |
| 1251 Avenue of the Americas | 500 Delaware Avenue, Suite 1500 |
| New York, NY 10020 | Wilmington, DE 19801 |
| Telephone: (212) 262-6700 | Telephone: (302) 888-6800 |
| Facsimile: (212) 262-7402 | Facsimile: (302) 571-1750 |
| E-mail: jcohen@lowenstein.com | E-mail: emonzo@morrisjames.com |
| E-mail: echafetz@lowenstein.com | E-mail: bkeilson@morrisjames.com |
| E-mail: jrenert@lowenstein.com | E-mail: tpakrouh@morrisjames.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON OCTOBER 4, 2023 AT 2:00 P.M. (ET) BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 13, 2023        */s/ Eric J. Monzo*_____
       Wilmington, Delaware        Eric J. Monzo (DE Bar No. 5214)

2