## **<u>EXHIBIT A</u>**

Monzo Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ERIC J. MONZO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MORRIS JAMES LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO AUGUST 26, 2023**

I, Eric J. Monzo, being duly sworn, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that deposes and says:

1.     I am a partner with the law firm of Morris James LLP ("Morris James" or the "Firm")[2] with offices located at 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801 and am duly admitted to practice law in the State of Delaware, the United States District Court for the District of Delaware, the State of Maryland, the United States District Court for the District of Maryland, the State of New Jersey, the United States District Court for the District of New Jersey, the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Western Districts of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

2.     I submit this Declaration pursuant to Rule 2014 of the Federal Rules of Civil Procedure in support of the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to The Official Committee of Unsecured Creditors Nunc Pro Tunc to August 26, 2023* (the "Application"). The information set forth herein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

regarding connections to parties-in-interest and fees and expenses is based primarily upon books and records of the Firm and information provided by other attorneys and personnel at Morris James.  Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein, which is true and correct, and if called as a witness, would testify competently thereto.

3.      In preparing this declaration, I and other attorneys within the Firm followed Morris James' conflict procedures, which are intended to adhere to the requirements of the Bankruptcy Code and Bankruptcy Rules for retention of professionals and the Rules of Professional Conduct governing members of the bar for the State of Delaware.  I have received a list of significant interested parties in this case and submitted the names of these parties through the Firm's conflicts resolution system.

4.      In connection with preparing this Declaration, Morris James submitted the names of parties-in-interest in the Chapter 11 Cases (the "Parties-in-Interest") for review in the computerized conflict database system maintained by Morris James.  The list of the Parties-in-Interest was obtained from the above-captioned Debtors.  Morris James maintains and systematically updates its conflict check system in the regular course of business of the Firm, and it is the regular practice of the Firm to make and maintain these records.  The conflict check system maintained by Morris James is designed to include every matter on which the Firm is now or has been engaged, the entity for which the Firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the Firm that is knowledgeable about the matter.  It is the policy of Morris James that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the

identity of the prospective client, as well as related and adverse parties.  Accordingly, the database is regularly updated for every new matter undertaken by Morris James.

5.      The Parties-in-Interest which Morris James submitted to its conflict database include, but are not limited to, the following categories derived from various pleadings and docket entries as set forth on **Exhibit 1**, and as provided by the Debtors, affiliates & subsidiaries, officers and directors, professionals, shareholders, banks, secured claim holders, insurers, landlords, lenders, contract parties, significant customers and vendors, governmental and taxing authorities, utility providers, other interested parties, bankruptcy court judges and staff, Office of the U.S. Trustee, Region 3, parties entering a notice of appearance, as set forth therein.

6.      Upon a review of the report generated by our conflicts search, I do not represent and, to the best of my knowledge, none of the other attorneys of Morris James currently represent any of the searched entities except as set forth on the schedule annexed hereto as **Exhibit 2**.  The various matters set forth on **Exhibit 2** are unrelated to the Debtors or the Chapter 11 Cases.

7.      I do not have and, to the best of my knowledge, none of the other attorneys of Morris James have, any connection with the Debtors, their major creditors, or any other significant Party-in-Interest which would disqualify Morris James from this representation.

8.      Based on the conflicts and connection search conducted and described herein, to the best of my knowledge, neither I, or Morris James, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors or any other Parties-in-Interest herein, except as stated below and as set forth on **Exhibit 2**.

9.      Brya M. Keilson, Partner with the Firm, was a trial attorney at the Office of the United States Trustee for Region 3 until March 13, 2019.  During her tenure at the United States Trustee's Office, she did not work on this matter. In accordance with Bankruptcy Rule 2014,

Morris James does not have any other connection with the Office of the United States Trustee for the District of Delaware, or any persons employed by the United States Trustee, except as set forth on **Exhibit 2**.

10. Jeffrey R. Waxman previously served as a law clerk for the Honorable Mary F. Walrath, United States Bankruptcy Judge. Former Morris James partner Brett D. Fallon is married to the Honorable Sherry Fallon, United States Magistrate Judge. The Honorable Kent A. Jordan of the Third Circuit Court of Appeals was formerly associated with Morris James as an attorney in private practice. The Honorable Thomas M. Horan was formerly associated with Morris James as an attorney in private practice. In accordance with Bankruptcy Rule 2014, Morris James does not have any other connection with the Bankruptcy Court Judges and Staff (including visiting Judges), District Judges (including visiting Judges), District Magistrate Judges (including visiting Judges), except as set forth on **Exhibit 2**.

11. From time to time, Morris James may represent, or may have represented one or more of the Debtors' creditors or other parties in matters unrelated either to the Debtors' Chapter 11 Cases or to those entities' transactions or dealings with the Debtors. The Firm, however, is not representing any of those entities in the Chapter 11 Cases in any claims that they may have collectively or individually against the Debtors.

12. Neither I, Morris James, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other Parties-in-Interest herein, or their respective attorneys and accountants, except as stated herein.

13. Morris James has previously worked with and may continue to work with one or more of the Debtors' professionals on various representations in matters unrelated to the Chapter

16278882/1

11 Cases, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests.

14.     Morris James is a "disinterested person" as that term is defined in section 101(14) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), as modified by section 1103(b) of the Bankruptcy Code, in that the Firm, its partners, counsel, and associates:

      a.   are not creditors, or insiders of the Debtors;

      b.   are not and were not within two (2) years before the date of the filing of the Debtors' Chapter 11 petition, a director, officer, or employee of the Debtors; and

      c.   do not have an interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason, except as disclosed herein.

15.     As of the date hereof, the Firm has conducted a review of potential conflicts as to the entities identified at **Exhibit 1** hereto.  Morris James has followed its standard conflict procedures with respect to potential conflicts, and Morris James is aware of its continuing obligation to review and supplement its conflict review pursuant Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1.  Morris James and certain of its partners, counsel and associates may have in the past represented, and may currently represent and likely in the future will represent interested parties in connection with matters unrelated to the Chapter 11 Cases.  A list of potential conflicts, including parties in which Morris James has any connection to, including those it represented and currently represents in unrelated matters is attached hereto as **Exhibit 2**.

16.     Morris James will not represent any of the entities identified on **Exhibit 1** in their individual capacities in the Chapter 11 Cases.  As appropriate, other counsel will serve as

5

Committee counsel for such matters, or the Committee will seek approval of retention of additional conflicts counsel.

17.     The Firm intends to apply for compensation for professional services rendered in connection with the Chapter 11 Cases subject to approval of this Court and compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm.  Although Morris James may utilize the services of additional attorneys, the principal attorneys and paralegals likely to represent the Committee in this case are as follows:

| Individual | Position | Hourly Rate |
|---|---|---|
| Eric J. Monzo | Partner | $795.00 |
| Brya M. Keilson | Partner | $750.00 |
| Tara C. Pakrouh | Associate | $600.00 |
| Stephanie Lisko | Paralegal | $350.00 |
| Douglas J. Depta | Paralegal | $350.00 |

Other attorneys and paralegals may from time to time assist the Committee in connection with the matters herein described and are subject to periodic adjustment to reflect economic or other conditions.

18.     The hourly rates set forth above are the Firm's standard hourly rates for work of this nature and are subject to modification annually effective as of January 1st.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.   The expenses charged include, among other things, telephone and telecopy toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, and transcription costs.  Any such expenses will be recorded in accordance with Morris

6

James' customary practices and will be incurred at the same rate as customarily charged in similar

engagements or as otherwise limited by the local rules of the Court.

19.       Subject to Court approval, and in consultation with lead counsel Lowenstein

Sandler LLP ("Lowenstein Sandler"), so as to avoid duplication, the professional services that

Morris James will render to the Committee include, but shall not be limited to, the following:

- Provide legal advice and assistance to the Committee in its consultation with the Debtors relative to the Debtors' administration of its reorganization and the Chapter 11 Cases;

- Review and analyze all applications, motions, orders, statements of operations, and schedules filed with the Court by the Debtors or third parties, advise the Committee as to their propriety, and after consultation with the Committee, take appropriate action;

- Prepare necessary applications, motions, responses, answers, orders, reports, and other legal papers on behalf of the Committee;

- Represent the Committee at hearings held before the Court and communicate with the Committee regarding the issues raised, as well as the decisions of the Court; and

- Performing such other legal services to the Committee in connection with the prosecution of the Chapter 11 Cases as are necessary and appropriate.

20.       In addition to the services listed above, Morris James, in accordance with Delaware

counsel's obligations, will prepare and review all pleadings, motions, responses, objections, and

other documents prepared on behalf of the Committee.  Morris James will assure that any pleadings

comply with the Local Rules.  Morris James will advise the Committee on matters of Delaware

practice and procedure and Delaware law.  Morris James has substantial experience in Delaware

courts and dealing with issues in the Court.  A Morris James attorney will also personally attend

all proceedings before the Court and will attend all meetings in Delaware between the Committee,

the Debtors, and/or Parties-in-Interest at which Committee counsel is requested, or required, to be

present after consulting with lead counsel.  Morris James will also, upon identification of such matters, handle any matters where lead counsel has determined that it has a conflict to ensure compliance with the United States Trustee Guidelines.

21.     Pursuant to Part F of the 2013 U.S. Trustee Guidelines, Morris James is proposed to serve as Delaware co-counsel for the Committee with Lowenstein Sandler.  In the Application and this Declaration, I disclose, in general, the services to be provided to the Committee by Morris James.  In some cases, the description of these services may appear duplicative of the services set forth in Lowenstein Sandler's retention application.  Morris James expects that there will be occasions where Lowenstein Sandler will take the lead role in drafting or responding to pleadings, or otherwise addressing issues.  On other occasions, Morris James will be tasked to take the lead on issues and matters.  In such instances, Morris James and Lowenstein Sandler do not expect to duplicate services.

22.     To the extent that Morris James is assigned by the Committee, in consultation with Lowenstein Sandler, to perform new matters as requested by the Committee that may be necessary and proper in these proceedings and that are materially different from the above described services and the services described in the Application or this Declaration, Morris James will file a supplemental declaration in accordance with Bankruptcy Rule 2014, as required by Part F.1.c of the United States Trustee Guidelines.

23.     No promises have been received by the Firm nor by any partners, counsel, or associate thereof as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with the Chapter 11 Cases, except among the partners, counsel, and associates of the Firm.

24.     To the extent that the Firm discovers any connection with any interested party or enters into any new relationship with any interested party, the Firm will promptly supplement its disclosure to the Court.

25.     In order to comply with the United States Trustees' Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, as required to be answered in all applications for employment filed under section 327 or 1103 of the Bankruptcy Code, which became effective on November 1, 2013, I make the following disclosures:

    a.  Morris James did not agree to a variation of its standard or customary billing arrangements for this engagement;

    b.  None of the professionals included in this engagement have varied their rate based upon the geographic location of the Chapter 11 Cases; and

    c.  The Committee retained Morris James on August 26, 2023.  The billing rates for the period prior to this application are the same as indicated in this application;

    d.  Morris James anticipates filing a budget at the time it files its interim fee applications, and any such budget it may file will be prior approved by the Committee. In accordance with the United States Trustee Guidelines, the budget may be amended as necessary to reflect changed circumstances or unanticipated developments.

The facts set forth in the Application and herein are true and correct to the best of my knowledge, information, and belief.

Dated:  September 13, 2023          */s/ Eric J. Monzo*
                               Eric J. Monzo (DE Bar No. 5214)

**Exhibit 1 to Monzo Declaration**

**Debtors**
Proterra Inc
Proterra Operating Company, Inc.

**Current Directors and Officers**
Jan R. Hauser Gareth T. Joyce
Michael D. Smith
Mary Louise Krakauer
Roger M. Nielsen
Jeannine P. Sargent
Brook F. Porter
Constance E. Skidmore
David S. Black
Christopher L. Bailey
Julian R. Soell
Jeffrey D. Embt
Jill Frizley

**Current Director and Officer Affiliations**
Milwaukee School of Engineering Board of Regents
Lurie Children's Hospital of Chicago
Enfusion, Inc.
Synpsys Inc.
Fortive Corporation
Breakthrough Energy Ventures
Generation Investment Management LLP
Katalyst Ventures Management LLC
Northwestern University
G2VP, LLC
Comfort Systems USA, Inc.
Sensata Technologies Holding Plc

**Former Directors and Officers (1 year)**
John J. Allen
Joan Robinson-Berry
Karina F. Padilla
JoAnn C. Covington

**Secured Creditors**
Bank of America, N.A.
CSI GP LLC
CSI Prodigy Holdco LP
CSI Prodigy Co-Investment LP

CSI PRTA Co-Investment LP
Generation IM

**Contract Counterparties with Significant Remaining Liability**
Bloomington-Normal Public Transit System
Bow Valley Regional Transit Services Commission
Capital Metropolitan Transportation Authority
Chicago Transit Authority
City of Edmonton
City of Fresno
Highland Electric Transportation, Inc.
Los Angeles Department of Transportation
Miami-Dade County
Navistar, Inc.
Nikola Corporation
Port Authority of New York and New Jersey
Valley Regional Transit
Volta Trucks Ltd
Freightliner Custom Chassis-DTNA
Van Hool
LG Energy Solution, Ltd.
TPI Composites, Inc.
Power Electronics USA
Sensata Technologies, Inc.
BC Transit
Pierce (subsidiary of OSHKOSH)
Lightening eMotors
Anadolu Isuzu

**Taxing and Regulatory Agencies**
Utah State Tax Commission
Alabama Department of Revenue
South Carolina Department of Labor, Licensing & Regulation
North Carolina Department of Revenue
Tennessee Department of Revenue
State of Rhode Island Division of Taxation
Texas Department of Motor Vehicles
Florida Department of Revenue
Los Angeles County Tax Collector
Internal Revenue Service
City of Greenville
Kentucky Department of Revenue
Louisiana Motor Vehicle Commission
San Mateo County Tax Collector
Montana Department of Revenue
Illinois Secretary of State

2

Maryland Department of Assessments & Taxation
California Franchise Tax Board
Secretary of State of California
Illinois Department of Revenue
South Carolina Department of Revenue
State of Michigan
Greenville County Tax Collector
South Carolina Department of Motor Vehicle
Cogency
Commonwealth of Massachusetts
Canada Revenue Agency
Idaho State Tax Commission
British Columbia Ministry of Finance

**Substantial Equity Holders – Public Filings**
Tao Pro LLC
Isaac E. Pritzker
Lori D. Mills
James Schwaba
The Vanguard Group
BlackRock Inc.
Franklin Resources Inc.
Charles B. Johnson
Rupert H. Johnson, Jr.
Franklin Advisors Inc.
ArcLight CTC Holdings Lp
Daniel R. Revers
KPCP Green Growth Fund, LLC c/o Kleiner Perkins Caufield & Byers LLC
KPCP GGF Associates, LLC c/o Kleiner Perkins Caufield & Byers LLC
Weiss Asset Management
BIP GP LLC
WAM GP LLC
Andrew M. Weiss, PHD

**Banks**
Silicon Valley Bank
Bank of America
Merrill Lynch
Morgan Stanley
U.S. Bank

**Significant Unsecured Creditors (Greater than $1 million)**
LG Energy Solution, LTD.
TPI Composites, INC.
Power Electronics USA
Munich Electrification

3

16278882/1

Woodruff-Sawyer Oregon, Inc.
Danfoss Power Solutions (US) Company
Manaflex Inc.
DWFritz Automation, Inc.
Ningbo Yexing Automotive Part Co., Ltd.
Cooley LLP
Sensata Technologies, Inc.
Sigma Machine, Inc.
Ron Whites's Air Compressor Sales
Manz AG
Forbes Bros. Ltd
Bossard Inc.
Protiviti Inc.

**Real Estate Lessor**
G&T Properties LLP
PAC Operating Limited Partnership
San Bernardino International Airport Authority
WIN.IT America, Inc.
CoreSite
Electrolux Home Products, Inc._MDH F1 Greenville AG14, LLC
Fairforest of Greenville, LLC
Smith Development Company Inc.
International Transportation Innovation Center (ITIC)
Greenville, City and County of_SCTAC
Michelin North America Inc.
Verdae Properties, LLC
Carolina CC Venture XXXVII, LLC (CBRE)
First Industrial LP

**Parties to Pending Litigation**
Southeastern Pennsylvania Transportation Authority (SEPTA)
Duane Morris, LLP
Stephanie Bitetti
Maho Lazo, et al
Justice Law Corporation
Wilshire Law Firm
Amar Khatib
Hector Ruiz
Otkupman Law Firm
LaToya Lomax
Kirby G. Smith Law Firm, LLC
U.S. Equal Employment Opportunity Commission (EEOC) (Lomax)
Jorge Sanchez (need counsel)
Nikola Corporation (need counsel)
Jeremy Villanueva, et al

4

Levi & Korsinsky, LLP
Marco Gudino
USW Local 675
Samuel Gastelum
The Rutten Law Firm, APC
San Mateo County Transit District (SamTrans)
Hanson Bridgett
Janieka L. Pearson
DWFritz Automation, LLC
Davis Wright Tremaine LLP

**Issuer and Beneficiaries of any Guarantees, Performance Bonds, or Payment/Surety Bonds**
Philadelphia Indemnity Insurance Company
Atlantic Specialty Insurance Company
Lexon Insurance Company
Intact Insurance Company
Biddeford Saco Old Orchard Beach Transit
Board of County Commissions of Miami-Dade County
Canada Border Services Agency
Capital Metropolitan Transportation Authority
Chicago Transit Authority
City and County of San Francisco
City of Visalia
Contractor's License Board
Delaware Transit Authority
Department of Homeland Security
Metropolitan Washington Airports Authority
Sacramento Regional Transit District
Santa Clara Valley Transportation Authority
Southeastern Pennsylvania Transportation Authority
Spokane Transit Authority
State of California
State of California, Contractors License Board
State of Oregon
State of Washington/Contractors Board
Transportation District Commission of Hampton Roads

**Issuers and Beneficiaries of any outstanding (standby) Letters of Credit**
Bank of America, N.A.
Philadelphia Insurance Companies
Carolina CC Venture XXXVII LLC
LG Energy Solutions Ltd Tower 1
Great American Insurance Company
Atlantic Specialty Insurance
Steelcase Financial Services Inc.
Bond Safeguard Insurance Company

BC Transit

**<u>Major Insurance Brokers and Carriers</u>**
Brokers:
Woodruff Sawyer & Co.
Marsh USA, Inc.
Willis Tower Watson
American Internationa Group (AIG)
Allied World Specialty Insurance Company
AXA XL Professional Insurance
Axix
Berkley Professional Liability
Chubb Group of Insurance Co.
Chubb Bermuda Insurance Ltd.
Crum & Forester & Forster Specialty Insurance Company
Everest National Insurance Company
Falls Lake National Insurance Company
Great American Insurance Company
Houston Casualty Company (UK Branch)
Hudson Insurance Group
Indian Harbor Insurance Company
Inigo Insurance
Intact Insurance Group USA LLP
Ironshore Indemnity Inc.
Landmark American Insurance Company
Lloyds of London
National Union Fire Insurance Company of Pittsburgh, Pa.
North American Capacity Insurance Company
Philadelphia Insurance Group
RSUI Indemnity Company
Scottsdale Insurance Company
Starr Surplus Lines Insurance Company
Travelers Indemnity Company
United Specialty Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company

**<u>Debtors' Restructuring Professionals</u>**
FTI Consulting, Inc.
Moelis & Company
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Young Conaway Stargatt & Taylor, LLP

**<u>Major Competitors</u>**
Bloom Energy Corporation
Bluebird Corporation

BYD
Canoe, Inc.
ChargePoint Holdings, Inc.
Cummins
EBusco
Faraday Future
FuelCell Capital Energy Incorporated
Gillig
Hylion Holdings Corporation
Hyzon Motors, Inc.
Lion Electric Company
Microvast Holdings, Inc.
Nikola Corporation
NFI Group, Inc.
Novabus
Our Next Energy (ONE)
Plug Power, Inc.
QuantumScape Corporation
Stem, Inc.
XL Fleet Corporation
Xos, Inc.
The Workhorse Group Incorporated

**Strategic Partners**
Our Next Energy (ONE)

**Ordinary Course Professionals**
Greenberg Traurig, LLP
Troutman Pepper Hamilton Sanders LLP
Womble Bond Dickinson (US) LLP
Cooley LLP
Ogletree, Deakins, Nash, Smoak & Stewart, PC
Constangy, Brooks, Smith & Prophete, LLP.
Demler, Armstrong & Rowland, LLP
Fennemore Craig, P.C.
Bookoff McAndrews PLLC
Shutts & Bowen LLP
Nexsen Pruet LLC
Fenwick and West LLP
Kilpatrick Townsend & Stockton LLP
California Strategies & Advocacy, LLC
KPMG LLP
BDO USA, LLP
Andersen Tax Holdings LLC
Dixon Hughes Goodman
J. J. Keller & Associates, Inc.

16278882/1

Aon Consulting, Inc
Environmental Outsource, Inc.
CALSTART, Inc.
V-Soft Consulting Group, Inc.
Triniti Corporation
Exponent, Inc.
Britt, Peters & Associates, Inc
Rose Tse
Protiviti Inc.
Odgers Berndtson LLC
Doerrer Group LLC, The
Sigalit Yochay-Wise
Matthew T Shafer
Stock & Option Solutions, Inc.
Onset Financial
Kristie deJong
ETRADE Financial Corporate Services, Inc.
Cleary Gottlieb Steen & Hamilton LLP

**UCC Lien Search Results**
Hercules Capital, Inc.
Hercules Capital, Inc., as agent
Hercules Technology Growth Capital, Inc.,
Hercules Technology Growth Capital, Inc., as agent
JR Automation Technologies, LLC
J.R. Automation Technologies, LLC
Bank Of American, N.A., As agent
Macquarie Corporate and Asset Funding Inc.
HYG Financial Services, Inc.
Crown Equipment Corporation
CSI GP I LLC, as Collateral Agent
Dell Financial Services L.L.C.
Steelcase Financial Services Inc.

**Utility Providers**
Southern California Edison
Greenville Water System
U.S. TelePacific Corp.
Verizon Wireless
The Gas Company (SoCalGas)
City of Industry
City of Burlingame
AT&T Mobility
Duke Energy
Pacific Gas & Electric
Republic Services #744

8

Recology San Mateo County
Piedmont Natural Gas
Commission of Public Works, City of Greet
J2 Cloud Services LLC
Spectrum Business
Valley Vista Services
Waste Management of South Carolina

**Bankruptcy Judges**
The Honorable Brendan Linehan Shannon
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable John T. Dorsey
The Honorable Karen B. Owens
The Honorable Laurie Selber Silverstein, Chief Judge
The Honorable Mary F. Walrath
The Honorable Thomas M. Horan

**United States Trustee for the District of Delaware (and Key Staff Members)**
Joseph McMahon
Lauren Attix
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Rosa Sierra-Fox
Dion Wynn

**Notices of Appearance / Pro Hac Vice**
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service
Workers International Union - United Steelworkers - David R. Jury

16278882/1

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service
Workers International Union - Law Office of Susan E. Kaufman, LLC - Susan E. Kaufman
CSI GP I LLC - Sidley Austin LLP - Thomas R. Califano
CSI GP I LLC - Sidley Austin LLP - Dennis M. Twomey
CSI GP I LLC - Sidley Austin LLP - Jackson T. Garvey
CSI GP I LLC - Sidley Austin LLP - Maegan Quejada
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP - Laura Davis Jones
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP - Peter J. Keane
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP - Edward A. Corma
Waste Management - Monzack Mersky and Browder, P.A - Rachel B. Mersky

**Exhibit 2 to Monzo Declaration**

| **CLIENT** | **RELATIONSHIP TO DEBTORS** | **MATTER** |
|---|---|---|
| Bank of America, N.A. | Secured Creditor | The Firm previously represented Bank of America N.A. and has been adverse to Bank of America, N.A. in matters unrelated to these Chapter 11 Cases. |
| Electrolux Home Products, Inc. | Real Estate Lessor | The Firm previously represented Electrolux Home Products, Inc. in bankruptcy matters unrelated to this Chapter 11 Cases. |
| Everest National Insurance Company | Major Insurance Brokers and Carriers | The Firm previously represented Everest National Insurance Company in a non-bankruptcy matter unrelated to these Chapter 11 Cases. |
| Fox, Jr., Timothy J. | U.S. Trustee Personnel, Judges, & Court Contacts (& Key Staff Members) | The Firm previously represented an individual named Timothy Fox in a non-bankruptcy matter unrelated to these Chapter 11 Cases. |
| Great American Insurance Company | Major Insurance Brokers and Carriers; Issuers and Beneficiaries of any outstanding (standby) Letters of Credit | The Firm has represented and been adverse to Great American Insurance Company in matters unrelated to these Chapter 11 Cases. |
| Ironshore Indemnity Inc. | Major Insurance Brokers and Carriers | The Firm represents Ironshore Indemnity Inc. or an affiliate in a matter unrelated to these Chapter 11 Cases. |
| Sensata Technologies, Inc. | Significant Unsecured Creditors (Greater than $1 million); Contract Counterparties with Significant Remaining Liability; Committee Member | The Firm represents and has previously represented Sensata Technologies, Inc. in matters unrelated to these Chapter 11 Cases. |

**(MORRIS JAMES' CONFLICT RESOLUTION PROCEDURE
IS ONGOING, AND MORRIS JAMES WILL UNDERTAKE
TO SUPPLEMENT THIS DECLARATION AS NECESSARY)**