# **EXHIBIT A**

| Doc. # | Order # | NSK Item ID | Proterra Item ID | Description | Inv. Date | Deliv. Date | Inv. # | Qty. | Sell | Ext. Sell |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1384202 | .8C30SFCS/FT | 014204-012 | M8-1.25 x 30 Flat Head Socket Cap Screw | 8/1/2023 | 8/3/2023 | 1450459 | 100 | $ 0.2500 | $ 25.00 |
| 2 | 1383435 | .10C20HFBS | 020856-002 | M10-1.50 x 20 Hex Flange Bolt A2 SST | 7/25/2023 | 7/28/2023 | 1449878 | 100 | $ 1.3000 | $ 130.00 |
| 3 | 1364343 | 022653 | 022653 | Spline Coupling Per Drawing | 7/25/2023 | 7/28/2023 | 1449877 | 60 | $ 365.0000 | $ 21,900.00 |
| 4 | 1383290 | .8C50HCSS | 017030-012 | M8-1.25 x 50 Hex Head Cap Screw A2-70SST | 7/14/2023 | 7/18/2023 | 1449306 | 300 | $ 0.3900 | $ 117.00 |
| 5 | 1383290 | .10C20HFBS | 020856-002 | M10-1.50 x 20 Hex Flange Bolt A2 SST | 7/14/2023 | 7/18/2023 | 1449306 | 100 | $ 1.3000 | $ 130.00 |
| 6 | 1383290 | .3C12MXPS | 018598-006 | M3-0.5 x 12 Phil Pan Mach Sc A2 SST | 7/14/2023 | 7/18/2023 | 1449306 | 100 | $ 0.0500 | $ 5.00 |
| | | | | | | | | | | $ 22,307.00 |

# INVOICE





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1450459 | |
| Invoice Date | Page |
| 8/1/2023 | 1 of 1 |
| ORDER NUMBER | |
| 1384202 | |

**Bill To:**
Proterra Operating Company, Inc.
1 Whitlee Court
Greenville, SC 29607

**Ship To:**
Proterra - GVL
1 Whitlee Court
Dock 4
Greenville, SC 29607
UNITED STATES

Attn: Jenny Weaver

Ordered By: John Simmons

**Customer ID:** 109379

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| GVL824113 | Proterra Terms | 11/21/2023 | 11/21/2023 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/26/2023 11:20:09 | 1461088 | Erika Drum | DRUME |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | | |

**Delivery Instructions:** 1 box 3 lbs

**Carrier:** Ground          **Tracking #:** 1Z4866980351404506

| 1 | 100 | 100 | 0 | EA | | .8C30SFCS/FT | EA | | 0.250000 | 25.00 |
| | | | | | | M8-1.25 x 30 Flat Head Socket Cap Screw | | | | |
| | | | | | | A2-70 SST - FULL THREAD | | | | |

**Ordered As:** 014204-012

**Customer Part Number Note:** Per Drawing 018783 Rev. C01

**Lot Number:** 440906          **Qty:** 100          EA

*Total Lines:* 1

**SUB-TOTAL:** 25.00
**TAX:** 0.00
**AMOUNT DUE:** 25.00
US Dollars

\* \* \* *REPRINT* \* \* \*

12.12.1094 - 05/20/13

# Proof of Delivery

POD 1450459

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z4866980351404506

**Weight**
3.00 LBS

**Service**
UPS Ground

**Shipped / Billed On**
08/01/2023

**Delivered On**
08/03/2023 10:37 A.M.

**Delivered To**
1 WHITLEE CT
GREENVILLE, SC, 29607, US

**Received By**

MASSEY



**Left At**
Dock

**Reference Number(s)**
PO#: GVL824113, 1461088, 1384202, PICK TICKET

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 08/22/2023 11:37 A.M. EST



# INVOICE



**nsk**

150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1449878 | |
| Invoice Date | Page |
| 7/25/2023 | 1 of 1 |
| ORDER NUMBER | |
| 1383435 | |

**Bill To:**
Proterra Operating Company, Inc.
1 Whitlee Court
Greenville, SC 29607

**Ship To:**
Proterra - GVL
1 Whitlee Court
Dock 4
Greenville, SC 29607
UNITED STATES

Attn: Jenny Weaver

Ordered By: Miss Jessica Salva

**Customer ID:** 109379

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| SRG823561 | Proterra Terms | 10/21/2023 | 10/21/2023 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/14/2023 10:05:17 | 1460632 | Erika Drum | DRUME |

| Line # | Quantities | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | UOM | | | | | |

**Delivery Instructions:** 1 box 6 lbs

**Carrier:** Ward Trucking          **Tracking #:** 008-4754072

| Line # | Ordered | Shipped | Remaining | UOM | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 100 | 100 | 0 | EA | .10C20HFBS<br>M10-1.50 x 20 Hex Flange Bolt A2 SST<br>DIN 6921 | EA | 1.300000 | 130.00 |

**Ordered As:** 020856-002

**Lot Number:** 434353     **Qty:** 100     EA

*Total Lines:* 1

| | |
|---|---|
| **SUB-TOTAL:** | 130.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 130.00 |
| | US Dollars |

*** REPRINT ***

12.12.1094 - 05/20/13

# INVOICE





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1449877 | |
| Invoice Date | Page |
| 7/25/2023 | 1 of 1 |
| ORDER NUMBER | |
| 1364343 | |

**Bill To:**
Proterra Operating Company, Inc.
1 Whitlee Court
Greenville, SC 29607

**Ship To:**
Proterra - GVL
1 Whitlee Court
Dock 4
Greenville, SC 29607
UNITED STATES

Attn: Jenny Weaver

Ordered By: Mrs. Katherine Turner

**Customer ID:**   109379

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| GEM809344 | Proterra Terms | 10/21/2023 | 10/21/2023 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/11/2022 07:59:54 | 1460631 | Erika Drum | DRUME |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Delivery Instructions:** 60 boxes 180 lbs | | | |
| | | | | | | **Carrier:** Ward Trucking    **Tracking #:** 008-4754072 | | | |
| 11 | 60 | 60 | 0 | EA | | 022653<br>Spline Coupling Per Drawing | EA | 365.000000 | 21,900.00 |
| | | | | | | **Revision Level:** A | | | |
| | | | | | | **Blue Print Number:** 010193 | | | |
| | | | | | | **Engineering Change Number:** | | | |
| | | | | | | **Lot Number:** 439522    **Qty:** 60    EA | | | |

Total Lines:  1

| | |
|---|---|
| **SUB-TOTAL:** | 21,900.00 |
| **TAX:** | 0.00 |
| **AMOUNT DUE:** | 21,900.00 |
| | US Dollars |

*\* \* \* REPRINT \* \* \**

12.12.1094 - 05/20/13

| BILL OF LADING | BOL Number: 54702427 |
|---|---|

**SHIP FROM**

Name: NSK Industries Inc.

Address: 150 ASCOT PKWY,,

City/State/Zip: CUYAHOGA FALLS, OH, 44223
Mark Howell       P: 3309234112 Ext.
Stop Notes:

Carrier: Ward Trucking, LLC
Pro #:

## BAR CODE SPACE

Pick up date: 7/25/2023
Trailer #:                          Seal #:

**SHIP TO**

Name:  Proterra - GVL
Address: 1 WHITLEE CT

City/State/Zip: GREENVILLE, SC, 29607
GLENN DEAN        P: 864-438-0000 Ext.
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Load PO# | GEM809344, SRG823561 |
| NLID Shipment | No |

CLA-008-4754072    ƐƐ6ʒ    DRIVERS NO.

Total HU___/___    Pieces  61    **WARD** TRUCKING

**THIRD PARTY FREIGHT CHARGES BILL TO**

Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

| Freight Charge Terms: | | |
|---|---|---|
| Prepaid | [X] | Carrier Acct #: |
| Collect | [ ] | Quote ID: |
| 3rd Party | [X] | |

Special Instructions:
43 x 42 x 18

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

LTL or Partial Only:
# of Pallets: 1    Pallet Type:        Skid Spots: 1    Stackable: No
Pallet Dimensions:        L:        W:        H:

**Shipper Instructions**
Pickup #:
Loc Type: Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type: Business
Special Services:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as t | NMFC# | CLASS |
| 1 | Pallets | 61 | Boxes | 205 lb | | | production material | | 85 |
| 1 | | 61 | | 205 lb | | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

COD Amount: $ _____
Fee Terms:    Collect: [ ]    [ ]    Prepaid: [X]
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☒ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contacts that here been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section 7)

_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [ ] By Shipper [ ] By Driver | [ ] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| Shipper: ___ Date: 7-25 | | | Carrier: _____ Date: _____ |

**WARD TRUCKING, LLC**
P.O. BOX 1553
ALTOONA, PA 16603
EIN #76-0822064

FOR SERVICE CALL 1-800-458-3625

| DATE | BILLER | D/T | TRAILER NUMBER | SHIPPER NUMBER | 0727 | *DR | Version 0004 |
|------|--------|-----|----------------|----------------|------|-----|--------------|
| 07/26/23 | DDC | 011 | 481200H | NS | P.O. NUMBER | | PRO NUMBER |

SHIPPER NUMBER: NS

P.O. NUMBER: GEM809344 SRG82

PRO NUMBER: 008-4754072

**SHIPPER:** 0230357

NSK INDUSTRIES
150 ASCOT PKWY
PO BOX 1089
CUYAHOGA FALLS          OH          44223

B/L NUMBER: 54702427

Visit us at www.wardtlc.com

**DO NOT OBSTRUCT BAR CODE**

**CONSIGNEE:** 0376467

PROTERRA GVL
1 WHITLEE CT

GREENVILLE          SC          29607
TRANSFER

**BILL TO:** 0918318          **GRID**          07GRE

ECHO GLOBAL LOGISTICS-3RD PTY
600 W CHICAGO AVE
STE 725
CHICAGO          IL          60654

| PIECES | HM | DESCRIPTION OF ARTICLES | WEIGHT(LBS) | H.U. | | |
|--------|-----|-------------------------|-------------|------|--------|---------|
| | | | | RATE | CHARGE | COLLECT |
| 1 | | PALLET | | | 1 | |
| | | PRODUCTION MATERIAL | 205 | | | |
| | | CLASS: 85          FAK RATED @ 77.5 | | | | |
| | | STC 61 BOXES | | | | |
| | | 43X42X18 (1) | | | | |
| | | PH# 864 438 0000 GLENN DEAN | | | | |
| | | ECHO IS NOT RESPONSIBLE FOR ANY | | | | |
| | | ACCESSORIAL CHARGES UNLESS PRE- | | | | |
| | | APPROVED BY ECHO OR NOTED ON B/L | | | | |
| | | DO NOT STACK OR DOUBLE DECK ++++ | | | | |
| | | <<CONTINUED ON THE NEXT PAGE>> | | | | |

STRETCH WRAP: GREEN (CLEAR) NONE (INTACT (Y) N

LOOSE PCS ___          SKS REC'D 1          TOT HU 1

DRIVER Thomas Ralph

DATE 7/28/23          TIME IN 12:48          OUT 1:08

GOODS RECEIVED IN GOOD ORDER EXCEPT AS NOTED

CONSIGNEE Proterra

PRINT NAME X Jeremy Max

SIGNATURE X _(signature)_

| | |
|---|---|
| TOTAL COLLECT CHARGES | |
| COLLECT C.O.D. FEE | |
| TOTAL COLLECT DUE WARD | |
| C.O.D. AMOUNT | |

# WARD TRUCKING, LLC

P.O. BOX 1553
ALTOONA, PA 16603
EIN #76-0822064

FOR SERVICE CALL 1-800-458-3625

Visit us at www.wardtlc.com

**DO NOT OBSTRUCT BAR CODE**

| DATE | BILLER | D/T | TRAILER NUMBER | SHIPPER NUMBER | 0727 | *DR | Version 0004 |
|------|--------|-----|----------------|----------------|------|-----|--------------|
| 07/26/23 | DDC | 011 | 481200H | NS | P.O. NUMBER | | PRO NUMBER |

GEM809344 SRG82 | 008-4754072

**SHIPPER:** 0230357

NSK INDUSTRIES
150 ASCOT PKWY
PO BOX 1089
CUYAHOGA FALLS OH 44223

B/L NUMBER
54702427

**CONSIGNEE:** 0376467

PROTERRA GVL
1 WHITLEE CT
GREENVILLE SC 29607

**BILL TO:** 0918318

**GRID** 07GRE

ECHO GLOBAL LOGISTICS-3RD PTY
600 W CHICAGO AVE
STE 725
CHICAGO IL 60654

TRANSFER

| PIECES | HM | DESCRIPTION OF ARTICLES | WEIGHT (LBS) | H.U. | RATE | CHARGE | COLLECT |
|--------|----|-----|------|------|------|--------|---------|
| | | <<CONTINUED FROM THE PREVIOUS PAGE>> FUEL SURCHARGE SP | | 1 | | | |
| 1 | | TOTALS Tariff-LITECZ02 | 205 | | PREPAID | | |

STRETCH WRAP: GREEN CLEAR NONE INTACT Y N

GOODS RECEIVED IN GOOD ORDER EXCEPT AS NOTED

LOOSE PCS _____ SKS REC'D _____ TOT HU _____

DRIVER _____

DATE _____ TIME _____ IN _____ OUT _____

CONSIGNEE _____

PRINT NAME _____

SIGNATURE _____

| | |
|---|---|
| TOTAL COLLECT CHARGES | |
| COLLECT C.O.D. FEE | |
| TOTAL COLLECT DUE WARD | |
| C.O.D. AMOUNT | |





150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1449306 | |
| Invoice Date | Page |
| 7/14/2023 | 1 of 2 |
| ORDER NUMBER | |
| 1383290 | |

**Bill To:**
Proterra Operating Company, Inc.
1 Whitlee Court
Greenville, SC 29607

**Ship To:**
Proterra - GVL
1 Whitlee Court
Dock 4
Greenville, SC 29607
UNITED STATES

Attn: Jenny Weaver

Ordered By: John Simmons

Customer ID:    109379

| PO Number | Term Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| GVL823430 | Proterra Terms | 10/21/2023 | 10/21/2023 | 0.00 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/12/2023 14:01:38 | 1459840 | Erika Drum | DRUME |

| Line # | Ordered | Shipped | Remaining | UOM | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Delivery Instructions:** 3 boxes 23 lbs. | | | |
| | | | | | | **Carrier:** UPS Ground Collect    **Tracking #:** 1Z4866980350942178 | | | |
| 1 | 100 | 100 | 0 | EA | | .3C12MXPS<br>M3-0.5 x 12 Phil Pan Mach Sc A2 SST | EA | 0.050000 | 5.00 |
| | | | | | | **Ordered As:** 018598-006 | | | |
| | | | | | | **Customer Part Number Note:** Per Drawing 018780 Rev A | | | |
| | | | | | | **Lot Number:** 439247    **Qty:** 100    EA | | | |
| 2 | 100 | 100 | 0 | EA | | .10C20HFBS<br>M10-1.50 x 20 Hex Flange Bolt A2 SST<br>DIN 6921 | EA | 1.300000 | 130.00 |
| | | | | | | **Ordered As:** 020856-002 | | | |
| | | | | | | **Lot Number:** 434353    **Qty:** 100    EA | | | |
| 3 | 300 | 300 | 0 | EA | | .8C50HCSS<br>M8-1.25 x 50 Hex Head Cap Screw A2-70SST<br>DIN 931 - Partial Thread | EA | 0.390000 | 117.00 |
| | | | | | | **Ordered As:** 017030-012 | | | |
| | | | | | | **Customer Part Number Note:** Per Drawing 018781 Rev. K01 | | | |
| | | | | | | **Lot Number:** 438811    **Qty:** 300    EA | | | |

* * * *REPRINT* * * *



# INVOICE



150 Ascot Parkway
P.O. Box 1089
Cuyahoga Falls, OH 44223
UNITED STATES
330-923-4112

| INVOICE | |
|---|---|
| 1449306 | |
| Invoice Date | Page |
| 7/14/2023 | 2 of 2 |
| ORDER NUMBER | |
| 1383290 | |

| Quantities | | | | | Disp. | Item ID / Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Ordered | Shipped | Remaining | UOM | | | | | |

Total Lines: 3

|  | SUB-TOTAL: | 252.00 |
|---|---|---|
|  | TAX: | 0.00 |
|  | AMOUNT DUE: | **252.00** |
|  |  | US Dollars |

* * * REPRINT * * *

12.12.1094 - 05/20/13

# Proof of Delivery

POD INVOICE 1449306

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z4866980350942178

**Weight**

1.00 LBS

**Service**

UPS Ground

**Shipped / Billed On**

07/14/2023

**Delivered On**

07/18/2023 10:31 A.M.

**Delivered To**

1 WHITLEE CT
GREENVILLE, SC, 29607, US

**Received By**

HOWARD



**Left At**

Dock

**Reference Number(s)**

GVL823430, 1383290

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 08/22/2023 11:15 A.M. EST