# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROTERRA INC., *et al.,*[1] | : | Case No.: 23-11120 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| | : | |

## ORDER GRANTING MOTION OF NSK INDUSTRIES, INC. FOR AN ORDER ALLOWING SECTION 503(B)(9) ADMINISTRATIVE EXPENSE CLAIM AND REQUIRING IMMEDIATE PAYMENT THEREOF

Upon consideration of the application (the "Application") of NSK Industries, Inc., ("NSK"),[2] seeking allowance of a $22,307.00 administrative expense claim pursuant to 11 U.S.C. §503(b)(9), all as more fully described in the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. §157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been served, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application and determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra, Inc. (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtor's service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

**ORDERED THAT:**

1. The Application is GRANTED.

2. NSK shall have an allowed administrative expense claim under Bankruptcy Code section 503(b) in the amount of $22,307.00 (the "<u>Administrative Claim</u>").

3. The Debtors shall pay the Administrative Claim to NSK within ten (10) days after entry of this order.

4. This order shall be final and immediately effective and enforceable upon its entry.

5. This Court shall retain exclusive jurisdiction to hear and decide all matters arising from or related to thus order.