# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROTERRA INC., *et al.,*[1] | : | Case No.: 23-11120 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Hearing Date: October 4, 2023, at 2:00 pm (ET) |
| | : | Objection Deadline: September 27, 2023, at 4:00 pm (ET) |

## NOTICE OF MOTION OF NSK INDUSTRIES, INC. FOR AN ORDER ALLOWING SECTION 503(B)(9) ADMINISTRATIVE EXPENSE CLAIM AND REQUIRING IMMEDIATE PAYMENT THEREOF

**PLEASE TAKE NOTICE** that on September 14, 2023, NSK Industries, Inc., ("NSK"), through undersigned counsel filed the *Motion of NSK Industries, Inc., for an Order Allowing Section 503(b)(9) Administrative Expense Claim and Requiring Immediate Payment Thereof* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **September 27, 2023, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **October 4, 2023, at 2:00 pm (ET)** before the Honorable Brendan L. Shannon at the United States Bankruptcy Court, 824 Market Street, 6th floor, Courtroom 1, Wilmington, DE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra, Inc. (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtor's service address is: 1815 Rollins Road, Burlingame, California 94010.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated: September 14, 2023  **GELLERT SCALI BUSENKELL**
Wilmington, Delaware             **& BROWN, LLC**

By: */s/ Bradley P. Lehman*
 Bradley P. Lehman (#5921)
 1201 North Orange Street, Suite 300
 Wilmington, Delaware 19801
 Tel.:   (302) 425-5800
 Fax:   (302) 425-5814
 E-mail:  blehman@gsbblaw.com

*Counsel to NSK Industries, Inc.*