## CERTIFICATE OF SERVICE:

I, Bradley P. Lehman, Esq., hereby certify that on September 14, 2023, I caused a true and correct copy of the foregoing *Motion of NSK Industries, Inc., for an Order Allowing Section 503(b)(9) Administrative Expense Claim and Requiring Immediate Payment Thereof* to be filed and served via CM/ECF upon those parties registered to receive such electronic notifications, and upon the parties below via e-mail:

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Pauline K. Morgan, Esquire<br>Andrew L. Magaziner, Esquire<br>Shella Borovinskaya, Esquire<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email: pmorgan@ycst.com<br>amagaziner@ycst.com<br>sborovinskaya@ycst.com | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Paul M. Basta, Esquire<br>Robert A. Britton, Esquire<br>Michael J. Colarossi, Esquire<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Email: pbasta@paulweiss.com<br>rbritton@paulweiss.com<br>mcolarossi@paulweiss.com |
| LOWENSTEIN SANDLER LLP<br>Jeffrey L. Cohen, Esquire<br>Eric S. Chafetz, Esquire<br>Jordana L. Renert, Esquire<br>1251 Avenue of the Americas<br>New York, NY 10020<br>E-mail: jcohen@lowenstein.com<br>echafetz@lowenstein.com<br>jrenert@lowenstein.com | MORRIS JAMES LLP<br>Eric J. Monzo, Esquire<br>Brya M. Keilson, Esquire<br>Tara C. Pakrouh, Esquire<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>E-mail: emonzo@morrisjames.com<br>bkeilson@morrisjames.com<br>tpakrouh@morrisjames.com |
| Linda J. Casey, Esquire<br>Office of the United States Trustee<br>844 N. King Street, Room 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov | |

Dated: September 14, 2023      By:    */s/ Bradley P. Lehman*
                                                         Bradley P. Lehman (No. 5921)