**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>PROTERRA INC., *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 23-11120 (BLS)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　Pursuant to Local Rule 9019-1 and the attached certification, counsel moves the admission *pro hac vice* of Joel B. Daniel, Esq., to serve as counsel to Intact in connection with the above-captioned cases.

Dated: September 18, 2023　　　　　　　By: */s/ Ronald S. Gellert*
　　　　　　　　　　　　　　　　　　　　Ronald S. Gellert (No. 4259)
　　　　　　　　　　　　　　　　　　　　Gellert Scali Busenkell & Brown, LLC
　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 425-5806
　　　　　　　　　　　　　　　　　　　　Email: rgellert@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 18, 2023　　　　　　Watt, Tieder, Hoffar & Fitzgerald, LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Joel B. Daniel*
　　　　　　　　　　　　　　　　　　　Joel B. Daniel, Esq.
　　　　　　　　　　　　　　　　　　　10 South Wacker Drive, Suite 1100
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　Tel. 312.219.6918
　　　　　　　　　　　　　　　　　　　Email: jdaniel@watttieder.com

### ORDER GRANTING MOTION

　　*IT IS HEREBY ORDERED* counsel's Motion for Admission *Pro Hac Vice* is granted