## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Rossmery Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 13, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **<u>Exhibit A</u>**; and via First Class Mail upon the service list attached hereto as **<u>Exhibit B</u>**:

- **Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Contained in the Debtors' Motion for an Order Approving Their Key Employee Incentive Plan and the Declarations in Connection Therewith** [Docket No. 229]

- **Notice of Filing of Redacted Version of Debtors' Motion for an Order Approving Their Key Employee Incentive Plan** [Docket No. 230]

Dated: September 19, 2023

*/s/ Rossmery Martinez*
Rossmery Martinez
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General Alabama | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General Alaska | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| State Attorney General Arizona | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General Arkansas | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Top 30 Party | AROW Global Corp | Tim Winters | Dkoschik@arowglobal.com; bhalama@arowglobal.com; tim.winters@arowglobal.com |
| Bank of America | Bank of America NA | Michael McCauley | Michael.Mccauley2@bofa.com |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Jonathan Sundheimer | Jonathan.Sundheimer@btlaw.com |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Kevin G. Collins | Kevin.Collins@btlaw.com |
| Counsel to Capital Metropolitan Transportation Authority | Bayard, P.A. | Evan T. Miller | emiller@bayardlaw.com |
| Counsel to South Bay Solutions, Inc. | Binder & Malter, LLP | Wendy Watrous Smith | wendy@bindermalter.com |
| Top 30 Party | Birlasoft Solutions Inc. | Sumit Mehrish | sumit.mehrish@birlasoft.com |
| Top 30 Party | Bloomington-Normal Public Transit System | Brady Lange | blange@connect-transit.com |
| Top 30 Party | Bossard Inc. | Attn Director or Officer | GMeneses@bossard.com; Mai.Tran@bossard.com; ecanales@bossard.com |
| Top 30 Party | Bow Valley Regional Transit Services Commission | Martin Bean, Chief Administrative Officer | martin.bean@roamtransit.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Top 30 Party | Capital Metropolitan Transportation Authority | Kerri Butcher | kerri.butcher@capmetro.org |
| Top 30 Party | Chicago Transit Authority | Sanja Noble | SNoble@transitchicago.com |
| Top 30 Party | City of Edmonton | Attn Carly Androschuk, Legal Services | carly.androschuk@edmonton.ca |
| Top 30 Party | City of Fresno | Purchasing Department | gary.watahira@fresno.gov |
| State Attorney General Colorado | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Administrative and Collateral Agents Under the Debtors' Prepetition Credit Facilities (Cowen) | CSI GP I LLC, as Collateral Agent | Ewa Kozicz, Vusal Najafov | ewa.kozicz@cowen.com; vusul.najafov@cowen.com |
| Top 30 Party | Danfoss Power Solutions (US) Company | Cliff Stokes | cliff.stokes@danfoss.com |
| State Attorney General Delaware | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| State Attorney General District of Columbia | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to Tao Capital Partners and its affiliates (collectively, "Tao") | Dorsey & Whitney (Delaware) LLP | Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Counsel to Tao Capital Partners and its affiliates (collectively, "Tao") | Dorsey & Whitney LLP | Samuel S. Kohn, Esq. | kohn.sam@dorsey.com |
| Counsel for the Southeastern Pennsylvania Transportation Authority | Duane Morris LLP | Lawrence J. Kotler, Esquire | ljkotler@duanemorris.com |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Danielle Rushing Behrends, Esq. | dbehrends@dykema.com |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Sherrie L. Farrell, Esq. | sfarrell@dykema.com |
| State Attorney General Florida | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| State Attorney General Georgia | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Howard J. Steinberg | steinbergh@gtlaw.com |
| State Attorney General Hawaii | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Top 30 Party | Highland Electric Transportation, Inc. | Sean Leach | sean@highlandfleets.com |
| Counsel to the First Lien Agent, Bank of America | Holland & Knight | Attn Robert Jones and Brent McIlwain | robert.jones@hklaw.com; brent.mcilwain@hklaw.com |
| Counsel to Bank of America | Holland & Knight | Hamid Namazie, Yoojin Lee | Hamid.Namazie@hklaw.com; Yoojin.Lee@hklaw.com |
| Counsel to Capital Metropolitan Transportation Authority | Husch Blackwell LLP | Lynn H. Butler and Jameson J. Watts | lynn.butler@huschblackwell.com; jameson.watts@huschblackwell.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General Idaho | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| State Attorney General Illinois | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| State Attorney General Indiana | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| State Attorney General Iowa | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| State Attorney General Kentucky | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to United Steelworkers | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Sandford L. Frey | sfrey@leechtishman.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Steven B. Eichel | seichel@leechtishman.com |
| Top 30 Party | LG Energy Solution, LTD. | David Lee | leekyungil@lgensol.com |
| Top 30 Party | Los Angeles Department of Transportation | General Manager | connie.llanos@lacity.org |
| State Attorney General Louisiana | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Jeffrey L. Cohen, Esquire, Eric S. Chafetz, Esquire, Jordana L. Renert, Esquire and Michael A. Kaplan, Esquire | JCohen@lowenstein.com; EChafetz@lowenstein.com; jrenert@lowenstein.com; mkaplan@lowenstein.com |
| Top 30 Party | Maho Lazo | Wilshire Law Firm | benjamin@wilshirelawfirm.com |
| State Attorney General Maine | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| State Attorney General Maryland | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to Philadelphia Indemnity Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gaston P. Loomis, Esq. and Gary D. Bressler, Esq. | gloomis@mdmc-law.com; gbressler@mdmc-law.com |
| Top 30 Party | Miami-Dade County | County Attorney | gbk@miamidade.gov; gks@miamidade.gov |
| Counsel to Miami-Dade County, Florida, Department of Transportation and Public Works | Miami-Dade County Attorney's Office | Ileana Cruz, Assistant County Attorney | ileanac@miamidade.gov; cao.bkc@miamidade.gov |
| State Attorney General Michigan | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to City of Detroit, Michigan and JR Automation Technologies, LLC | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson and Ronald A. Spinner | swansonm@millercanfield.com; spinner@millercanfield.com |
| State Attorney General Minnesota | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General Missouri | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General Montana | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel to Waste Management | Monzack Mersky and Browder, P.A. | Rachel Mersky | rmersky@monlaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Esquire,Brya M. Keilson, Esquire and Tara C. Pakrouh, Esquire | emonzo@morrisjames.com; bkeilson@morrisjames.com; tpakrouh@morrisjames.com |
| Top 30 Party | Navistar, Inc. | Ellen Mahaffey | ellen.mahaffey@navistar.com |
| State Attorney General Nebraska | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General Nevada | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General New Mexico | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| State Attorney General New York | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| Top 30 Party | Nikola Corporation | Bruna Chiosini & Nikola Legal | legal@nikolamotor.com |
| Top 30 Party | Nikola Iveco Europe GmbH | Francesco Donato, CPO | francesco.donato@ivecogroup.com |
| Top 30 Party | Ningbo Yexing Automotive Part Co., Ltd. | Coco Rong | sales@yexingauto.com |
| State Attorney General North Carolina | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General North Dakota | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| State Attorney General Ohio | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.GOV |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General Oklahoma | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General Oregon | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to CSI GP I LLC and its affiliates | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane and Edward A. Corma | ljones@pszjlaw.com; pkeane@pszjlaw.com; ecorma@pszjlaw.com |
| State Attorney General Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Top 30 Party | Port Authority of New York and New Jersey | Port Authority Law Department | jbarragan@panynj.gov |
| Top 30 / Official Committee of Unsecured Creditors | Power Electronics USA | Mr. Carlos Llombart | cllombart@power-electronics.com |
| State Attorney General Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Top 30 Party | Rhombus Energy Solutions | Scott Stromenger | scott@RhombusEnergy.com |
| Counsel to Meritor, Inc. | Robinson & Cole LLP | Jamie L. Edmonson | jedmonson@rc.com |
| Top 30 Party | Ron Whites Air Compressors, Inc | Brittany Moore | brittany@rwiindustrial.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office, Regional Director | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Top 30 / Official Committee of Unsecured Creditors | Sensata Technologies, Inc. | Mr. Justin Colson | jcolson@sensata.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Dennis M. Twomey and Jackson T. Garvey | dtwomey@sidley.com; jgarvey@sidley.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Maegan Quejada | mquejada@sidley.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Thomas R. Califano | tom.califano@sidley.com |
| Top 30 Party | Sigma Machine, Inc. | Attn Director or Officer | JuanLA@sigmamachine.net; amber@sigmamachine.net |
| Top 30 Party | South Bay Solutions Inc | Rosa Neyman | rneyman@southbaysolutions.com |
| State Attorney General South Carolina | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| State Attorney General South Dakota | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| State Attorney General Tennessee | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| State Attorney General Texas | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 / Official Committee of Unsecured Creditors | TPI, Inc. | Jerry Lavine | j.lavine@tpicomposites.com |
| Counsel to United Steelworkers | United Steelworkers | David R. Jury, General Counsel | djury@usw.org |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Party | US Customs & Border Protection | Office of Finance | Bankruptcyteam@cbp.dhs.gov |
| State Attorney General Utah | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Top 30 Party | Valley Regional Transit | Jason Rose | jrose@valleyregionaltransit.org |
| State Attorney General Vermont | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General Virginia | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Top 30 Party | Volta Trucks | John Burrows | john.burrows@voltatrucks.com; Matt.Barter@voltatrucks.com ; jacqueline.dakin@skadden.com |
| State Attorney General West Virginia | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Official Committee of Unsecured Creditors | Wilshire Law Firm | Michele Thorne | benjamin@wilshirelawfirm.com |
| State Attorney General Wisconsin | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| State Attorney General Wyoming | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

Exhibit B

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| State Attorney General Alabama | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | |
| State Attorney General Alaska | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | |
| State Attorney General Arizona | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| State Attorney General Arizona | Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | |
| State Attorney General Arkansas | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | |
| Top 30 Party | AROW Global Corp | Tim Winters | 924 North Park View Circle | | | Mosinee | WI | 54455 | |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Jonathan Sundheimer | 11 South Meridian Street | | | Indianapolis | IN | 46204 | |
| Top 30 Party | Birlasoft Solutions Inc. | Sumit Mehrish | 399 Thornall St FL 8 | | | Edison | NJ | 08837-2240 | |
| Top 30 Party | Bloomington-Normal Public Transit System | Brady Lange | 351 Wylie Drive | | | Normal | IL | 61961 | |
| Top 30 Party | Bossard Inc. | Attn Director or Officer | 6521 Production Drive | | | Cedar Falls | IA | 50613 | |
| Top 30 Party | Bow Valley Regional Transit Services Commission | Martin Bean, Chief Administrative Officer | 221 Beaver Street | | | Banff | AB | T1L 1A5 | Canada |
| State Attorney General California | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 Party | Capital Metropolitan Transportation Authority | Kerri Butcher | 2910 E. 5th St. | | | Austin | TX | 78702 | |
| Top 30 Party | Chicago Transit Authority | Sanja Noble | 567 W. Lake Street | | | Chicago | IL | 60661 | |
| Top 30 Party | City of Edmonton | Attn Carly Androschuk, Legal Services | 9th Floor, Chancery Hall | 3 Sir Winston Churchill Square | | Edmonton | AB | T5J 2C3 | Canada |
| Top 30 Party | City of Fresno | Purchasing Department | 2600 Fresno Street, Room 2156 | | | Fresno | CA | 93721 | |
| State Attorney General Colorado | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| State Attorney General Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Top 30 Party | Danfoss Power Solutions (US) Company | Cliff Stokes | 2800 E 13TH St | | | Ames | IA | 50010-8600 | |
| State Attorney General Delaware | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| State Attorney General District of Columbia | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | |
| Counsel to Tao Capital Partners and its affiliates (collectively, "Tao") | Dorsey & Whitney LLP | Samuel S. Kohn, Esq. | 51 West 52nd Street | | | New York | NY | 10019 | |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Danielle Rushing Behrends, Esq. | 112 E. Pecan Street, Suite 1800 | | | San Antonio | TX | 78205 | |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Sherrie L. Farrell, Esq. | 400 Renaissance Center, Suite 2300 | | | Detroit | MI | 48243 | |
| State Attorney General Florida | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| State Attorney General Georgia | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Dennis A. Meloro | 222 Delaware Avenue, Suite 1600 | | | Wilmington | DE | 19801 | |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Howard J. Steinberg | 1840 Century Park East, Suite 1900 | | | Los Angeles | CA | 90067 | |
| State Attorney General Hawaii | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | |
| Top 30 Party | Highland Electric Transportation, Inc. | Sean Leach | 200 Cummings Center, Suite 273D | | | Beverly | MA | 01915 | |
| Counsel to the First Lien Agent, Bank of America | Holland & Knight | Attn Robert Jones and Brent McIlwain | One Arts Plaza | 1722 Routh Street, Suite 1500 | | Dallas | TX | 75201 | |
| Counsel to Capital Metropolitan Transportation Authority | Husch Blackwell LLP | Lynn H. Butler and Jameson J. Watts | 111 Congress Avenue, Suite 1400 | | | Austin | TX | 78701 | |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| State Attorney General Idaho | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | |
| State Attorney General Illinois | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| State Attorney General Indiana | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| State Attorney General Iowa | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | |
| State Attorney General Kansas | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | |
| State Attorney General Kentucky | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Sandford L. Frey | 200 S. Los Robles Avenue, Suite 300 | | | Pasadena | CA | 91101 | |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Steven B. Eichel | 875 Third Avenue, 9th Floor | | | New York | NY | 10022 | |
| Top 30 Party | LG Energy Solution, LTD. | David Lee | Tower 1, 108, Yeoui-daero | Yeongdeungpo-gu | | Seoul | | 07336 | Republic of Korea |
| Top 30 Party | Los Angeles Department of Transportation | General Manager | 100 S. Main St., 10th Floor | | | Los Angeles | CA | 90012 | |
| State Attorney General Louisiana | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 | |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Jeffrey L. Cohen, Esquire, Eric S. Chafetz, Esquire, Jordana L. Renert, Esquire and Michael A. Kaplan, Esquire | 1251 Avenue of the Americas | | | New York | NY | 10020 | |
| Top 30 Party | Maho Lazo | Wilshire Law Firm | Benjamin Haber | 3055 Wilshire Blvd, 12th Fl | | Los Angeles | CA | 90010 | |
| State Attorney General Maine | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | |
| State Attorney General Maryland | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| State Attorney General Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place 20th Floor | | | Boston | MA | 02108-1518 | |
| Top 30 Party | Miami-Dade County | County Attorney | 701 NW 1st Court 15th Floor | | | Miami | FL | 33136 | |
| State Attorney General Michigan | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| State Attorney General Minnesota | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| State Attorney General Mississippi | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| State Attorney General Missouri | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | |
| State Attorney General Montana | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Esquire,Brya M. Keilson, Esquire and Tara C. Pakrouh, Esquire | 500 Delaware Avenue, Suite 1500 | | | Wilmington | DE | 19801 | |
| Top 30 Party | Navistar, Inc. | Ellen Mahaffey | 2701 Navistar Drive | | | Lisle | IL | 60532 | |
| State Attorney General Nebraska | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | |
| State Attorney General Nevada | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| State Attorney General New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | |
| State Attorney General New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| State Attorney General New Mexico | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| State Attorney General New York | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| Top 30 Party | Nikola Corporation | Bruna Chiosini & Nikola Legal | 4141 E. Broadway Rd. | | | Phoenix | AZ | 85040 | |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Party | Nikola Iveco Europe GmbH | Francesco Donato, CPO | Nicolaus-Otto-Strasse 27 | | | Ulm | | 89079 | Germany |
| Top 30 Party | Ningbo Yexing Automotive Part Co., Ltd. | Coco Rong | No. 259 Haifeng Road | Cidong Binhai Economic Development Area | | Cixi | | 315338 | China |
| State Attorney General North Carolina | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| State Attorney General North Dakota | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| State Attorney General Ohio | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | |
| State Attorney General Oklahoma | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| State Attorney General Oregon | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| State Attorney General Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Top 30 Party | Port Authority of New York and New Jersey | Port Authority Law Department | 150 Greenwich St, 24th Fl | | | New York City | NY | 10007 | |
| Top 30 / Official Committee of Unsecured Creditors | Power Electronics USA | Mr. Carlos Llombart | 1510 N. Hobson Ave | | | Gilbert | AZ | 85233 | |
| State Attorney General Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | |
| Top 30 Party | Rhombus Energy Solutions | Scott Stromenger | 10915 Technology Pl | | | San Diego | CA | 92127 | |
| Top 30 Party | Ron Whites Air Compressors, Inc | Brittany Moore | 4019 S Murray Ave | | | Anderson | SC | 29626 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office, Regional Director | 100 Pearl St., Suite 20-100 | | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 / Official Committee of Unsecured Creditors | Sensata Technologies, Inc. | Mr. Justin Colson | 529 Pleasant St | | | Attleboro | MA | 02703 | |
| Top 30 Party | Sigma Machine, Inc. | Attn Director or Officer | 3358 Center Park Plaza | | | Kalamazoo | MI | 49048 | |
| Top 30 Party | South Bay Solutions Inc | Rosa Neyman | 37399 Centralmont Place | | | Fremont | CA | 94536 | |
| State Attorney General South Carolina | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | |
| State Attorney General South Dakota | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 Suite 1 | | | Pierre | SD | 57501-8501 | |
| State Attorney General Tennessee | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| State Attorney General Texas | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Top 30 / Official Committee of Unsecured Creditors | TPI, Inc. | Jerry Lavine | 373 Market St, PO Box 367 | | | Warren | RI | 02885 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 Party | US Customs & Border Protection | Office of Finance | 6650 Telecom Drive | | | Indianapolis | IN | 46278 | |
| State Attorney General Utah | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Top 30 Party | Valley Regional Transit | Jason Rose | 700 NE 2nd St., Ste. 100 | | | Meridian | ID | 83642 | |
| State Attorney General Vermont | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | |
| State Attorney General Virginia | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | |
| Top 30 Party | Volta Trucks | John Burrows | Olof Palmesgata 29 Fl 4 | | | Stockholm | | 111 22 | Sweden |
| State Attorney General Washington | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| State Attorney General West Virginia | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | |
| Official Committee of Unsecured Creditors | Wilshire Law Firm | Michele Thorne | Attn: Benjamin Haber, Esq. | 3055 Wilshire Blvd., 12th Floor | | Los Angeles | CA | 90010 | |
| State Attorney General Wisconsin | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | |
| State Attorney General Wyoming | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | |