IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>PROTERRA INC., *et al.,*<br><br>Debtors. | Chapter 11<br>Case No.: 23-11120 (BLS)<br>(Jointly Administered)<br><br>RE: D.I. 245 and 247 |

### AMENDED MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9019-1 and the attached certification, counsel moves the admission *pro hac vice* of Joel B. Daniel, Esq., to serve as counsel to Intact Insurance Company and Atlantic Specialty Insurance Company in connection with the above-captioned cases.

Dated: September 19, 2023

By: */s/ Ronald S. Gellert*
Ronald S. Gellert (No. 4259)
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Tel: (302) 425-5806
Email: rgellert@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 19, 2023

Watt, Tieder, Hoffar & Fitzgerald, LLP

By: */s/ Joel B. Daniel*
Joel B. Daniel, Esq.
10 South Wacker Drive, Suite 1100
Chicago, Illinois 60606
Tel. 312.219.6918
Email: jdaniel@watttieder.com

### ORDER GRANTING AMENDED MOTION

IT IS HEREBY ORDERED counsel's Amended Motion for Admission *Pro Hac Vice* is granted

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Dated: September 20th, 2023
Wilmington, Delaware