IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) ) ) | Case No. 23-11120 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 4, 2023 AT 2:00 P.M. (ET)**

> This hearing will be conducted in person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING**
>
> Please use the following link to register for this hearing:
>
> https://debuscourts.zoomgov.com/meeting/register/vJItf-moqzIrGJwOR2afzRWFXhZSQsxXEgA
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING AT LEAST 2 HOURS IN ADVANCE.  YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459).  The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

30745355.1

**RESOLVED MATTERS**

1. Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Moelis & Company LLC as Capital Markets Advisor and Investment Banker Effective as of the Petition Date [D.I. 137, 8/25/23]

    <u>Objection Deadline</u>:   September 8, 2023 at 4:00 p.m. (ET), extended for the Committee to September 21, 2023 at 4:00 p.m. (ET) and the U.S. Trustee to September 19, 2023 at 4:00 p.m. (ET).

    <u>Related Documents</u>:

        a.   Certificate of Counsel [D.I. 266, 9/20/23]

        b.   Order Authorizing the Debtors to Employ and Retain Moelis & Company LLC as Capital Markets Advisor and Investment Banker Effective as of the Petition Date [D.I. 267, 9/21/23]

    <u>Objections Filed</u>:

        a.   Informal Responses:

          i.   Office of the United States Trustee

          ii.  Official Committee of Unsecured Creditors

    <u>Status</u>:  An order has been entered.

2. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Contained in the Debtors' Motion for an Order Approving Their Key Employee Incentive Plan [D.I. 229, 9/13/23]

    <u>Objection Deadline</u>:   September 27, 2023 at 4:00 p.m. (ET)

    <u>Related Documents</u>:

        a.  Certificate of No Objection [D.I. 288, 9/28/23]

        b.  Order Authorizing Debtors to File Under Seal Certain Information Contained in the Debtors' Motion for an Order Approving Their Key Employee Incentive Plan and Declarations Filed in Connection Therewith [D.I. 293, 9/29/23]

    <u>Objections Filed</u>:   None.

    <u>Status</u>:  An order has been entered.

**ADJOURNED MATTERS**

3. Motion of GS Operating, LLC d/b/a Gexpro Services for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) [D.I. 122, 8/24/23]

    <u>Objection Deadline</u>:   August 31, 2023 at 4:00 p.m. (ET)

Related Documents:

    a.    Notice of Lien Perfection [D.I. 120, 8/24/23]

    b.    Notice of Demand for Reclamation by GS Operating, LLC d/b/a Gexpro Services [D.I. 240, 9/15/23]

Objections Filed:

    a.    Debtors' Omnibus (I) Objection to Gexpro's Motion (A) for Allowance and Payment of Administrative Claim and (B) to Compel Assumption or Rejection of Executory Contract and (II) Reply to Gexpro's Limited Objection to Debtors' Bidding Procedures Motion [D.I. 161, 8/31/23]

    b.    Joinder to Debtors' Omnibus (I) Objection to Gexpro's Motion (A) for Allowance and Payment of Administrative Claim and (B) to Compel Assumption or Rejection of Executory Contract and (II) Reply to Gexpro's Limited Objection to Debtors' Bidding Procedures Motion [D.I. 162, 9/1/23]

Status: This matter is adjourned to November 1, 2023 at 10:00 a.m. (ET).

4. Motion of GS Operating, LLC d/b/a Gexpro Services to Compel Assumption or Rejection of Executory Contract [D.I. 123, 8/24/23]

    Objection Deadline:    August 31, 2023 at 4:00 p.m. (ET)

    Related Documents:    None.

    Objections Filed:

    a.    Debtors' Omnibus (I) Objection to Gexpro's Motion (A) for Allowance and Payment of Administrative Claim and (B) to Compel Assumption or Rejection of Executory Contract and (II) Reply to Gexpro's Limited Objection to Debtors' Bidding Procedures Motion [D.I. 161, 8/31/23]

    b.    Joinder to Debtors' Omnibus (I) Objection to Gexpro's Motion (A) for Allowance and Payment of Administrative Claim and (B) to Compel Assumption or Rejection of Executory Contract and (II) Reply to Gexpro's Limited Objection to Debtors' Bidding Procedures Motion [D.I. 162, 9/1/23]

Status: This matter is adjourned to November 1, 2023 at 10:00 a.m. (ET).

5. Debtors' Motion for an Order Authorizing and Approving Procedures for the Compromise, Settlement, and Payment of *De Minimis* Disputed Claims [D.I. 124, 8/24/23]

    Objection Deadline:    August 31, 2023 at 4:00 p.m. (ET), extended for the Office of the United States Trustee to September 1, 2023 at 4:00 p.m. (ET) and extended for the Committee to September 4, 2023 at 4:00 p.m. (ET)

Related Documents:

a. Re-Notice of Motion and Hearing [D.I. 185, 9/5/23]

Objections Filed:

a. United States Trustee's Objection to Debtors' Motion for an Order Authorizing and Approving Procedures for the Compromise, Settlement, and Payment of *De Minimis* Disputed Claims [D.I. 211. 9/6/23]

Status: This matter is adjourned to November 1, 2023 at 10:00 a.m. (ET).

6. Motion of NSK Industries, Inc. for an Order Allowing Section 503(b)(9) Administrative Expenses Claim and Requiring Immediate Payment Thereof [D.I. 238, 9/14/23]

Objection Deadline: September 27, 2023 at 4:00 p.m. (ET)

Related Documents: None

Objections Filed:

a. Debtors' Objection to NSK Industries, Inc's Motion for an Order Allowing Section 503(b)(9) Administrative Expenses Claim and Requiring Immediate Payment Thereof [D.I. 285, 9/27/23]

Status: This matter is adjourned to November 1, 2023 at 10:00 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION AND/OR CERTIFICATIONS OF COUNSEL**

7. Application of Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of August 26, 2023 [D.I. 233, 9/13/23]

Objection Deadline: September 27, 2023 at 4:00 p.m. (ET)

Related Documents:

a. Certification of Counsel [D.I. 301, 9/29/23]

Objections Filed:

a. Informal Response from the Office of the United States Trustee

Status: A certification of counsel has been filed. No hearing is necessary unless the Court has questions.

8. Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 26, 2023 [D.I. 234, 9/13/23]

Objection Deadline:   September 27, 2023 at 4:00 p.m. (ET)

Related Documents:

    a.   Certificate of No Objection [D.I. 302, 9/29/23]

Objections Filed:   None

Status:  A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

## UNCONTESTED MATTER GOING FORWARD

9. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal Certain Information Addressed in the Declaration of Justin D. Pugh in Support of the Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief; (II) Authorizing the Debtors to File Under Seal the Reply in Support of the Debtors' Motion for Entry of an Order Approving the Debtors' Key Employee Retention Plan; and (III) Directing Parties to Redact Confidential Information in All Related Pleadings [D.I. 306, 9/29/23]

    Objection Deadline:   At the hearing

    Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [D.I. 44, 8/9/23]

    Objection Deadline:   August 31, 2023 at 4:00 p.m. (ET), extended for the Committee to September 5, 2023 at 11:00 a.m. (ET)

    Related Documents:

        a.   Declaration of Justin D. Pugh in Support of Debtors' (I) Cash Collateral Motion and (II) Vendor Claimants Motion [D.I. 45, 8/9/23]

        b.   Notice of Filing of Intercreditor Agreement [D.I. 52, 8/9/23]

        c.   Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [D.I. 72, 8/10/23]

        d.   Notice of Extension of Debtors' Authority to Use Cash Collateral [D.I. 118, 8/23/23]

        e.   Certification of Counsel Regarding Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection,

        (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [D.I. 141, 8/25/23]

    f.    Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief (D.I. 142, 8/25/23)

    g.    Second Notice of Extension of Debtors' Authority to Use Cash Collateral and Scheduling a Final Hearing Thereon [D.I. 209, 9/6/23]

    h.    Third Notice of Extension of Debtors' Authority to Use Cash Collateral and Re-Scheduling the Final Hearing Thereon [D.I. 242, 9/15/23]

Objections Filed:

    a.    Informal Comments

        i.    Office of the United States Trustee
        ii.    Bank of America, N.A., in its capacity as First Lien Agent
        iii.    CSI GP I LLC, in its capacity as Second Lien Agent

    b.    Reservations of Rights and Limited Objection of the CSI Parties to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [D.I. 51, 8/9/23]

    c.    Objection, Request for Continuance, and Reservation of Rights of the Official Committee of Unsecured Creditors to Final Approval of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [D.I. 171, 9/5/23]

Status:    This matter will be going forward.

11.    Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief [D.I. 163, 9/4/23]

Objection Deadline:    September 19, 2023 at 4:00 p.m. (ET), extended to September 22, 2023 at 4:00 p.m. (ET) for the United States Trustee

Related Documents:

    a.    Declaration of Martin Kuehne in Support of Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief [D.I. 295, 9/29/23]

    b. [SEALED] Declaration of Justin D. Pugh in Support of Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief [D.I. 296, 9/29/23]

    c. Redacted Version of Declaration of Justin D. Pugh in Support of Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief [D.I. 297, 9/29/23]

    d. [SEALED] Reply in Support of Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief [D.I. 298, 9/29/23]

    e. Redacted Version of Reply in Support of Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief [D.I. 299, 9/29/23]

    f. Notice of Filing of Revised Proposed Order Approving Debtors' Key Employee Retention Plan and Grating Related Relief [D.I. 303, 9/2923]

Objections Filed:

    a. The United States Trustee's Objection to Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief [D.I. 275, 9/22/23]

Status: This matter is going forward.

12. [SEALED] Debtors' Motion for an Order Approving Their Key Employee Incentive Plan [D.I. 228, 9/13/23]

Objection Deadline: September 27, 2023 at 4:00 p.m. (ET)

Related Documents:

    a. Redacted Version of Debtors' Motion for an Order Approving Their Key Employee Incentive Plan [D.I. 230, 9/13/23]

    b. [SEALED] Declaration of Mary Louise Krakauer in Support of Debtors' Motion for Entry of an Order Approving Their Key Employee Incentive Plan [D.I. 289, 9/29/23]

    c. Notice of Filing of Redacted Version of Declaration of Mary Louise Krakauer in Support of Debtors' Motion for Entry of an Order Approving Their Key Employee Incentive Plan [D.I. 290, 9/29/23]

    d. [SEALED] Declaration of Martin Kuehne in Support of Debtors' Motion for Entry of an Order Approving Their Key Employee Incentive Plan [D.I. 291, 9/29/23]

    e. Notice of Filing of Redacted Version of Declaration of Martin Kuehne in Support of Debtors' Motion for Entry of an Order Approving Their Key Employee Incentive Plan [D.I. 292, 9/29/23]

    f. Debtors' Reply in Support of Debtors' Motion for Entry of an Order Approving Their Key Employee Incentive Plan [D.I. 300, 9/29/23]

    g. [SEALED] Term Sheet Annexed to Proposed Order Approving Debtors' Key Employee Incentive Plan [D.I. 305, 9/29/23]

    h. Notice of Filing of Revised Redacted Term Sheet Annexed to Proposed Order Approving Debtors' Key Employee Incentive Plan [D.I. 306, 9/29/23]

Objections Filed:

    a. The United States Trustee's Objection to Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Incentive Plan [D.I. 284, 9/27/23]

Status: This matter is going forward.

13. Application for Entry of an Order Authorizing and Approving the Retention and Employment of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 29, 2023 [D.I. 235, 9/13/23]

    Objection Deadline:    September 27, 2023 at 4:00 p.m. (ET)

    Related Documents:    None

    Objections Filed:

        a. Informal Response from the Office of the United States Trustee

    Status: This matter will be going forward.

14. Application of Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Miller Buckfire as Investment Banker to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 29, 2023 [D.I. 236, 9/13/23]

    Objection Deadline:    September 27, 2023 at 4:00 p.m. (ET)

    Related Documents:    None

    Objections Filed:

        a. Informal Response from the Office of the United States Trustee

    Status: This matter will be going forward.

|  |  |
|---|---|
| Dated: October 2, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>           amagaziner@ycst.com<br>           sborovinskaya@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:    (212) 373-3000<br>Fax:   (212) 757-3990<br>Email: pbasta@paulweiss.com<br>           rbritton@paulweiss.com<br>           mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |