# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: October 18, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF FILING OF DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL, BOOKOFF MCANDREWS LLC

**PLEASE TAKE NOTICE** that, on September 7, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief* [Docket No. 219] (the "OCP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, the Debtors hereby file the disclosure declaration of Roland McAndrews on behalf of Bookoff McAndrews LLC, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any objections to the retention of Bookoff McAndrews LLC must be filed with the Court, and at the same time served upon the Debtors, on or before **October 18, 2023 at 4:00 p.m. (ET)**.

*[Signature Page Follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] All capitalized terms not otherwise defined herein have the meaning ascribed to them in the OCP Order.

30833936.1

|  |  |
|---|---|
| Dated: October 3, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>           amagaziner@ycst.com<br>           sborovinskaya@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:    (212) 373-3000<br>Fax:   (212) 757-3990<br>Email: pbasta@paulweiss.com<br>           rbritton@paulweiss.com<br>           mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## **EXHIBIT A**

**Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROTERRA INC, *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Docket No. 219** |

## DECLARATION IN SUPPORT OF EMPLOYMENT OF BOOKOFF MCANDREWS LLC AS ORDINARY COURSE PROFESSIONAL

I Roland McAndrews declare that the following is true to the best of my knowledge, information, and belief.

1. I am a member of Bookoff McAndrews LLC, located at 2000 Pennsylvania Ave NW, Suite 4001, Washington DC, 20006 (the "Firm"), which has been employed by the Debtors in the above-captioned cases (the "Chapter 11 Cases") in the ordinary course of the Debtors' business.

2. The Debtors wish to retain the Firm to continue providing ordinary course services during the pendency of the Chapter 11 Cases. This Declaration is submitted in connection with the *Order (I) Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief* (the "OCP Order") of the United States Bankruptcy Court for the District of Delaware [ECF No. 219].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

1

3. Subject to retention as an OCP under the OCP Procedures, as defined in the OCP Order, Bookoff McAndrews LLC will provide legal services, including, but not limited to, the following: management of Proterra's patent portfolio and associated due diligence in connection with potential investors or acquirers.

4. The Firm is a legal services firm.

5. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases. To the best of my knowledge, formed after due inquiry, the Firm does not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, their attorneys or their accountants that would be adverse to the Debtors or their estates.

6. To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any individual employee thereof has any connection with, or currently represents, any of the Debtors' creditors or other parties in interest with respect to the matters upon which it is to be engaged. Bookoff McAndrews LLC has reviewed its conflicts system to determine whether it has any relationships with the creditors provided by the Debtors and, to the best of Bookoff McAndrews LLC's knowledge, information and belief, Bookoff McAndrews LLC represents that it neither holds nor represents any interest materially adverse to the Debtors' estates in connection with any matter on which it would be employed. The list of creditors and parties in interest reviewed by Bookoff McAndrews LLC professionals under my supervision is attached hereto as <u>Exhibit 1</u>.

7. In addition, although unascertainable at this time after due inquiry, by virtue of the magnitude of the Debtors' potential universe of creditors and the Firm's clients, the Firm may have in the past represented, currently represent, and may in the future represent entities and individuals

that are creditors of the Debtors in matters entirely unrelated to the Debtors and their estates. The Firm does not and will not represent any such entity in connection with these pending Chapter 11 Cases and does not have any relationship with any creditor that would be adverse to the Debtors or their estates. I believe that the Firm's representation of such entities in matters entirely unrelated to the Debtors is not adverse to the Debtors' interests, or the interests of their creditors or estates in respect of the matters for which the Firm will be engaged, nor will such representation impair the Firm's ability to represent the Debtors in the Chapter 11 Cases.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

9. The Debtors owe the Firm $53,620.76 for fees and expenses incurred prior to and unpaid as of the date the Chapter 11 Cases were commenced (the "Petition Date"), the payment of which is subject to the limitations contained in the Bankruptcy Code and any orders of the Court. The Firm does not agree to waive its prepetition claim.

10. As of the Petition Date, which was the date on which the Debtors commenced these chapter 11 cases, Bookoff McAndrews LLC was not party to an agreement for indemnification with certain of the Debtors.

11. I also understand the limitations on compensation and reimbursement of expenses under the OCP Order. Specifically, the Firm understands that the Debtors are not authorized to pay any fees and expenses of the Firm in excess of $45,000 (taking into account any applicable increase to the Firm's OCP cap in accordance with the OCP Procedures) without Court approval

3

based upon an application for allowance of fees and expenses under sections 330 and 331 of the Bankruptcy Code (a "Fee Application") in accordance with the OCP Procedures.

12. Except as set forth herein, no promises have been received by the Firm or any partner, associate, or other professional thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of the Court.

13. The firm further states that it has not shared, nor agreed to share any compensation received in connection with these Chapter 11 Cases with another party or person, other than as permitted by section 504(b) of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

14. The foregoing constitutes the statement of the Firm pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 3, 2023

Roland G. McAndrews
Member
**Bookoff McAndrews PLLC**
2000 Pennsylvania Avenue NW,
Suite 4001
Washington, DC 20006
Telephone: 202.808.3495
Facsimile: 707-736-9219
Email: rmcandrews@bomcip.com

**Potential Parties in Interest List**

**1. Debtors**

Proterra Inc
Proterra Operating Company, Inc.

**2. Non-Debtor Affiliate/Subsidiary Companies**

N/A

**3. Current Directors and Officers**

Jan R. Hauser Gareth T. Joyce
Michael D. Smith
Mary Louise Krakauer
Roger M. Nielsen
Jeannine P. Sargent
Brook F. Porter
Constance E. Skidmore
David S. Black
Christopher L. Bailey
Julian R. Soell
Jeffrey D. Embt
Jill Frizley

**4. Current Director and Officer Affiliations**

Milwaukee School of Engineering Board of Regents
Lurie Children's Hospital of Chicago
Enfusion, Inc.
Synpsys Inc.
Fortive Corporation
Breakthrough Energy Ventures
Generation Investment Management LLP
Katalyst Ventures Management LLC
Northwestern University
G2VP, LLC
Comfort Systems USA, Inc.
Sensata Technologies Holding Plc

**5. Former Directors and Officers (1 year)**

John J. Allen
Joan Robinson-Berry
Karina F. Padilla

JoAnn C. Covington

6. **Secured Creditors**

*Prepetition Lenders*

**$75 Million Asset Based Loan ($25 million Letter of Credit Sub Letter)**

Bank of America, N.A.,

*Major Debt Holders*

**5% Quarterly Cash Interest and 7% Quarterly PIC Convertible Notes Maturing 8-4-2028**

CSI GP LLC
CSI Prodigy Holdco LP
CSI Prodigy Co-Investment LP
CSI PRTA Co-Investment LP
Generation IM

**5% Quarterly Cash Interest and 7% Quarterly PIC Convertible Notes Maturing 8-24-2028**

Generation IM

7. **Contract Counterparties with Significant Remaining Liability**

Bloomington-Normal Public Transit System
Bow Valley Regional Transit Services Commission
Capital Metropolitan Transportation Authority
Chicago Transit Authority
City of Edmonton
City of Fresno
Highland Electric Transportation, Inc.
Los Angeles Department of Transportation
Miami-Dade County
Navistar, Inc.
Nikola Corporation
Port Authority of New York and New Jersey
Valley Regional Transit
Volta Trucks Ltd
Freightliner Custom Chassis-DTNA
Van Hool
LG Energy Solution, Ltd.
TPI Composites, Inc.
Power Electronics USA

Sensata Technologies, Inc.
BC Transit
Pierce (subsidiary of OSHKOSH)
Lightening eMotors
Anadolu Isuzu

### 8. Taxing and Regulatory Agencies

Utah State Tax Commission
Alabama Department of Revenue
South Carolina Department of Labor, Licensing & Regulation
North Carolina Department of Revenue
Tennessee Department of Revenue
State of Rhode Island Division of Taxation
Texas Department of Motor Vehicles
Florida Department of Revenue
Los Angeles County Tax Collector
Internal Revenue Service
City of Greenville
Kentucky Department of Revenue
Louisiana Motor Vehicle Commission
San Mateo County Tax Collector
Montana Department of Revenue
Illinois Secretary of State
Maryland Department of Assessments & Taxation
California Franchise Tax Board
Secretary of State of California
Illinois Department of Revenue
South Carolina Department of Revenue
State of Michigan
Greenville County Tax Collector
South Carolina Department of Motor Vehicle
Cogency
Commonwealth of Massachusetts
Canada Revenue Agency
Idaho State Tax Commission
British Columbia Ministry of Finance

### 9. Substantial Equity Holders – Public Filings

Tao Pro LLC
Isaac E. Pritzker
Lori D. Mills
James Schwaba
The Vanguard Group
BlackRock Inc.

Franklin Resources Inc.
Charles B. Johnson
Rupert H. Johnson, Jr.
Franklin Advisors Inc.
ArcLight CTC Holdings Lp
Daniel R. Revers
KPCP Green Growth Fund, LLC c/o Kleiner Perkins Caufield & Byers LLC
KPCP GGF Associates, LLC c/o Kleiner Perkins Caufield & Byers LLC
Weiss Asset Management
BIP GP LLC
WAM GP LLC
Andrew M. Weiss, PHD

10. **Banks**

Silicon Valley Bank
Bank of America
Merrill Lynch
Morgan Stanley
U.S. Bank

11. **Significant Unsecured Creditors (Greater than $1 million)**

LG Energy Solution, LTD.
TPI Composites, INC.
Power Electronics USA
Munich Electrification
Woodruff-Sawyer Oregon, Inc.
Danfoss Power Solutions (US) Company
Manaflex Inc.
DWFritz Automation, Inc.
Ningbo Yexing Automotive Part Co., Ltd.
Cooley LLP
Sensata Technologies, Inc.
Sigma Machine, Inc.
Ron Whites's Air Compressor Sales
Manz AG
Forbes Bros. Ltd
Bossard Inc.
Protiviti Inc.

12. **Real Estate Lessors**

G&T Properties LLP
PAC Operating Limited Partnership
San Bernardino International Airport Authority

WIN.IT America, Inc.
CoreSite
Electrolux Home Products, Inc._MDH F1 Greenville AG14, LLC
Fairforest of Greenville, LLC
Smith Development Company Inc.
International Transportation Innovation Center (ITIC)
Greenville, City and County of_SCTAC
Michelin North America Inc.
Verdae Properties, LLC
Carolina CC Venture XXXVII, LLC (CBRE)
First Industrial LP

13. **Parties to Pending Litigation**

Southeastern Pennsylvania Transportation Authority (SEPTA)
Duane Morris, LLP
Stephanie Bitetti
Maho Lazo, et al
Justice Law Corporation
Wilshire Law Firm
Amar Khatib
Hector Ruiz
Otkupman Law Firm
LaToya Lomax
Kirby G. Smith Law Firm, LLC
U.S. Equal Employment Opportunity Commission (EEOC) (Lomax)
Jorge Sanchez (need counsel)
Nikola Corporation (need counsel)
Jeremy Villanueva, et al
Levi & Korsinsky, LLP
Marco Gudino
USW Local 675
Samuel Gastelum
The Rutten Law Firm, APC
San Mateo County Transit District (SamTrans)
Hanson Bridgett
Janieka L. Pearson
DWFritz Automation, LLC
Davis Wright Tremaine LLP

14. **Issuer and Beneficiaries of any Guarantees, Performance Bonds, or Payment/Surety Bonds**

Issuing Carriers:
Philadelphia Indemnity Insurance Company

Atlantic Specialty Insurance Company
Lexon Insurance Company
Intact Insurance Company

Surety Bond Beneficiaries:
Biddeford Saco Old Orchard Beach Transit
Board of County Commissions of Miami-Dade County
Canada Border Services Agency
Capital Metropolitan Transportation Authority
Chicago Transit Authority
City and County of San Francisco
City of Visalia
Contractor's License Board
Delaware Transit Authority
Department of Homeland Security
Metropolitan Washington Airports Authority
Sacramento Regional Transit District
Santa Clara Valley Transportation Authority
Southeastern Pennsylvania Transportation Authority
Spokane Transit Authority
State of California
State of California, Contractors License Board
State of Oregon
State of Washington/Contractors Board
Transportation District Commission of Hampton Roads

15. **Issuers and Beneficiaries of any outstanding (standby) Letters of Credit**

Issuing Bank:
Bank of America, N.A.

Beneficiaries:
Philadelphia Insurance Companies
Carolina CC Venture XXXVII LLC
LG Energy Solutions Ltd Tower 1
Great American Insurance Company
Atlantic Specialty Insurance
Steelcase Financial Services Inc.
Bond Safeguard Insurance Company
BC Transit

16. **Major Insurance Brokers and Carriers**

Brokers:
Woodruff Sawyer & Co.
Marsh USA, Inc.

Willis Tower Watson

Insurance Carriers:
American Internationa Group (AIG)
Allied World Specialty Insurance Company
AXA XL Professional Insurance
Axix
Berkley Professional Liability
Chubb Group of Insurance Co.
Chubb Bermuda Insurance Ltd.
Crum & Forester & Forster Specialty Insurance Company
Everest National Insurance Company
Falls Lake National Insurance Company
Great American Insurance Company
Houston Casualty Company (UK Branch)
Hudson Insurance Group
Indian Harbor Insurance Company
Inigo Insurance
Intact Insurance Group USA LLP
Ironshore Indemnity Inc.
Landmark American Insurance Company
Lloyds of London
National Union Fire Insurance Company of Pittsburgh, Pa.
North American Capacity Insurance Company
Philadelphia Insurance Group
RSUI Indemnity Company
Scottsdale Insurance Company
Starr Surplus Lines Insurance Company
Travelers Indemnity Company
United Specialty Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company

17. **Debtors' Restructuring Professionals**

FTI Consulting, Inc.
Moelis & Company
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Young Conaway Stargatt & Taylor, LLP
Alvarez & Marsal

18. **Major Competitors**

Bloom Energy Corporation
Bluebird Corporation

BYD
Canoe, Inc.
ChargePoint Holdings, Inc.
Cummins
EBusco
Faraday Future
FuelCell Capital Energy Incorporated
Gillig
Hylion Holdings Corporation
Hyzon Motors, Inc.
Lion Electric Company
Microvast Holdings, Inc.
Nikola Corporation
NFI Group, Inc.
Novabus
Our Next Energy (ONE)
Plug Power, Inc.
QuantumScape Corporation
Stem, Inc.
XL Fleet Corporation
Xos, Inc.
The Workhorse Group Incorporated

19. **Strategic Partners**

Our Next Energy (ONE)

20. **Ordinary Course Professionals**

Greenberg Traurig, LLP
Troutman Pepper Hamilton Sanders LLP
Womble Bond Dickinson (US) LLP
Cooley LLP
Ogletree, Deakins, Nash, Smoak & Stewart, PC
Constangy, Brooks, Smith & Prophete, LLP.
Demler, Armstrong & Rowland, LLP
Fennemore Craig, P.C.
Bookoff McAndrews PLLC
Shutts & Bowen LLP
Nexsen Pruet LLC
Fenwick and West LLP
Kilpatrick Townsend & Stockton LLP
California Strategies & Advocacy, LLC
KPMG LLP
BDO USA, LLP
Andersen Tax Holdings LLC

Dixon Hughes Goodman
Alvarez & Marsal Holdings, LLC
J. J. Keller & Associates, Inc.
Aon Consulting, Inc
Environmental Outsource, Inc.
CALSTART, Inc.
V-Soft Consulting Group, Inc.
Triniti Corporation
Exponent, Inc.
Britt, Peters & Associates, Inc
Rose Tse
Protiviti Inc.
Odgers Berndtson LLC
Doerrer Group LLC, The
Sigalit Yochay-Wise
Matthew T Shafer
Stock & Option Solutions, Inc.
Onset Financial
Kristie deJong
ETRADE Financial Corporate Services, Inc.
Cleary Gottlieb Steen & Hamilton LLP

21. **UCC Lien Search Results**

Hercules Capital, Inc.
Hercules Capital, Inc., as agent
Hercules Technology Growth Capital, Inc.,
Hercules Technology Growth Capital, Inc., as agent
JR Automation Technologies, LLC
J.R. Automation Technologies, LLC
Bank Of American, N.A., As agent
Macquarie Corporate and Asset Funding Inc.
HYG Financial Services, Inc.
Crown Equipment Corporation
CSI GP I LLC, as Collateral Agent
Dell Financial Services L.L.C.
Steelcase Financial Services Inc.

22. **Utility Providers**

Southern California Edison
Greenville Water System
U.S. TelePacific Corp.
Verizon Wireless
The Gas Company (SoCalGas)
City of Industry
City of Burlingame

AT&T Mobility
Duke Energy
Pacific Gas & Electric
Republic Services #744
Recology San Mateo County
Piedmont Natural Gas
Commission of Public Works, City of Greet
J2 Cloud Services LLC
Spectrum Business
Valley Vista Services
Waste Management of South Carolina

### 23. Bankruptcy Judges

The Honorable Brendan Linehan Shannon
The Honorable Craig T. Goldblatt
The Honorable J. Kate Stickles
The Honorable John T. Dorsey
The Honorable Karen B. Owens
The Honorable Laurie Selber Silverstein, Chief Judge
The Honorable Mary F. Walrath
The Honorable Thomas M. Horan

### 24. United States Trustee for the District of Delaware (and Key Staff Members)

Joseph McMahon
Lauren Attix
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Ramona Harris
Nyanquoi Jones
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano

14

Rosa Sierra-Fox
Dion Wynn

25. Notices of Appearance / Pro Hac Vice

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union - United Steelworkers - David R. Jury
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union - Law Office of Susan E. Kaufman, LLC - Susan E. Kaufman
CSI GP I LLC - Sidley Austin LLP - Thomas R. Califano
CSI GP I LLC - Sidley Austin LLP - Dennis M. Twomey
CSI GP I LLC - Sidley Austin LLP - Jackson T. Garvey
CSI GP I LLC - Sidley Austin LLP - Maegan Quejada
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP - Laura Davis Jones
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP - Peter J. Keane
CSI GP I LLC - Pachulski Stang Ziehl & Jones LLP - Edward A. Corma
Waste Management - Monzack Mersky and Browder, P.A - Rachel B. Mersky