# Claims Register by Name
### Date Range: 08/07/2023-10/05/2023

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | 19 | AATIS, Inc. | | PMB 202 | 3504 Highway 153 | | Greenville | SC | 29611 | | $45,362.50 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/22/2023 | 152 | Ace Vending Company | John Roybal | 1407 Foothill Blvd Suite 140 | | | La Verne | CA | 91750 | | $21,826.25 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/16/2023 | 7 | Addison Group DBA CVPartners | Jamie Garbis | 125 South Wacker Drive Suite 2700 | | | Chicago | IL | 60606 | | $53,403.90 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/16/2023 | 7 | Addison Group DBA CVPartners | Jamie Garbis | 125 South Wacker Drive Suite 2700 | | | Chicago | IL | 60606 | | $15,150.00 | Priority | | | | Proterra Inc | 23-11120 |
| 08/16/2023 | 7 | Addison Group DBA CVPartners | Jamie Garbis | 125 South Wacker Drive Suite 2700 | | | Chicago | IL | 60606 | | $11,865.60 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/07/2023 | 97 | Airgas USA LLC | | 6055 Rockside Woods Blvd | | | Independence | OH | 44131 | | $10,396.88 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/06/2023 | 90 | Allied High Tech Products, Inc. | | 16207 Carmenita Road | | | Cerritos | CA | 90703 | | $289.38 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/18/2023 | 39 | Altro USA, Inc | | 80 Industrial Way Suite #1 | | | Wilmington | MA | 01887 | | $2,838.87 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/18/2023 | 39 | Altro USA, Inc | | 80 Industrial Way Suite #1 | | | Wilmington | MA | 01887 | | $21,303.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/25/2023 | 164 | American Association of Airport Executives | | 601 Madison Street | | | Alexandria | VA | 22314 | | $7,750.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/29/2023 | 42 | American Cable and Rigging Supply, Inc. | | 34 Sterling Place | | | Mills River | NC | 28759 | | $21,000.00 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/22/2023 | 59 | Applied Industrial Technologies, Inc. | Claire Smrekar | 1 Applied Plaza | | | Cleveland | OH | 44115 | | $293.76 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/22/2023 | 59 | Applied Industrial Technologies, Inc. | Claire Smrekar | 1 Applied Plaza | | | Cleveland | OH | 44115 | | $0.20 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/08/2023 | 100 | Arizona Department of Revenue | c/o Tax, Bankruptcy and Collection Sct | Office of the Arizona Attorney General | 2005 N Central Ave, Suite 100 | | Phoenix | AZ | 85004 | | $100.00 | Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/20/2023 | 140 | Arkansas Department of Finance and Administration | Revenue Legal Counsel | PO Box 1272 RM 2380 | | | Little Rock | AR | 72023 | | $3,341.29 | Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/20/2023 | 140 | Arkansas Department of Finance and Administration | Revenue Legal Counsel | PO Box 1272 RM 2380 | | | Little Rock | AR | 72023 | | $781.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/30/2023 | 65 | AscendPBM | Alice Henderson | 6480 Technology Ave Ste A | | | Kalamazoo | MI | 49009 | | $89,548.15 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/01/2023 | 73 | AscendPBM | Alice Henderson | 6480 Technology Ave Ste A | | | Kalamazoo | MI | 49009 | | $165,865.33 | General Unsecured | A | | 08/30/2023 | Proterra Inc | 23-11120 |
| 09/18/2023 | 133 | AscendPBM | Alice Henderson | 6480 Technology Ave Ste A | | | Kalamazoo | MI | 49009 | | $105,683.98 | General Unsecured | A | | 09/01/2023 | Proterra Inc | 23-11120 |
| 08/11/2023 | 8 | Astrodyne Corporation | | 36 Newburgh Road | | | Hackettstown | NJ | 07840 | | $7,934.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/21/2023 | 151 | Austin Hardware and Supply Inc | CFO | PO Box 887 | | | Lees Summit, | MO | 64063 | | $29.80 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/21/2023 | 151 | Austin Hardware and Supply Inc | CFO | PO Box 887 | | | Lees Summit, | MO | 64063 | | $317.51 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/14/2023 | 28 | Barker Air & Hydraulics, Inc. | | 1308 Miller Rd | | | Greenville | SC | 29607 | | $889.20 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/05/2023 | 195 | BENTECH | BARBARA FOX | PO BOX 46128 | | | PHILADELPHIA | PA | 19160 | | $289,951.40 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/07/2023 | 96 | Bon Secours Occupational Health | Harness Health Partners LLC | WorkWell Occupational Health | 135 Commonwealth Dr Suite 120 | | Greenville | SC | 29615 | | $841.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 5 | Bookoff McAndrews PLLC | | 2000 Pennsylvania Avenue NW Suite 4001 | | | Washington | DC | 20006 | | $53,620.76 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/14/2023 | 14 | Bookoff McAndrews PLLC | | 2000 Pennsylvania Avenue NW Suite 4001 | | | Washington | DC | 20006 | | $53,620.76 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/23/2023 | 50 | Border States | John Dabe | 120 Saxe Gotha Road | | | West Columbia | SC | 29172 | | $31,637.36 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/23/2023 | 50 | Border States | John Dabe | 120 Saxe Gotha Road | | | West Columbia | SC | 29172 | | $1,597.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/14/2023 | 127 | Bosch Rexroth Corporation | | 14001 South Lakes Drive | | | Charlotte | NC | 28273 | | $1,832.62 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/14/2023 | 127 | Bosch Rexroth Corporation | | 14001 South Lakes Drive | | | Charlotte | NC | 28273 | | $2,220.22 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/24/2023 | 52 | Broadridge Financial Solutions | | 1155 Long Island Avenue | | | Edgewood | NY | 11717 | | $13,769.36 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/25/2023 | 163 | California Department of Tax and Fee Administration | | PO Box 942879 | | | Sacramento | CA | 94279-0055 | | $2,806.00 | Priority | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 11 | Carbon Supply Chain Management LLC | | 14351 Pendragon Way | | | Fishers | IN | 46037 | | $20,151.50 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 11 | Carbon Supply Chain Management LLC | | 14351 Pendragon Way | | | Fishers | IN | 46037 | | $39,352.50 | General Unsecured | | | | Proterra Inc | 23-11120 |

## Claims Register by Name
### Date Range: 08/07/2023-10/05/2023

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | 16 | Carbon Supply Chain Management LLC | | 14351 Pendragon Way | | | Fishers | IN | 46037 | | $20,151.50 | Admin Priority | A | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 16 | Carbon Supply Chain Management LLC | | 14351 Pendragon Way | | | Fishers | IN | 46037 | | $39,352.50 | General Unsecured | A | | | Proterra Inc | 23-11120 |
| 08/29/2023 | 40 | Carolina Water Specialties LLC | Attn Andy Murray | 212 Cooper Lane | | | Easley | SC | 29642 | | $3,088.62 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/29/2023 | 80 | CDW Direct, LLC | Attn Vida Krug | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | | $2,760.79 | Priority | | | | Proterra Inc | 23-11120 |
| 08/29/2023 | 80 | CDW Direct, LLC | Attn Vida Krug | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | | $10,433.17 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/12/2023 | 113 | Centurylink Communications, LLC | Bankruptcy | Attn Lega-BKY | 1025 El Dorado Blvd | | Broomfield | CO | 80021 | | $6,473.02 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/22/2023 | 156 | City of Philadelphia / School District of Philadelphia | Attn Megan Harper | City of Philadelphia Law Dept - Tax and Revenue Un | 1401 JFK Blvd, 5th Floor | | Philadelphia | PA | 19102 | | UNLIQUIDATED | Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/31/2023 | 70 | Clean Tactics LLC | Kaitlynn Norton | 122 Graceful Sedge Way | | | Simpsonville | SC | 29680 | | $1,210.00 | Priority | | | | Proterra Inc | 23-11120 |
| 08/17/2023 | 30 | Clover Consulting, Inc. | | PO Box 196 | | | Rockford | MI | 49341 | | $20,440.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/13/2023 | 117 | Composites One LLC | Mary Bravo | 955-10 National Parkway | | | Schaumburg | IL | 60173 | | $48,661.62 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/13/2023 | 117 | Composites One LLC | Mary Bravo | 955-10 National Parkway | | | Schaumburg | IL | 60173 | | $17,822.44 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/13/2023 | 118 | Composites One LLC | Mary Bravo | 955-10 National Parkway | | | Schaumburg | IL | 60173 | | $48,661.62 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/13/2023 | 118 | Composites One LLC | Mary Bravo | 955-10 National Parkway | | | Schaumburg | IL | 60173 | | $17,822.44 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/21/2023 | 150 | Computershare Inc. | Mark Cano | 150 Royall Street, Suite 101 | | | Canton | MA | 02021 | | $91,369.66 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/15/2023 | 4 | Concur Technologies, Inc. | | 601 108th Ave NE Suite 1000 | | | Bellevue | WA | 98011 | | $60,366.76 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/23/2023 | 157 | Constangy Brooks Smith and Prophete LLP | June Barnes | 230 Peachtree St., Suite 2400 | | | Atlanta | GA | 30303 | | $3,534.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/06/2023 | 85 | Craig Lawson | | 3386 Settlement Trail | | | London | ON | N6P 1W3 | Canada | $3,900.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/18/2023 | 135 | Crane 1 Services, Inc | c/o Joe Schivone | 1027 Byers Rd | | | Miamisburg | OH | 45342 | | $2,495.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/18/2023 | 45 | Cromer Food Services, Inc | | 1851 Harris Bridge Road | | | Anderson | SC | 29621 | | $34,311.16 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/18/2023 | 45 | Cromer Food Services, Inc | | 1851 Harris Bridge Road | | | Anderson | SC | 29621 | | $4,844.99 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 25 | Crystal Instruments Corporation | Tiffany Pan | 2090 Duane Ave | | | Santa Clara | CA | 95054 | | $18,425.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/06/2023 | 94 | Dean Knepp | | 519 Hunsicker Rd | | | Telford | PA | 18969 | | $769.48 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/26/2023 | 168 | Dellinger Enterprises, Ltd. | Gregory D Dellinger & Teresa Edge | 759 Cason Street | PO Box 627 | | Belmont | NC | 28012 | | $162,764.01 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/26/2023 | 168 | Dellinger Enterprises, Ltd. | Gregory D Dellinger & Teresa Edge | 759 Cason Street | PO Box 627 | | Belmont | NC | 28012 | | $332,300.99 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/25/2023 | 165 | Denise Cheng | | 20 Folliot St | | | Aurora | ON | L4G 0W1 | Canada | $1,599.54 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/17/2023 | 31 | Diamond Manufacturing, Inc. | Todd Cull | 2330 Burlington Street | | | Kansas City | MO | 64116 | | $10,175.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/29/2023 | 178 | Diamond Manufacturing, Inc. | Todd Cull | 2330 Burlington Street | | | Kansas City | MO | 64116 | | $10,175.00 | Admin Priority | A | | | Proterra Inc | 23-11120 |
| 09/20/2023 | 146 | Diana Arbouet | | 946 S. Greenway Ave. | | | Pueblo West | CO | 81007 | | $9,993.75 | Priority | | | | Proterra Inc | 23-11120 |
| 08/28/2023 | 47 | Digi-Key Electronics | | 701 Brooks Ave S | PO Box 250 | | Thief River Falls | MN | 56701 | | $1,969.79 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/28/2023 | 47 | Digi-Key Electronics | | 701 Brooks Ave S | PO Box 250 | | Thief River Falls | MN | 56701 | | $4,222.53 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/28/2023 | 49 | Dynamic Motion Control, Inc. | | 2222 N Elston Ave, Suite 200 | | | Chicago | IL | 60614 | | $50,427.16 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/15/2023 | 13 | Dynatect Manufacturing Inc. | | 2300 S Calhoun Rd | | | New Berlin | WI | 53151 | | $2,178.80 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/21/2023 | 148 | E Mobility Market Services DBA ZappyRide/JD Power | Legal | 320 E. Big Beaver Road Suite 500 | | | Troy | MI | 48083 | | $36,000.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/29/2023 | 181 | Elevated Industrial Soltuions | Sharon Ramsey | 302 Hughes St | | | Fountain Inn | SC | 29644 | | $2,610.84 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 2 | EndoChem LLC | Tony Chen | 14351 Pendragon Way | | | Fishers | IN | 46037 | | $138,690.45 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 2 | EndoChem LLC | Tony Chen | 14351 Pendragon Way | | | Fishers | IN | 46037 | | $391,951.70 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/05/2023 | 81 | Epstein Becker and Green, P.C. | Christopher Farella | 875 Third Avenue | | | New York | NY | 10022 | | $2,356.50 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 10/02/2023 | 191 | era-contact USA, LLC | David Krahl | 1475 Smith Grove Rd | | | Liberty | SC | 29657 | | $22,000.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/02/2023 | 191 | era-contact USA, LLC | David Krahl | 1475 Smith Grove Rd | | | Liberty | SC | 29657 | | $280.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/02/2023 | 192 | era-contact USA, LLC | David Krahl | 1475 Smith Grove Rd | | | Liberty | SC | 29657 | | $22,000.00 | Admin Priority | A | | 10/02/2023 | Proterra Operating Company, Inc. | 23-11121 |
| 08/28/2023 | 44 | Evolve Packaging LLC | | 1049 S Gateway Blvd | | | Norton Shores | MI | 49441 | | $41,850.00 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/06/2023 | 86 | Factiva a Dow Jones Co | Lori Dunbar | PO Box 300 | | | Princeton | NJ | 08543 | | $931.84 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/14/2023 | 120 | Fairforest of Greenville LLC | Thomas Mercado | 28 Global Drive, Suite 100 | | | Greenville | SC | 29607 | | $7,773.43 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/18/2023 | 136 | Francisco Sanchez | | 104 Verdae Crest Drive | | | Greenville | SC | 29607 | | $1,342.00 | General Unsecured | | | | Proterra Inc | 23-11120 |

In re Proterra Inc, et al.
Case No. 23-11120 (BLS)

Page 2 of 7

**Claims Register by Name**
**Date Range: 08/07/2023-10/05/2023**

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | 53 | Gamma Technologies LLC | | 601 Oakmont Ln Suite 220 | | | Westmont | IL | 60559 | | $70,000.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/15/2023 | 29 | Georgia/Carolina Safety Specialties, Inc | | 1120 W. Butler Road, Suite R | | | Greenville | SC | 29607 | | $1,113.52 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/11/2023 | 108 | Gina Oh | | 1732 Parsons Blvd 1st Floor | | | Whitestone | NY | 11357 | | $4,674.60 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/14/2023 | 123 | Greenville Office Supply Co., Inc. | Heather Hickman New | PO Box 3358 | | | Greenville | SC | 29602 | | $1,142.38 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/14/2023 | 123 | Greenville Office Supply Co., Inc. | Heather Hickman New | PO Box 3358 | | | Greenville | SC | 29602 | | $6,958.08 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/06/2023 | 95 | Greenville Water | | PO Box 687 | | | Greenville | SC | 29602-0687 | | $2,973.42 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/24/2023 | 78 | GS Operating, LLC d/b/a Gexpro Services | John D. Demmy | Saul Ewing LLP | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | UNLIQUIDATED | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/15/2023 | 142 | GS Operating, LLC d/b/a Gexpro Services | John D. Demmy | Saul Ewing LLP | 1201 N. Market Street, Suite 2300 | | Wilmington | DE | 19899 | | $386,825.50 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/15/2023 | 129 | GSW Manufacturing Inc | Diana Zeltner | 1801 Production Drive | PO Box 1045 | | Findlay | OH | 45839 | | $1,784.60 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/18/2023 | 137 | Hassan Sabik | | 11850, Rue Lavigne | | | Montreal | QC | H4J 1X8 | Canada | $4,572.49 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/21/2023 | 147 | HighByte, Inc. | | PO Box 17854 | | | Portland | ME | 04112 | | $3,547.95 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/13/2023 | 119 | HPS | | 5367 Ayon Ave. | | | Irwindale | CA | 91706 | | $1,920.50 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 10/04/2023 | 188 | HYG Financial Services, Inc. | c/o Wells Fargo Vendor Financial Services LLC | Attn Lisa Boddicker | 800 Walnut Street MAC F0005-055 | | Des Moines | IA | 50309 | | $33,900.00 | Secured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/04/2023 | 188 | HYG Financial Services, Inc. | c/o Wells Fargo Vendor Financial Services LLC | Attn Lisa Boddicker | 800 Walnut Street MAC F0005-055 | | Des Moines | IA | 50309 | | $14,268.28 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/29/2023 | 58 | Imeco Cables America Inc. | | 33 Gus Lapham Ln | | | Plattsburgh | NY | 12901 | | $49,428.07 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/29/2023 | 58 | Imeco Cables America Inc. | | 33 Gus Lapham Ln | | | Plattsburgh | NY | 12901 | | $45,670.14 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/21/2023 | 46 | IMMI Vehicle Improvement Products, Inc. | Legal Department | 18881 IMMI Way | | | Westfield | IN | 46074 | | $1,060.44 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/21/2023 | 46 | IMMI Vehicle Improvement Products, Inc. | Legal Department | 18881 IMMI Way | | | Westfield | IN | 46074 | | $578.01 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/31/2023 | 71 | Industrial Rubber Supply USA Inc | Kevin Magalas | 630 9th Street NW, Building 1 | | | West Fargo | ND | 58078 | | $32,371.18 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/31/2023 | 71 | Industrial Rubber Supply USA Inc | Kevin Magalas | 630 9th Street NW, Building 1 | | | West Fargo | ND | 58078 | | $36,543.04 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/08/2023 | 99 | Infodev Electronic Designer International Inc. | | 202-1995 rue Frank-Carrel | | | Quebec | QC | G1N 4H9 | Canada | $1,316.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/05/2023 | 77 | Inmotion US LLC | | 3157 State Street | | | Blacksburg | VA | 24060 | | $38,136.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/08/2023 | 23 | Integrated Manufacturing and Supply, Inc. | | 620 Orvis Ave | | | San Jose | CA | 95112 | | $20,465.32 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/08/2023 | 24 | Integrated Manufacturing and Supply, Inc. | | 620 Orvis Ave | | | San Jose | CA | 95112 | | $20,465.32 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/14/2023 | 125 | Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $100.00 | Priority | | | | Proterra Inc | 23-11120 |
| 09/14/2023 | 126 | Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $6,288.29 | Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/14/2023 | 126 | Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | $7,857.35 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/02/2023 | 190 | ITR, LLC d/b/a All City Tow Service | | 1015 S Bethany Street | | | Kansas City | KS | 66105 | | $86,547.85 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/28/2023 | 176 | Jean Martin Inc | | 260 Madison Ave, Suite 8060 | | | New York | NY | 10016 | | $9,090.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/28/2023 | 176 | Jean Martin Inc | | 260 Madison Ave, Suite 8060 | | | New York | NY | 10016 | | $16,020.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/06/2023 | 93 | JF Industries Inc | | PO Box 854 | | | Horsham | PA | 19044 | | $3,487.90 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/17/2023 | 33 | Joe Weldie | | 155 Verdin Rd | | | Greenville | SC | 29607 | | $21,667.89 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/04/2023 | 194 | John Deere Intelligent Solutions, a Division of Deere and Company | Matthew T. Gensburg | 200 West Adams St Ste 2425 | | | Chicago | IL | 60606 | | $123,000.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/04/2023 | 194 | John Deere Intelligent Solutions, a Division of Deere and Company | Matthew T. Gensburg | 200 West Adams St Ste 2425 | | | Chicago | IL | 60606 | | $174,731.21 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/18/2023 | 134 | John Efird Company | | 1012 N.E. Main Street | PO Box 772 | | Simpsonville | SC | 29681 | | $560.50 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 10/03/2023 | 184 | Julie Chong | | 33015 18th Pl S Apt F203 | | | Federal Way | WA | 98003 | | $47,298.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/29/2023 | 60 | Kerwin Associates, LLC | | 1733 Woodside Road, Suite 260 | | | Redwood City | CA | 94061 | | $50,000.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/07/2023 | 98 | Kevin Howard | | 17140 N River Rd | | | Alva | FL | 33920 | | $1,090.76 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/22/2023 | 57 | KnowBe4, Inc. | | 33 N. Garden Avenue | Suite 1200 | | Clearwater | FL | 33755 | | $18,840.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |

In re Proterra Inc, et al.
Case No. 23-11120 (BLS)

Page 3 of 7

## Claims Register by Name
### Date Range: 08/07/2023-10/05/2023

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/11/2023 | 102 | Kolors By Keisler, LLC | | 5935 Edmund Highway | | | Lexington | SC | 29073 | | $50,364.00 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/11/2023 | 102 | Kolors By Keisler, LLC | | 5935 Edmund Highway | | | Lexington | SC | 29073 | | $119,646.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/17/2023 | 34 | LACO, Inc. | Merle C. Meyers and Kathy Quon Bryant | c/o Meyers Law Group, P.C. | 100 Shoreline Highway, Suite B-160 | | Mill Valley | CA | 94941 | | $175,907.47 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/17/2023 | 76 | LACO, Inc. | Merle C. Meyers and Kathy Quon Bryant | c/o Meyers Law Group, P.C. | 100 Shoreline Highway, Suite B-160 | | Mill Valley | CA | 94941 | | $120,180.30 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/10/2023 | 21 | Landstar Ranger | | 13410 Sutton Park Drive South | | | Jacksonville | FL | 32224 | | $3,818.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/13/2023 | 115 | Laserform and Machine, Inc. | c/o Tara E. Nauful, Esq. | 999 Lake Hunter Circle Suite D | | | Mount Pleasant | SC | 29464 | | $40,028.21 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/13/2023 | 115 | Laserform and Machine, Inc. | c/o Tara E. Nauful, Esq. | 999 Lake Hunter Circle Suite D | | | Mount Pleasant | SC | 29464 | | $53,907.34 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/14/2023 | 122 | Laserform and Machine, Inc. | c/o Tara E. Nauful, Esq. | 999 Lake Hunter Circle Suite D | | | Mount Pleasant | SC | 29464 | | $26,651.10 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/26/2023 | 170 | Latitude Applied Technologies LLC | | 1400 Shiloh Church Rd | | | Piedmont | SC | 29673 | | $18,160.32 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/26/2023 | 170 | Latitude Applied Technologies LLC | | 1400 Shiloh Church Rd | | | Piedmont | SC | 29673 | | $262.80 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/20/2023 | 139 | LEB Services, LLC dba Jan-Pro of the Western Carolinas | | 128 Milestone Way | | | Greenville | SC | 29615 | | $47,400.52 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/28/2023 | 56 | Leo H LeBarre Jr | | 4300 Soquel Drive SPC 104 | | | Soquel | CA | 95073 | | $40,000.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/12/2023 | 112 | Level 3 Telecom Holdings, LLC a CenturyLink Company | Centurylink Communications, LLC. -Bankruptcy | ATT Legal-BKY | 1025 EL Dorado Blvd | | Broomfield | CO | 80021 | | $513.14 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/05/2023 | 83 | Link Mfg., Ltd. | | 223 15th St NE | | | Sioux Center | IA | 51250 | | $2,353.02 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/26/2023 | 171 | LogicGate, Inc. | Sara Haven, General Counsel | 320 W. Ohio Street Suite 600W | | | Chicago | IL | 60654 | | $64,200.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/06/2023 | 89 | Louisiana Department of Revenue | | P.O. Box 66658 | | | Baton Rouge | LA | 70896-6658 | | $832.61 | Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/06/2023 | 89 | Louisiana Department of Revenue | | P.O. Box 66658 | | | Baton Rouge | LA | 70896-6658 | | $250.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/15/2023 | 131 | Luca Sabik | | 11850 Rue Lavigne | | | Montreal | QC | H4J 1X8 | Canada | $4,908.54 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/23/2023 | 54 | M1 Graphics Co., Inc. | Jody McMurry | 302 Putman Road | PO Box 606 | | Fountain Inn | SC | 29644 | | $853.20 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/01/2023 | 75 | McKinney Trailer Rentals | Jennifer Crutchfield | 2601 Saturn St Suite 110 | | | Brea | CA | 92821 | | $10,985.75 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/16/2023 | 6 | McNaughton-McKay Electric Company | John Orlando | 35 Old Mill Rd | | | Greenville | SC | 29607 | | $88,219.10 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/29/2023 | 61 | Micah Morrell, Drone Scope Media | | 116 Rindge Road | | | Piedmont | SC | 29673 | | $5,200.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/27/2023 | 175 | Micro Precision Calibration, Inc. | | 22835 Industrial Place | | | Grass Valley | CA | 95949 | | $7,831.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/30/2023 | 68 | Missouri Department of Revenue | | PO Box 475 | | | Jefferson City | MO | 65105 | | $1,084.18 | Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/30/2023 | 68 | Missouri Department of Revenue | | PO Box 475 | | | Jefferson City | MO | 65105 | | $29.60 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/25/2023 | 166 | Misumi USA Inc. | AR -Jessica Jewell | 1475 E Woodfield Rd Suite 1300 | | | Schaumburg | IL | 60173 | | $50.28 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 10/03/2023 | 187 | Mobile Mark Inc | | 1140 W. Thorndale | | | Itasca | IL | 60143 | | $2,161.35 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/26/2023 | 169 | Modine Manufacturing Company | Atty Erin A. West | Godfrey Kahn, S.C. | One East Main St, Ste 500 | | Madison | WI | 53703 | | $46,506.66 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/24/2023 | 159 | Monroe Magnus LLC | Scott Smullen | 1110 East Elm Ave | | | Fullerton | CA | 92831 | | $532.74 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/17/2023 | 32 | MSC Industrial Supply Company | | 515 Broadhollow Road | | | Melville | NY | 11747 | | $259.67 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/19/2023 | 143 | Munaco Sealing Solutions, Inc. | | 5 Ketron Court | | | Greenville | SC | 29607 | | $38,915.47 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/02/2023 | 79 | Narayanan Srinivasan | Fulfeelment, LLC | 2201 Long Prairie Road Suite 107-325 | | | Flower Mound | TX | 75022 | | $59,976.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/22/2023 | 155 | New Jersey Unclaimed Property Administration | | PO Box 214 | | | Trenton | NJ | 08625 | | UNLIQUIDATED | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/15/2023 | 132 | Noemie Forget | | 1650 Rue de Charente | | | Terrebonne | QC | J6X 2W8 | Canada | $951.52 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/22/2023 | 36 | Nordson Corporation | Attn Credit Risk | 300 Nordson Drive | | | Amherst | OH | 44001 | | $10,548.92 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |

## Claims Register by Name
### Date Range: 08/07/2023-10/05/2023

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05/2023 | 84 | Northern Cable and Automation LLC | E. Todd Sable, Esq. & Cydney J. McGill, Esq. | Honigman LLP | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226-3506 | | $153,989.60 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/05/2023 | 84 | Northern Cable and Automation LLC | E. Todd Sable, Esq. & Cydney J. McGill, Esq. | Honigman LLP | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226-3506 | | $95,153.60 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/30/2023 | 63 | NSF International | NSF International Strategic Registrations Ltd | 789 N. Dixboro Rd | | | Ann Arbor | MI | 48105 | | $32,244.01 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/17/2023 | 38 | NSK Industries, Inc. | Bradley P. Lehman | c/o Gellert Scali Busenkell & Brown, LLC | 1201 N. Orange St., Ste. 300 | | Wilmington | DE | 19801 | | $45,304.72 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/14/2023 | 121 | NSK Industries, Inc. | Bradley P. Lehman | c/o Gellert Scali Busenkell & Brown, LLC | 1201 N. Orange St., Ste. 300 | | Wilmington | DE | 19801 | | $22,307.00 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/11/2023 | 101 | NSK Industries, Inc. | John J. Rutter, Esq. | Roetzel | 222 South Main Street | | Akron | OH | 44308 | | $45,817.12 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/30/2023 | 67 | Overland Contracting Inc. | Cassandra Bain | 11401 Lamar Avenue | | | Overland Park | KS | 66211 | | $484,611.71 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/29/2023 | 62 | Pallet Solutions Inc | | 2357 Stanford Road | | | Greer | SC | 29651 | | $36,209.88 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/06/2023 | 87 | Pamco Printed Tape and Label Co., Inc. | Marla Darman | 2200 S. Wolf Road | | | Des Plaines | IL | 60018 | | $7,877.93 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/08/2023 | 105 | Parker-Hannifin Corporation | Sandra J. Sberna, Credit Analyst Corp. H.Q. | 6035 Parkland Blvd | | | Cleveland | OH | 44124 | | $96,616.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/08/2023 | 105 | Parker-Hannifin Corporation | Sandra J. Sberna, Credit Analyst Corp. H.Q. | 6035 Parkland Blvd | | | Cleveland | OH | 44124 | | $187,676.80 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/10/2023 | 26 | PEAK Technical Services Inc. | | 583 Epsilon Drive | | | Pittsburgh | PA | 15238 | | $57,597.37 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/18/2023 | 43 | Pearce Services, LLC | Corporate Administration | 1222 Vine Street, Suite 301 | | | Paso Robles | CA | 93446 | | $52,009.47 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/31/2023 | 72 | Peter Campanella | | 82 Vedder Avenue | | | Staten Island | NY | 10302 | | BLANK | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/26/2023 | 173 | PG&E | c/o Bankruptcy | PO Box 8329 | | | Stockton | CA | 95208-0329 | | $48,715.34 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/03/2023 | 82 | Pine Estates Enterprises Inc. | | 201B W Butler Rd #160 | | | Mauldin | SC | 29662 | | $3,423.50 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/21/2023 | 145 | Pivotal Media | | 4649 Puget Drive | | | Vancouver | BC | V6L 2V9 | Canada | $3,062.50 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/11/2023 | 107 | Port Authority of New York and New Jersey | Port Authority Law Department | 4 World Trade Center | 150 Greenwich Street, 24th Floor | | New York | NY | 10007 | | $1,600,000.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/11/2023 | 104 | Project Genetics LLC | Jana Axline | 4950 S Yosemite St F2-102 | | | Greenwood Village | CO | 80111 | | $7,631.25 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/11/2023 | 104 | Project Genetics LLC | Jana Axline | 4950 S Yosemite St F2-102 | | | Greenwood Village | CO | 80111 | | $28,027.50 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/12/2023 | 116 | Protiviti | Recovery Dept. | Robert Half | PO Box 5024 | | San Ramon | CA | 94583 | | $560,112.37 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/15/2023 | 130 | Quanta Laboratories | | 3199 DeLaCruz Blvd | | | Santa Clara | CA | 95054 | | $1,100.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/25/2023 | 167 | Radio Engineering Industries, Inc. | Kevin Herrmann | 6534 L Street | | | Omaha | NE | 68117 | | $4,966.45 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/03/2023 | 186 | RELX Inc. dba LexisNexis | | 9443 Springboro Pike | | | Miamisburg | OH | 45432 | | $15,950.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/13/2023 | 114 | REMA USA LLC | Stanley H. McGuffin, Esq. | Haynsworth Sinkler Boyd, PA | PO Box 11889 | | Columbia | SC | 29211-1889 | | $286,686.31 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/13/2023 | 114 | REMA USA LLC | Stanley H. McGuffin, Esq. | Haynsworth Sinkler Boyd, PA | PO Box 11889 | | Columbia | SC | 29211-1889 | | $387,299.93 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 3 | Resource Intl Inc. | Mishimoto Automotive | 7 Boulden Circle | | | New Castle | DE | 19720 | | $6,979.75 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/29/2023 | 37 | Romeo RIM, Inc. | Michelle M Bourdage | 7400 Van Dyke Rd | | | Romeo | MI | 48065 | | $37,791.12 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/29/2023 | 37 | Romeo RIM, Inc. | Michelle M Bourdage | 7400 Van Dyke Rd | | | Romeo | MI | 48065 | | $57,592.60 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/25/2023 | 162 | Ron Whites Air Compressor Sales, Inc. | Ryan D. Thompson, Esq. | 1901 Sixth Ave. N., Suite 1700 | | | Birmingham | AL | 35203 | | $1,234,499.34 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/25/2023 | 162 | Ron Whites Air Compressor Sales, Inc. | Ryan D. Thompson, Esq. | 1901 Sixth Ave. N., Suite 1700 | | | Birmingham | AL | 35203 | | $719,817.53 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/16/2023 | 9 | Rotaloc International LLC | | 9903 Titan Ct #15 | | | Littleton | CO | 80125 | | $1,370.93 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/16/2023 | 9 | Rotaloc International LLC | | 9903 Titan Ct #15 | | | Littleton | CO | 80125 | | $14,260.58 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/30/2023 | 66 | RS Erection North Peninsula, Inc. | | 133 South Linden Avenue | | | South San Francisco | CA | 94080 | | $4,504.01 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/15/2023 | 128 | Rutan and Tucker, LLP | Roger F. Friedman | 18575 Jamboree Road, 9th Flr. | | | Irvine | CA | 92612 | | $10,311.50 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/08/2023 | 106 | Sanz Kenway, Inc. | | 2555 Lake Ave. | | | Fairmont | MN | 56031 | | $949.08 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 10/02/2023 | 189 | Say Technologies LLC | | 85 Willow Road | | | Menlo Park | CA | 94025 | | $11,654.94 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 10/05/2023 | 193 | Sealing Devices Inc | | 4400 Walden Ave | | | Lancaster | NY | 14086 | | $212.25 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/10/2023 | 20 | Secureworks, Inc. | | 1 Concourse Pkwy, Suite 500 | | | Atlanta | GA | 30328–5346 | | $7,830.00 | General Unsecured | | | | Proterra Inc | 23-11120 |

In re Proterra Inc, et al.
Case No. 23-11120 (BLS)

Page 5 of 7

## Claims Register by Name
### Date Range: 08/07/2023-10/05/2023

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/2023 | 154 | Seifert Graphics, Inc. | | 6133 Judd Road | | | Oriskany | NY | 13424 | | $118,096.83 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/11/2023 | 27 | Sentek Dynamics, Inc. | | 2090 Duane Ave | | | Santa Clara | CA | 95054 | | $7,500.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/24/2023 | 48 | Setra Systems Inc. | | One Cowles Road | | | Plainville | CT | 06062 | | $2,344.26 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/24/2023 | 48 | Setra Systems Inc. | | One Cowles Road | | | Plainville | CT | 06062 | | $12,231.72 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/29/2023 | 179 | Silicon Forest Electronics, Inc. | | 6204 E 18th Street | | | Vancouver | WA | 98661 | | $217,033.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/29/2023 | 179 | Silicon Forest Electronics, Inc. | | 6204 E 18th Street | | | Vancouver | WA | 98661 | | $24,562.79 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/26/2023 | 172 | Smith Development Company, Inc. | Nelson Mullins Riley and Scarborough LLP | c/o Jody A. Bedenbaugh | PO Box 11070 | | Columbia | SC | 29211 | | $123,508.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/28/2023 | 177 | Softchoice Corp | Credit Dept | 20 Mowat Ave | | | Toronto | ON | M6K 3E8 | Canada | $3,495.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/28/2023 | 177 | Softchoice Corp | Credit Dept | 20 Mowat Ave | | | Toronto | ON | M6K 3E8 | Canada | $25.24 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/29/2023 | 180 | South Alliance Industrial Machine Inc. | | 2423 Troy Ave | | | South El Monte | CA | 91733 | | $3,150.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/18/2023 | 41 | South Carolina Coordinating Council for Economic Development | Attn Cynthia S. Turnipseed, Legal Counsel for SCCCED | 1201 Main Street Suite 1600 | | | Columbia | SC | 29201 | | $500,000.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/01/2023 | 74 | Southwest Research Institute | Attn General Counsel | 6220 Culebra Road | | | San Antonio | TX | 78238 | | $77,966.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/24/2023 | 55 | Spectrum | Siobhan McEneany | 1600 Dublin Road | | | Columbus | OH | 43215 | | $473.97 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/06/2023 | 91 | Sportworks Global LLC | Marc Lanegraff | 15540 Woodinville Redmond Rd NE A#200 | | | Woodinville | WA | 98072-4508 | | $10,285.00 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/06/2023 | 91 | Sportworks Global LLC | Marc Lanegraff | 15540 Woodinville Redmond Rd NE A#200 | | | Woodinville | WA | 98072-4508 | | $26,197.60 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/06/2023 | 92 | Sportworks Global LLC | | 15540 Woodinville Redmond Rd NE A#200 | | | Woodinville | WA | 98072-4508 | | $10,285.00 | Admin Priority | A | | 09/06/2023 | Proterra Inc | 23-11120 |
| 09/06/2023 | 92 | Sportworks Global LLC | | 15540 Woodinville Redmond Rd NE A#200 | | | Woodinville | WA | 98072-4508 | | $26,197.60 | General Unsecured | A | | 09/06/2023 | Proterra Inc | 23-11120 |
| 09/20/2023 | 144 | Staples Technology Solutions | Tom Riggleman | STS | 7 Technology Circle | | Columbia | SC | 29203 | | $1,890.95 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/20/2023 | 144 | Staples Technology Solutions | Tom Riggleman | STS | 7 Technology Circle | | Columbia | SC | 29203 | | $4,814.47 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/06/2023 | 88 | State Water Resources Control Board | | 1001 I Street 22nd Floor | | | Sacramento | CA | 95814 | | $75.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 10/03/2023 | 183 | Susan Naletilic | | 185 Michigan Rd | | | Woodbourne | NY | 12788 | | $4,966.60 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/14/2023 | 124 | Swamp Fox Software and Analytics, LLC | | 602 Cunningham Rd | | | Taylors | SC | 29687 | | $10,000.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/16/2023 | 10 | Taylor Manufacturing | Vickie Padgett | 224 Adams St | | | Stevenson | AL | 35772 | | $122,628.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/25/2023 | 160 | Tech Graphics Private Limited | Chintan Shah | 410 Safal Arise | Near Deep Chambers | Manjalpur | Vadodara | Gujarat | 390004 | India | $14,700.00 | Admin Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/25/2023 | 160 | Tech Graphics Private Limited | Chintan Shah | 410 Safal Arise | Near Deep Chambers | Manjalpur | Vadodara | Gujarat | 390004 | India | $15,000.00 | Priority | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/27/2023 | 174 | TForce Freight | | 234040 Wrangler Road | | | Calgary | AB | T1X 0K2 | Canada | $6,512.82 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/24/2023 | 158 | Transit Technical, LLC | Phil DeHaan | 655 Cliffwood Ave | | | Portage | MI | 49002 | | $34,594.17 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 15 | TRANSPAK, INC | | 520 NORTH MARBURG WAY | | | SAN JOSE | CA | 95133 | | $965.90 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/14/2023 | 18 | TRANSPAK, INC | | 520 NORTH MARBURG WAY | | | SAN JOSE | CA | 95133 | | $965.90 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/22/2023 | 153 | Triniti Corporation | | 12401 Orange Drive Suite 205 | | | Davie | FL | 33330 | | $6,480.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/21/2023 | 149 | Tube Specialties Co., Inc. | c/o Nelson Global Products, attn Jamie McNally | 1560 Williams Drive | | | Stoughton | WI | 53589 | | $48,568.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/24/2023 | 51 | UKG Inc. | Attn Catherine R. Choe, Esq. | Akerman LLP | 420 South Orange Avenue Suite 1200 | | Orlando | FL | 32801 | | $73,900.43 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 10/03/2023 | 185 | UKG Inc. | Attn Catherine R. Choe, Esq. | Akerman LLP | 420 South Orange Avenue Suite 1200 | | Orlando | FL | 32801 | | $104,717.05 | General Unsecured | A | | 08/24/2023 | Proterra Operating Company, Inc. | 23-11121 |
| 08/22/2023 | 35 | Uline | | 12575 Uline Drive | | | Pleasant Prairie | WI | 53158 | | $18,628.48 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/22/2023 | 35 | Uline | | 12575 Uline Drive | | | Pleasant Prairie | WI | 53158 | | $32,243.33 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/12/2023 | 109 | Urban Transportation Associates, Inc. | Thomas W. Kowalski | 4240 Airport Rd Suite 212 | | | Cincinnati | OH | 45226 | | $5,405.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/09/2023 | 17 | USAT | | PO Box 9334 | | | Chapel Hill | NC | 27515 | | $55,640.02 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/30/2023 | 64 | Vigilant Technologies LLC | | 1050 Wilshire Drive, Suite 307 | | | Troy | MI | 48084 | | $16,795.06 | General Unsecured | | | | Proterra Inc | 23-11120 |

**Claims Register by Name**
**Date Range: 08/07/2023-10/05/2023**

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | 138 | Virginia Panel Corporation | | 1400 New Hope Road | | | Waynesboro | VA | 22980 | | $2,401.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/25/2023 | 161 | W&B Technology, Ltd | Yvonne Chan | 1253 Birchwood Dr | | | Sunnyvale | CA | 94089 | | $13,776.00 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 09/21/2023 | 182 | W.W. Grainger, Inc. | | 401 S. Wright Rd. | | | Janesville | WI | 53546 | | $43,161.93 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 09/21/2023 | 182 | W.W. Grainger, Inc. | | 401 S. Wright Rd. | | | Janesville | WI | 53546 | | $35,486.84 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/12/2023 | 110 | Waste Management | | PO Box 42930 | | | Phoenix | AZ | 85080 | | $4,635.80 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/09/2023 | 22 | Wesco Distribution Inc. | | 225 W Station Square Dr., Suite #700 | | | Pittsburgh | PA | 15219 | | $5,720.00 | Priority | | | | Proterra Inc | 23-11120 |
| 08/09/2023 | 22 | Wesco Distribution Inc. | | 225 W Station Square Dr., Suite #700 | | | Pittsburgh | PA | 15219 | | $880.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/11/2023 | 103 | Wesgarde Components Group Inc. | Sharla Stang | 2820 Drane Field Road | | | Lakeland | FL | 33811 | | $40,962.75 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 1 | West Marine Products, Inc | Donald Bollenbacher | 1 East Broward Blvd Ste 200 | | | Fort Lauderdale | FL | 33301 | | $1,655.65 | Admin Priority | | | | Proterra Inc | 23-11120 |
| 08/11/2023 | 1 | West Marine Products, Inc | Donald Bollenbacher | 1 East Broward Blvd Ste 200 | | | Fort Lauderdale | FL | 33301 | | $6,161.00 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/20/2023 | 141 | YELLOWHEAD TRAILER REPAIR AND SERVICE LTD | | 353 116 AVE NW | | | EDMONTON | AB | T6S 1G3 | Canada | $16,301.10 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 09/12/2023 | 111 | Young Office Environments Inc | Judy Martin | 103 N Pine Street | | | Spartanburg | SC | 29302 | | $5,173.53 | General Unsecured | | | | Proterra Inc | 23-11120 |
| 08/30/2023 | 69 | ZF Services, LLC | | 777 Hickory Hill Drive | | | Vernon Hills | IL | 60061 | | $12,373.20 | General Unsecured | | | | Proterra Operating Company, Inc. | 23-11121 |
| 08/16/2023 | 12 | Zing | | 431 East Colfax Avenue Ste 200 | | | South Bend | IN | 46617-4707 | | $51,596.18 | Priority | | | | Proterra Inc | 23-11120 |

In re Proterra Inc, et al.
Case No. 23-11120 (BLS)

Page 7 of 7