**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**PROTERRA INC (CASE NO. 23-11120)**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROTERRA INC, *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS
## AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These *Global Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules and Statements* (the "Global Notes") comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions, or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2]    These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

## I.    Notes Applicable to All Schedules and Statements

**Note 1: Reporting Date**.  All asset information, except where otherwise noted (including with respect to cash and accounts receivable), is provided as of July 31, 2023.  All liability information is provided as of August 7, 2023 (the "Petition Date").

**Note 2: Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  To the extent any amounts had to be converted to U.S. dollars, the conversion rate used was as of the Petition Date.

**Note 3: Signatory**.  David Black has signed each set of Schedules and Statements.  Mr. Black serves as Chief Financial Officer of Debtor Proterra Inc, and he is an authorized signatory for each of the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Black has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors.  Mr. Black has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct, and accurate as of the date he signed the Schedules and Statements.

**Note 4: Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "SEC") or any other authority, and neither the SEC nor any state authority has passed upon the accuracy or adequacy of the Schedules and Statements, or upon the merits of the Schedules and Statements.

**Note 5: Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date.  Net book values may vary substantially from the actual market value of such property and other assets, and should not be relied upon or taken as evidence of such assets' actual market value.

**Note 6: Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**Note 7: Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 8: Confidential or Sensitive Information**.  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record, information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individua.  The alterations were limited to only what is necessary to protect the Debtors or a third party.

**Note 9: Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action, or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 10: Claim Designation**.  Any (i) failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" or (ii) designation of a claim in the Schedules and Statement as "not subject to offset" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed" or "not subject to offset."   The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed" or "subject to offset."  Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtors.

**Note 11: Fiscal Year**.  Each Debtor's fiscal year ends on or about December 31.

**Note 12:  Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

**Note 13: Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."   The Debtors may have material unliquidated

liabilities, including liabilities with respect to potential Claims arising on account of the potential rejection of executory contracts and unexpired leases. These Claims are not included in the Debtors' summary of total liabilities, and, accordingly, the presented aggregate liability amount may materially understate the amount of liabilities assertable or allowable against the Debtors.

**Note 14: Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Note 15: Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 16: Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals and entities that the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Note 17: Payments**. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System") (as described in the *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing (A) Continued Use of Cash Management System, (B) Maintenance of Bank Accounts and Business Forms, (C) Continuance of Corporate Credit Card Programs, and (D) Honoring Certain Prepetition Obligations; (II) Waiving Strict Compliance With 11 U.S.C. § 345(b) and Certain Operating Guidelines, as Applicable, and (III) Granting Related Relief* [Docket No. 14]) (the "Cash Management Motion")). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

**Note 18: Reservation of Rights**. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtors to file amended Schedules and Statements. **The Debtors reserve all of their rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization,**

**classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in these chapter 11 cases that might conflict with the Schedules and Statements.**

II.    **Notes to Schedules of Assets and Liabilities**

1.    *Schedule A/B – Assets*.  The Debtors have potentially excluded the following categories of assets from the Schedules and Statements: deferred tax assets; certain intangibles; or deferred revenue accounts.  Other immaterial assets may also have been excluded.  Unless otherwise noted, all amounts listed in Schedule A/B are as of July 31, 2023.

*Schedule A/B, Part 1 – Cash*.  The cash and cash equivalents listed in the Schedules reflect values as of the Petition Date.  There is an approximately $17,000 difference in the cash balance reported on the Schedules as compared to the amount described in the Cash Management Motion, which difference is driven by the change in the market value of US treasury investments in the Merrill Lynch working capital management account (x3373).

*Schedule A/B, Part 2 – Deposits*.  The Company recognizes certain customer prepayments as deposits on their balance sheet.

*Schedule A/B, Part 3 – Accounts Receivable*.  The receivables listed in the Schedules reflect values as of the Petition Date and include receivables from the Debtors' customers.  These amounts are the calculated net of any unapplied or on account receipts, trade adjustments, and unidentified receipts.

*Schedule A/B, Part 4, Question 15 – Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.*  The Debtors have used their reasonable efforts to identify ownership interests of entities within the six years immediately preceding the Petition Date.  The Debtors have equity interests in two (2) other entities, one of which is listed as confidential.  The Debtors have provided their equity ownership percentage in such entities, but, as such entities are not publicly traded, the Debtors have listed the value of such interests as "Undetermined".

*Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets.*  Balances for Raw Materials, Work in Progress, and Finished Goods, as listed in Question 21, are based on fixed assets and inventory schedules, calculated as of July 31, 2023.  The Debtors sold certain of their inventory prior to the Petition Date.  As a result, this part may include some inventory that has already been sold.  Additionally, the Debtors have listed the value of inventory purchased within 20 days of the Petition Date as "Undetermined" as the Debtors are continuing to reconcile their books and records to various open purchase orders, shipments, and received goods.

*Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles*.  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Unless otherwise indicated, owned property and equipment are listed at net book value.

***Schedule A/B, Part 10 – Intangibles***.  The value of intangible assets is listed as undetermined. The Debtors are not able to provide a schedule with values specific to each intangible asset.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims***.  In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers, insurance agencies, or insurance carriers.  In addition, the Debtors believe that they may possess certain claims and causes of action against various parties.  Accordingly, certain of the Debtors may become party to litigation in which such Debtor may assert claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

2.    ***Schedule D – Creditors Who Have Claims Secured by Property***. Except where otherwise noted, the value of all secured liabilities listed on Schedule D are calculated as of the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured. Further, the listing of a claim as secured is not an admission as to the validity of any lien. Finally, although there are multiple parties that may hold a portion of the debt included in the Debtors' prepetition funded debt, only administrative agents have been listed for purposes of Schedule D.  The amounts reflected outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date.  Without limitation, the Debtors reserve all rights with respect to the Liquidation Payment Amount Claims (as defined in Docket No. 142).[3]

The descriptions provided in Schedule D are intended only to be a summary.  In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

---

[3]    The amount of claim listed in the Schedules for CSI GP LLC for Proterra Operating Company, Inc. is $178,030,025.82.  In connection with preparing the First Day Declaration, the CSI GP LLC claim was calculated as $177,283,103.23 and rounded as $177,200,000, which latter amount was reflected in the First Day Declaration. The difference in the Schedules and the First Day Declaration reflects an updated calculation for interest owed on such claim.

Nothing in Schedule D and/or the Notes shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Gareth T. Joyce in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 16] (the "First Day Declaration"). Furthermore, in addition to the First Day Declaration, reference to the applicable debt documents is necessary for a complete description of the collateral, security interests, and the nature, extent, and priority of any liens.

Except as specifically stated, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

3.    ***Schedule E/F – Creditors Who Have Unsecured Claims***. Except where otherwise noted, the value of all unsecured liabilities listed on Schedule E/F are calculated as of the Petition Date.

The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time. In such cases, the amounts are listed as "Undetermined." Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

***Paid Claims***. The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders"). As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtors have listed claims and payables as of the Petition Date in these Schedules and Statements.

***Excluded Liabilities***. The Debtors have potentially excluded the following categories of liabilities from the Schedules and Statements: deferred tax liabilities; and certain accrued liabilities. The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such Claims exist. Other immaterial liabilities may also have been excluded.

***Part 1 – Creditors with Priority Unsecured Claims***. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Final Order (I) Authorizing the Debtors to Pay Prepetition Employee Wages and Benefits, and (II) Granting Related Relief* [Docket No. 207] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business. The Debtors believe that (but cannot guarantee that) such claims will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court. Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.

***Part 2 – Creditors with Nonpriority Unsecured Claims***. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The amounts listed on schedule E/F are gross of any pre-Petition Date credits and may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialmans', or other similar liens against the Debtors for amounts listed in Schedule E/F.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

***Trade Payables***. The value of trade payables is calculated as of the Petition Date, with the exception of certain claims that have been reduced in accordance with agreements entered into or payments made pursuant to certain First Day Orders. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

4.     ***Schedule G – Executory Contracts and Unexpired Leases***. Although the Debtors have made reasonable efforts to attribute an executory contract or unexpired lease to the applicable Debtor counterparty on Schedule G, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity of the Debtors' business. The Debtors reserve all of their rights with respect to the named parties of any and all executory

contracts and unexpired leases, including the right to amend, supplement, or otherwise modify Schedule G.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. These rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non disturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements. To the extent that such documents constitute executory contracts, the documents may have been omitted.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral. While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any contract, agreement, document or other instrument related to a creditor's claim. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreements, instruments, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider. The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.

## III.   Notes to Statements of Financial Affairs

1.   ***Statements, Part 1, Questions 1 and 2 – Income and Non-Business Revenue***.  Revenue has been provided through August 6, 2023.

2.   ***Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors and Payments or Other Transfers of Property Made Within 1 Year Before Filing This Case That Benefited Any Insider***.  The Debtors' responses to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by the Debtors from bank accounts on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System described in the Cash Management Motion.

   For the purposes of these Statements, the Debtors used the Petition Date as the date of the information for the financial information provided, including payments made on the Petition Date.  The Debtors have responded to Question 3 in detailed format by listing each payment.  The response to Question 3, however, does not include transfers to bankruptcy professionals (which transfers appear in response to Part 6, Question 11).

   The payroll-related amount shown in response to Question 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings.

   The directors and executive officers of Debtor Proterra Inc are also directors and executive officers of Debtor Proterra Operating Company, Inc.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor entities, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

3.   ***Statements, Part 3, Question 7 – Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits***.  To the best of their knowledge, the Debtors have provided information with respect to all "material litigation" in response to Question 7, defined to include claims or assessments involving amounts exceeding $50,000, individually or in the aggregate.

4.   ***Statements, Part 6, Question 11 – Payments Related to Bankruptcy***.  Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date.  The services rendered pertain to, among other things, (i) the Debtors' prepetition sale and marketing process, (ii) relief under the Bankruptcy Code, and (iii) preparation of a bankruptcy petition.  Amounts listed reflect the

total amounts paid to these respective firms, as bifurcating the specific restructuring activities would be administratively burdensome.

Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

5.    ***Statements, Part 11, Question 21 – Property Held for Another.***   In the normal course of the Debtors' business, the Debtors have vehicles or battery packs that remain on the Debtors' premises, but belong to the customer. This inventory balance floats and is consistently changing in the normal course.  As of August 6, 2023, the Debtors held the following properties physically on behalf of our customers: eleven (11) electric transit buses worth approximately $10.7 million; and seventy-nine (79) battery packs worth approximately $1.9 million in value. In addition, periodically, the Debtors hold certain products held for warranty repair.  Such property is not material in value.

6.    ***Statements, Part 13, Question 25 – Businesses in which the Debtors Have an Interest***. The Debtors have used their reasonable efforts to identify ownership interests of entities within the six years immediately preceding the Petition Date.  The Debtors have equity interests in two (2) other entities, one of which is listed as confidential.  The Debtors have provided their equity ownership percentage in such entities, but, as such entities are not publicly traded, the Debtors have listed the value of such interests as "Undetermined".

7.    ***Statements, Part 13, Question 26 – Books, Records, and Financial Statements***.  Certain of the Debtors are registrants with the Securities and Exchange Commission and file with such agency periodic financial reports on a consolidated basis. These reports also contain information about those Debtors' finances, and are available publicly through the Debtors' website at https://ir.proterra.com/home/default.aspx.

The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26d.

8.    ***Statements, Part 13, Question 27 – Inventories***.  The Debtors have excluded inventory in transit, as such inventory is not in the Debtors' possession.

9.    ***Statements, Part 13, Question 28 – Controlling Interest Holders.*** For purposes of the Schedules and Statements, the Debtors define "controlling interest holders" to include entities that directly hold in excess of 20% of the voting interests of the applicable Debtor entity.  Entities listed as "controlling interest holders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling interest holders" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

* * * * *

11

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Inc

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11120 (BLS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

       Copy line 88 from *Schedule A/B* ........................................................................................................

$ _____ 0.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B* ....................................................................................................

$ _____ 56,613.00

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B* ......................................................................................................

$ _____ 56,613.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................................

$ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................................

$ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................

+ $ _____ 0.00

4. **Total liabilities**

    Lines 2 + 3a + 3b ..................................................................................................................................

$ _____ 0.00

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Inc

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 23-11120 (BLS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**

   _____     $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
   |---|---|---|
   | _____ | _____ | _____ |

   $ _____

4. **Other cash equivalents** *(Identify all)*

   _____     $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ _____ 0.00

Debtor: Proterra Inc
_____
Name

Case number *(if known)*: 23-11120
_____

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

_____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____    $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ _____ 0.00

Debtor: Proterra Inc
Name

Case number *(if known)*: 23-11120

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

|  | Description | face amount | doubtful or uncollectible accounts |  |  |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | _____ | $ _____ | - $ _____ | =..... ➔ | $ _____ |
| 11b. Over 90 days old: | _____ | $ _____ | - $ _____ | =..... ➔ | $ _____ |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 0.00

Debtor: Proterra Inc
_____
Name

Case number *(if known)*: 23-11120
_____

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 None | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:       % of ownership:

| | | | |
|---|---|---|---|
| 15.1 Proterra Operating Company, Inc. | 100.0% | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 None | $ | |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| $ | 0.00 |

Debtor: Proterra Inc
_____
Name

Case number *(if known)*: 23-11120
_____

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | $ | | $ |
| **20. Work in progress** | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | $ | | $ |
| **22. Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description _____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor: Proterra Inc
_____
Name

Case number *(if known)*  23-11120
_____

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Proterra Inc
_____
Name

Case number *(if known)*:  23-11120
_____

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Proterra Inc
_____
Name

Case number *(if known)*: 23-11120
_____

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Proterra Inc

Name

Case number *(if known)*:    23-11120

---

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☒  No. Go to Part 10.

☐  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐  No

☐  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐  No

☐  Yes

---

| Debtor: | Proterra Inc | Case number *(if known)*: | 23-11120 |
| | Name | | |

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Proterra Inc                                    Case number *(if known)*:  23-11120
_____
Name

---

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.

☑  Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

71.1  None _____  $ _____  - $ _____  =..... ➔  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  See Schedule A/B 72 Attachment          Tax year _____          $          56,613.00

73. **Interests in insurance policies or annuities**

73.1  See Schedule A/B 73 Attachment                    $          Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  None                              $ _____

Nature of claim          _____

Amount requested          $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None                              $ _____

Nature of claim          _____

Amount requested          $ _____

76. **Trusts, equitable or future interests in property**

76.1  None                              $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1  None                              $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $          56,613.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Debtor: Proterra Inc

Name

Case number *(if known)* 23-11120

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 56,613.00 | |
| 91. **Total.** Add lines 80 through 90 for each column..............................91a. | $ 56,613.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................    $ 56,613.00

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Inc

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11120 (BLS)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**     **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.1 **Creditor's name**

Describe debtor's property that is subject to a lien

$ _____  $ _____

Creditor's Name

**Creditor's mailing address**

Describe the lien

Notice Name

Street

**Is the creditor an insider or related party?**

☐ No
☐ Yes

City    State    ZIP Code

Country

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name

Notice Name

Street

City                               State                       ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Inc

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11120 (BLS)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   ☐ No. Go to Part 2.
   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | | Priority amount | |
|---|---|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | Unliquidated | $ | Unliquidated |

2.1 **Priority creditor's name and mailing address**

Alabama Department of Revenue
Creditor Name

As of the petition filing date, the claim is: $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

_____
Creditor's Notice name

☑ Unliquidated

☐ Disputed

50 North Ripley St
Address

**Basis for the claim:**

_____

Taxes

_____

| Montgomery | AL | 36104 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (8)

Debtor: Proterra Inc
_____
Name

Case number *(if known)*:  23-11120
_____

**2.2** **Priority creditor's name and mailing address**

Arizona Department of Revenue
_____
Creditor Name

_____
Creditor's Notice name

1600 West Monroe St
_____
Address

| Phoenix | AZ | 85007 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.3** **Priority creditor's name and mailing address**

Arkansas Department of Finance and Administration
_____
Creditor Name

Attn Revenue Legal Counsel
_____
Creditor's Notice name

Ledbetter Building
_____
Address

1816 W 7th St, Room 2380
_____

| Little Rock | AR | 72201 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc

Name

Case number *(if known)*: 23-11120

**2.4 Priority creditor's name and mailing address**

British Columbia Ministry of Finance

Creditor Name

Creditor's Notice name

617 Government St,

Address

| Victoria | BC | V8V 2M1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.5 Priority creditor's name and mailing address**

CA, San Mateo County Tax Collector

Creditor Name

Creditor's Notice name

555 County Center - 1st Floor

Address

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc

Name

Case number *(if known)*:   23-11120

**2.6 Priority creditor's name and mailing address**

California Department of Tax and Fee Administration

Creditor Name

Collections Support Bureau Bankruptcy Team, MIC 74

Creditor's Notice name

PO Box 942879

Address

| | | |
|---|---|---|
| Sacramento | CA | 94279-0074 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.7 Priority creditor's name and mailing address**

Canada Revenue Agencey

Creditor Name

Tax Centre

Creditor's Notice name

9755 King George Highway

Address

| | | |
|---|---|---|
| Surrey | BC | V3T 5E6 |
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc

Name

Case number *(if known)*    23-11120

**2.8 Priority creditor's name and mailing address**

Colorado Department of Revenue

Creditor Name

Attn Bankruptcy Unit

Creditor's Notice name

1881 Pierce St.

Address

Entrance B

Lakewood          CO          80214

City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.9 Priority creditor's name and mailing address**

Connecticut Department of Revenue Services

Creditor Name

Department of Revenue Services

Creditor's Notice name

450 Columbus Blvd., Ste 1

Address

Hartford          CT          06103

City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc

Name

Case number *(if known)*: 23-11120

**2.10 Priority creditor's name and mailing address**

Delaware Division of Revenue

Creditor Name

Division of Revenue/Bankruptcy Services

Creditor's Notice name

820 N French St 8th Floor

Address

Carvel State Building

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated $ ___ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.11 Priority creditor's name and mailing address**

District of Columbia Office of Tax and Revenue

Creditor Name

Bankruptcy Unit, Stephanie Jeterm Supervisory Revenue Officer

Creditor's Notice name

1101 4th Street SW

Address

| Washington | DC | 20024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated $ ___ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc

Name

Case number *(if known)*: 23-11120

**2.12 Priority creditor's name and mailing address**

Florida Department of Revenue

Creditor Name

Attn Bankruptcy Dept

Creditor's Notice name

5050 West Tennessee St

Address

| Tallahassee | FL | 32399-0112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.13 Priority creditor's name and mailing address**

Georgia Department of Revenue

Creditor Name

Compliance Division - Central Collection Section

Creditor's Notice name

1800 Century Blvd NE, Suite 9100

Address

| Atlanta | GA | 30345-3202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc
_____
Name

Case number *(if known)*: 23-11120
_____

**2.14 Priority creditor's name and mailing address**

Hawaii Department of Taxation
_____
Creditor Name

Attn Bankruptcy Dept
_____
Creditor's Notice name

PO Box 259
_____
Address

| Honolulu | HI | 96809-0259 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.15 Priority creditor's name and mailing address**

Idaho State Tax Commission
_____
Creditor Name

_____
Creditor's Notice name

11321 W Chinden Blvd Bldg 2
_____
Address

| Boise | ID | 83714 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Proterra Inc
_____
Name

Case number *(if known)*    23-11120

**2.16 Priority creditor's name and mailing address**

Illinois Department of Revenue
Creditor Name

Bankruptcy Unit
Creditor's Notice name

PO Box 19035
Address

Springfield          IL          62794-9035
City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated    $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.17 Priority creditor's name and mailing address**

Indiana Department of Revenue
Creditor Name

Bankruptcy Section
Creditor's Notice name

100 North Senate Avenue, MS 108
Address

Indianapolis          IN          46204
City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated    $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Inc
Name

Case number *(if known)*:  23-11120

**2.18 Priority creditor's name and mailing address**

Internal Revenue Service
Creditor Name

Creditor's Notice name

1500 Pennsylvania Avenue, NW
Address

| Washington | DC | 20220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.19 Priority creditor's name and mailing address**

Iowa Department of Revenue
Creditor Name

Creditor's Notice name

Hoover State Office Building
Address

1305 E Walnut

| Des Moines | IA | 50319 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Inc
_____
Name

Case number *(if known)*    23-11120
_____

**2.20 Priority creditor's name and mailing address**

Kansas Department of Revenue
_____
Creditor Name

Scott State Office Building
_____
Creditor's Notice name

120 SE 10th Avenue
_____
Address

_____

| Topeka | KS | 66612-1103 |
|--------|-----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.21 Priority creditor's name and mailing address**

Kentucky Department of Revenue
_____
Creditor Name

_____
Creditor's Notice name

501 High St
_____
Address

_____

| Frankfort | KY | 40601 |
|-----------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:    Proterra Inc
Name

Case number *(if known)*    23-11120

**2.22 Priority creditor's name and mailing address**

Los Angeles County Tax Collector
Creditor Name

Kenneth Hahn Hall of Administration
Creditor's Notice name

500 W Temple Street
Address

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.23 Priority creditor's name and mailing address**

Louisiana Department of Revenue
Creditor Name

Creditor's Notice name

617 North Third St
Address

| Baton Rouge | LA | 70802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Inc
_____
Name

Case number *(if known)*: 23-11120
_____

**2.24 Priority creditor's name and mailing address**

Maine Revenue Services
Creditor Name

_____
Creditor's Notice name

PO Box 1060
Address

| Augusta | ME | 04332-1060 |
|---------|----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.25 Priority creditor's name and mailing address**

Maryland Department of Assessments and Taxation
Creditor Name

_____
Creditor's Notice name

PO Box 17052
Address

| Baltimore | MD | 21297 |
|-----------|----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Inc

Name

Case number *(if known):* 23-11120

**2.26 Priority creditor's name and mailing address**

Massachusetts Department of Revenue

Creditor Name

Creditor's Notice name

100 Cambridge St., 2nd Floor

Address

| Boston | MA | 02114 |
|--------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.27 Priority creditor's name and mailing address**

Michigan Department of Treasury

Creditor Name

Attn Litigation Liaison

Creditor's Notice name

Tax Policy Division

Address

2nd Floor Austin Building, 430 West Allegan Street

| Lansing | MI | 48922 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 14 of 28

Debtor: Proterra Inc
_____
Name

Case number *(if known)*    23-11120

**2.28 Priority creditor's name and mailing address**

Minnesota Department of Revenue
Creditor Name

_____
Creditor's Notice name

600 North Robert Street
Address

_____

| St. Paul | MN | 55101 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.29 Priority creditor's name and mailing address**

Montana Department of Revenue
Creditor Name

Attn Bankruptcy Dept
Creditor's Notice name

Tammie Chenoweth & Marci Ballard Gohn
Address

125 N. Roberts, P.O. Box 5805

| Helena | MT | 59604-5805 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Inc
_____
Name

Case number *(if known)*    23-11120

---

**2.30 Priority creditor's name and mailing address**

New Jersey Division of Taxation
Creditor Name

Division of Taxation
Creditor's Notice name

Bankruptcy Unit
Address

3 John Fitch Way, PO Box 245

| Trenton | NJ | 08695-0245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.31 Priority creditor's name and mailing address**

New Mexico Taxation and Revenue Department
Creditor Name

Creditor's Notice name

10500 Copper Ave NE Suite C
Address

| Albuquerque | NM | 87123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 16 of 28

Debtor: Proterra Inc
Name

Case number *(if known)*    23-11120

**2.32 Priority creditor's name and mailing address**

New York City Department of Taxation and Finance
Creditor Name

Creditor's Notice name

1 Centre St Floor 22
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated  $ ___ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.33 Priority creditor's name and mailing address**

New York State Department of Taxation and Finance
Creditor Name

Attn Office of Counsel
Creditor's Notice name

Building 9
Address

WA Harriman Campus

| Albany | NY | 12227 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated  $ ___ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc
_____
Name

Case number *(if known)*    23-11120
_____

**2.34 Priority creditor's name and mailing address**

North Carolina Department of Revenue
_____
Creditor Name

Attn Bankruptcy Unit
_____
Creditor's Notice name

Post Office Box 1168
_____
Address

_____

| Raleigh | NC | 27602-1168 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated  $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.35 Priority creditor's name and mailing address**

Oklahoma Tax Commission
_____
Creditor Name

Taxpayer Service Center
_____
Creditor's Notice name

300 N Broadway Ave.
_____
Address

_____

| Oklahoma City | OK | 73102 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated  $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 18 of 28

Debtor: Proterra Inc
_____
Name

Case number *(if known)*    23-11120

**2.36 Priority creditor's name and mailing address**

Oregon Department of Revenue
Creditor Name

Attn Bankruptcy Unit
Creditor's Notice name

955 Center St NE
Address

| Salem | OR | 97301-2555 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.37 Priority creditor's name and mailing address**

Pennsylvania Department of Revenue
Creditor Name

BANKRUPTCY DIVISION
Creditor's Notice name

Strawberry Square Lobby
Address

| Harrisburg | PA | 17128-0101 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc

Name

Case number *(if known)*: 23-11120

**2.38 Priority creditor's name and mailing address**

Rhode Island Division of Taxation

Creditor Name

Creditor's Notice name

One Capitol Hill

Address

| Providence | RI | 02908 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated $ ____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.39 Priority creditor's name and mailing address**

South Carolina Department of Revenue

Creditor Name

Creditor's Notice name

300A Outlet Pointe Blvd

Address

| Columbia | SC | 29210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated $ ____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc
Name

Case number *(if known)*  23-11120

**2.40 Priority creditor's name and mailing address**

Tennessee Department of Revenue
Creditor Name

Creditor's Notice name

Andrew Jackson State Office Building
Address

500 Deaderick St

| Nashville | TN | 37242 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.41 Priority creditor's name and mailing address**

Texas - Office of Comptroller
Creditor Name

Attn Bankruptcy Section
Creditor's Notice name

Lyndon B Johnson State Office Building
Address

111 East 17th St

| Austin | TX | 78774 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 21 of 28

Debtor: Proterra Inc
_____
Name

Case number *(if known)*: 23-11120
_____

**2.42  Priority creditor's name and mailing address**

Utah State Tax Commission
_____
Creditor Name

Attn Bankruptcy Section
_____
Creditor's Notice name

210 North 1950 West
_____
Address

_____

| Salt Lake City | UT | 84134 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.43  Priority creditor's name and mailing address**

Vermont Department of Taxes
_____
Creditor Name

_____
Creditor's Notice name

133 State St
_____
Address

_____

| Montpelier | VT | 05633-1401 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 22 of 28

Debtor: Proterra Inc
Name

Case number *(if known)*:  23-11120

**2.44 Priority creditor's name and mailing address**

Virginia Department of Taxation
Creditor Name

Virginia Tax
Creditor's Notice name

1957 Westmoreland St
Address

| Richmond | VA | 23230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.45 Priority creditor's name and mailing address**

Washington Department of Revenue
Creditor Name

Attn Bankruptcy Unit
Creditor's Notice name

2101 4th Ave, Suite 1400
Address

| Seattle | WA | 98121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor: Proterra Inc

Name

Case number *(if known)*   23-11120

2.46 **Priority creditor's name and mailing address**

Wisconsin Department of Revenue

Creditor Name

Creditor's Notice name

2135 Rimrock Rd

Address

| Madison | WI | 53713 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**

☑ No

☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |

3.1 **Nonpriority creditor's name and mailing address**

Khatib, Amar
Creditor Name

Creditor's Notice name

Address on File
Address

_____

_____

_____ | State | ZIP Code
City

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

Tirado, Tanya
Creditor Name

Jennifer Pafiti
Creditor's Notice name

Pomerantz LLP
Address

1100 Glendon Ave, 15th Fl

_____

Los Angeles | CA | 90024
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Inc
_____
Name

Case number *(if known)*    23-11120

3.3 **Nonpriority creditor's name and mailing address**

Villanueva, Jeremy
_____
Creditor Name

Adam M. Apton
_____
Creditor's Notice name

Levi & Korsinsky, LLP
_____
Address

1160 Battery Street East, Ste. 100
_____

Case No. 3 23-cv-03519
_____

San Francisco    CA    94111
_____
City    State    ZIP Code

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

_____

**Part 3:**　　**List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐   Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City　　　　State　　　ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $ _____ 0.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 0.00 |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Inc

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11120 (BLS)

☐ Check if this is an
amended filing

Official Form 206G
_____

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official
   Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | **State what the contract or lease is for and the nature of the debtor's interest** | Name |
| | | Notice Name |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |
| | | City        State        ZIP Code |
| | | Country |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Inc

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11120 (BLS)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D |
| | _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | _____ _____ _____ City      State      ZIP Code | | |
| | _____ Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Inc

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11120 (BLS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/06/2023
            MM / DD / YYYY

✖ / s / David Black
Signature of individual signing on behalf of debtor

David Black
Printed name

Chief Financial Officer
Position or relationship to debtor

**In re: Proterra Inc**
**Case No. 23-11120**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.001 | NOL - Alabama Department of Revenue | 2021 | Undetermined |
| 72.002 | NOL - Alabama Department of Revenue | 2022 | Undetermined |
| 72.003 | NOL - Arizona Department of Revenue | 2019 | Undetermined |
| 72.004 | NOL - Arizona Department of Revenue | 2020 | Undetermined |
| 72.005 | NOL - Arizona Department of Revenue | 2021 | Undetermined |
| 72.006 | NOL - Arizona Department of Revenue | 2022 | Undetermined |
| 72.007 | NOL - California Department of Tax and Fee Administration | 2010 | Undetermined |
| 72.008 | NOL - California Department of Tax and Fee Administration | 2011 | Undetermined |
| 72.009 | NOL - California Department of Tax and Fee Administration | 2012 | Undetermined |
| 72.010 | NOL - California Department of Tax and Fee Administration | 2013 | Undetermined |
| 72.011 | NOL - California Department of Tax and Fee Administration | 2014 | Undetermined |
| 72.012 | NOL - California Department of Tax and Fee Administration | 2015 | Undetermined |
| 72.013 | NOL - California Department of Tax and Fee Administration | 2016 | Undetermined |
| 72.014 | NOL - California Department of Tax and Fee Administration | 2017 | Undetermined |
| 72.015 | NOL - California Department of Tax and Fee Administration | 2018 | Undetermined |
| 72.016 | NOL - California Department of Tax and Fee Administration | 2019 | Undetermined |
| 72.017 | NOL - California Department of Tax and Fee Administration | 2020 | Undetermined |
| 72.018 | NOL - California Department of Tax and Fee Administration | 2021 | Undetermined |
| 72.019 | NOL - California Department of Tax and Fee Administration | 2022 | Undetermined |
| 72.020 | NOL - Connecticut Department of Revenue Services | 2020 | Undetermined |
| 72.021 | NOL - Connecticut Department of Revenue Services | 2021 | Undetermined |
| 72.022 | NOL - Connecticut Department of Revenue Services | 2022 | Undetermined |
| 72.023 | NOL - District of Columbia Office of Tax and Revenue | 2018 | Undetermined |
| 72.024 | NOL - District of Columbia Office of Tax and Revenue | 2019 | Undetermined |
| 72.025 | NOL - District of Columbia Office of Tax and Revenue | 2020 | Undetermined |
| 72.026 | NOL - District of Columbia Office of Tax and Revenue | 2021 | Undetermined |
| 72.027 | NOL - District of Columbia Office of Tax and Revenue | 2022 | Undetermined |
| 72.028 | NOL - Hawaii Department of Taxation | 2018 | Undetermined |
| 72.029 | NOL - Hawaii Department of Taxation | 2019 | Undetermined |
| 72.030 | NOL - Hawaii Department of Taxation | 2020 | Undetermined |
| 72.031 | NOL - Hawaii Department of Taxation | 2021 | Undetermined |
| 72.032 | NOL - Hawaii Department of Taxation | 2022 | Undetermined |

**In re: Proterra Inc**
**Case No. 23-11120**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.033 | NOL - Illinois Department of Revenue | 2016 | Undetermined |
| 72.034 | NOL - Illinois Department of Revenue | 2017 | Undetermined |
| 72.035 | NOL - Illinois Department of Revenue | 2018 | Undetermined |
| 72.036 | NOL - Illinois Department of Revenue | 2019 | Undetermined |
| 72.037 | NOL - Illinois Department of Revenue | 2020 | Undetermined |
| 72.038 | NOL - Illinois Department of Revenue | 2021 | Undetermined |
| 72.039 | NOL - Illinois Department of Revenue | 2022 | Undetermined |
| 72.040 | NOL - Internal Revenue Service | 2010 | Undetermined |
| 72.041 | NOL - Internal Revenue Service | 2011 | Undetermined |
| 72.042 | NOL - Internal Revenue Service | 2012 | Undetermined |
| 72.043 | NOL - Internal Revenue Service | 2013 | Undetermined |
| 72.044 | NOL - Internal Revenue Service | 2014 | Undetermined |
| 72.045 | NOL - Internal Revenue Service | 2015 | Undetermined |
| 72.046 | NOL - Internal Revenue Service | 2016 | Undetermined |
| 72.047 | NOL - Internal Revenue Service | 2017 | Undetermined |
| 72.048 | NOL - Internal Revenue Service | 2018 | Undetermined |
| 72.049 | NOL - Internal Revenue Service | 2019 | Undetermined |
| 72.050 | NOL - Internal Revenue Service | 2020 | Undetermined |
| 72.051 | NOL - Internal Revenue Service | 2021 | Undetermined |
| 72.052 | NOL - Internal Revenue Service | 2022 | Undetermined |
| 72.053 | NOL - Kansas Department of Revenue | 2020 | Undetermined |
| 72.054 | NOL - Kansas Department of Revenue | 2021 | Undetermined |
| 72.055 | NOL - Kansas Department of Revenue | 2022 | Undetermined |
| 72.056 | NOL - Kentucky Department of Revenue | 2014 | Undetermined |
| 72.057 | NOL - Kentucky Department of Revenue | 2015 | Undetermined |
| 72.058 | NOL - Kentucky Department of Revenue | 2016 | Undetermined |
| 72.059 | NOL - Kentucky Department of Revenue | 2017 | Undetermined |
| 72.060 | NOL - Kentucky Department of Revenue | 2018 | Undetermined |
| 72.061 | NOL - Kentucky Department of Revenue | 2019 | Undetermined |
| 72.062 | NOL - Kentucky Department of Revenue | 2020 | Undetermined |
| 72.063 | NOL - Kentucky Department of Revenue | 2021 | Undetermined |
| 72.064 | NOL - Kentucky Department of Revenue | 2022 | Undetermined |

**In re: Proterra Inc**
**Case No. 23-11120**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.065 | NOL - Massachusetts Department of Revenue | 2013 | Undetermined |
| 72.066 | NOL - Massachusetts Department of Revenue | 2014 | Undetermined |
| 72.067 | NOL - Massachusetts Department of Revenue | 2015 | Undetermined |
| 72.068 | NOL - Massachusetts Department of Revenue | 2016 | Undetermined |
| 72.069 | NOL - Massachusetts Department of Revenue | 2017 | Undetermined |
| 72.070 | NOL - Massachusetts Department of Revenue | 2018 | Undetermined |
| 72.071 | NOL - Massachusetts Department of Revenue | 2019 | Undetermined |
| 72.072 | NOL - Massachusetts Department of Revenue | 2020 | Undetermined |
| 72.073 | NOL - Massachusetts Department of Revenue | 2021 | Undetermined |
| 72.074 | NOL - Massachusetts Department of Revenue | 2022 | Undetermined |
| 72.075 | NOL - Michigan Department of Treasury | 2017 | Undetermined |
| 72.076 | NOL - Michigan Department of Treasury | 2018 | Undetermined |
| 72.077 | NOL - Michigan Department of Treasury | 2019 | Undetermined |
| 72.078 | NOL - Michigan Department of Treasury | 2020 | Undetermined |
| 72.079 | NOL - Michigan Department of Treasury | 2021 | Undetermined |
| 72.080 | NOL - Michigan Department of Treasury | 2022 | Undetermined |
| 72.081 | NOL - Minnesota Department of Revenue | 2018 | Undetermined |
| 72.082 | NOL - Minnesota Department of Revenue | 2019 | Undetermined |
| 72.083 | NOL - Minnesota Department of Revenue | 2020 | Undetermined |
| 72.084 | NOL - Minnesota Department of Revenue | 2021 | Undetermined |
| 72.085 | NOL - Minnesota Department of Revenue | 2022 | Undetermined |
| 72.086 | NOL - Montana Department of Revenue | 2016 | Undetermined |
| 72.087 | NOL - Montana Department of Revenue | 2017 | Undetermined |
| 72.088 | NOL - Montana Department of Revenue | 2018 | Undetermined |
| 72.089 | NOL - Montana Department of Revenue | 2019 | Undetermined |
| 72.090 | NOL - Montana Department of Revenue | 2020 | Undetermined |
| 72.091 | NOL - Montana Department of Revenue | 2021 | Undetermined |
| 72.092 | NOL - Montana Department of Revenue | 2022 | Undetermined |
| 72.093 | NOL - New Jersey Division of Taxation | 2019 | Undetermined |
| 72.094 | NOL - New Jersey Division of Taxation | 2020 | Undetermined |
| 72.095 | NOL - New Jersey Division of Taxation | 2021 | Undetermined |
| 72.096 | NOL - New Jersey Division of Taxation | 2022 | Undetermined |

**In re: Proterra Inc**
**Case No. 23-11120**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.097 | NOL - New York City Department of Taxation and Finance | 2017 | Undetermined |
| 72.098 | NOL - New York City Department of Taxation and Finance | 2018 | Undetermined |
| 72.099 | NOL - New York City Department of Taxation and Finance | 2019 | Undetermined |
| 72.100 | NOL - New York City Department of Taxation and Finance | 2020 | Undetermined |
| 72.101 | NOL - New York City Department of Taxation and Finance | 2021 | Undetermined |
| 72.102 | NOL - New York City Department of Taxation and Finance | 2022 | Undetermined |
| 72.103 | NOL - New York State Department of Taxation and Finance | 2017 | Undetermined |
| 72.104 | NOL - New York State Department of Taxation and Finance | 2018 | Undetermined |
| 72.105 | NOL - New York State Department of Taxation and Finance | 2019 | Undetermined |
| 72.106 | NOL - New York State Department of Taxation and Finance | 2020 | Undetermined |
| 72.107 | NOL - New York State Department of Taxation and Finance | 2021 | Undetermined |
| 72.108 | NOL - New York State Department of Taxation and Finance | 2022 | Undetermined |
| 72.109 | NOL - Rhode Island Division of Taxation | 2019 | Undetermined |
| 72.110 | NOL - Rhode Island Division of Taxation | 2020 | Undetermined |
| 72.111 | NOL - Rhode Island Division of Taxation | 2021 | Undetermined |
| 72.112 | NOL - Rhode Island Division of Taxation | 2022 | Undetermined |
| 72.113 | NOL - Utah State Tax Commission | 2016 | Undetermined |
| 72.114 | NOL - Utah State Tax Commission | 2017 | Undetermined |
| 72.115 | NOL - Utah State Tax Commission | 2018 | Undetermined |
| 72.116 | NOL - Utah State Tax Commission | 2019 | Undetermined |
| 72.117 | NOL - Utah State Tax Commission | 2020 | Undetermined |
| 72.118 | NOL - Utah State Tax Commission | 2021 | Undetermined |
| 72.119 | NOL - Utah State Tax Commission | 2022 | Undetermined |
| 72.120 | NOL - Vermont Department of Taxes | 2020 | Undetermined |
| 72.121 | NOL - Vermont Department of Taxes | 2021 | Undetermined |
| 72.122 | NOL - Vermont Department of Taxes | 2022 | Undetermined |
| 72.123 | NOL - Wisconsin Department of Revenue | 2021 | Undetermined |
| 72.124 | NOL - Wisconsin Department of Revenue | 2022 | Undetermined |
| 72.125 | Tax Refund - Arizona Department of Revenue | 2022 | $50.00 |
| 72.126 | Tax Refund - California Department of Tax and Fee Administration | 2022 | $1,600.00 |
| 72.127 | Tax Refund - Connecticut Department of Revenue Services | 2022 | $423.00 |
| 72.128 | Tax Refund - Kentucky Department of Revenue | 2022 | $493.00 |

**In re: Proterra Inc**
**Case No. 23-11120**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.129 | Tax Refund - Louisiana Department of Revenue | 2022 | $185.00 |
| 72.130 | Tax Refund - Massachusetts Department of Revenue | 2022 | $39,227.00 |
| 72.131 | Tax Refund - Minnesota Department of Revenue | 2022 | $200.00 |
| 72.132 | Tax Refund - Montana Department of Revenue | 2022 | $50.00 |
| 72.133 | Tax Refund - New York City Department of Taxation and Finance | 2022 | $13,363.00 |
| 72.134 | Tax Refund - Oregon Department of Revenue | 2022 | $597.00 |
| 72.135 | Tax Refund - Vermont Department of Taxes | 2022 | $400.00 |
| 72.136 | Tax Refund - Wisconsin Department of Revenue | 2022 | $25.00 |
| | | **TOTAL:** | **$56,613.00** |

**In re: Proterra Inc**
**Case No. 23-11120**
Schedule A/B 73 Attachment
Interests in insurance policies or annuities

| Line Number | Policy Type | Carrier | Policy No. | Expiration | Current Value |
|---|---|---|---|---|---|
| 73.01 | Crime | Chubb | 8226-1261 | 11/16/2023 | Undetermined |
| 73.02 | Directors & Officers Liability | Inigo | B0509FINMW2350270 | 6/14/2024 | Undetermined |
| 73.03 | Directors & Officers RunOff Liability - Premium | Allied World Spec Ins Co | 3129239 | 7/26/2029 | Undetermined |
| 73.04 | Directors & Officers RunOff Liability - Premium | Berkley | BPRO8094795 | 7/26/2029 | Undetermined |
| 73.05 | Directors & Officers RunOff Liability - Premium | Everest Natl | SC5EX00726231 | 7/26/2029 | Undetermined |
| 73.06 | Directors & Officers RunOff Liability - Premium | Hudson Insurance | HN03037590061423 | 7/26/2029 | Undetermined |
| 73.07 | Directors & Officers RunOff Liability - Premium | Ironshore Indemnity, Inc | DO6NACAG8O003 | 7/26/2029 | Undetermined |
| 73.08 | Directors & Officers RunOff Liability - Premium | Lloyds of London | B0509FINMW2350270 | 7/26/2029 | Undetermined |
| 73.09 | Directors & Officers RunOff Liability - Premium | Lloyds of London | B0509FINMW2351054 | 7/26/2029 | Undetermined |
| 73.10 | Directors & Officers RunOff Liability - Premium | National Un-Pa | 11463622 | 7/26/2029 | Undetermined |
| 73.11 | Directors & Officers RunOff Liability - Premium | National Un-Pa | 11463624 | 7/26/2029 | Undetermined |
| 73.12 | Directors & Officers RunOff Liability - Premium | Rsui Indemnity | NHS705413 | 7/26/2029 | Undetermined |
| 73.13 | Directors & Officers RunOff Liability - Premium | XL Specialty | ELU19045223 | 7/26/2029 | Undetermined |
| 73.14 | Directors & Officers RunOff Liability - Premium | XL Specialty | ELU19045123 | 7/26/2029 | Undetermined |
| 73.15 | Directors & Officers RunOff Liability - Stamping Fee | Lloyds of London | B0509FINMW2350270 | 7/26/2029 | Undetermined |
| 73.16 | Directors & Officers RunOff Liability - Stamping Fee | Lloyds of London | B0509FINMW2351054 | 7/26/2029 | Undetermined |
| 73.17 | Directors & Officers RunOff Liability - Surplus Ln Tax | Lloyds of London | B0509FINMW2350270 | 7/26/2029 | Undetermined |

**In re: Proterra Inc**
**Case No.  23-11120**
Schedule A/B 73 Attachment
Interests in insurance policies or annuities

| Line Number | Policy Type | Carrier | Policy No. | Expiration | Current Value |
|---|---|---|---|---|---|
| 73.18 | Directors & Officers RunOff Liability - Surplus Ln Tax | Lloyds of London | B0509FINMW2351054 | 7/26/2029 | Undetermined |
| 73.19 | Employment Practices Liability | Chubb | 8226-1261 | 11/16/2023 | Undetermined |
| 73.20 | Excess Directors & Officers Liability | AIG | 01-146-36-22 | 6/14/2024 | Undetermined |
| 73.21 | Excess Directors & Officers Liability | Allied World | 0312-9239 | 6/14/2024 | Undetermined |
| 73.22 | Excess Directors & Officers Liability | AXAXL | ELU190451-23 | 6/14/2024 | Undetermined |
| 73.23 | Excess Directors & Officers Liability | AXAXL | ELU190452-23 | 6/14/2024 | Undetermined |
| 73.24 | Excess Directors & Officers Liability | Berkley | BPRO8094795 | 6/14/2024 | Undetermined |
| 73.25 | Excess Directors & Officers Liability | Everest | SC5EX00726-231 | 6/14/2024 | Undetermined |
| 73.26 | Excess Directors & Officers Liability | Hudson | HN-0303-7590-061423 | 6/14/2024 | Undetermined |
| 73.27 | Excess Directors & Officers Liability | Inigo | B0509FINMW2351054 | 6/14/2024 | Undetermined |
| 73.28 | Excess Directors & Officers Liability | Ironshore | DO6NACAG8O003 | 6/14/2024 | Undetermined |
| 73.29 | Excess Directors & Officers Liability | RSUI | NHS705413 | 6/14/2024 | Undetermined |
| 73.30 | Excess Directors & Officers Liability | AIG | 01-146-36-24 | 6/14/2024 | Undetermined |
| 73.31 | Excess Employment Practices Liability | Axix | P-001-000751694-02 | 11/16/2023 | Undetermined |
| 73.32 | Fiduciary Liability | Chubb | 8226-1261 | 11/16/2023 | Undetermined |
| | | | | **TOTAL:** | **Undetermined** |