**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al*.,[1] | Case No. 23-11120 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**PROTERRA OPERATING COMPANY, INC (CASE NO. 23-11121)**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These *Global Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules and Statements* (the "Global Notes") comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions, or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2]    These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

## I.    <u>Notes Applicable to All Schedules and Statements</u>

**<u>Note 1: Reporting Date</u>**.  All asset information, except where otherwise noted (including with respect to cash and accounts receivable), is provided as of July 31, 2023.  All liability information is provided as of August 7, 2023 (the "<u>Petition Date</u>").

**<u>Note 2: Currency</u>**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  To the extent any amounts had to be converted to U.S. dollars, the conversion rate used was as of the Petition Date.

**<u>Note 3: Signatory</u>**.  David Black has signed each set of Schedules and Statements.  Mr. Black serves as Chief Financial Officer of Debtor Proterra Inc, and he is an authorized signatory for each of the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Black has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors.  Mr. Black has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct, and accurate as of the date he signed the Schedules and Statements.

**<u>Note 4: Basis of Presentation</u>**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "<u>SEC</u>") or any other authority, and neither the SEC nor any state authority has passed upon the accuracy or adequacy of the Schedules and Statements, or upon the merits of the Schedules and Statements.

**<u>Note 5: Net Book Value</u>**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date.  Net book values may vary substantially from the actual market value of such property and other assets, and should not be relied upon or taken as evidence of such assets' actual market value.

**<u>Note 6: Estimates and Assumptions</u>**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**<u>Note 7: Totals</u>**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 8: Confidential or Sensitive Information**.  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record, information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individua.  The alterations were limited to only what is necessary to protect the Debtors or a third party.

**Note 9: Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action, or in any way prejudice or impair the assertion of such claims or Causes of Action.

**Note 10: Claim Designation**.  Any (i) failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" or (ii) designation of a claim in the Schedules and Statement as "not subject to offset" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed" or "not subject to offset."   The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed" or "subject to offset."  Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtors.

**Note 11: Fiscal Year**.  Each Debtor's fiscal year ends on or about December 31.

**Note 12:  Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

**Note 13: Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."   The Debtors may have material unliquidated

liabilities, including liabilities with respect to potential Claims arising on account of the potential rejection of executory contracts and unexpired leases. These Claims are not included in the Debtors' summary of total liabilities, and, accordingly, the presented aggregate liability amount may materially understate the amount of liabilities assertable or allowable against the Debtors.

**Note 14: Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**Note 15: Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 16: Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals and entities that the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Note 17: Payments**. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System") (as described in the *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing (A) Continued Use of Cash Management System, (B) Maintenance of Bank Accounts and Business Forms, (C) Continuance of Corporate Credit Card Programs, and (D) Honoring Certain Prepetition Obligations; (II) Waiving Strict Compliance With 11 U.S.C. § 345(b) and Certain Operating Guidelines, as Applicable, and (III) Granting Related Relief* [Docket No. 14]) (the "Cash Management Motion")). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

**Note 18: Reservation of Rights**. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtors to file amended Schedules and Statements. **The Debtors reserve all of their rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization,**

**classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in these chapter 11 cases that might conflict with the Schedules and Statements.**

II.  **Notes to Schedules of Assets and Liabilities**

1.  *Schedule A/B – Assets*.  The Debtors have potentially excluded the following categories of assets from the Schedules and Statements: deferred tax assets; certain intangibles; or deferred revenue accounts.  Other immaterial assets may also have been excluded.  Unless otherwise noted, all amounts listed in Schedule A/B are as of July 31, 2023.

    *Schedule A/B, Part 1 – Cash*.  The cash and cash equivalents listed in the Schedules reflect values as of the Petition Date.  There is an approximately $17,000 difference in the cash balance reported on the Schedules as compared to the amount described in the Cash Management Motion, which difference is driven by the change in the market value of US treasury investments in the Merrill Lynch working capital management account (x3373).

    *Schedule A/B, Part 2 – Deposits*.  The Company recognizes certain customer prepayments as deposits on their balance sheet.

    *Schedule A/B, Part 3 – Accounts Receivable*.  The receivables listed in the Schedules reflect values as of the Petition Date and include receivables from the Debtors' customers.  These amounts are the calculated net of any unapplied or on account receipts, trade adjustments, and unidentified receipts.

    *Schedule A/B, Part 4, Question 15 – Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.*  The Debtors have used their reasonable efforts to identify ownership interests of entities within the six years immediately preceding the Petition Date.  The Debtors have equity interests in two (2) other entities, one of which is listed as confidential.  The Debtors have provided their equity ownership percentage in such entities, but, as such entities are not publicly traded, the Debtors have listed the value of such interests as "Undetermined".

    *Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets.*  Balances for Raw Materials, Work in Progress, and Finished Goods, as listed in Question 21, are based on fixed assets and inventory schedules, calculated as of July 31, 2023.  The Debtors sold certain of their inventory prior to the Petition Date.  As a result, this part may include some inventory that has already been sold.  Additionally, the Debtors have listed the value of inventory purchased within 20 days of the Petition Date as "Undetermined" as the Debtors are continuing to reconcile their books and records to various open purchase orders, shipments, and received goods.

    *Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles*.  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Unless otherwise indicated, owned property and equipment are listed at net book value.

***Schedule A/B, Part 10 – Intangibles***. The value of intangible assets is listed as undetermined. The Debtors are not able to provide a schedule with values specific to each intangible asset.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims***. In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers, insurance agencies, or insurance carriers. In addition, the Debtors believe that they may possess certain claims and causes of action against various parties. Accordingly, certain of the Debtors may become party to litigation in which such Debtor may assert claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

2.    ***Schedule D – Creditors Who Have Claims Secured by Property***. Except where otherwise noted, the value of all secured liabilities listed on Schedule D are calculated as of the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights pursuant to any applicable court order. By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is wholly unsecured. Further, the listing of a claim as secured is not an admission as to the validity of any lien. Finally, although there are multiple parties that may hold a portion of the debt included in the Debtors' prepetition funded debt, only administrative agents have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date. Without limitation, the Debtors reserve all rights with respect to the Liquidation Payment Amount Claims (as defined in Docket No. 142).[3]

The descriptions provided in Schedule D are intended only to be a summary. In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

---

[3]    The amount of claim listed in the Schedules for CSI GP LLC for Proterra Operating Company, Inc. is $178,030,025.82. In connection with preparing the First Day Declaration, the CSI GP LLC claim was calculated as $177,283,103.23 and rounded as $177,200,000, which latter amount was reflected in the First Day Declaration. The difference in the Schedules and the First Day Declaration reflects an updated calculation for interest owed on such claim.

Nothing in Schedule D and/or the Notes shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Gareth T. Joyce in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 16] (the "First Day Declaration").  Furthermore, in addition to the First Day Declaration, reference to the applicable debt documents is necessary for a complete description of the collateral, security interests, and the nature, extent, and priority of any liens.

Except as specifically stated, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

3.     ***Schedule E/F – Creditors Who Have Unsecured Claims***. Except where otherwise noted, the value of all unsecured liabilities listed on Schedule E/F are calculated as of the Petition Date.

The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time.  In such cases, the amounts are listed as "Undetermined."  Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

***Paid Claims***.  The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders").  As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtors have listed claims and payables as of the Petition Date in these Schedules and Statements.

***Excluded Liabilities***.  The Debtors have potentially excluded the following categories of liabilities from the Schedules and Statements: deferred tax liabilities; and certain accrued liabilities.  The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such Claims exist.  Other immaterial liabilities may also have been excluded.

***Part 1 – Creditors with Priority Unsecured Claims***.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Final Order (I) Authorizing the Debtors to Pay Prepetition Employee Wages and Benefits, and (II) Granting Related Relief* [Docket No. 207] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business.  The Debtors believe that (but cannot guarantee that) such claims will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.  Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.

***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The amounts listed on schedule E/F are gross of any pre-Petition Date credits and may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights.  Additionally, certain creditors may assert mechanics', materialmans', or other similar liens against the Debtors for amounts listed in Schedule E/F.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

***Trade Payables***.  The value of trade payables is calculated as of the Petition Date, with the exception of certain claims that have been reduced in accordance with agreements entered into or payments made pursuant to certain First Day Orders.  To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

4.      ***Schedule G – Executory Contracts and Unexpired Leases***.  Although the Debtors have made reasonable efforts to attribute an executory contract or unexpired lease to the applicable Debtor counterparty on Schedule G, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity of the Debtors' business. The Debtors reserve all of their rights with respect to the named parties of any and all executory

contracts and unexpired leases, including the right to amend, supplement, or otherwise modify Schedule G.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. These rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non disturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements. To the extent that such documents constitute executory contracts, the documents may have been omitted.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral. While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any contract, agreement, document or other instrument related to a creditor's claim. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreements, instruments, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider. The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.

## III.    Notes to Statements of Financial Affairs

1.    ***Statements, Part 1, Questions 1 and 2 – Income and Non-Business Revenue***.  Revenue has been provided through August 6, 2023.

2.    ***Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors and Payments or Other Transfers of Property Made Within 1 Year Before Filing This Case That Benefited Any Insider***.  The Debtors' responses to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by the Debtors from bank accounts on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System described in the Cash Management Motion.

   For the purposes of these Statements, the Debtors used the Petition Date as the date of the information for the financial information provided, including payments made on the Petition Date.  The Debtors have responded to Question 3 in detailed format by listing each payment.  The response to Question 3, however, does not include transfers to bankruptcy professionals (which transfers appear in response to Part 6, Question 11).

   The payroll-related amount shown in response to Question 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings.

   The directors and executive officers of Debtor Proterra Inc are also directors and executive officers of Debtor Proterra Operating Company, Inc.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor entities, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

3.    ***Statements, Part 3, Question 7 – Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits***.  To the best of their knowledge, the Debtors have provided information with respect to all "material litigation" in response to Question 7, defined to include claims or assessments involving amounts exceeding $50,000, individually or in the aggregate.

4.    ***Statements, Part 6, Question 11 – Payments Related to Bankruptcy***.  Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date.  The services rendered pertain to, among other things, (i) the Debtors' prepetition sale and marketing process, (ii) relief under the Bankruptcy Code, and (iii) preparation of a bankruptcy petition.  Amounts listed reflect the

total amounts paid to these respective firms, as bifurcating the specific restructuring activities would be administratively burdensome.

Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

5.  ***Statements, Part 11, Question 21 – Property Held for Another.***  In the normal course of the Debtors' business, the Debtors have vehicles or battery packs that remain on the Debtors' premises, but belong to the customer. This inventory balance floats and is consistently changing in the normal course.  As of August 6, 2023, the Debtors held the following properties physically on behalf of our customers: eleven (11) electric transit buses worth approximately $10.7 million; and seventy-nine (79) battery packs worth approximately $1.9 million in value. In addition, periodically, the Debtors hold certain products held for warranty repair.  Such property is not material in value.

6.  ***Statements, Part 13, Question 25 – Businesses in which the Debtors Have an Interest***. The Debtors have used their reasonable efforts to identify ownership interests of entities within the six years immediately preceding the Petition Date.  The Debtors have equity interests in two (2) other entities, one of which is listed as confidential.  The Debtors have provided their equity ownership percentage in such entities, but, as such entities are not publicly traded, the Debtors have listed the value of such interests as "Undetermined".

7.  ***Statements, Part 13, Question 26 – Books, Records, and Financial Statements***.  Certain of the Debtors are registrants with the Securities and Exchange Commission and file with such agency periodic financial reports on a consolidated basis. These reports also contain information about those Debtors' finances, and are available publicly through the Debtors' website at https://ir.proterra.com/home/default.aspx.

The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26d.

8.  ***Statements, Part 13, Question 27 – Inventories***.  The Debtors have excluded inventory in transit, as such inventory is not in the Debtors' possession.

9.  ***Statements, Part 13, Question 28 – Controlling Interest Holders.*** For purposes of the Schedules and Statements, the Debtors define "controlling interest holders" to include entities that directly hold in excess of 20% of the voting interests of the applicable Debtor entity.  Entities listed as "controlling interest holders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling interest holders" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

* * * * *

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ...............................................................................    $      20,152,085.54

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* .............................................................................    $      715,755,023.80

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ...............................................................................    $      735,907,109.34

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................    $      200,059,066.32

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................    + $      76,059,637.28

4. **Total liabilities**

    Lines 2 + 3a + 3b ..............................................................................................................    $      276,118,703.60

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the amounts of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

    2.1  None    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  See Schedule A/B 3 Attachment | | | $    137,899,112.95 |

4. **Other cash equivalents** *(Identify all)*

    4.1  None    $ _____

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $    137,899,112.95

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 See Schedule A/B 7 Attachment | $ | 19,929,342.22 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 See Schedule A/B 8 Attachment | $ | 15,439,465.61 |
|---|---|---|

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 35,368,807.83

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*  23-11121

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

|  | Description | face amount | doubtful or uncollectible accounts |  |  |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | Accounts receivable<br>0-90 days | $ 81,980,698.70 | - $ 0.00 | =.....➜ | $ 81,980,698.70 |
| 11b. Over 90 days old: | Accounts receivable<br>91+ days | $ 22,851,998.20 | - $ 800,967.18 | =.....➜ | $ 22,051,031.02 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 104,031,729.72

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None |  | $ |
|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: | % of ownership: | | |

| 15.1 Confidential Counterparty | 2.8% | $ | Undetermined |
|---|---|---|---|
| 15.2 Volta Trucks | 0.4% | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None |  | $ |
|---|---|---|

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$                    0.00

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 See Schedule A/B 19 Attachment | | $ 230,876,277.75 | | $ 230,876,277.75 |
| 20. **Work in progress** | | | | |
| 20.1 See Schedule A/B 20 Attachment | | $ 38,825,750.65 | | $ 38,825,750.65 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 See Schedule A/B 21 Attachment | | $ 12,125,728.36 | | $ 12,125,728.36 |
| 22. **Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

    $ 281,827,756.76

24. **Is any of the property listed in Part 5 perishable?**
    - ☒ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☒ Yes. Description Inventory    Book value $ Undetermined    Valuation method _____    Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known):* | 23-11121 |
|---|---|---|---|
| | Name | | |

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor: Proterra Operating Company, Inc.

_____
Name

Case number *(if known)*: 23-11121

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Office Furniture and Fixtures | $ 1,422,869.32 | Net Book Value | $ 1,422,869.32 |
| **40. Office fixtures** | | | |
| 40.1  See Schedule A/B Question 39 | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Computer hardware, software and other office equipment | $ 7,370,073.34 | Net Book Value | $ 7,370,073.34 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 8,792,942.66

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $       3,005,697.98 | | $       3,005,697.98 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Equipment Lease: De Lage Financial Services, Inc. | $       Undetermined | | $       Undetermined |
| 50.2 Equipment Lease: Office1 | $       Undetermined | | $       Undetermined |
| 50.3 Manufacturing equipment and small tools | $       78,276,912.10 | Net Book Value | $       78,276,912.10 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$       81,282,610.08

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☒  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Schedule A/B 55 Attachment | | $            20,152,085.54 | | $            20,152,085.54 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$            20,152,085.54

57.  **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐  No

☒  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

_____
Name

Case number *(if known)*: 23-11121

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $   Undetermined | | $   Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $   Undetermined | | $   Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$   0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*   23-11121

---

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)    Total face amount    doubtful or uncollectible accounts

71.1  None    $ _____    - $ _____    =..... ➜ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  See Schedule A/B 72 Attachment    Tax year _____    $            48,834.32

73. **Interests in insurance policies or annuities**

73.1  See Schedule A/B 73 Attachment    $            Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  None    $ _____

Nature of claim    _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None    $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

76.1  None    $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1  See Schedule A/B 77 Attachment    $            66,503,229.48

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $            66,552,063.80

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.                          Case number *(if known)*    23-11121
       _____                   _____
       Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 137,899,112.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 35,368,807.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 104,031,729.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 281,827,756.76 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 8,792,942.66 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 81,282,610.08 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................➔ | | $ 20,152,085.54 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 66,552,063.80 | |
| 91. **Total.** Add lines 80 through 90 for each column..............................91a. | $ 715,755,023.80 + 91b. | $ 20,152,085.54 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................ | | $ 735,907,109.34 |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:        List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

Bank of America, N.A., as agent (Atlantic Specialty Insurance, as  beneficiary)
Creditor's Name

**Creditor's mailing address**

Notice Name
100 N Tryon Street
Street

| Charlotte | NC | 28255 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**        03/28/23

**Last 4 digits of account number**        3748

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral        $        986,278.00    $        Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.2 **Creditor's name**

Bank of America, N.A., as agent (Atlantic Specialty Insurance, as  beneficiary)

Creditor's Name

**Describe debtor's property that is subject to a lien**

Cash collateral                    $          1,373,700.00    $      Undetermined

**Creditor's mailing address**

Notice Name

100 N Tryon Street

Street

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Charlotte          NC          28255

City          State          ZIP Code

Country

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**          02/02/23

**Last 4 digits of account number**          3508

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
| | Name | | | |

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral that<br>supports this claim** |

**2.3 Creditor's name**

Bank of America, N.A., as agent (BC Transit, as beneficiary)
Creditor's Name

**Creditor's mailing address**

Notice Name

100 N Tryon Street
Street

Charlotte | NC | 28255
City | State | ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**    08/17/22

**Last 4 digits of account number**    0726

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral     $     755,686.50   $     Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.4 **Creditor's name**

Bank of America, N.A., as agent (Bond Safeguard Insurance Company, as beneficiary)
Creditor's Name

**Describe debtor's property that is subject to a lien**

Cash collateral

$      900,000.00      $      Undetermined

**Creditor's mailing address**

Notice Name
100 N Tryon Street
Street

_____

| Charlotte | NC | 28255 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

_____

**Date debt was incurred**      10/04/22

**Last 4 digits of account number**      0859

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines

_____

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.5 **Creditor's name**

Bank of America, N.A., as agent (Carolina CC Venture XXXVII LLC, as beneficiary)
Creditor's Name

**Creditor's mailing address**

Notice Name
100 N Tryon Street
Street

| Charlotte | NC | 28255 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   11/03/21

**Last 4 digits of account number**   8146

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral      $ 4,000,000.00    $ Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)* | 23-11121 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.6 Creditor's name**

Bank of America, N.A., as agent (Great American Insurance Company, as beneficiary)

Creditor's Name

**Creditor's mailing address**

Notice Name

100 N Tryon Street

Street

Charlotte | NC | 28255

City | State | ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred** 04/19/21

**Last 4 digits of account number** 5522

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral     $ 530,000.00    $ Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

---

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.7 **Creditor's name**

Bank of America, N.A., as agent (LG Energy Solutions LTD Tower 1, as beneficiary)

Creditor's Name

**Creditor's mailing address**

Notice Name

100 N Tryon Street

Street

Charlotte          NC          28255

City          State          ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**          06/28/22

**Last 4 digits of account number**          6519

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**Describe debtor's property that is subject to a lien**

Cash collateral                    $     10,000,000.00    $     Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors (Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.8 **Creditor's name**

Bank of America, N.A., as agent (Philadelphia Insurance Companies, as beneficiary)

Creditor's Name

**Creditor's mailing address**

Notice Name

100 N Tryon Street

Street

Charlotte · NC · 28255

City · State · ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred** 10/04/22

**Last 4 digits of account number** 1484

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral                    $ 2,610,221.00   $ Undetermined

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|

2.9 **Creditor's name**

Bank of America, N.A., as agent (Steelcase Financial Services Inc., as beneficiary)
Creditor's Name

**Describe debtor's property that is subject to a lien**

Cash collateral                                                                $ 741,685.00   $ Undetermined

**Creditor's mailing address**

Notice Name

100 N Tryon Street
Street

**Describe the lien**

Letter of Credit

_____

Charlotte        NC        28255
City        State        ZIP Code

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Country

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**    05/17/22

**Last 4 digits of account number**    0451

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines

   _____

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*   23-11121

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.10 **Creditor's name**

CSI GP LLC, as agent

Creditor's Name

**Creditor's mailing address**

Notice Name

599 Lexington Avenue, 20th Floor

Street

New York      NY      10022

City      State      ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**      8/4/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Security interest in all of debtor's assets      $   178,030,025.82   $   Undetermined

**Describe the lien**

2L

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
*Amount of claim*
Do not deduct the value of collateral.

**Column B**
*Value of collateral that supports this claim*

2.11 **Creditor's name**

Silicon Valley Bank
Creditor's Name

**Creditor's mailing address**

Jordan Kanis
Notice Name

3003 Tasman Drive
Street

| Santa Clara | CA | 95054 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    6/14/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Cash collateral      $        131,470.00   $        131,470.00

**Describe the lien**

Letter of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors (Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $      200,059,066.32

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name

Notice Name

Street

City                    State              ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐  No. Go to Part 2.
   ☑  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | Unliquidated | $    Unliquidated |
| Alabama Department of Revenue | *Check all that apply.* | | |
| Creditor Name | ☑  Contingent | | |
|  | ☑  Unliquidated | | |
| Creditor's Notice name | ☐  Disputed | | |
| 50 North Ripley St | **Basis for the claim:** | | |
| Address | Taxes | | |
| Montgomery          AL          36104 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑  No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐  Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*   23-11121

---

**2.2 Priority creditor's name and mailing address**

Arizona Department of Revenue

Creditor Name

Creditor's Notice name

1600 West Monroe St

Address

| Phoenix | AZ | 85007 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.3 Priority creditor's name and mailing address**

Arkansas Department of Finance and Administration

Creditor Name

Attn Revenue Legal Counsel

Creditor's Notice name

Ledbetter Building

Address

1816 W 7th St, Room 2380

| Little Rock | AR | 72201 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

**2.4 Priority creditor's name and mailing address**

British Columbia Ministry of Finance

Creditor Name

Creditor's Notice name

617 Government St

Address

| Victoria | BC | V8V 2M1 |
|----------|-------|----------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.5 Priority creditor's name and mailing address**

CA, Los Angeles County Tax Collector

Creditor Name

Kenneth Hahn Hall of Administration

Creditor's Notice name

500 W Temple Street

Address

| Los Angeles | CA | 90012 |
|-------------|-------|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

Name

**2.6 Priority creditor's name and mailing address**

CA, San Mateo County Tax Collector

Creditor Name

Creditor's Notice name

555 County Center - 1st Floor

Address

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated  $ ____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.7 Priority creditor's name and mailing address**

California Department of Tax and Fee Administration

Creditor Name

Collections Support Bureau Bankruptcy Team, MIC 74

Creditor's Notice name

PO Box 942879

Address

| Sacramento | CA | 94279-0074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated  $ ____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*   23-11121

**2.8 Priority creditor's name and mailing address**

Canada Revenue Agencey
Creditor Name

Tax Centre
Creditor's Notice name

9755 King George Highway
Address

| Surrey | BC | V3T 5E6 |
|--------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.9 Priority creditor's name and mailing address**

Colorado Department of Revenue
Creditor Name

Attn Bankruptcy Unit
Creditor's Notice name

1881 Pierce St.
Address

Entrance B

| Lakewood | CO | 80214 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*   23-11121

**2.10** **Priority creditor's name and mailing address**

Connecticut Department of Revenue Services

Creditor Name

Department of Revenue Services

Creditor's Notice name

450 Columbus Blvd., Ste 1

Address

| Hartford | CT | 06103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.11** **Priority creditor's name and mailing address**

Delaware Division of Revenue

Creditor Name

Division of Revenue/Bankruptcy Services

Creditor's Notice name

820 N French St 8th Floor

Address

Carvel State Building

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.  
Name

Case number *(if known):* 23-11121

| 2.12 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | Unliquidated | $ | Unliquidated |

**2.12** **Priority creditor's name and mailing address**

District of Columbia Office of Tax and Revenue  
Creditor Name

Bankruptcy Unit, Stephanie Jeterm Supervisory Revenue Officer  
Creditor's Notice name

1101 4th Street SW  
Address

| Washington | DC | 20024 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated  
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.13** **Priority creditor's name and mailing address**

Florida Department of Revenue  
Creditor Name

Attn Bankruptcy Dept  
Creditor's Notice name

5050 West Tennessee St  
Address

| Tallahassee | FL | 32399-0112 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated  
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.14 Priority creditor's name and mailing address**

Georgia Department of Revenue
Creditor Name

Compliance Division - Central Collection Section
Creditor's Notice name

1800 Century Blvd NE, Suite 9100
Address

| Atlanta | GA | 30345-3202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.15 Priority creditor's name and mailing address**

Hawaii Department of Taxation
Creditor Name

Attn Bankruptcy Dept
Creditor's Notice name

PO Box 259
Address

| Honolulu | HI | 96809-0259 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | |
|---|---|
| **2.16 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ ___ Unliquidated $ ___ Unliquidated |

Idaho State Tax Commission
Creditor Name

*Check all that apply.*

☑ Contingent

☑ Unliquidated

Creditor's Notice name

☐ Disputed

11321 W Chinden Blvd Bldg 2
Address

**Basis for the claim:**

Taxes

| Boise | ID | 83714 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

| | |
|---|---|
| **2.17 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ ___ Unliquidated $ ___ Unliquidated |

Illinois Department of Revenue
Creditor Name

*Check all that apply.*

☑ Contingent

Bankruptcy Unit
Creditor's Notice name

☑ Unliquidated

☐ Disputed

PO Box 19035
Address

**Basis for the claim:**

Taxes

| Springfield | IL | 62794-9035 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

Debtor:  Proterra Operating Company, Inc.
        Name

Case number *(if known):*  23-11121

**2.18 Priority creditor's name and mailing address**

Indiana Department of Revenue
Creditor Name

Bankruptcy Section
Creditor's Notice name

100 North Senate Avenue, MS 108
Address

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated  $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.19 Priority creditor's name and mailing address**

Internal Revenue Service
Creditor Name

Creditor's Notice name

1500 Pennsylvania Avenue, NW
Address

| Washington | DC | 20220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated  $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**2.20 Priority creditor's name and mailing address**

Iowa Department of Revenue
Creditor Name

Creditor's Notice name

Hoover State Office Building
Address

1305 E Walnut

| Des Moines | IA | 50319 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.21 Priority creditor's name and mailing address**

Kansas Department of Revenue
Creditor Name

Scott State Office Building
Creditor's Notice name

120 SE 10th Avenue
Address

| Topeka | KS | 66612-1103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.22 Priority creditor's name and mailing address**

Kentucky Department of Revenue
Creditor Name

Creditor's Notice name

501 High St
Address

| Frankfort | KY | 40601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.23 Priority creditor's name and mailing address**

Los Angeles County Tax Collector
Creditor Name

Kenneth Hahn Hall of Administration
Creditor's Notice name

500 W Temple Street
Address

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)* 23-11121
_____

**2.24 Priority creditor's name and mailing address**

Louisiana Department of Revenue
_____
Creditor Name

_____
Creditor's Notice name

617 North Third St
_____
Address

_____

| Baton Rouge | LA | 70802 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.25 Priority creditor's name and mailing address**

Maine Revenue Services
_____
Creditor Name

_____
Creditor's Notice name

PO Box 1060
_____
Address

_____

| Augusta | ME | 04332-1060 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

**2.26 Priority creditor's name and mailing address**

Maryland Department of Assessments and Taxation

Creditor Name

Creditor's Notice name

PO Box 17052

Address

| Baltimore | MD | 21297 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.27 Priority creditor's name and mailing address**

Massachusetts Department of Revenue

Creditor Name

Creditor's Notice name

100 Cambridge St., 2nd Floor

Address

| Boston | MA | 02114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.28 Priority creditor's name and mailing address**

Michigan Department of Treasury
Creditor Name

Attn Litigation Liaison
Creditor's Notice name

Tax Policy Division, 2nd Floor, Austin Building
Address

430 West Allegan Street

| | MI | 48922 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated  $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.29 Priority creditor's name and mailing address**

Minnesota Department of Revenue
Creditor Name

Creditor's Notice name

600 North Robert Street
Address

| St. Paul | MN | 55101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Unliquidated  $ ____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*  23-11121

**2.30 Priority creditor's name and mailing address**

Montana Department of Revenue
Creditor Name

Attn Bankruptcy Dept
Creditor's Notice name

Tammie Chenoweth & Marci Ballard Gohn
Address

125 N. Roberts,  P.O. Box 5805

| Helena | MT | 59604-5805 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.31 Priority creditor's name and mailing address**

New Jersey Division of Taxation
Creditor Name

Division of Taxation
Creditor's Notice name

Bankruptcy Unit
Address

3 John Fitch Way, PO Box 245

| Trenton | NJ | 08695-0245 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.32 Priority creditor's name and mailing address**

New Mexico Taxation and Revenue Department
Creditor Name

Creditor's Notice name

10500 Copper Ave NE Suite C
Address

Albuquerque    NM    87123
City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.33 Priority creditor's name and mailing address**

New York City Department of Taxation and Finance
Creditor Name

Creditor's Notice name

1 Centre St Floor 22
Address

New York    NY    10007
City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*    23-11121

**2.34 Priority creditor's name and mailing address**

New York State Department of Taxation and Finance
Creditor Name

Attn Office of Counsel
Creditor's Notice name

Building 9
Address

WA Harriman Campus

| Albany | NY | 12227 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.35 Priority creditor's name and mailing address**

North Carolina Department of Revenue
Creditor Name

Attn Bankruptcy Unit
Creditor's Notice name

Post Office Box 1168
Address

| Raleigh | NC | 27602-1168 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*    23-11121

**2.36 Priority creditor's name and mailing address**

Oklahoma Tax Commission
Creditor Name

Taxpayer Service Center
Creditor's Notice name

300 N Broadway Ave.
Address

| Oklahoma City | OK | 73102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.37 Priority creditor's name and mailing address**

Oregon Department of Revenue
Creditor Name

Attn Bankruptcy Unit
Creditor's Notice name

955 Center St NE
Address

| Salem | OR | 97301-2555 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*   23-11121

**2.38 Priority creditor's name and mailing address**

Pennsylvania Department of Revenue
Creditor Name

BANKRUPTCY DIVISION
Creditor's Notice name

Strawberry Square Lobby
Address

| Harrisburg | PA | 17128-0101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.39 Priority creditor's name and mailing address**

Rhode Island Division of Taxation
Creditor Name

Creditor's Notice name

One Capitol Hill
Address

| Providence | RI | 02908 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.40 Priority creditor's name and mailing address**

South Carolina Department of Revenue
Creditor Name

Creditor's Notice name

300A Outlet Pointe Blvd
Address

| Columbia | SC | 29210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.41 Priority creditor's name and mailing address**

Tennessee Department of Revenue
Creditor Name

Creditor's Notice name

Andrew Jackson State Office Building
Address

500 Deaderick St

| Nashville | TN | 37242 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated   $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.42 Priority creditor's name and mailing address**

Texas - Office of Comptroller
Creditor Name

Attn Bankruptcy Section
Creditor's Notice name

Lyndon B Johnson State Office Building
Address

111 East 17th St

| Austin | TX | 78774 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.43 Priority creditor's name and mailing address**

Utah State Tax Commission
Creditor Name

Attn Bankruptcy Section
Creditor's Notice name

210 North 1950 West
Address

| Salt Lake City | UT | 84134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

**2.44 Priority creditor's name and mailing address**

Vermont Department of Taxes
Creditor Name

Creditor's Notice name

133 State St
Address

| Montpelier | VT | 05633-1401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.45 Priority creditor's name and mailing address**

Virginia Department of Taxation
Creditor Name

Virginia Tax
Creditor's Notice name

1957 Westmoreland St
Address

| Richmond | VA | 23230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Unliquidated  $ _____ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | |
|---|---|
| **2.46 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ ___ Unliquidated $ ___ Unliquidated |
| Washington Department of Revenue | *Check all that apply.* |
| Creditor Name | |

☑ Contingent

Attn Bankruptcy Unit

☑ Unliquidated

Creditor's Notice name

☐ Disputed

2101 4th Ave, Suite 1400

**Basis for the claim:**

Address

Taxes

| Seattle | WA | 98121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| | |
|---|---|
| **2.47 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ ___ Unliquidated $ ___ Unliquidated |
| Wisconsin Department of Revenue | *Check all that apply.* |
| Creditor Name | |

☑ Contingent

☑ Unliquidated

Creditor's Notice name

☐ Disputed

2135 Rimrock Rd

**Basis for the claim:**

Address

Taxes

| Madison | WI | 53713 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

4Imprint, Inc.
Creditor Name

Creditor's Notice name

101 Commerce Street
Address

| Oshkosh | WI | 54901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 936.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

AATIS, Inc.
Creditor Name

Creditor's Notice name

PMB 202, 3504 Hwy 153
Address

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

### 3.3 Nonpriority creditor's name and mailing address

ABB E-Mobility Inc.
Creditor Name

Creditor's Notice name

305 Gregson Drive
Address

| Cary | NC | 27511 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 105,062.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.4 Nonpriority creditor's name and mailing address

ABC Bus, Inc.
Creditor Name

Creditor's Notice name

17469 West Colonial Drive
Address

| Winter Garden | FL | 34787 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,821.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**3.5 Nonpriority creditor's name and mailing address**

ACC Business
_____
Creditor Name

AT&T Corp
_____
Creditor's Notice name

PO Box 5077
_____
Address

_____

_____

| Carol Stream | IL | 60197-5077 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              3,277.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

Act Test Panels LLC
_____
Creditor Name

_____
Creditor's Notice name

273 Industrial Drive
_____
Address

_____

| Hillsdale | MI | 49242 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              299.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.7  Nonpriority creditor's name and mailing address**

Addison Group
Creditor Name

CV Partners
Creditor's Notice name

7076 Solutions Center
Address

| Chicago | IL | 60677 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 80,704.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.8  Nonpriority creditor's name and mailing address**

Advanced Rigging & Machinery Movers, LLC
Creditor Name

Matthew Hinty
Creditor's Notice name

2117 Three and Twenty Road
Address

| Easley | SC | 29642 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 2,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.9** **Nonpriority creditor's name and mailing address**

Advanced Wheel Sales LLC

Creditor Name

BROCK HENSEL

Creditor's Notice name

28381 Network Place

Address

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 137,702.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

AFL Telecommunications Inc

Creditor Name

Creditor's Notice name

15331 Industrial Park Road

Address

| Bristol | VA | 24202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 53,324.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.11 Nonpriority creditor's name and mailing address**

Airgas USA, LLC

Creditor Name

JOSHUA VICKERY

Creditor's Notice name

PO Box 532609

Address

| Atlanta | GA | 30353 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,385.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.12 Nonpriority creditor's name and mailing address**

Aldridge Electric, Inc.

Creditor Name

Creditor's Notice name

844 E Roackland Road

Address

| Libertyville | IL | 60048 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,461.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.13 Nonpriority creditor's name and mailing address**

Allegis Corporation

Creditor Name

Creditor's Notice name

Lockbox 446047

Address

P.O. Box 64765

| St. Paul | MN | 55164 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,914.89

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Allegis Group Holdings, Inc.

Creditor Name

Aerotek/TEKSYSTEMS/Major, Lindsey & Africa Inc.

Creditor's Notice name

Aerotek, Inc.

Address

7301 Parkway Drive

| Hanover | MD | 21076 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 90,322.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

**3.15 Nonpriority creditor's name and mailing address**

Allied High Tech Products Inc.

Creditor Name

KRISTINA PALOMO

Creditor's Notice name

2376 E. Pacifica Place

Address

| Rancho Dominguez | CA | 90220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                       318.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

Allied International Corp.

Creditor Name

Creditor's Notice name

7 Hill Street

Address

| Bedford Hills | NY | 10507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                       547.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.17 Nonpriority creditor's name and mailing address**

Allosense, Inc.

Creditor Name

Creditor's Notice name

110 E Houston Street

Address

7th Floor #207

| San Antonio | TX | 78205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              16,080.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

Alt Solutions, Inc.

Creditor Name

Creditor's Notice name

PO Box 390889

Address

| Mountain View | CA | 94039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              18,941.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.19 Nonpriority creditor's name and mailing address**

Altec Air, LLC

Creditor Name

Creditor's Notice name

226A Commerce S

Address

| Broomfield | CO | 80020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,117.41

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

Altro Transfloor

Creditor Name

Creditor's Notice name

80 Industrial Way

Address

Suite 1

| Willmington | MA | 01887 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,751.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

### 3.21 Nonpriority creditor's name and mailing address

American Cable & Rigging Supply, Inc
Creditor Name

Greg Baker
Creditor's Notice name

34 Sterling Place
Address

| Mills River | NC | 28759 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.22 Nonpriority creditor's name and mailing address

American Express Travel Related Services Company
Creditor Name

Creditor's Notice name

PO Box 650448
Address

| Dallas | TX | 75265 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,967.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.23  Nonpriority creditor's name and mailing address**

American Seating Company
Creditor Name

Creditor's Notice name

801 Broadway Ave NW
Address

| Grand Rapids | MI | 49504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              189,415.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.24  Nonpriority creditor's name and mailing address**

American Tower Investments LLC
Creditor Name

CoreSite, L.P.
Creditor's Notice name

1001 17th Street
Address

Suite 500

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 125.87
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

**3.25** **Nonpriority creditor's name and mailing address**

Amphenol Interconnect Products Corporation

Creditor Name

Creditor's Notice name

20 Valley Street

Address

| Endicott | NY | 13760 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,530.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

Amphenol Technical Products International

Creditor Name

Creditor's Notice name

2110 Notre Dame Ave.

Address

| Winnipeg | MB | R3H OK1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 98,982.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.27 Nonpriority creditor's name and mailing address**

Applus IDIADA KARCO Engineering, LLC
Creditor Name

Creditor's Notice name

9270 Holly Road
Address

| Adelanto | CA | 92301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.28 Nonpriority creditor's name and mailing address**

Aqua Security Software, Inc.
Creditor Name

Creditor's Notice name

800 District Avenue
Address

Suite 510

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,336.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.29 Nonpriority creditor's name and mailing address**

Aranda Tooling, Inc.
Creditor Name

Creditor's Notice name

13950 Yorba Ave.
Address

| Chino | CA | 91710 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 375,037.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.30 Nonpriority creditor's name and mailing address**

Armanino LLP
Creditor Name

Lucie Wuescher
Creditor's Notice name

12657 Alcosta Blvd
Address

Suite 500

| San Ramon | CA | 94583 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,750.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | |
|---|---|
| **3.31 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 623,165.88 |
| AROW Global Corp | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 924 North Parkview Circle | Trade Claim |
| Address | |

| Mosinee | WI | 54455 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.32 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,795.21 |
| Aryaka Networks, Inc. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 1800 Gateway Dr. | Trade Claim |
| Address | |
| Suite 200 | |

| San Mateo | CA | 94404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

### 3.33 Nonpriority creditor's name and mailing address

AS Raymond
Creditor Name

Barnes Group
Creditor's Notice name

d/b/a Associated Spring Rao
Address

370 West Dussel Drive Suite A

| Maumee | OH | 43537 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              4,188.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.34 Nonpriority creditor's name and mailing address

AT&T
Creditor Name

Creditor's Notice name

One AT&T Way
Address

| Bedminster | NJ | 07921-0752 |
|------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              5,247.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

### 3.35 Nonpriority creditor's name and mailing address

AT&T (Box 5019)

Creditor Name

Creditor's Notice name

PO Box 5019

Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                10,588.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.36 Nonpriority creditor's name and mailing address

AT&T (Box 5080)

Creditor Name

Creditor's Notice name

PO Box 5080

Address

| Carol Stream | IL | 60197-5080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 1,803.57

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

---

**3.37  Nonpriority creditor's name and mailing address**

AT&T Mobility
Creditor Name

Creditor's Notice name

PO Box 6463
Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    13,850.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

**3.38  Nonpriority creditor's name and mailing address**

AT&T Mobility-CC
Creditor Name

Creditor's Notice name

PO Box 5085
Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    80,308.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

### 3.39 Nonpriority creditor's name and mailing address

Atlas Copco Tools & Assembly Systems, LLC

Creditor Name

Creditor's Notice name

3301 Cross Creek Parkway

Address

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  111,332.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.40 Nonpriority creditor's name and mailing address

Atlas/ Pellizzari Electric, Inc.

Creditor Name

Creditor's Notice name

450 Howland Street

Address

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  88,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

| | |
|---|---|
| **3.41 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 256.00 |
| atlasRFIDstore.com | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| Atlas RFID Solutions Store, LLC | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 1500 1st Avenue North | Trade Claim |
| Address | |
| Unit 10 | |

| | | |
|---|---|---|
| Birmingham | AL | 35203 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | |
|---|---|
| **3.42 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,084.44 |
| Aubin Industries, Inc. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 23833 S. Chrisman Rd | **Basis for the claim:** |
| Address | Trade Claim |

| | | |
|---|---|---|
| Tracy | CA | 95304 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**3.43** | **Nonpriority creditor's name and mailing address**

Austin Hardware & Supply, Inc

Creditor Name

Creditor's Notice name

Dept CH 19373

Address

| Palatine | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 347.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

Auto Motion Shade Inc.

Creditor Name

Creditor's Notice name

125 Nashdene Road

Address

Unit 1

| Toronto | ON | M1V 2W3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,311.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.45 Nonpriority creditor's name and mailing address**

AW Site Services LLC
Creditor Name

DBA Arwood Waste
Creditor's Notice name

16150 N Main Street
Address

| Jacksonville | FL | 32218 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,310.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

Baglin, Luis
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,220.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.47 Nonpriority creditor's name and mailing address**

Barcodes, Inc.

Creditor Name

Barcodes LLC

Creditor's Notice name

PO Box 0776

Address

| Chicago | IL | 60690 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,037.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.48 Nonpriority creditor's name and mailing address**

Barker Air & Hydraulics, Inc.

Creditor Name

Creditor's Notice name

1308 Miller Rd

Address

| Greenville | SC | 29607 |
|------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    889.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.49 Nonpriority creditor's name and mailing address**

Barton, Collin
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                677.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.50 Nonpriority creditor's name and mailing address**

BAYCOM INC
Creditor Name

Creditor's Notice name

PO Box 88013
Address

| | | |
|---|---|---|
| Milwaukee | WI | 53288 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 35.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 49 of 339

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

---

**3.51** **Nonpriority creditor's name and mailing address**

BDO USA, LLP
Creditor Name

Creditor's Notice name

770 Kenmoor SE
Address

Suite 300

| Grand Rapids | MI | 49546 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              87,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.52** **Nonpriority creditor's name and mailing address**

Bendix CVS LLC
Creditor Name

Creditor's Notice name

PO Box 92096
Address

| Chicago | IL | 60675 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              39,423.66
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.53** **Nonpriority creditor's name and mailing address**

Benen Manufacturing LLC
Creditor Name

Creditor's Notice name

2266-2268 Trade Zone Blvd
Address

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                          93,452.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**

Bentech Inc
Creditor Name

DEVON KEARNS
Creditor's Notice name

PO Box 46128
Address

| Philadelphia | PA | 19160 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                        232,157.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.55 Nonpriority creditor's name and mailing address**

BG Networks, Inc.
Creditor Name

Creditor's Notice name

100 Robin Road
Address

| Weston | MA | 02493 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                     14,625.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.56 Nonpriority creditor's name and mailing address**

Birlasoft Solutions Inc.
Creditor Name

Creditor's Notice name

399 Thornall St, 8th Floor
Address

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                     30,500.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.57 Nonpriority creditor's name and mailing address**

Bisco Industries
Creditor Name

Creditor's Notice name

1500 N Lakeview
Address

| Anaheim | CA | 92807 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38.98
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

Bitetti, Stephanie
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unliquidated
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.59 Nonpriority creditor's name and mailing address**

Bizlink Technology, Inc.
Creditor Name

Creditor's Notice name

47211 Bayside Parkway
Address

| Fremont | CA | 94538 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            473,958.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

Black & Decker (U.S.) Inc.
Creditor Name

DBA SWS VidmarLista
Creditor's Notice name

PO Box 371744
Address

| Pittsburgh | PA | 15251 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            10.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.61 Nonpriority creditor's name and mailing address**

Bloomington-Normal Public Transit System

Creditor Name

Creditor's Notice name

351 Wylie Drive

Address

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    323.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.62 Nonpriority creditor's name and mailing address**

Blue Water Area Transportation Commission

Creditor Name

Creditor's Notice name

2021 Lapeer Avenue

Address

| Port Huron | MI | 48060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    231.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.63 Nonpriority creditor's name and mailing address**

Bookoff McAndrews PLLC

Creditor Name

Creditor's Notice name

2020 K Street NW, Suite 400

Address

| Washington | DC | 20006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,086.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.64 Nonpriority creditor's name and mailing address**

Boomi Inc

Creditor Name

Creditor's Notice name

1400 Liberty Ridge Drive

Address

| Chesterbrook | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,002.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*    23-11121

**3.65** **Nonpriority creditor's name and mailing address**

Border States Industries, Inc.
Creditor Name

Shealy Electrical Wholesalers
Creditor's Notice name

Attn Accounts Receivable
Address

120 Saxe Gotha Road

| West Columbia | SC | 29172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                16,208.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**

BorgWarner Systems Lugo S.R.L
Creditor Name

Annemarie Swineford
Creditor's Notice name

Via Mensa, 3/2
Address

48022 Santa Maria in Fabriago RA

| Lugo | Ravenna | 48022 |
|---|---|---|
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                11,671.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.67 Nonpriority creditor's name and mailing address**

Bosch Rexroth Corporation
Creditor Name

Blong Moua
Creditor's Notice name

14001 South Lakes Drive
Address

| Charlotte | NC | 28273-6791 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,052.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.68 Nonpriority creditor's name and mailing address**

Bossard Inc.
Creditor Name

Creditor's Notice name

6521 Production Drive
Address

| Cedar Falls | IA | 50613 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 404,259.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

### 3.69 Nonpriority creditor's name and mailing address

Bow Valley Regional Transit Services Commission
Creditor Name

Creditor's Notice name

221 Beaver Street
Address

PO Box 338

| Banff | AB | T1L 2A5 |
|-------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    15,088.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.70 Nonpriority creditor's name and mailing address

Bowman Trailer Leasing
Creditor Name

Creditor's Notice name

112 Metrogate Court
Address

| Simpsonville | SC | 29681 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     4,197.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.71 Nonpriority creditor's name and mailing address**

BPB Holding Corp.
Creditor Name

Batteries Plus, LLC
Creditor's Notice name

1325 Walnut Ridge Dr.
Address

| Hartland | WI | 53029 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,597.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.72 Nonpriority creditor's name and mailing address**

Branson Ultrasonics Corporation
Creditor Name

Creditor's Notice name

120 Park Ridge Road
Address

| Brookfield | CT | 06804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,820.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

### 3.73 Nonpriority creditor's name and mailing address

BRC Group
Creditor Name

Creditor's Notice name

6061 - 90 Avenue SE
Address

| Calagary | AB | T2C 4Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.74 Nonpriority creditor's name and mailing address

Bridgemart
Creditor Name

Bridge Purchasing Solutions, Inc.
Creditor's Notice name

PO Box 454
Address

| Rogers | AR | 72757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 521.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

### 3.75 Nonpriority creditor's name and mailing address

Broadridge Investor Communication Solutions, Inc.

Creditor Name

Creditor's Notice name

51 Mercedes Way

Address

| Edgewood | NY | 11717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,618.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.76 Nonpriority creditor's name and mailing address

Brown 2 Green Landscape

Creditor Name

Creditor's Notice name

33 Sagamore Lane

Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

---

**3.77 Nonpriority creditor's name and mailing address**

Bucher Hydraulics AG
Creditor Name

FKA Lenze-Schmidhauser
Creditor's Notice name

Obere Neustrasse 1
Address

| Romanshorn | | CH-8590 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                432,963.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

---

**3.78 Nonpriority creditor's name and mailing address**

California Association for Coordinated Transportation, Inc.
Creditor Name

Clint Miller
Creditor's Notice name

4632 Duckhom Drive
Address

| Sacramento | CA | 95834 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  1,060.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.79 Nonpriority creditor's name and mailing address**

California Strategies & Advocacy, LLC

Creditor Name

Creditor's Notice name

980 Ninth Street

Address

Suite 2000

| Sacramento | CA | 95814 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    9,548.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.80 Nonpriority creditor's name and mailing address**

Canteen Refreshment Services

Creditor Name

Creditor's Notice name

PO Box 417632

Address

| Boston | MA | 02241-7632 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    12,090.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**3.81  Nonpriority creditor's name and mailing address**

Capelin Solutions LLC
Creditor Name



Creditor's Notice name

23 Bluebird Lane
Address




| Amherst | NY | 14228 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    77,300.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.82  Nonpriority creditor's name and mailing address**

Carbon Supply Chain Management LLC
Creditor Name

Bruce Chew
Creditor's Notice name

19925 Stevens Creek Blvd
Address




| Cupertino | CA | 95014 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    59,504.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

Name

**3.83 Nonpriority creditor's name and mailing address**

Carolina Fluid Components

Creditor Name

Creditor's Notice name

PO Box 601687

Address

| Charlotte | NC | 28260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    308.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.84 Nonpriority creditor's name and mailing address**

Cary Products Co., Inc

Creditor Name

Creditor's Notice name

101 Lacaster Hutchins Road

Address

| Hutchins | TX | 75141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    6,177.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**Name**

**3.85** **Nonpriority creditor's name and mailing address**

CBIZ Operations, Inc

Creditor Name

CBIZ ARC Consulting, LLC

Creditor's Notice name

275 Battery Street

Address

Suite 420

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,336.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

CDW, Inc.

Creditor Name

Brandon Ginter

Creditor's Notice name

PO Box 75723

Address

| Chicago | IL | 60675-5723 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 13,031.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

### 3.87 Nonpriority creditor's name and mailing address

Century Fire Protection
Creditor Name

Creditor's Notice name

2450 Satellite Blvd
Address

| Duluth | GA | 30096 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                7,097.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.88 Nonpriority creditor's name and mailing address

CenturyLink, Inc.
Creditor Name

Creditor's Notice name

PO Box 52187
Address

| Phoenix | AZ | 85072 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                8,481.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

### 3.89 Nonpriority creditor's name and mailing address

ChargePoint

Creditor Name

Chloe Durham

Creditor's Notice name

Dept LA 24104

Address

| Pasadena | CA | 91185 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,305.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.90 Nonpriority creditor's name and mailing address

Cincinnati Test Systems, Inc.

Creditor Name

Creditor's Notice name

10100 Progress Way

Address

| Harrison | OH | 45030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,454.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.91 Nonpriority creditor's name and mailing address**

Cintas Corporation #216
Creditor Name

Creditor's Notice name

LOC 216
Address

PO Box 630803

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               6,045.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

Cintas Corporation #464
Creditor Name

Creditor's Notice name

PO Box 29059
Address

| Phoenix | AZ | 85038 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               7,500.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.93 Nonpriority creditor's name and mailing address**

Cintas Fire Protection Loc #F51

Creditor Name

Creditor's Notice name

PO Box 636525

Address

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                558.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

Cintas First Aid & Safety

Creditor Name

Creditor's Notice name

PO Box 631025

Address

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              4,169.37

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.95 Nonpriority creditor's name and mailing address**

Citrix Systems Inc.

Creditor Name

Creditor's Notice name

851 W. Cypress Creek Rd.

Address

| Ft. Lauderdale | FL | 33309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,267.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

City of Burlingame

Creditor Name

Creditor's Notice name

501 Primrose Rd

Address

| Burlingame | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,046.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.97 Nonpriority creditor's name and mailing address**

City of Edmonton
Creditor Name

Creditor's Notice name

PO Box 2600
Address

| Edmonton | AB | T5J 5A1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,874.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.98 Nonpriority creditor's name and mailing address**

City of Industry
Creditor Name

Creditor's Notice name

PO Box 3366
Address

| City Of Industry | CA | 91744 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,538.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

---

**3.99** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** $ | 10,662.04
--- | --- | --- | --- | ---

City of Santa Rosa
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

55 Stony Point Rd
Address

☐ Disputed

**Basis for the claim:**

Trade Claim

| Santa Rosa | CA | 95401 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** $ | 4,733.57
--- | --- | --- | --- | ---

City View Bus Sales and Service Ltd
Creditor Name

*Check all that apply.*

☐ Contingent

Bill Ingram
Creditor's Notice name

☐ Unliquidated

1213 Lorimar Dr
Address

☐ Disputed

**Basis for the claim:**

Trade Claim

| Mississauga | ON | L5S 1M9 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.101** **Nonpriority creditor's name and mailing address**

Clark Hill PLC

Creditor Name

Creditor's Notice name

500 Woodward Ave

Address

Ste 3500

| Detroit | MI | 48226 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,339.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**

Clean Tactics

Creditor Name

Creditor's Notice name

122 Graceful Sedge Way

Address

| Simpsonville | SC | 29680 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,210.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

---

**3.103** **Nonpriority creditor's name and mailing address**

Clearwater Analytics, LLC

Creditor Name

Creditor's Notice name

777 W Main St

Address

Suite 900

| Boise | ID | 83702 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,650.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

Cline Hose and Hydraulics, LLC

Creditor Name

Creditor's Notice name

PO Box 1188

Address

| Mauldin | SC | 29662 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    20,435.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.105 Nonpriority creditor's name and mailing address**

Coach Glass

Creditor Name

Creditor's Notice name

91302 N Coburg Industrial Way

Address

| Coburg | OR | 97408 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 43,635.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.106 Nonpriority creditor's name and mailing address**

COBE Construction Inc

Creditor Name

Creditor's Notice name

498 Salmar Ave

Address

| Campbell | CA | 95008 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 3,507.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | |
|---|---|
| **3.107** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,227.67 |

Cogency Global Inc.

Creditor Name

Creditor's Notice name

725 SW Higgins Ave

Address

Suite C

| Missoula | MT | 59803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

| | |
|---|---|
| **3.108** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 41,810.84 |

Cognex Corporation

Creditor Name

Creditor's Notice name

1 Vision Drive

Address

| Natick | MA | 01760 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.109** **Nonpriority creditor's name and mailing address**

Comcast Cable Communications Management, LLC
Creditor Name

Creditor's Notice name

PO Box 60533
Address

| City of Industry | CA | 91716-0533 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                 400.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**

Commercial Furniture Interiors, LLC
Creditor Name

Creditor's Notice name

4603 Dwight Evans Road
Address

| Charlotte | NC | 28217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                 800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**3.111** **Nonpriority creditor's name and mailing address**

Commission of Public Works, City of Greer SC

Creditor Name

Creditor's Notice name

PO Box 216

Address

| Greer | SC | 29652-0216 |
|-------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,826.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**

Commonwealth of Massachusetts

Creditor Name

Creditor's Notice name

Mass. Dept of Revenue

Address

PO Box 7065

| Boston | MA | 02204 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.113 Nonpriority creditor's name and mailing address**

Composites Consolidation Company II LLC
Creditor Name

McClarin Plastics LLC
Creditor's Notice name

PO Box 83029
Address

| Chicago | IL | 60691 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                197,161.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.114 Nonpriority creditor's name and mailing address**

Composites One LLC
Creditor Name

Creditor's Notice name

PO Box 409328
Address

| Atlanta | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 49,039.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.115 Nonpriority creditor's name and mailing address**

Comptroller of Maryland

Creditor Name

Creditor's Notice name

110 Carroll St

Address

| Annapolis | MD | 21411-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 153.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

Computer Design & Integration LLC

Creditor Name

Creditor's Notice name

500 Fifth Ave

Address

Suite 1500

| New York | NY | 10110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,075.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.117 Nonpriority creditor's name and mailing address**

Computershare Inc.
Creditor Name

Creditor's Notice name

150 Royall St
Address

| Canton | MA | 02021 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    89,945.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.118 Nonpriority creditor's name and mailing address**

COMTO Philadelphia Area Chapter
Creditor Name

Creditor's Notice name

PO Box 40746
Address

| Philadelphia | PA | 19107 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**Name**

**3.119** **Nonpriority creditor's name and mailing address**

Concur Technologies, Inc

Creditor Name

Creditor's Notice name

62156 Collecions Center Drive

Address

| Chicago | IL | 60693 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                426,054.54

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.120** **Nonpriority creditor's name and mailing address**

Confidential Counterparty

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 22,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.121 Nonpriority creditor's name and mailing address**

Consat Canada Inc.

Creditor Name

Creditor's Notice name

1414 Lasalle Blvd

Address

Suite 203

| Sudbury | ON | P3A 1Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                86,093.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

Consolidated Electrical Distributors, Inc.

Creditor Name

Royal Industrial Solutions

Creditor's Notice name

DBA Royal Industrial Solutions

Address

PO Box 847124

| Los Angeles | CA | 90084-7124 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 3,736.68

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.123 Nonpriority creditor's name and mailing address**

Consolidated Parts Inc.
Creditor Name

Creditor's Notice name

2425 Scott Blvd
Address

| Santa Clara | CA | 95050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 81.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

Continental Automotive Systems US, Inc.
Creditor Name

Creditor's Notice name

PO Box 934675
Address

Reference 595405

| Allentown | PA | 18106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,967.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.125 Nonpriority creditor's name and mailing address**

Cordstrap USA Inc.
Creditor Name

Creditor's Notice name

2000 S. Sylvania Av Ste 101
Address

| Sturtevant | WI | 53177 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    8,325.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.126 Nonpriority creditor's name and mailing address**

Coyote International L.L.C
Creditor Name

ERIN MURPHY
Creditor's Notice name

PO Box 1350
Address

| Colleyville | TX | 76034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    1,934.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.127  Nonpriority creditor's name and mailing address**

CPAC Systems AB
Creditor Name

Nethaji Karuppasami
Creditor's Notice name

Box 217
Address

Goteborg
City

401 23
ZIP Code

State

Sweden
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                184,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.128  Nonpriority creditor's name and mailing address**

Crane 1 Services, Inc.
Creditor Name

Material Handling Solutions
Creditor's Notice name

1027 Byers Road
Address

Miamisburg
City

OH
State

45342
ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  4,120.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.129** **Nonpriority creditor's name and mailing address**

Creditor Name Redacted

Creditor Name

Creditor's Notice name

Address on File

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.130** **Nonpriority creditor's name and mailing address**

Creditor Name Redacted

Creditor Name

Creditor's Notice name

Address on File

Address

City                State                ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.131** **Nonpriority creditor's name and mailing address**

Creditor Name Redacted

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Unliquidated

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.132** **Nonpriority creditor's name and mailing address**

Cromer Food Services, Inc.

Creditor Name

Creditor's Notice name

PO Box 1447

Address

| Anderson | SC | 29621 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    38,039.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

Name

**3.133** **Nonpriority creditor's name and mailing address**

Cross Company

Creditor Name

Creditor's Notice name

Lockbox

Address

PO Box 746408

| Atlanta | GA | 30374-6408 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                507,049.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.134** **Nonpriority creditor's name and mailing address**

CrowdStrike, Inc

Creditor Name

Creditor's Notice name

150 Mathilda Place

Address

3rd Floor

| Sunnyvale | CA | 94086 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                1,082.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.135** **Nonpriority creditor's name and mailing address**

Crown Equipment Corporation
Creditor Name

Andrew Parker
Creditor's Notice name

PO Box 641173
Address

| Cincinnati | OH | 45264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                 74,744.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.136** **Nonpriority creditor's name and mailing address**

Crystal Instruments Corporation
Creditor Name

Tiffany Pan
Creditor's Notice name

2090 Duane Ave
Address

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                 18,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.137 Nonpriority creditor's name and mailing address**

Cubic Transportation Systems, Inc.
Creditor Name

Creditor's Notice name

400 California St.
Address

| San Francisco | CA | 94101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                28,353.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.138 Nonpriority creditor's name and mailing address**

Culligan of the Piedmont
Creditor Name

Carolina Water Specialties, LLC
Creditor's Notice name

212 Cooper Lane
Address

| Easley | SC | 29642 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                 3,063.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

Name

---

**3.139** **Nonpriority creditor's name and mailing address**

Cummins Inc.

Creditor Name

Cummins Sales and Service

Creditor's Notice name

260 Commercial Road

Address

| Spartanburg | SC | 29303 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,139.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

Cypress Multigraphics, LLC

Creditor Name

Pamco Printed Tape and Label Co., Inc.

Creditor's Notice name

8500 W. 185TH Street

Address

Unit A

| Tinley Park | IL | 60477 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,877.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.141** **Nonpriority creditor's name and mailing address**

Dakota Software Corporation
Creditor Name

Carla Taylor
Creditor's Notice name

1375 Euclid Ave, Suite 500
Address

| Cleveland | OH | 44115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,631.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.142** **Nonpriority creditor's name and mailing address**

Danfoss Power Solutions (US) Company
Creditor Name

Creditor's Notice name

2800 E 13th Street
Address

| Ames | IA | 50010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 968,795.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.143 Nonpriority creditor's name and mailing address**

De Lage Landen Financial Services, Inc.
Creditor Name

Creditor's Notice name

PO Box 41602
Address

| Philadelphia | PA | 19102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,376.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.144 Nonpriority creditor's name and mailing address**

Decker Electric Inc.
Creditor Name

Brandon Horsch
Creditor's Notice name

4500 W Harry St
Address

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 90,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.145 Nonpriority creditor's name and mailing address**

Deflecto LLC
Creditor Name

Eagle Plastics & Rubber Co.
Creditor's Notice name

PO Box 772651
Address

| | | |
|---|---|---|
| Detroit | MI | 48277-2651 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $   1,686.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

Dell Financial Services LLC
Creditor Name

Creditor's Notice name

PO Box 5292
Address

PAYMENT PROCESSING CENTER

| | | |
|---|---|---|
| Carol Stream | IL | 60197 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $   44,783.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.147 Nonpriority creditor's name and mailing address**

Dellinger Enterprises, LTD
Creditor Name

Creditor's Notice name

759 Cason Street
Address

PO Box 627

| Belmont | NC | 28012 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                495,185.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.148 Nonpriority creditor's name and mailing address**

Delta Dental of Missouri
Creditor Name

Creditor's Notice name

PO Box 790320
Address

| Saint Louis | MO | 63179 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 43,155.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.149** **Nonpriority creditor's name and mailing address**

Department of Revenue State of Washington

Creditor Name

Creditor's Notice name

Business License Service

Address

PO Box 34456

| Seattle | WA | 98124-1456 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,627.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.150** **Nonpriority creditor's name and mailing address**

Deufol Sunman, Inc.

Creditor Name

Creditor's Notice name

924 South Meridian

Address

| Sunman | IN | 47041 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 12,157.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

**3.151** **Nonpriority creditor's name and mailing address**

DEWESoft, LLC

Creditor Name

Jake Rosenthal

Creditor's Notice name

10730 Logan St

Address

| Whitehouse | OH | 43571 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  912.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.152** **Nonpriority creditor's name and mailing address**

Dialight Corporation

Creditor Name

Creditor's Notice name

Lock Box #S-7055

Address

P. O. Box 8500

| Philadelphia | PA | 19178-7055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  24,296.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.153 Nonpriority creditor's name and mailing address**

Diamond Manufacturing
Creditor Name

Creditor's Notice name

2330 Burlington Street
Address

| North Kansas City | MO | 64116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.154 Nonpriority creditor's name and mailing address**

Dice Career Solutions, Inc
Creditor Name

Creditor's Notice name

4939 Collections Center Dr
Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 515.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

**3.155** **Nonpriority creditor's name and mailing address**

Digi-Key Corporation

Creditor Name

Creditor's Notice name

701 Brooks Ave. South

Address

P.O. Box 250

| Thief River Falls | MN | 56701-0677 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                6,666.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.156** **Nonpriority creditor's name and mailing address**

DILAX Systems Inc.

Creditor Name

Alexander Okapuu

Creditor's Notice name

406 - Desaulniers

Address

Suite 406

| Saint-Lambert | QC | J4P 1L3 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              35,178.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.157 Nonpriority creditor's name and mailing address**

DIRECTV, LLC

Creditor Name

Creditor's Notice name

PO Box 105249

Address

| Atlanta | GA | 30348 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 209.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.158 Nonpriority creditor's name and mailing address**

Dixie Rubber & Plastics, Inc.

Creditor Name

MARTIN BOSWELL

Creditor's Notice name

PO Box 6554

Address

Pleasantburg Industrial Park

| Greenville | SC | 29606 |
|------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,967.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.159** **Nonpriority creditor's name and mailing address**

Doerrer Group LLC, The
Creditor Name

_____
Creditor's Notice name

920 Massachusetts Ave, NW
Address

_____

_____

| Washington | DC | 20001 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,645.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**

Doga USA, Corp
Creditor Name

_____
Creditor's Notice name

12060 Raymond Ct
Address

_____

_____

| Huntley | IL | 60142-8069 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 56,701.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.161 Nonpriority creditor's name and mailing address**

DSV Air & Sea, Inc.
Creditor Name

Creditor's Notice name

1700 E Walnut Ave, 6th Floor
Address

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                91,516.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.162 Nonpriority creditor's name and mailing address**

Duke Energy
Creditor Name

Creditor's Notice name

PO Box 70516
Address

| Charlotte | NC | 28272-0516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                24,635.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.163** **Nonpriority creditor's name and mailing address**

Dungarees, LLC

Creditor Name

Creditor's Notice name

500 East Broadway

Address

| Columbia | MO | 65201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,083.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

DWFritz Automation, Inc

Creditor Name

Mac Makhni

Creditor's Notice name

9600 Boeckman Road

Address

| Wilsonville | OR | 97070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,145,808.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.165 Nonpriority creditor's name and mailing address**

Dynamic Motion Control, Inc.
Creditor Name

DBA DMC,Inc.
Creditor's Notice name

2222 N. Elston Avenue, Ste 200
Address

| Chicago | IL | 60614 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                     50,427.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

Dynatect Manufacturing
Creditor Name

Creditor's Notice name

2300 S Calhoun Rd
Address

PO Box 510847

| New Berlin | WI | 53151-0847 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                     2,178.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**3.167** **Nonpriority creditor's name and mailing address**

EAO Switch Corporation
Creditor Name

Creditor's Notice name

1 Parrott Drive
Address

| Shelton | CT | 06484 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    28,493.24
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.168** **Nonpriority creditor's name and mailing address**

Eaton Industrial (Wuxi) Co., Ltd
Creditor Name

Wenya Zhou
Creditor's Notice name

111 Chunlei Eastern Road
Address

| Wuxi | Jiangsu | 214101 |
|------|---------|----------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   229,840.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.169** **Nonpriority creditor's name and mailing address**

Eaton Truck Components SP
Creditor Name

Creditor's Notice name

30 Stycznia 55
Address


Tczew | | 83-110
City | State | ZIP Code

Poland
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 189,291.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**

Eberspacher Sutrak GmbH & Co.
Creditor Name

Creditor's Notice name

Heinkelstrasse 5
Address


Renningen | | 71272
City | State | ZIP Code

Germany
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,397.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:   Proterra Operating Company, Inc.
_____
          Name

Case number *(if known)*   23-11121
_____

**3.171** **Nonpriority creditor's name and mailing address**

Eberspaecher Climate Control Systems Sp. zo.o
_____
Creditor Name

_____
Creditor's Notice name

Godzikowice 50 P
_____
Address

_____

_____

| Godzikowice | | 55-200 OLAWA |
|---|---|---|
| City | State | ZIP Code |

Poland
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               3,281.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.172** **Nonpriority creditor's name and mailing address**

Eberspaecher Climate Control Systems U.S.A. Inc.
_____
Creditor Name

_____
Creditor's Notice name

2210 East Long
_____
Address

_____

| Troy | MI | 48085 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               42,586.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.173  Nonpriority creditor's name and mailing address**

Echo Engineering & Production Supplies, Inc.
Creditor Name

Creditor's Notice name

2406 W 78th Street
Address

| Indianapolis | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              6,018.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.174  Nonpriority creditor's name and mailing address**

Echo Global Logistics, Inc.
Creditor Name

MYRON RONAY
Creditor's Notice name

22168 Network Place
Address

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            744,208.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.175 Nonpriority creditor's name and mailing address**

ECO, Inc.

Creditor Name

Creditor's Notice name

PO Box 2731

Address

| Rocklin | CA | 95677 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.176 Nonpriority creditor's name and mailing address**

EIS SC, LLC f/k/a LSC SC, LLC

Creditor Name

dba Palmetto Compressors

Creditor's Notice name

PO Box 577

Address

302 Hughes St

| Fountain Inn | SC | 29644 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                4,433.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.177** **Nonpriority creditor's name and mailing address**

Elcometer, Inc.
Creditor Name

Creditor's Notice name

6900 Miller Drive
Address

| Warren | MI | 48092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 272.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.178** **Nonpriority creditor's name and mailing address**

Element Material Technology Detroit LLC
Creditor Name

DBA Element Material Technology Detroit - Troy
Creditor's Notice name

1150 West Maple Rd
Address

| Troy | MI | 48084 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,735.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.179 Nonpriority creditor's name and mailing address**

Elite Electronic Engineering Inc

Creditor Name

Creditor's Notice name

1516 Centre Circle

Address

| Downers Grove | IL | 60515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,460.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.180 Nonpriority creditor's name and mailing address**

E-M Manufacturing, Inc.

Creditor Name

Creditor's Notice name

1290 Dupont Ct.

Address

| Manteca | CA | 95336 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,070.59

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.181** **Nonpriority creditor's name and mailing address**

EndoChem LLC
Creditor Name

Creditor's Notice name

Room 202, No.1 Building, Yuanzheng Science and Technology Park No.4202
Address

Wuhe Ave. North, Bantian St.

Longgang District Shenzhen

| Guangdong | | 518126 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 146.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.182** **Nonpriority creditor's name and mailing address**

Engineered Machined Products Inc.
Creditor Name

EMP Advanced Development
Creditor's Notice name

Lockbox 773393
Address

3393 Solutions Center

| Chicago | IL | 60677-3003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 44,420.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**Name**

**3.183** **Nonpriority creditor's name and mailing address**

Enterprise Security, Inc.

Creditor Name

Creditor's Notice name

22860 Savi Ranch Parkway

Address

| Yorba Linda | CA | 92887 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,763.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**

Environmental Spray Systems, Inc.

Creditor Name

Creditor's Notice name

7114 Convoy Ct.

Address

| San Diego | CA | 92111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,433.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.185 Nonpriority creditor's name and mailing address**

Ephesians Three Twenty Realty, LLC
Creditor Name

Name

Creditor's Notice name

511-A South Florida Ave
Address

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 974.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

Equipment Depot
Creditor Name

Creditor's Notice name

PO Box 841750
Address

| San Marino | CA | 90084-1750 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,798.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.187** **Nonpriority creditor's name and mailing address**

Equity Methods, LLC
Creditor Name

Creditor's Notice name

17800 N Perimeter Drive
Address

Suite 200

| Scottsdale | AZ | 85255 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 51,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.188** **Nonpriority creditor's name and mailing address**

ERI Economic Research Institute
Creditor Name

Creditor's Notice name

111 Academy Drive
Address

Suite 270

| Irvine | CA | 92617 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,489.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

**3.189 Nonpriority creditor's name and mailing address**

Erin Ellis

Creditor Name

Ellis Performance Solutions, LLC

Creditor's Notice name

3316 Pacific Drive

Address

| Naples | FL | 34119 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                6,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

ETRADE Financial Corporate Services, Inc.

Creditor Name

Creditor's Notice name

PO Box 3512

Address

| Arlington | VA | 22203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,225.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*     23-11121

**3.191 Nonpriority creditor's name and mailing address**

EV Infrastructure LLC

Creditor Name

Maxgen EV Construction

Creditor's Notice name

12 Morgan

Address

| Irvine | CA | 92618 |
|--------|------|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 89,424.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.192 Nonpriority creditor's name and mailing address**

Evolve Packaging LLC

Creditor Name

Creditor's Notice name

1049 S Gateway Blvd

Address

| Norton Shores | MI | 49441 |
|---------------|------|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41,850.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.193** **Nonpriority creditor's name and mailing address**

Expeditors Canada Inc.
Creditor Name

Todd Jackman
Creditor's Notice name

55 Standish Court, 11th Floor
Address

| Mississauga | ON | L5R 4A1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,017.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

Expeditors International of Washington Inc
Creditor Name

Creditor's Notice name

12200 S. Wilkie Ave, Suite 100
Address

| Hawthorne | CA | 90250 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 133,872.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.195 Nonpriority creditor's name and mailing address**

Expeditors Tradewin, LLC
Creditor Name

Nara Mitchell
Creditor's Notice name

1015 Third Avenue, 1st Floor
Address

| Seattle | WA | 98104 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 675.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.196 Nonpriority creditor's name and mailing address**

FabricAir, Inc.
Creditor Name

Creditor's Notice name

1400 Northbrook Parkway
Address

Suite 300

| Suwanee | GA | 30024 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,081.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

3.197 **Nonpriority creditor's name and mailing address**

Factiva, Inc.
Creditor Name

Dow Jones
Creditor's Notice name

P.O. Box 300
Address

| Princeton | NJ | 08543 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                931.84
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

3.198 **Nonpriority creditor's name and mailing address**

Fairforest of Greenville LLC
Creditor Name

Creditor's Notice name

28 Global Drive
Address

Suite 100

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              1,064.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.199** **Nonpriority creditor's name and mailing address**

Fast Turn Harnesses LLC
Creditor Name

Creditor's Notice name

21 Olde Meadow Rd
Address

| Marion | MA | 02738 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                221,692.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**

FCA, LLC
Creditor Name

Creditor's Notice name

7601 John Deere Parkway
Address

| Moline | IL | 61265 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                398,522.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.201 Nonpriority creditor's name and mailing address**

FedEx Office and Print Services Inc.
Creditor Name

Creditor's Notice name

P.O. Box 672085
Address

| Dallas | TX | 75267 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,322.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.202 Nonpriority creditor's name and mailing address**

Femco USA, Inc.
Creditor Name

Creditor's Notice name

PO Box 219
Address

| Duvall | WA | 98019 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,428.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

Name

**3.203 Nonpriority creditor's name and mailing address**

Fennemore Craig, P.C.

Creditor Name

Fennemore Wendel

Creditor's Notice name

2394 E Camelback Rd., Suite 600

Address

| Phoenix | AZ | 85016 |
|---------|------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,316.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.204 Nonpriority creditor's name and mailing address**

Financial Intelligence, LLC

Creditor Name

Creditor's Notice name

4332-2 Pacifica Way

Address

| Oceanside | CA | 92056 |
|-----------|------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,596.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.205 Nonpriority creditor's name and mailing address**

Firestone Industrial Products Company
Creditor Name

Creditor's Notice name

PO Box 93402
Address

| Chicago | IL | 60673 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,384.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.206 Nonpriority creditor's name and mailing address**

First Part China Limited
Creditor Name

James Li
Creditor's Notice name

RMS 05-15 13A/F South Tower
Address

World Finance CTR

17 Canton Road Tsim Sha Tsui, KL

| Harbour City | Hong Kong | |
|--------------|-----------|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

| | |
|---|---|
| **3.207 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,513.01 |
| Flex Technologies Inc. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 15151 S. Main Street | Trade Claim |
| Address | |

| Gardena | CA | 90248 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| **3.208 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 237,583.20 |
| Flex-Cable | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| Northern Cable & Automation LLC | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 5822 Henkel Road | **Basis for the claim:** |
| Address | Trade Claim |

| Howard City | MI | 49329 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account**

**number**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

**3.209 Nonpriority creditor's name and mailing address**

FlexQube, Inc..c/o AR Funding
Creditor Name

Creditor's Notice name

101 Park Ave
Address

#2503

| New York | NY | 10178 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   63,967.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

Fotronic Corporation
Creditor Name

DBA Test Equipment Depot
Creditor's Notice name

5 Commonwealth Ave
Address

Unit 6

| Woburn | MA | 01801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   232.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.211 Nonpriority creditor's name and mailing address**

Frame.Io, Inc.
Creditor Name

Adobe
Creditor's Notice name

345 Park Avenue
Address

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 5,643.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

Fresh Water Systems Inc.
Creditor Name

Creditor's Notice name

2299 Ridge Road
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 10,058.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*  23-11121

**3.213 Nonpriority creditor's name and mailing address**

Fumex, LLC
Creditor Name

Creditor's Notice name

1150 Cobb International Place
Address

Suite D

| Kennesaw | GA | 30152 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 588.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.214 Nonpriority creditor's name and mailing address**

G & W Equipment, Inc.
Creditor Name

Creditor's Notice name

600 Lawton Road
Address

| Charlotte | NC | 28216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,741.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**3.215 Nonpriority creditor's name and mailing address**

Gamma Technologies LLC
Creditor Name

Lana Castillo
Creditor's Notice name

601 Oakmont Lane
Address

Suite 220

| Westmont | IL | 60559 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 575.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.216 Nonpriority creditor's name and mailing address**

Gems Sensors, Inc.
Creditor Name

Creditor's Notice name

PO Box 96860
Address

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,524.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.217 Nonpriority creditor's name and mailing address**

GENFARE, LLC
Creditor Name

Antonio Scimo
Creditor's Notice name

DBA Genfare
Address

PO Box 277399

| Atlanta | GA | 30384-7399 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                246,326.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

Genomic Life, Inc.
Creditor Name

Creditor's Notice name

3344 North Torrey Pines Court
Address

STE 100

| La Jolla | CA | 92037 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  3,077.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.219** **Nonpriority creditor's name and mailing address**

Georgeson LLC

Creditor Name

Creditor's Notice name

Dept CH 16640

Address

| Palatine | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,353.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.220** **Nonpriority creditor's name and mailing address**

Georgia/Carolina Safety Specialties, Inc.

Creditor Name

DBA Eyes in Motion, USA & Saefty Rx Eyewear

Creditor's Notice name

DBA Eyes in Motion, USA & Saefty Rx Eyewear

Address

1120 W. Butler Road

Suite R

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 462.95

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.221 Nonpriority creditor's name and mailing address**

Gerflor USA
Creditor Name

Creditor's Notice name

595 Supreme Drive
Address

| | | |
|---|---|---|
| Bensenville | IL | 60106 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,024.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.222 Nonpriority creditor's name and mailing address**

Gexpro Services
Creditor Name

GS Operating, LLC
Creditor's Notice name

201 Forrester Dr
Address

| | | |
|---|---|---|
| Greenville | SC | 29607 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 643,873.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.223** **Nonpriority creditor's name and mailing address**

Gigavac LLC

Creditor Name

Creditor's Notice name

6382 Rose Lane

Address

| Carpinteria | CA | 93013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 181,148.65

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.224** **Nonpriority creditor's name and mailing address**

GigSky, Inc.

Creditor Name

John Francis

Creditor's Notice name

2390 El Camino Real, Suite 250

Address

| Palo Alto | CA | 94306 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,661.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.225 Nonpriority creditor's name and mailing address**

Gleason Reel Corporaton

Creditor Name

Creditor's Notice name

600 South Park Street

Address

| Mayville | WI | 53050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          37,560.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.226 Nonpriority creditor's name and mailing address**

Global Equipment Company

Creditor Name

Creditor's Notice name

PO Box 905713

Address

| Charlotte | NC | 28290 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $           2,382.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.227** **Nonpriority creditor's name and mailing address**

Global HR Research, LLC

Creditor Name

Employment Screening Services

Creditor's Notice name

9530 Marketplace Road

Address

Suite 301

| Fort Myers | FL | 33912 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,209.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.228** **Nonpriority creditor's name and mailing address**

Globalization Partners

Creditor Name

Creditor's Notice name

175 Federal Street

Address

17th Floor

| Boston | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 65,100.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.229 Nonpriority creditor's name and mailing address**

Goken America LLC

Creditor Name

Creditor's Notice name

5100 Parkcenter Ave

Address

| Dublin | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,163.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.230 Nonpriority creditor's name and mailing address**

GOS

Creditor Name

Creditor's Notice name

PO Box 3358

Address

| Greenville | SC | 29602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,275.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

**3.231 Nonpriority creditor's name and mailing address**

Grainger

Creditor Name

Creditor's Notice name

Dept 880089966

Address

| Palatine | IL | 60038-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 80,893.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.232 Nonpriority creditor's name and mailing address**

Grayson Thermal Systems Corp.

Creditor Name

Creditor's Notice name

980 Hurricane

Address

| Franklin | IN | 46131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 6,841.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.233 Nonpriority creditor's name and mailing address**

Great American Insurance Group
Creditor Name

Creditor's Notice name

3561 Solutions Center
Address

| Chicago | IL | 60677 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 66,535.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.234 Nonpriority creditor's name and mailing address**

Great Lakes Rubber Portland Inc.
Creditor Name

DBA Chinook O-Rings and Seals
Creditor's Notice name

8062 SW Nimbus Ave
Address

Bldg 6

| Beaverton | OR | 97008 |
|-----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 14,374.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| Name | |

**3.235** **Nonpriority creditor's name and mailing address**

Greater Bridgeport Transit Authority
Creditor Name

Creditor's Notice name

1 Cross St
Address

| Bridgeport | CT | 06610 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.236** **Nonpriority creditor's name and mailing address**

Greater Peoria Mass Transit District
Creditor Name

Creditor's Notice name

2105 NE Jefferson Ave
Address

| Peoria | IL | 61603 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 197.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

**3.237** **Nonpriority creditor's name and mailing address**

Green Earth Sustainable Solutions LLC
Creditor Name

Creditor's Notice name

360 S. Market Street, Unit 1507
Address

| San Jose | CA | 95113 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          9,236.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.238** **Nonpriority creditor's name and mailing address**

Greenberg Traurig, LLP
Creditor Name

Creditor's Notice name

8400 NW 36th Street
Address

Suite 400

| Doral | FL | 33166 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          55,231.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.239 Nonpriority creditor's name and mailing address**

Greenville Maintenance

Creditor Name

Creditor's Notice name

2503 Rutherford Road

Address

| | | |
|---|---|---|
| Greenville | SC | 29609 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,405.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.240 Nonpriority creditor's name and mailing address**

Greenville Water System

Creditor Name

Creditor's Notice name

PO Box 687

Address

| | | |
|---|---|---|
| Greenville | SC | 29602 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,423.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.241** **Nonpriority creditor's name and mailing address**

Griffiths Corporation
Creditor Name

DBA K-TEK CAROLINA
Creditor's Notice name

2717 Niagara Ln. N
Address

| Minneapolis | MN | 55447 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    77,415.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.242** **Nonpriority creditor's name and mailing address**

GT Development Corporation
Creditor Name

Deborah Turner
Creditor's Notice name

IMI Precision
Address

425 C St. N.W.

Suite 100

| Auburn | WA | 98001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    687.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

---

**3.243** **Nonpriority creditor's name and mailing address**

H & W Electrical Corp

Creditor Name

Creditor's Notice name

PO Box 9716

Address

| Greenville | SC | 29604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    2,652.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.244** **Nonpriority creditor's name and mailing address**

Hall, William

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    631.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*  23-11121

Name

**3.245 Nonpriority creditor's name and mailing address**

Haltec Corporation

Creditor Name

Creditor's Notice name

PO Box 1180

Address

2556 State Route 9

| Salem | OH | 44460-8180 |
|-------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  9,508.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

Hanover Displays

Creditor Name

Creditor's Notice name

1601 Tonne Road

Address

| Elk Grove Village | IL | 60007 |
|-------------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  8,456.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.247** **Nonpriority creditor's name and mailing address**

Harsco Corporation
Creditor Name

DBA Protran Technology
Creditor's Notice name

1762 Solutions Center
Address

| Chicago | IL | 60677-1007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,474.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.248** **Nonpriority creditor's name and mailing address**

Hazmat Safety Consulting, LLC
Creditor Name

Creditor's Notice name

1765 Duke Street
Address

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.249** **Nonpriority creditor's name and mailing address**

Heilind Electronics, Inc.
Creditor Name

Creditor's Notice name

2636 N First St, Suite 107
Address

| San Jose | CA | 95134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 221,457.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.250** **Nonpriority creditor's name and mailing address**

Heliox Automotive B.V.
Creditor Name

Aswin Linden
Creditor's Notice name

De Waal 24
Address

Noord-Brabant

| Best | | 5684 PH |
|---|---|---|
| City | State | ZIP Code |

Netherlands
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 145,297.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.251 Nonpriority creditor's name and mailing address**

Heritage-Crystal Clean
Creditor Name

Christopher Heritage-Crystal Clean
Creditor's Notice name

13621 Collections Center Dr
Address

| | | |
|---|---|---|
| Chicago | IL | 60693 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,145.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.252 Nonpriority creditor's name and mailing address**

Hi Pro Speed International Inc
Creditor Name

Creditor's Notice name

15332 E Valley Blvd
Address

| | | |
|---|---|---|
| City of Industry | CA | 91746 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,725.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.253** **Nonpriority creditor's name and mailing address**

HighByte, Inc.
Creditor Name

Creditor's Notice name

PO Box 17854
Address

| Portland | ME | 04112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,547.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

Hioki USA Corporation
Creditor Name

Creditor's Notice name

6 Corporate drive
Address

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,338.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.255 Nonpriority creditor's name and mailing address**

Houlihan Lokey Financial Advisors, Inc.
Creditor Name

Creditor's Notice name

10250 Constellation Blvd.
Address

5th Floor

| Los Angeles | CA | 90035 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 42,475.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

Huber+Suhner, Inc
Creditor Name

Creditor's Notice name

8530 Steele Creek Place Drive
Address

Suite H

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 96,460.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*     23-11121

**3.257** **Nonpriority creditor's name and mailing address**

Hubner Manufacturing Corporation, Inc.

Creditor Name

Creditor's Notice name

450 Wando Park Blvd.

Address

| Mount Pleasant | SC | 29464 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 4,634.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.258** **Nonpriority creditor's name and mailing address**

Huebner, Terrence

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

**3.259** **Nonpriority creditor's name and mailing address**

Hutchinson Aerospace & Industry

Creditor Name

Art Hale

Creditor's Notice name

82 South Street

Address

| | | |
|---|---|---|
| Hopkington | MA | 01748 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    5,992.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.260** **Nonpriority creditor's name and mailing address**

Hydradyne LLC

Creditor Name

Creditor's Notice name

1957 SC Hwy 101

Address

| | | |
|---|---|---|
| Greer | SC | 29651 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   72,079.83

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.261** **Nonpriority creditor's name and mailing address**

HYG Financial Services, Inc.
Creditor Name

Creditor's Notice name

5000 Riverside Dr., Suite 300 East
Address

| Irving | TX | 75039-4314 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,038.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.262** **Nonpriority creditor's name and mailing address**

iba America, LLC
Creditor Name

Creditor's Notice name

370 Winkler Dr
Address

Suite C

| Alpharetta | GA | 30004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,135.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.263** **Nonpriority creditor's name and mailing address**

ID Wholesaler

Creditor Name

Creditor's Notice name

1501 NW 163rd St

Address

| Miami | FL | 33169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,526.08

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.264** **Nonpriority creditor's name and mailing address**

IES Synergy, Inc.

Creditor Name

Creditor's Notice name

330 E. Maple Rd

Address

Suite U

| Troy | MI | 48083 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                      450.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.265 Nonpriority creditor's name and mailing address**

IEWC CORP.
Creditor Name

Creditor's Notice name

Dept CH - Box 17084
Address

| Palatine | IL | 60055-7084 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 8,886.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.266 Nonpriority creditor's name and mailing address**

Igus Bearings, Inc.
Creditor Name

DBA Igus, Inc.
Creditor's Notice name

P.O. Box 14349
Address

| East Providence | RI | 02914 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 312.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

**3.267 Nonpriority creditor's name and mailing address**

Imeco Cables America Inc.
Creditor Name

Creditor's Notice name

33 Gus Lapham Ln
Address

| Plattsburgh | NY | 12901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 142,913.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.268 Nonpriority creditor's name and mailing address**

Indexx, Inc.
Creditor Name

Creditor's Notice name

303 Haywood Rd
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 309.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.269 Nonpriority creditor's name and mailing address**

Indian Head Tool & Cutter Grinding, Inc.
Creditor Name

Creditor's Notice name

802 Walnut St
Address

PO Box 1094

| Waterford | PA | 16441 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,161.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.270 Nonpriority creditor's name and mailing address**

Industrial Fabricators, Inc.
Creditor Name

Creditor's Notice name

4328 South York Hwy
Address

| Gastonia | NC | 28052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,314.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.271 Nonpriority creditor's name and mailing address**

Industrial Rubber Supply USA Inc.
Creditor Name

Creditor's Notice name

55 Dunlop Ave
Address

| Winnipeg | MB | R2X 2V2 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 68,314.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.272 Nonpriority creditor's name and mailing address**

Industrial Safety Shoe Company
Creditor Name

Creditor's Notice name

1421 E. First St.
Address

| Santa Ana | CA | 92701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,051.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.273** **Nonpriority creditor's name and mailing address**

Infinite Electronics International, Inc.
Creditor Name

formerly L-COM
Creditor's Notice name

17792 Fitch
Address

| | | |
|---|---|---|
| Irvine | CA | 92614 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 911.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.274** **Nonpriority creditor's name and mailing address**

INFODEV
Creditor Name

Creditor's Notice name

1995 Frank Carrel
Address

Suite 202

| | | |
|---|---|---|
| Quebec | QC | G1N 4H9 |
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,316.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.275 Nonpriority creditor's name and mailing address**

Infosys Limited

Creditor Name

Creditor's Notice name

Plot No. 44/97 A

Address

3rd Cross, Electronic City, Hosur Road

| Benguluru | | 560 100 | |
|---|---|---|---|
| City | State | ZIP Code | |

India

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 70,829.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.276 Nonpriority creditor's name and mailing address**

Innominds Software Inc

Creditor Name

Pradeep Lakkaraju

Creditor's Notice name

2055 Junction Ave, Suite 122

Address

| San Jose | CA | 95131 | |
|---|---|---|---|
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 247,538.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.277 Nonpriority creditor's name and mailing address**

Integrated Manufacturing and Supply, Inc.
Creditor Name

Creditor's Notice name

620 Orvis Ave.
Address

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,278.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.278 Nonpriority creditor's name and mailing address**

Intellic Integration LLC
Creditor Name

Creditor's Notice name

2081 Hutton Drive
Address

Suite 103

| Carrolton | TX | 75006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 72,785.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.279** **Nonpriority creditor's name and mailing address**

Interior Plantscapes, LLC
Creditor Name

Creditor's Notice name

51 Plant Drive Ext.
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,701.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.280** **Nonpriority creditor's name and mailing address**

International Transportation Innovation Center
Creditor Name

dba ITIC
Creditor's Notice name

2 Exchange Street
Address

| Greenville | SC | 29605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    84,046.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.281** **Nonpriority creditor's name and mailing address**

InterVision Systems LLC

Creditor Name

Creditor's Notice name

2270 Martin Ave

Address

| Santa Clara | CA | 95050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 405.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.282** **Nonpriority creditor's name and mailing address**

Invio Automation, Inc.

Creditor Name

Creditor's Notice name

16185 National Parkway

Address

| Lansing | MI | 48906 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 32,426.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.283 Nonpriority creditor's name and mailing address**

IoTecha Corp
Creditor Name

Creditor's Notice name

220 Old New Brunswick Rd
Address

Suite 202

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,903.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.284 Nonpriority creditor's name and mailing address**

Iron Mountain
Creditor Name

Creditor's Notice name

P. O. Box 27129
Address

| New York | NY | 10087-7129 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,500.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.285  Nonpriority creditor's name and mailing address**

ISR Transit USA Inc

Creditor Name

Integrated Systems REsearch ISR Transit USA Inc

Creditor's Notice name

715 South, 21st Avenue

Address

Suite 1

| Hollywood | FL | 33020 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               12,367.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.286  Nonpriority creditor's name and mailing address**

item America, LLC dba item Southeast

Creditor Name

Creditor's Notice name

102 Bucklevel Road

Address

| Greenwood | SC | 29649 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    96.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.287 Nonpriority creditor's name and mailing address**

ITR LLC
Creditor Name

DBA All City Tow Service
Creditor's Notice name

1015 S Bethany
Address

| Kansas City | KS | 66105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,783.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.288 Nonpriority creditor's name and mailing address**

J F Industries Inc
Creditor Name

Creditor's Notice name

PO Box 854
Address

| Horsham | PA | 19044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,487.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.289 Nonpriority creditor's name and mailing address**

J. B. Hunt Transport, Inc.

Creditor Name

Creditor's Notice name

615 JB Hunt Corporate Dr

Address

| Lowell | AR | 72745 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                34,300.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.290 Nonpriority creditor's name and mailing address**

J. J. Keller & Associates, Inc.

Creditor Name

Creditor's Notice name

PO Box 6609

Address

| Carol Stream | IL | 60197-6609 |
|--------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,827.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.291 Nonpriority creditor's name and mailing address**

J2 Cloud Services LLC
Creditor Name

Creditor's Notice name

700 S Flower St FL 15
Address

| Los Angeles | CA | 90017-4101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                251.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.292 Nonpriority creditor's name and mailing address**

Jan-Pro of San Francisco
Creditor Name

Creditor's Notice name

61 Airport Blvd.
Address

Suite B

| South San Francisco | CA | 94080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              16,470.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.293 Nonpriority creditor's name and mailing address**

Jean Martin Inc
Creditor Name

Creditor's Notice name

260 Madison Ave, Suite 8060
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,390.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.294 Nonpriority creditor's name and mailing address**

Jet Garage Inc
Creditor Name

Creditor's Notice name

17 Wroxeter Ave
Address

| Toronto | ON | M4K 1J5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,280.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.295 Nonpriority creditor's name and mailing address**

JL Rogers & Callcott Engineers, Inc

Creditor Name

Creditor's Notice name

426 Fairforest Way

Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    71.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.296 Nonpriority creditor's name and mailing address**

John B Roybal

Creditor Name

Creditor's Notice name

d/b/a Ace Vending Company

Address

1407 Foothill Blvd

Suite 140

| La Verne | CA | 91750 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    25,180.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

**3.297 Nonpriority creditor's name and mailing address**

John Deere Electronic Solutions, Inc.
Creditor Name

Creditor's Notice name

1441 44th Street N.
Address

| Fargo | ND | 58102 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    268,550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.298 Nonpriority creditor's name and mailing address**

John Efird Company, Inc
Creditor Name

Creditor's Notice name

1012 NE Main Street
Address

| Simpsonville | SC | 29681 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                       560.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

---

**3.299 Nonpriority creditor's name and mailing address**

Johnson Controls US Holdings Inc.
Creditor Name

Johnson Controls Security Solutions (formerly Tyco Fire & Safety)
Creditor's Notice name

dba Johnson Controls Security Solutions
Address

PO Box 371967

| Pittsburgh | PA | 15250 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 4,035.88
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300 Nonpriority creditor's name and mailing address**

Johnson Welded Products, Inc.
Creditor Name

Creditor's Notice name

625 South Edgewood Avenue
Address

| Urbana | OH | 43078-0907 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 6,541.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

**3.301 Nonpriority creditor's name and mailing address**

Jonathan Engineered Solutions

Creditor Name

Creditor's Notice name

410 Exchange

Address

Suite 200

| Irvine | CA | 92602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                14,034.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.302 Nonpriority creditor's name and mailing address**

Jonathan Sargent

Creditor Name

DBA Sargent Pest Solutions

Creditor's Notice name

PO Box 718

Address

| Mauldin | SC | 29662 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    124.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.303 Nonpriority creditor's name and mailing address**

JR Automation Technologies, LLC

Creditor Name

Creditor's Notice name

13365 Tyler Street

Address

| Holland | MI | 49424 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 73,817.73

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.304 Nonpriority creditor's name and mailing address**

Junk Matters, LLC

Creditor Name

Creditor's Notice name

PO Box 5065

Address

| Spartanburg | SC | 29304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 520.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.305** **Nonpriority creditor's name and mailing address**

Kelley Engineering, LLC

Creditor Name

Matthew A. Kelley

Creditor's Notice name

709 Highway 17

Address

| Piedmont | SC | 29673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,216.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.306** **Nonpriority creditor's name and mailing address**

Kemeera, Inc, DBA Fathom

Creditor Name

DBA FATHOM

Creditor's Notice name

3000F Danville Blvd #141

Address

| Alamo | CA | 94507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.307 Nonpriority creditor's name and mailing address**

Kenson Plastics Inc
Creditor Name

Creditor's Notice name

2835 Darlington Road
Address

| Beaver Falls | PA | 15010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 126,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.308 Nonpriority creditor's name and mailing address**

Keolis Transit Services, LLC
Creditor Name

Creditor's Notice name

200 South East End Ave.
Address

| Pomona | CA | 97166 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 162.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.309 Nonpriority creditor's name and mailing address**

Kerwin Associates

Creditor Name

Creditor's Notice name

1733 Woodside Road

Address

Suite 260

Redwood | CA | 94061

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 50,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.310 Nonpriority creditor's name and mailing address**

Keyence Corporation of America

Creditor Name

Creditor's Notice name

669 River Drive

Address

Suite 403

Elmwood Park | NJ | 07407

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,969.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.311 Nonpriority creditor's name and mailing address**

Kidde Technologies, Inc.
Creditor Name

Creditor's Notice name

4200 Airport Dr., NW
Address

| Wilson | NC | 27896 |
|--------|------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,663.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.312 Nonpriority creditor's name and mailing address**

King County Metro
Creditor Name

Creditor's Notice name

12200 East Marginal Way So
Address

| Seattle | WA | 98168 |
|---------|------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 749.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.313 Nonpriority creditor's name and mailing address**

Kolors by Keisler Auto Body & Heavy Truck Collision Repair, LLC
Creditor Name

Lonnie Keisler
Creditor's Notice name

5935 Edmund Highway
Address

| Lexington | SC | 29073 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 136,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.314 Nonpriority creditor's name and mailing address**

Koni NA, Inc
Creditor Name

Creditor's Notice name

1961 A International Way
Address

| Hebron | KY | 41048 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**3.315 Nonpriority creditor's name and mailing address**

Kumar, Pramod

Creditor Name

Creditor's Notice name

Address on File

Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 180.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.316 Nonpriority creditor's name and mailing address**

Labrador Regulated Information Transparency Inc.

Creditor Name

Creditor's Notice name

530 Means Street, Suite 410

Address

Atlanta     GA     30318

City     State     ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 70,980.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.317 Nonpriority creditor's name and mailing address**

LACO, Inc

Creditor Name

Creditor's Notice name

1150 Trademark Dr #111

Address

| Reno | NV | 89521 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 152,284.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.318 Nonpriority creditor's name and mailing address**

LADD Distribution

Creditor Name

Creditor's Notice name

26449 Network Place

Address

| Chicago | IL | 60673-1264 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,936.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

**3.319** **Nonpriority creditor's name and mailing address**

Lahlouh Inc

Creditor Name

Creditor's Notice name

1649 Adrian Rd

Address

| Burlingame | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,683.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.320** **Nonpriority creditor's name and mailing address**

Landstar Ranger, Inc.

Creditor Name

Creditor's Notice name

13410 Sutton Park Drive South

Address

| Jacksonville | FL | 32224 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   3,818.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.321** **Nonpriority creditor's name and mailing address**

Laserform and Machine Inc
Creditor Name

Creditor's Notice name

10010 Farrow Rd
Address

| Columbia | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 94,334.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.322** **Nonpriority creditor's name and mailing address**

Laservision USA, LP
Creditor Name

Abdalla Sammaneh
Creditor's Notice name

595 Phalen Blvd
Address

| St. Paul | MN | 55130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 5,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.323** **Nonpriority creditor's name and mailing address**

Latitude Applied Technologies
Creditor Name

Creditor's Notice name

303 Dale Drive
Address

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,280.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.324** **Nonpriority creditor's name and mailing address**

Laurie & Brennan, LLP
Creditor Name

Daniel Brennan
Creditor's Notice name

2 N. Riverside Plaza, Suite 1750
Address

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 257.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.325 Nonpriority creditor's name and mailing address**

Lawson Products, Inc.
Creditor Name

Creditor's Notice name

8770 W. Bryn Mawr Ave
Address

Suite 900

| Chicago | IL | 60631 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,433.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.326 Nonpriority creditor's name and mailing address**

LEB Services LLC
Creditor Name

DBA Jan-Pro of the Western Carolina
Creditor's Notice name

LEB Services LLC
Address

128 Milestone Way

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45,126.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.327** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,943.05

Lee Spring Company LLC

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

140 58th Street

**Basis for the claim:**

Address

Trade Claim

Suite 3C

Brooklyn | NY | 11220

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

**3.328** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,367.85

Lehigh Outfitters, LLC

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

39 East Canal Street

**Basis for the claim:**

Address

Trade Claim

Nelsonville | OH | 45764

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☒ Yes

**number**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.329** **Nonpriority creditor's name and mailing address**

LEM U.S.A., Inc

Creditor Name

SATYA LEM U.S.A., Inc

Creditor's Notice name

Bin 88054

Address

| Milwaukee | WI | 53288-0054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25,164.07

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.330** **Nonpriority creditor's name and mailing address**

LER TechForce, LLC

Creditor Name

Jay Adams

Creditor's Notice name

1888 Poshard Drive

Address

| Columbus | IN | 47203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 40,415.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.331** **Nonpriority creditor's name and mailing address**

Les Industries Flexpipe Inc.

Creditor Name

Creditor's Notice name

1355 Magenta Est

Address

| Farnham | QC | J2N 1C4 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,898.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.332** **Nonpriority creditor's name and mailing address**

LG Energy Solution, LTD.

Creditor Name

David Lee

Creditor's Notice name

LG Twin Towers

Address

128 Yeoui-daero, Yeongdeungpo-gu

| Seoul | | 7336 |
|-------|-----|------|
| City | State | ZIP Code |

South Korea

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 28,786,876.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

### 3.333 Nonpriority creditor's name and mailing address

Life and Safety Consultants, Inc
Creditor Name

Creditor's Notice name

31 Boland Court
Address

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.334 Nonpriority creditor's name and mailing address

Lift One LLC
Creditor Name

Creditor's Notice name

PO Box 602727
Address

| Charlotte | NC | 28260-2727 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,599.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.335 Nonpriority creditor's name and mailing address**

Lift-U (Hogan Manufacturing
Creditor Name

Creditor's Notice name

PO Box 398
Address

| Escalon | CA | 95320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 31,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.336 Nonpriority creditor's name and mailing address**

Link Manufacturing Ltd.
Creditor Name

KRISTOPHER VANDERWALL
Creditor's Notice name

223 15th St NE
Address

| Sioux Center | IA | 51250 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,353.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.337** **Nonpriority creditor's name and mailing address**

Linkedin Corporation
Creditor Name

Creditor's Notice name

62228 Collections Center Drive
Address

| Chicago | IL | 60693-0622 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,998.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**

Littelfuse, Inc.
Creditor Name

Creditor's Notice name

DBA U.S. Sensor Corp
Address

1832 West Collins Ave

| Orange | CA | 92867 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,612.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

**3.339 Nonpriority creditor's name and mailing address**

Lock-Ridge Tool Co., Inc.

Creditor Name

Creditor's Notice name

2000 Pomona Blvd

Address

Suite A-3

| Pomona | CA | 91768 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                12,260.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.340 Nonpriority creditor's name and mailing address**

LogicGate, Inc.

Creditor Name

Creditor's Notice name

320 West Ohio Street

Address

Suite 5E

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                64,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.341 Nonpriority creditor's name and mailing address**

Lubrication Engineers, Inc
Creditor Name

Creditor's Notice name

1919 East Tulsa
Address

| Wichita | KS | 67216 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,113.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.342 Nonpriority creditor's name and mailing address**

Lucerix International Corporation
Creditor Name

Creditor's Notice name

2488 Bristol Circle
Address

| Oakville | ON | L6H 5S1 |
|----------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,451.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.343 Nonpriority creditor's name and mailing address**

Luminator Technology Group Global, LLC

Creditor Name

Creditor's Notice name

900 Klein Rd

Address

| Plano | TX | 75074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    352,346.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

M1 Graphics CO, Inc

Creditor Name

JODY MCMURRY

Creditor's Notice name

PO Box 606

Address

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    675.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.345 Nonpriority creditor's name and mailing address**

Madland Diesel Fleet and Service
Creditor Name

Creditor's Notice name

4420 State Rd
Address

| Bakersfield | CA | 93308 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,468.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.346 Nonpriority creditor's name and mailing address**

Maho Lazo
Creditor Name

Wilshire Law Firm
Creditor's Notice name

Benjamin Haber
Address

3055 Wilshire Blvd, 12th Fl

| Los Angeles | CA | 90010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.347  Nonpriority creditor's name and mailing address**

MaintainX, Inc

Creditor Name

Alison Golfman

Creditor's Notice name

PMB 98008

Address

382 NE 191st St

| Miami | FL | 33179-3899 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    3,832.25

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.348  Nonpriority creditor's name and mailing address**

Mangas, Robert

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                       407.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.349** **Nonpriority creditor's name and mailing address**

Manz USA, Inc.
Creditor Name

Creditor's Notice name

376 Dry Bridge Road
Address

B2

| North Kingstown | RI | 02852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                      60,907.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.350** **Nonpriority creditor's name and mailing address**

Marco Gudino
Creditor Name

Zach Herbert
Creditor's Notice name

United States Steelworkers
Address

60 Boulevard of the Allies

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                      Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.351 Nonpriority creditor's name and mailing address**

Maritec-Metpro Corporation
Creditor Name

Denise Montgomery
Creditor's Notice name

215 Commerce Rd
Address

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,725.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.352 Nonpriority creditor's name and mailing address**

Marson International LLC
Creditor Name

Creditor's Notice name

1001 Sako Court
Address

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,051.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.353 Nonpriority creditor's name and mailing address**

Maskine LLC

Creditor Name

Creditor's Notice name

11210 S. Bannock St.

Address

| Phoenix | AZ | 85044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,210.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.354 Nonpriority creditor's name and mailing address**

MBR DISTRIBUTORS

Creditor Name

Creditor's Notice name

1330 Holmes Rd

Address

| Elgin | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 83.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*     23-11121

---

**3.355** **Nonpriority creditor's name and mailing address**

McGriff Insurance Services

Creditor Name

DBA Precept Advisory Group, LLC

Creditor's Notice name

3605 Glenwood Avenue

Address

Suite 201

| Raleigh | NC | 27612 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              12,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.356** **Nonpriority creditor's name and mailing address**

McKinney Trailer Rentals

Creditor Name

Creditor's Notice name

PO Box 515574

Address

| Los Angeles | CA | 90051 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              10,985.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.357 Nonpriority creditor's name and mailing address**

McMaster-Carr Supply Co.
Creditor Name

Creditor's Notice name

PO Box 7690
Address

| Chicago | IL | 60680-7690 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 114,121.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.358 Nonpriority creditor's name and mailing address**

McNaughton-McKay Electric Company
Creditor Name

Creditor's Notice name

35 Old Mill Road
Address

| Greenville | SC | 29607 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,042.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.359 Nonpriority creditor's name and mailing address**

Mediant Communications Inc.
Creditor Name

Creditor's Notice name

PO Box 75185
Address

| Chicago | IL | 60675 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                86.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.360 Nonpriority creditor's name and mailing address**

Meritor, Inc
Creditor Name

Creditor's Notice name

2135 West Maple Road
Address

| Troy | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             29,456.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

**3.361 Nonpriority creditor's name and mailing address**

Mersen USA EP Corp

Creditor Name

Creditor's Notice name

374 Merrimac Street

Address

| Newburyport | MA | 01950 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,562.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.362 Nonpriority creditor's name and mailing address**

Metal Solutions, Inc.

Creditor Name

Creditor's Notice name

1141 Industrial Park Road

Address

| Vandergrift | PA | 15690 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.363 Nonpriority creditor's name and mailing address**

Mica Electrical Material (Luhe) Co., Ltd.
Creditor Name

Jonas Ju
Creditor's Notice name

Development Zone, Hedong
Address

Guandong Province

Luhe County

| Shanwei City | | 516700 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 136,602.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.364 Nonpriority creditor's name and mailing address**

Micro Precision Calibration, Inc.
Creditor Name

Creditor's Notice name

2165 N Glassell
Address

| Orange | CA | 92865 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,077.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.365** **Nonpriority creditor's name and mailing address**

Microsoft Corporation
Creditor Name

Creditor's Notice name

PO Box 842103
Address

| Dallas | TX | 75282 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,075.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.366** **Nonpriority creditor's name and mailing address**

Miguel Angel Salazar Govea
Creditor Name

S1 Cleaning
Creditor's Notice name

d/b/a S1 Cleaning
Address

18411 Valley Blvd, Spa 48

| Bloomington | CA | 92316 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,188.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.367 Nonpriority creditor's name and mailing address**

Mill Supply Inc
Creditor Name

Creditor's Notice name

19801 Miles Road
Address

| Cleveland | OH | 44128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 493.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.368 Nonpriority creditor's name and mailing address**

Mission Cloud Services, Inc.
Creditor Name

Creditor's Notice name

4470 W Sunset Blvd
Address

Suite 107

PMB 94146

| Los Angeles | CA | 90027 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 552,057.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.369** **Nonpriority creditor's name and mailing address**

Misumi USA Inc
Creditor Name

Creditor's Notice name

1717 N Penny Lane
Address

Suite 200

| Schaumburg | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.370** **Nonpriority creditor's name and mailing address**

MKP Parts
Creditor Name

DELIANA VAN DER WEGEN
Creditor's Notice name

Gildeweg 22
Address

| Nootdorp | | 2632 BA |
|---|---|---|
| City | State | ZIP Code |

Netherlands
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,401.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.371 Nonpriority creditor's name and mailing address**

Mobile Climate Control, Corp.
Creditor Name

Creditor's Notice name

75 Remittance Drive
Address

Suite 6668

Chicago               IL          60675-6668
City                   State       ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            6,661.14
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.372 Nonpriority creditor's name and mailing address**

Mobile Communications America, Inc.
Creditor Name

Creditor's Notice name

100 Dunbar Street, Suite 304
Address

Spartanburg           SC          29306
City                   State       ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            2,391.55
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☒  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.373 Nonpriority creditor's name and mailing address**

Mobile Mark Inc
Creditor Name

Creditor's Notice name

1140 W. Thorndale
Address

| Itasca | IL | 60143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,161.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.374 Nonpriority creditor's name and mailing address**

Modine Manufacturing Company
Creditor Name

Creditor's Notice name

PO Box 809625
Address

| Chicago | IL | 60680 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 46,531.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.375 Nonpriority creditor's name and mailing address**

Monroe Magnus LLC
Creditor Name

DBA Magnus Mobility Systems
Creditor's Notice name

2805 Barranca Parkway
Address

| Irvine | CA | 92606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 532.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.376 Nonpriority creditor's name and mailing address**

Morgan Stanley Domestic Holdings, Inc.
Creditor Name

Creditor's Notice name

1585 Broadway Lowr B
Address

| New York | NY | 10036-8200 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 161,177.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*   23-11121

**3.377** **Nonpriority creditor's name and mailing address**

Motion Industries, Inc
Creditor Name

GPC
Creditor's Notice name

2041 Saybrook Ave
Address

| Los Angeles | CA | 90040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                4,289.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.378** **Nonpriority creditor's name and mailing address**

Motor City Racks, Inc.
Creditor Name

Essex Weld
Creditor's Notice name

24445 Forterra Dr
Address

| Warren | MI | 48089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                16,430.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.379 Nonpriority creditor's name and mailing address**

Mouser Electronics

Creditor Name

Creditor's Notice name

PO Box 99319

Address

| Ft. Worth | TX | 78199-0319 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 13,004.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.380 Nonpriority creditor's name and mailing address**

MSC Industrial Supply Co.

Creditor Name

Creditor's Notice name

PO Box 953635

Address

| Saint Louis | MO | 63195-3635 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 164.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 214 of 339

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**3.381** **Nonpriority creditor's name and mailing address**

MSI-Viking Gage, LLC
Creditor Name

Creditor's Notice name

PO Box 537
Address

321 Tucapau Rd

| Duncan | SC | 29334 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                8,098.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.382** **Nonpriority creditor's name and mailing address**

Mubea, Inc.
Creditor Name

Creditor's Notice name

PO Box 636331
Address

| Cincinnati | OH | 45263 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  242.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.383** **Nonpriority creditor's name and mailing address**

Munaco Sealing Solutions, Inc.
Creditor Name

Creditor's Notice name

5 Ketron Court
Address

| | | |
|---|---|---|
| Greenville | SC | 29607 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    38,915.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.384** **Nonpriority creditor's name and mailing address**

Nain, Raman
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    1,168.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.385 Nonpriority creditor's name and mailing address**

Narayanan Srinivasan

Creditor Name

Fulfeelment, LLC

Creditor's Notice name

3813 Appleton Ln

Address

| Flower Mound | TX | 75022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 59,682.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.386 Nonpriority creditor's name and mailing address**

National Instruments Corporation

Creditor Name

Creditor's Notice name

PO Box 202262

Address

| Austin | TX | 78759 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,380.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.387 Nonpriority creditor's name and mailing address**

Navisite LLC

Creditor Name

Remote DBA Experts, LLC

Creditor's Notice name

400 Minuteman Rd

Address

| Andover | MA | 01810 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    31,368.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.388 Nonpriority creditor's name and mailing address**

NETAPP INC.

Creditor Name

Creditor's Notice name

3600 Olsen Dr

Address

| San Jose | CA | 95128 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    41,446.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.389** **Nonpriority creditor's name and mailing address**

Newark Element 14

Creditor Name

Creditor's Notice name

33190 Collection Center Drive

Address

| Chicago | IL | 60693-0331 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,575.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.390** **Nonpriority creditor's name and mailing address**

Ningbo Xusheng Group Co., Ltd.

Creditor Name

Creditor's Notice name

No 128 Yingluohe Rd, Beilun

Address

Zhejiang

| Ningbo | | 315800 |
|--------|-----|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 233,388.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*  23-11121

**3.391 Nonpriority creditor's name and mailing address**

Ningbo Yexing Automotive Part Co., Ltd.
Creditor Name

COCO RONG
Creditor's Notice name

No. 259 Haifeng Road
Address

Cidong Binhai Economic Development Area

| Cixi | China | 315338 |
|------|-------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 748,164.41
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.392 Nonpriority creditor's name and mailing address**

Nordson Corporation
Creditor Name

Creditor's Notice name

28775 Beck Rd
Address

| Wixom | MI | 48393 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 9,353.01
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.393 Nonpriority creditor's name and mailing address**

North Eastern Bus Rebuilders, Inc.
Creditor Name

Henry Stobierski
Creditor's Notice name

3025 Veterans Memorial Highway
Address

| Ronkonkoma | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,687.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.394 Nonpriority creditor's name and mailing address**

NSF International Strategic Registrations, Ltd
Creditor Name

Creditor's Notice name

Dept. Lockbox #771380
Address

PO Box 77000

| Detroit | MI | 48277-1380 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,528.88
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.395 Nonpriority creditor's name and mailing address**

NSK Industries Inc

Creditor Name

Creditor's Notice name

150 Ascot Parkway

Address

| Cuyahoga Falls | OH | 44223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45,532.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.396 Nonpriority creditor's name and mailing address**

Odgers Berndtson LLC

Creditor Name

Creditor's Notice name

730 Third Avenue

Address

23rd Floor

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,333.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.397** **Nonpriority creditor's name and mailing address**

Office1 Inc.
Creditor Name

DBA Office1
Creditor's Notice name

720 S 4th Street
Address

Las Vegas | NV | 89101
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                11,627.83
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.398** **Nonpriority creditor's name and mailing address**

Ogletree, Deakins, Nash, Smoak & Stewart, PC
Creditor Name

Creditor's Notice name

Patewood IV, 50 International Drive, Ste 300
Address

Greenville | SC | 29615
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                48,066.75
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.399** **Nonpriority creditor's name and mailing address**

Ontario International Airport Authority
Creditor Name

Creditor's Notice name

1923 E Avion St
Address

| Ontario | CA | 91761 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                454.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.400** **Nonpriority creditor's name and mailing address**

Orkin Services of California
Creditor Name

Creditor's Notice name

PO Box 7161
Address

| Pasadena | CA | 91109 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                786.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.401** **Nonpriority creditor's name and mailing address**

Ott, Clinton
Creditor Name

Creditor's Notice name

Address on File
Address

City                State            ZIP Code

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                863.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.402** **Nonpriority creditor's name and mailing address**

Pacific Overhead Crane Services Inc.
Creditor Name

Quality Hoist & Electric
Creditor's Notice name

92-108 Elele Place
Address

Kapolei          HI              96707
City                State            ZIP Code

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.403 Nonpriority creditor's name and mailing address**

Padilla, Jose

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $    840.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.404 Nonpriority creditor's name and mailing address**

Pailton Incorporated

Creditor Name

Creditor's Notice name

500 W Madison St

Address

Suite 3700

Chicago    IL    60661

City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $    8,100.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.405** **Nonpriority creditor's name and mailing address**

Palantir Technologies Inc.
Creditor Name

Creditor's Notice name

1555 Blake Street
Address

Suite 250

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 128,071.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No

☐ Yes

---

**3.406** **Nonpriority creditor's name and mailing address**

Pallet Solutions, Inc.
Creditor Name

Creditor's Notice name

2357 Stanford Road
Address

| Greer | SC | 29651 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 35,277.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.407** **Nonpriority creditor's name and mailing address**

Parallax
Creditor Name

Creditor's Notice name

599 Menlow Drive
Address

| Rocklin | CA | 95765 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 224.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.408** **Nonpriority creditor's name and mailing address**

Parker Hannifin Corporation
Creditor Name

Creditor's Notice name

101 Canterbury Road
Address

| Kings Mountain | NC | 28086 |
|----------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 291,436.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.409 Nonpriority creditor's name and mailing address**

Patrick Services Inc.
Creditor Name

Shannon Huckaba
Creditor's Notice name

4727 Alexander Lane
Address

| Dallas | TX | 75247 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,877.76
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.410 Nonpriority creditor's name and mailing address**

PC Connection Sales Corporation
Creditor Name

DBA Coneection
Creditor's Notice name

PO Box 536472
Address

| Pittsburg | PA | 15253 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,861.39
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.411 Nonpriority creditor's name and mailing address**

Peak Technical Services, Inc.
Creditor Name

DBA PEAK Technical Staffing USA
Creditor's Notice name

583 Epsilon Drive
Address

| Pittsburgh | PA | 15238 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                47,146.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.412 Nonpriority creditor's name and mailing address**

Peak Technologies, Inc.
Creditor Name

Peak-Ryzex, Inc.
Creditor's Notice name

901 Elkridge Landing Rd
Address

Suite 300

| Linthicum Heights | MD | 21090 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 6,144.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.413** **Nonpriority creditor's name and mailing address**

Pearce Renewables

Creditor Name

Pearce Services, LLC

Creditor's Notice name

1222 Vine Street

Address

Suite 301

| Paso Robles | CA | 93448 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 52,009.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.414** **Nonpriority creditor's name and mailing address**

PED Enterprises, LLC

Creditor Name

Creditor's Notice name

2441 Boardwalk

Address

| San Antonio | TX | 78217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,488.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.415 Nonpriority creditor's name and mailing address**

Penske Truck Leasing CO, L.P.
Creditor Name

Creditor's Notice name

PO Box 532658
Address

| Atlanta | GA | 30353 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,971.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.416 Nonpriority creditor's name and mailing address**

PG&E
Creditor Name

Creditor's Notice name

PO Box 997300
Address

| Sacramento | CA | 95899 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,555.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.417** **Nonpriority creditor's name and mailing address**

PI Innovo, LLC
Creditor Name

Creditor's Notice name

47023 Five Mile Road
Address

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,634.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.418** **Nonpriority creditor's name and mailing address**

Piedmont Natural Gas
Creditor Name

Creditor's Notice name

PO Box 660920
Address

| Dallas | TX | 75266 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 92.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.419 Nonpriority creditor's name and mailing address**

Pine Estates Enterprises Inc
Creditor Name

Dustin Smith
Creditor's Notice name

201B West Butler Road
Address

Suite 160

| Mauldin | SC | 29662 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,423.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.420 Nonpriority creditor's name and mailing address**

PIP Printing
Creditor Name

SoCa Business Services, LLC
Creditor's Notice name

1143H Woodruff Rd
Address

| Greenville | SC | 29607 |
|------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,271.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**3.421 Nonpriority creditor's name and mailing address**

Pivotal Media

Creditor Name

Marisa Thomas Communication Services Ltd.

Creditor's Notice name

666 Burrard Street

Address

Suite 2800

| Vancouver | BC | V6C 2Z7 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,062.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.422 Nonpriority creditor's name and mailing address**

Plastic Creations Ltd.

Creditor Name

Brian Huttig

Creditor's Notice name

1360 South Lipan Street

Address

| Denver | CO | 80223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,406.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*  23-11121
_____

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,416,979.66
--- | --- | ---

Power Electronics USA
_____
Creditor Name

Brandon DiBuo
_____
Creditor's Notice name

1510 N Hobson St
_____
Address

_____

_____

Gilbert | AZ | 85233
--- | --- | ---
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,416,979.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,937.16
--- | --- | ---

Precisionworks MFG LLC
_____
Creditor Name

_____
Creditor's Notice name

463 N Denver Ave.
_____
Address

_____

_____

Loveland | CO | 80537
--- | --- | ---
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,937.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.425 Nonpriority creditor's name and mailing address**

Procurement Equipment LLC

Creditor Name

PE-Energy, Procurement Equipment, IndustrialStop

Creditor's Notice name

PO Box 701522

Address

| Houston | TX | 77270 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 180.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.426 Nonpriority creditor's name and mailing address**

PRO-DEC.com

Creditor Name

Creditor's Notice name

PO Box 542035

Address

| Houston | TX | 77023 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 15.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.427 Nonpriority creditor's name and mailing address**

Professional Fleet Maintenance LLC
Creditor Name

Creditor's Notice name

2081 SW 70th Ave #H14
Address

| Davie | FL | 33317 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    4,774.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.428 Nonpriority creditor's name and mailing address**

Project Genetics LLC
Creditor Name

Sallyport Commercial Finance LLC
Creditor's Notice name

4950 S Yosemite St
Address

#F2-102

| Greenwood Village | CO | 80111 |
|-------------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    35,658.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**3.429 Nonpriority creditor's name and mailing address**

Protiviti Inc.
Creditor Name

Creditor's Notice name

2613 Camino Ramon
Address

| San Ramon | CA | 94583 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 538,309.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.430 Nonpriority creditor's name and mailing address**

PSMG Inc. DBA Pacwest Security Services
Creditor Name

Creditor's Notice name

3303 Harbor Blvd
Address

Suite A 103

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,151.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.431** **Nonpriority creditor's name and mailing address**

Public Transportation Safety International Corp
Creditor Name

Krista Barry
Creditor's Notice name

523 W Sixth Street
Address

Suite 1101

| Los Angeles | CA | 90014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,524.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.432** **Nonpriority creditor's name and mailing address**

Pure Water Partners LLC
Creditor Name

Creditor's Notice name

PO Box 0369
Address

| Woburn | MA | 01888 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 898.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.433** **Nonpriority creditor's name and mailing address**

Q4 Inc

Creditor Name

Creditor's Notice name

469A King Street W

Address

| Toronto | ON | M5V 1K4 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 51,981.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.434** **Nonpriority creditor's name and mailing address**

Quanta Laboratories

Creditor Name

Creditor's Notice name

3199 DeLaCruz Blvd

Address

| Santa Clara | CA | 95054 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,100.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.435 Nonpriority creditor's name and mailing address**

Quench USA, Inc.
Creditor Name

DBA Waterlogic Americas, LLC
Creditor's Notice name

630 Allendale Road
Address

Suite 200

| King of Prussia | PA | 19406 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 774.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.436 Nonpriority creditor's name and mailing address**

R&S Erection North Peninsula Inc.
Creditor Name

Creditor's Notice name

133 S. Linden Avenue
Address

| South San Francisco | CA | 94080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.437 Nonpriority creditor's name and mailing address**

R.S. Hughes Co., Inc.
Creditor Name

Creditor's Notice name

10639 Glenoaks Blvd
Address

| Pacoima | CA | 91331 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 334,668.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

**3.438 Nonpriority creditor's name and mailing address**

Radio Engineering Industries, Inc
Creditor Name

Crystal Parr Radio Engineering Industries, Inc
Creditor's Notice name

6534 L Street
Address

| Omaha | NE | 68117 |
|-------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,111.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.439 Nonpriority creditor's name and mailing address**

Radwell International Inc.
Creditor Name

Creditor's Notice name

1 Millennium Drive
Address

| Willingboro | NJ | 08046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                485.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.440 Nonpriority creditor's name and mailing address**

Ralphs Store & Trophy Shop
Creditor Name

Creditor's Notice name

PO Box 1524
Address

| Seneca | SC | 29679-1524 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.441 Nonpriority creditor's name and mailing address**

Ray Products Company, Inc.
Creditor Name

Creditor's Notice name

1700 Chablis Avenue
Address

| Ontario | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    64,129.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.442 Nonpriority creditor's name and mailing address**

Razorfrog Web Design LLC
Creditor Name

Max Elman
Creditor's Notice name

1032 Irving St
Address

Suite 984

| San Francisco | CA | 94122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    780.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.443 Nonpriority creditor's name and mailing address**

Recaro North America, Inc.
Creditor Name

Creditor's Notice name

Lockbox # 778706
Address

| Chicago | IL | 60677 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,103.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.444 Nonpriority creditor's name and mailing address**

Recology San Mateo County
Creditor Name

Creditor's Notice name

PO Box 512268
Address

| Los Angeles | CA | 90051-0268 |
|-------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,598.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.445 Nonpriority creditor's name and mailing address**

Red Points Enterprises, LLC

Creditor Name

Creditor's Notice name

334 Cornelia St.

Address

Suite 350

| Plattsburgh | NY | 12901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.446 Nonpriority creditor's name and mailing address**

Red Wing Brands of America, Inc.

Creditor Name

DBA Red Wing Shoe

Creditor's Notice name

1135 El Camino Real

Address

| Millbrae | CA | 94030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

**3.447** **Nonpriority creditor's name and mailing address**

RELX Inc. DBA LexisNexis

Creditor Name

Creditor's Notice name

313 Washington St

Address

Suite 400

| Newton | MA | 02458 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 15,950.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.448** **Nonpriority creditor's name and mailing address**

REMA USA LLC

Creditor Name

Creditor's Notice name

385 South Woods Drive

Address

| Fountain Inn | SC | 29644 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 370,692.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.449** **Nonpriority creditor's name and mailing address**

Republic Services #744

Creditor Name

Creditor's Notice name

PO Box 9001099

Address

| Louisville | KY | 40290-1099 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,076.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.450** **Nonpriority creditor's name and mailing address**

Resource Intl. Inc.

Creditor Name

DBA Mishimoto

Creditor's Notice name

18 Boulden Circle

Address

Suite 10

| New Castle | DE | 19720 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,979.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.451  Nonpriority creditor's name and mailing address**

Rhombus Energy Solutions

Creditor Name

Creditor's Notice name

10915 Technology Place

Address

| San Diego | CA | 92127 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                541,091.99

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.452  Nonpriority creditor's name and mailing address**

RICON CORPORATION

Creditor Name

Creditor's Notice name

PO Box 100936

Address

| Pasadena | CA | 91189-0936 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                110,185.66

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.453 Nonpriority creditor's name and mailing address**

Rincon Power, LLC

Creditor Name

Creditor's Notice name

6381 Rose Lane, STE A

Address

| Carpinteria | CA | 93013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,425.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.454 Nonpriority creditor's name and mailing address**

Rodriguez, Joseph

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,921.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

3.455 **Nonpriority creditor's name and mailing address**

Romeo Rim, Inc.

Creditor Name

Creditor's Notice name

74000 Van Dyke Rd.

Address

| Romeo | MI | 48065 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 84,011.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

3.456 **Nonpriority creditor's name and mailing address**

Ron Whites Air Compressor Sales

Creditor Name

DBA RWI Industrial

Creditor's Notice name

4019 S. Murray Ave

Address

| Anderson | SC | 29624 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,104,664.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.457** **Nonpriority creditor's name and mailing address**

Rosco Collision Avoidance, Inc.
Creditor Name

Creditor's Notice name

90-21 144th Pl.
Address

| Jamaica | NY | 11435 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.458** **Nonpriority creditor's name and mailing address**

Rotaloc Intl, LLC
Creditor Name

Creditor's Notice name

9903 Titan Ct.
Address

Suite 15

| Littleton | CO | 80125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,631.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*  23-11121

**3.459** **Nonpriority creditor's name and mailing address**

RS Americas, Inc.
Creditor Name

RS (formerly Allied Electronics)
Creditor's Notice name

7151 Jack Newell Blvd., South
Address

| Fort Worth | TX | 76118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          30,274.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.460** **Nonpriority creditor's name and mailing address**

Rutan & Tucker, LLP
Creditor Name

Creditor's Notice name

18575 Jamboree Road 9th Floor
Address

| Irvine | CA | 92612 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          8,474.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.461** **Nonpriority creditor's name and mailing address**

Ryerson, Inc. - Greenville
Creditor Name

Ray Werness
Creditor's Notice name

PO Box 905716
Address

| Charlotte | NC | 28290 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,877.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.462** **Nonpriority creditor's name and mailing address**

S & A Systems, Inc.
Creditor Name

Don Rakow
Creditor's Notice name

992 Sids Road
Address

| Rockwall | TX | 75032-6512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,390.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.463** **Nonpriority creditor's name and mailing address**

S. Sterling Company

Creditor Name

Creditor's Notice name

102 International Drive

Address

| Peachtree City | GA | 30269 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 114,518.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.464** **Nonpriority creditor's name and mailing address**

Safe Fleet Bus & Rail

Creditor Name

Creditor's Notice name

319 Roske Drive

Address

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 87,974.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

---

**3.465** **Nonpriority creditor's name and mailing address**

Salem Tools, Inc
_____
Creditor Name

ST Solutions
_____
Creditor's Notice name

1602 Midland Road
_____
Address

| Salem | VA | 24153 |
|-------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,111.06

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.466** **Nonpriority creditor's name and mailing address**

Santa Clara Valley Transportation Authority
_____
Creditor Name

Rocky Bal
_____
Creditor's Notice name

3331 North First Street, Bldg B-1
_____
Address

| San Jose | CA | 95134-1927 |
|----------|-----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,571.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.467** **Nonpriority creditor's name and mailing address**

Sanz Kenway
Creditor Name

Kenway Engineeriing, Inc.
Creditor's Notice name

2555 Lake Ave
Address

| Fairmont | MN | 56031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 949.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.468** **Nonpriority creditor's name and mailing address**

Saunders, Ryan
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.469 Nonpriority creditor's name and mailing address**

Say Technologies LLC

Creditor Name

Creditor's Notice name

85 Willow Road

Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,654.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.470 Nonpriority creditor's name and mailing address**

SC Mech Solution, Inc.

Creditor Name

Jacqueline Nguyen

Creditor's Notice name

2241 Paragon Dr.

Address

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.471 Nonpriority creditor's name and mailing address**

Schleuniger, Inc
Creditor Name

Creditor's Notice name

87 Colin Drive
Address

| Manchester | NH | 03103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,620.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.472 Nonpriority creditor's name and mailing address**

Schunk Carbon Technology, LLC
Creditor Name

Edward Naczek
Creditor's Notice name

W146 N9300 Held Drive
Address

| Menomonee Falls | WI | 53051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 520,149.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.473 Nonpriority creditor's name and mailing address**

Schwab Retirement Plan Services, Inc
Creditor Name

Creditor's Notice name

9875 Schwab Way
Address

| Lone Tree | CO | 80124 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.474 Nonpriority creditor's name and mailing address**

SCTAC Board of Directors
Creditor Name

Creditor's Notice name

DBA South Carolina Technology & Aviation Center SCTAC
Address

2 Exchange St

| Greenville | SC | 29605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 584.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.475** **Nonpriority creditor's name and mailing address**

Seagate Plastics Company
Creditor Name

Creditor's Notice name

1110 Disher Drive
Address

| Waterville | OH | 43566 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.476** **Nonpriority creditor's name and mailing address**

Seal Methods, Inc
Creditor Name

Creditor's Notice name

11915 Shoemaker Avenue
Address

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.477  Nonpriority creditor's name and mailing address**

Sealcon, LLC
Creditor Name

Creditor's Notice name

14853 E. Hinsdale Ave
Address

Suite D

| Centennial | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,805.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.478  Nonpriority creditor's name and mailing address**

Sealeze
Creditor Name

Creditor's Notice name

22465 Network Pl
Address

| Chicago | IL | 60673-2246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,378.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

---

**3.479** **Nonpriority creditor's name and mailing address**

Sealing Devices INC
Creditor Name

Creditor's Notice name

4400 Walden Ave
Address

| Lancaster | NY | 14086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 212.25 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.480** **Nonpriority creditor's name and mailing address**

SecureWorks, Inc
Creditor Name

Lawrence Hamilton
Creditor's Notice name

1 Concourse Pkwy
Address

Ste 500

| Atlanta | GA | 30328 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 7,830.00 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.481 Nonpriority creditor's name and mailing address**

Securitas Security Service USA
Creditor Name

Creditor's Notice name

PO Box 403412
Address

| Atlanta | GA | 30384 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 157.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.482 Nonpriority creditor's name and mailing address**

SEFAC USA, Inc
Creditor Name

Creditor's Notice name

381 Nina Way
Address

| Warminster | PA | 18974 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,959.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

**3.483** **Nonpriority creditor's name and mailing address**

Seica

Creditor Name

Creditor's Notice name

110 Avco Road

Address

| Haveehill | MA | 01835 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                53.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.484** **Nonpriority creditor's name and mailing address**

Seifert Graphics, Inc.

Creditor Name

Creditor's Notice name

6133 Judd Road

Address

| Oriskany | NY | 13424 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            295,779.65

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.485** **Nonpriority creditor's name and mailing address**

Sensata Technologies, Inc.

Creditor Name

Creditor's Notice name

529 Pleasant St.

Address

| Attleboro | MA | 02703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,477,872.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.486** **Nonpriority creditor's name and mailing address**

Sentek Dynamics, Inc.

Creditor Name

Creditor's Notice name

2090 Duane Ave

Address

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,035.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.487** **Nonpriority creditor's name and mailing address**

Seon Design (USA) Corp DBA MobileView
Creditor Name

Creditor's Notice name

1313 East Maple Street
Address

Suite 231

| Bellingham | WA | 98225 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                36,844.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.488** **Nonpriority creditor's name and mailing address**

Service Transport INC, (STI)
Creditor Name

Creditor's Notice name

1441 S Buncombe Rd
Address

| Greer | SC | 29651 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 1,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.489** **Nonpriority creditor's name and mailing address**

Shoeteria, Inc
Creditor Name

Creditor's Notice name

5305 East Washington Blvd
Address

| Comerece | CA | 90040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                581.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.490** **Nonpriority creditor's name and mailing address**

Shred-It US JV LLC
Creditor Name

DBA Shred-It USA LLC
Creditor's Notice name

28883 Network Place
Address

| Chicago | IL | 60673-1288 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                498.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 1,887.50 |

Shutts & Bowen LLP
Creditor Name

Creditor's Notice name

200 South Biscayne Boulevard
Address

Suite 4100

| Miami | FL | 33131 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 12,110.50 |

Sibros Technologies Inc
Creditor Name

Creditor's Notice name

785 Orchard Drive
Address

Suite 150

| Folsom | CA | 95630 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.493 Nonpriority creditor's name and mailing address**

Sigalit Yochay-Wise
Creditor Name

DBA Uptima, Inc.
Creditor's Notice name

110 N 3rd St.
Address

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 4,374.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.494 Nonpriority creditor's name and mailing address**

Sigma Machine, Inc.
Creditor Name

Creditor's Notice name

3358 Center Park Plaza
Address

| Kalamazoo | MI | 49048 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 823,264.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.495 Nonpriority creditor's name and mailing address**

Signatures, Inc.
Creditor Name

Shane McMahon
Creditor's Notice name

327 Miller Rd
Address

Suite A

| Mauldin | SC | 29662 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,422.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.496 Nonpriority creditor's name and mailing address**

Silicon Forest Electronics
Creditor Name

Creditor's Notice name

6204 E 18th Street
Address

| Vancouver | WA | 98661 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 241,595.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.497** **Nonpriority creditor's name and mailing address**

Simcona Electronics Corporation
Creditor Name

Creditor's Notice name

275 Mt Read Blvd.
Address

| Rochester | NY | 14606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                24,557.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.498** **Nonpriority creditor's name and mailing address**

Snap ON Industrial, a division of IDSC Holdings
Creditor Name

Creditor's Notice name

3011 E. Route 176
Address

| Crystal Lake | IL | 60039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                208.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.499 Nonpriority creditor's name and mailing address**

Snider Fleet Solutions
Creditor Name

Creditor's Notice name

PO Box 16046
Address

Greensboro | NC | 27416-6046
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,725.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.500 Nonpriority creditor's name and mailing address**

Softchoice Corporation
Creditor Name

Creditor's Notice name

16609 Collections Center Drive
Address

Chicago | IL | 60693
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,389.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

3.501 **Nonpriority creditor's name and mailing address**

Sourcing Fuel
Creditor Name

dba Sourcing Insights
Creditor's Notice name

3218 Daugherty Drive
Address

Suite 150

| Lafayette | IN | 47909 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                16,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

3.502 **Nonpriority creditor's name and mailing address**

South Alliance Industrial Machine Inc.
Creditor Name

Creditor's Notice name

2423 Troy Ave
Address

| South El Monte | CA | 91733 |
|----------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**3.503 Nonpriority creditor's name and mailing address**

South Bay Solutions Inc
Creditor Name

Michael Dreniany
Creditor's Notice name

37399 Centralmont Place
Address

| Fremont | CA | 94536 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  447,558.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.504 Nonpriority creditor's name and mailing address**

Southeastern Pennsylvania Transportation Authority (SEPTA)
Creditor Name

Patrick J. Kearney
Creditor's Notice name

Duane Morris LLP
Address

30 South 17th Street

| Philadelphia | PA | 19103-4196 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

### 3.505 Nonpriority creditor's name and mailing address

Southern California Edison
Creditor Name

Creditor's Notice name

PO Box 300
Address

| Rosemead | CA | 91772 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 43,101.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

### 3.506 Nonpriority creditor's name and mailing address

Southwest Research Institute
Creditor Name

Creditor's Notice name

6220 Culebra Road
Address

| San Antonio | TX | 78238-5166 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 114,566.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*  23-11121

**3.507**  **Nonpriority creditor's name and mailing address**

SPAL USA
Creditor Name

_____
Creditor's Notice name

1731 SE Oralabor Rd.
Address

_____

| Ankeny | IA | 50021 |
|--------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,432.13
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.508**  **Nonpriority creditor's name and mailing address**

Spartanburg Regional Healthcare System
Creditor Name

_____
Creditor's Notice name

101 East Wood Street
Address

_____

| Spartanburg | SC | 29303 |
|-------------|-----|-------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,767.20
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.509** **Nonpriority creditor's name and mailing address**

SpecFab Services, Inc

Creditor Name

Creditor's Notice name

PO Box 5429

Address

| Greenville | SC | 29606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 330,170.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.510** **Nonpriority creditor's name and mailing address**

Specialty Manufacturing, Inc

Creditor Name

Creditor's Notice name

PO Box 198712

Address

| Atlanta | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 11,516.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 279 of 339

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.511 Nonpriority creditor's name and mailing address**

Spectrum Business
Creditor Name

Charter Communications Holding, LLC
Creditor's Notice name

12405 Powerscourt Dr.
Address

| St. Louis | MO | 63131 |
|-----------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,705.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.512 Nonpriority creditor's name and mailing address**

Sportworks Global LLC
Creditor Name

Creditor's Notice name

15540 Woodinville-Redmond Rd NE, A-200
Address

| Woodinville | WA | 98072 |
|-------------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,545.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.513** **Nonpriority creditor's name and mailing address**

Squire Patton Boggs (US) LLP
Creditor Name

Creditor's Notice name

4900 Key Tower
Address

127 Public Square

| Cleveland | OH | 44114 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,326.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.514** **Nonpriority creditor's name and mailing address**

Stage 8 Locking Fasteners Inc.
Creditor Name

Director of Accounting Denise Keeler
Creditor's Notice name

4318 Redwood Hwy, Suite 200
Address

| San Rafael | CA | 94903 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.515 Nonpriority creditor's name and mailing address**

Stanley Convergent Security Solutions, Inc.
Creditor Name

Creditor's Notice name

Dept. CH 10651
Address

| Palatine | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    5,045.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.516 Nonpriority creditor's name and mailing address**

Staples Technology Solutions
Creditor Name

Staples Contract & Commercial LLC
Creditor's Notice name

1096 E. Newport Center Drive
Address

Suite 300

| Deerfield Beach | FL | 33442 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    6,705.42

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.517 Nonpriority creditor's name and mailing address**

State of Hawaii

Creditor Name

Creditor's Notice name

Department of Taxation

Address

830 Punchbowl Street

| Honolulu | HI | 96813-5094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                0.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.518 Nonpriority creditor's name and mailing address**

Steelcase Financial Services Inc.

Creditor Name

Creditor's Notice name

901 44th Street SE

Address

| Grand Rapids | MI | 49508-7594 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            21,069.42

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.519 Nonpriority creditor's name and mailing address**

Steven Engineering
Creditor Name

Creditor's Notice name

PO Box 1029
Address

| San Bruno | CA | 94066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,818.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.520 Nonpriority creditor's name and mailing address**

Storm Manufacturing Corporation
Creditor Name

Storm Power Components
Creditor's Notice name

PO Box 99
Address

| Decatur | TN | 37322 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,079.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.521 Nonpriority creditor's name and mailing address**

STR Limited

Creditor Name

Talos Automation

Creditor's Notice name

1-2 Quay Point, Northarbour Road

Address

| Portsmouth | | PO6 3TD |
|---|---|---|
| City | State | ZIP Code |

United Kingdom

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 251,580.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.522 Nonpriority creditor's name and mailing address**

Strategic Mapping Inc.

Creditor Name

Creditor's Notice name

2200 Yonge Street

Address

Suite 1711

| Toronto | ON | M4S 2C6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,990.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.523** **Nonpriority creditor's name and mailing address**

Sustained Quality
Creditor Name

EHD Tech
Creditor's Notice name

431 East Colfax Ave
Address

Suite 100

| South Bend | IN | 46617 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 57,406.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.524** **Nonpriority creditor's name and mailing address**

Sutrak Corporation
Creditor Name

Creditor's Notice name

6897 East 49th Ave.
Address

| Commerce City | CO | 80022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 12,258.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.525** **Nonpriority creditor's name and mailing address**

Suzhou YongChuang Metal Science and Technology CO., LTD.

Creditor Name

Eric Zhu

Creditor's Notice name

3699 Puzhuang Road

Address

Xukou Town

| Suzhou | Jiangsu | 215105 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                262,611.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.526** **Nonpriority creditor's name and mailing address**

Swamp Fox Software and Analytics, LLC

Creditor Name

Creditor's Notice name

602 Cunningham Rd

Address

| Taylors | SC | 29687 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                11,375.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*  23-11121

**3.527** **Nonpriority creditor's name and mailing address**

Tapeswitch Corporation
Creditor Name

Creditor's Notice name

100 Schmitt Blvd.
Address

| Farmingdale | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              9,805.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.528** **Nonpriority creditor's name and mailing address**

Tata Consultancy Services Ltd
Creditor Name

Creditor's Notice name

379 Thornwall St
Address

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            212,549.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.529 Nonpriority creditor's name and mailing address**

Tatyana Vovk
Creditor Name

Creditor's Notice name

314 Tall Oaks Trail
Address

| Inman | SC | 29349 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,143.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.530 Nonpriority creditor's name and mailing address**

Taylor Machine and Welding Inc.
Creditor Name

Taylor Manufacturing
Creditor's Notice name

224 Adams Street
Address

| Stevenson | AL | 35772 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 122,628.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

**3.531** **Nonpriority creditor's name and mailing address**

TDI Power

Creditor Name

Creditor's Notice name

36 Newburgh Rd

Address

| Hackettstown | NJ | 07840-3904 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,934.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.532** **Nonpriority creditor's name and mailing address**

TE Connectivity Corporation

Creditor Name

Creditor's Notice name

24627 Network Place

Address

| Chicago | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 82,935.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.533 Nonpriority creditor's name and mailing address**

Teachey Service Company, Inc.

Creditor Name

Creditor's Notice name

PO Box 339

Address

| Simpsonville | SC | 29681 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,189.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.534 Nonpriority creditor's name and mailing address**

Tech Graphics Private Limited

Creditor Name

Creditor's Notice name

13, Gokul Society

Address

Sindhwai mata Road

| Pratapnagar | Vadodara | 390004 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,700.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.535 Nonpriority creditor's name and mailing address**

Test Chamber Solutions, Inc.
Creditor Name

dba Thermaxx Mechanical
Creditor's Notice name

PO Box 32138
Address

| Stockton | CA | 95213 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 8,461.70
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.536 Nonpriority creditor's name and mailing address**

Testamatic Systems Inc
Creditor Name

Santhosh Patil
Creditor's Notice name

41000 Woodward Avenue Ste 350 East
Address

| Bloomfield Hills | MI | 48304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 69,562.55
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.537** **Nonpriority creditor's name and mailing address**

Testco Incorporated
Creditor Name

Creditor's Notice name

1290 Kifer Road, Suite 308
Address

| Sunnyvale | CA | 94086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,792.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.538** **Nonpriority creditor's name and mailing address**

TestEquity LLC
Creditor Name

Martin Aguilar
Creditor's Notice name

6100 Condor Drive
Address

| Moorpark | CA | 93021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 493.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.539** **Nonpriority creditor's name and mailing address**

Texas A&M Transportation Institute

Creditor Name

Creditor's Notice name

400 Harvey Mitchell Parkway

Address

Suite 300

| College Station | TX | 77845 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,972.82

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.540** **Nonpriority creditor's name and mailing address**

The Gas Company (SoCalGas)

Creditor Name

Creditor's Notice name

PO Box C

Address

| Monterey Park | CA | 91756 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.541** | **Nonpriority creditor's name and mailing address**

The Print Machine Inc.
Creditor Name

Creditor's Notice name

1003 Laurens Rd
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 249.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address**

The RoviSys Company
Creditor Name

Creditor's Notice name

PO Box 73486
Address

| Cleveland | OH | 44193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,495.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.543** **Nonpriority creditor's name and mailing address**

Therma-Tech (A.R. Lintern)

Creditor Name

Creditor's Notice name

24900 Capitol Road

Address

| Redford | MI | 48239 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 24,230.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.544** **Nonpriority creditor's name and mailing address**

Timothy D. Tafrow Electric, LLC.

Creditor Name

Creditor's Notice name

44 Doe Drive

Address

| Hamilton | NJ | 08620 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 24,612.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.545 Nonpriority creditor's name and mailing address**

Top Tempo Technical

Creditor Name

Creditor's Notice name

1010 E Union Street

Address

Suite 125

| Pasadena | CA | 91106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              27,348.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.546 Nonpriority creditor's name and mailing address**

Toronto Transit Commission

Creditor Name

Creditor's Notice name

1900 Yonge Street

Address

| Toronto | ON | M2N 6L9 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              21,270.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.547** **Nonpriority creditor's name and mailing address**

Total Quality Logistics, LLC
Creditor Name

Creditor's Notice name

4289 Ivy Pointe Blvd.
Address

| Cincinnati | OH | 45245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,920.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.548** **Nonpriority creditor's name and mailing address**

TPI Composites, INC
Creditor Name

Creditor's Notice name

373 Market St
Address

PO Box 367

| Warren | RI | 02885 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,149,932.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

**3.549 Nonpriority creditor's name and mailing address**

Transign LLC

Creditor Name

Creditor's Notice name

281 Collier Road

Address

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    12,345.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.550 Nonpriority creditor's name and mailing address**

Transit Technical LLC

Creditor Name

Phillip DeHaan

Creditor's Notice name

655 Cliffwood Ave.

Address

| Portage | MI | 49002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    38,911.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.551 Nonpriority creditor's name and mailing address**

TransPak
Creditor Name

Creditor's Notice name

PO Box 102762
Address

| Pasadena | CA | 91189-2762 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 965.90
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.552 Nonpriority creditor's name and mailing address**

Trapeze Software Group, Inc
Creditor Name

Creditor's Notice name

5265 Rockwell Drive NE
Address

| Cedar Rapids | IA | 52402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,148.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.553 Nonpriority creditor's name and mailing address**

Trim-Lok, Inc.
Creditor Name

Creditor's Notice name

6855 Hermosa Circle
Address

| Buena Park | CA | 90622 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.554 Nonpriority creditor's name and mailing address**

Triniti Corporation
Creditor Name

Creditor's Notice name

2001 Gateway Place
Address

Suite 425E

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.555** **Nonpriority creditor's name and mailing address**

TripSpark USA

Creditor Name

Creditor's Notice name

5265 Rockwell Drive NE

Address

| Cedar Rapids | IA | 52402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,709.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.556** **Nonpriority creditor's name and mailing address**

Tritium Pty LTD

Creditor Name

Creditor's Notice name

Unit 1

Address

31 Archimedes Pl

| Murarrie | | 4172 |
|---|---|---|
| City | State | ZIP Code |

Australia

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 61,287.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121

**3.557** **Nonpriority creditor's name and mailing address**

TRM Precision Manufactory(Suzhou) Ltd
_____
Creditor Name

Suzhou Speed Communication Technology Ltd
_____
Creditor's Notice name

No. 388 Xin Ping Street
_____
Address

Jiang Su
_____

| Suzhou | | 215123 |
|--------|--------|--------|
| City | State | ZIP Code |

China
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    123,043.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.558** **Nonpriority creditor's name and mailing address**

Troutman Pepper Hamilton Sanders LLP
_____
Creditor Name

Goutam Patnaik
_____
Creditor's Notice name

3000 Two Logan Square
_____
Address

18th & Arch Streets
_____

| Philadelphia | PA | 19103 |
|--------------|------|--------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    67,531.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**3.559** **Nonpriority creditor's name and mailing address**

TruGold, LLC
Creditor Name

TruColor
Creditor's Notice name

2107 Laurens Road
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    396.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.560** **Nonpriority creditor's name and mailing address**

TRW Automotive U.S. LLC
Creditor Name

Creditor's Notice name

PO Box 77952
Address

| Detroit | MI | 48277 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                  27,468.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.561** **Nonpriority creditor's name and mailing address**

TTI, Inc
Creditor Name

Creditor's Notice name

220 Horizon Dr
Address

Suite 203

| Raleigh | NC | 27615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 202,602.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.562** **Nonpriority creditor's name and mailing address**

Tube Specialties
Creditor Name

Creditor's Notice name

1459 NW Sundial Rd
Address

| Troutdale | OR | 97060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,903.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.563** **Nonpriority creditor's name and mailing address**

TWC Services, Inc

Creditor Name

Creditor's Notice name

1629 Poplar Drive Ext.

Address

| Greer | SC | 29651 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 319.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.564** **Nonpriority creditor's name and mailing address**

UAB Promvadas DBA Promwad GmbH

Creditor Name

Creditor's Notice name

Antakalnio g. 17, building 12

Address

| Vilnius | | 10312 |
|---|---|---|
| City | State | ZIP Code |

Lithuania

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,736.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

---

**3.565  Nonpriority creditor's name and mailing address**

UKG Kronos Systems LLC
Creditor Name

Alicia Wilson
Creditor's Notice name

1485 North Park Drive
Address

| Weston | FL | 33326 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    111,788.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.566  Nonpriority creditor's name and mailing address**

ULine
Creditor Name

Creditor's Notice name

PO Box 88741
Address

| Chicago | IL | 60680-1741 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     50,871.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.567** **Nonpriority creditor's name and mailing address**

Unifirst Corporation

Creditor Name

Creditor's Notice name

322 Standing Springs Ct

Address

| Simpsonville | SC | 29680 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 491.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.568** **Nonpriority creditor's name and mailing address**

United Rentals (North America), Inc.

Creditor Name

Creditor's Notice name

PO Box 100711

Address

| Altanta | GA | 30384-0711 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,047.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.569 Nonpriority creditor's name and mailing address**

United States Seating Company
Creditor Name

Creditor's Notice name

101 Gordon Drive
Address

| Exton | PA | 19341 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,241.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.570 Nonpriority creditor's name and mailing address**

United Steelworkers
Creditor Name

Creditor's Notice name

PO Box 644485
Address

| Pittsburgh | PA | 15264 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,030.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.571** **Nonpriority creditor's name and mailing address**

Universal Packaging

Creditor Name

Creditor's Notice name

130 Fortis Drive

Address

| Duncan | SC | 29334 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 795.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.572** **Nonpriority creditor's name and mailing address**

Universal Protection Service LP

Creditor Name

Creditor's Notice name

1551 N Tustin Avenue

Address

Suite 650

| Santa Ana | CA | 92705 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 99,673.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.573 Nonpriority creditor's name and mailing address**

Universal Technical Services
Creditor Name

JASON CZARNIEKI
Creditor's Notice name

1245 Woods Chapel Rd
Address

PO Box 765

| Duncan | SC | 29334 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.574 Nonpriority creditor's name and mailing address**

Unum Life Insurance Company of America
Creditor Name

Creditor's Notice name

1 Fountain Square
Address

| Chattanooga | TN | 37402-1330 |
|-------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 113,500.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.575 Nonpriority creditor's name and mailing address**

UPS Supply Chain Solutions, Inc
Creditor Name

Creditor's Notice name

PO Box 650690
Address

| Dallas | TX | 75265-0690 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 718.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.576 Nonpriority creditor's name and mailing address**

Urban Transportation Associates
Creditor Name

Creditor's Notice name

4240 Airport Rd.
Address

Suite 212

| Cincinnati | OH | 45226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.577 Nonpriority creditor's name and mailing address**

US Prototype, Inc.
Creditor Name

DBA Rapid Cut
Creditor's Notice name

PO Box 609
Address

| Hampstead | NC | 28443 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,600.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☒ Yes

**3.578 Nonpriority creditor's name and mailing address**

USAT Corp
Creditor Name

Creditor's Notice name

104 S Estes Dr.
Address

| Chapel Hill | NC | 27514 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,770.32
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**3.579  Nonpriority creditor's name and mailing address**

USDI
Creditor Name

Unique Systems Design, Inc
Creditor's Notice name

2550 S. Telegraph Road
Address

Suite 240

| Bloomfield Hills | MI | 48302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                6,375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.580  Nonpriority creditor's name and mailing address**

Valeda Co LLC DBA QStraint USA
Creditor Name

Creditor's Notice name

5553 Ravenswood Blvd
Address

Suite 110

| Fort Lauderdale | FL | 33312 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                710.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.581 Nonpriority creditor's name and mailing address**

Valeo Thermal Commercial Vehicles North America, Inc.

Creditor Name

Creditor's Notice name

PO Box 2266

Address

| Carol Stream | IL | 60132 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 582,608.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.582 Nonpriority creditor's name and mailing address**

Vallen Distribution, Inc.

Creditor Name

Creditor's Notice name

PO Box 404753

Address

| Atlanta | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,763.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**3.583** **Nonpriority creditor's name and mailing address**

Valley Vista Services Inc.
Creditor Name

City of Industry
Creditor's Notice name

17445 E Railroad Street
Address

| City of Industry | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 17,019.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.584** **Nonpriority creditor's name and mailing address**

Valmont Industries Inc.
Creditor Name

Creditor's Notice name

One Valmont Plaza - 5th Floor
Address

| Omaha | NE | 68154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 48,932.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

**3.585 Nonpriority creditor's name and mailing address**

Van Hool NV
_____
Creditor Name

Jan Ruyts
_____
Creditor's Notice name

Bernard Van Hoolstraat 58
_____
Address

_____

| Koningshooikt | Lier | 2500 |
|---|---|---|
| City | State | ZIP Code |

Belgium
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,404.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.586 Nonpriority creditor's name and mailing address**

Vapor Bus International
_____
Creditor Name

_____
Creditor's Notice name

2259 Reliable Parkway
_____
Address

_____

| Chicago | IL | 60686 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 62,244.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.587** **Nonpriority creditor's name and mailing address**

Vaughn Belting Co., Inc.
Creditor Name

Creditor's Notice name

PO Box 5505
Address

| Spartanburg | SC | 29304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,843.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.588** **Nonpriority creditor's name and mailing address**

VCA North America
Creditor Name

Tania Ganguly
Creditor's Notice name

17484 N Laurel Park Drive
Address

Suite 200E

| Livonia | MI | 48152 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.589 Nonpriority creditor's name and mailing address**

Vehicle Improvement Products, Inc.
Creditor Name

Creditor's Notice name

18881 IMMI Way
Address

| Westfield | IN | 46074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,638.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.590 Nonpriority creditor's name and mailing address**

VenAir, Inc.
Creditor Name

Creditor's Notice name

16713 Park Centre Blvd
Address

| Miami Gardens | FL | 33017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,249.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.591 Nonpriority creditor's name and mailing address**

Ventura Inc

Creditor Name

Creditor's Notice name

160 Gibson Court

Address

| Dallas | NC | 28034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 436,079.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.592 Nonpriority creditor's name and mailing address**

Verizon Wireless

Creditor Name

Creditor's Notice name

PO Box 660108

Address

| Dallas | TX | 75266 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,448.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*  23-11121

**3.593 Nonpriority creditor's name and mailing address**

Vigilant Technologies LLC
Creditor Name

Creditor's Notice name

1050 Wilshire Drive, Suite 307
Address

| Troy | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                16,795.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.594 Nonpriority creditor's name and mailing address**

Virginia Panel Corporation
Creditor Name

Creditor's Notice name

1400 New Hope Road
Address

| Waynesboro | VA | 22980 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 2,401.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.595 Nonpriority creditor's name and mailing address**

Vishay Measurements Group, Inc.
Creditor Name

Mico-Measurements
Creditor's Notice name

951 Wendell Blvd
Address

| Wendell | NC | 27591 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,561.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.596 Nonpriority creditor's name and mailing address**

Vision Service Plan Insurance Company
Creditor Name

Creditor's Notice name

PO Box 742788
Address

| Los Angeles | CA | 90074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,821.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.597 Nonpriority creditor's name and mailing address**

VOSS Automotive, Inc.

Creditor Name

Creditor's Notice name

4640 Hillegas Road

Address

| Fort Wayne | IN | 46818 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,335.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.598 Nonpriority creditor's name and mailing address**

V-Soft Consulting Group, Inc.

Creditor Name

Creditor's Notice name

101 Bullitt Lane

Address

Suite 205

| Louisville | KY | 40222 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,059.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.599** **Nonpriority creditor's name and mailing address**

Vulcan Safety Shoes, Inc.
Creditor Name

Creditor's Notice name

4745 Hugh Howell Road
Address

| Tucker | GA | 30084 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,492.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.600** **Nonpriority creditor's name and mailing address**

W&B Technology Ltd.
Creditor Name

Creditor's Notice name

FLAT/RM 803
Address

CHEVALIER HOUSE

45-51 CHATHAM ROAD SOUTH

| TSIM SHA TSUI | KOWLOON | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,776.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.601 Nonpriority creditor's name and mailing address**

Waste Management of South Carolina, Inc
Creditor Name

Creditor's Notice name

390 Innovation Way
Address

| Wellford | SC | 29385 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,451.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.602 Nonpriority creditor's name and mailing address**

Watson Engineering
Creditor Name

Creditor's Notice name

1350 Shiloh Church Rd.
Address

| Piedmont | SC | 29673 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 68,136.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.603** **Nonpriority creditor's name and mailing address**

Waytek Inc
Creditor Name

Creditor's Notice name

2440 Galpin Ct
Address

PO BOX 690

| Chanhassen | MN | 55317 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,772.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.604** **Nonpriority creditor's name and mailing address**

WESCO Distribution, Inc.
Creditor Name

Creditor's Notice name

225 West Station Square Dr, Suite #700
Address

| Pittsburgh | PA | 15219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

**3.605 Nonpriority creditor's name and mailing address**

Wes-Garde Components Group, Inc.

Creditor Name

Creditor's Notice name

2820 Drane Field Road

Address

| Lakeland | FL | 33811 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                41,586.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☒ Yes

**3.606 Nonpriority creditor's name and mailing address**

West Marine Products

Creditor Name

Creditor's Notice name

PO Box 669336

Address

| Dallas | TX | 75266-9336 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                8,719.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)* 23-11121

**3.607 Nonpriority creditor's name and mailing address**

West Publishing Corporation

Creditor Name

Creditor's Notice name

PO Box 6292

Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,583.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.608 Nonpriority creditor's name and mailing address**

WHEEL-CHECK

Creditor Name

Creditor's Notice name

1601 Bayview Ave

Address

PO Box 43519

| Toronto | ON | M4G 3B5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 40.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**3.609** **Nonpriority creditor's name and mailing address**

Wiggs, Rhys

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,183.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.610** **Nonpriority creditor's name and mailing address**

Willis Towers Watson Insurance Services West, Inc.

Creditor Name

Creditor's Notice name

PO Box 101162

Address

| Pasadena | CA | 91189-1162 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 9,816.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.611 Nonpriority creditor's name and mailing address**

WIN.IT America, Inc.
Creditor Name

Creditor's Notice name

18501 Arenth Ave
Address

| City of Industry | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45,705.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.612 Nonpriority creditor's name and mailing address**

WINDRUNNER INC. DBA AXSOMART
Creditor Name

DON AXSOM
Creditor's Notice name

44 South Fairfield Rd
Address

| Greenville | SC | 29605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,784.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.613** **Nonpriority creditor's name and mailing address**

Womble Bond Dickinson (US) LLP

Creditor Name

Creditor's Notice name

PO Box 601879

Address

| Charlotte | NC | 28260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,399.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.614** **Nonpriority creditor's name and mailing address**

Workwell Occupational Health

Creditor Name

Creditor's Notice name

135 Commonwealth Dr

Address

Suite 120

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 187.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

**3.615 Nonpriority creditor's name and mailing address**

Wurth Electronics ICS Inc.

Creditor Name

Creditor's Notice name

1982 Byers Rd

Address

| Miamisburg | OH | 45342 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,101.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.616 Nonpriority creditor's name and mailing address**

XD Innovation Services, LLC

Creditor Name

Creditor's Notice name

9800 Mount Pyramid Ct

Address

Suite 400

| Englewood | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,069.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

**3.617 Nonpriority creditor's name and mailing address**

Xometry, Inc.
Creditor Name

Creditor's Notice name

7951 Cessna Avenue
Address

| Gaithersburg | MD | 20879 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  35,575.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.618 Nonpriority creditor's name and mailing address**

Yildiz, Tolga
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  1,446.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Employee Reimbursements

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**3.619 Nonpriority creditor's name and mailing address**

Young Office Environments, Inc.
Creditor Name

Creditor's Notice name

1280 Ridge Road
Address

| | | |
|---|---|---|
| Greenville | SC | 29607-4626 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,173.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.620 Nonpriority creditor's name and mailing address**

ZAPI Inc
Creditor Name

In Motion US LLC
Creditor's Notice name

3157 State Street
Address

| | | |
|---|---|---|
| Blacksburg | VA | 24060 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    50,848.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**3.621 Nonpriority creditor's name and mailing address**

ZF Friedrichshafen AG

Creditor Name

Creditor's Notice name

CV Axle Systems

Address

Donaustrasse 25-71

| Passau | | 94030 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 452,564.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.622 Nonpriority creditor's name and mailing address**

ZF Industries -Gainesville LLC

Creditor Name

Creditor's Notice name

PO Box 5826

Address

| Carol Stream | IL | 60197-5826 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,263.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**3.623 Nonpriority creditor's name and mailing address**

ZF Services North America LLC
Creditor Name

Creditor's Notice name

777 Hickory Hill Drive
Address

| Vernon Hills | IL | 60061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,373.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.624 Nonpriority creditor's name and mailing address**

ZF SERVICES NORTH AMERICA, LLC
Creditor Name

Creditor's Notice name

PO Box 5820
Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 382.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

3.625 **Nonpriority creditor's name and mailing address**

Zonar Systems, Inc.

Creditor Name

Creditor's Notice name

18200 Cascade Ave. S

Address

| Seattle | WA | 98188 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 475.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 _____ <br> Name <br><br> _____ <br> Notice Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State          ZIP Code <br><br> _____ <br> Country | Line _____ <br><br> ☐  Not Listed.Explain <br><br> _____ | _____ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 76,059,637.28 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 76,059,637.28 |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the LCFS Credit Registration and Sale Agreement | 3Degrees Group, Inc. |
| | | Name |
| | | Notice Name |
| | | 235 Montgomery Street, Suite 320 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |
| | | San Francisco    CA    94104 |
| | | City    State    ZIP Code |
| | | Country |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** | LCFS Credit Registration and Sale Agreement | 3Degrees Group, Inc. |
| | | Name |
| | | Notice Name |
| | | 235 Montgomery Street, Suite 320 |
| **State the term remaining** | 12/31/2021 | Address |
| **List the contract number of any government contract** | | |
| | | San Francisco    CA    94104 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.3** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

4Imprint, Inc.
Name

Notice Name

101 Commerce Street
Address

State the term remaining — Unknown

List the contract number of any government contract

Oshkosh | WI | 54901
City | State | ZIP Code

Country

**2.4** State what the contract or lease is for and the nature of the debtor's interest

Equipment Lease Agreement

601 W Companies LLC
Name

Notice Name

601 West 26th Street, Suite 1275
Address

State the term remaining — Unknown

List the contract number of any government contract

New York | NY | 10001
City | State | ZIP Code

Country

**2.5** State what the contract or lease is for and the nature of the debtor's interest

Amendment No 1 to Equipment Lease Agreement

601 W Companies LLC, Brickell 13 Chicago LLC
Name

Notice Name

601 West 26th Street, Suite 1275
Address

State the term remaining — Unknown

List the contract number of any government contract

New York | NY | 10001
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

2.6 **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

A-1 Jays Machining, Inc.
Name

Notice Name

**State the term remaining** Unknown

2228 Oakland Rd
Address

**List the contract number of any government contract**

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.7 **State what the contract or lease is for and the nature of the debtor's interest**

Subscription Contract

A2MAC1 LLC
Name

Notice Name

**State the term remaining** Unknown

8393 Rawsonville Road
Address

**List the contract number of any government contract**

| Belleville | MI | 48111 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.8 **State what the contract or lease is for and the nature of the debtor's interest**

Change Order form amending Contract b/w AAMU and PTRA (Change No. CR-01; PRO-19-001)

AAMU
Name

Notice Name

Department of Transportation

**State the term remaining** Unknown

Address

315 Patton Hall

**List the contract number of any government contract**

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

---

**2.9** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

AATIS, Inc.
Name

Notice Name

PMB 202
Address

**State the term remaining** Unknown

3504 Highway 153

**List the contract number of any government contract**

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.10** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

AATIS, Inc.
Name

Notice Name

PMB 202
Address

**State the term remaining** Unknown

3504 Highway 153

**List the contract number of any government contract**

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.11** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

AATIS, Inc.
Name

Notice Name

PMB 202
Address

**State the term remaining** 12/30/2023

3504 Highway 153

**List the contract number of any government contract**

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work MFG Execution System (MES) Support Services |

AATIS, Inc.
Name

Notice Name

PMB 202
Address

3504 Highway 153

**State the term remaining** Unknown

**List the contract number of any government contract**

| Greenville | SC | 29611 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Cooperative Agreement |

ABB, Inc.
Name

Notice Name

1021 Main Campus Drive
Address

**State the term remaining** 12/31/2024

**List the contract number of any government contract**

| Raleigh | NC | 27606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | General Terms and Conditions of Sale |

ABB, Inc.
Name

Notice Name

1021 Main Campus Drive
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Raleigh | NC | 27606 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.15** **State what the contract or lease is for and the nature of the debtor's interest**

General Terms and Conditions of Sale

ABB, Inc.
Name

Notice Name

1021 Main Campus Drive
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Raleigh | NC | 27606 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

ACC Business
Name

Notice Name

PO Box 5077
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Carol Stream | IL | 60197-5077 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Act Test Panels LLC
Name

Notice Name

273 Industrial Drive
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Hillsdale | MI | 49242 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | | | |
|---|---|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | 3-Year Commit Amendment to the Value Incentive Plan Terms and Conditions | Adobe | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Unknown | 345 Park Avenue | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | San Jose | CA | 95110-2704 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011015) | Advanced Door Systems, Inc | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Unknown | 118A Production Drive | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Yorktown | VA | 23693 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Advanced Packaging Solutions & Products, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | 553 Trade Center Parkway | |
| | | | Address | |
| | **State the term remaining** | Unknown | Suite 101 | |
| | **List the contract number of any government contract** | | | |
| | | | Summerville | SC | 29483 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Advanced Rigging & Machinery Movers, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 2117 Three and Twenty Road | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | Easley | SC | 29642 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Advanced Wheel Sales LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 28381 Network Place | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | Chicago | IL | 60673 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Supplying Direct Hires | Aerotek, Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 7301 Parkway Dr. | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | Hanover | MD | 21076 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | AFL Telecommunications Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 15331 Industrial Park Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Bristol | VA | 24202 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Airgas USA, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 532609 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Atlanta | GA | 30353 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Contract No. PRO-19-001  dated May 30th, 2019 (PRO-19-001) | Alabama A&M University |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4900 Meridian Street North |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Normal | AL | 35762 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*    23-11121

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 2 to Contract No. PRO-19-001  dated May 30th, 2019 (PRO-19-001) |

Alabama A&M University

Name

Notice Name

4900 Meridian Street North

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Bus Vehicle Bill of Sale |

Alabama A&M University

Name

Notice Name

315 Patton Hall

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Normal | AL | 35764 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Charger Lease Agreement |

Alabama A&M University

Name

Notice Name

4900 Meridian Street

Address

Patton Hall, Rm 315

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| Name | | |

| | | |
|---|---|---|
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations (PRO-19-001) |

Alabama A&M University
Name

Notice Name

315 Patton Hall
Address

| | **State the term remaining** | Unknown |
|---|---|---|

| | **List the contract number of any government contract** | |
|---|---|---|

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P0083918) |

Alabama A&M University
Name

Notice Name

315 Patton Hall
Address

| | **State the term remaining** | Unknown |
|---|---|---|

| | **List the contract number of any government contract** | |
|---|---|---|

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P0083919) |

Alabama A&M University
Name

Notice Name

315 Patton Hall
Address

| | **State the term remaining** | Unknown |
|---|---|---|

| | **List the contract number of any government contract** | |
|---|---|---|

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Alabama Disclosure Statement |

Alabama A&M University
Name

Notice Name

4900 Meridian Street
Address

**State the term remaining** — Unknown

Patton Hall, Rm 315

**List the contract number of any government contract**

| Normal | AL | 35762 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32315) |

Albemarle County Public Schools
Name

Notice Name

401 McIntire Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Charlottesville | VA | 22902 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32912) |

Albemarle County Public Schools
Name

Notice Name

401 McIntire Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Charlottesville | VA | 22902 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order #5- Pricing Escalation Notice (Project No.300759 Order #:781891)

Aldridge Electric, Inc.

Name

Notice Name

844 E Rockland Rd

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Libertyville | IL | 60048 |
| City | State | ZIP Code |

Country

---

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement (Project No. 300759 Order #:781891)

Aldridge Electric, Inc.

Name

Notice Name

844 E Rockland Rd

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Libertyville | IL | 60048 |
| City | State | ZIP Code |

Country

---

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**

Business Associate Agreement

Alera Group, Inc.

Name

Notice Name

Attention Neil Phillips

**State the term remaining**    Unknown

Address

1455 Lincoln Parkway, Ste 100

**List the contract number of any government contract**

| | | |
|---|---|---|
| Atlanta | GA | 30346 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 766430) | Alexander Dennis |

Name

Notice Name

**State the term remaining**  Unknown

PO BOX 401

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Skelmersdale | | WN8 9QB |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 768278) | Alexander Dennis |

Name

Notice Name

**State the term remaining**  Unknown

PO BOX 401

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Skelmersdale | | WN8 9QB |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 783683) | Alexander Dennis |

Name

Notice Name

**State the term remaining**  Unknown

PO BOX 401

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Skelmersdale | | WN8 9QB |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 817227) |
| | | |

Alexander Dennis

Name

Notice Name

PO BOX 401

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Skelmersdale | | WN8 9QB |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 819912) |

Alexander Dennis

Name

Notice Name

PO BOX 401

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Skelmersdale | | WN8 9QB |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E33396) |

Alexandria City Public Schools

Name

Notice Name

1340 Braddock Place, Suite 620

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Alexandria | VA | 22314 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26601) |

Alexandria City Public Schools
Name

Notice Name

1340 Braddock Place, Suite 620
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 32469) |

Alexandria Transit Company (DASH)
Name

Notice Name

3000 Business Center Drive
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 32469) |

Alexandria Transit Company (DASH)
Name

Notice Name

3000 Business Center Drive
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

---

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement | All Girls Transportation & Logistics, Inc. dba AGT Global Logistics |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 800 Roosevelt Road, Suite 300 |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Glen Ellyn   IL   60137 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Allegis Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lockbox 446047 |
| | State the term remaining | Unknown | Address |
| | | | P.O. Box 64765 |
| | List the contract number of any government contract | | |
| | | | |
| | | | St. Paul   MN   55164 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Allegis Group Holdings, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Aerotek, Inc. |
| | State the term remaining | Unknown | Address |
| | | | 7301 Parkway Drive |
| | List the contract number of any government contract | | |
| | | | |
| | | | Hanover   MD   21076 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.51** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Allied International Corp.
Name

Notice Name

7 Hill Street
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Bedford Hills | NY | 10507 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.52** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Allosense, Inc.
Name

Notice Name

110 E Houston Street
Address

7th Floor #207

**State the term remaining**    Unknown

**List the contract number of any government contract**

| San Antonio | TX | 78205 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.53** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit A-23-1 - Statement of Work - On-Site Resource: Amanda Tonner

Alt Solutions, Inc.
Name

Notice Name

PO Box 390889
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Mountain View | CA | 94039 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.54** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Altec Air, LLC
Name

Notice Name

226A Commerce S
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Broomfield | CO | 80020 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.55** | **State what the contract or lease is for and the nature of the debtor's interest** | Quote (Quote Number: Q-482747-2) |

Altium Inc.
Name

Notice Name

4225 Executive Square, Suite 800
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| La Jolla | CA | 92037 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.56** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Altro Transfloor
Name

Notice Name

80 Industrial Way
Address

Suite 1

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Willmington | MA | 01887 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.57** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Amazing Organizations, Inc.
Name

Notice Name

41214 Bridge Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Novi | MI | 48375 |
|------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.58** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Amerex Corporation
Name

Notice Name

7595 Gadsden Hwy
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Trussville | AL | 35173 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.59** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

American Cable & Rigging Supply, Inc.
Name

Notice Name

34 Sterling Place
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Mills River | NC | 28759 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.60** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

American Express Travel Related Services Company

Name

Notice Name

PO Box 650448

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Dallas | TX | 75265 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.61** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

American Tower Investments LLC

Name

Notice Name

1001 17th Street

**State the term remaining**

Unknown

Address

Suite 500

**List the contract number of any government contract**

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.62** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Amphenol Interconnect Products Corporation

Name

Notice Name

20 Valley Street

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Endicott | NY | 13760 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Data License Agreement | AMPLY Power, Inc. |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 335 E Middlefield Road |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Mountain View / CA / 95032 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011028) | Amramp Carolinas |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7022 Copeland Court |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Matthews / NC / 28104 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Development Agreement | Anadolu Isuzu Corporation |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Sekerpinar Mah |
| | State the term remaining | Unknown | Address |
| | | | Otomotiv Cd. No 2 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Cayirova / Kocaeli / 41435 |
| | | | City / State / ZIP Code |
| | | | Turkey |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.66** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Product Supply Agreement | Anadolu Isuzu Corporation |

Anadolu Isuzu Corporation
_____
Name

_____
Notice Name

Sekerpinar Mah
_____
Address

Otomotiv Cd. No 2

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Cayirova | Kocaeli | 41435 |
|---|---|---|
| City | State | ZIP Code |
| Turkey | | |
| Country | | |

**2.67** **State what the contract or lease is for and the nature of the debtor's interest**   Letter re: Price Adjustment Notification

Anadolu Isuzu Corporation
_____
Name

_____
Notice Name

Sekerpinar Mah
_____
Address

Otomotiv Cd. No 2

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Cayirova | Kocaeli | 41435 |
|---|---|---|
| City | State | ZIP Code |
| Turkey | | |
| Country | | |

**2.68** **State what the contract or lease is for and the nature of the debtor's interest**   Letter re: Price Adjustment Notification

Anadolu Isuzu Corporation
_____
Name

_____
Notice Name

Sekerpinar Mah
_____
Address

Otomotiv Cd. No 2

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Cayirova | Kocaeli | 41435 |
|---|---|---|
| City | State | ZIP Code |
| Turkey | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement (Contract No. PP-2021-AIOS-01) |

Anadolu Isuzu Corporation

Name

Notice Name

Sekerpinar Mah

**State the term remaining** — 3/29/2030

Address

Otomotiv Cd. No 2

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cayirova | Kocaeli | 41435 |
| Turkey | | |
| Country | | |

| | | |
|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A-21-35: Work Order |

APFS, LLC dba CV Partners Addison Group

Name

Notice Name

125 S Wacker Drive

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60606 |
| Country | | |

| | | |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A-21-36: Extension Work Order Consultant Name Hari Mandala |

APFS, LLC dba CV Partners Addison Group

Name

Notice Name

125 S Wacker Drive

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60606 |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.72** | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A-21-37 Extension Work Order - Ganna Brewster |

APFS, LLC dba CV Partners Addison Group

Name

Notice Name

125 S Wacker Drive

**State the term remaining** — Unknown — Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60606 |

Country

| | | |
|---|---|---|
| **2.73** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0001) |

AppalCART

Name

Notice Name

305 NC HWY 105 Bypass

**State the term remaining** — Unknown — Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Boone | NC | 28607 |

Country

| | | |
|---|---|---|
| **2.74** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0002) |

AppalCART

Name

Notice Name

305 NC HWY 105 Bypass

**State the term remaining** — Unknown — Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Boone | NC | 28607 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

**2.75** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0003) | AppalCART
| | | Name
| | |
| | | Notice Name
| | | 305 NC HWY 105 Bypass
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |

| | | Boone | NC | 28607
| | | City | State | ZIP Code
| | | Country

---

**2.76** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Purchase Order & Bus and Charger Option Configurator | AppalCART
| | | Name
| | |
| | | Notice Name
| | | 305 NC HWY 105 Bypass
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |

| | | Boone | NC | 28607
| | | City | State | ZIP Code
| | | Country

---

**2.77** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Purchase Order & Bus and Charger Option Configurator | AppalCART
| | | Name
| | |
| | | Notice Name
| | | 305 NC HWY 105 Bypass
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |

| | | Boone | NC | 28607
| | | City | State | ZIP Code
| | | Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Applus IDIADA KARCO Engineering, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 9270 Holly Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | |
|---|---|---|
| | Adelanto | CA | 92301 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Software-As-A-Service Agreement |
| | | Aqua Security Software, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 800 District Avenue Suite 510 |
| | **State the term remaining** | 6/8/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Burlington | MA | 01803 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement |
| | | Aranda Tooling, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 13950 Yorba Ave |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Chino | CA | 91710 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Aranda Tooling, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 13950 Yorba Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Chino          CA          91710 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Arcway LLC |
| | | | Name |
| | | | Notice Name |
| | | | 355 S Main St |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville          SC          29601 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Customer DBA for Quote #Q-29628 | Arena, a PTC Business |
| | | | Name |
| | | | Notice Name |
| | | | 121 Seaport Boulevard, 13th Floor |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Boston          MA          02210 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote (Quote Number: Q-39265) |

Arena, a PTC Business
Name

_____
Notice Name

121 Seaport Boulevard, 13th Floor
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boston | MA | 02210 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement |

Argonne National Laboratory
Name

_____
Notice Name

9700 S. Cass Avenue
Address

**State the term remaining** — 7/31/2027

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lemont | IL | 60439 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Sponsorship Agreement |

Argonne National Laboratory
Name

_____
Notice Name

9700 S. Cass Avenue
Address

**State the term remaining** — 7/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lemont | IL | 60439 |
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Order Form - Valence Platform | Arlington County Public Schools |
|---|---|---|---|

Name

Notice Name

Business Office
Address

State the term remaining | Unknown

PO Box 167

List the contract number of
any government contract

Arlington | MA | 02476-0002
City | State | ZIP Code

Country

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (E31163) | Arlington County Public Schools |
|---|---|---|---|

Name

Notice Name

2701 South Taylor Street
Address

State the term remaining | Unknown

List the contract number of
any government contract

Arlington | VA | 22206
City | State | ZIP Code

Country

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31163) | ARLINGTON COUNTY PUBLIC SCHOOLS |
|---|---|---|---|

Name

Notice Name

2701 South Taylor Street
Address

State the term remaining | Unknown

List the contract number of
any government contract

Arlington | VA | 22206
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31163) | Arlington County Public Schools |
|---|---|---|---|

Name

Notice Name

2701 South Taylor Street
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Arlington | VA | 22206 |

Country

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #225011) | Arlington County Public Schools |
|---|---|---|---|

Name

Notice Name

PO Box 167
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Arlington | MA | 02476 |

Country

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. E31163) | Arlington County Public Schools |
|---|---|---|---|

Name

Notice Name

2701 South Taylor Street
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Arlington | VA | 22206 |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
| | Name | | | |

**2.93** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E31163) | Arlington County Public Schools |
| | | Name |

| | | | Notice Name |

| **State the term remaining** | Unknown | | 2701 South Taylor Street |
| | | | Address |

| **List the contract number of** | | | |
| **any government contract** | | | |

| | | | Arlington | VA | 22206 |
| | | | City | State | ZIP Code |

| | | | Country |

**2.94** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 225011) | Arlington County Public Schools |
| | | Name |

| | | | Notice Name |

| | | | Business Office |

| **State the term remaining** | Unknown | | Address |
| | | | PO Box 167 |

| **List the contract number of** | | | |
| **any government contract** | | | |

| | | | Arlington | MA | 02476-0002 |
| | | | City | State | ZIP Code |

| | | | Country |

**2.95** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | AROW Global Corp |
| | | Name |

| | | | Notice Name |

| | | | 924 North Park View Circle |

| **State the term remaining** | Unknown | | Address |

| **List the contract number of** | | | |
| **any government contract** | | | |

| | | | Mosinee | WI | 54455 |
| | | | City | State | ZIP Code |

| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice (200449) | Arvin Transportation |
|---|---|---|---|

Name

Notice Name

165 Plumtree Drive

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

| Arvin | CA | 93203 |
|---|---|---|

City | State | ZIP Code

Country

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement (MSA) | Aryaka Networks, Inc. |
|---|---|---|---|

Name

Notice Name

1800 Gateway Drive, Suite 200

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of any government contract**

| San Mateo | CA | 94404 |
|---|---|---|

City | State | ZIP Code

Country

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | AS Raymond |
|---|---|---|---|

Name

Notice Name

d/b/a Associated Spring Rao

| **State the term remaining** | Unknown |
|---|---|

Address

370 West Dussel Drive Suite A

**List the contract number of any government contract**

| Maumee | OH | 43537 |
|---|---|---|

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Renewal Order Form (Contract Number: 63c9feec8de9ed09768bc32c) | Asana, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 633 Folsom Street, Suite 100 |
| | State the term remaining | 1/18/2024 | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | San Francisco |  | CA | 94107 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Two 40FT BEBs and Fast Charging Station | Associated Students of the University of Montana |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | University Center, Suite 104 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Missoula | MT | 59812-0072 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Two 40FT BEBs and Fast Charging Station | Associated Students of the University of Montana |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | University Center, Suite 104 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Missoula | MT | 59812-0072 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Fast Charging Station (Contract No. Pro_CAT_16-002) |

Associated Students of the University of Montana

Name

Notice Name

University Center, Suite 104

Address

| | | |
|---|---|---|
| **State the term remaining** | 5/19/2021 | |
| **List the contract number of any government contract** | | |

| Missoula | MT | 59812-0072 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | AT&T Bandwidth Services - EPLS-WAN Pricing Schedule (AT&T MA Reference No. MA1259993UA; AT&T PS Contract ID MSPSHEGUYTT; PCS ID 20211227-055) |

AT&T Corp.

Name

Notice Name

One AT&T Way

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| Bedminster | NJ | 07921-0752 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | AT&T Dedicated Internet Pricing Schedule (AT&T MA Reference No. MA1259993UA; AT&T PS Contract ID MIS14488803) |

AT&T Corp.

Name

Notice Name

One AT&T Way

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| Bedminster | NJ | 07921-0752 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | AT&T Corp. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 5019 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Carol Stream | IL | 60197 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | AT&T Corp. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 5080 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Carol Stream | IL | 60197-5080 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | AT&T Corp. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 5085 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Carol Stream | IL | 60197 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | AT&T Corp. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 23500 Northwestern Hwy, Bldg. W |
| | **State the term remaining** | 11/20/2025 | Address |
| | **List the contract number of any government contract** | | |

| | | | Southfield | MI | 48336 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance & Payment Bond (Bond Number: 800018814) | Atlantic Specialty Insurance Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 605 Highway 169 North, Suite 800 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Plymouth | MN | 55441 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Atlas Copco Tools & Assembly Systems, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3301 Cross Creek Parkway |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Auburn Hills | MI | 48326 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | atlasRFIDstore.com |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 1500 1st Avenue North |
| | | | Address |
| | List the contract number of any government contract | | Unit 10 |
| | | | |
| | | | Birmingham |  AL  | 35203 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | ATS Applied Tech Systems, LLC. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 1055 South Blvd E. |
| | | | Address |
| | List the contract number of any government contract | | Suite 120 |
| | | | |
| | | | Rochester Hills | MI | 48307 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work" ("SOW") - 12828621625_Proterra_Resolution Roadmap_Greenville, SC | ATS Applied Tech Systems, LLC. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 1055 South Blvd E. |
| | | | Address |
| | List the contract number of any government contract | | Suite 120 |
| | | | |
| | | | Rochester Hills | MI | 48307 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.114** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Aubin Industries, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 23833 S. Chrisman Rd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Tracy | CA | 95304 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.115** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31829) |
| | | Augusta County Public Schools |
| | | Name |
| | | |
| | | Notice Name |
| | | 18 Government Center Lane |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Verona | VA | 24482 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.116** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31829) |
| | | Augusta County Public Schools |
| | | Name |
| | | |
| | | Notice Name |
| | | 18 Government Center Lane |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Verona | VA | 24482 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number E26031) | Augusta County Public Schools |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 18 Government Center Lane |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Verona          VA          24482 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # 235015) | Aurora Public Schools |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 90 Airport Blvd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Aurora          CO          80011 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Austin Hardware & Supply, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Dept CH 19373 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Palatine          IL          60055 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Auto Motion Shade Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 42010 |
| | State the term remaining | Unknown | Address |
| | | | 2851 John Street |
| | List the contract number of any government contract | | |

| | | | Markham | ON | L3R OP9 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Customer Letter of Authority | Avant Communications |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 N. Riverside Plaza |
| | State the term remaining | 11/20/2025 | Address |
| | | | Suite 2450 |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60606 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | AVL Phillip Schnell |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 25111 Arctic Ocean Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Lake Forest | CA | 92630 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.123**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

AW Site Services LLC
Name

Notice Name

16150 N Main Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Jacksonville | FL | 32218 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.124**

**State what the contract or lease is for and the nature of the debtor's interest**

Amendment to the Master Service Agreement Dated May 17, 2021

Axispoint Technology Solutions Group, Inc.
Name

Notice Name

1 Penn Plaza, Suite 3308
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| New York | NY | 10119 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.125**

**State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Axispoint Technology Solutions Group, Inc.
Name

Notice Name

1 Penn Plaza, Suite 3308
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| New York | NY | 10119 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Vehicle Release Form (Vehicle Identification No: 816143) |

Baltimore Gas and Electric
Name

Notice Name

PO Box 1475

**State the term remaining**    Unknown
Address

**List the contract number of any government contract**

| Baltimore | MD | 21203 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Vehicle Release Form (Vehicle Identification No: 816145) |

Baltimore Gas and Electric
Name

Notice Name

PO Box 1475

**State the term remaining**    Unknown
Address

**List the contract number of any government contract**

| Baltimore | MD | 21203 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 5165-70770) |

Baltimore Gas and Electric
Name

Notice Name

7210 Windsor Blvd

**State the term remaining**    Unknown
Address

**List the contract number of any government contract**

| Baltimore | MD | 21244 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Barker Air & Hydraulics, Inc.
Name

Notice Name

1308 Miller Rd
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E34790) |

Bay Electric
Name

Notice Name

627 36th St.
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Newport News | VA | 23608 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.E37656) |

Bay Electric
Name

Notice Name

627 36th St.
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Newport News | VA | 23608 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.132** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

BAYCOM INC
Name

Notice Name

2040 Radisson Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Green Bay | WI | 54302 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.133** **State what the contract or lease is for and the nature of the debtor's interest**

Annex 1 by Transit contract no 20.092 (20.092)

BC Transit
Name

Notice Name

520 Gorge Rd East
Address

PO Box 9861

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.134** **State what the contract or lease is for and the nature of the debtor's interest**

Annex 2 (20.092)

BC Transit
Name

Notice Name

520 Gorge Rd East
Address

PO Box 9861

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.135** **State what the contract or lease is for and the nature of the debtor's interest**   Change Order (220.092A-CO-2)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.136** **State what the contract or lease is for and the nature of the debtor's interest**   Change Order (CO-01)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

**State the term remaining**   10/31/2023

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.137** **State what the contract or lease is for and the nature of the debtor's interest**   Change Order (CO-01)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Change Order (CO-02) | BC Transit |
|---|---|---|---|

Name

Notice Name

State the term remaining | Unknown

520 Gorge Road East
Address

List the contract number of any government contract

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Change Order (CO-4) | BC Transit |
|---|---|---|---|

Name

Notice Name

State the term remaining | Unknown

520 Gorge Road East
Address

List the contract number of any government contract

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Change Order (CO-5) | BC Transit |
|---|---|---|---|

Name

Notice Name

State the term remaining | Unknown

520 Gorge Road East
Address

List the contract number of any government contract

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 02 - Opportunity Definition |
| | | BC Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | 520 Gorge Road East |
| | **State the term remaining** | Unknown |
| | | Address |
| | | PO Box 9861 |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Victoria | BC | V8W 9T5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | General Service Agreement (DC No. 22.174) |
| | | BC Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | 520 Gorge Road East |
| | **State the term remaining** | 12/31/2023 |
| | | Address |
| | | PO Box 9861 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Victoria | BC | V8W 9T5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | General Services Agreement Control No. 23.118 Kamloops Design Agreement |
| | | BC Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | 520 Gorge Road East |
| | **State the term remaining** | Unknown |
| | | Address |
| | | PO Box 9861 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Victoria | BC | V8W 9T5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.144** **State what the contract or lease is for and the nature of the debtor's interest**

Master Contract

**State the term remaining** 5/7/2027

**List the contract number of any government contract**

BC Transit

Name

Notice Name

520 Gorge Road East

Address

| Victoria | BC | V8T 2W6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.145** **State what the contract or lease is for and the nature of the debtor's interest**

Master Contract

**State the term remaining** 5/7/2027

**List the contract number of any government contract**

BC Transit

Name

Notice Name

520 Gorge Road East

Address

| Victoria | BC | V8T 2W6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.146** **State what the contract or lease is for and the nature of the debtor's interest**

Master Contract (20.092)

**State the term remaining** 5/7/2027

**List the contract number of any government contract**

BC Transit

Name

Notice Name

520 Gorge Road East

Address

| Victoria | BC | V8T 2W6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Option Tracker - Bus Configuration (20.092) |

BC Transit
Name

Notice Name

520 Gorge Rd East
Address

PO Box 9861

**State the term remaining** Unknown

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | | |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Option Tracker - Bus Configuration (20.092) |

BC Transit
Name

Notice Name

520 Gorge Rd East
Address

PO Box 9861

**State the term remaining** Unknown

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | | |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Permission to register and operate VIN: 7JZTH12J7MS000574 |

BC Transit
Name

Notice Name

520 Gorge Road E
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Victoria | BC | V8T 2W6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.150** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 765441)

**State the term remaining** 4/1/2025

**List the contract number of any government contract**

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.151** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order Number: 758080)

**State the term remaining** Unknown

**List the contract number of any government contract**

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.152** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order Number: 760689)

**State the term remaining** Unknown

**List the contract number of any government contract**

BC Transit
Name

Notice Name

520 Gorge Road East
Address

PO Box 9861

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.153** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order Number: 761967)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

**State the term remaining** Unknown

PO Box 9861

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.154** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order Number: 765441)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

**State the term remaining** Unknown

PO Box 9861

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.155** **State what the contract or lease is for and the nature of the debtor's interest**

Schedule 2 - Statement of Work per Master Contract 20.092 (Document Control No. 20.092; Statement of Work No. 20.092-A)

BC Transit
Name

Notice Name

520 Gorge Road East
Address

**State the term remaining** Unknown

PO Box 9861

**List the contract number of any government contract**

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of work (20.092-A) | BC Transit |
|---|---|---|---|
| | | | Name |

| | | | Notice Name |
|---|---|---|---|
| | **State the term remaining** | Unknown | 520 Gorge Road East |
| | | | Address |
| | **List the contract number of** | | PO Box 9861 |
| | **any government contract** | | |

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work (20.092-B) | BC Transit |
|---|---|---|---|
| | | | Name |

| | | | Notice Name |
|---|---|---|---|
| | **State the term remaining** | Unknown | 520 Gorge Road East |
| | | | Address |
| | **List the contract number of** | | PO Box 9861 |
| | **any government contract** | | |

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work (20.092-C) | BC Transit |
|---|---|---|---|
| | | | Name |

| | | | Notice Name |
|---|---|---|---|
| | **State the term remaining** | Unknown | 520 Gorge Road East |
| | | | Address |
| | **List the contract number of** | | PO Box 9861 |
| | **any government contract** | | |

| Victoria | BC | V8W 9T5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | BDO USA, LLP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3 Embarcadero Center, 20th Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Atlanta | GA | 30308 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Bendix CVS LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 92096 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60675 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Benen Manufacturing LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2266-2268 Trade Zone Blvd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | San Jose | CA | 95131 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.162** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Bentech Inc
Name

Notice Name

**State the term remaining** Unknown

PO Box 46128
Address

**List the contract number of any government contract**

| Philadelphia | PA | 19160 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.163** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

BG Networks, Inc.
Name

Notice Name

**State the term remaining** Unknown

100 Robin Road
Address

**List the contract number of any government contract**

| Weston | MA | 02493 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.164** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (PA-2021-001-BSOOB)

Biddeford Saco Old Orchard Beach Transit
Name

Notice Name

**State the term remaining** Unknown

13 Pomerleau Street
Address

**List the contract number of any government contract**

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

**2.165** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (PA-2021-001-BSOOB)

Biddeford Saco Old Orchard Beach Transit

Name

Notice Name

13 Pomerleau Street

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.166** **State what the contract or lease is for and the nature of the debtor's interest**

Engineer, Procure, Construct (EPC) Agreement

Biddeford Saco Old Orchard Beach Transit

Name

Notice Name

13 Pomerleau Street

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.167** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase and Sale of Two 35FT Buses and Two Charging Stations (Contract No. PA-2021-001-BSOOB)

Biddeford Saco Old Orchard Beach Transit

Name

Notice Name

13 Pomerleau Street

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Biddeford | ME | 04005 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (22-1996) |
| | | Biddeford Saco Old Orchard Beach Transit |
| | | Name |
| | | Notice Name |
| | | 13 Pomerlau Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Biddeford | ME | 04005 |

Country

| | | |
|---|---|---|
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (23-2115) |
| | | Biddeford Saco Old Orchard Beach Transit |
| | | Name |
| | | Notice Name |
| | | 13 Pomerlau Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Biddeford | ME | 04005 |

Country

| | | |
|---|---|---|
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplemental Mass Transit and Transportation Related Vehicles (GA SWC 99999-001-SPD0000138-0007) |
| | | Bill Thomas, RTC Executive Director |
| | | Name |
| | | Notice Name |
| | | 1105 Terminal Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Reno | NV | 89502 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

**2.171** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form - Birlasoft Proterra Valence Application Enhancement SOW v3.5 Off-Shore

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.172** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form - Birlasoft Proterra Valence Architecture SOW v3.5 On-Shore

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.173** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form - DevOps Managed Services

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.174** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form - Extension of 6 H&F resources for Six months from 1st July 2023 to 31st Dec 2023

**State the term remaining** Unknown

**List the contract number of any government contract**

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

Address

| Edison | NJ | 08837 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.175** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form - Extension of onsite consultant deployed for the Depot Support services. Change Number:  X

**State the term remaining** Unknown

**List the contract number of any government contract**

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

Address

| Edison | NJ | 08837 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.176** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form - Infra Support - Hands & Feet - Extension to 1 H&F resources for Greer

**State the term remaining** Unknown

**List the contract number of any government contract**

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

Address

| Edison | NJ | 08837 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

**2.177**  **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form - Proterra Valence Testing POD SoW

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.178**  **State what the contract or lease is for and the nature of the debtor's interest**

Infra Support – Hands & Feet Change No 004

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.179**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornall St

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | | |
|---|---|---|---|---|---|
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Statement of Work (SOW Reference No: 1) | Birlasoft Solutions Inc. | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 399 Thornhall St., 8th Floor | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | | | |
| | **List the contract number of** | | | | |
| | **any government contract** | | | | |
| | | | Edison | NJ | 08837 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Proterra Staff Augmentation – Tableau Consultant | Birlasoft Solutions Inc. | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 399 Thornall St | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | | | |
| | **List the contract number of** | | | | |
| | **any government contract** | | | | |
| | | | Edison | NJ | 08837 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Proterra - Oracle ERP Transformation (SOW Reference No: 1.0) | Birlasoft Solutions Inc. | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 399 Thornhall St., 8th Floor | | |
| | **State the term remaining** | 3/31/2026 | Address | | |
| | | | | | |
| | **List the contract number of** | | | | |
| | **any government contract** | | | | |
| | | | Edison | NJ | 08837 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work for Proterra Application Managed Services (AMS) (SOW Reference No: 01) | Birlasoft Solutions Inc. |
|---|---|---|---|

Name

Notice Name

399 Thornhall St., 8th Floor

State the term remaining    3/31/2026

Address

List the contract number of

any government contract

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work for Proterra Application Manages Services (SOW Reference No: 2) | Birlasoft Solutions Inc. |
|---|---|---|---|

Name

Notice Name

399 Thornhall St., 8th Floor

State the term remaining    12/31/2024

Address

List the contract number of

any government contract

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work for PROTERRA IMS EUS ITIL Solution (SOW Reference No: 3) | Birlasoft Solutions Inc. |
|---|---|---|---|

Name

Notice Name

399 Thornhall St., 8th Floor

State the term remaining    12/31/2024

Address

List the contract number of

any government contract

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for PROTERRA IMS EUS ITIL Solution (SOW Reference No: 3) |

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornhall St., 8th Floor

Address

**State the term remaining**   3/31/2026

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

| | | |
|---|---|---|
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Proterra Manages DevOps (SOW Reference No: MSP-04) |

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornhall St., 8th Floor

Address

**State the term remaining**   12/31/2024

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

| | | |
|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Proterra ServiceNow Implementation (SOW Reference No: 4) |

Birlasoft Solutions Inc.

Name

Notice Name

399 Thornhall St., 8th Floor

Address

**State the term remaining**   Unknown

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| Edison | NJ | 08837 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Proterra Staff Augmentation | Birlasoft Solutions Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 399 Thornhall St., 8th Floor |
| | **State the term remaining** | 3/31/2024 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Edison    NJ    08837 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Bisco Industries |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1500 N Lakeview |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Anaheim    CA    92807 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Black & Decker (U.S.) Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 371744 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Pittsburgh    PA    15251 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.192** State what the contract or lease is for and the nature of the debtor's interest

Change Order (Change No. CO-0004)

Bloomington-Normal Public Transit System
Name

Notice Name

351 Wylie Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.193** State what the contract or lease is for and the nature of the debtor's interest

Change Order (Change No. CO-0006)

Bloomington-Normal Public Transit System
Name

Notice Name

351 Wylie Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.194** State what the contract or lease is for and the nature of the debtor's interest

Change Order Form (Change No. CR-0002)

Bloomington-Normal Public Transit System
Name

Notice Name

351 Wylie Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Change Order (Change No. CO-0003) | Bloomington-Normal Public Transit System |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 351 Wylie Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Normal | IL | 61761 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Change Order (Change No. CO-0005) | Bloomington-Normal Public Transit System |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 351 Wylie Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Normal | IL | 61761 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Changer Order Form | Bloomington-Normal Public Transit System |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 351 Wylie Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Normal | IL | 61761 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four, 35 Foot BEBs and Two Charging Stations | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

Notice Name

351 Wylie Drive
Address

| | **State the term remaining** | Unknown | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

Normal | IL | 61761
City | State | ZIP Code

Country

| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Requisition (30000472-000) | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

Notice Name

351 Wylie Drive
Address

| | **State the term remaining** | Unknown | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

Normal | IL | 61761
City | State | ZIP Code

Country

| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Requisition (30000472-000) | Bloomington-Normal Public Transit System |
|---|---|---|---|

Name

Notice Name

351 Wylie Drive
Address

| | **State the term remaining** | Unknown | |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

Normal | IL | 61761
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.201** | **State what the contract or lease is for and the nature of the debtor's interest** | Requisition Purchase Order (30000465-000)

Bloomington-Normal Public Transit System
Name

Notice Name

351 Wylie Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Normal | IL | 61761 |
| City | State | ZIP Code |

Country

**2.202** | **State what the contract or lease is for and the nature of the debtor's interest** | Blue water area transportation commission

Blue Water Area Transportation Commission
Name

Notice Name

2021 Lapeer Avenue
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Port Huron | MI | 48060 |
| City | State | ZIP Code |

Country

**2.203** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Vehicle Release Form

Blue Water Area Transportation Commission
Name

Notice Name

2021 Lapeer Avenue
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Port Huron | MI | 48060 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Customer Vehicle Release Form | Blue Water Area Transportation Commission |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2021 Lapeer Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Port Huron | MI | 48060 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Order Form - Valence Platform | Blue Water Area Transportation Commission |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2021 Lapeer Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Port Huron | MI | 48060 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # 52655) | Blue Water Area Transportation Commission |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2021 Lapeer Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Port Huron | MI | 48060 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| **2.207** | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011024) |

Bonitz, Inc
Name

Notice Name

1200 Woodruff Road D-1
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.208** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Boomi Inc
Name

Notice Name

PO Box 842848
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Boston | MA | 02284-2848 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.209** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Border States Industries, Inc.
Name

Notice Name

Attn Accounts Receivable
Address

120 Saxe Gotha Road

**State the term remaining** Unknown

**List the contract number of any government contract**

| West Columbia | SC | 29172 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.210** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

BorgWarner Systems Lugo S.R.L

Name

Notice Name

Via Mensa, 3/2

Address

48022 Santa Maria in Fabriago RA

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lugo | Ravenna | 48022 |
| City | State | ZIP Code |
| Italy | | |
| Country | | |

| | | |
|---|---|---|
| **2.211** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Bosch Rexroth Corporation

Name

Notice Name

14001 South Lakes Drive

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Charlotte | NC | 28273 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| **2.212** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2019-CAO-101) |

Bow Valley Regional Transit Services Commission

Name

Notice Name

221 Beaver Street

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Banff | AB | T1L 1A5 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #: 2020-CAO-101) | Bow Valley Regional Transit Services Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 221 Beaver Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Banff | AB | T1L 1A5 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #: 2022-CAO-102) | Bow Valley Regional Transit Services Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 221 Beaver Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Banff | AB | T1L 1A5 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #: 2022-CAO-103) | Bow Valley Regional Transit Services Commission |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 221 Beaver Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Banff | AB | T1L 1A5 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Bus 6, 7, 8 Parks (P.O. No. 2022-CAO-101) |

Bow Valley Regional Transit Services Commission
Name

Notice Name

136 Hawk Avenue
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A1 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2020-CAO-101) |

Bow Valley Regional Transit Services Commission
Name

Notice Name

221 Beaver Street
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2021-CAO-101) |

Bow Valley Regional Transit Services Commission
Name

Notice Name

221 Beaver Street
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.219** **State what the contract or lease is for and the nature of the debtor's interest**

Revised Purchase Order (PO #: 2021-CAO-101)

Bow Valley Regional Transit Services Commission

Name

Notice Name

221 Beaver Street

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.220** **State what the contract or lease is for and the nature of the debtor's interest**

Revised Purchase Order (PO #: 2021-CAO-101)

Bow Valley Regional Transit Services Commission

Name

Notice Name

221 Beaver Street

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.221** **State what the contract or lease is for and the nature of the debtor's interest**

Revised Purchase Order (PO #: 2021-CAO-102)

Bow Valley Regional Transit Services Commission

Name

Notice Name

221 Beaver Street

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Banff | AB | T1L 1A5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2023-CAO-001) |
| | | Bow Valley Regional Transit Services Commission |
| | | Name |
| | | |
| | | Notice Name |
| | | 221 Beaver Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Banff | AB | T1L 1A5 |
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

| | | |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO #: 2023-CAO-001) |
| | | Bow Valley Regional Transit Services Commission |
| | | Name |
| | | |
| | | Notice Name |
| | | 221 Beaver Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Banff | AB | T1L 1A5 |
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

| | | |
|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO No. 2021-CAO-101) |
| | | Bow Valley Regional Transit Services Commission |
| | | Name |
| | | |
| | | Notice Name |
| | | 221 Beaver Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Banff | AB | T1L 1A5 |
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Order (Q-00207214-A) |

Box, Inc.
Name

Notice Name

900 Jefferson Ave
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

BPB Holding Corp.
Name

Notice Name

1325 Walnut Ridge Dr.
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Hartland | WI | 53029 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Branson Ultrasonics Corporation
Name

Notice Name

120 Park Ridge Road
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Brookfield | CT | 06804 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 11017) |

Brazos Transit District

Name

Notice Name

1759 N Earl Rudder Fwy

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Bryan | TX | 77803 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.11017) |

Brazos Transit District

Name

Notice Name

1759 N. Earl Rudder Fwy

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Bryan | TX | 77803 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.11017) |

Brazos Transit District

Name

Notice Name

1759 N. Earl Rudder Fwy

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Bryan | TX | 77803 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.231** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

BRC Group
Name

Notice Name

State the term remaining     Unknown

6061 - 90 Avenue SE
Address

List the contract number of any government contract

| Calagary | AB | T2C 4Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.232** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Bridgemart
Name

Notice Name

State the term remaining     Unknown

PO Box 454
Address

List the contract number of any government contract

| Rogers | AR | 72757 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.233** State what the contract or lease is for and the nature of the debtor's interest

Unconditional Waiver and Release on Final Payment

Britt, Peters & Associates, Inc.
Name

Notice Name

223 West Meadowview Rd.
Address

State the term remaining     Unknown

List the contract number of any government contract

| Greensboro | NC | 27406 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (Change Order #MTD2200630-002) |

Broward County Transit

Name

Notice Name

1 N UNIVERSITY DRIVE 3RD FLOOR SERVICE & CAPITAL PLANNING

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| PLANTATION | FL | 33324 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (Change Order #MTD2200632-002) |

Broward County Transit

Name

Notice Name

1 N UNIVERSITY DRIVE 3RD FLOOR SERVICE & CAPITAL PLANNING

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| PLANTATION | FL | 33324 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed |

Broward County Transit

Name

Notice Name

1 N. University Drive, Suite 3100A

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Plantation | FL | 33301 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed (Revised) | Broward County Transit |
|---|---|---|---|

Name

_____
Notice Name

Transportation Department
Address

**State the term remaining**    Unknown

1 N. University Drive, Suite 3100A

**List the contract number of**

**any government contract**

| Plantation | FL | 33301 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # MTD2200630) | Broward County Transit |
|---|---|---|---|

Name

_____
Notice Name

P.O. Box 14740
Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| Fort Lauderdale | FL | 33302-4740 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # MTD2200632) | Broward County Transit |
|---|---|---|---|

Name

_____
Notice Name

P.O. Box 14740
Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| Fort Lauderdale | FL | 33302-4740 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MTD2100113) | Broward County Transit | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1 N University Drive, 3rd Floor Administration | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Plantation | FL | 33324 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MTD2100114) | Broward County Transit | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1 N University Drive, 3rd Floor Administration | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Plantation | FL | 33324 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order MTD2000962) | Broward County Transit | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | PO Box 14740 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Fort Lauderdale | FL | 33302-4740 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.243** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order MTD2100114) |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Broward County Transit
Name

Notice Name

PO Box 14740
Address

| Fort Lauderdale | FL | 33302-4740 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.244** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Brown 2 Green Landscape
Name

Notice Name

33 Sagamore Lane
Address

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.245** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Bucher Hydraulics AG
Name

Notice Name

Obere Neustrasse 1
Address

| Romanshorn | | CH-8590 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.246** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (202120)

Burns and McDonnell Engineering Company, Inc.
Name

Notice Name

PO Box 219308
Address

State the term remaining    Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Kansas City | MO | 64121 |

Country

**2.247** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Bus and Truck of Chicago Inc
Name

Notice Name

7447 S. Central Ave, Suite B
Address

State the term remaining    Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Bedford Park | IL | 60638 |

Country

**2.248** State what the contract or lease is for and the nature of the debtor's interest

Amendment No.1 to development agreement

Bustech (QLD) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining    Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Burleigh Heads | QLD | 4220 |
| Australia | | |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement |
| | | Bustech (QLD) Pty Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Burleigh Heads | QLD | 4220 |
| | City | State | ZIP Code |
| | Australia | | |
| | Country | | |

| | | |
|---|---|---|
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement |
| | | Bustech (QLD) Pty Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Burleigh Heads | QLD | 4220 |
| | City | State | ZIP Code |
| | Australia | | |
| | Country | | |

| | | |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | BusTech (Qld) Pty Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Burleigh Heads | QLD | 4220 |
| | City | State | ZIP Code |
| | Australia | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (29961) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (29961) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (29961) | Bustech (QLD) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Burleigh Heads | QLD | 4220 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Australia | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (29962) |

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| | | |
|---|---|---|
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (29962) |

Bustech (QLD) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| | | |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (29963) |

Bustech (QLD) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.258** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 24530) | BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Burleigh Heads | QLD | 4220
City | State | ZIP Code

Australia
Country

---

**2.259** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 24530) | BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Burleigh Heads | QLD | 4220
City | State | ZIP Code

Australia
Country

---

**2.260** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 24530) | BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Burleigh Heads | QLD | 4220
City | State | ZIP Code

Australia
Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

**2.261** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 24530)

Bustech (QLD) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.262** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 24530)

Bustech (QLD) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.263** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 26004)

Bustech (QLD) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.264** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 29961) | BusTech (Qld) Pty Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | Lot 10 Calabro Way |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |
| | | |
| | Burleigh Heads | QLD | 4220 |
| | City | State | ZIP Code |
| | Australia | | |
| | Country | | |

**2.265** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 29961) | BusTech (Qld) Pty Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | Lot 10 Calabro Way |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |
| | | |
| | Burleigh Heads | QLD | 4220 |
| | City | State | ZIP Code |
| | Australia | | |
| | Country | | |

**2.266** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 29962) | BusTech (Qld) Pty Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | Lot 10 Calabro Way |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |
| | | |
| | Burleigh Heads | QLD | 4220 |
| | City | State | ZIP Code |
| | Australia | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

**2.267** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 29962)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

State the term remaining

Unknown

Address

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.268** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 29963)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

State the term remaining

Unknown

Address

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.269** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 29963)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

State the term remaining

Unknown

Address

List the contract number of any government contract

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.270** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 32356)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining    Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.271** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 32356)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining    Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.272** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 36967)

BusTech (Qld) Pty Ltd
Name

Notice Name

Lot 10 Calabro Way
Address

State the term remaining    Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Burleigh Heads | QLD | 4220 |
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.273** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 36967)

State the term remaining    Unknown

List the contract number of any government contract

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

Address

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

**2.274** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 36968)

State the term remaining    Unknown

List the contract number of any government contract

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

Address

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

**2.275** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 36968)

State the term remaining    Unknown

List the contract number of any government contract

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

Address

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.276** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 36969)

BusTech (Qld) Pty Ltd

Name

Notice Name

**State the term remaining**

Unknown

Lot 10 Calabro Way

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.277** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 36969)

BusTech (Qld) Pty Ltd

Name

Notice Name

**State the term remaining**

Unknown

Lot 10 Calabro Way

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

**2.278** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 36970)

BusTech (Qld) Pty Ltd

Name

Notice Name

**State the term remaining**

Unknown

Lot 10 Calabro Way

Address

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 36970) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | Lot 10 Calabro Way |
| | | | Address |
| | List the contract number of any government contract | | |

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 36971) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | Lot 10 Calabro Way |
| | | | Address |
| | List the contract number of any government contract | | |

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 36972) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | Lot 10 Calabro Way |
| | | | Address |
| | List the contract number of any government contract | | |

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.282** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 36973)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

**2.283** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 36974)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

**2.284** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 36975)

BusTech (Qld) Pty Ltd

Name

Notice Name

Lot 10 Calabro Way

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 36976) | BusTech (Qld) Pty Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lot 10 Calabro Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Burleigh Heads | QLD | 4220 |
|---|---|---|
| City | State | ZIP Code |
| Australia | | |
| Country | | |

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.ZA410003575:01) | Buswest North |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 210 North East Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Woodland | CA | 95776 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P006085995) | Cabarrus County School Bus Garage |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 111 Union Cemetery Road SW |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Concord | NC | 28207 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.288** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

California Association for Coordinated Transportation, Inc.

Name

Notice Name

4632 Duckhom Drive

State the term remaining | Unknown

Address

List the contract number of any government contract

| Sacramento | CA | 95834 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.289** State what the contract or lease is for and the nature of the debtor's interest

Design-Build Stipulated Price Contract 2013

Canadian Construction Documents Committee

Name

Notice Name

1900-275 Slater Street

State the term remaining | Unknown

Address

List the contract number of any government contract

| Ottawa | ON | K1P 5H9 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |

Country

---

**2.290** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Canadian Urban Transit Association

Name

Notice Name

55 York Street

Address

Suite 1401

State the term remaining | Unknown

List the contract number of any government contract

| Toronto | ON | M5J 1R7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.291**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011011) | Cannon Roofing, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 3030 |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Spartanburg | SC | 29304 |
| City | State | ZIP Code |

Country

---

**2.292**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Canteen Refreshment Services |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 417632 |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Boston | MA | 02241-7632 |
| City | State | ZIP Code |

Country

---

**2.293**

| | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A - Form of Statement of Work - Ignition Office Hours: Continued Ignition Education and Support | Capelin Solutions LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 23 Bluebird Lane |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Amherst | NY | 14228 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Statement of Work  - [Proterra Powered Engineer Ignition Training – Phase 1 – Discovery] | Capelin Solutions LLC |
| | | | Name |
| | | | Notice Name |
| | | | 23 Bluebird Lane |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Amherst | NY | 14228 |

(continued)

| | State what the contract or lease is for and the nature of the debtor's interest | | | Capelin Solutions LLC |

**2.294**

State what the contract or lease is for and the nature of the debtor's interest: Form of Statement of Work  - [Proterra Powered Engineer Ignition Training – Phase 1 – Discovery]

State the term remaining: Unknown

List the contract number of any government contract:

Capelin Solutions LLC
Name

Notice Name

23 Bluebird Lane
Address

| Amherst | NY | 14228 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.295**

State what the contract or lease is for and the nature of the debtor's interest: Form of Statement of Work - Proterra Powered Engineer Ignition Training – Phase 2 - Training

State the term remaining: Unknown

List the contract number of any government contract:

Capelin Solutions LLC
Name

Notice Name

23 Bluebird Lane
Address

| Amherst | NY | 14228 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.296**

State what the contract or lease is for and the nature of the debtor's interest: Master Service Agreement

State the term remaining: Unknown

List the contract number of any government contract:

Capelin Solutions LLC
Name

Notice Name

23 Bluebird Lane
Address

| Amherst | NY | 14228 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation # 3 | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation # 4 | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Bus Electrification Phase 2 Project (Contact No.500013) | Capital Metropolitan Transportation Authority |
|---|---|---|---|

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Bus Electrification Phase 2 Project (Contract No. 500013) |
| | | Capital Metropolitan Transportation Authority |
| | | Name |
| | | Notice Name |
| | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Austin | TX | 78702 |

Country

| | | |
|---|---|---|
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Capital Metropolitan Transportation Authority (Purchase Order #: 403276-4) |
| | | Capital Metropolitan Transportation Authority |
| | | Name |
| | | Notice Name |
| | | PO Box 6308 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Austin | TX | 78762-6308 |

Country

| | | |
|---|---|---|
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification 01- Bus Electrification Phase 2 Project 2910 |
| | | Capital Metropolitan Transportation Authority |
| | | Name |
| | | Notice Name |
| | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Austin | TX | 78702 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No. 10 |

Capital Metropolitan Transportation Authority

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No. 7 |

Capital Metropolitan Transportation Authority

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No. 8 |

Capital Metropolitan Transportation Authority

Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.306** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Modification No. 9

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.307** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Modification No.1

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.308** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Modification No.1

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.1 (Contract Number: 200417) | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Austin | TX | 78702 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.1 (Contract Number: 200417) | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Austin | TX | 78702 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.3 | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | Austin | TX | 78702 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.3 | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Austin | TX | 78702 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.4 | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Austin | TX | 78702 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No.4 | Capital Metropolitan Transportation Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Austin | TX | 78702 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No: 2 (200417) |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No: 2 (200744) |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No: 6 (200744) |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Austin | TX | 78702 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.318** **State what the contract or lease is for and the nature of the debtor's interest**

Electric Buses and Chargers Contract (200744)

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**2.319** **State what the contract or lease is for and the nature of the debtor's interest**

Electric Buses and Chargers Contract (200744)

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**2.320** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit A & B

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A-1 Required Pricing Proposal Submittal | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Austin / TX / 78702 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A-3 Required Pricing Proposal Submittal | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Austin / TX / 78702 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Assurance and Supply Chain Assessment | Capital Metropolitan Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2910 E 5th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Austin / TX / 78702 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice of Award for Contract 500013 (RFP 308140) |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 East Fifth Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice of Award for Contract 500013 (RFP 308140) |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 East Fifth Street
Address

**State the term remaining** 7/31/2023

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice of Proceed |

Capital Metropolitan Transportation Authority
Name

Notice Name

2910 E 5th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed of Contract 200417 |
| | | **Capital Metropolitan Transportation Authority** |
| | | Name |
| | | |
| | | Notice Name |
| | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance & Payment Bond (Bond Number: 800018814) |
| | | **Capital Metropolitan Transportation Authority** |
| | | Name |
| | | |
| | | Notice Name |
| | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Pre-Award Buy America Audit - 40-foot Battery Electric Bus Report |
| | | **Capital Metropolitan Transportation Authority** |
| | | Name |
| | | |
| | | Notice Name |
| | | 2910 E 5th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.330** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (112512) | Capital Transit - City and Borough of Juneau, Alaska |
| | | Name |

Notice Name

10099 Bentwood Place

Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| Juneau | AK | 99801 |
| City | State | ZIP Code |

Country

**2.331** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (112512) | Capital Transit - City and Borough of Juneau, Alaska |
| | | Name |

Notice Name

10099 Bentwood Place

Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| Juneau | AK | 99801 |
| City | State | ZIP Code |

Country

**2.332** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (112673) | Capital Transit - City and Borough of Juneau, Alaska |
| | | Name |

Notice Name

10099 Bentwood Place

Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| Juneau | AK | 99801 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (112673) | Capital Transit - City and Borough of Juneau, Alaska |
|---|---|---|---|

Name

Notice Name

10099 Bentwood Place

Address

| State the term remaining | Unknown |
|---|---|

List the contract number of any government contract

| Juneau | AK | 99801 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Carbon Supply Chain Management LLC |
|---|---|---|---|

Name

Notice Name

14351 Pendragon Way

Address

| State the term remaining | Unknown |
|---|---|

List the contract number of any government contract

| Fishers | IN | 46037 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Carolina CC Venture XXXVII, LLC |
|---|---|---|---|

Name

Notice Name

3715 Northside Parkway, Bldg. 200, Ste 700

Address

| State the term remaining | Unknown |
|---|---|

List the contract number of any government contract

| Atlanta | GA | 30327 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.336** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Guaranty | Carolina CC Venture XXXVII, LLC
Name
| | | Notice Name
| **State the term remaining** | Unknown | 3715 Northside Parkway, Bldg. 200, Ste 700
Address
| **List the contract number of any government contract** | |

| | | Atlanta | GA | 30327 |
| | | City | State | ZIP Code |

Country

**2.337** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Guaranty | Carolina CC Venture XXXVII, LLC
Name
| | | Notice Name
| **State the term remaining** | Unknown | 3715 Northside Parkway, Bldg. 200, Ste 700
Address
| **List the contract number of any government contract** | |

| | | Atlanta | GA | 30327 |
| | | City | State | ZIP Code |

Country

**2.338** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Automated Truck System Agreement | Carolina Handling LLC
Name
| | | Notice Name
| **State the term remaining** | Unknown | 4835 Sirona Drive, Suite 100
Address
| **List the contract number of any government contract** | |

| | | Charlotte | NC | 28273 |
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Automated Truck System Agreement |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Carolina Handling LLC
Name

Notice Name

4835 Sirona Drive, Suite 100
Address

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Automated Truck System Agreement |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Carolina Handling LLC
Name

Notice Name

4835 Sirona Drive, Suite 100
Address

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Automated Truck System Agreement |
| | **State the term remaining** | 10/10/2025 |
| | **List the contract number of any government contract** | |

Carolina Handling LLC
Name

Notice Name

4835 Sirona Drive, Suite 100
Address

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Comprehensive Fleet Service Agreement | Carolina Handling, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 3101 Piper Lane |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Charlotte | NC | 28208 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P006085995) | Carolina Thomas LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 6340A Burnt Poplar Road |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Greensboro | NC | 27409 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P006086515) | Carolina Thomas LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 6340A Burnt Poplar Road |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Greensboro | NC | 27409 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.345** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P006088452)

Carolina Thomas LLC
Name

Notice Name

6340A Burnt Poplar Road
Address

State the term remaining    Unknown

List the contract number of any government contract

| Greensboro | NC | 27409 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.346** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. P006088456)

Carolina Thomas LLC
Name

Notice Name

6340A Burnt Poplar Road
Address

State the term remaining    Unknown

List the contract number of any government contract

| Greensboro | NC | 27409 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.347** State what the contract or lease is for and the nature of the debtor's interest

Rental Agreement

Carolina Water Specialties, LLC dba Culligan of the Piedmont, Easley, SC
Name

Notice Name

PO Box 2820
Address

State the term remaining    Unknown

List the contract number of any government contract

| Greenville | SC | 29602 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (Change No. CO-1) | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | North Charleston |  SC  |  29406 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (Change No.: CO-3; Contract Number: PO101278) | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | North Charleston |  SC  |  29406 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (Change No.: CO-3; Contract Number: PO101278) | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | North Charleston |  SC  |  29406 |
| | | | City   State   ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Form (Change No.: 1 Rev 2) | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| North Charleston | SC | 29406 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Letter to Berkeley-Charleston re: Installation | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| North Charleston | SC | 29406 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Three 40FT BEBs and Three Charging Stations (19-PRO007) | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| North Charleston | SC | 29406 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Three 40FT BEBs and Three Charging Stations (19-PRO008) | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | North Charleston    SC    29406 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 101214) | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | N. Charleston    SC    29406 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 101227) | CARTA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | North Charleston    SC    29406 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.357**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 101278)

CARTA

Name

Notice Name

5790 Casper Padgett Way

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| North Charleston | SC | 29406 |

Country

---

**2.358**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 101318)

CARTA

Name

Notice Name

5790 Casper Padgett Way

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| North Charleston | SC | 29406 |

Country

---

**2.359**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 101342)

CARTA

Name

Notice Name

5790 Casper Padgett Way

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| North Charleston | SC | 29406 |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Cary Products Co., Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 101 Lacaster Hutchins Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Hutchins | TX | 75141 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | CBIZ Operations, Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 275 Battery Street |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 420 |
| | **List the contract number of any government contract** | | |

| | | | San Francisco | CA | 94111 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Estoppel Certificate | CBRE- Property Management |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 355 S Main St, Ste 701 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Greenville | SC | 29601 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.363** | **State what the contract or lease is for and the nature of the debtor's interest** | Various CCTA Special Contract Provisions | | CCTA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | 700 N. Sangamon St. |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | |
| | | | Chicago / IL / 60642 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

**2.364** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | | CDW, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | PO Box 75723 |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | |
| | | | Chicago / IL / 60675-5723 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

**2.365** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form Amending Contract 20-C47 b/w LYNX and PTRA (Change No. CR-0001) | | Central Florida Regional Transportation Authority (LYNX) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | 455 North Garland Avenue, Suite 500 |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | |
| | | | Orlando / FL / 32801 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

---

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract 20-C47 b/w LYNX and PTRA Purchase and Sale of 7, 35FT BEBs (Contract No. 20-C47) |

Central Florida Regional Transportation Authority (LYNX)
Name

Notice Name

455 North Garland Avenue, Suite 500
Address

| | |
|---|---|
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| Orlando | FL | 32801 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract 21-C42 b/w LYNX and Proterra Operating Company, Inc.  (Contract No. 21-C42) |

Central Florida Regional Transportation Authority (LYNX)
Name

Notice Name

455 North Garland Avenue, Suite 500
Address

| | |
|---|---|
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| Orlando | FL | 32801 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Intent to Purchase One 35' Proterra Catalyst E2 Transit Bus |

Central Florida Regional Transportation Authority (LYNX)
Name

Notice Name

455 N Garland Ave
Address

| | |
|---|---|
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| Orlando | FL | 32801-1518 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Intent to Purchase Seven 35' Buses | Central Florida Regional Transportation Authority (LYNX) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 455 N Garland Ave |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Orlando / FL / 32801-1518 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed re Contract 21-C42 & Purchase Order 2200850 (Contract No. 21-C42; PO No. 2200850) | Central Florida Regional Transportation Authority (LYNX) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 455 North Garland Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Orlando / FL / 32801 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Customer Order (DOC-0001150954,) | CenturyLink, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 S 5th Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Minneapolis / MN / 55402 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.372** State what the contract or lease is for and the nature of the debtor's interest

CenturyLink Total Advantage Agreement

CenturyLink, Inc.
Name

Notice Name

200 S 5th Street
Address

State the term remaining   Unknown

List the contract number of any government contract

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.373** State what the contract or lease is for and the nature of the debtor's interest

Amendment to the Professional Services Agreement

Champion Benefits, an Alera Group Agency, LLC
Name

Notice Name

1455 Lincoln Parkway, Ste 100
Address

State the term remaining   Unknown

List the contract number of any government contract

| Atlanta | GA | 30346 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.374** State what the contract or lease is for and the nature of the debtor's interest

Professional Services Agreement

Champion Benefits, an Alera Group Agency, LLC
Name

Notice Name

1455 Lincoln Parkway, Ste 100
Address

State the term remaining   Unknown

List the contract number of any government contract

| Atlanta | GA | 30346 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Data License Agreement | ChargePoint |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 240 East Hacienda Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Campbell / CA / 95008 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | ChargePoint |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 254 E Hacienda Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Campbell / CA / 95008 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Reseller of Equipment and Consulting Services Agreement | ChargePoint |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 254 E Hacienda Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Campbell / CA / 95008 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms and Conditions of Purchase ("TCP") As revised August 31, 2016 |

ChargePoint

Name

Notice Name

254 E Hacienda Ave

Address

| Campbell | CA | 95008 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26013) |

Charles City County Public Schools

Name

Notice Name

10035 Courthouse Rd

Address

| Charles City | VA | 23030 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 001 (Contract No. 19-PRO008) |

Charleston Area Regional Transportation Authority

Name

Notice Name

5790 Casper Padgett Way

Address

| North Charleston | SC | 29406 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineer, Procure, Construct (EPC) Agreement |

Charleston Area Regional Transportation Authority
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| North Charleston | SC | 29406 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed with Purchase Order (PO 101278) |

Charleston Area Regional Transportation Authority
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| North Charleston | SC | 29406 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice of Intent - Electric Bus Charging Infrastructure |

Charleston Area Regional Transportation Authority
Name

Notice Name

5790 Casper Padgett Way
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| North Charleston | SC | 29406 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | Engineer, Procure, Construct (EPC) Agreement | Charleston Area Regional Transportation Authority (CARTA) |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5790 Casper Padgett Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | N. Charleston | SC | 29406 |
| | | Country | | |

| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number: E37657) | Charlotte County Public Schools |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 790 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Charlotte Court House | VA | 23923 |
| | | Country | | |

| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | Spectrum Enterprise Service Agreement | Charter Communications Operating, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 12405 Powerscourt Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | St. Louis | MO | 63131 |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P006088456) |

Cherokee Boys Club, Inc.
Name

Notice Name
127 CHEROKEE BOYS CLUB LOOP

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

| CHEROKEE | NC | 28719 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order #: 20211762-00) |

Cherokee Boys Club, Inc.
Name

Notice Name
PO BOX 507

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

| CHEROKEE | NC | 28719 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 001 |

Cherokee Nation, Inc
Name

Notice Name
PO Box 948

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

| Tahlequah | OK | 75564 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract | Cherokee Nation, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 948 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Tahlequah | OK | 75564 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26289) | Chesapeake City Public Schools |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 312 Cedar Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Chesapeake | VA | 23322 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25666) | Chesterfield County Public Schools |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10201 Courthouse Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Chesterfield | VA | 23832 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.393** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E32909)

Chesterfield County Public Schools
Name

Notice Name

10201 Courthouse Road
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chesterfield | VA | 23832 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.394** **State what the contract or lease is for and the nature of the debtor's interest**

Allowance Expenditure Authorization (C17FT101878289)

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.395** **State what the contract or lease is for and the nature of the debtor's interest**

C17FT101878289 Change Order No. 5 – 50 kW Helix Mobile Charger

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (Change No.CO-2022-01) |
| | | Chicago Transit Authority |
| | | Name |
| | | |
| | | Notice Name |
| | | 567 W. Lake St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661 |

Country

| | | |
|---|---|---|
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | Chicago Transit Authority Multi-project Labor Agreement |
| | | Chicago Transit Authority |
| | | Name |
| | | |
| | | Notice Name |
| | | 567 W. Lake St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661 |

Country

| | | |
|---|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Change Order (Contract No. C17FT101878289) |
| | | Chicago Transit Authority |
| | | Name |
| | | |
| | | Notice Name |
| | | 567 W. Lake St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Change Order (Contract No. C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

| **State the term remaining** | Unknown |
|---|---|

567 W. Lake St
Address

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Change Order (Contract No. C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

| **State the term remaining** | Unknown |
|---|---|

567 W. Lake St
Address

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Change Order No. 06 |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

| **State the term remaining** | Unknown |
|---|---|

**List the contract number of any government contract**

| Chicago | IL | 60661-1465 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Change Order No. 5 (Contract No. C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 W. Lake St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract for Electric Bus En-Route Rapid Charger Stations (No. 1) |

Chicago Transit Authority
Name

Notice Name

567 W. Lake St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract re: Volume 1-6 (Contract No. C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 W. Lake St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Cover Letter Package 1:  RFP No. C17FT101878289 (RFP NO. C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 West Lake Street, 2nd Floor Bid Office |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Chicago | IL | 60661 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Pilot Buses Conditional Acceptance (C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 West Lake Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Chicago | IL | 60661-1498 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Pilot Buses Conditional Acceptance (C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 West Lake Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Chicago | IL | 60661-1498 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Pilot Buses Conditional Acceptance (C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|

Name

Notice Name

567 West Lake Street

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Pilot Buses Conditional Acceptance (C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|

Name

Notice Name

567 West Lake Street

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Proterra Pilot Buses Conditional Acceptance (C17FT101878289) | Chicago Transit Authority |
|---|---|---|---|

Name

Notice Name

567 West Lake Street

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Proterra Pilot Buses Conditional Acceptance (C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Proterra Pilot Buses Conditional Acceptance (C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Proterra Pilot Buses Conditional Acceptance (C17FT101878289) |

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Chicago | IL | 60661-1498 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.414** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Contract No. C17FT101878289 - Chicago/Austin Site Utility (Contract No. C17FT101878289)

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661-1465 |

Country

**2.415** **State what the contract or lease is for and the nature of the debtor's interest**

Proceed Order No: 002 (Contract No. C17FT101878289)

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661 |

Country

**2.416** **State what the contract or lease is for and the nature of the debtor's interest**

Proceed Order No: 003 (Contract No. C17FT101878289)

Chicago Transit Authority
Name

Notice Name

567 West Lake Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60661 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 005 (Contract No. C17FT101878289) |
| | | Chicago Transit Authority |
| | | Name |
| | | |
| | | Notice Name |
| | | 567 West Lake Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Chicago                IL              60661 |
| | | City                     State         ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 006 |
| | | Chicago Transit Authority |
| | | Name |
| | | |
| | | Notice Name |
| | | 567 West Lake Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Chicago                IL              60661 |
| | | City                     State         ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 014 (Contract No. C17FT101878289) |
| | | Chicago Transit Authority |
| | | Name |
| | | |
| | | Notice Name |
| | | 567 West Lake Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Chicago                IL              60661 |
| | | City                     State         ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 015 (Contract No. C17FT101878289) | Chicago Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 West Lake Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago          IL          60661 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 021 | Chicago Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 West Lake Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago          IL          60661 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | Proceed Order No: 030 (Contract No. C17FT101878289) | Chicago Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 567 West Lake Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago          IL          60661 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.423** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase and Sale of Two 40FT BEBs and Two Charging Stations (P2018-4-Citibus)

Chris Mandrell General Manager Citibus

Name

Notice Name

801 Texas Avenue

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Lubbock | TX | 79401 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.424** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Cigna Health and Life Insurance Co.

Name

Notice Name

Dept 59

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Denver | CO | 80291 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.425** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Cincinnati Test Systems, Inc.

Name

Notice Name

10100 Progress Way

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Harrison | OH | 45030 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | Facility Services Rental Agreement | Cintas Corporation #216 |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | LOC 216 |
| | State the term remaining | Unknown | Address |
| | | | PO Box 630803 |
| | List the contract number of any government contract | | |

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Cintas Corporation #464 |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 29059 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Phoenix | AZ | 85038 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Cintas Fire Protection Loc #F51 |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 636525 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Cintas First Aid & Safety
_____
Name

_____
Notice Name

PO Box 631025
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cincinnati | OH | 45263 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice (1027062) |

City & County of San Francisco Municipal Railway
_____
Name

_____
Notice Name

1 S Van Ness Ave, 8th Floor
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94103 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of One (1) 40 Foot Battery Electric Bus (Contract No. 20-185) |

City and Borough of Juneau, Alaska
_____
Name

_____
Notice Name

10099 Bentwood Place
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Juneau | AK | 99801 |
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.432 **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AND SALE OF ONE 40 FOOT BATTERY ELECTRIC BUS (AMENDMENT # 1 TO CONTRACT 20-185) | City and Borough of Juneau, Alaska |
| | | Name |
| | | |
| | | Notice Name |
| | | 10099 Bentwood Place |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| Juneau | AK | 99801 |

Country

| | | |
|---|---|---|
| 2.433 **State what the contract or lease is for and the nature of the debtor's interest** | Agreement (Contract No. SFMTA-2020-19) | City and County of San Francisco, State of California |
| | | Name |
| | | |
| | | Notice Name |
| | | City Hall |
| **State the term remaining** | 11/17/2024 | Address |
| | | 1 Dr. Carlton B. Goodlett Place |
| **List the contract number of any government contract** | | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94102-4685 |

Country

| | | |
|---|---|---|
| 2.434 **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to the Vehicle Lease Agreement | City of Albuquerque |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 1293 |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| Albuquerque | NM | 87103 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| **2.435** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | City of Albuquerque |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 100 First Street SW |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Albuquerque     NM     87102 |
| | | | City     State     ZIP Code |
| | | | Country |
| **2.436** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | City of Albuquerque |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 100 First Street SW |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Albuquerque     NM     87102 |
| | | | City     State     ZIP Code |
| | | | Country |
| **2.437** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | City of Albuquerque |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 100 First Street SW |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Albuquerque     NM     87102 |
| | | | City     State     ZIP Code |
| | | | Country |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.438**

| State what the contract or lease is for and the nature of the debtor's interest | Order Form | City of Artesia |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 18747 Clarkdale Ave |
| State the term remaining | Unknown | Address |
| | | |
| List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| Artesia | | CA | 90701 |
| City | | State | ZIP Code |
| | | | |
| Country | | | |

**2.439**

| State what the contract or lease is for and the nature of the debtor's interest | Order Form: Valence Platform | City of Artesia |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 18747 Clarkdale Ave |
| State the term remaining | Unknown | Address |
| | | |
| List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| Artesia | | CA | 90701 |
| City | | State | ZIP Code |
| | | | |
| Country | | | |

**2.440**

| State what the contract or lease is for and the nature of the debtor's interest | Agreement for Purchase & Sale of Three 35FT BEBs and Charging Stations (Agreement No. 2019-12 ; Contract No. P2018-01) | City of Arvin |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 200 Campus Drive |
| State the term remaining | 5/13/2024 | Address |
| | | |
| List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| Arvin | | CA | 93203 |
| City | | State | ZIP Code |
| | | | |
| Country | | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Bus and Charging Station Purchase Agreement | City of Arvin |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 165 Plumtree Dr. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Arvin | CA | 93203 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | City of Arvin |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 165 Plumtree Dr. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Arvin | CA | 93203 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | City of Arvin |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 165 Plumtree Dr. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Arvin | CA | 93203 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Purchase Order (Purchase Order # 21800617-07) |
| | | City of Asheville |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 7148 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Purchase Order (Purchase Order # 21800621-07) |
| | | City of Asheville |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 7148 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Purchase Order (Purchase Order # 21800622-07) |
| | | City of Asheville |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 7148 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Purchase Order (Purchase Order # 21800623-07) |

City of Asheville
Name

Notice Name

PO Box 7148
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Purchase Order (Purchase Order # 21800624-07) |

City of Asheville
Name

Notice Name

PO Box 7148
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Original Purchase Order (Purchase Order # 21800617-00) |

City of Asheville
Name

Notice Name

PO Box 7148
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Asheville | NC | 28802 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order # 21800621-0) | City of Asheville |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 7148 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| Asheville | NC | 28802 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order # 21800622-0) | City of Asheville |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 7148 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| Asheville | NC | 28802 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order # 21800623-0) | City of Asheville |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 7148 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| Asheville | NC | 28802 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.453** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order # 21800624-0)

City of Asheville
Name

Notice Name

State the term remaining | Unknown

PO Box 7148
Address

List the contract number of any government contract

| Asheville | NC | 28802 |
| City | State | ZIP Code |

Country

**2.454** State what the contract or lease is for and the nature of the debtor's interest

Proterra Form Sale Contract (Contract NO:.PA-2020-001-Boulder)

City Of Boulder
Name

Notice Name

State the term remaining | Unknown

1101 Arapahoe Avenue
Address

List the contract number of any government contract

| Boulder | CO | 80302 |
| City | State | ZIP Code |

Country

**2.455** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

City of Burlingame
Name

Notice Name

501 Primrose Rd
Address

State the term remaining | Unknown

List the contract number of any government contract

| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.456** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:. 20010230) |

City of Charlotte Ap

Name

Notice Name

PO Box 37979

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Charlotte | NC | 28237-7979 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.457** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #18085) |

City of Clemson Clemson Area Transit

Name

Notice Name

200 West Lane

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Clemson | SC | 29631-1241 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.458** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Purchase Agreement Dated August 3, 2021 (Contract No. 6003774) |

City of Detroit

Name

Notice Name

2 Woodward Ave, Ste 1100

**State the term remaining**    10/25/2026

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Detroit | MI | 48226 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of FOUR 40FT BEBs and Charging Stations (Contract No.PA-2021-001-DDOT) | City of Detroit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 Mack Ave |
| | **State the term remaining** | 11/9/2026 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Detroit — MI — 48201 |
| | | | City — State — ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order : 3054962 For Contract Agreement : 6003774 Change Order :1) | City of Detroit |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 Woodward Avenue, Site 644 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Detroit — MI — 48226 |
| | | | City — State — ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | Bus Acceptance (3054320) | City of Detroit Department of Transportation(DDOT) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1245 E. Washington Ave., Suite 201 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Madison — WI — 53703 |
| | | | City — State — ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.462** State what the contract or lease is for and the nature of the debtor's interest

Amending Agreement #1

City of Edmonton

Name

Notice Name

12404 107 Street

Address

State the term remaining — Unknown

List the contract number of any government contract

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.463** State what the contract or lease is for and the nature of the debtor's interest

Amending Agreement #1 (D929211A)

City of Edmonton

Name

Notice Name

12404 107 Street

Address

State the term remaining — Unknown

List the contract number of any government contract

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.464** State what the contract or lease is for and the nature of the debtor's interest

Amending Agreement #10

City of Edmonton

Name

Notice Name

12404 107 Street

Address

State the term remaining — Unknown

List the contract number of any government contract

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.465** | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #11 |

City of Edmonton

Name

Notice Name

12404 107 Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Edmonton | AB | T5G 2S7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| **2.466** | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #2 |

City of Edmonton

Name

Notice Name

12404 107 Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Edmonton | AB | T5G 2S7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| **2.467** | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement #3 |

City of Edmonton

Name

Notice Name

12404 107 Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Edmonton | AB | T5G 2S7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.468** **State what the contract or lease is for and the nature of the debtor's interest**

Amending Agreement #4

City of Edmonton
Name

Notice Name

12404 107 Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.469** **State what the contract or lease is for and the nature of the debtor's interest**

Amending Agreement #5

City of Edmonton
Name

Notice Name

12404 107 Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.470** **State what the contract or lease is for and the nature of the debtor's interest**

Amending Agreement #6

City of Edmonton
Name

Notice Name

12404 107 Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | Amending Agreement #7 | City of Edmonton |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12404 107 Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Edmonton | AB | T5G 2S7 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | Amending Agreement #8 | City of Edmonton |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12404 107 Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Edmonton | AB | T5G 2S7 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | Amending Agreement #9 | City of Edmonton |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12404 107 Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Edmonton | AB | T5G 2S7 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.474**

**State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

4th Floor, Century Place
Address

**State the term remaining**

Unknown

9803 102A Avenue NW

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.475**

**State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

4th Floor, Century Place
Address

**State the term remaining**

Unknown

9803 102A Avenue NW

**List the contract number of any government contract**

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.476**

**State what the contract or lease is for and the nature of the debtor's interest**

Change to C-Release

City of Edmonton
Name

Notice Name

FS - Westwood
Address

**State the term remaining**

Unknown

12404 107 Street NW

**List the contract number of any government contract**

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

Name

| | | |
|---|---|---|
| **2.477** | **State what the contract or lease is for and the nature of the debtor's interest** | Change to C-Release |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Edmonton
Name

Notice Name

FS - Westwood
Address

12404 107 Street NW

| | | |
|---|---|---|
| Edmonton | AB | T5G 2S7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| **2.478** | **State what the contract or lease is for and the nature of the debtor's interest** | Change to C-Release |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Edmonton
Name

Notice Name

FS - Westwood
Address

12404 107 Street NW

| | | |
|---|---|---|
| Edmonton | AB | T5G 2S7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| **2.479** | **State what the contract or lease is for and the nature of the debtor's interest** | Change to C-Release |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Edmonton
Name

Notice Name

4th Floor Century Place 9803-102
Address

| | | |
|---|---|---|
| Edmonton | AB | T5J 3A3 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | Change to C-Release |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Edmonton
Name

Notice Name
FS - Westwood
Address
12404 107 Street NW

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Form (929211) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Edmonton
Name

Notice Name
12404 107 Street
Address

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 929211 40FT BEBs and Charging Systems (929211) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

City of Edmonton
Name

Notice Name
4th Floor, Century Place
Address
9803 102A Avenue NW

| Edmonton | AB | T5J 3A3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 929211 40FT BEBs and Charging Systems (929211) |
| | | City of Edmonton |
| | | Name |
| | | |
| | | Notice Name |
| | | 4th Floor, Century Place |
| | **State the term remaining** | Unknown | Address |
| | | 9803 102A Avenue NW |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Edmonton | AB | T5J 3A3 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Contract Renewal (929211A) |
| | | City of Edmonton |
| | | Name |
| | | |
| | | Notice Name |
| | | Westwood Integrated Site |
| | **State the term remaining** | Unknown | Address |
| | | 12404 107 Street NW |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Edmonton | AB | T5G 2S7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Exercising Option to Renew for One Year Term |
| | | City of Edmonton |
| | | Name |
| | | |
| | | Notice Name |
| | | Westwood Integrated Site |
| | **State the term remaining** | Unknown | Address |
| | | 12404 107 Street NW |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Edmonton | AB | T5G 2S7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.486** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Renewal for 1 Year

City of Edmonton
Name

Notice Name

**State the term remaining**

Unknown

Westwood Integrated Site
Address

**List the contract number of any government contract**

12404 107 Street NW

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.487** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Renewal with Rate Schedule

City of Edmonton
Name

Notice Name

**State the term remaining**

Unknown

Westwood Integrated Site
Address

**List the contract number of any government contract**

12404 107 Street NW

| Edmonton | AB | T5G 2S7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.488** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

City of Edmonton
Name

Notice Name

2415-101 Street SW

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Edmonton | AB | T6X 1A1 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

---

**2.489**

**State what the contract or lease is for and the nature of the debtor's interest**

Order Form: Valence Platform

City of Edmonton
Name

Notice Name

**State the term remaining**  Unknown

2415-101 Street SW
Address

**List the contract number of any government contract**

| Edmonton | AB | T6X 1A1 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.490**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Order No: 4000178026)

City of Edmonton
Name

Notice Name

**State the term remaining**  Unknown

PO Box 2359
Address

**List the contract number of any government contract**

| Edmonton | AB | T5J 2R7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.491**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. CB 19259)

City of Everett
Name

Notice Name

**State the term remaining**  Unknown

PO Box 12130
Address

**List the contract number of any government contract**

| Everett | WA | 98206 |
| City | State | ZIP Code |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.492** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

City of Everett Purchasing Division

Name

Notice Name

3200 Cedar Street

Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Everett | WA | 98201 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.493** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 17 30383)

City of Everett Washington

Name

Notice Name

PO Box 12130

Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Everett | WA | 98206 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.494** **State what the contract or lease is for and the nature of the debtor's interest**

Appendix A: Performance Bond Form

City of Fresno

Name

Notice Name

2600 Fresno Street

Address

**State the term remaining**

Unknown

**List the contract number of any government contract**

| Fresno | CA | 93721 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | CER 3.11 Sample Service Contract | City of Fresno |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 2600 Fresno Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Fresno / CA / 93721 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | Contract Extension | City of Fresno |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | 12/16/2023 | 2600 Fresno Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Fresno / CA / 93721 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to the Agreement | City of Fresno |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 2223 G Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Fresno / CA / 93706-1675 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Purchase Contract | City of Fresno |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2600 Fresno Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Fresno | CA | 93721 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Purchase Contract | City of Fresno |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2600 Fresno Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Fresno | CA | 93721 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Requirements Contract | City of Fresno |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2600 Fresno Street, Room 2156 |
| | **State the term remaining** | 12/16/2022 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Fresno | CA | 93721-3622 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. FRSNO-0000074901; Bid File No. 3604) |

City of Fresno
Name

Notice Name

2600 Fresno Street, Room 2156
Address

**State the term remaining** 3/5/2019

**List the contract number of any government contract**

| Fresno | CA | 93721-3622 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. FRSNO-0000074901; Bid File No. 3604) |

City of Fresno
Name

Notice Name

2600 Fresno Street, Room 2156
Address

**State the term remaining** 3/5/2019

**List the contract number of any government contract**

| Fresno | CA | 93721-3622 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. FRSNO-0000078089; Bid File No. 9553) |

City of Fresno
Name

Notice Name

2600 Fresno Street, Room 2156
Address

**State the term remaining** 6/4/2021

**List the contract number of any government contract**

| Fresno | CA | 93721-3622 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (2017-10574 PO: 70919_rev01) | City of Greensboro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 3136 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greensboro      NC      27402-3136 |
| | | | City          State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (2017-10574 PO: 70919_rev01) | City of Greensboro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 3136 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greensboro      NC      27402-3136 |
| | | | City          State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (2017-10574 PO: 70919_rev01) | City of Greensboro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 3136 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greensboro      NC      27402-3136 |
| | | | City          State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.507** | **State what the contract or lease is for and the nature of the debtor's interest** | Order form Valence Platform |

**Name**

City of Greensboro

Name

Notice Name

300 West Washington Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greensboro | NC | 27401 |

Country

| | | |
|---|---|---|
| **2.508** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (63572) |

City of Greensboro

Name

Notice Name

PO Box 3136

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greensboro | NC | 27402-3136 |

Country

| | | |
|---|---|---|
| **2.509** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (63572) |

City of Greensboro

Name

Notice Name

PO Box 3136

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greensboro | NC | 27402-3136 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.510**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (64490)

City of Greensboro

Name

Notice Name

PO Box 3136

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

Greensboro                NC        27402-3136

City                       State     ZIP Code

Country

**2.511**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (64490)

City of Greensboro

Name

Notice Name

PO Box 3136

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

Greensboro                NC        27402-3136

City                       State     ZIP Code

Country

**2.512**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (67660)

City of Greensboro

Name

Notice Name

PO Box 3136

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

Greensboro                NC        27402-3136

City                       State     ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | |
|---|---|
| 2.513 **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (67660) |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

City of Greensboro
Name

Notice Name

PO Box 3136
Address

Greensboro        NC        27402-3136
City        State        ZIP Code

Country

| | |
|---|---|
| 2.514 **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (68578) |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

City of Greensboro
Name

Notice Name

PO Box 3136
Address

Greensboro        NC        27402-3136
City        State        ZIP Code

Country

| | |
|---|---|
| 2.515 **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (70657) |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

City of Greensboro
Name

Notice Name

PO Box 3136
Address

Greensboro        NC        27402-3136
City        State        ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.516** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (70919) |

City of Greensboro

Name

Notice Name

PO Box 3136

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

| | | |
|---|---|---|
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.517** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (70919) |

City of Greensboro

Name

Notice Name

PO Box 3136

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

| | | |
|---|---|---|
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| Greensboro | NC | 27402-3136 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.518** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Vehicles |

City of Guadalupe

Name

Notice Name

918 Obispo Street

Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

| | | |
|---|---|---|
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| Guadalupe | CA | 93434 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Purchase Order #08102022 (Purchase Order #08102022) |
| | | |

City of Guadalupe

Name

Notice Name

918 Obispo Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Guadalupe | CA | 93434 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (8102022) |

City of Guadalupe

Name

Notice Name

918 Obispo Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Guadalupe | CA | 93434 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 10022022) |

City of Guadalupe

Name

Notice Name

918 Obispo Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Guadalupe | CA | 93434 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of four 40FT BEBs and three Charging Station (PA-2021-001-ICT) |
| | | City of Iowa City Transportation Services Department |
| | | Name |
| | | |
| | | Notice Name |
| | | 1200 South Riverside Drive |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | | |
|---|---|---|---|
| | Iowa City | IA | 52240 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Battery Lease Agreement |
| | | City of La Crosse |
| | | Name |
| | | |
| | | Notice Name |
| | | 2000 Macro Drive |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | | |
|---|---|---|---|
| | La Crosse | WI | 54601 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Agreement (WI-2019-007-00) |
| | | City of La Crosse |
| | | Name |
| | | |
| | | Notice Name |
| | | 2000 Macro Drive |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | | |
|---|---|---|---|
| | La Crosse | WI | 54601 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Battery Lease Agreement |
| | | |

City of La Crosse

Name

Notice Name

2000 Macro Drive

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| La Crosse | WI | 54601 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 310001) |

City of La Crosse

Name

Notice Name

400 La Crosse Street

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| La Crosse | WI | 54601-3396 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 310002) |

City of La Crosse

Name

Notice Name

400 La Crosse Street

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| La Crosse | WI | 54601-3396 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 310003) | City of La Crosse |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 La Crosse Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | La Crosse |
| | | | City |

La Crosse | WI | 54601-3396
City | State | ZIP Code

Country

| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement between City of Lawrence and Proterra Operating Company, Inc. | City of Lawrence |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6 E. 6th St. |
| | State the term remaining | Unknown | Address |
| | | | Transit & Parking Manager |
| | List the contract number of any government contract | | |

Lawrence | KS | 66044
City | State | ZIP Code

Country

| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 - Purchase of Services b/w the City of Madison and PTRA Inc. | City of Madison |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 210 Martin Luther King, Jr. Boulevard |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

Madison | WI | 53703
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.531** **State what the contract or lease is for and the nature of the debtor's interest**

Contract For Purchase Of Services

City of Madison
Name

Notice Name

**State the term remaining**    Unknown

1245 E. Washington Avenue Suite 201
Address

**List the contract number of any government contract**

| Madison | WI | 53703 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.532** **State what the contract or lease is for and the nature of the debtor's interest**

Contractor Agreement Dated June 21, 20021

City of Racine
Name

Notice Name

**State the term remaining**    Unknown

1900 Kentucky St.
Address

**List the contract number of any government contract**

| Racine | WI | 53405 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.533** **State what the contract or lease is for and the nature of the debtor's interest**

Proterra Form Sale Contract (Contract No. PA-2021-001-Racine)

City of Racine - Belle Urban System
Name

Notice Name

**State the term remaining**    Unknown

730 Washington Avenue
Address

**List the contract number of any government contract**

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

---

**2.534**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2100410 - 00) |
| | City of Racine, Wisconsin Purchasing Department |
| | Name |
| | |
| | Notice Name |
| | 730 Washington Avenue |
| **State the term remaining** | Unknown |
| | Address |
| **List the contract number of any government contract** | |

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.535**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 2100411 - 00) |
| | City of Racine, Wisconsin Purchasing Department |
| | Name |
| | |
| | Notice Name |
| | 730 Washington Avenue |
| **State the term remaining** | Unknown |
| | Address |
| **List the contract number of any government contract** | |

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.536**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 21004112- 00) |
| | City of Racine, Wisconsin Purchasing Department |
| | Name |
| | |
| | Notice Name |
| | 730 Washington Avenue |
| **State the term remaining** | Unknown |
| | Address |
| **List the contract number of any government contract** | |

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

2.537 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO #: 21004113 - 00)

City of Racine, Wisconsin Purchasing Department
Name

Notice Name

730 Washington Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Racine | WI | 53403 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

2.538 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO #: 21004114- 00)

City of Racine, Wisconsin Purchasing Department
Name

Notice Name

730 Washington Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Racine | WI | 53403 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

2.539 **State what the contract or lease is for and the nature of the debtor's interest**

CONTRACT FOR SERVICES

City of Raleigh
Name

Notice Name

222 W. Hargett Street
Address

**State the term remaining** 6/1/2021

**List the contract number of any government contract**

| Raleigh | NC | 27601 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (126895) |

City of Raleigh Procurement Division
Name

Notice Name

PO Box 590
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Raleigh | NC | 27602-0590 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (127133) |

City of Raleigh Procurement Division
Name

Notice Name

PO Box 590
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Raleigh | NC | 27602-0590 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (109846) |

City of Redding (RABA)
Name

Notice Name

PO Box 496071
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Redding | CA | 96049-6071 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Addendum | City of Rock Hill |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 11706 |
| | **State the term remaining** | Unknown | Address |
| | | | 155 Johnston Street |
| | **List the contract number of any government contract** | | |

| | Rock Hill | SC | 29731-1706 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Agreement (PA-2021-001-ROCKHILL) | City of Rock Hill |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 757 S. Anderson Rd., Bldg. 103 |
| | **State the term remaining** | 6/23/2026 | Address |
| | **List the contract number of any government contract** | | |

| | Rock Hill | SC | 29730 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed | City of Rock Hill |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 155 Johnston Street |
| | **State the term remaining** | Unknown | Address |
| | | | P.O. Box 11706 |
| | **List the contract number of any government contract** | | |

| | Rock Hill | SC | 29731-1706 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Request for Change or Approved Equal |

City of Rock Hill

Name

Notice Name

PO Box 11706

Address

155 Johnston Street

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Rock Hill | SC | 29731-1706 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Request for Change or Approved Equal |

City of Rock Hill

Name

Notice Name

PO Box 11706

Address

155 Johnston Street

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Rock Hill | SC | 29731-1706 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-001) |

City of Rock Hill, SC

Name

Notice Name

730 Washington Avenue

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Racine | WI | 53403 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-002) | City of Rock Hill, SC |
| | | | Name |

Notice Name

730 Washington Avenue
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| Racine | WI | 53403 |
| City | State | ZIP Code |

Country

| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (9009418) | City of Roseville |
| | | | Name |

Notice Name

311 Vernon St
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| Roseville | CA | 95678 |
| City | State | ZIP Code |

Country

| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (9011071) | City of Roseville |
| | | | Name |

Notice Name

311 Vernon St
Address

| **State the term remaining** | Unknown |

| **List the contract number of any government contract** | |

| Roseville | CA | 95678 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 9011071) | City of Roseville |
|---|---|---|---|

Name

Notice Name

| State the term remaining | Unknown | 311 Vernon St |
|---|---|---|

Address

List the contract number of any government contract

| | Roseville | CA | 95678 |
|---|---|---|---|

City | State | ZIP Code

Country

| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Change Order#2 (PO:.80498) | City of San Jose |
|---|---|---|---|

Name

Notice Name

| State the term remaining | Unknown | 200 East Santa Clara St., 14th Floor |
|---|---|---|

Address

List the contract number of any government contract

| | San Jose | CA | 95113-1905 |
|---|---|---|---|

City | State | ZIP Code

Country

| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent re: Purchase - Six (6) ZX5 35' BEBs | City of San Luis Obispo |
|---|---|---|---|

Name

Notice Name

| State the term remaining | Unknown | 919 Palm Street |
|---|---|---|

Address

List the contract number of any government contract

| | San Luis Obispo | CA | 93401-3218 |
|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of One (1) 35-Foot Battery Electric Buses (PA-2021-001-SLO) | City of San Luis Obispo |
|---|---|---|---|

Name

Notice Name

919 Palm Street
Address

State the term remaining    4/11/2027

List the contract number of any government contract

| San Luis Obispo | CA | 93401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of One (1) 35-Foot Battery Electric Buses (PA-2021-001-SLO) | City of San Luis Obispo |
|---|---|---|---|

Name

Notice Name

919 Palm Street
Address

State the term remaining    4/11/2027

List the contract number of any government contract

| San Luis Obispo | CA | 93401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 609570) | City of San Luis Obispo |
|---|---|---|---|

Name

Notice Name

990 Palm Street
Address

State the term remaining    Unknown

List the contract number of any government contract

| San Luis Obispo | CA | 93401 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.558** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Vehicles |
| | | City of Sandy |
| | | Name |
| | | |
| | | Notice Name |
| | | 16610 Champion Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Sandy | OR | 97055 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.559** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (33324) |
| | | City of Sandy |
| | | Name |
| | | |
| | | Notice Name |
| | | 39250 Pioneer Blvd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Sandy | OR | 97055 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.560** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000000519) |
| | | City of Sandy, Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | Sandy Operations Center |
| | **State the term remaining** | Unknown |
| | | Address |
| | | 16610 Champion Way |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Sandy | OR | 97055 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.561** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (57614) | City of Santa Maria California |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 E. Cook St., Room #6 |
| **State the term remaining** | Unknown | | Address |
| **List the contract number of any government contract** | | | |
| | | Santa Maria | CA | 93454 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.562** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (63759) | City of Santa Maria California |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 E. Cook St., Room #6 |
| **State the term remaining** | Unknown | | Address |
| **List the contract number of any government contract** | | | |
| | | Santa Maria | CA | 93454 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.563** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | City of Santa Maria Public Works Department |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 S. Pine Street |
| **State the term remaining** | Unknown | | Address |
| **List the contract number of any government contract** | | | |
| | | Santa Maria | CA | 93458 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB) | City of Santa Rosa |

Name

Notice Name

45 Stony Point Road

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| | | Santa Rosa | CA | 95401 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB) | City of Santa Rosa |

Name

Notice Name

45 Stony Point Road

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| | | Santa Rosa | CA | 95401 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB) | City of Santa Rosa |

Name

Notice Name

45 Stony Point Road

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| | | Santa Rosa | CA | 95401 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB) |

City of Santa Rosa

Name

Notice Name

45 Stony Point Road

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Rosa | CA | 95401 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 166357) |

City of Santa Rosa

Name

Notice Name

635 1st Street, 2nd Floor

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Rosa | CA | 95404 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 166357) |

City of Santa Rosa

Name

Notice Name

635 1st Street, 2nd Floor

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Rosa | CA | 95404 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | Valence Platform Agreement - Order Form Valence Platform | City of Santa Rosa |
|---|---|---|---|

Name

Notice Name

635 1st Street, 2nd Floor

State the term remaining: Unknown

Address

List the contract number of any government contract

| | | | Santa Rosa | CA | 95404 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | AMD 2Purchase and Sale - Four 35FT BEBs and Two Charging Stations  (001) | City of Seneca |
|---|---|---|---|

Name

Notice Name

PO Box 4773

State the term remaining: Unknown

Address

221 East North First Street

List the contract number of any government contract

| | | | Seneca | SC | 29679 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | AMD 3 to the Contract No. 001 b/w PTRA and City of Seneca (001) | City of Seneca |
|---|---|---|---|

Name

Notice Name

PO Box 4773

State the term remaining: Unknown

Address

221 East North First Street

List the contract number of any government contract

| | | | Seneca | SC | 29679 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

| | | |
|---|---|---|
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD1 - Contract for Two 35FT BEBs and Two Charging Station (PO No. 70642) |

City of Seneca

Name

Notice Name

221 East North First Street

Address

| **State the term remaining** | Unknown |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD1 Purchase and Sale - Four 35FT BEBs and Two Charging Stations (001) |

City of Seneca

Name

Notice Name

PO Box 4773

Address

221 East North First Street

| **State the term remaining** | Unknown |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four 35FT BEBs and Two Charging Stations (001) |

City of Seneca

Name

Notice Name

PO Box 4773

Address

221 East North First Street

| **State the term remaining** | 6/7/2015 |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.576** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 35FT BEBs and 2 Charging Stations |

City of Seneca

Name

Notice Name

PO Box 4773

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of**

**any government contract**

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.577** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 35FT BEBs and 2 Charging Stations |

City of Seneca

Name

Notice Name

PO Box 4773

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of**

**any government contract**

| Seneca | SC | 29679 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.578** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-00004821) |

City of Shreveport

Name

Notice Name

PO Box 31109

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of**

**any government contract**

| Shreveport | LA | 71130 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-00004821) |

City of Shreveport

Name

Notice Name

PO Box 31109

**State the term remaining**    Unknown

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Shreveport | LA | 71130 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | Reprint Purchase Order (Purchase Order No. 2017-00003641) |

City of Shreveport

Name

Notice Name

PO Box 31109

**State the term remaining**    Unknown

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Shreveport | LA | 71130 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | Reprint Purchase Order (Purchase Order No. 2018-00002421) |

City of Shreveport

Name

Notice Name

PO Box 31109

**State the term remaining**    Unknown

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Shreveport | LA | 71130 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms and Conditions Federally Assisted Supply or Service Contract |

City of Shreveport
Name

Notice Name

**State the term remaining** Unknown

PO Box 31109
Address

**List the contract number of any government contract**

| Shreveport | LA | 71130 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms and Conditions Federally Assisted Supply or Service Contract |

City of Shreveport
Name

Notice Name

**State the term remaining** Unknown

PO Box 31109
Address

**List the contract number of any government contract**

| Shreveport | LA | 71130 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to Contract No. 996153 b/w the City of Tallahassee and PTRA (Contract No. 996153) |

City of Tallahassee
Name

Notice Name

**State the term remaining** Unknown

300 South Adams Street
Address

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale (996153) | City of Tallahassee | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 300 South Adams Street | |
| | **State the term remaining** | Unknown | Address | |
| | | | Mail Box A-28 | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Tallahassee | FL | 32301-1731 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three 35FT BEBs and Charging Station (2492) | City of Tallahassee | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 300 South Adams Street | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Tallahassee | FL | 32301 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001069944) | City of Tallahassee | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 300 S Adams St 4th FL | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Tallahassee | FL | 32301 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| | Name | | | |

**2.588** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (COTLH-0001071709)

City of Tallahassee
Name

Notice Name

300 S Adams St 4th FL
Address

State the term remaining — Unknown

List the contract number of any government contract

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.589** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (COTLH-0001072939)

City of Tallahassee
Name

Notice Name

300 S Adams St 4th FL
Address

State the term remaining — Unknown

List the contract number of any government contract

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.590** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (COTLH-0001074345)

City of Tallahassee
Name

Notice Name

300 S Adams St 4th FL
Address

State the term remaining — Unknown

List the contract number of any government contract

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001074345) | City of Tallahassee |
| | | | Name |

Notice Name

300 S Adams St 4th FL
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
| City | State | ZIP Code |

Country

| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001074345) | City of Tallahassee |
| | | | Name |

Notice Name

300 S Adams St 4th FL
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
| City | State | ZIP Code |

Country

| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001074604) | City of Tallahassee |
| | | | Name |

Notice Name

300 S Adams St 4th FL
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001076191) |

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001077522) |

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (COTLH-0001077523) |

City of Tallahassee

Name

Notice Name

300 S Adams St 4th FL

Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | City of Tallahassee/StarMetro |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 300 South Adams Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Tallahassee FL 32301 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding | City of Tallahassee/StarMetro |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 555 Appleyard Dr |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Tallahassee FL 32304 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | City of Visalia - Performance Bond (Bond No. PB0043820013) | City of Visalia |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 315 East Acequia Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Visalia CA 93291 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. P02575) | City of Visalia |
| | | | Name |

State the term remaining: Unknown

Notice Name

707 W. Acequia Avenue

Address

List the contract number of any government contract:

| | Visalia | CA | 93291 |
| | City | State | ZIP Code |

Country

| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. P02693) | City of Visalia |
| | | | Name |

State the term remaining: Unknown

Notice Name

707 W. Acequia Avenue

Address

List the contract number of any government contract:

| | Visalia | CA | 93291 |
| | City | State | ZIP Code |

Country

| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. P02771) | City of Visalia |
| | | | Name |

State the term remaining: Unknown

Notice Name

707 W. Acequia Avenue

Address

List the contract number of any government contract:

| | Visalia | CA | 93291 |
| | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | Notice to Proceed - Purchase of Four Transit Buses and Chargers (Purchase Order No. P02771) | City of Visalia - Transit Division |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 425 E. Oak Ave., Suite 301 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Visalia            CA            93292 |
| | | | City         State         ZIP Code |
| | | | |
| | | | Country |

| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Four 35FT BEBs and Four Charging Stations (Contract No. PA-2020-002-VIS) | City of Visalia - Transit Division |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 425 E. Oak Ave., Suite 301 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Visalia            CA            92391 |
| | | | City         State         ZIP Code |
| | | | |
| | | | Country |

| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Battery Lease Agreement | City of Wichita |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 777 E Waterman |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Wichita            KS            67202 |
| | | | City         State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Agreement to Purchase Charges For Electric Vehicles | City of Wichita Kansas |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 455 N Main |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |

| Wichita | KS | 67202 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | City of Wilsonville First Amendment to Goods and Services Contract (First Amendment) | City of Wilsonville |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 29799 SW Town Center Loop East |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |

| Wilsonville | OR | 97070-9454 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | City of Wilsonville Goods and Services Contract | City of Wilsonville |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 29799 SW Town Center Loop East |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |

| Wilsonville | OR | 97070-9454 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

**2.609** | State what the contract or lease is for and the nature of the debtor's interest | City of Wilsonville Goods and Services Contract | City of Wilsonville |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| | | 29799 SW Town Center Loop East |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |
| | | Wilsonville \| OR \| 97070-9455 |
| | | City \| State \| ZIP Code |
| | | Country |

**2.610** | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | City View Bus Sales and Service Ltd |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| | | 1213 Lorimar Dr |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |
| | | Mississauga \| ON \| L5S 1M9 |
| | | City \| State \| ZIP Code |
| | | Canada |
| | | Country |

**2.611** | State what the contract or lease is for and the nature of the debtor's interest | Claims X Change, LLC Business Associated Agreement | Claims-x-Change, LLC |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| | | 14200 Midway Rd., Suite 106 |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |
| | | Dallas \| TX \| 75244 |
| | | City \| State \| ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| **2.612** | **State what the contract or lease is for and the nature of the debtor's interest** | Data Processing Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Claims-x-Change, LLC
Name

Notice Name
CXC Plaza
Address
14200 Midway Road, Suite 106

| Dallas | TX | 75244 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.613** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Relationship Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Claims-x-Change, LLC
Name

Notice Name
CXC Plaza
Address
14200 Midway Road, Suite 106

| Dallas | TX | 75244 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.614** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Schedule to Services Rider |
| | | |
| | **State the term remaining** | 10/26/2023 |
| | **List the contract number of any government contract** | |

Claims-x-Change, LLC
Name

Notice Name
CXC Plaza
Address
14200 Midway Road, Suite 106

| Dallas | TX | 75244 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.615** State what the contract or lease is for and the nature of the debtor's interest: Master Service Agreement

Clark Hill PLC
Name

Notice Name

500 Woodward Ave
Address

State the term remaining: Unknown

Ste 3500

List the contract number of any government contract

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.616** State what the contract or lease is for and the nature of the debtor's interest: Acceptance of Buse 1807, the Charger and PCS Chargers #7, and 8

Clemson Area Transit
Name

Notice Name

200 West Lane
Address

State the term remaining: Unknown

List the contract number of any government contract

| Clemson | SC | 29631 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.617** State what the contract or lease is for and the nature of the debtor's interest: Acceptance of Buses 1901, and 1802 and PCS Chargers # 4, and 5

Clemson Area Transit
Name

Notice Name

200 West Lane
Address

State the term remaining: Unknown

List the contract number of any government contract

| Clemson | SC | 29631 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Clemson Area Transit
Name

Notice Name

200 West Lane
Address

| Clemson | SC | 29631 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Lease Agreement |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Clemson Area Transit
Name

Notice Name

200 West Lane
Address

| Clemson | SC | 29631 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Clever Devices Ltd
Name

Notice Name

300 Crossways Park Dr
Address

| Woodbury | NY | 11797 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.621** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Cline Hose and Hydraulics, LLC
Name

Notice Name

State the term remaining — Unknown

PO Box 1188
Address

List the contract number of any government contract

| Mauldin | SC | 29662 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.622** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Coach Glass
Name

Notice Name

State the term remaining — Unknown

91302 N Coburg Industrial Way
Address

List the contract number of any government contract

| Coburg | OR | 97408 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.623** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

COBE Construction Inc
Name

Notice Name

State the term remaining — Unknown

498 Salmar Ave
Address

List the contract number of any government contract

| Campbell | CA | 95008 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Cogency Global Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 122 E. 42nd St. |
| | State the term remaining | Unknown | Address |
| | | | 18th Floor |
| | List the contract number of any government contract | | |
| | | | New York  NY  10168 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Cognex Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Vision Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Natick  MA  01760 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. PO00803-2) | Collins Bus |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 415 W6th |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | South Hutchinson  KS  67505 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.627** State what the contract or lease is for and the nature of the debtor's interest

Customer Letter of Authority

State the term remaining: 11/20/2025

List the contract number of any government contract

ColoPeople

Name

Notice Name

2 Riverside Plaza Suite 2450

Address

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.628** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO# 0000069863)

State the term remaining: Unknown

List the contract number of any government contract

Colorado Springs

Name

Notice Name

1015 Transit Dr

Address

| Colorado Springs | CO | 80903 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.629** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO# 0000069863)

State the term remaining: Unknown

List the contract number of any government contract

Colorado Springs

Name

Notice Name

1015 Transit Dr

Address

| Colorado Springs | CO | 80903 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.630**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 0000069863) |

**State the term remaining**    Unknown

**List the contract number of any government contract**

Colorado Springs
Name

Notice Name

1015 Transit Dr
Address

| City | State | ZIP Code |
|---|---|---|
| Colorado Springs | CO | 80903 |

Country

**2.631**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 0000071933) |

**State the term remaining**    Unknown

**List the contract number of any government contract**

Colorado Springs
Name

Notice Name

1015 Transit Dr
Address

| City | State | ZIP Code |
|---|---|---|
| Colorado Springs | CO | 80903 |

Country

**2.632**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 000069863A) |

**State the term remaining**    Unknown

**List the contract number of any government contract**

Colorado Springs
Name

Notice Name

1015 Transit Dr
Address

| City | State | ZIP Code |
|---|---|---|
| Colorado Springs | CO | 80903 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.633** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Comcast Cable Communications Management, LLC
Name

Notice Name

1900 S 10th Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.634** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Commercial Furniture Interiors, LLC
Name

Notice Name

4603 Dwight Evans Road
Address

State the term remaining — Unknown

List the contract number of any government contract

| Charlotte | NC | 28217 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.635** State what the contract or lease is for and the nature of the debtor's interest

Modification No. 2 (Contract No. E194-8168)

Commonwealth of Virgina
Name

Notice Name

1111 East Broad Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| Richmond | VA | 23219 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| | | Name |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | Modification No.1 (Contract No. E194-81688) |

Commonwealth of Virgina
Name

Notice Name

1111 East Broad Street
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Richmond | VA | 23219 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Composites Consolidation Company II LLC
Name

Notice Name

PO Box 83029
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Chicago | IL | 60691 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Composites One LLC
Name

Notice Name

PO Box 409328
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Atlanta | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.639** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Computershare Inc.

Name

Notice Name

150 Royall Street, Suite 101

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Canton | MA | 02021 |

Country

**2.640** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

COMTO Philadelphia Area Chapter

Name

Notice Name

PO Box 40746

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Philadelphia | PA | 19107 |

Country

**2.641** **State what the contract or lease is for and the nature of the debtor's interest**

Business Services Agreement

Concur Technologies, Inc

Name

Notice Name

601 108th Avenue NE Suite 1000

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Bellevue | WA | 98004 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.642** **State what the contract or lease is for and the nature of the debtor's interest**

Concur Technologies, Inc. Sales Order Form Professional Edition (PO:.792015)

Concur Technologies, Inc
Name

Notice Name

601 108th Avenue NE Suite 1000
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Bellevue | WA | 98004 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.643** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Conduent State & Local Solutions, Inc.
Name

Notice Name

12410 Milestone Center Drive
Address

5th Floor

**State the term remaining** Unknown

**List the contract number of any government contract**

| Germantown | MD | 20876 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.644** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1164056882)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**2.645**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1164056982) |
| | Name |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

City | State | ZIP Code

Country

**2.646**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1164057306) |
| | Name |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

City | State | ZIP Code

Country

**2.647**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1164057422) |
| | Name |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name

Address on file
Address

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**2.648**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1164057422)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.649**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1164500912)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.650**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1164500947)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1605050083) |

Confidential Counterparty

Name

Notice Name

Address on file

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |

Address

| | | |
|---|---|---|
| | **List the contract number of** | |
| | **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1605300531) |

Confidential Counterparty

Name

Notice Name

Address on file

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |

Address

| | | |
|---|---|---|
| | **List the contract number of** | |
| | **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # 1164054493) |

Confidential Counterparty

Name

Notice Name

Address on file

| | | |
|---|---|---|
| | **State the term remaining** | Unknown |

Address

| | | |
|---|---|---|
| | **List the contract number of** | |
| | **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

---

**2.654** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 1605050076)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                State            ZIP Code

Country

---

**2.655** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 1605050083)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                State            ZIP Code

Country

---

**2.656** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.1164501485)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City                State            ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.657** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 1013830894) | Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** | Unknown | Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.658** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (PO # 1164056281) | Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** | Unknown | Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.659** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (PO No. 1605000896) | Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** | Unknown | Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No 2 to Long Term Agreement |

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Long Term Agreement |

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Limited Supply Agreement |

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Limited Supply Agreement | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | 12/31/2020 | Address |
| | **List the contract number of any government contract** | | |
| | | | City       State       ZIP Code |
| | | | Country |

| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590326081) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | City       State       ZIP Code |
| | | | Country |

| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590333078) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | City       State       ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.666**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590335192) |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Confidential Counterparty

Name

Notice Name

Address on file

Address

City    State    ZIP Code

Country

**2.667**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590343147) |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Confidential Counterparty

Name

Notice Name

Address on file

Address

City    State    ZIP Code

Country

**2.668**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590350802) |
| | |
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

Confidential Counterparty

Name

Notice Name

Address on file

Address

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590351662) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590351676) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | Critical Drop Ship Purchase Order (4590351680) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | Critical Drop Ship Purchase Order (4590379016) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of any government contract

City | State | ZIP Code

Country

| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Critical Drop Ship Purchase Order (4590379251) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of any government contract

City | State | ZIP Code

Country

| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | Development Agreement | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of any government contract

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |

Country

| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |

Country

| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | Development Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file
Address

State the term remaining    Unknown

List the contract number of
any government contract

| City | State | ZIP Code |

Country

| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | Limited Supply Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file
Address

State the term remaining    Unknown

List the contract number of
any government contract

| City | State | ZIP Code |

Country

| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Agreement | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file
Address

State the term remaining    12/31/2023

List the contract number of
any government contract

| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City        State        ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City        State        ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City        State        ZIP Code |
| | | Country |

Debtor:  Proterra Operating Company, Inc.                                    Case number *(if known)*:  23-11121
_____
Name

| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown       Address

**List the contract number of any government contract**

City                          State              ZIP Code

Country

| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown       Address

**List the contract number of any government contract**

City                          State              ZIP Code

Country

| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown       Address

**List the contract number of any government contract**

City                          State              ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.687** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.688** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.689** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410134172)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.690** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410139504)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.691** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410139666)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.692** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410139689)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.693** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410140359) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name
Address on file
Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.694** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410145631) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name
Address on file
Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.695** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (3410159386) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Confidential Counterparty
Name

Notice Name
Address on file
Address

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.696** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410161181)

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City State ZIP Code

Country

**2.697** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410161552)

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City State ZIP Code

Country

**2.698** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410165821)

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City State ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

**2.699** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410200795)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.700** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document No. 3410141804)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.701** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document No. 3410151745)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Document No. 3410151746) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| State the term remaining | Unknown | Address |
|---|---|---|

List the contract number of
any government contract

| City | State | ZIP Code |
|---|---|---|

Country

| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Document No. 3410151747) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| State the term remaining | Unknown | Address |
|---|---|---|

List the contract number of
any government contract

| City | State | ZIP Code |
|---|---|---|

Country

| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Document No. 3410151871) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| State the term remaining | Unknown | Address |
|---|---|---|

List the contract number of
any government contract

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.705** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document No. 3410154691)

**State the term remaining** Unknown

**List the contract number of any government contract**

Confidential Counterparty
Name

Notice Name

Address on file
Address

City | State | ZIP Code

Country

---

**2.706** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Document Number: 3410175455)

**State the term remaining** Unknown

**List the contract number of any government contract**

Confidential Counterparty
Name

Notice Name

Address on file
Address

City | State | ZIP Code

Country

---

**2.707** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (L27655)

**State the term remaining** Unknown

**List the contract number of any government contract**

Confidential Counterparty
Name

Notice Name

Address on file
Address

City | State | ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.708 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L35145) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

City | State | ZIP Code

Country

| 2.709 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L35251) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

City | State | ZIP Code

Country

| 2.710 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L54268) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.711 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L55189) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of** | | |
| | **any government contract** | | |

City | State | ZIP Code

Country

| 2.712 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L55191) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of** | | |
| | **any government contract** | | |

City | State | ZIP Code

Country

| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L55193) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of** | | |
| | **any government contract** | | |

City | State | ZIP Code

Country

Debtor:    Proterra Operating Company, Inc.                                   Case number *(if known)*:    23-11121

Name

**2.714** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L56202) | Confidential Counterparty
Name

Notice Name

Address on file

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** | |

| | | City | State | ZIP Code

| | | Country

**2.715** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L57169) | Confidential Counterparty
Name

Notice Name

Address on file

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** | |

| | | City | State | ZIP Code

| | | Country

**2.716** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L57703) | Confidential Counterparty
Name

Notice Name

Address on file

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** | |

| | | City | State | ZIP Code

| | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.717** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (L58251)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.718** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (L59106)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.719** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (L59178)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:  Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L65236) |
| | | |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (L70875) |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order # L41626) |

Confidential Counterparty
_____
Name

_____
Notice Name

Address on file
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

**2.723 State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Order # L46975)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.724 State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Order # L48015)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.725 State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Order # L48016)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order # L48021) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order # L48022) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. L55191) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order Number: L40224) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order Number: L40225) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order Number: L40226) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

**2.732**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Order Number: L45281)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

**2.733**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # L40226)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

**2.734**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # L45281)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.735** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # L48015)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                State            ZIP Code

Country

**2.736** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # L48016)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                State            ZIP Code

Country

**2.737** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.3410172916)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                State            ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.738** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.3410189607)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.739** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.3410190597)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.740** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.3410191122)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410193685) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Country | | |

| | | | |
|---|---|---|---|
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L43216) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Country | | |

| | | | |
|---|---|---|---|
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.L54508) | Confidential Counterparty |
| | | | Name |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.L54524) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

Address

| | State the term remaining | Unknown |

| | List the contract number of any government contract | |

| City | State | ZIP Code |

Country

| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.L55191) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

Address

| | State the term remaining | Unknown |

| | List the contract number of any government contract | |

| City | State | ZIP Code |

Country

| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.L55193) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

Address

| | State the term remaining | Unknown |

| | List the contract number of any government contract | |

| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.L55566) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

State the term remaining   Unknown

Address

List the contract number of
any government contract

| City | State | ZIP Code |
|---|---|---|

Country

| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.L59106) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

State the term remaining   Unknown

Address

List the contract number of
any government contract

| City | State | ZIP Code |
|---|---|---|

Country

| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L38983) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

State the term remaining   Unknown

Address

List the contract number of
any government contract

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:    Proterra Operating Company, Inc.                                     Case number *(if known)*:    23-11121
_____
Name

**2.750**  **State what the contract or lease is for and the nature of the debtor's interest**    Purchase Order (Purchase Order No. L40715)    Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.751**  **State what the contract or lease is for and the nature of the debtor's interest**    Purchase Order (Purchase Order No. L40781)    Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.752**  **State what the contract or lease is for and the nature of the debtor's interest**    Purchase Order (Purchase Order No. L41407)    Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L41699) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L42503) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L42563) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.756** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L43576)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.757** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L43579)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.758** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L43678)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.759** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L44782)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.760** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L46975)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.761** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L51260)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L51876) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

City     State     ZIP Code

Country

| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L51881) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

City     State     ZIP Code

Country

| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L54130) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

City     State     ZIP Code

Country

Debtor: Proterra Operating Company, Inc.                                          Case number (if known): 23-11121

Name

**2.765** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L54441) | Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** |

City                          State                    ZIP Code

Country

**2.766** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L54508) | Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** |

City                          State                    ZIP Code

Country

**2.767** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L54926) | Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown | Address

| **List the contract number of any government contract** |

City                          State                    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L55566) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City        State        ZIP Code

Country

| | | |
|---|---|---|
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L56130) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City        State        ZIP Code

Country

| | | |
|---|---|---|
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L56130) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

City        State        ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L56194) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of
any government contract

City    State    ZIP Code

Country

| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L56487) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of
any government contract

City    State    ZIP Code

Country

| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L56521) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of
any government contract

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.774** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L56527)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.775** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L57160)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.776** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L57167)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.777**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L57176)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                State        ZIP Code

Country

---

**2.778**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L57683)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                State        ZIP Code

Country

---

**2.779**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. L58253)

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

City                State        ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L58601) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

City                State            ZIP Code

Country

| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L59106) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

City                State            ZIP Code

Country

| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L61506) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

City                State            ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L70875) | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file
Address

State the term remaining — Unknown

List the contract number of any government contract

City        State        ZIP Code

Country

| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L71820) | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file
Address

State the term remaining — Unknown

List the contract number of any government contract

City        State        ZIP Code

Country

| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. L72636) | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file
Address

State the term remaining — Unknown

List the contract number of any government contract

City        State        ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L74923) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L75102) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L75115) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L79937) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. L84250) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order *Revised* (Order # L39424) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

**2.792**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order *Revised* (Order # L42021)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of**

**any government contract**

City                          State            ZIP Code

Country

**2.793**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order *Revised* (Order # L42925)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of**

**any government contract**

City                          State            ZIP Code

Country

**2.794**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Change (3410143959)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**   Unknown

Address

**List the contract number of**

**any government contract**

City                          State            ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410143960) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410161552) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410162072) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (3410164416) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Doc No. 3410168938) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141800) |
| | | Confidential Counterparty |
| | | Name |
| | | Notice Name |
| | | Address on file |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141801) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141802) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141803) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor:  Proterra Operating Company, Inc.                                   Case number *(if known)*:  23-11121
         Name

**2.804** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141873) | Confidential Counterparty
| | | Name
| | | 
| | | Notice Name
| | | Address on file
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | 
| | | City                  State            ZIP Code
| | | 
| | | Country

**2.805** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141873) | Confidential Counterparty
| | | Name
| | | 
| | | Notice Name
| | | Address on file
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | 
| | | City                  State            ZIP Code
| | | 
| | | Country

**2.806** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410145773) | Confidential Counterparty
| | | Name
| | | 
| | | Notice Name
| | | Address on file
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | 
| | | City                  State            ZIP Code
| | | 
| | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Change (Document No. 3410145774) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

State the term remaining: Unknown

Address

List the contract number of any government contract

City          State          ZIP Code

Country

| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Change (Document No. 3410145775) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

State the term remaining: Unknown

Address

List the contract number of any government contract

City          State          ZIP Code

Country

| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Change (Document No. 3410151745) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

State the term remaining: Unknown

Address

List the contract number of any government contract

City          State          ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410151745) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410151747) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410151871) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

| | | |
|---|---|---|
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141628) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

City                              State              ZIP Code

Country

| | | |
|---|---|---|
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141629) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

City                              State              ZIP Code

Country

| | | |
|---|---|---|
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141734) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

City                              State              ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410143959) |

Name

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410143960) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410144247) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410144248) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Document Number: 3410175455) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410189607) |

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410190597) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410191122) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.3410193685) |

Confidential Counterparty

Name

Notice Name

Address on file

Address

**State the term remaining** Unknown

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Doc No. 3410168938) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document No. 3410141873) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141628) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141629) |

Confidential Counterparty

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown |
|---|---|---|

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410141734) |

Confidential Counterparty

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown |
|---|---|---|

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410143959) |

Confidential Counterparty

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown |
|---|---|---|

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410143960) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410144247) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Change (Document Number: 3410144248) |

Confidential Counterparty
Name

Notice Name

Address on file
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for one-time Supply of BEV System Prototype | Confidential Counterparty |

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for one-time Supply of BEV System Prototype | Confidential Counterparty |

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Confidential Counterparty |

Name

Notice Name

Address on file

| **State the term remaining** | 12/31/2024 |
|---|---|

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | Nomination Letter | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000080863) | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000112761) | Confidential Counterparty |
| | | | Name |

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000112762) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000112895) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000113585) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

**State the term remaining**    Unknown    Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000113693) |

Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000113997) |

Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000113997) |

Confidential Counterparty

Name

Notice Name

Address on file

| **State the term remaining** | Unknown |
|---|---|

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 05100-0000115516) | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| City | State | ZIP Code |
|---|---|---|

Country

| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest** | Strategic Collaboration Agreement | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| City | State | ZIP Code |
|---|---|---|

Country

| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

**2.849** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1605050083)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.850** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 1605050076)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.851** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 1605050083)

Confidential Counterparty

Name

Notice Name

Address on file

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.852** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 3431009202)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.853** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 3431010084)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.854** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Change (PO No. 1605000896)

Confidential Counterparty
Name

Notice Name

Address on file

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

Official Form 206G     **Schedule G: Executory Contracts and Unexpired Leases**     Page 285 of 906

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** | Valence Distribution Agreement | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

City    State    ZIP Code

Country

| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** | Valence Distribution Agreement | Confidential Counterparty |
|---|---|---|---|

Name

Notice Name

Address on file

| | **State the term remaining** | Unknown | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

City    State    ZIP Code

Country

| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement | Connecticut Green Bank |
|---|---|---|---|

Name

Notice Name

75 Charter Oak Ave., Suite 1 - 103

| | **State the term remaining** | 7/31/2026 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| Hartford | CT | 06106 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

| | | |
|---|---|---|
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 211503) |

Connelly Electric Co
Name

Notice Name

40 S Addison Rd ste 100
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Addison | IL | 60101 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Consat Canada Inc.
Name

Notice Name

1414 Lasalle Blvd
Address

**State the term remaining**  Unknown

Suite 203

**List the contract number of any government contract**

| Sudbury | ON | P3A 1Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | | |
|---|---|---|
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Consolidated Electrical Distributors, Inc.
Name

Notice Name

DBA Royal Industrial Solutions
Address

**State the term remaining**  Unknown

PO Box 847124

**List the contract number of any government contract**

| Los Angeles | CA | 90084-7124 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Consolidated Parts Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2425 Scott Blvd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Santa Clara          CA          95050 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter; Terms and Conditions | Constangy Brooks Smith & Prophet LLP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 102476 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Atlanta          GA          30368-0476 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Continental Automotive Systems US, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 934675 |
| | State the term remaining | Unknown | Address |
| | | | Reference 595405 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Allentown          PA          18106 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.864** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000582) |

Coolidge

Name

Notice Name

680 E. Houser Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Coolidge | AZ | 85131 |

Country

| | | |
|---|---|---|
| **2.865** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000583) |

Coolidge

Name

Notice Name

680 E. Houser Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Coolidge | AZ | 85131 |

Country

| | | |
|---|---|---|
| **2.866** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000602) |

Coolidge

Name

Notice Name

680 E. Houser Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Coolidge | AZ | 85131 |

Country

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

| | | |
|---|---|---|
| **2.867** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500002944) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Coolidge | AZ | 85131 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.868** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 5500002177) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Coolidge | AZ | 85131 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.869** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 5500002180) |

Coolidge
Name

Notice Name

680 E. Houser Rd.
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Coolidge | AZ | 85131 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | Revitalization Agreement (EZ21423454B) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| |
|---|
| Coordinating Council for Economic Development - South Carolina |
| Name |
| Notice Name |
| 1201 Main Street Suite 1600 |
| Address |

| Columbia | SC | 29201 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| |
|---|
| Cordstrap USA Inc. |
| Name |
| Notice Name |
| 2000 S. Sylvania Av Ste 101 |
| Address |

| Sturtevant | WI | 53177 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | Master License and Service Agreement |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| |
|---|
| CoreSite, LLC |
| Name |
| Notice Name |
| 1001 17th Street, Suite 500 |
| Address |

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | AMD 3 for Electric Shuttle Buses with Chargers (MA-280-20011580) | County of Orange, Department John Wayne |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3160 Airway Avenue |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Costa Mesa | CA | 92626 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | AMD 5 for Electric Shuttle Buses with Chargers (MA-280-20011580) | County of Orange, Department John Wayne |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Attn Melina McCoy |
| | State the term remaining | Unknown | Address |
| | | | 3160 Airway Avenue |
| | List the contract number of any government contract | | |
| | | | |
| | | | Costa Mesa | CA | 92626 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | AMD 6 for Electric Shuttle Buses with Chargers (MA-280-20011580) | County of Orange, Department John Wayne |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Attn Melina McCoy |
| | State the term remaining | Unknown | Address |
| | | | 3160 Airway Avenue |
| | List the contract number of any government contract | | |
| | | | |
| | | | Costa Mesa | CA | 92626 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.876** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81245143)

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

State the term remaining    Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Sacramento | CA | 95827 |
| City | State | ZIP Code |

Country

**2.877** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81245143)

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

State the term remaining    Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Sacramento | CA | 95827 |
| City | State | ZIP Code |

Country

**2.878** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81335877)

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

State the term remaining    Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Sacramento | CA | 95827 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.879** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81337724)

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

State the term remaining   Unknown

List the contract number of any government contract

| Sacramento | CA | 95827 |
| City | State | ZIP Code |

Country

---

**2.880** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81337724)

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

State the term remaining   Unknown

List the contract number of any government contract

| Sacramento | CA | 95827 |
| City | State | ZIP Code |

Country

---

**2.881** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PA81379612)

County of Sacramento
Name

Notice Name

9660 Ecology Ln.
Address

State the term remaining   Unknown

List the contract number of any government contract

| Sacramento | CA | 95827 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PA81408930) |

County of Sacramento

Name

Notice Name

9660 Ecology Ln.

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Sacramento | CA | 95827 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. SC001-2300002779) |

County of Sonoma

Name

Notice Name

2300 County Center Drive, Site B100

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Santa Rosa | CA | 95403 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Coyote International L.L.C

Name

Notice Name

PO Box 1350

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Colleyville | TX | 76034 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

| 2.885 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | CPAC Systems AB |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | Box 217 |
| | | | Address |
| | List the contract number of any government contract | | |

| | Goteborg | | 401 23 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Sweden | | |
| | Country | | |

| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Crane 1 Services, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 1027 Byers Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | Miamisburg | OH | 45342 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Cromer Food Services, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | PO Box 1447 |
| | | | Address |
| | List the contract number of any government contract | | |

| | Anderson | SC | 29621 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*    23-11121

| | | |
|---|---|---|
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Cross Company

Name

Notice Name

| **State the term remaining** | Unknown |
|---|---|

PO Box 601855

Address

**List the contract number of any government contract**

| Charlotte | NC | 28260 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote/Order - Products/Services Falcon Endpoint, Threat Graph with Data, CrowdStrike Falcon with Terms and Conditions |

CrowdStrike, Inc

Name

Notice Name

| **State the term remaining** | Unknown |
|---|---|

150 Mathilda Place

Address

**List the contract number of any government contract**

3rd Floor

| Sunnyvale | CA | 94086 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter: Lease Schedule (Lease Schedule No: 40565262) |

Crown Credit Company

Name

Notice Name

| **State the term remaining** | 1/13/2026 |
|---|---|

40 S Washington St

Address

**List the contract number of any government contract**

| New Bremen | OH | 45869 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.891** State what the contract or lease is for and the nature of the debtor's interest

Letter: Lease Schedule (Lease Schedule No: 40565262)

Crown Credit Company

Name

Notice Name

40 S Washington St

Address

State the term remaining   1/13/2026

List the contract number of any government contract

| New Bremen | OH | 45869 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.892** State what the contract or lease is for and the nature of the debtor's interest

Planned Maintenance Service Agreement

Crown Equipment Corporation

Name

Notice Name

1605 Poplar Drive

Address

State the term remaining   Unknown

List the contract number of any government contract

| Greer | SC | 29651 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.893** State what the contract or lease is for and the nature of the debtor's interest

Standard Purchase Order (Purchase Order: 749544)

Crown Equipment Corporation

Name

Notice Name

PO Box 641173

Address

State the term remaining   Unknown

List the contract number of any government contract

| Cincinnati | OH | 45264 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Crystal Instruments Corporation |
|---|---|---|---|

Name

Notice Name

2090 Duane Ave

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Cubic Transportation Systems, Inc. |
|---|---|---|---|

Name

Notice Name

400 California St.

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| San Francisco | CA | 94101 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Culligan of the Piedmont |
|---|---|---|---|

Name

Notice Name

212 Cooper Lane

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Easley | SC | 29642 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Cummins Inc.
Name

Notice Name

260 Commercial Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Spartanburg | SC | 29303 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Cypress Multigraphics, LLC
Name

Notice Name

8500 W. 185TH Street
Address

Unit A

**State the term remaining** Unknown

**List the contract number of any government contract**

| Tinley Park | IL | 60477 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | Dakota Software Corporation (SOW No.22-146) |

Dakota Software Corporation
Name

Notice Name

1375 Euclid Ave, Suite 500
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Cleveland | OH | 44115 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Employee Lookup Integration (sFTP) |

Dakota Software Corporation
Name

Notice Name

1375 Euclid Ave, Suite 500
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Cleveland | OH | 44115 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 1 Dated December 24, 2016 (Solicitation No. S-2021268 LONO Electric Buses; Contract No. C-2021268-01 LONO Electric Buses) |

Dallas Area Rapid Transit Authority
Name

Notice Name

P.O. Box 660163
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dallas | TX | 76266 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | Award / Contract Form (Solicitation No. S-2058303 / Contract No. C-1058308-01) |

Dallas Area Rapid Transit Authority
Name

Notice Name

P.O. Box 660163
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dallas | TX | 75266 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Change Order #002 (C-2021268-01) | Dallas Area Rapid Transit Authority |

Name

Notice Name

1401 Pacific Avenue

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Dallas | TX | 75202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification (C-2021268-01) | Dallas Area Rapid Transit Authority |

Name

Notice Name

1401 Pacific Avenue

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Dallas | TX | 75202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification No. 1 (C-2058308-1) | Dallas Area Rapid Transit Authority |

Name

Notice Name

PO Box 223805

**State the term remaining** — 9/30/2023

Address

**List the contract number of any government contract**

| Dallas | TX | 75222 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.906 | State what the contract or lease is for and the nature of the debtor's interest | Letter in Response to DART Letter Dated 6/3/16 | Dallas Area Rapid Transit Authority |
|---|---|---|---|

Name

| | Notice Name |
|---|---|
| | 1401 Pacific Avenue |

State the term remaining | Unknown | Address

List the contract number of any government contract

| | Dallas | TX | 75202 |
|---|---|---|---|
| | City | State | ZIP Code |

| | Country |
|---|---|

| 2.907 | State what the contract or lease is for and the nature of the debtor's interest | Letter re Notice of Award and Notice to Proceed C-2038308-01 | Dallas Area Rapid Transit Authority |
|---|---|---|---|

Name

| | Notice Name |
|---|---|
| | P.O. Box 660163 |

State the term remaining | Unknown | Address

List the contract number of any government contract

| | Dallas | TX | 75266-0163 |
|---|---|---|---|
| | City | State | ZIP Code |

| | Country |
|---|---|

| 2.908 | State what the contract or lease is for and the nature of the debtor's interest | Letter re Request for Quote - Trapeze APC System C-202126801 | Dallas Area Rapid Transit Authority |
|---|---|---|---|

Name

| | Notice Name |
|---|---|
| | 1401 Pacific Avenue |

State the term remaining | Unknown | Address

List the contract number of any government contract

| | Dallas | TX | 75266-7235 |
|---|---|---|---|
| | City | State | ZIP Code |

| | Country |
|---|---|

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | Quote (Quote No. 1261) |

Dallas Area Rapid Transit Authority
Name

Notice Name

PO Box 223805
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dallas | TX | 75222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |

Danfoss Power Solutions (US) Company
Name

Notice Name

2800 E 13th Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Ames | IA | 50010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | Change Request #5 - Bus Dimensions Dated July 29, 2016 (C-2021268-01) |

DART - Delaware Transit Corporation
Name

Notice Name

P.O. Box 660163
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Dallas | TX | 75202-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.912** State what the contract or lease is for and the nature of the debtor's interest

Change Request No. 6 - Interior Wall Panels (C-2021268-01)

DART - Delaware Transit Corporation
Name

Notice Name

P.O. Box 660163
Address

State the term remaining: Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Dallas | TX | 75202-7235 |
| City | State | ZIP Code |

Country

---

**2.913** State what the contract or lease is for and the nature of the debtor's interest

Letter re Contract #20-001 Amendment/Change Order (Contract No 20-001)

DART - Delaware Transit Corporation
Name

Notice Name

900 Public Safety Boulevard
Address

State the term remaining: Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Dover | DE | 19901-4503 |
| City | State | ZIP Code |

Country

---

**2.914** State what the contract or lease is for and the nature of the debtor's interest

Letter re Notice to Proceed for Contract #22-001 (Contract No 20-001)

DART - Delaware Transit Corporation
Name

Notice Name

900 Public Safety Boulevard
Address

State the term remaining: Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Dover | DE | 19901-4503 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.915** | **State what the contract or lease is for and the nature of the debtor's interest** | Specification/Exhibit Change Request Form No. 15 (C-2021268-01) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

DART - Delaware Transit Corporation
Name

Notice Name

P.O. Box 660163
Address

| Dallas | TX | 75202-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.916** | **State what the contract or lease is for and the nature of the debtor's interest** | Specification/Exhibit Change Request Form No. 16 (C-2021268-01) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

DART - Delaware Transit Corporation
Name

Notice Name

P.O. Box 660163
Address

| Dallas | TX | 75202-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.917** | **State what the contract or lease is for and the nature of the debtor's interest** | Specification/Exhibit Change Request Form No. 17 (C-2021268-01) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

DART - Delaware Transit Corporation
Name

Notice Name

P.O. Box 660163
Address

| Dallas | TX | 75202-7235 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest** | Specifications/Exhibit Change Request Form (C-2021268-01) |

DART - Delaware Transit Corporation
Name

Notice Name

P.O. Box 660163
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Dallas | TX | 75202-7235 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest** | End-User Order Form (EUOF) |

Dassault Systemes Americas Corp
Name

Notice Name

175 Wyman Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Waltham | MA | 02451-1223 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest** | End-User Order Form (EUOF) - VAR XD Innovation America LLC - 3DExperience R2020x-R2023x |

Dassault Systemes Americas Corp
Name

Notice Name

175 Wyman Street
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Waltham | MA | 02451-1223 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | End-User Order Form (EUOF) "VAR" XD Innovation America LLC | Dassault Systemes Americas Corp |
| | | | Name |
| | | | Notice Name |
| | | | 175 Wyman Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Waltham |  MA |  02451-1223 |
| | | | City |  State |  ZIP Code |
| | | | Country |

| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | End-User Order Form (EUOF) (PO:. PO_IUS0067495) | Dassault Systemes Americas Corp |
| | | | Name |
| | | | Notice Name |
| | | | 175 Wyman Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Waltham |  MA |  02451-1223 |
| | | | City |  State |  ZIP Code |
| | | | Country |

| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | End-User Order Form (EUOF) (SBO No. IUS0060724) | Dassault Systemes Americas Corp |
| | | | Name |
| | | | Notice Name |
| | | | 175 Wyman Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Waltham |  MA |  02451-1223 |
| | | | City |  State |  ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | End-User Order Form (EUOF) 3D Experience R2020x | Dassault Systemes Americas Corp |
|---|---|---|---|

Name

Notice Name

175 Wyman Street
Address

State the term remaining: Unknown

List the contract number of any government contract

| Waltham | MA | 02451-1223 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | Evaluation - Purchase Order - Duration for 1 month(s) | Dassault Systemes Americas Corp |
|---|---|---|---|

Name

Notice Name

175 Wyman Street
Address

State the term remaining: Unknown

List the contract number of any government contract

| Waltham | MA | 02451-1223 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | Master Customer License And Online Services Agreement | Dassault Systemes Americas Corp |
|---|---|---|---|

Name

Notice Name

175 Wyman Street
Address

State the term remaining: Unknown

List the contract number of any government contract

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | Performance Bond # 1216384 (Bond No. 1216384) | Data Center Solutions, Inc. |
|---|---|---|---|

Name

Notice Name

888 Bellerive Road

Address

State the term remaining    Unknown

List the contract number of any government contract

| Annapolis | MD | 21409 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | (Sub)Contractor Agreement - BSOOB | Decker Electric Inc. |
|---|---|---|---|

Name

Notice Name

4500 W Harry St

Address

State the term remaining    Unknown

List the contract number of any government contract

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | (Sub)Contractor Agreement - TCAT 737 Willow Ave, Ithaca, NY 14850 | Decker Electric Inc. |
|---|---|---|---|

Name

Notice Name

4500 W Harry St

Address

State the term remaining    Unknown

List the contract number of any government contract

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request Decker COR#1 |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Wichita | KS | 67209 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | Charging Infrastructure Agreement |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Wichita | KS | 67209 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | Charging Infrastructure Agreement |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Wichita | KS | 67209 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.933** **State what the contract or lease is for and the nature of the debtor's interest**

Charging Infrastructure Design/ Build Agreement

Decker Electric Inc.

Name

Notice Name

4500 W Harry St

Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.934** **State what the contract or lease is for and the nature of the debtor's interest**

Charging Infrastructure Design/ Build Agreement

Decker Electric Inc.

Name

Notice Name

4500 W Harry St

Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.935** **State what the contract or lease is for and the nature of the debtor's interest**

Charging Infrastructure Design/ Build Agreement

Decker Electric Inc.

Name

Notice Name

4500 W Harry St

Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | Decker Electric Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4500 W Harry St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wichita | KS | 67209 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | Decker Electric Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4500 W Harry St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wichita | KS | 67209 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | Contractor Agreement | Decker Electric Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4500 W Harry St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wichita | KS | 67209 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement - Capital Metropolitan Transportation Authority ("CapMetro") for the design and construction of electrification infrastructure at a bus operation facility located at 2910 E 5th St., Austin, TX 78702 (the "Site") |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A.1 to Charging Infrastructure Agreement - Topeka 200 NW Crane, Topeka, KS 66603 (the "Project"). - Phase 1 |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Wichita | KS | 67209 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (763933) |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

| | | |
|---|---|---|
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - Ann Arbor Public Schools' bus facility located: 2400 Boardwalk Dr, Ann Arbor, MI 48104 |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

| | | |
|---|---|---|
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontractor Agreement - Roseville Community Schools' bus facility located: 18975 Church Street, Roseville MI 48066 |

Decker Electric Inc.
Name

Notice Name

4500 W Harry St
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Wichita | KS | 67209 |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.945** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (HQ08452390021) |

Defense Innovation Unit
Name

Notice Name

230 RT Jones Rd

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Mountain View | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.946** | **State what the contract or lease is for and the nature of the debtor's interest** | Award/Contract (HQ08452390021) |

Defense Innovation Unit
Name

Notice Name

230 RT Jones Rd

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Mountain View | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.947** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Deflecto LLC
Name

Notice Name

PO Box 772651

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Detroit | MI | 48277-2651 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.948 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. PO22-00074) | Del Norte Unified School District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 301 W. Washington Blvd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Crescent City — CA — 95531 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 - Contract No. 20-001 b/w PTRA and DTC (Contract No 20-001) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 119 Lower Beech Street, Suite 100 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Wilmington — DE — 19805 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 - Contract No. 22-001 b/w PTRA and DTC (PO No. 22-001) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 119 Lower Beech Street #100 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Wilmington — DE — 19805 |
| | | | City — State — ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD2 b/w Proterra Inc. and Delaware Transit Corporation (Contract No. 20-001) |
| | | Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 119 Lower Beech Street Suite 100 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Wilmington | DE | 19805 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. #22-025 |
| | | Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 119 Lower Beech Street, Suite 100 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Wilmington | DE | 19805 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Management Trial Order Form Valence Platform |
| | | Delaware Transit Corporation |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 9/30/2023 |
| | | 2 N Monroe Street |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Wilmington | DE | 19801 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. 2) |

Delaware Transit Corporation

Name

Notice Name

119 Lower Beech Street, Suite 100

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. 3) |

Delaware Transit Corporation

Name

Notice Name

119 Lower Beech Street, Suite 100

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request Form (Change No. 1) |

Delaware Transit Corporation

Name

Notice Name

119 Lower Beech Street, Suite 100

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.957** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order#1

| | Delaware Transit Corporation |
| --- | --- |
| | Name |
| | |
| | Notice Name |
| | 900 Public Safety Blvd |

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Dover | DE | 19901 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

---

**2.958** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement

| | Delaware Transit Corporation |
| --- | --- |
| | Name |
| | |
| | Notice Name |
| | 119 Lower Beech Street, Suite 100 |

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

---

**2.959** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Offer to Replace Six Buses

| | Delaware Transit Corporation |
| --- | --- |
| | Name |
| | |
| | Notice Name |
| | 119 Lower Beech Street, Suite 100 |

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| Wilmington | DE | 19805 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| **2.960** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed for Contract #22-025 (Contract #22-025) | Delaware Transit Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 119 Lower Beech Street, Suite 100 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Wilmington | DE | 19805 |

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| **2.961** | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Delaware Transit Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 119 Lower Beech Street, Suite 100 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| **2.962** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement #22-025 (Agreement No. 22-025) | Delaware Transit Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | 7/28/2024 | 119 Lower Beech Street, Suite 100 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.963 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Eight 35' & Two 40' BEBs and Charging Stations (20-001) | Delaware Transit Corporation |
|---|---|---|---|

Name

Notice Name

900 Public Safety Blvd

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| | | Dover | DE | 19901 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Six 35' and BEBs & Charging Stations (17-044) | Delaware Transit Corporation |
|---|---|---|---|

Name

Notice Name

900 Public Safety Blvd

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| | | Dover | DE | 19901 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.965 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Six 35' BEBs and Seven Charging Stations (Contract No. 17-044) | Delaware Transit Corporation |
|---|---|---|---|

Name

Notice Name

900 Public Safety Blvd

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| | | Dover | DE | 19901 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.966 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Agreement No. 22-001) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 119 Lower Beech Street, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.967 | **State what the contract or lease is for and the nature of the debtor's interest** | Quotation (Q-00243) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 119 Lower Beech St #100 |
| | **State the term remaining** | 7/8/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.968 | **State what the contract or lease is for and the nature of the debtor's interest** | Quotation (Q-002471) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 119 Lower Beech St #100 |
| | **State the term remaining** | 7/8/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.969 | State what the contract or lease is for and the nature of the debtor's interest | Quotation (Q-00270) | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 119 Lower Beech St #100 |
| | State the term remaining | 7/9/2023 | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.970 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Delaware Transit Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 119 Lower Beech Street, Suite 100 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19805 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.971 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Guaranty | Dell Financial Services LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | One Dell Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Round Rock | TX | 78682 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.972** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement (No. 596632-79142) | Dell Financial Services LLC
Name
---|---|---|---

| | | | Notice Name |
| **State the term remaining** | Unknown | One Dell Way |
| | | Address |
| **List the contract number of any government contract** | | |
| | | Round Rock | TX | 78682 |
| | | City | State | ZIP Code |
| | | Country |

**2.973** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-001) | Dell Financial Services LLC
Name
---|---|---|---

| | | | Notice Name |
| **State the term remaining** | Unknown | One Dell Way |
| | | Address |
| **List the contract number of any government contract** | | |
| | | Round Rock | TX | 78682 |
| | | City | State | ZIP Code |
| | | Country |

**2.974** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-002) | Dell Financial Services LLC
Name
---|---|---|---

| | | | Notice Name |
| **State the term remaining** | Unknown | One Dell Way |
| | | Address |
| **List the contract number of any government contract** | | |
| | | Round Rock | TX | 78682 |
| | | City | State | ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| | | |
|---|---|---|
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-003) |

Dell Financial Services LLC
Name

Notice Name

One Dell Way
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.976 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-004) |

Dell Financial Services LLC
Name

Notice Name

One Dell Way
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-500) |

Dell Financial Services LLC
Name

Notice Name

One Dell Way
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.978 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-501) |

Dell Financial Services LLC
Name

Notice Name

One Dell Way
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-502) |

Dell Marketing, LP
Name

Notice Name

One Dell Way
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Delta Dental of Missouri
Name

Notice Name

PO Box 790320
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Saint Louis | MO | 63179 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Affidavit |

Department of Administrative Services

Name

Notice Name

200 Piedmont Ave, Ste 1308

Address

West Tower

**State the term remaining** | Unknown

**List the contract number of**

**any government contract**

| Atlanta | GA | 30334 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment No. 3; Renewal No. 2 (Contract No. 99999-001-SPD0000138-0007; Solicitation No. / Event ID 99999-001-SPD0000152) |

Department of Administrative Services

Name

Notice Name

200 Piedmont Avenue, S.E, Suite 1308

Address

West Tower

**State the term remaining** | 6/30/2022

**List the contract number of**

**any government contract**

| Atlanta | GA | 30334-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | Statewide Standard Contract Form (Contract No. 99999-001-SPD0000138-0007; Solicitation No. / Event ID 99999-001-SPD0000152) |

Department of Administrative Services

Name

Notice Name

200 Piedmont Ave, Ste 1308

Address

West Tower

**State the term remaining** | Unknown

**List the contract number of**

**any government contract**

| Atlanta | GA | 30334 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 - Public Mass Transit (Contract No. 99999-001-SPD0000138-0007; Solicitation No. / Event ID 99999-001-SPD0000152) |

Department of Administrative, State Purchasing Division
Name

Notice Name

200 Piedmont Ave, Ste 1308
Address

**State the term remaining** 6/30/2020

West Tower

**List the contract number of**

**any government contract**

| Atlanta | GA | 30334 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Agreement - Amendment (Agreement # 1-19-23-17C) |

Department of General Services, Procurement Division
Name

Notice Name

707 3rd Street
Address

**State the term remaining** 12/15/2023

**List the contract number of**

**any government contract**

| West Sacramento | CA | 95605 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Agreement |

Department of Revenue State of Washington
Name

Notice Name

1500 Jefferson Building

**State the term remaining** Unknown

Address

**List the contract number of**

**any government contract**

| Olympia | WA | 98501 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment (99999-001-SPD0000138-0007) |
| | | Department of Revenue State of Washington |
| | | Name |
| | | |
| | | Notice Name |
| | | 200 Piedmont Avenue, S.E., Suite 1308 |
| | **State the term remaining** | 6/30/2020 |
| | | Address |
| | | West Tower |
| | **List the contract number of** | |
| | **any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Atlanta | GA | 30334 |

Country

| | | |
|---|---|---|
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Transit Buses (Contract No. 06719-01) |
| | | Department of Revenue State of Washington |
| | | Name |
| | | |
| | | Notice Name |
| | | Department of Enterprise Services |
| | **State the term remaining** | Unknown |
| | | Address |
| | | PO Box 41411 |
| | **List the contract number of** | |
| | **any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Olympia | WA | 98504-1411 |

Country

| | | |
|---|---|---|
| 2.989 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) |
| | | Department of Revenue State of Washington |
| | | Name |
| | | |
| | | Notice Name |
| | | Department of Enterprise Services |
| | **State the term remaining** | Unknown |
| | | Address |
| | | PO Box 41411 |
| | **List the contract number of** | |
| | **any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Olympia | WA | 98504-1411 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*    23-11121

| 2.990 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) | Department of Revenue State of Washington |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Department of Enterprise Services |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 41411 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Olympia          WA          98504-1411 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.991 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Transit Buses (Contract No. 06719-01) | Department of Revenue State of Washington |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Department of Enterprise Services |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 41411 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Olympia          WA          98504-1411 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.992 | **State what the contract or lease is for and the nature of the debtor's interest** | Seventh Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) | Department of Revenue State of Washington |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Department of Enterprise Services |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 41411 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Olympia          WA          98504-1411 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.993 | **State what the contract or lease is for and the nature of the debtor's interest** | Sixth Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) |

Department of Revenue State of Washington
Name

Notice Name

Department of Enterprise Services
Address

**State the term remaining** Unknown

PO Box 41411

**List the contract number of any government contract**

| Olympia | WA | 98504-1411 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.994 | **State what the contract or lease is for and the nature of the debtor's interest** | Sixth Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) |

Department of Revenue State of Washington
Name

Notice Name

Department of Enterprise Services
Address

**State the term remaining** Unknown

PO Box 41411

**List the contract number of any government contract**

| Olympia | WA | 98504-1411 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Agreement - Amendment (1-19-23-17C) |

Department of Revenue State of Washington
Name

Notice Name

707 3rd St
Address

**State the term remaining** 12/15/2022

**List the contract number of any government contract**

| West Sacramento | CA | 95605 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Agreement-Amendment (Agreement No. 1-19-23-17C) |

Department of Revenue State of Washington

Name

Notice Name

707 3rd Street

Address

| | | |
|---|---|---|
| **State the term remaining** | 12/15/2023 | |

**List the contract number of any government contract**

| | | |
|---|---|---|
| West Sacramento | CA | 95605 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | Statewide Standard Contract Form for the State of Georgia (Solicitation No. 99999-001-SPD0000152; Contract No. 99999-001-SPD0000138-0007) |

Department of Revenue State of Washington

Name

Notice Name

200 Piedmont Ave, Ste 1308

Address

West Tower

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

**List the contract number of any government contract**

| | | |
|---|---|---|
| Atlanta | GA | 30334 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Heavy Duty Mass Transit Vehicles (Contract No. 09214) |

Department of Revenue State of Washington

Name

Notice Name

Department of Enterprise Services

Address

PO Box 41411

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |

**List the contract number of any government contract**

| | | |
|---|---|---|
| Olympia | WA | 98504-1411 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.999 | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Transit Buses (Contract No. 06719-01) | Department of Revenue State of Washington |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Department of Enterprise Services |
| | State the term remaining | Unknown | Address |
| | | | PO Box 41411 |
| | List the contract number of any government contract | | |
| | | | Olympia | WA | 98504-1411 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest | Letter Re: Notice of Force Majeure Event | Department of Transportation and Public Works |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1245 E. Washington Ave., Suite 201 |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | Madison | WI | 53703 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest | King County Department of Transportation Transit Division Contract (EB17-1) | Department of Transportation Transit Division |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 South Jackson Street |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | Seattle | WA | 98104 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1002 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0001) |

Des Moines Area Regional Transit Authority
Name

Notice Name

Operations Manager - Maintenance
Address

**State the term remaining**  Unknown

1100 DART Way

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1003 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Contract |

Des Moines Area Regional Transit Authority
Name

Notice Name

620 Cherry Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1004 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Contract |

Des Moines Area Regional Transit Authority
Name

Notice Name

Operations Manager - Maintenance
Address

**State the term remaining**  Unknown

1100 DART Way

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1005** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Contract |

Des Moines Area Regional Transit Authority
Name

Notice Name

Operations Manager - Maintenance
Address

**State the term remaining** Unknown

1100 DART Way

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1006** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Contract |

Des Moines Area Regional Transit Authority
Name

Notice Name

Operations Manager - Maintenance
Address

**State the term remaining** Unknown

1100 DART Way

**List the contract number of any government contract**

| Des Moines | IA | 50309 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1007** | **State what the contract or lease is for and the nature of the debtor's interest** | Quote for Construction and Temporary Equipment Installation |

Detroit Department of Transportation
Name

Notice Name

5149 Jean St.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Detroit | MI | 48213 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | DEWESoft, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10730 Logan St |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| Whitehouse | OH | 43571 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Dialight Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lock Box #S-7055 |
| | **State the term remaining** | Unknown | Address |
| | | | P. O. Box 8500 |
| | **List the contract number of any government contract** | | |

| Philadelphia | PA | 19178-7055 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Diamond Manufacturing |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2330 Burlington Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| North Kansas City | MO | 64116 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1011** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Digi-Key Corporation
Name

Notice Name

701 Brooks Ave. South
Address

**State the term remaining** Unknown

P.O. Box 250

**List the contract number of any government contract**

| Thief River Falls | MN | 56701-0677 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1012** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

DILAX Systems Inc.
Name

Notice Name

406 - Desaulniers
Address

**State the term remaining** Unknown

Suite 406

**List the contract number of any government contract**

| Saint-Lambert | QC | J4P 1L3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.1013** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment of Solicitation/Modification of Contract (DCKA-2017-Z-0001)

District Department of Transportation
Name

Notice Name

55 M Street,7th Floor
Address

**State the term remaining** Unknown

Office of Contracting and Procurement

**List the contract number of any government contract**

| Washington | DC | 20003 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1014** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Solicitation / Modification of Contract | District of Columbia, District Department of Transportation
Name

| | | | Notice Name

| **State the term remaining** | Unknown | | 250 M St SE 7th Floor
Address

| **List the contract number of any government contract** | | |

| | | | Washington | DC | 20002
| | | | City | State | ZIP Code

| | | | Country

**2.1015** | **State what the contract or lease is for and the nature of the debtor's interest** | Change of Name Agreement | District of Columbia, District Department of Transportation
Name

| | | | Notice Name

| **State the term remaining** | Unknown | | 250 M St SE 7th Floor
Address

| **List the contract number of any government contract** | | |

| | | | Washington | DC | 20002
| | | | City | State | ZIP Code

| | | | Country

**2.1016** | **State what the contract or lease is for and the nature of the debtor's interest** | Electronic Invoicing Purchase Order (Order No. PO619749-KA0/TDD/KAO/TDD/DC) | District of Columbia, District Department of Transportation
Name

| | | | Notice Name

| | | | 55 M Street, SE, 7th Floor
Address

| **State the term remaining** | Unknown | |

| **List the contract number of any government contract** | | |

| | | | Washington | DC | 20003
| | | | City | State | ZIP Code

| | | | Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement b/w San Mateo County Transit District and PTRA |

| |
|---|
| District Secretary San Mateo County Transit District |
| Name |
| |
| Notice Name |
| 1250 San Carlos Avenue |
| Address |

| **State the term remaining** | Unknown |
|---|---|
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| San Carlos | CA | 94070-1306 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement b/w San Mateo County Transit District and PTRA |

| |
|---|
| District Secretary San Mateo County Transit District |
| Name |
| |
| Notice Name |
| 1250 San Carlos Avenue |
| Address |

| **State the term remaining** | Unknown |
|---|---|
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| San Carlos | CA | 94070 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

| |
|---|
| Dixie Rubber & Plastics, Inc. |
| Name |
| |
| Notice Name |
| PO Box 6554 |
| Address |
| Pleasantburg Industrial Park |

| **State the term remaining** | Unknown |
|---|---|
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Greenville | SC | 29606 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1020 | State what the contract or lease is for and the nature of the debtor's interest | Quote Proterra -20230717-PS-AO-003 | Documoto - Content Publishing |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 800 Englewood Pkwy |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Englewood CO 80110 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.1021 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work - Proterra Content Publishing (on behalf of Chicago Transit Authority) | Documoto - Content Publishing |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 800 Englewood Pkwy |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Englewood CO 80110 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.1022 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Doerrer Group LLC, The |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11999 San Vicente Blvd, Penthouse |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | New York NY 10017 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Doga USA, Corp
Name

Notice Name

12060 Raymond Ct
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Huntley | IL | 60142-8069 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re: Charging Equipment Purchase |

Dominion Energy Virginia
Name

Notice Name

120 Tredegar Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Richmond | VA | 23219 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Dongling Technologies Co, Ltd
Name

Notice Name

5002 Gem St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Newaygo | MI | 49337 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P006088452) |

DONNIE OWLE
Name

Notice Name

127 CHEROKEE BOYS CLUB LOOP
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| CHEROKEE | NC | 28719 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:. 4100007098) |

DPWT, PGC Bus Depot Station
Name

Notice Name

8401 DArcy Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Forestville | MD | 20747 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1028 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (Order No. 812197) |

Druva
Name

Notice Name

2051 Mission College Blvd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Clara | CA | 95054 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | DSV Air & Sea, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Wood Avenue South, Suite 300 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Iselin |  NJ | 08830 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Vehicle-To-Grid Testing Agreement | Duke Energy Carolinas, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 S. Tyron Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Charlotte | NC | 28202 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Vehicle-to-Grid Testing Agreement | Duke Energy Carolinas, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Wholesale Renewable Manager - Mail code ST-2620 |
| | State the term remaining | Unknown | Address |
| | | | 400 S. Tyron Street |
| | List the contract number of any government contract | | |
| | | | Charlotte | NC | 28202 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.1032 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Vehicle-To-Grid Testing Agreement |

Duke Energy Carolinas, LLC
Name

Notice Name

400 S. Tyron Street
Address

**State the term remaining**  5/8/2026

**List the contract number of any government contract**

| Charlotte | NC | 28202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1033 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle-To-Grid Testing Agreement |

Duke Energy Carolinas, LLC
Name

Notice Name

400 S. Tyron Street
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Charlotte | NC | 28202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1034 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Amending Contract b/w PTRA and Duke University (Change No. CO-001 / Contract No. PA-2022-002-DUKE) |

Duke University
Name

Notice Name

712 Wilkerson Avenue
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Durham | NC | 27708 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1035 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Amending Purchase Agreement PA-2022-002-DUKE (Change No. CO-002 / Contract No. PA-2022-002-DUKE) | Duke University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | 302 Science Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Durham              NC              27708 |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

| 2.1036 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Form Amending Contract | DUKE University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | 302 Science Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Durham              NC              27708 |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

| 2.1037 | State what the contract or lease is for and the nature of the debtor's interest | Letter re Proterra Bus Delivery Documentation | Duke University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | 302 Science Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Durham              NC              27708 |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | | |
|---|---|---|---|---|---|
| 2.1038 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re Proterra Pricing - Duke University | Duke University | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 712 Wilkerson Avenue | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | Box 90798 | | |
| | **List the contract number of any government contract** | | | | |
| | | | Durham | NC | 27708 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT B/W DUKE UNIVERSITY AND PTRA (Agreement No. PA-2022-002-DUKE) | Duke University | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 302 Science Drive | | |
| | **State the term remaining** | 7/26/2027 | Address | | |
| | | | | | |
| | **List the contract number of any government contract** | | | | |
| | | | Durham | NC | 27708 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations (Contract No. PA-2021-001-DUKE) | Duke University | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 302 Science Drive | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | | | |
| | **List the contract number of any government contract** | | | | |
| | | | Durham | NC | 27708 |
| | | | City | State | ZIP Code |
| | | | Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest** | Section 1-4 of Contract Between Proterra Inc and Duke University | Duke University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 712 Wilkerson Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham · NC · 27701 |
| | | | City · State · ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1042 | **State what the contract or lease is for and the nature of the debtor's interest** | Section 1-4 of Contract Between Proterra Inc and Duke University | Duke University |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 712 Wilkerson Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham · NC · 27701 |
| | | | City · State · ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 4551264794) | Duke University Health System, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Campus Box 104131 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Durham · NC · 27708 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

| | | | |
|---|---|---|---|
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of 40FT E2 BEBs and Charging Equipment (040-1 s-0011.1) | Duluth Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2402 West Michigan Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Duluth                    MN              55806 |
| | | | City                      State           ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Dungarees, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 East Broadway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Columbia                  MO              65201 |
| | | | City                      State           ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1046 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | DWFritz Automation, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9600 SW Boeckman |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Wilsonville                OR              97070 |
| | | | City                      State           ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

| | | | |
|---|---|---|---|
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Acceptance – Exceptions Noted (780504 Rev 1 (Rev date 29-Jul-2021)) | DWFritz Automation, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9600 SW Boeckman Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Wilsonville OR 97070 |
| | | | City State ZIP Code |
| | | | Country |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work No. 1 - Proterra Battery Block Line | DWFritz Automation, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9600 SW Boeckman Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Wilsonville OR 97070 |
| | | | City State ZIP Code |
| | | | Country |
| 2.1049 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Dynamic Motion Control, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2222 N. Elston Avenue, Ste 200 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Chicago IL 60614 |
| | | | City State ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1050** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Dynatect Manufacturing
Name

Notice Name

2300 S Calhoun Rd
Address

**State the term remaining** | Unknown | PO Box 510847

**List the contract number of**

**any government contract**

New Berlin | WI | 53151-0847
City | State | ZIP Code

Country

---

**2.1051** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three 40FT BEBs and Three Charging Stations (P2020-01-ECO Transit) | Eagle County Transit
Name

Notice Name

3289 Cooley Mesa Road
Address

**State the term remaining** | Unknown

**List the contract number of**

**any government contract**

Gypsum | CO | 81637
City | State | ZIP Code

Country

---

**2.1052** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Global Corporate Service Agreement | EAN Services, LLC
Name

Notice Name

600 Corporate Park Drive
Address

**State the term remaining** | Unknown

**List the contract number of**

**any government contract**

Saint Louis | MO | 63105
City | State | ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1053** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

EAO Switch Corporation
Name

Notice Name

**State the term remaining** Unknown

1 Parrott Drive
Address

**List the contract number of any government contract**

| Shelton | CT | 06484 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1054** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (1788(a))

Eastern Contra Costa Transit Authority (ECCTA)
Name

Notice Name

**State the term remaining** Unknown

801 Wilbur Avenue
Address

**List the contract number of any government contract**

| Antioch | CA | 94509 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1055** **State what the contract or lease is for and the nature of the debtor's interest**

Affidavit and Agreement (PO No. 22011007)

Eastern Crane & Hoist
Name

Notice Name

**State the term remaining** Unknown

311 Dale Dr.
Address

**List the contract number of any government contract**

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | Eaton Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1000 Eaton Blvd |
| | **State the term remaining** | 7/14/2021 | Address |
| | **List the contract number of any government contract** | | |
| | | | Cleveland    OH    44122 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Eaton Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1000 Eaton Blvd |
| | **State the term remaining** | 8/22/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Cleveland    OH    44122 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Eaton Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1000 Eaton Blvd |
| | **State the term remaining** | 12/31/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | Cleveland    OH    44122 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

---

**2.1059** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order: 0011-40937 Amendment 1 (0011-40937) | Eaton Corporation
| | | Name
| | | Notice Name
| | | 1000 Eaton Blvd
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Cleveland | OH | 44122
| | | City | State | ZIP Code
| | | Country

**2.1060** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Eaton Industrial (Wuxi) Co., Ltd
| | | Name
| | | Notice Name
| | | 111 Chunlei Eastern Road
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Wuxi | Jiangsu | 214101
| | | City | State | ZIP Code
| | | China
| | | Country

**2.1061** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Eaton Truck Components SP
| | | Name
| | | Notice Name
| | | 30 Stycznia 55
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Tczew | | 83-110
| | | City | State | ZIP Code
| | | Poland
| | | Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:   23-11121

---

**2.1062**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Eberspacher Sutrak GmBH & Co.
Name

Notice Name

Eberspacherstrasse 24
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Esslingen | | 73730 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

---

**2.1063**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Eberspaecher Climate Control Systems Sp. zo.o
Name

Notice Name

Godzikowice 50 P
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Godzikowice | | 55-200 OLAWA |
|---|---|---|
| City | State | ZIP Code |

Poland
Country

---

**2.1064**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Echo Engineering & Production Supplies, Inc.
Name

Notice Name

Echo Supply, Inc.
Address

**State the term remaining**   Unknown

2406 W 78th Street

**List the contract number of any government contract**

| Indianapolis | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1065** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Eclipse Metal Fabrication, Inc.
Name

Notice Name

2901 Spring St
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Redwood City | CA | 94063 |
| City | State | ZIP Code |

Country

**2.1066** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

ECO Transit
Name

Notice Name

3289 Cooley Mesa Road/ 500 Swift Gulch Rd
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Eagle | CO | 81637 |
| City | State | ZIP Code |

Country

**2.1067** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form: Valence Platform

ECO Transit
Name

Notice Name

3289 Cooley Mesa Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Avon | CO | 81637 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*  23-11121

**2.1068** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (1) | Edmonton
| | | Name
| | |
| | | Notice Name
| | | 4th Floor, Century Place
**State the term remaining** | Unknown | | Address
| | | 9803 102A Avenue NW
**List the contract number of** | |
**any government contract** | |
| | | Edmonton | AB | T5J 3A3
| | | City | State | ZIP Code
| | | Canada
| | | Country

**2.1069** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (2) | Edmonton
| | | Name
| | |
| | | Notice Name
| | | 4th Floor, Century Place
**State the term remaining** | Unknown | | Address
| | | 9803 102A Avenue NW
**List the contract number of** | |
**any government contract** | |
| | | Edmonton | AB | T5J 3A3
| | | City | State | ZIP Code
| | | Canada
| | | Country

**2.1070** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (3) | Edmonton
| | | Name
| | |
| | | Notice Name
| | | 4th Floor, Century Place
**State the term remaining** | Unknown | | Address
| | | 9803 102A Avenue NW
**List the contract number of** | |
**any government contract** | |
| | | Edmonton | AB | T5J 3A3
| | | City | State | ZIP Code
| | | Canada
| | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.1071** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (4) | Edmonton
| | | Name
| | |
| | | Notice Name
| | | 4th Floor, Century Place
**State the term remaining** | Unknown | | Address
| | | 9803 102A Avenue NW
**List the contract number of** | |
**any government contract** | |
| | | Edmonton | AB | T5J 3A3
| | | City | State | ZIP Code
| | | Canada
| | | Country

**2.1072** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (5) | Edmonton
| | | Name
| | |
| | | Notice Name
| | | 4th Floor, Century Place
**State the term remaining** | Unknown | | Address
| | | 9803 102A Avenue NW
**List the contract number of** | |
**any government contract** | |
| | | Edmonton | AB | T5J 3A3
| | | City | State | ZIP Code
| | | Canada
| | | Country

**2.1073** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order (6) | Edmonton
| | | Name
| | |
| | | Notice Name
| | | 4th Floor, Century Place
**State the term remaining** | Unknown | | Address
| | | 9803 102A Avenue NW
**List the contract number of** | |
**any government contract** | |
| | | Edmonton | AB | T5J 3A3
| | | City | State | ZIP Code
| | | Canada
| | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1074 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | EIS SC, LLC f/k/a LSC SC, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 577 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | 302 Hughes St |

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1075 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Elcometer, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 6900 Miller Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Warren | MI | 48092 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1076 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Development Agreement | Eldorado National (California), Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 9670 Galena St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1077** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 1 to Product Supply Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

Eldorado National (California), Inc.
Name

Notice Name

9670 Galena St
Address

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1078** **State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement

**State the term remaining** 8/30/2023

**List the contract number of any government contract**

Eldorado National (California), Inc.
Name

Notice Name

9670 Galena St.
Address

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1079** **State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement (Contract No. PP-2022-ENC-01)

**State the term remaining** Unknown

**List the contract number of any government contract**

Eldorado National (California), Inc.
Name

Notice Name

9670 Galena St.
Address

| Riverside | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

**2.1080**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (4500490701) | ElDorado National Inc. |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 9670 Galena Street |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| | Riverside | CA | 92509 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

**2.1081**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (4500490701) | ElDorado National Inc. |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 9670 Galena Street |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| | Riverside | CA | 92509 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

**2.1082**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (4500490773) | ElDorado National Inc. |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 9670 Galena Street |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| | Riverside | CA | 92509 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (4500526616) | ElDorado National Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9670 Galena Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Riverside | CA | 92509 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1084 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (4500538638) | ElDorado National Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9670 Galena Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Riverside | CA | 92509 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1085 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (4500539146) | ElDorado National Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9670 Galena Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Riverside | CA | 92509 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.1086 | **State what the contract or lease is for and the nature of the debtor's interest** | Certified Pre-Owned Bus Purchase Agreement |

Electric Vehicle Sales Inc., A Division of Kamin Motor Group

Name

Notice Name

| **State the term remaining** | 12/20/2023 |
|---|---|

2150 5th Avenue

Address

**List the contract number of any government contract**

| Ronkonkoma | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1087 | **State what the contract or lease is for and the nature of the debtor's interest** | Data License Agreement |

Electriphi inc.

Name

Notice Name

| **State the term remaining** | Unknown |
|---|---|

1155 Indiana St

Address

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1088 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Party Integration with Proterra PCS products/EVSE |

Electriphi inc.

Name

Notice Name

| **State the term remaining** | Unknown |
|---|---|

1155 Indiana St

Address

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Agreement | Electrolux Home Products, inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10200 David Taylor Drive |
| | State the term remaining | 10/31/2024 | Address |
| | List the contract number of any government contract | | |

| | Charlotte | NC | 28262 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Agreement | Electrolux Home Products, inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10200 David Taylor Drive |
| | State the term remaining | 10/31/2024 | Address |
| | List the contract number of any government contract | | |

| | Charlotte | NC | 28262 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest | Consent to Sublease | Electrolux Home Products, inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 10200 David Taylor Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | Charlotte | NC | 28262 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #: 5165-70771) |
| | | Element |
| | | Name |
| | | |
| | | Notice Name |
| | | |
| | | 940 Ridgebrook Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Sparks | MD | 21152 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Elite Electronic Engineering Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | |
| | | 1516 Centre Circle |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Downers Grove | IL | 60515 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1202021349) |
| | | Elma School District 68 |
| | | Name |
| | | |
| | | Notice Name |
| | | |
| | | 1235 Monte Elma RD |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| Elma | WA | 98541 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement | E-Mobility Market Services, Inc. DBA ZappyRide |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 902 Broadway, Fl. 6 |
| | State the term remaining | 6/29/2024 | Address |
| | List the contract number of any government contract | | |
| | | | New York / NY / 10010 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest | Zappy Ride Statement of Work | E-Mobility Market Services, Inc. DBA ZappyRide |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 902 Broadway, Fl. 6 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | New York / NY / 10010 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest | Additional Obliged Rider (Bond #: S019567) | Employers Mutual Casualty Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 1739 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Wichita / KS / 67201-1739 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest | Payment Bond (Bond #: S019567) | Employers Mutual Casualty Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 1739 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wichita | KS | 67201-1739 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest | Performance Bond (Bond #: S019567) | Employers Mutual Casualty Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 1739 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wichita | KS | 67201-1739 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest | Strategic Sales Partnership Agreement | Enchanted Rock Solutions, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1113 Vine St., Suite 101 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Houston | TX | 77002 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1101 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Encore Technology Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 141 Grace Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Easley | SC | 29640 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1102 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | Encore Technology Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 141 Grace Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Easley | SC | 29640 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1103 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | EndoChem LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 14351 Pendragon Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Fishers | IN | 46037 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Engineered Machined Products Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | Lockbox 773393 |
| | | | Address |
| | List the contract number of any government contract | | 3393 Solutions Center |

| | | Chicago | IL | 60677-3003 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Environmental Spray Systems, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 7114 Convoy Ct. |
| | | | Address |
| | List the contract number of any government contract | | |

| | | San Diego | CA | 92111 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest | Standard Purchase Order (Order # 750002) | Ephesians Three Twenty Realty, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 511-A South Florida Ave |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Greenville | SC | 29611 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1107** | State what the contract or lease is for and the nature of the debtor's interest | Standard Purchase Order (Order # 758640) | Ephesians Three Twenty Realty, LLC
Name

Notice Name

511-A South Florida Ave
Address

State the term remaining | Unknown

List the contract number of any government contract

| | | Greenville | SC | 29611 |
| | | City | State | ZIP Code |

Country

**2.1108** | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Equipment Depot
Name

Notice Name

PO Box 841750
Address

State the term remaining | Unknown

List the contract number of any government contract

| | | San Marino | CA | 90084-1750 |
| | | City | State | ZIP Code |

Country

**2.1109** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Equity Methods, LLC
Name

Notice Name

17800 N Perimeter Drive
Address

State the term remaining | Unknown

Suite 200

List the contract number of any government contract

| | | Scottsdale | AZ | 85255 |
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1110**

| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | era-contact USA LLC |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 1475 Smith Grove Road |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | Liberty | SC | 29657 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

**2.1111**

| State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Erin Ellis |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 3316 Pacific Drive |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | Naples | FL | 34119 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

**2.1112**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31832) | Essex County Public Schools |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | P.O. Box 756 |
| State the term remaining | Unknown | Address |
| | | 109 N. Cross St |
| List the contract number of any government contract | | |

| | Tappahannock | VA | 22560 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31832) | Essex County Public Schools |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 756 |
| | State the term remaining | Unknown | Address |
| | | | 109 N. Cross St |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Tappahannock | VA | 22560 |

Country

| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest | Equity Edge Online and Employee Stock Plan Services Agreement | ETRADE Financial Corporate Services, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4005 Windward Plaza Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Alpharatta | GA | 30005 |

Country

| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | AMD 4 - Employee Stock Plan Services Agreement | ETRADE Financial Corporate Services, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3 Edison Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Alpharatta | GA | 30005 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1116 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 4 - Employee Stock Plan Services Agreement |

ETRADE Financial Corporate Services, Inc.
Name

Notice Name

3 Edison Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Alpharatta | GA | 30005 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1117 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Handling Trade Service Agreement |

ETRADE Securities LLC
Name

Notice Name

3 Edison Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Alpharatta | GA | 30005 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1118 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Handling Trade Service Agreement |

ETRADE Securities LLC
Name

Notice Name

3 Edison Drive
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Alpharatta | GA | 30005 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1119** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. CB 19259)

Everett Transit

Name

Notice Name

**State the term remaining** Unknown

PO Box 12130

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Everett | WA | 98206 |

Country

---

**2.1120** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. SS 18058)

Everett Transit City of Everett Purchasing Division

Name

Notice Name

**State the term remaining** Unknown

PO Box 12130

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Everett | WA | 98206 |

Country

---

**2.1121** **State what the contract or lease is for and the nature of the debtor's interest**

White Label SaaS / Reseller Agreement

Evgateway

Name

Notice Name

5251 California Avenue, Suite 150

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Irvine | CA | 94010 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1122** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Evolve Packaging LLC

Name

Notice Name

1049 S Gateway Blvd

Address

State the term remaining    Unknown

List the contract number of any government contract

| Norton Shores | MI | 49441 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1123** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO #01311997)

Exelon Accounts Payable

Name

Notice Name

PO Box 696002

Address

State the term remaining    Unknown

List the contract number of any government contract

| San Antonio | TX | 78269 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1124** State what the contract or lease is for and the nature of the debtor's interest

Sale of two 40 Foot Battery Electric Buses

Exelon Business Services , LLC

Name

Notice Name

2301 Market Street

Address

State the term remaining    Unknown

List the contract number of any government contract

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1125** **State what the contract or lease is for and the nature of the debtor's interest**

GENERAL TERMS AND CONDITIONS FOR SERVICES AND MATERIALS

Exelon Business Services Company, LLC
Name

Notice Name

2301 Market Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1126** **State what the contract or lease is for and the nature of the debtor's interest**

Standard Purchase Order (Order # 755098)

Expeditors International of Washington Inc
Name

Notice Name

12200 S. Wilkie Ave, Suite 100
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Hawthorne | CA | 90250 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1127** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Expeditors Tradewin, LLC
Name

Notice Name

1015 Third Avenue, 1st Floor
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Seattle | WA | 98104 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| **2.1128** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

F&K Delvotec Inc.
Name

Notice Name

27182 Burbank
Address

| Foothill Ranch | CA | 92610 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1129** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

FabricAir, Inc.
Name

Notice Name

312-A Swanson Drive
Address

| Lawrenceville | GA | 30043 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1130** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Factiva, Inc.
Name

Notice Name

P.O. Box 300
Address

| Princeton | NJ | 08543 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1131** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25045) |

Fairfax County Public Schools
Name

Notice Name

8115 Gatehouse Road, Suite 5400
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Falls Church | VA | 22042 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1132** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32608) |

Fairfax County Public Schools
Name

Notice Name

8115 Gatehouse Road, Suite 5400
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Falls Church | VA | 22042 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1133** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E33400) |

Fairfax County Public Schools
Name

Notice Name

8115 Gatehouse Road, Suite 5400
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Falls Church | VA | 22042 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Parking License Agreement Dated August 3, 2022 | Fairforest of Greenville LLC |
|---|---|---|---|

Name

Notice Name

28 Global Drive, Suite 100
Address

State the term remaining     12/31/2023

List the contract number of
any government contract

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest | Parking License Agreement | Fairforest of Greenville LLC |
|---|---|---|---|

Name

Notice Name

28 Global Drive, Suite 100
Address

State the term remaining     2/28/2023

List the contract number of
any government contract

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32316) | Falls Church City Public Schools |
|---|---|---|---|

Name

Notice Name

150 S. Washington St. Ste 400
Address

State the term remaining     Unknown

List the contract number of
any government contract

| Falls Church | VA | 22046 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

---

**2.1137** **State what the contract or lease is for and the nature of the debtor's interest**

Engagement Letter for 2022 Exec. Compensation Consulting Services

Farient Advisors
Name

Notice Name

**State the term remaining** Unknown

201 S. Lake Avenue Suite 804
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pasadena | CA | 91101 |

Country

---

**2.1138** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Fast Turn Harnesses LLC
Name

Notice Name

**State the term remaining** Unknown

21 Olde Meadow Rd
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Marion | MA | 02738 |

Country

---

**2.1139** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

FCA, LLC
Name

Notice Name

**State the term remaining** Unknown

7601 John Deere Parkway
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Moline | IL | 61265 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| **2.1140** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 101712) | FCAHS Foundation, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 215 Old Hwy 40 East |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Brooklyn   MS   39425 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| **2.1141** | State what the contract or lease is for and the nature of the debtor's interest | Customs Power of Attorney | FedEx Office and Print Services Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3600 Pammel Creek Road |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | La Crosse   WI   54601-7599 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| **2.1142** | State what the contract or lease is for and the nature of the debtor's interest | FEDEX Canada Corp General Agency Agreement | FedEx Office and Print Services Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5985 Explorer Drive |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Mississauga   ON   L4W 5K6 |
| | | | City   State   ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1143 | State what the contract or lease is for and the nature of the debtor's interest | FedEx Transportation Services Agreement (714943274-105 Version Number: 01) | FedEx Office and Print Services Inc. |
|---|---|---|---|

Name

Notice Name

PO Box 371461

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of |
|---|---|

any government contract

| Pittsburgh | PA | 15250 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1144 | State what the contract or lease is for and the nature of the debtor's interest | FedEx Transportation Services Agreement (714943274-106 Version Number: 01) | FedEx Office and Print Services Inc. |
|---|---|---|---|

Name

Notice Name

PO Box 371461

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of |
|---|---|

any government contract

| Pittsburgh | PA | 15250 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1145 | State what the contract or lease is for and the nature of the debtor's interest | FSC Recycling Program; Recycling Services Agreement | FedEx Office and Print Services Inc. |
|---|---|---|---|

Name

Notice Name

700 Cranberry Woods Dr

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of |
|---|---|

any government contract

| Cranberry Twp | PA | 16066 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1146** | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011010) | Feltman Brothers
Name

Notice Name

150 Airport Rd Ste 700
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Lakewood | NJ | 08701
City | State | ZIP Code

Country

**2.1147** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Femco USA, Inc.
Name

Notice Name

PO Box 219
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Duvall | WA | 98019
City | State | ZIP Code

Country

**2.1148** | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Figma, Inc.
Name

Notice Name

760 Market St, Floor 10
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

San Francisco | CA | 94102
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

---

**2.1149**

**State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Financial Intelligence, LLC

Name

Notice Name

4232 PACIFICA WAY, UNIT 2

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| OCEANSIDE | CA | 92056 |

Country

---

**2.1150**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Firestone Industrial Products Company

Name

Notice Name

PO Box 93402

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60673 |

Country

---

**2.1151**

**State what the contract or lease is for and the nature of the debtor's interest**

First Amendment To Bus Purchase Contract

First Amendment To Bus Purchase Contract

Name

Notice Name

55 Karns Meadow Drive

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Jackson | WY | 83001 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1152** | **State what the contract or lease is for and the nature of the debtor's interest** | Consent to Sublease Agreement | First Industrial, L.P.
| | | Name
| | |
| | | Notice Name
| | | First Industrial Realty Trust, Inc.
**State the term remaining** | Unknown | Address
| | | 311 South Wacker Drive, Suite 3900
**List the contract number of any government contract** | |

| | | Chicago | IL | 60606
| | | City | State | ZIP Code
| | |
| | | Country

**2.1153** | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Form Industrial Building Lease | First Industrial, L.P.
| | | Name
| | |
| | | Notice Name
| | | First Industrial Realty Trust, Inc.
**State the term remaining** | 9/30/2023 | Address
| | | 311 South Wacker Drive, Suite 3900
**List the contract number of any government contract** | |

| | | Chicago | IL | 60606
| | | City | State | ZIP Code
| | |
| | | Country

**2.1154** | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | First Transit
| | | Name
| | |
| | | Notice Name
| | | 600 Vine St.
**State the term remaining** | Unknown | Address
| | |
**List the contract number of any government contract** | |

| | | Cincinnati | OH | 45202
| | | City | State | ZIP Code
| | |
| | | Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

**2.1155** State what the contract or lease is for and the nature of the debtor's interest

Order Form: Valence Platform

First Transit

Name

Notice Name

600 Vine St.

State the term remaining    4/4/2023

Address

List the contract number of any government contract

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1156** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Flex-Cable

Name

Notice Name

5822 Henkel Road

State the term remaining    Unknown

Address

List the contract number of any government contract

| Howard City | MI | 49329 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1157** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

FlexQube, Inc..c/o AR Funding

Name

Notice Name

101 Park Ave

State the term remaining    Unknown

Address

#2503

List the contract number of any government contract

| New York | NY | 10178 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.1164501485) |
| | | FLLC Custom Chassis Corp |
| | | Name |
| | | |
| | | Notice Name |
| | | 552 Hyatt St |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | Gaffney NC 29341-2525 |
| | | City State ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 2000455683) |
| | | Florida Power & Light Company |
| | | Name |
| | | |
| | | Notice Name |
| | | 700 Universe Boulevard |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | Juno Beach FL 33408 |
| | | City State ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 2000458315) |
| | | Florida Power & Light Company |
| | | Name |
| | | |
| | | Notice Name |
| | | 700 Universe Boulevard |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |
| | | Juno Beach FL 33408 |
| | | City State ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Contractor Agreement Dated August 1, 2022 |
| | | Forbes Bros Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | 1290 91st SW |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | Edmonton | AB | T6X OP2 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

| | | |
|---|---|---|
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 1-R1 - Pantograph Anchoring Materials |
| | | Forbes Bros Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | 1290 91st SW |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | Edmonton | AB | T6X OP2 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

| | | |
|---|---|---|
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 2-R1 - Contaminated Soil Disposal Reconciliation |
| | | Forbes Bros Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | 1290 91st SW |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | Edmonton | AB | T6X OP2 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Canada | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 3 - Supply & Install Addtl Rumble Strips | | | |
|---|---|---|---|---|---|
| | | | Forbes Bros Ltd | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 1290 91st SW | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Edmonton | AB | T6X OP2 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 4 - Backup Generator Supply_Install | | | |
|---|---|---|---|---|---|
| | | | Forbes Bros Ltd | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 1290 91st SW | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Edmonton | AB | T6X OP2 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement | | | |
|---|---|---|---|---|---|
| | | | Forbes Bros Ltd | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 1290 91st SW | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Edmonton | AB | T6X OP2 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

**2.1167** **State what the contract or lease is for and the nature of the debtor's interest**

Engagement Letter; Scope of Services; Standard Terms of Conditions Addendum

Forvis LLP

Name

Notice Name

910 E St Louis Street

Address

**State the term remaining** Unknown

Suite 400

**List the contract number of any government contract**

| Springfield | MO | 65806-2570 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1168** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Fotronic Corporation

Name

Notice Name

5 Commonwealth Ave

Address

**State the term remaining** Unknown

Unit 6

**List the contract number of any government contract**

| Woburn | MA | 01801 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1169** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Frame.Io, Inc.

Name

Notice Name

345 Park Ave.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1170** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. 062821002)

Francis Energy, LLC
Name

Notice Name

1924 E 6th St
Address

State the term remaining | Unknown

List the contract number of any government contract

| Tulsa | OK | 74104 |
| City | State | ZIP Code |

Country

**2.1171** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (E34790)

Fredericksburg City Public Schools
Name

Notice Name

210 Ferdinand Street
Address

State the term remaining | Unknown

List the contract number of any government contract

| Fredericksburg | VA | 22401 |
| City | State | ZIP Code |

Country

**2.1172** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO Number: E34790)

Fredericksburg City Public Schools
Name

Notice Name

210 Ferdinand Street
Address

State the term remaining | Unknown

List the contract number of any government contract

| Fredericksburg | VA | 22401 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1173** **State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement

Freightliner Custom Chassis Corporation LLC
Name

Notice Name

4555 N Channel Ave.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Portland | OR | 97217 |

Country

---

**2.1174** **State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement

Freightliner Custom Chassis Corporation LLC
Name

Notice Name

4555 N. Channel Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Portland | OR | 97217 |

Country

---

**2.1175** **State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement - Gen 2 Electric School Bus Chassis

Freightliner Custom Chassis Corporation LLC
Name

Notice Name

4555 N Channel Ave.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Portland | OR | 97217 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

---

**2.1176** **State what the contract or lease is for and the nature of the debtor's interest**

Valence Distribution Agreement

Freightliner Custom Chassis Corporation LLC

Name

Notice Name

4555 N Channel Ave.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Portland | OR | 97217 |

Country

---

**2.1177** **State what the contract or lease is for and the nature of the debtor's interest**

Letter RE: Confidential Letter of Intent to sublease the property

Freshwater Systems, Inc.

Name

Notice Name

2299 Ridge Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Greenville | SC | 29607 |

Country

---

**2.1178** **State what the contract or lease is for and the nature of the debtor's interest**

Sublease Agreement

Freshwater Systems, Inc.

Name

Notice Name

2299 Ridge Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Greenville | SC | 29607 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum #1 to SOW| Proterra Fulfeelment Engagement for PLM Application Exhibit A | Fulfeelment, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2201 Long Prairie Road, Suite 107-325 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Flower Mound          TX          75022 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Fumex, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1150 Cobb International Place |
| | **State the term remaining** | Unknown | Address |
| | | | Suite D |
| | **List the contract number of any government contract** | | |
| | | | Kennesaw          GA          30152 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1181 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | G & W Equipment, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 600 Lawton Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Charlotte          NC          28216 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1182 | **State what the contract or lease is for and the nature of the debtor's interest** | Air Commercial Real Estate Association Standard Industrial -- Net | G&T Properties | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 10 Guittard Road | |
| | **State the term remaining** | 7/31/2020 | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Burlingame | CA | 94010 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1183 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Lease Agreement (Amendment No. 1) | G&T Properties | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 10 Guittard Road | |
| | **State the term remaining** | 7/31/2022 | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Burlingame | CA | 94010 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1184 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Lease Agreement (Amendment No. 2) | G&T Properties | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 10 Guittard Road | |
| | **State the term remaining** | 9/30/2024 | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Burlingame | CA | 94010 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1185 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 3 to Lease Agreement (Amendment No. 3) | G&T Properties |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10 Guittard Road |
| | State the term remaining | 9/30/2024 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Burlingame · CA · 94010 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.1186 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Gamma Technologies LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 601 Oakmont Lane |
| | State the term remaining | Unknown | Address |
| | | | Suite 220 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Westmont · IL · 60559 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.1187 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Gems Sensors, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 96860 |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Chicago · IL · 60693 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1188 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011001) | General Heating & AC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 224 Hicks Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville |

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29605 |

Country

| 2.1189 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | General Metals LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 328 E Main ST |
| | **State the term remaining** | Unknown | Address |
| | | | PO BOX 99 |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Pine Level | NC | 27568 |

Country

| 2.1190 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | GENFARE, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | DBA Genfare |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 277399 |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Atlanta | GA | 30384-7399 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1191 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Genomic Life, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 3344 North Torrey Pines Court |
| | | | Address |
| | List the contract number of any government contract | | STE 100 |
| | | | La Jolla / CA / 92037 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1192 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement | Georgeson LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 1290 Avenue of the Americas, 9th Floor |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | New York / NY / 10104 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1193 | State what the contract or lease is for and the nature of the debtor's interest | Statewide Contract Utilization Notification & Consent Agreement | Georgia Department of Administrative Services |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 200 Piedmont Ave, Ste 1308 |
| | | | Address |
| | List the contract number of any government contract | | West Tower |
| | | | Atlanta / GA / 30334 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1194 | State what the contract or lease is for and the nature of the debtor's interest | Statewide Standard Contract Form | Georgia Department of Administrative Services |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 200 Piedmont Ave, Ste 1308 |
| | State the term remaining | Unknown | Address |
| | | | West Tower |
| | List the contract number of any government contract | | |

| | | | Atlanta | GA | 30334 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1195 | State what the contract or lease is for and the nature of the debtor's interest | Supplemental Mass Transit and Transportation Related Vehicles (GA SWC 99999-001-SPD0000138-0007) | Georgia Department of Administrative Services |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 200 Piedmont Ave, Ste 1308 |
| | State the term remaining | Unknown | Address |
| | | | West Tower |
| | List the contract number of any government contract | | |

| | | | Atlanta | GA | 30334 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1196 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Georgia/Carolina Safety Specialties, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | DBA Eyes in Motion, USA & Saefty Rx Eyewear |
| | State the term remaining | Unknown | Address |
| | | | 1120 W. Butler Road |
| | List the contract number of any government contract | | Suite R |

| | | | Greenville | SC | 29607 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.1197 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Gerflor USA |
| | | | Name |

Notice Name

595 Supreme Drive
Address

State the term remaining — Unknown

List the contract number of
any government contract

| Bensenville | IL | 60106 |
| City | State | ZIP Code |

Country

| 2.1198 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | GES Canada Limited |
| | | | Name |

Notice Name

5675 McLaughlin Road
Address

State the term remaining — Unknown

List the contract number of
any government contract

| Mississauga | ON | L5R 3K5 |
| City | State | ZIP Code |

Canada
Country

| 2.1199 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to the Product Supply Agreement (First Amendment) | Gexpro Services |
| | | | Name |

Notice Name

9500 N. Royal Lane, Suite 130
Address

State the term remaining — Unknown

List the contract number of
any government contract

| Irving | TX | 75063 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| Name | | | |

**2.1200** **State what the contract or lease is for and the nature of the debtor's interest** — Product Supply Agreement

Gexpro Services
Name

Notice Name

9500 N. Royal Lane, Suite 130
Address

**State the term remaining** — 1/23/2025

**List the contract number of any government contract**

| Irving | TX | 75063 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1201** **State what the contract or lease is for and the nature of the debtor's interest** — Various Purchase Orders

GH Metal Solutions, Inc.
Name

Notice Name

PO Box 742323
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Atlanta | GA | 30374 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1202** **State what the contract or lease is for and the nature of the debtor's interest** — Various Purchase Orders

Gigavac LLC
Name

Notice Name

6382 Rose Lane
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Carpinteria | CA | 93013 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1203 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | GigSky, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2390 El Camino Real, Suite 250 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Palo Alto | CA | 94306 |

Country

| 2.1204 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Gleason Reel Corporaton |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 600 South Park Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Mayville | WI | 53050 |

Country

| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Global Equipment Company |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 905713 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Charlotte | NC | 28290 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1206** State what the contract or lease is for and the nature of the debtor's interest

Master Service Agreement

Global HR Research, LLC
Name

Notice Name

9530 Marketplace Road
Address

State the term remaining: Unknown

Suite 301

List the contract number of any government contract

| Fort Myers | FL | 33912 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1207** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (028513-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy, Ste 230
Address

State the term remaining: Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1208** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (028513-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy, Ste 230
Address

State the term remaining: Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

2.1209 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (028650-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy, Ste 230
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Marietta | GA | 30067 |

Country

---

2.1210 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Order No. 5751207)

GOH America Corporation
Name

Notice Name

1165 Northchase PKWY SE Suite 230
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Marietta | GA | 30067 |

Country

---

2.1211 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Order No. 5751208)

GOH America Corporation
Name

Notice Name

1165 Northchase PKWY SE Suite 230
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Marietta | GA | 30067 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

---

**2.1212** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Order No. 5751209) | GOH America Corporation
Name

| | | Notice Name

State the term remaining | Unknown | 1165 Northchase PKWY SE Suite 230
Address

List the contract number of any government contract

| | | Marietta | GA | 30067
| | | City | State | ZIP Code

| | | Country

---

**2.1213** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Order No. 5751210) | GOH America Corporation
Name

| | | Notice Name

State the term remaining | Unknown | 1165 Northchase PKWY SE Suite 230
Address

List the contract number of any government contract

| | | Marietta | GA | 30067
| | | City | State | ZIP Code

| | | Country

---

**2.1214** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Order No. 5751356) | GOH America Corporation
Name

| | | Notice Name

State the term remaining | Unknown | 1165 Northchase PKWY SE Suite 230
Address

List the contract number of any government contract

| | | Marietta | GA | 30067
| | | City | State | ZIP Code

| | | Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1215** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Order No. 5751357)

GOH America Corporation
Name

Notice Name

1165 Northchase PKWY SE Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

Marietta | GA | 30067
City | State | ZIP Code

Country

**2.1216** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P/O No. 028512-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy, Ste 230
Address

State the term remaining    Unknown

List the contract number of any government contract

Marietta | GA | 30067
City | State | ZIP Code

Country

**2.1217** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P/O No. GAC06072023-Test fee)

GOH America Corporation
Name

Notice Name

1165 Northchase PKWY SE Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

Marietta | GA | 30067
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1218 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P/O No. GAC06072023-Test fee) |

GOH America Corporation
Name

Notice Name

1165 Northchase PKWY SE Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1219 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028512-00) |

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1220 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028562-00) |

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1221** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028562-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1222** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028563-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1223** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028563-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1224** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028564-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Marietta | GA | 30067 |

Country

**2.1225** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028564-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Marietta | GA | 30067 |

Country

**2.1226** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028565-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Marietta | GA | 30067 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1227 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028565-00) | Goh America Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta    GA    30067 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028566-00) | Goh America Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta    GA    30067 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028566-00) | Goh America Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Marietta    GA    30067 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1230** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028567-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1231** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028567-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1232** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028568-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1233** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028568-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1234** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028569-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1235** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 028569-00)

Goh America Corporation

Name

Notice Name

1165 Northchase Pkwy Suite 230

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known):* | 23-11121 |
| | Name | | |

**2.1236** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028570-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining   Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
| City | State | ZIP Code |

Country

**2.1237** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028570-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining   Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
| City | State | ZIP Code |

Country

**2.1238** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028649-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining   Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1239** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028651-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1240** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028652-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1241** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 028653-00)

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1242 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 028654-00) | Goh America Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Marietta          GA          30067 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.1243 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 028655-00) | Goh America Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Marietta          GA          30067 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.1244 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 028656-00) | Goh America Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1165 Northchase Pkwy Suite 230 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Marietta          GA          30067 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028657-00) |

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1246 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028658-00) |

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1247 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 028659-00) |

Goh America Corporation
Name

Notice Name

1165 Northchase Pkwy Suite 230
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1248** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (Purchase Order No. 5750394)

Goh America Corporation
Name

Notice Name

1165 Northchase PKWY SE, Suite 230
Address

State the term remaining    Unknown

List the contract number of any government contract

| Marietta | GA | 30067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1249** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (028650-00)

Goh Shoji Co., Inc Marudai shokai kasumigaura soko
Name

Notice Name

1838, Kamiinayoshi
Address

State the term remaining    Unknown

List the contract number of any government contract

| Kasumigaura-shi | Ibaraki | 315-0056 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

**2.1250** State what the contract or lease is for and the nature of the debtor's interest

Affidavit and Agreement (PO No. 22011022)

Golden Strip Glass, Inc
Name

Notice Name

PO Box 1176
Address

State the term remaining    Unknown

List the contract number of any government contract

| Mauldin | SC | 29662 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1251** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.P211211)

Gordon Ericksen Facilities Services

Name

Notice Name

17810 8th Ave S

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Burien | WA | 98148 |
| City | State | ZIP Code |

Country

---

**2.1252** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

GOS

Name

Notice Name

PO Box 3358

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29602 |
| City | State | ZIP Code |

Country

---

**2.1253** **State what the contract or lease is for and the nature of the debtor's interest**

Contract No. 19-017 Two (2) Electric Buses (Contract No. 19-017)

GoTriangle

Name

Notice Name

4600 Emperor Blvd

**State the term remaining** Unknown

Address

Ste 101

**List the contract number of any government contract**

| | | |
|---|---|---|
| Durham | NC | 27703 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1254 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit E - Conditional Waiver and Release on Final Payment | GoTriangle |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4600 Emperor Blvd |
| | State the term remaining | Unknown | Address |
| | | | Ste 101 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Durham | NC | 27703 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.1255 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (No. P5121-00203) | Grant Elementary School District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8835 Swasey Dr. |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Redding | CA | 96001 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.1256 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # P5121-00203) | Grant Elementary School District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8835 Swasey Dr. |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Redding | CA | 96001 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1257** State what the contract or lease is for and the nature of the debtor's interest

Grayson Thermal Systems Purchase Order (234435)

Grayson Thermal Systems Corp.
Name

Notice Name

Unit 4 Kingpin Industrial Park
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Tyseley Wharf | Birmingham | B11 2FE |
| United Kingdom | | |
| Country | | |

---

**2.1258** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order

Grayson Thermal Systems Corp.
Name

Notice Name

980 Hurricane Road
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Franklin | IN | 46131 |
| Country | | |

---

**2.1259** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (16081)

Grayson Thermal Systems Corp.
Name

Notice Name

980 Hurricane Rd
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Franklin | IN | 46131 |
| Country | | |

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1260 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (16085) | Grayson Thermal Systems Corp. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 980 Hurricane Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Franklin | IN | 46131 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1261 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (16090) | Grayson Thermal Systems Corp. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 980 Hurricane Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Franklin | IN | 46131 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1262 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Invoice No. 234422) | Grayson Thermal Systems Corp. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Unit 4 Kingpin Industrial Park |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Tyseley Wharf | Birmingham | B11 2FE |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| 2.1263 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Grayson Thermal Systems Corp. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 257 Wharfdale Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Tyseley - Birminngham | | B-1120P |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | United Kingdom | | |
| | | Country | | |

| 2.1264 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Great American Insurance Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 3561 Solutions Center |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Chicago | IL | 60677 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1265 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 to Option Exercise Agreement | Greater Bridgeport Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | One Cross Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Bridgeport | CT | |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**2.1266**

| State what the contract or lease is for and the nature of the debtor's interest | Option Exercise Agreement b/w Bridgeport Transit Authority & PTRA |
|---|---|

Greater Bridgeport Transit Authority
Name

Notice Name

One Cross Street
Address

| **State the term remaining** | Unknown |
|---|---|

| **List the contract number of** | |
| **any government contract** | |

| Bridgeport | CT | |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1267**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Battery Electric Buses |
|---|---|

Greater Bridgeport Transit Authority
Name

Notice Name

1815 Rollins Road
Address

| **State the term remaining** | 10/17/2024 |
|---|---|

| **List the contract number of** | |
| **any government contract** | |

| Burlingame | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1268**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. G440) |
|---|---|

Greater Bridgeport Transit Authority
Name

Notice Name

One Cross Street
Address

| **State the term remaining** | Unknown |
|---|---|

| **List the contract number of** | |
| **any government contract** | |

| Bridgeport | CT | 06610 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | | |
|---|---|---|---|
| 2.1269 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. G441) | Greater Bridgeport Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Cross Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Bridgeport            CT            06610 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |
| 2.1270 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. G468) | Greater Bridgeport Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Cross Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Bridgeport            CT            06610 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |
| 2.1271 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. G476) | Greater Bridgeport Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Cross Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Bridgeport            CT            06610 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

---

**2.1272** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. G612) | Greater Bridgeport Transit Authority
Name

| | | | Notice Name

State the term remaining | Unknown | One Cross Street
Address

List the contract number of any government contract | |

| | Bridgeport | CT | 06610
City | State | ZIP Code

Country

---

**2.1273** | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (Change No. 05192021-01) | Greater Peoria Mass Transit District
Name

| | | | Notice Name

State the term remaining | Unknown | 21 Northeast Jefferson St
Address

List the contract number of any government contract | |

| | Peoria | IL | 61603
City | State | ZIP Code

Country

---

**2.1274** | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (Change No. CR-0001) | Greater Peoria Mass Transit District
Name

| | | | Notice Name

State the term remaining | Unknown | 2105 NE Jefferson Ave
Address

List the contract number of any government contract | |

| | Peoria | IL | 61603
City | State | ZIP Code

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1275 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Form (Change No. CR-0002) | | Greater Peoria Mass Transit District |
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | **State the term remaining** | Unknown | | 2105 NE Jefferson Ave |
| | | | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Peoria | IL | 61603 |
| | | | | City | State | ZIP Code |
| | | | | |
| | | | | Country |

| | | | | |
|---|---|---|---|---|
| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest** | Charger Infrastructure Construction Agreement | | Greater Peoria Mass Transit District |
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | **State the term remaining** | Unknown | | 2105 Northeast Jefferson Avenue |
| | | | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Peoria | IL | 61603 |
| | | | | City | State | ZIP Code |
| | | | | |
| | | | | Country |

| | | | | |
|---|---|---|---|---|
| 2.1277 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three 35FT BEBs and Three Charging Stations | | Greater Peoria Mass Transit District |
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | **State the term remaining** | Unknown | | 2105 NE Jefferson Ave |
| | | | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Peoria | IL | 61603 |
| | | | | City | State | ZIP Code |
| | | | | |
| | | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1278** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 001 to Contract Agreement Dated August 20, 2021 (PA-2021-001-GPORT) |
| | | Greater Portland Transit District (Metro) |
| | | Name |
| | | |
| | | Notice Name |
| | | 114 Valley Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Portland |
| | | City / ME / 04102 |
| | | Country |

| | | |
|---|---|---|
| **2.1279** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 35FT BEBs and Two Charging Stations (Contract No. PA-2021-001-GPORT) |
| | | Greater Portland Transit District (Metro) |
| | | Name |
| | | |
| | | Notice Name |
| | | 114 Valley Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Portland |
| | | City / ME / 04102 |
| | | Country |

| | | |
|---|---|---|
| **2.1280** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Green Earth Sustainable Solutions LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 117 Bernal Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | | Suite 70 MS 239 |
| | **List the contract number of any government contract** | |
| | | San Jose |
| | | City / CA / 95119 |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1281 | State what the contract or lease is for and the nature of the debtor's interest | Green Mountain Transit Change Order No. 1 (GMT Change Order No. 1; Project Change Order No. 2) | Green Mountain Transit |
|---|---|---|---|

Name

Notice Name

15 Industrial Parkway

| State the term remaining | Unknown |
|---|---|

Address

List the contract number of any government contract

| Burlington | VT | 05401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1282 | State what the contract or lease is for and the nature of the debtor's interest | Green Mountain Transit Change Order No. 17 (GMT Change Order No. 17; Project Change Order No. 1) | Green Mountain Transit |
|---|---|---|---|

Name

Notice Name

15 Industrial Parkway

| State the term remaining | Unknown |
|---|---|

Address

List the contract number of any government contract

| Burlington | VT | 05401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1283 | State what the contract or lease is for and the nature of the debtor's interest | Change Order (Change No. 1) | Greenlink Transit Authority |
|---|---|---|---|

Name

Notice Name

100 West McBee Ave

| State the term remaining | Unknown |
|---|---|

Address

List the contract number of any government contract

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1284 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011030) | Greenville Maintenance |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4 McDougall Court, Suite 107-B |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29607 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1285 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Greenville Maintenance |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Attn Danny Moyd |
| | State the term remaining | 12/31/2023 | Address |
| | | | 2 Exchange Street |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29605 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1286 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Greenville Maintenance |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Attn Danny Moyd |
| | State the term remaining | 12/31/2023 | Address |
| | | | 2 Exchange Street |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29605 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1287 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (12192094) | Greenville Maintenance |
| --- | --- | --- | --- |

Name

Notice Name

100 West McBee Ave
Address

State the term remaining | Unknown

PO Box 2207

List the contract number of
any government contract

| Greensboro | NC | 29601 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (12192226) | Greenville Maintenance |
| --- | --- | --- | --- |

Name

Notice Name

100 West McBee Ave
Address

State the term remaining | Unknown

PO Box 2207

List the contract number of
any government contract

| Greensboro | NC | 29601 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (12192226) | Greenville Maintenance |
| --- | --- | --- | --- |

Name

Notice Name

100 West McBee Ave
Address

State the term remaining | Unknown

PO Box 2207

List the contract number of
any government contract

| Greensboro | NC | 29601 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | | |
|---|---|---|---|
| 2.1290 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (12192227) | Greenville Maintenance |
| | | | Name |
| | | | Notice Name |
| | | | 100 West McBee Ave |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 2207 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Greensboro / NC / 29601 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1291 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (12192227) | Greenville Maintenance |
| | | | Name |
| | | | Notice Name |
| | | | 100 West McBee Ave |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 2207 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Greensboro / NC / 29601 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1292 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (12192227) | Greenville Maintenance |
| | | | Name |
| | | | Notice Name |
| | | | 100 West McBee Ave |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 2207 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Greensboro / NC / 29601 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:   Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

| | | |
|---|---|---|
| 2.1293 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 - Resolution 2022-17 allows for the Executive Director to have 10% change order authority. Funding has been identified to cover the change order. |

Greenville Transit Authority

Name

Notice Name

100 W. McBee Avenue

**State the term remaining**      Unknown

Address

**List the contract number of**

**any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1294 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of 40FT BEBs and Charging Stations |

Greenville Transit Authority

Name

Notice Name

100 W. McBee Avenue

**State the term remaining**      Unknown

Address

**List the contract number of**

**any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1295 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Greenville Water System

Name

Notice Name

407 West Broad Street

**State the term remaining**      Unknown

Address

P.O. Box 687

**List the contract number of**

**any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1296** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Grid Connect
Name

Notice Name

1630 W. Diehl Rd.
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Naperville | IL | 60563 |
| City | State | ZIP Code |

Country

**2.1297** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment of Solicitation/Modification of Contract (GS-30F-026BA)

GSA/FAS/QVOCFA
Name

Notice Name

450 Golden Gate Ave 5th FL East
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94102 |
| City | State | ZIP Code |

Country

**2.1298** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment of Solicitation/Modification of Contract (GS-30F-026BA)

GSA/FAS/QVOCFA
Name

Notice Name

450 Golden Gate Ave 5th FL East
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94102 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:    23-11121

| 2.1299 | State what the contract or lease is for and the nature of the debtor's interest | Amendment of Solicitation/Modification of Contract (GS-30F-026BA) | GSA/FAS/QVOCFA |
|--------|--------|--------|--------|
| | | | Name |
| | | | Notice Name |
| | | | 450 Golden Gate Ave 5th FL East |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | San Francisco    CA    94102 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.1300 | State what the contract or lease is for and the nature of the debtor's interest | Amendment of solicitation/modification of contract (GS-30F-026BA) | GSF/FAS/QVOCFA |
|--------|--------|--------|--------|
| | | | Name |
| | | | Notice Name |
| | | | 450 Golden Gate Avenue, 5th Floor East |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | San Francisco    CA    94102 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.1301 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | GT Development Corporation |
|--------|--------|--------|--------|
| | | | Name |
| | | | Notice Name |
| | | | IMI Precision |
| | State the term remaining | Unknown | Address |
| | | | 425 C St. N.W. |
| | List the contract number of any government contract | | |
| | | | Suite 100 |
| | | | Auburn    WA    98001 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Lease Agreement (Amendment No. 1) |
| | | Guittard Chocolate Co. |
| | | Name |
| | | |
| | | Notice Name |
| | | 10 Guittard Road |
| | **State the term remaining** | 7/31/2022 | Address |
| | **List the contract number of any government contract** | | |
| | | | Burlingame | CA | 94010 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Lease Agreement (Amendment No. 2) |
| | | Guittard Chocolate Co. |
| | | Name |
| | | |
| | | Notice Name |
| | | 10 Guittard Road |
| | **State the term remaining** | 9/30/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Burlingame | CA | 94010 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Lease Agreement (Amendment No. 3) |
| | | Guittard Chocolate Co. |
| | | Name |
| | | |
| | | Notice Name |
| | | 10 Guittard Road |
| | **State the term remaining** | 9/30/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Burlingame | CA | 94010 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1305** **State what the contract or lease is for and the nature of the debtor's interest**

One-Time License Transfer Fee (06822-MS1)

Gurobi Optimization, LLC

Name

Notice Name

9450 SW Gemini Dr, #90729

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Beaverton | OR | 97008-7105 |

Country

**2.1306** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Z101002184)

H.A. DeHart & Son

Name

Notice Name

311 Crown Point Road

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Thorofare | NJ | 08086 |

Country

**2.1307** **State what the contract or lease is for and the nature of the debtor's interest**

Engagement Letter

Hamilton Clark Sustainable Capital, Inc.

Name

Notice Name

1701 Pennsylvania Ave NW

**State the term remaining** Unknown

Address

Suite 200

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Washington | DC | 20006 |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1308**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25665) |

Hampton City School Board
Name

Notice Name

1819 Nickerson Blvd
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Hampton | VA | 23663 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1309**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (HRT01-C00043-01) |

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1310**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO 0010581-2) |

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1311** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO 0010582-2)

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

State the term remaining — Unknown

List the contract number of any government contract

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1312** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO0001074-2)

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

State the term remaining — Unknown

List the contract number of any government contract

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1313** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO0001938-2)

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

State the term remaining — Unknown

List the contract number of any government contract

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1314 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO0002472-2) |

Hampton Roads Transit
Name

Notice Name

3400 Victoria Blvd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Hanover Displays
Name

Notice Name

1601 Tonne Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Elk Grove Village | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Harsco Corporation
Name

Notice Name

1762 Solutions Center
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Chicago | IL | 60677-1007 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1317** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Sale of Four 35FT BEBs and Two Charging Stations

Harvard University
Name

Notice Name

State the term remaining — Unknown

28 Travis Street
Address

List the contract number of any government contract

| Allston | MA | 02134 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1318** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Hazmat Safety Consulting, LLC
Name

Notice Name

State the term remaining — Unknown

1765 Duke Street
Address

List the contract number of any government contract

| Alexandria | VA | 22314 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1319** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P-ORD019404)

HDR Engineering Inc
Name

Notice Name

State the term remaining — Unknown

8404 Indian Hills Dr
Address

List the contract number of any government contract

| Omaha | NE | 68114 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name Baltimore County (SOW No. 2022-01) |

HEF-P Baltimore County, LLC

Name

Notice Name

4242 North Point Rd

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Dundalk | MD | 21222 |

Country

| | | |
|---|---|---|
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | statement of Work: Baltimore County (SOW No. 2022-01) |

HEF-P Baltimore County, LLC

Name

Notice Name

4242 North Point Rd

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Dundalk | MD | 21222 |

Country

| | | |
|---|---|---|
| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS (SOW No. 2023-[1]) |

HEF-P Manassas, LLC

Name

Notice Name

8500 Public Works Drive

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Manassas | VA | 20110 |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**2.1323** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Heilind Electronics, Inc.

Name

Notice Name

2636 N First St, Suite 107

Address

State the term remaining      Unknown

List the contract number of any government contract

| San Jose | CA | 95134 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1324** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Heritage-Crystal Clean

Name

Notice Name

13621 Collections Center Dr

Address

State the term remaining      Unknown

List the contract number of any government contract

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1325** State what the contract or lease is for and the nature of the debtor's interest

Agreement to Purchase Chargers for Electric Vehicles

HET MCPS, LLC

Name

Notice Name

200 Cummings Center, Suite 273D

Address

State the term remaining      Unknown

List the contract number of any government contract

| Beverly | MA | 01915 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*  23-11121

| 2.1326 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS - Clarksburg (SOW No. 2023-04) | HET MCPS, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly          MA          01915 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.1327 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS - Randolph (SOW No. 2023-03) | HET MCPS, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly          MA          01915 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.1328 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS - Shady Grove (SOW No. 2023-01) | HET MCPS, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Beverly          MA          01915 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1329 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Project Name MCPS - West Farm (SOW No. 2023-02) |

HET MCPS, LLC
Name

Notice Name

200 Cummings Center, Suite 273D
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Beverly | MA | 01915 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1330 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Project Name: MCPS - Shady Grove (2023-01) |

HET MCPS, LLC
Name

Notice Name

200 Cummings Center, Suite 273D
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Beverly | MA | 01915 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1331 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of work Project Name: MCPS - Shady Grove (2023-01) |

Het MCPS, LLC
Name

Notice Name

200 Cummings Center, Suite 273D
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Beverly | MA | 01915 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1332 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work: MCPS-Clarksburg (SOW No. 2023-04) |
| | | HET MCPS, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Beverly | MA | 01915 |
| | City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1333 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work: MCPS-Randolph (SOW No. 2023-03) |
| | | HET MCPS, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Beverly | MA | 01915 |
| | City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1334 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work: MCPS-West Farm (SOW No. 2023-02) |
| | | HET MCPS, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 200 Cummings Center, Suite 273D |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Beverly | MA | 01915 |
| | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1335 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Hi Pro Speed International Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15332 E Valley Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City of Industry CA 91746 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |
| 2.1336 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra, HighByte Intelligence Hub Renewal | HighByte Intelligence Hub |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 17854 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Portland ME 04112 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |
| 2.1337 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Licensing Certificate | HighByte Intelligence Hub |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 17854 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Portland ME 04112 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1338 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MD. MCPS Bethesda - 0001) | Highland Electric Fleets |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 200 Cummings Center, Suite 273D |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Beverly | MA | 01915 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1339 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Vehicles | Highland Electric Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 589 Bay Road, No 516 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Hamilton | MA | 01982 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1340 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Highland Electric Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 195 Defense Highway |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Annapolis | MD | 21401 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1341 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Hioki USA Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6 Corporate drive |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cranbury        NJ        08512 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Houlihan Lokey Financial Advisors, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10250 Constellation Blvd. |
| | **State the term remaining** | Unknown | Address |
| | | | 5th Floor |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles        CA        90035 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | Special Provisions (20-01626) | Houston-Galveston Area Council |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 22777 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Houston        TX        77227-2777 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1344 | State what the contract or lease is for and the nature of the debtor's interest | (Revised) Proposal for Industrial Hygiene Testing; Terms and Conditions | HRP Associates, Inc. |
|---|---|---|---|

Name

Notice Name

197 Scott Swamp Road

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Farmington | CT | 06032 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.1345 | State what the contract or lease is for and the nature of the debtor's interest | Proposal for Services to Perform an Environmental Compliance Audit, Proterra Located in Greenville, South Carolina | HRP Associates, Inc. |
|---|---|---|---|

Name

Notice Name

197 Scott Swamp Road

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Farmington | CT | 06032 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.1346 | State what the contract or lease is for and the nature of the debtor's interest | Human Technologies Inc. and Proterra Staffing Services Agreement | HTI/Human Technologies Inc. |
|---|---|---|---|

Name

Notice Name

105 North Spring Steet, Suite 200

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | Greenville | SC | 29601 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.1347 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | | Huber+Suhner, Inc |
|--------|--------|--------|--------|--------|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 8530 Steele Creek Place Drive |
| | State the term remaining | Unknown | | Address |
| | | | | Suite H |
| | List the contract number of any government contract | | | |
| | | | | Charlotte / NC / 28273 |
| | | | | City / State / ZIP Code |
| | | | | Country |

| 2.1348 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | | Hubner Manufacturing Corporation, Inc. |
|--------|--------|--------|--------|--------|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 510 Tram Trail |
| | State the term remaining | Unknown | | Address |
| | List the contract number of any government contract | | | |
| | | | | Dunlap / TN / 37327 |
| | | | | City / State / ZIP Code |
| | | | | Country |

| 2.1349 | State what the contract or lease is for and the nature of the debtor's interest | Human Technologies, Inc. and Proterra Staffing Services Agreement | | Human Technologies, Inc. |
|--------|--------|--------|--------|--------|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 105 North Spring Steet, Suite 200 |
| | State the term remaining | Unknown | | Address |
| | List the contract number of any government contract | | | |
| | | | | Greenville / SC / 29601 |
| | | | | City / State / ZIP Code |
| | | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1350 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of One (1) 40 Foot E2 Catalyst (P2018-04) | Humboldt Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 133 V Street Eureka |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Eureka / CA / 95501 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1351 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Hydradyne LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1957 SC Hwy 101 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Greer / SC / 29651 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1352 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | HYG Financial Services, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5000 Riverside Dr., Suite 300 East |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Irving / TX / 75039-4314 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1353 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.193179) | IB Abel Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2745 Black Bridge Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | York   PA   17406 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |
| 2.1354 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.201467) | IB Abel Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2745 Black Bridge Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | York   PA   17406 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |
| 2.1355 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | iba America, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 370 Winkler Dr |
| | **State the term remaining** | Unknown | Address |
| | | | Suite C |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Alpharetta   GA   30004 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| **2.1356** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

ID Wholesaler
Name

Notice Name

1501 NW 163rd St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33169 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1357** | **State what the contract or lease is for and the nature of the debtor's interest** | Supplementary Agreement on Material Purchase Order (PO No. 2022111401) |

IDK Co., Ltd
Name

Notice Name

588 JinShan Rd
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Jiangbei

| Ningbo | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

| | | |
|---|---|---|
| **2.1358** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

IES Synergy, Inc.
Name

Notice Name

330 E. Maple Rd
Address

**State the term remaining** Unknown

Suite U

**List the contract number of any government contract**

| Troy | MI | 48083 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1359** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

IEWC CORP.
Name

Notice Name

Dept CH - Box 17084
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Palatine | IL | 60055-7084 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1360** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Igus Bearings, Inc.
Name

Notice Name

P.O. Box 14349
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| East Providence | RI | 02914 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1361** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

IKD Co., Ltd
Name

Notice Name

588 Jinshan Road
Address

Jiangbei Investment Pioneering Park

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Ningbo | | 315033 |
|---|---|---|
| City | State | ZIP Code |

China
Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

**2.1362** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Imeco Cables America Inc.
Name

| | | Notice Name

| | | 33 Gus Lapham Ln
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Plattsburgh | NY | 12901
City | State | ZIP Code

Country

**2.1363** | **State what the contract or lease is for and the nature of the debtor's interest** | 3DX Quotation with Prorated Maintenance (Quote No.PRO031522_CVD) | Inceptra
Name

| | | Notice Name

| | | 1900 N. Commerce Pkway
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Weston | FL | 33326
City | State | ZIP Code

Country

**2.1364** | **State what the contract or lease is for and the nature of the debtor's interest** | End-User Order Form (EUOF) | Inceptra LLC
Name

| | | Notice Name

| | | 1900 N Commerce PKWY
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Weston | FL | 33326-3236
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1365** State what the contract or lease is for and the nature of the debtor's interest

End-User Order Form (EUOF) (PO:. PO_IUS0067495)

Inceptra LLC
Name

Notice Name

1900 N Commerce PKWY
Address

State the term remaining — Unknown

List the contract number of any government contract

| Weston | FL | 33326-3236 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1366** State what the contract or lease is for and the nature of the debtor's interest

End-User Order Form (EUOF) (SBO No. IUS0060724)

Inceptra LLC
Name

Notice Name

1900 N Commerce PKWY
Address

State the term remaining — Unknown

List the contract number of any government contract

| Weston | FL | 33326-3236 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1367** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Indexx, Inc.
Name

Notice Name

303 Haywood Rd
Address

State the term remaining — Unknown

List the contract number of any government contract

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.1368 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Indian Head Tool & Cutter Grinding, Inc.
_____
Name

_____
Notice Name

802 Walnut St
_____
Address

**State the term remaining**  Unknown

PO Box 1094
_____

**List the contract number of any government contract**  _____

| Waterford | PA | 16441 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.1369 | **State what the contract or lease is for and the nature of the debtor's interest** | License and Purchase Agreement |

Industrial Fabricators, Inc.
_____
Name

_____
Notice Name

125 NW 13th Street, Suite B-7
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**  _____

| Boca Raton | FL | 33432 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.1370 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Industrial Fabricators, Inc.
_____
Name

_____
Notice Name

4328 South York Hwy
_____
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**  _____

| Gastonia | NC | 28052 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1371** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Industrial Rubber Supply USA Inc.
Name

Notice Name

630 9th Street NW, Bldg 1
Address

State the term remaining    Unknown

List the contract number of any government contract

| West Fargo | ND | 58078 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1372** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Industrial Safety Shoe Company
Name

Notice Name

1421 E. First St.
Address

State the term remaining    Unknown

List the contract number of any government contract

| Santa Ana | CA | 92701 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1373** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Infinite Electronics International, Inc.
Name

Notice Name

PO Box 55758
Address

State the term remaining    Unknown

List the contract number of any government contract

| Boston | MA | 02205 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1374** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

INFODEV
Name

Notice Name

1995 Frank Carrel
Address

**State the term remaining**   Unknown

Suite 202

**List the contract number of any government contract**

| Quebec | QC | G1N 4H9 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.1375** **State what the contract or lease is for and the nature of the debtor's interest**

3DX & PLM Support

Infosys Limited
Name

Notice Name

2400 N Glenville Dr c150
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Richardson | TX | 75082 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.1376** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit A - Statement of Work - 3DX & PLM Support

Infosys Limited
Name

Notice Name

2400 N Glenville Dr c150
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Richardson | TX | 75082 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1377** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Infosys Limited
Name

Notice Name

2400 N Glenville Dr c150
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Richardson | TX | 75082 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1378** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Infosys Limited
Name

Notice Name

2400 N Glenville Dr c150
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Richardson | TX | 75082 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1379** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement (Revised)

Infosys Limited
Name

Notice Name

2400 N Glenville Dr c150
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Richardson | TX | 75082 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

| | | |
|---|---|---|
| 2.1380 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form to the Exhibit A-2021-14 (Statement of Work) (Change No. 003) |
| | | Innominds Software Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 2055, Junction Ave, Suite# 122 |
| | **State the term remaining** | 12/31/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| | San Jose | CA | 95131 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1381 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form to the Exhibit A-2021-4 (Statement of Work) (Change No. 007) |
| | | Innominds Software Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 2055, Junction Ave, Suite# 122 |
| | **State the term remaining** | 12/31/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| | San Jose | CA | 95131 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1382 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Form to the Exhibit A-2022-2 (Statement of Work) (Change No. 002) |
| | | Innominds Software Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 2055, Junction Ave, Suite# 122 |
| | **State the term remaining** | 12/31/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| | San Jose | CA | 95131 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1383** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Requet Form  to Exhibit A-2021-14 (Statement of Work) between Innominds Software, Inc. & POCI - Change #003 | Innominds Software Inc
Name

| | Notice Name

| **State the term remaining** | Unknown | 2055, Junction Ave, Suite# 122
Address

| **List the contract number of any government contract** | |

| | | San Jose | CA | 95131
| | | City | State | ZIP Code

| | | Country

---

**2.1384** | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A-2022-5 Statement of Work (SOW) (Exhibit A-2022-5) | Innominds Software Inc
Name

| | Notice Name

| **State the term remaining** | 12/13/2023 | 2055 Junction Avenue
Address

| **List the contract number of any government contract** | |

| | | San Jose | CA | 95131
| | | City | State | ZIP Code

| | | Country

---

**2.1385** | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A-2023-2 Statement of Work – QA Support (Exhibit A-2023-2) | Innominds Software Inc
Name

| | Notice Name

| **State the term remaining** | 12/31/2023 | 2055 Junction Avenue
Address

| **List the contract number of any government contract** | |

| | | San Jose | CA | 95131
| | | City | State | ZIP Code

| | | Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1386 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Innominds Software Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2055, Junction Ave, Suite# 122 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | San Jose | CA | 95131 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.1387 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work – Staff Augmentation (Exhibit A-2023-1) | Innominds Software Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2055 Junction Avenue |
| | **State the term remaining** | 12/31/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | San Jose | CA | 95131 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.1388 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 to Statement of Work (Amendment No. 1) | Instaclustr Pty Limited |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Level A, Building 23 |
| | | | Address |
| | **State the term remaining** | Unknown | University Drive South |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Bruce | ACT | 2617 |
| | | City | State | ZIP Code |
| | | Australia | | |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1389 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #1 to the Master Services Agreement | Instaclustr Pty Limited |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Level A, Building 23 |
| | State the term remaining | Unknown | Address |
| | | | University Drive South |
| | List the contract number of any government contract | | |
| | | | |
| | | | Bruce \| ACT \| 2617 |
| | | | City \| State \| ZIP Code |
| | | | Australia |
| | | | Country |

| 2.1390 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Instaclustr Pty Limited |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Level A, Building 23 |
| | State the term remaining | Unknown | Address |
| | | | University Drive South |
| | List the contract number of any government contract | | |
| | | | |
| | | | Bruce \| ACT \| 2617 |
| | | | City \| State \| ZIP Code |
| | | | Australia |
| | | | Country |

| 2.1391 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Integrated Manufacturing and Supply, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 620 Orvis Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | San Jose \| CA \| 95112 |
| | | | City \| State \| ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1392 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request - Change Number: P-2563-CO1-Project Name: P-2563 LAB and GVB Architecture and Integration-February | Intellic Integration LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2081 Hutton Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Carrollton | TX | 75006 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.1393 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Change Number P-2563-CO2 | Intellic Integration LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2081 Hutton Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Carrollton | TX | 75006 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.1394 | State what the contract or lease is for and the nature of the debtor's interest | Confidential and Proprietary (Change No: P-2563-CO2) | Intellic Integration LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2081 Hutton Drive, Suite 103 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Carrollton | TX | 75006 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1395 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Intellic Integration LLC |
| | | | Name |

Notice Name

2081 Hutton Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Carrollton | TX | 75006 |
| City | State | ZIP Code |

Country

| 2.1396 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Interior Plantscapes, LLC |
| | | | Name |

Notice Name

51 Plant Drive Ext.
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Greenville | SC | 29607 |
| City | State | ZIP Code |

Country

| 2.1397 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | International Freight Services Inc. |
| | | | Name |

Notice Name

1610 Rollins Rd
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| 2.1398 | State what the contract or lease is for and the nature of the debtor's interest | Durability Track Addendum to the Master Services Agreement | International Transportation Innovation Center |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 5 Hercules Way |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29605 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.1399 | State what the contract or lease is for and the nature of the debtor's interest | Sublease Agreement | International Transportation Innovation Center |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 12/31/2020 | 2 Exchange Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29605 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.1400 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | InterVision Systems LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 16401 Swingley Ridge Rd, Suite 500 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | St. Louis | MO | 63017 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1401 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Form MFG Ruckus Quote AS051723_04 | InterVision Systems LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 16401 Swingley Ridge Rd, Suite 500 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | St. Louis — MO — 63017 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.1402 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Quote - Quote AS081522_06 - HashiCorp-Renewal | InterVision Systems LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 16401 Swingley Ridge Rd, Suite 500 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | St. Louis — MO — 63017 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.1403 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Quote (Quote No. JJ121422-08) | InterVision Systems LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 300 Santana Row, Suite 450 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | San Jose — CA — 95128 |
| | | | City — State — ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1404 | State what the contract or lease is for and the nature of the debtor's interest | Interface License Agreement | Intuiface |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 211 West Wacker Drive, 3rd Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Chicago / IL / 60606 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1405 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Invio Automation, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 16185 National Parkway |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Lansing / MI / 48906 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1406 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Supply Agreement | IOTECHA Corp |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 220 Old New Brunswick Road, Suite 202 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Piscataway / NJ / 08854 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1407 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Supply Agreement |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

IOTECHA Corp
Name

Notice Name

220 Old New Brunswick Road, Suite 202
Address

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1408 | **State what the contract or lease is for and the nature of the debtor's interest** | City of Iowa Vendor Contract (A21-148) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Iowa City Transit (ICT)
Name

Notice Name

1200 S. Riverside Drive
Address

| Iowa City | IA | 52240 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1409 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Iris Infrared & Intelligent Sensors NA. Inc
Name

Notice Name

34 Peachtree St. NW
Address

Suite 2610

| Atlanta | GA | 30303 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Iron Mountain |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1 Federal Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Boston — MA — 02110 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | ISR Transit USA Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 715 South, 21st Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 1 |
| | **List the contract number of any government contract** | | |
| | | | Hollywood — FL — 33020 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | item America, LLC dba item Southeast |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 102 Bucklevel Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenwood — SC — 29649 |
| | | | City — State — ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1413** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

ITR LLC
Name

Notice Name

1015 S Bethany
Address

State the term remaining: Unknown

List the contract number of any government contract

| Kansas City | KS | 66105 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1414** State what the contract or lease is for and the nature of the debtor's interest: Letter re Supplier Commitment Declaration

Iveco Group N.V.
Name

Notice Name

Via Puglia, 35
Address

State the term remaining: Unknown

List the contract number of any government contract

| Torino | | 10156 |
|---|---|---|
| City | State | ZIP Code |

Italy
Country

**2.1415** State what the contract or lease is for and the nature of the debtor's interest: Letter re Supply of Proterra Batteries for Nikola Tre Project

Iveco Group N.V.
Name

Notice Name

Via Puglia, 35
Address

State the term remaining: Unknown

List the contract number of any government contract

| Torino | | 10156 |
|---|---|---|
| City | State | ZIP Code |

Italy
Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
| --- | --- | --- | --- | --- |
| | Name | | | |

**2.1416**

| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | J F Industries Inc |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| | | 513 Hrosham Road |
| State the term remaining | Unknown | Address |
| | | |
| List the contract number of any government contract | | |

| Horsham | PA | 19044 |
| --- | --- | --- |
| City | State | ZIP Code |

| | |
| --- | --- |
| Country | |

**2.1417**

| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | J. B. Hunt Transport, Inc. |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| | | 615 JB Hunt Corporate Dr |
| State the term remaining | Unknown | Address |
| | | |
| List the contract number of any government contract | | |

| Lowell | AR | 72745 |
| --- | --- | --- |
| City | State | ZIP Code |

| | |
| --- | --- |
| Country | |

**2.1418**

| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | J. J. Keller & Associates, Inc. |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| | | 3003 Breezewood Lane |
| State the term remaining | Unknown | Address |
| | | PO Box 368 |
| List the contract number of any government contract | | |

| Neenah | WI | 54957-0368 |
| --- | --- | --- |
| City | State | ZIP Code |

| | |
| --- | --- |
| Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1419** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

j2 Cloud Services LLC
Name

Notice Name

DBA eFax Corporate
Address

**State the term remaining** Unknown

6922 Hollywood Blvd Suite 500

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Los Angeles | CA | 90028 |

Country

**2.1420** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

JagCo Global
Name

Notice Name

3133 W Frye Rd
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Chandler | AZ | 85226 |

Country

**2.1421** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Jan-Pro of San Francisco
Name

Notice Name

61 Airport Blvd.
Address

Suite B

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| South San Francisco | CA | 94080 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1422** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (4512013867)

JD Bird

Name

Notice Name

17876 Peru Rd. STE 3

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| DUBUQUE | IA | 52001-8303 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1423** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form

Jean Martin Inc

Name

Notice Name

260 Madison Avenue, Suite 8060

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| New york | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1424** **State what the contract or lease is for and the nature of the debtor's interest**

Change Request Form to the Exhibit A-2023-1 Statement of Work between Jean Martin Inc. & POCI

Jean Martin Inc

Name

Notice Name

260 Madison Avenue, Suite 8060

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| New york | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1425 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Jean Martin Inc |  |  |
|---|---|---|---|---|---|
|  |  |  | Name |  |  |
|  |  |  | Notice Name |  |  |
|  |  |  | 260 Madison Avenue, Suite 8060 |  |  |
|  | State the term remaining | Unknown | Address |  |  |
|  | List the contract number of any government contract |  |  |  |  |
|  |  |  | New york | NY | 10016 |
|  |  |  | City | State | ZIP Code |
|  |  |  | Country |  |  |

| 2.1426 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Jet Garage Inc |  |  |
|---|---|---|---|---|---|
|  |  |  | Name |  |  |
|  |  |  | Notice Name |  |  |
|  |  |  | 17 Wroxeter Ave |  |  |
|  | State the term remaining | Unknown | Address |  |  |
|  | List the contract number of any government contract |  |  |  |  |
|  |  |  | Toronto | ON | M4K 1J5 |
|  |  |  | City | State | ZIP Code |
|  |  |  | Canada |  |  |
|  |  |  | Country |  |  |

| 2.1427 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Jill Frizzley |  |  |
|---|---|---|---|---|---|
|  |  |  | Name |  |  |
|  |  |  | Notice Name |  |  |
|  |  |  | 22 Homesdale Road |  |  |
|  | State the term remaining | Unknown | Address |  |  |
|  | List the contract number of any government contract |  |  |  |  |
|  |  |  | Bronxville | NY | 10708 |
|  |  |  | City | State | ZIP Code |
|  |  |  | Country |  |  |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1428 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | JL Rogers & Callcott Engineers, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 426 Fairforest Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Greenville | SC | 29607 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.1429 | State what the contract or lease is for and the nature of the debtor's interest | Community Benefits Agreement | Jobs to Move America |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 525 S. Hewitt St. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Los Angeles | CA | 90013 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.1430 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Agreement Package | Joelle Frank |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 622 Third Avenue, 36th Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | New York | NY | 10017 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1431 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (4512202009) | John B Roybal |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 18600 South John Deere Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | DUBUQUE   IA   52001-9746 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |
| 2.1432 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (4512455887) | John B Roybal |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 18600 South John Deere Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | DUBUQUE   IA   52001-9746 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |
| 2.1433 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | John B Roybal |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | d/b/a Ace Vending Company |
| | **State the term remaining** | Unknown | Address |
| | | | 1407 Foothill Blvd |
| | **List the contract number of** | | |
| | **any government contract** | | Suite 140 |
| | | | |
| | | | La Verne   CA   91750 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1434** State what the contract or lease is for and the nature of the debtor's interest

Purchase and Development Agreement

John Deere Electronic Solutions, Inc.
Name

Notice Name

State the term remaining — Unknown

One John Deere Place
Address

List the contract number of any government contract

| | | |
|---|---|---|
| Moline | IL | 61265 |
| City | State | ZIP Code |

Country

**2.1435** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

John Efird Company, Inc
Name

Notice Name

State the term remaining — Unknown

1012 NE Main Street
Address

List the contract number of any government contract

| | | |
|---|---|---|
| Simpsonville | SC | 29681 |
| City | State | ZIP Code |

Country

**2.1436** State what the contract or lease is for and the nature of the debtor's interest

Affidavit and Agreement (PO No. 22011031)

Johnson & Johnson Cleaning
Name

Notice Name

State the term remaining — Unknown

8564 LOVE RD
Address

List the contract number of any government contract

| | | |
|---|---|---|
| TALLAHASSEE | FL | 32305 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1437** State what the contract or lease is for and the nature of the debtor's interest

Commercial Sales Agreement (Customer No: 117622652)

Johnson Controls US Holdings Inc.
Name

Notice Name

2788 Fairforest Clevedale Road
Address

State the term remaining    Unknown

List the contract number of any government contract

Spartanburg | SC | 29301-5000
City | State | ZIP Code

Country

**2.1438** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Johnson Controls US Holdings Inc.
Name

Notice Name

dba Johnson Controls Security Solutions
Address

State the term remaining    Unknown

PO Box 371967

List the contract number of any government contract

Pittsburgh | PA | 15250
City | State | ZIP Code

Country

**2.1439** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Johnson Welded Products, Inc.
Name

Notice Name

625 South Edgewood Avenue
Address

State the term remaining    Unknown

List the contract number of any government contract

Urbana | OH | 43078-0907
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.1440 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Jonathan Sargent

Name

Notice Name

**State the term remaining**  Unknown

PO Box 718

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Mauldin | SC | 29662 |

Country

| | | |
|---|---|---|
| 2.1441 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (770722) |

Joseph Barbato Associates, LLC

Name

Notice Name

**State the term remaining**  Unknown

6 Dickinson Drive, Suite 103

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chadds Ford | PA | 19317 |

Country

| | | |
|---|---|---|
| 2.1442 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 4509099729) |

Joy Global

Name

Notice Name

145 Magill Street

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Lively | ON | P3Y 1K6 |

Canada

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1443** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No. 4509131746)

Joy Global
Name

Notice Name

145 Magill Street
Address

State the term remaining — Unknown

List the contract number of any government contract

| Lively | ON | P3Y 1K6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.1444** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO:.4508435727)

Joy Global
Name

Notice Name

25 Fielding Rd
Address

State the term remaining — Unknown

List the contract number of any government contract

| Lively | ON | P3Y 1L7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.1445** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO:.4508435727)

Joy Global
Name

Notice Name

25 Fielding Rd
Address

State the term remaining — Unknown

List the contract number of any government contract

| Lively | ON | P3Y 1L7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1446 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4508455330) | Joy Global |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Lively | ON | P3Y 1L7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.1447 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4508602016) | Joy Global |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Lively | ON | P3Y 1L7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| 2.1448 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4508602016) | Joy Global |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Lively | ON | P3Y 1L7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1449 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4508605797) | Joy Global |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Lively |  ON | P3Y 1L7 |
| | | | City    State    ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1450 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4508640420) | Joy Global |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Lively    ON    P3Y 1L7 |
| | | | City    State    ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1451 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4508916890) | Joy Global |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 25 Fielding Rd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Lively    ON    P3Y 1L7 |
| | | | City    State    ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1452** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO:.4509017602)

Joy Global
Name

Notice Name

101 Elk Street, Door E
Address

State the term remaining   Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Franklin | PA | 16323 |
| City | State | ZIP Code |

Country

**2.1453** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO:.4509099729)

Joy Global
Name

Notice Name

25 Fielding Rd
Address

State the term remaining   Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |
| Canada | | |

Country

**2.1454** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO:.4509107179)

Joy Global
Name

Notice Name

25 Fielding Rd
Address

State the term remaining   Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |
| Canada | | |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number (if known): | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.1455**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4509107185) | Joy Global |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 25 Fielding Rd |
| State the term remaining | Unknown | Address |
| | | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| Lively | ON | P3Y 1L7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.1456**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4509131662) | Joy Global |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 101 Elk Street, Door E |
| State the term remaining | Unknown | Address |
| | | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| Franklin | PA | 16323 |
| City | State | ZIP Code |
| Country | | |

**2.1457**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.4509131662) | Joy Global |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 101 Elk Street, Door E |
| State the term remaining | Unknown | Address |
| | | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| Franklin | PA | 16323 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1458** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4509131746) |
| | | **Joy Global** |
| | | Name |
| | | |
| | | Notice Name |
| | | 25 Fielding Rd |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | Lively ON P3Y 1L7 |
| | | City State ZIP Code |
| | | Canada |
| | | Country |

| | | |
|---|---|---|
| **2.1459** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.4509211688) |
| | | **Joy Global** |
| | | Name |
| | | |
| | | Notice Name |
| | | 25 Fielding Rd |
| **State the term remaining** | Unknown | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | Lively ON P3Y 1L7 |
| | | City State ZIP Code |
| | | Canada |
| | | Country |

| | | |
|---|---|---|
| **2.1460** | **State what the contract or lease is for and the nature of the debtor's interest** | ZJ21B/ZB21B & Buyer's Charger Test Bench Development Agreement |
| | | **Joy Global** |
| | | Name |
| | | |
| | | Notice Name |
| | | Joy Global Underground Mining LLC |
| **State the term remaining** | Unknown | Address |
| | | 120 Liberty Street |
| **List the contract number of** | | |
| **any government contract** | | |
| | | Franklin PA 16323 |
| | | City State ZIP Code |
| | | Country |

| | | |
|---|---|---|
| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: 23-11121 |
| | Name | |

**2.1461** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Junk Matters, LLC
_____ | | | Name

| | Notice Name |

| | PO Box 5065 |

**State the term remaining** | Unknown | Address

**List the contract number of any government contract**

| | Spartanburg | SC | 29304 |
| | City | State | ZIP Code |

| | Country |

**2.1462** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Kamin Industries Inc.
| | | Name

| | Notice Name |

| | 2150 5th Avenue |

**State the term remaining** | 5/17/2027 | Address

**List the contract number of any government contract**

| | Ronkonkoma | NY | 11779 |
| | City | State | ZIP Code |

| | Country |

**2.1463** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Kamin Industries Inc.
| | | Name

| | Notice Name |

| | 2150 5th Avenue |

**State the term remaining** | 5/26/2027 | Address

**List the contract number of any government contract**

| | Ronkonkoma | NY | 11779 |
| | City | State | ZIP Code |

| | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1464** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (526202)

Kamin Industries Inc.
Name

Notice Name

2150 5th Ave
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Ronkonkoma | NY | 11779 |
| City | State | ZIP Code |

Country

---

**2.1465** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (526203)

Kamin Industries Inc.
Name

Notice Name

2150 5th Ave
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Ronkonkoma | NY | 11779 |
| City | State | ZIP Code |

Country

---

**2.1466** | **State what the contract or lease is for and the nature of the debtor's interest** | Resale Certificate

Kamin Industries Inc.
Name

Notice Name

2150 5th Avenue
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Ronkonkoma | NY | 11779 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1467** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (526204)

Kamin Motor Group Inc, dba Electric Vehicle Sales Inc.
Name

Notice Name

State the term remaining — Unknown

2150 5th Ave
Address

List the contract number of any government contract

| Ronkonkoma | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1468** State what the contract or lease is for and the nature of the debtor's interest

Master Services Agreement

KazTia Design LLC
Name

Notice Name

State the term remaining — Unknown

439 12th Ave
Address

List the contract number of any government contract

| Union Grove | WI | 53182 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1469** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Kelley Engineering, LLC
Name

Notice Name

709 Highway 17
Address

State the term remaining — Unknown

List the contract number of any government contract

| Piedmont | SC | 29673 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| **2.1470** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Kemeera, Inc, DBA Fathom |
| | | Name |
| | | Notice Name |
| | | 3000F Danville Blvd #141 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Alamo | CA | 94507 |

Country

| | | |
|---|---|---|
| **2.1471** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase and Distribute Chargers for EVs |
| | | Kerlin Bus Sales & Leasing |
| | | Name |
| | | Notice Name |
| | | 9294 South State Road 15 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Silver Lake | IN | 46982 |

Country

| | | |
|---|---|---|
| **2.1472** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # B101000785) |
| | | Kerlin Bus Sales & Leasing |
| | | Name |
| | | Notice Name |
| | | 9294 South State Road 15 |
| | **State the term remaining** | Unknown |
| | | Address |
| | | PO Box 157 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Silver Lake | IN | 46982 |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

| 2.1473 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # B101000785) | Kerlin Bus Sales & Leasing |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | |
| | | | Notice Name |
| | | | 9294 South State Road 15 |
| **State the term remaining** | Unknown | | Address |
| | | | PO Box 157 |
| **List the contract number of** | | | |
| **any government contract** | | | |

| | | Silver Lake | IN | 46982 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1474 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # B101000786) | Kerlin Bus Sales & Leasing |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | |
| | | | Notice Name |
| | | | 9294 South State Road 15 |
| **State the term remaining** | Unknown | | Address |
| | | | PO Box 157 |
| **List the contract number of** | | | |
| **any government contract** | | | |

| | | Silver Lake | IN | 46982 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1475 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P101004166) | Kerlin Bus Sales & Leasing |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | |
| | | | Notice Name |
| | | | 9294 South State Road 15 |
| **State the term remaining** | Unknown | | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |

| | | Silver Lake | IN | 46982 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1476 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. Z101000010) | Kerlin Bus Sales & Leasing |
| | | | Name |

Notice Name

9294 South State Road 15

Address

State the term remaining — Unknown

List the contract number of any government contract

| Silver Lake | IN | 46982 |
| City | State | ZIP Code |

Country

| 2.1477 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No.P101000855) | Kerlin Bus Sales & Leasing |
| | | | Name |

Notice Name

9294 South State Road 15

Address

State the term remaining — Unknown

List the contract number of any government contract

| Silver Lake | IN | 46982 |
| City | State | ZIP Code |

Country

| 2.1478 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. B101000786) | Kerlin Bus Sales & Leasing |
| | | | Name |

Notice Name

9294 South State Road 15

Address

PO Box 157

State the term remaining — Unknown

List the contract number of any government contract

| Silver Lake | IN | 46982 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1479 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Kerwin Associates |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1733 Woodside Road |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 260 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Redwood | CA | 94061 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1480 | **State what the contract or lease is for and the nature of the debtor's interest** | End User Statement | Keysight technologies Singapore Pte, Ltd. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | No 1 Yishun Avenue 7 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Singapore | | 768923 |
| City | State | ZIP Code |

Singapore
Country

| | | |
|---|---|---|
| 2.1481 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Kidde Technologies, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4200 Airport Dr., NW |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Wilson | NC | 27896 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1482 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Form (Change No.: 1) | Kimley-Horn & Associates, Inc.
Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 4525 Main St., Suite 1000
Address |
| | List the contract number of any government contract | | |
| | | | Virginia Beach   VA   23462
City          State    ZIP Code |
| | | | Country |
| 2.1483 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for electric bus presentation event | King County Metro
Name |
| | | | Notice Name
Metro Transit |
| | State the term remaining | 7/19/2018 | Address
201 South King Street, 4th Floor |
| | List the contract number of any government contract | | |
| | | | Seattle   WA   98104
City        State    ZIP Code |
| | | | Country |
| 2.1484 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1 - Order 1 Additional 40 Foot Battery Bus (EB11-2) | King County Metro
Name |
| | | | Notice Name
201 South Jackson Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Seattle   WA   98104-3856
City        State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1485 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #2 (Contract EB11-2) | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 S. Jackson |
| | **State the term remaining** | Unknown | Address |
| | | | KSC-TR-0342 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Seattle | WA | 98104-3856 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1486 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #4 - Cost Revision to Bellevue Base Charger (EB11-2) | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 S. Jackson |
| | **State the term remaining** | Unknown | Address |
| | | | KSC-TR-0342 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Seattle | WA | 98104-3856 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.1487 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #4 - Cost Revision to Bellevue Base Charger (EB11-2) | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Mail Stop KSC-TR-0342 |
| | **State the term remaining** | Unknown | Address |
| | | | 201 South Jackson Street |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Seattle | WA | 98104-3856 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1488 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #5 - Construct BEB Five-Bus Charging Station | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 S. Jackson |
| | **State the term remaining** | Unknown | Address |
| | | | KSC-TR-0342 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Seattle | WA | 98104-3856 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1489 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #5 - Provide for Increased Utility Costs (EB11-2) | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 S. Jackson |
| | **State the term remaining** | Unknown | Address |
| | | | KSC-TR-0342 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Seattle | WA | 98104 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 7 - Manufacture and Delivery of 40FT Buses (EB11-2) | King County Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | KSC-TR-0342 |
| | **State the term remaining** | Unknown | Address |
| | | | 201 South Jackson Street |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Seattle | WA | 98104-3856 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 7 - Manufacture and Delivery of 40FT Buses (EB11-2) |

King County Metro

Name

Notice Name

KSC-TR-0342

**State the term remaining**    Unknown

Address

201 South Jackson Street

**List the contract number of any government contract**

| Seattle | WA | 98104-3856 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Agreement (EB 11-2) |

King County Metro

Name

Notice Name

201 S. Jackson

**State the term remaining**    Unknown

Address

KSC-TR-0342

**List the contract number of any government contract**

| Seattle | WA | 98104 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacture and Delivery of 40FT Heavy Duty Buses (EB 11-2) |

King County Metro

Name

Notice Name

201 South Jackson Street

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Seattle | WA | 98104-3856 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1494** | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed (EB 11-2)

King County Metro
Name

Notice Name

**State the term remaining** | Unknown

201 S. Jackson
Address

KSC-TR-0342

**List the contract number of any government contract**

| Seattle | WA | 98104-3856 |
| City | State | ZIP Code |

Country

**2.1495** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 3648)

Kitsap Transit
Name

Notice Name

**State the term remaining** | Unknown

60 Washington Ave. Ste. 200
Address

**List the contract number of any government contract**

| Bremerton | WA | 98337 |
| City | State | ZIP Code |

Country

**2.1496** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement

KnowBe4
Name

Notice Name

**State the term remaining** | Unknown

33 N Garden Avenue. Suite 1200
Address

**List the contract number of any government contract**

| Clearwater | FL | 33755 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1497 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Kolors by Keisler Auto Body & Heavy Truck Collision Repair, LLC |
|---|---|---|---|

Name

Notice Name

5935 Edmund Highway

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lexington | SC | 29073 |
| City | State | ZIP Code |

Country

| 2.1498 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Proof of Concept Agreement | Komatsu Logistics Corp |
|---|---|---|---|

Name

Notice Name

3-1-1 Ueno

Address

**State the term remaining**    9/30/2023

Osaka

**List the contract number of any government contract**

| | | |
|---|---|---|
| Hirakata-Shi | | 5731011 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

| 2.1499 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Purchase Agreement | Komatsu Logistics Corp |
|---|---|---|---|

Name

Notice Name

Tsu 23 Futsu-machi

Address

**State the term remaining**    3/31/2024

Ishikawa

**List the contract number of any government contract**

| | | |
|---|---|---|
| Komatsu-shi | | 923-0392 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1500 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Komatsu Logistics Corp |
| | | | Name |

Notice Name

8770 W Bryn Mawr Ave., Suite 100
Address

State the term remaining: Unknown

List the contract number of any government contract

| Chicago | IL | 60631 |
| City | State | ZIP Code |

Country

| 2.1501 | State what the contract or lease is for and the nature of the debtor's interest | Limited Mass Production Agreement | Komatsu Logistics Corp |
| | | | Name |

Notice Name

3-25-1, Shinomiya
Address

Kanagawa

State the term remaining: 12/1/2026

List the contract number of any government contract

| Hiratsuka | | 254-8555 |
| City | State | ZIP Code |

Japan
Country

| 2.1502 | State what the contract or lease is for and the nature of the debtor's interest | Pre-Development Agreement | Komatsu Logistics Corp |
| | | | Name |

Notice Name

2-3-6, Akasaka
Address

Minato-ku

State the term remaining: Unknown

List the contract number of any government contract

| Tokyo | | 107-8414 |
| City | State | ZIP Code |

Japan
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1503** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Komatsu Logistics Corp
Name

Notice Name

**State the term remaining**    Unknown

Tsu 23 Futsu-machi
Address

Ishikawa

**List the contract number of any government contract**

| Komatsu-shi | | 923-0392 |
| --- | --- | --- |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1504** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Komatsu Logistics Corp
Name

Notice Name

**State the term remaining**    Unknown

400 Yokokura Shinden
Address

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
| --- | --- | --- |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

**2.1505** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Komatsu Logistics Corp
Name

Notice Name

**State the term remaining**    Unknown

400 Yokokura Shinden
Address

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
| --- | --- | --- |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1506**

| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
|---|---|

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

| **State the term remaining** | Unknown |
|---|---|

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

**2.1507**

| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
|---|---|

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

| **State the term remaining** | Unknown |
|---|---|

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

**2.1508**

| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
|---|---|

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

| **State the term remaining** | Unknown |
|---|---|

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1509 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining**    Unknown

Tochigi Prefecture

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Oyama City | | 323-0819 |
| City | State | ZIP Code |

Japan
Country

| | | |
|---|---|---|
| 2.1510 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining**    Unknown

Tochigi Prefecture

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Oyama City | | 323-0819 |
| City | State | ZIP Code |

Japan
Country

| | | |
|---|---|---|
| 2.1511 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |

Komatsu Logistics Corp
Name

Notice Name

400 Yokokura Shinden
Address

**State the term remaining**    Unknown

Tochigi Prefecture

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Oyama City | | 323-0819 |
| City | State | ZIP Code |

Japan
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.1512 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Komatsu Logistics Corp |
| | | | Name |

Notice Name

400 Yokokura Shinden
Address

**State the term remaining** | Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-0819 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

| 2.1513 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (028513-00) | Komatsu Logistics Corp |
| | | | Name |

Notice Name

400 Shinden Yokokura
Address

**State the term remaining** | Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-8558 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

| 2.1514 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. N1K2020K0136) | Komatsu Logistics Corp |
| | | | Name |

Notice Name

3-1-1 Ueno
Address

**State the term remaining** | Unknown

Osaka

**List the contract number of any government contract**

| Hirakata-Shi | | 5731011 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1515 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. N1K2021K0123) | Komatsu Logistics Corp |
|---|---|---|---|

Name

Notice Name

3-1-1 Ueno
Address

**State the term remaining** — Unknown

Osaka

**List the contract number of any government contract**

| Hirakata-Shi | | 5731011 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

| 2.1516 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Ref No. AWBC21-056) | Komatsu Logistics Corp |
|---|---|---|---|

Name

Notice Name

Tsu 23 Futsu-machi
Address

**State the term remaining** — Unknown

Ishikawa

**List the contract number of any government contract**

| Komatsu-shi | | 923-0392 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

| 2.1517 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Ref No. KL-YPRO2226001) | Komatsu Logistics Corp |
|---|---|---|---|

Name

Notice Name

400 Shinden Yokokura
Address

**State the term remaining** — Unknown

Tochigi Prefecture

**List the contract number of any government contract**

| Oyama City | | 323-8558 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1518**

| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. KL-YPRO2226002) | Komatsu Logistics Corp |
| --- | --- | --- |
| | | Name |
| | | Notice Name |
| | | 400 Shinden Yokokura |
| **State the term remaining** | Unknown | Address |
| | | Tochigi Prefecture |
| **List the contract number of any government contract** | | |
| | | Oyama City |  | 323-8558 |
| | | City | State | ZIP Code |
| | | Japan |
| | | Country |

**2.1519**

| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. KL-YPRO2226003) | Komatsu Logistics Corp |
| --- | --- | --- |
| | | Name |
| | | Notice Name |
| | | 400 Shinden Yokokura |
| **State the term remaining** | Unknown | Address |
| | | Tochigi Prefecture |
| **List the contract number of any government contract** | | |
| | | Oyama City |  | 323-8558 |
| | | City | State | ZIP Code |
| | | Japan |
| | | Country |

**2.1520**

| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. KL-YPRO222Z002) | Komatsu Logistics Corp |
| --- | --- | --- |
| | | Name |
| | | Notice Name |
| | | 400 Shinden Yokokura |
| **State the term remaining** | Unknown | Address |
| | | Tochigi Prefecture |
| **List the contract number of any government contract** | | |
| | | Oyama City |  | 323-8558 |
| | | City | State | ZIP Code |
| | | Japan |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1521 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. N1K2021K0193) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Komatsu Logistics Corp
Name

Notice Name

3-1-1 Ueno
Address

Osaka

| Hirakata-Shi | | 5731011 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

| | | |
|---|---|---|
| 2.1522 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. N1K2022K0019) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Komatsu Logistics Corp
Name

Notice Name

3-1-1 Ueno
Address

Osaka

| Hirakata-Shi | | 5731011 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

| | | |
|---|---|---|
| 2.1523 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Ref No. N1K2022K0177) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Komatsu Logistics Corp
Name

Notice Name

3-1-1 Ueno
Address

Osaka

| Hirakata-Shi | | 5731011 |
|---|---|---|
| City | State | ZIP Code |
| Japan | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1524**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

**State the term remaining** Unknown

**List the contract number of any government contract**

Koni NA, Inc
Name

Notice Name

1961 A International Way
Address

| Hebron | KY | 41048 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1525**

**State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

**State the term remaining** Unknown

**List the contract number of any government contract**

KORE1, LLC
Name

Notice Name

3651 Lindell Road
Address

| Las Vegas | NV | 89103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1526**

**State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work - Direct Hire Placement - Maria Orosa

**State the term remaining** Unknown

**List the contract number of any government contract**

KORE1, LLC
Name

Notice Name

3651 Lindell Road
Address

| Las Vegas | NV | 89103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1527**  State what the contract or lease is for and the nature of the debtor's interest: Master Services Agreement

KPIT Technologies Inc.
Name

Notice Name

28001 Cabot Drive, Suite 110
Address

State the term remaining: Unknown

List the contract number of any government contract

| Novi | MI | 48377 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**2.1528**  State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

Kristie deJong
Name

Notice Name

12406 Green Stone Court
Address

State the term remaining: Unknown

List the contract number of any government contract

| Fort Myers | FL | 33913 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**2.1529**  State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

KTM Solutions, Inc.
Name

Notice Name

603 High Tech Court
Address

State the term remaining: Unknown

List the contract number of any government contract

| Greer | SC | 29650 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1530 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | LACO, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1150 Trademark Dr #111 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Reno / NV / 89521 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1531 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | LADD Distribution |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 26449 Network Place |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Chicago / IL / 60673-1264 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.1532 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Lahlouh Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1649 Adrian Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Burlingame / CA / 94010 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1533 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Landstar Ranger, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 13410 Sutton Park Drive South |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Jacksonville    FL    32224 |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.1534 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Laservision USA, LP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 595 Phalen Blvd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | St. Paul    MN    55130 |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.1535 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Latitude Applied Technologies |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 303 Dale Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Fountain Inn    SC    29644 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| **2.1536** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Lawson Products, Inc.
Name

Notice Name

8770 W. Bryn Mawr Ave
Address

Suite 900

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Chicago | IL | 60631 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| **2.1537** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (680707-6380-012023) |

LAZ Parking
Name

Notice Name

5621 Alan Boyd Dr
Address

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Sacramento | CA | 95837 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| **2.1538** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Lee Spring Company LLC
Name

Notice Name

140 58th Street
Address

Suite 3C

| | | |
|---|---|---|
| **State the term remaining** | Unknown | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Brooklyn | NY | 11220 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1539 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Lehigh Outfitters, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 39 East Canal Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Nelsonville | OH | 45764 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1540 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | LEM U.S.A., Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Bin 88054 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Milwaukee | WI | 53288-0054 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1541 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Les Industries Flexpipe Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1355 Magenta Est |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Farnham | QC | J2N 1C4 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1542 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Product Supply Agreement |

LG Chem, Ltd.
Name

Notice Name

LG Twin Towers, 128, Yeoui-daero
Address

**State the term remaining** — Unknown

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul
City

State

ZIP Code

South Korea
Country

| | | |
|---|---|---|
| 2.1543 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 to Amended and Restated US Product Supply Agreement |

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

**State the term remaining** — Unknown

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul
City

State

07336
ZIP Code

South Korea
Country

| | | |
|---|---|---|
| 2.1544 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD to Amended and Restated US Product Supply Agreement |

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

**State the term remaining** — Unknown

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul
City

State

07336
ZIP Code

South Korea
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.1545 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated AMD 3 to Product Supply Agreement | LG Energy Solution, Ltd. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Tower 1, 108, Yeoui-daero |
| | State the term remaining | 12/31/2024 | Address |
| | | | Yeongdeungpo-gu |
| | List the contract number of any government contract | | |

| | | | Seoul | | 07336 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | South Korea | | |
| | | | Country | | |

| 2.1546 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated US Product Supply Agreement | LG Energy Solution, Ltd. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Tower 1, 108, Yeoui-daero |
| | State the term remaining | Unknown | Address |
| | | | Yeongdeungpo-gu |
| | List the contract number of any government contract | | |

| | | | Seoul | | 07336 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | South Korea | | |
| | | | Country | | |

| 2.1547 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 to Amended and Restated US PSA (Amendment No 2 to A&R US PSA) | LG Energy Solution, Ltd. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 108, Yeoui-daero |
| | State the term remaining | Unknown | Address |
| | | | Yeongdeungpo-gu |
| | List the contract number of any government contract | | |

| | | | Seoul | | |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | South Korea | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1548** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 3 to Product Supply Agreement

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

**State the term remaining** 12/31/2024

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul | | 07336
City | State | ZIP Code

South Korea
Country

---

**2.1549** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 4 to Product Supply Agreement

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

**State the term remaining** Unknown

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul | | 07336
City | State | ZIP Code

South Korea
Country

---

**2.1550** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 5 to Product Supply Agreement

LG Energy Solution, Ltd.
Name

Notice Name

Tower 1, 108, Yeoui-daero
Address

**State the term remaining** Unknown

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul | | 07336
City | State | ZIP Code

South Korea
Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.1551 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 6 to Product Supply Agreement (11.16.16) |

LG Energy Solution, LTD.
Name

Notice Name

108, Yeoui-daero
Address

**State the term remaining**  Unknown

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul
City               State        ZIP Code

South Korea
Country

| | | |
|---|---|---|
| 2.1552 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Amended and Restated US PSA (Amendment No 1 to A&R US PSA) |

LG Energy Solution, Ltd.
Name

Notice Name

108, Yeoui-daero
Address

**State the term remaining**  Unknown

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul
City               State        ZIP Code

South Korea
Country

| | | |
|---|---|---|
| 2.1553 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Parent Guaranty |

LG Energy Solution, LTD.
Name

Notice Name

108, Yeoui-daero
Address

**State the term remaining**  Unknown

Yeongdeungpo-gu

**List the contract number of any government contract**

Seoul
City               State        ZIP Code

South Korea
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1554 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Life and Safety Consultants, Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 31 Boland Court |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29615 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1555 | State what the contract or lease is for and the nature of the debtor's interest | Stand Purchase Order (752733) | Lift One LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 602727 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Charlotte | NC | 28260-2727 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1556 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Lift-U (Hogan Manufacturing |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 398 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Escalon | CA | 95320 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.1557**

| State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Development Agreement |
| --- | --- |

Lightning eMotors
Name

Notice Name

815 14th Street SW, Ste A100
Address

| State the term remaining | Unknown |
| --- | --- |

| List the contract number of any government contract | |

| Loveland | CO | 80537 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**2.1558**

| State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Product Supply Agreement |
| --- | --- |

Lightning eMotors
Name

Notice Name

815 14th Street SW, Suite A100
Address

| State the term remaining | 10/21/2025 |
| --- | --- |

| List the contract number of any government contract | |

| Loveland | CO | 80537 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**2.1559**

| State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 to Product Supply Agreement |
| --- | --- |

Lightning eMotors
Name

Notice Name

815 14th Street SW, Ste A100
Address

| State the term remaining | Unknown |
| --- | --- |

| List the contract number of any government contract | |

| Loveland | CO | 80537 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1560 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Lightning eMotors |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 815 14th Street SW, Ste A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Loveland                CO            80537 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1561 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Lightning eMotors |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 815 14th Street SW, Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Loveland                CO            80537 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1562 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Lightning eMotors |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 815 14th Street SW, Ste A100 |
| | **State the term remaining** | 7/28/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Loveland                CO            80537 |
| | | | City                        State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1563** **State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement

Lightning eMotors

Name

Notice Name

**State the term remaining**  Unknown

815 14th Street SW, Ste A100

Address

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1564** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (217509)

Lightning eMotors

Name

Notice Name

**State the term remaining**  Unknown

815 14th Street SW Suite A100

Address

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1565** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (217711)

Lightning eMotors

Name

Notice Name

**State the term remaining**  Unknown

815 14th Street SW Suite A100

Address

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1566 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (217947) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Loveland |

| City | State | ZIP Code |
|---|---|---|
| Loveland | CO | 80537 |

Country

| | | | |
|---|---|---|---|
| 2.1567 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (310738) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Loveland | CO | 80537 |

Country

| | | | |
|---|---|---|---|
| 2.1568 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (314191) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Loveland | CO | 80537 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1569** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (314191)

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1570** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (314272)

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1571** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (314410)

Lightning eMotors
Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1572 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (314410) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Lightning eMotors

Name

Notice Name

815 14th Street SW Suite A100

Address

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1573 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (315202) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Lightning eMotors

Name

Notice Name

815 14th Street SW Suite A100

Address

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1574 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (318906) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Lightning eMotors

Name

Notice Name

815 14th Street SW Suite A100

Address

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1575 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319002) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Loveland | CO | 80537 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.1576 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319192) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Loveland | CO | 80537 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.1577 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319445) | Lightning eMotors |
| | | | Name |
| | | | Notice Name |
| | | | 815 14th Street SW Suite A100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Loveland | CO | 80537 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1578 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319576) | Lightning eMotors |
|---|---|---|---|

Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1579 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319577) | Lightning eMotors |
|---|---|---|---|

Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1580 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319578) | Lightning eMotors |
|---|---|---|---|

Name

Notice Name

815 14th Street SW Suite A100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Loveland | CO | 80537 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1581 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319580) | | Lightning eMotors |
| | | | | Name |

Notice Name

815 14th Street SW Suite A100

| | **State the term remaining** | Unknown | | Address |

**List the contract number of any government contract**

| | | | Loveland | CO | 80537 |
| | | | City | State | ZIP Code |

Country

| 2.1582 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (319609) | | Lightning eMotors |
| | | | | Name |

Notice Name

815 14th Street SW Suite A100

| | **State the term remaining** | Unknown | | Address |

**List the contract number of any government contract**

| | | | Loveland | CO | 80537 |
| | | | City | State | ZIP Code |

Country

| 2.1583 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P215197) | | Lightning eMotors |
| | | | | Name |

Notice Name

815 14th Street SW Suite A100

| | **State the term remaining** | Unknown | | Address |

**List the contract number of any government contract**

| | | | Loveland | CO | 80537 |
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1584 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number: 217509) | Lightning eMotors |
| | | | Name |

| | | | Notice Name |
| | | | 815 14th Street SW, Suite A100 |
| State the term remaining | Unknown | | Address |

| List the contract number of any government contract | | |

| | | Loveland | CO | 80537 |
| | | City | State | ZIP Code |

| | | Country |

| 2.1585 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. P215197) | Lightning Systems Inc. |
| | | | Name |

| | | | Notice Name |
| | | | 815 14th Street, SW, Suite A100 |
| State the term remaining | Unknown | | Address |

| List the contract number of any government contract | | |

| | | Loveland | CO | 80537 |
| | | City | State | ZIP Code |

| | | Country |

| 2.1586 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #220001) | Lightship |
| | | | Name |

| | | | Notice Name |
| | | | 577 Shotwell Street |
| State the term remaining | Unknown | | Address |

| List the contract number of any government contract | | |

| | | San Francisco | CA | 94110 |
| | | City | State | ZIP Code |

| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1587 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #220010) | Lightship | |
| | | | Name | |
| | | | Notice Name | |
| | | | 1231 Connecticut Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | San Francisco | CA | 94107 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1588 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Lightship Energy, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | 2101 Pearl Street | |
| | **State the term remaining** | 1/24/2024 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Boulder | CO | 80302 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1589 | **State what the contract or lease is for and the nature of the debtor's interest** | SLEC Tower Lift Lease Agreement | Line X Edmonton North | |
| | | | Name | |
| | | | Notice Name | |
| | | | 17395 - 108th Ave | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Edmonton | AB | T5S 1G2 |
| | | | City | State | ZIP Code |
| | | | Canada | |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.1590 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Link Manufacturing Ltd. |
| | | Name |
| | | |
| | | Notice Name |
| | | 223 15th St NE |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| Sioux Center | IA | 51250 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1591 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | Linkedin Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 62228 Collections Center Drive |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| Chicago | IL | 60693-0622 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1592 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Littelfuse, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | DBA U.S. Sensor Corp |
| | **State the term remaining** | Unknown |
| | | Address |
| | | 1832 West Collins Ave |
| | **List the contract number of any government contract** | |

| Orange | CA | 92867 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1593 | **State what the contract or lease is for and the nature of the debtor's interest** | Software as a Service Agreement |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Loftware Inc.
Name

Notice Name

249 Corporate Drive
Address

| Portsmouth | NH | 03801 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1594 | **State what the contract or lease is for and the nature of the debtor's interest** | LogicGate Subscription Services Agreement |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

LogicGate, Inc.
Name

Notice Name

320 West Ohio Street, Suite 5E
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1595 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (1927) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

LogicGate, Inc.
Name

Notice Name

320 West Ohio Street, Suite 5E
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1596** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form (Q-11677-2)

Loopio, Inc.
Name

Notice Name

310 Spadina Ave., Suite 600
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Toronto | ON | M5T 2E8 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.1597** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (6142000005)

Lopez Island School District
Name

Notice Name

86 School Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Lopez Island | WA | 98261 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.1598** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Los Angeles County Tax Collector
Name

Notice Name

500 W Temple Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1599 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1: LADOT Bus Configuration Option Changes | Los Angeles Department of Transportation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 South Main Street, 10th Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Los Angeles |  CA | 90012 |
| | | | City |  State | ZIP Code |
| | | | Country |

| 2.1600 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #4: LADOT Bus Configuration Option Changes | Los Angeles Department of Transportation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 South Main Street, 10th Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Los Angeles |  CA | 90012 |
| | | | City |  State | ZIP Code |
| | | | Country |

| 2.1601 | State what the contract or lease is for and the nature of the debtor's interest | Letter Notice to Proceed of ABB HVC150 150kW Charging Equipment (C-133371) | Los Angeles Department of Transportation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 South Main Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Los Angeles |  CA | 90012 |
| | | | City |  State | ZIP Code |
| | | | Country |

Debtor:   Proterra Operating Company, Inc.
Name

Case number *(if known)*:   23-11121

| | | | |
|---|---|---|---|
| **2.1602** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Notice to Proceed Relocation of six (6) charger islands (C-133371) | Los Angeles Department of Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 South Main Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles        CA        90012 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |
| **2.1603** | **State what the contract or lease is for and the nature of the debtor's interest** | Procurement of 25 Electric Buses for the LADOT Dash Program (C-133371) | Los Angeles Department of Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 South Main Street, 10th Floor |
| | **State the term remaining** | 12/31/2020 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles        CA        90012 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |
| **2.1604** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25679) | Loudoun County School Board |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 42000 Loudoun Center Place |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Leesburg        VA        20175 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

**2.1605** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26686) | Loudoun County School Board
Name

Notice Name

42000 Loudoun Center Place
Address

| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Leesburg | VA | 20175
City | State | ZIP Code

Country

**2.1606** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31830) | Louisa County Public Schools
Name

Notice Name

953 Davis Hwy
Address

| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Mineral | VA | 23117
City | State | ZIP Code

Country

**2.1607** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31830) | Louisa County Public Schools
Name

Notice Name

953 Davis Hwy
Address

| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Mineral | VA | 23117
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1608** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E24955) |
| | | |

Louisa County School Board
Name

Notice Name

953 Davis Hwy
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Mineral | VA | 23117 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| **2.1609** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Lubrication Engineers, Inc
Name

Notice Name

1919 East Tulsa
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Wichita | KS | 67216 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| **2.1610** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Lucerix International Corporation
Name

Notice Name

2488 Bristol Circle
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Oakville | ON | L6H 5S1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1611 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Customer Order (Q-01237412) |

Lumen Technologies Group

Name

Notice Name

100 CenturyLink Drive

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Monroe | LA | 71203 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1612 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Order; Terms and Conditions Governing This Order |

Lumen Technologies Group

Name

Notice Name

100 CenturyLink Drive

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Monroe | LA | 71203 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1613 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Luminator Technology Group Global, LLC

Name

Notice Name

900 Klein Rd

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Plano | TX | 75074 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1614** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Luxottica Retail North America
Name

Notice Name

State the term remaining          Unknown

14963 Collections Center Drive
Address

List the contract number of any government contract

| Chicago | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1615** State what the contract or lease is for and the nature of the debtor's interest

Conformed Contract (4903 OQ)

LYNX
Name

Notice Name

State the term remaining          8/11/2026

455 N. Garland Ave
Address

List the contract number of any government contract

| Orlando | FL | 32801 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1616** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (LYNX P.O. No. 2000878)

LYNX
Name

Notice Name

State the term remaining          Unknown

455 N. Garland Ave
Address

List the contract number of any government contract

| Orlando | FL | 32801 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1617** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (LYNX P.O. No. 2001672 / Contract No. 20-C47)

LYNX

Name

Notice Name

455 N. Garland Ave

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Orlando | FL | 32801 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1618** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (LYNX P.O. No. 2200850)

LYNX

Name

Notice Name

455 N. Garland Ave

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Orlando | FL | 32801 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1619** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (LYNX P.O. No. 2301186)

LYNX

Name

Notice Name

455 N. Garland Ave

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Orlando | FL | 32801 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1620 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #11 Project CTA EV Bus Charging Station (18146019) | M. A. Mortenson Company |
|---|---|---|---|

Name

Notice Name

567 W. Lake St

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Chicago | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1621 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | M1 Graphics CO, Inc |
|---|---|---|---|

Name

Notice Name

PO Box 606

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1622 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Madland Diesel Fleet and Service |
|---|---|---|---|

Name

Notice Name

4420 State Rd

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Bakersfield | CA | 93308 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1623** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

MaintainX, Inc
Name

Notice Name

244 Biscayne Blvd #2902
Address

State the term remaining — Unknown

List the contract number of any government contract

| Miami | FL | 33132 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1624** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (2026639T)

Mammoth Unified School District
Name

Notice Name

PO Box 3509
Address

State the term remaining — Unknown

List the contract number of any government contract

| Mammoth Lakes | CA | 93546 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1625** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Manaflex Inc.
Name

Notice Name

11919 Fisterra Ct
Address

State the term remaining — Unknown

List the contract number of any government contract

| Las Vegas | NV | 89138-1602 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1626 | **State what the contract or lease is for and the nature of the debtor's interest** | MangoApps Hosted Subscription Agreement | MangoApps, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1495 11th Avenue NW |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Issaquah    WA    98027 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.1627 | **State what the contract or lease is for and the nature of the debtor's interest** | Consignment Stock Agreement | Manz USA, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 376 Dry Bridge Rd |
| | **State the term remaining** | 2/28/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | North Kingstown    RI    02852 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.1628 | **State what the contract or lease is for and the nature of the debtor's interest** | Consignment Stock Agreement | Manz USA, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 376 Dry Bridge Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | North Kingstown    RI    02852 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| **2.1629** | **State what the contract or lease is for and the nature of the debtor's interest** | Manz AG - Terms and Conditions for New MP Laser Welder |

Manz USA, Inc.
_____
Name

_____
Notice Name

Steigackerstrabe 5
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Reutlingen | | 72768 |

Germany
_____
Country

| | | |
|---|---|---|
| **2.1630** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

Manz USA, Inc.
_____
Name

_____
Notice Name

376 Dry Bridge Rd
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Kingstown | RI | 02852 |

_____
Country

| | | |
|---|---|---|
| **2.1631** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Maritec-Metpro Corporation
_____
Name

_____
Notice Name

215 Commerce Rd
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29611 |

_____
Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

---

**2.1632**

| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Marson International LLC |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| State the term remaining | Unknown | PO Box 1529 |
| | | Address |
| List the contract number of any government contract | | |

| | | |
| --- | --- | --- |
| | Elkhart | IN | 46515 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

**2.1633**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.MBAPO66978) | Mathews Bus Alliance Inc |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| State the term remaining | Unknown | 4802 W. Colonial Drive |
| | | Address |
| List the contract number of any government contract | | |

| | | |
| --- | --- | --- |
| | Orlando | FL | 32808-7702 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

**2.1634**

| State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Consulting Agreement | Matthew Shafer |
| --- | --- | --- |
| | | Name |
| | | |
| | | Notice Name |
| State the term remaining | Unknown | 15 N. Saint Clair St., 3rd FL |
| | | Address |
| List the contract number of any government contract | | |

| | | |
| --- | --- | --- |
| | Draper | UT | 84020 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1635 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Matthew Shafer
Name

Notice Name

173 Tennis Court
Address

| Wall Township | NJ | 07719 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1636 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Matthews Bus Alliance
Name

Notice Name

4802 W. Colonial Drive
Address

| Orlando | FL | 32808-7702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1637 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Matthews Bus Alliance
Name

Notice Name

4802 W. Colonial Drive
Address

| Orlando | FL | 32808 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1638 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Matthews Bus Alliance |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4802 W. Colonial Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Orlando · FL · 32808 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.1639 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # MBAPO92505) | Matthews Bus Alliance |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4802 W. Colonial Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Orlando · FL · 32808-7702 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.1640 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MBAPO68016) | Matthews Bus Alliance |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4802 W. Colonial Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Orlando · FL · 32808-7702 |
| | | | City · State · ZIP Code |
| | | | Country |

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

**2.1641**

| State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011017) | Maxson & Associates Inc |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 11009 Downs Road |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| Pineville | NC | 28134 |
| City | State | ZIP Code |
| | | |
| Country | | |

**2.1642**

| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | MBR DISTRIBUTORS |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 1330 Holmes Rd |
| State the term remaining | Unknown | Address |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| Elgin | IL | 60123 |
| City | State | ZIP Code |
| | | |
| Country | | |

**2.1643**

| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | McGriff Insurance Services |
|---|---|---|
| | | Name |
| | | |
| | | Notice Name |
| | | 3605 Glenwood Avenue |
| | | Address |
| State the term remaining | Unknown | Suite 201 |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| Raleigh | NC | 27612 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

**2.1644** State what the contract or lease is for and the nature of the debtor's interest

Standard Purchase Order (Order 753821)

McKinney Trailer Rentals
Name

Notice Name

State the term remaining  Unknown

2601 Saturn St, Suite 110
Address

List the contract number of any government contract

| Brea | CA | 92821 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1645** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

McMaster-Carr Supply Co.
Name

Notice Name

State the term remaining  Unknown

PO Box 7690
Address

List the contract number of any government contract

| Chicago | IL | 60680-7690 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1646** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

McNaughton-McKay Electric Company
Name

Notice Name

35 Old Mill Road
Address

State the term remaining  Unknown

List the contract number of any government contract

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| **2.1647** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. MD. MCPS Bethesda - 0001) |

MCPS Bethesda Depot
Name

Notice Name

10901 Westlake Drive
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Rockville | MD | 20852 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1648** | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease Agreement |

MDH F1 Greenville AG14 LLC
Name

Notice Name

3715 Northside Parkway NW
Address

**State the term remaining** — 10/31/2024

Building 400, Suite 240

**List the contract number of any government contract**

| Atlanta | GA | 30327 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1649** | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease Agreement |

MDH F1 Greenville AG14 LLC
Name

Notice Name

3715 Northside Parkway NW
Address

**State the term remaining** — 10/30/2024

Building 400, Suite 240

**List the contract number of any government contract**

| Atlanta | GA | 30327 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

| | | |
|---|---|---|
| **2.1650** | **State what the contract or lease is for and the nature of the debtor's interest** | Consent to Sublease |

MDH F1 Greenville AG14 LLC
Name

Notice Name
MDH Partners

| | |
|---|---|
| **State the term remaining** | Unknown |

Address
3725 Northside Parkway NW

**List the contract number of any government contract**

Building 400, Suite 240

| | | |
|---|---|---|
| Atlanta | GA | 30327 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1651** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Mersen USA EP Corp
Name

Notice Name

374 Merrimac Street
Address

| | |
|---|---|
| **State the term remaining** | Unknown |

**List the contract number of any government contract**

| | | |
|---|---|---|
| Newburyport | MA | 01950 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1652** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Metal Solutions, Inc.
Name

Notice Name

1141 Industrial Park Road
Address

| | |
|---|---|
| **State the term remaining** | Unknown |

**List the contract number of any government contract**

| | | |
|---|---|---|
| Vandergrift | PA | 15690 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1653 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (12698) | Metrolink |
|---|---|---|---|

Name

Notice Name

4501 4th Ave

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Rock Island | IL | 61201 |
|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.1654 | State what the contract or lease is for and the nature of the debtor's interest | Form of Battery Lease Agreement | METROPOLITAN TULSA TRANSIT AUTHORITY (MTTA) |
|---|---|---|---|

Name

Notice Name

510 S Rockford Ave

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Tulsa | OK | 74120 |
|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.1655 | State what the contract or lease is for and the nature of the debtor's interest | Order Form | Metropolitan Tulsa Transit Authority (MTTA) |
|---|---|---|---|

Name

Notice Name

510 S Rockford Ave

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Tulsa | OK | 74120 |
|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1656 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form: Valence Platform | Metropolitan Tulsa Transit Authority (MTTA) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 510 S Rockford Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Tulsa | OK | 74120 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.1657 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four40FT BEBs and Two Charging Stations (Contract No. PA-2020-001-MTTA) | Metropolitan Tulsa Transit Authority (MTTA) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 510 S. Rockford Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Tulsa | OK | 74120 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.1658 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO-22-10672) | Metropolitan Washington Airports Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Aviation Circle |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Washington | DC | 20001-6000 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.1659** | State what the contract or lease is for and the nature of the debtor's interest | Solicitation Offer and Award (RFP-21-27713) | Metropolitan Washington Airports Authority

Name

Notice Name

2733 Crystal Drive

Address

| State the term remaining | 12/31/2023 |

| List the contract number of any government contract |

| | | Arlington | VA | 22202 |
| | | City | State | ZIP Code |

Country

**2.1660** | State what the contract or lease is for and the nature of the debtor's interest | Battery-Electric Transit Buses and Charging System (Contract No. RFP-00456) | Miami-Dade County Transportation & Public Works

Name

Notice Name

111 N.W. 1st Street, Suite 1375

Address

| State the term remaining | 10/17/2024 |

| List the contract number of any government contract |

| | | Miami | FL | 33128-1974 |
| | | City | State | ZIP Code |

Country

**2.1661** | State what the contract or lease is for and the nature of the debtor's interest | Battery-Electric Transit Buses and Charging System (Contract No. RFP-00456) | Miami-Dade County Transportation & Public Works

Name

Notice Name

111 N.W. 1st Street, Suite 1375

Address

| State the term remaining | 10/17/2024 |

| List the contract number of any government contract |

| | | Miami | FL | 33128-1974 |
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | | | |
|---|---|---|---|---|---|
| **2.1662** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed Contract # RFP-00456 | Miami-Dade County Transportation & Public Works | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | **State the term remaining** | Unknown | Transit Procurement | | |
| | | | Address | | |
| | **List the contract number of any government contract** | | 701 NW 1st Court, 15th Floor | | |
| | | | | | |
| | | | Miami | FL | 33136 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.1663** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed Contract No. RFP-00456 (RFP-00456) | Miami-Dade County Transportation & Public Works | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | **State the term remaining** | Unknown | Transit Procurement | | |
| | | | Address | | |
| | **List the contract number of any government contract** | | 701 NW 1st Court, 15th Floor | | |
| | | | | | |
| | | | Miami | FL | 33136 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.1664** | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed | Miami-Dade County Transportation & Public Works | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 701 NW 1st Court, 15th Floor | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | | | |
| | **List the contract number of any government contract** | | | | |
| | | | Miami | FL | 33136 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1665**

**State what the contract or lease is for and the nature of the debtor's interest**
Notice to Proceed

**State the term remaining**
Unknown

**List the contract number of any government contract**

Miami-Dade County Transportation & Public Works
Name

Notice Name

701 NW 1st Court, 15th Floor
Address

| Miami | FL | 33136 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1666**

**State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (PO Number: POMT2000951)

**State the term remaining**
Unknown

**List the contract number of any government contract**

Miami-Dade County Transportation & Public Works
Name

Notice Name

111 NW 1st St, 26th Floor
Address

| Miami | FL | 33128 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1667**

**State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (PO Number: POMT2000951)

**State the term remaining**
Unknown

**List the contract number of any government contract**

Miami-Dade County Transportation & Public Works
Name

Notice Name

3401 N.W. 31st Street
Address

| Miami | FL | 33142 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.1668 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: POMT2001115) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

3401 N.W. 31st Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33142 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1669 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: POMT2101302) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

3401 N.W. 31st Street
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33142 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1670 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (POMT2000951) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

111 NW 1st St, 26th Floor
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33128 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.

Case number (if known):  23-11121

**2.1671** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000000940)

Miami-Dade County Transportation & Public Works
Name

Notice Name

701 NW 1st Court
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1672** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000000940)

Miami-Dade County Transportation & Public Works
Name

Notice Name

701 NW 1st Court
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1673** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000000941)

Miami-Dade County Transportation & Public Works
Name

Notice Name

701 NW 1st Court
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

| | | |
|---|---|---|
| 2.1674 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order TP-0000000941) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

701 NW 1st Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1675 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order TP-0000002584) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

701 NW 1st Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1676 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order TP-0000002584) |

Miami-Dade County Transportation & Public Works
Name

Notice Name

701 NW 1st Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1677** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000002584)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1678** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000002584)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court, 15th Fl

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.1679** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order TP-0000002647)

Miami-Dade County Transportation & Public Works

Name

Notice Name

701 NW 1st Court

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Miami | FL | 33136 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

| | | |
|---|---|---|
| 2.1680 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | **State the term remaining** | Unknown |
| | | **List the contract number of any government contract** | |

Micah Morrell

Name

Notice Name

116 Rindge Road

Address

| Piedmont | SC | 29673 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1681 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Use of Test Track |
| | | **State the term remaining** | 12/31/2023 |
| | | **List the contract number of any government contract** | |

Michelin North America Inc.

Name

Notice Name

2440 Hwy 39

Address

| Mountville | SC | 29370 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1682 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | **State the term remaining** | Unknown |
| | | **List the contract number of any government contract** | |

Micro Precision Calibration, Inc.

Name

Notice Name

2165 N Glassell

Address

| Orange | CA | 92865 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1683** **State what the contract or lease is for and the nature of the debtor's interest**

Data License Agreement

Microgrid Labs Inc
Name

Notice Name

2 Davis drive
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Durham | NC | 27709 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.1684** **State what the contract or lease is for and the nature of the debtor's interest**

Data License Agreement

Microgrid Labs Inc
Name

Notice Name

2 Davis drive
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Durham | NC | 27709 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.1685** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Request Form (Change No. 1)

Mid-Atlantic Electrical Services Inc.
Name

Notice Name

150 N Monroe St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Wilmington | DE | 19801 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1686** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31831)

Middlesex County Public Schools
Name

Notice Name

**State the term remaining** Unknown

2911 General Puller Highway
Address

**List the contract number of any government contract**

| Saluda | VA | 23149 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1687** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31831)

Middlesex County Public Schools
Name

Notice Name

**State the term remaining** Unknown

2911 General Puller Highway
Address

**List the contract number of any government contract**

| Saluda | VA | 23149 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1688** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number E24956)

Middlesex County Public Schools
Name

Notice Name

**State the term remaining** Unknown

2911 General Puller Highway
Address

**List the contract number of any government contract**

| Saluda | VA | 23149 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1689 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 20016660) |

Midwest Bus Sales Inc

Name

Notice Name

2150 SW 27th

Address

PO Box 338

**State the term remaining** — Unknown

**List the contract number of any government contract**

| El Reno | OK | 73036 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1690 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Miguel Angel Salazar Govea

Name

Notice Name

d/b/a S1 Cleaning

Address

18411 Valley Blvd, Spa 48

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Bloomington | CA | 92316 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1691 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Mill Supply Inc

Name

Notice Name

19801 Miles Road

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Cleveland | OH | 44128 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1692** State what the contract or lease is for and the nature of the debtor's interest

Customer Quote (1045005)

Minitab LLC
Name

Notice Name

1829 Pine Hall Road
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| State College | PA | 16801 |

Country

---

**2.1693** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Mishimoto
Name

Notice Name

7 Boulden Circle
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| New Castle | DE | 19720 |

Country

---

**2.1694** State what the contract or lease is for and the nature of the debtor's interest

Letter Re: Notice to Proceed

Missoula Urban Transportation District
Name

Notice Name

1221 Shakespeare St
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Missoula | MT | 59802 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1695 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Six 35FT BEBs & Seven Charging Stations (MUTD 12.14.2018) | Missoula Urban Transportation District |
|--------|----|----|----|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1221 Shakespeare St |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Missoula — MT — 59802 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.1696 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Misumi USA Inc |
|--------|----|----|----|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1717 N Penny Lane |
| | State the term remaining | Unknown | Address |
| | | | Suite 200 |
| | List the contract number of any government contract | | |
| | | | Schaumburg — IL — 60173 |
| | | | City — State — ZIP Code |
| | | | Country |

| 2.1697 | State what the contract or lease is for and the nature of the debtor's interest | Framework Joint Development Agreement | Mitsui & Co., LTD. |
|--------|----|----|----|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1-3 Marunouchi 1-Chome Chiyoda-ku |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Japan — 100-8631 |
| | | | City — State — ZIP Code |
| | | | Japan |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest** | Framework Joint Development Agreement |

Mitsui & Co., Ltd.
Name

Notice Name

1-3, Marunouchi 1-Chome
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Chiyouda-ku | Tokyo | 100-8631 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

| | | |
|---|---|---|
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranty of Certain Obligations under the Master Agreement |

Mitsui & Co., LTD.
Name

Notice Name

1-3, Marunouchi 1-Chome
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Chiyouda-ku | Tokyo | 100-8631 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

| | | |
|---|---|---|
| 2.1700 | **State what the contract or lease is for and the nature of the debtor's interest** | Summary of Terms |

Mitsui & Co., LTD.
Name

Notice Name

1-3, Marunouchi 1-chrome
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Chiyoda-ku | Tokyo | 100-8631 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121

**2.1701** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

MKP Parts
_____
Name

_____
Notice Name

Gildeweg 22
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Nootdorp | | 2632 BA |
|---|---|---|
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

**2.1702** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (3410145631)

Mobile Climate Control, Corp.
_____
Name

_____
Notice Name

3189 Farmtrail Rd
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| YORK | PA | 17406 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**2.1703** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Mobile Climate Control, Corp.
_____
Name

_____
Notice Name

7540 Jane Street
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Vaughan | ON | L4K 0A6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1704** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Mobile Communications America, Inc.
Name

Notice Name

100 Dunbar Street, Suite 304
Address

| Spartanburg | SC | 29306 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1705** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Mobile Mark Inc
Name

Notice Name

1140 W. Thorndale
Address

| Itasca | IL | 60143 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1706** | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption of Battery Lease Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1707 | **State what the contract or lease is for and the nature of the debtor's interest** | Assumption and Amendment of Battery Lease Agreement | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Menlo Park  CA  94025 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.1708 | **State what the contract or lease is for and the nature of the debtor's interest** | Assumption and Amendment of Battery Lease Agreement | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Menlo Park  CA  94025 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.1709 | **State what the contract or lease is for and the nature of the debtor's interest** | Assumption and Amendment of Battery Lease Agreement (91900342) | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Menlo Park  CA  94025 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*   23-11121

**2.1710** **State what the contract or lease is for and the nature of the debtor's interest**

Bill of Sale

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road. Suite 100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1711** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit D Form Bill of Sale

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1712** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit E - Assignment and Assumption of Lease

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1713** State what the contract or lease is for and the nature of the debtor's interest

Exhibit E Form Assignment and Assumption of Lease Agreement

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

State the term remaining — Unknown

List the contract number of any government contract

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1714** State what the contract or lease is for and the nature of the debtor's interest

Form Assignment and Assumption of Battery Lease Agreement

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

State the term remaining — Unknown

List the contract number of any government contract

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1715** State what the contract or lease is for and the nature of the debtor's interest

Guaranty of Certain Obligations under the Master Agreement

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

State the term remaining — Unknown

List the contract number of any government contract

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1716 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranty of Certain Obligations under the Master Agreement | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Menlo Park |
| | | | City |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1717 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice (Invoice No. 2000383) | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Menlo Park |
| | | | City |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1718 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Minimum Target return under the Master Agreement | Mobility Forefront LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Menlo Park |
| | | | City |
| | | | Country |

City columns:
- Menlo Park | CA | 94025 (City / State / ZIP Code)

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.1719** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter RE: Minimum Target Return under the Master Agreement |
| | | Mobility ForeFront LLC |
| | | Name |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown / Address |
| | **List the contract number of any government contract** | |
| | | Menlo Park / CA / 94025 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.1720** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Specified Battery IP under the Master Agreement |
| | | Mobility Forefront LLC |
| | | Name |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown / Address |
| | **List the contract number of any government contract** | |
| | | Menlo Park / CA / 94025 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.1721** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter RE: Specified Battery IP under the Master Agreement |
| | | Mobility ForeFront LLC |
| | | Name |
| | | Notice Name |
| | | 535 Middlefield Road, Suite 100 |
| | **State the term remaining** | Unknown / Address |
| | **List the contract number of any government contract** | |
| | | Menlo Park / CA / 94025 |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.1722 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1723 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1724 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order and Confirmation |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1725** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order and Confirmation

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

State the term remaining | Unknown

List the contract number of any government contract

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

**2.1726** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order and Confirmation

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

State the term remaining | Unknown

List the contract number of any government contract

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

**2.1727** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order and Confirmation

Mobility Forefront LLC
Name

Notice Name

535 Middlefield Road, Suite 100
Address

State the term remaining | Unknown

List the contract number of any government contract

| Menlo Park | CA | 94025 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1728** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order and Confirmation

Mobility Forefront LLC

Name

Notice Name

535 Middlefield Road, Suite 100

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1729** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order and Confirmation

Mobility Forefront LLC

Name

Notice Name

535 Middlefield Road, Suite 100

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1730** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order and Confirmation

Mobility Forefront LLC

Name

Notice Name

535 Middlefield Road, Suite 100

**State the term remaining**

Unknown

Address

**List the contract number of any government contract**

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1731 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Monroe Magnus LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2805 Barranca Parkway |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Irvine CA 92606 |
| | | | City State ZIP Code |
| | | | Country |

| 2.1732 | State what the contract or lease is for and the nature of the debtor's interest | 4 Electric Powered 35FT Buses (Contract No. 1097141) | Montgomery County Maryland Office of Procurement |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 16700 Crabbs Branch Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Rockville MD 20855 |
| | | | City State ZIP Code |
| | | | Country |

| 2.1733 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (1105288) | Montgomery County Maryland Office of Procurement |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 255 Rockville Pike, Suite 180 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Rockville MD 20850-4186 |
| | | | City State ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1734** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (1105653)

Montgomery County Maryland Office of Procurement
Name

Notice Name

255 Rockville Pike, Suite 180
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Rockville, | MD | 20850-4186 |

Country

---

**2.1735** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (1110097)

Montgomery County Maryland Office of Procurement
Name

Notice Name

255 Rockville Pike, Suite 180
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Rockville | MD | 20850-4186 |

Country

---

**2.1736** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Motion Industries, Inc
Name

Notice Name

2041 Saybrook Ave
Address

State the term remaining — Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Los Angeles | CA | 90040 |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1737** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Motor City Racks, Inc.
Name

|  |  | Notice Name

|  |  | 24445 Forterra Dr
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Warren | MI | 48089
| City | State | ZIP Code

| Country

**2.1738** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Mouser Electronics
Name

|  |  | Notice Name

|  |  | PO Box 99319
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Ft. Worth | TX | 78199-0319
| City | State | ZIP Code

| Country

**2.1739** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | MSC Industrial Supply Co.
Name

|  |  | Notice Name

|  |  | PO Box 953635
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Saint Louis | MO | 63195-3635
| City | State | ZIP Code

| Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1740**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

MSI-Viking Gage, LLC
Name

Notice Name

**State the term remaining**   Unknown

PO Box 537
Address

321 Tucapau Rd

**List the contract number of any government contract**

| Duncan | SC | 29334 |
|--------|------|----------|
| City | State | ZIP Code |

Country

**2.1741**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order 6030261899)

MTA New York City Transit
Name

Notice Name

2 Broadway, 19th Floor
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| New York | NY | 10004 |
|----------|------|----------|
| City | State | ZIP Code |

Country

**2.1742**

**State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

MTB Transit Solutions Inc.
Name

Notice Name

8170 Lawson Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Milton | ON | L9T 5C4 |
|--------|------|----------|
| City | State | ZIP Code |

Canada
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

---

**2.1743** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Mubea, Inc.
Name

Notice Name

PO Box 636331
Address

State the term remaining     Unknown

List the contract number of any government contract

| Cincinnati | OH | 45263 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1744** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Munaco Sealing Solutions, Inc.
Name

Notice Name

5 Ketron Court
Address

State the term remaining     Unknown

List the contract number of any government contract

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1745** State what the contract or lease is for and the nature of the debtor's interest

AMD 4 to Development and Supply Agreement

Munich Electrification
Name

Notice Name

Lindwumstr. 95
Address

State the term remaining     12/31/2024

List the contract number of any government contract

| Muenchen | | 80377 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

---

**2.1746**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 166357)

Municipal Service Center North MSCN Garage
Name

Notice Name

**State the term remaining**  Unknown

55 Stony Point Road
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Rosa | CA | 95401 |
| City | State | ZIP Code |

Country

---

**2.1747**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 166357)

Municipal Service Center North MSCN Garage
Name

Notice Name

**State the term remaining**  Unknown

55 Stony Point Road
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Rosa | CA | 95401 |
| City | State | ZIP Code |

Country

---

**2.1748**

**State what the contract or lease is for and the nature of the debtor's interest**

Liability Release Agreement

MWS Auto Services Inc. d/b/a Marietta Wrecker Service
Name

Notice Name

**State the term remaining**  Unknown

950 Allgood Rd NE
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Marietta | GA | 30062 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1749 | **State what the contract or lease is for and the nature of the debtor's interest** | Pioneer Consulting Agreement |
| | | Mycorrxyz Inc. |
| | | Name |
| | | Notice Name |
| | | 2 Sandpoint Dr |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Richmond    CA    94804 |
| | | City    State    ZIP Code |
| | | Country |
| 2.1750 | **State what the contract or lease is for and the nature of the debtor's interest** | Proterra Statements of Work Base (SOW) #1 |
| | | Mycorrxyz Inc. |
| | | Name |
| | | Notice Name |
| | | 2 Sandpoint Dr |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Richmond    CA    94804 |
| | | City    State    ZIP Code |
| | | Country |
| 2.1751 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Mycorrxyz Inc. |
| | | Name |
| | | Notice Name |
| | | 2 Sandpoint Dr |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Richmond    CA    94804 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

| 2.1752 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.1 to Purchase Order (Purchase Order #: 21-2002) | Napa Valley Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 625 Burnell Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Napa · CA · 94559 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.1753 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.2 to Purchase Order (Purchase Order #: 21-2002) | Napa Valley Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 625 Burnell Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Napa · CA · 94559 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.1754 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.3 to Purchase Order (Purchase Order #: 21-2002) | Napa Valley Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 625 Burnell Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Napa · CA · 94559 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| **2.1755** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.4 to Purchase Order (Purchase Order #: 21-2002) |

Napa Valley Transportation Authority
Name

Notice Name

625 Burnell Street

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Napa | CA | 94559 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1756** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order #: 21-2002) |

Napa Valley Transportation Authority
Name

Notice Name

625 Burnell Street

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Napa | CA | 94559 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1757** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Narayanan Srinivasan
Name

Notice Name

2201 Long Prairie Road Suite 107-325

**State the term remaining**    Unknown

Address

**List the contract number of any government contract**

| Flower Mound | TX | 75022 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1758** **State what the contract or lease is for and the nature of the debtor's interest**   Purchase Order (2013389-C)

Nashville MTA

Name

Notice Name

430 Myatt Drive

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Nashville | TN | 37115 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1759** **State what the contract or lease is for and the nature of the debtor's interest**   Purchase Order (PO Number KRH 00007-0000118899)

Nashville MTA

Name

Notice Name

430 Myatt Drive

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Nashville | TN | 37115 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1760** **State what the contract or lease is for and the nature of the debtor's interest**   Purchase Order (PO Number KRH 00007-0000118899)

Nashville MTA

Name

Notice Name

430 Myatt Drive

**State the term remaining**   Unknown

Address

**List the contract number of any government contract**

| Nashville | TN | 37115 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1761** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO Number KRH 00007-0000118899)

Nashville MTA
Name

Notice Name

430 Myatt Drive
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Nashville | TN | 37115 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**2.1762** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

NAVEX Global, Inc.
Name

Notice Name

5500 Meadows Road, Suite 500
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Lake Oswego | OR | 97035 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**2.1763** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form (456555)

NAVEX Global, Inc.
Name

Notice Name

5500 Meadows Road, Suite 500
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Lake Oswego | OR | 97035 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1764** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Master Services Agreement

Navisite LLC
Name

Notice Name

400 Minuteman Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

Andover | MA | 01810
City | State | ZIP Code

Country

**2.1765** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Statement of Work #1 - SFOP#0356621 - Amendment No 7

Navisite LLC
Name

Notice Name

400 Minuteman Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

Andover | MA | 01810
City | State | ZIP Code

Country

**2.1766** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Statement of Work ("SOW") (353073)

Navisite LLC
Name

Notice Name

400 Minuteman Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

Andover | MA | 01810
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1767** State what the contract or lease is for and the nature of the debtor's interest

Amendment To Statement of Work ("SOW") (354845)

Navisite LLC

Name

Notice Name

State the term remaining — Unknown

400 Minuteman Road

Address

List the contract number of any government contract

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1768** State what the contract or lease is for and the nature of the debtor's interest

Stand Purchase Order (794631)

NaviSite LLC

Name

Notice Name

State the term remaining — Unknown

400 Minuteman Rd

Address

List the contract number of any government contract

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1769** State what the contract or lease is for and the nature of the debtor's interest

Statement of Work (SFOP - 0348762)

Navisite LLC

Name

Notice Name

400 Minuteman Road

State the term remaining — Unknown

Address

List the contract number of any government contract

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1770 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (69204) |
| | | NEBR |
| | | Name |
| | | |
| | | Notice Name |
| | | Building 141 JFK Airport (347-517-1113) |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Jamaica | NY | 11430 |

Country

| | | |
|---|---|---|
| 2.1771 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | NETAPP INC. |
| | | Name |
| | | |
| | | Notice Name |
| | | 3600 Olsen Dr |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| San Jose | CA | 95128 |

Country

| | | |
|---|---|---|
| 2.1772 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Netvu Limited |
| | | Name |
| | | |
| | | Notice Name |
| | | No. 1 Thellow Heath Park |
| | **State the term remaining** | Unknown | Address |
| | | Northwich Road |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Antrobus | Cheshire | CW9 6JB |

United Kingdom

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1773 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. 6261) | New England Transit Sales, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 30 Progress Avenue |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Tyngsboro | MA | 01879 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1774 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Neware Technology Limited |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Offic C 22/F, YHC TOWER |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | NOS 1 SHEUNG YUET ROAD |
| | | | KOWLOON BAY KLN |

| | | | HONG KONG | | 999077 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | China | | |
| | | | Country | | |

| 2.1775 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Newark Element 14 |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 33190 Collection Center Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60693-0331 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1776 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Product Supply Agreement |
| | | Nikola Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 4141 E. Broadway Rd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Phoenix | AZ | 85040 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.1777 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement (Contract No. PP-2021-NIKOLA-01) |
| | | Nikola Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 4141 E. Broadway Rd |
| | **State the term remaining** | 12/31/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Phoenix | AZ | 85040 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.1778 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (4500000716) |
| | | Nikola Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 4141 E Broadway Rd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | Phoenix | AZ | 85040 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1779 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-0006973-1) | Nikola Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 4141 E Broadway Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Phoenix · AZ · 85040 |
| | | | City · State · ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1780 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-0008565-1) | Nikola Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 4141 E Broadway Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Phoenix · AZ · 85040 |
| | | | City · State · ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1781 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-0008900-1) | Nikola Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 4141 E Broadway Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Phoenix · AZ · 85040 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1782** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-0009362-1) | Nikola Corporation
| | | Name
| | | Notice Name
| | | 4141 E Broadway Rd.
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Phoenix | AZ | 85040
| | | City | State | ZIP Code
| | | Country

**2.1783** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-0009743-1) | Nikola Corporation
| | | Name
| | | Notice Name
| | | 4141 E Broadway Rd.
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Phoenix | AZ | 85040
| | | City | State | ZIP Code
| | | Country

**2.1784** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500000071) | Nikola Corporation
| | | Name
| | | Notice Name
| | | 4141 E Broadway Rd
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Phoenix | AZ | 85040
| | | City | State | ZIP Code
| | | Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1785** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 4500000582)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd.

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1786** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 4500000583)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd.

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1787** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order No. 4500000602)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1788** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 4500002944) | Nikola Corporation
---|---|---|---

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1789** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 5500002177) | Nikola Corporation
---|---|---|---

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1790** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 5500002180) | Nikola Corporation
---|---|---|---

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1791** **State what the contract or lease is for and the nature of the debtor's interest**

Updated Purchase Order (PO-0005883-3)

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1792** **State what the contract or lease is for and the nature of the debtor's interest**

Updated Purchase Order (PO-0005883-5)

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1793** **State what the contract or lease is for and the nature of the debtor's interest**

Updated Purchase Order (PO-0006667-2)

Nikola Corporation
Name

Notice Name

4141 E Broadway Rd.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85040 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1794** **State what the contract or lease is for and the nature of the debtor's interest**

Updated Purchase Order (PO-0006973-4)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Phoenix | AZ | 85040 |
| City | State | ZIP Code |

Country

---

**2.1795** **State what the contract or lease is for and the nature of the debtor's interest**

Updated Purchase Order (PO-0006973-5)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Phoenix | AZ | 85040 |
| City | State | ZIP Code |

Country

---

**2.1796** **State what the contract or lease is for and the nature of the debtor's interest**

Updated Purchase Order (PO-0009362-3)

Nikola Corporation

Name

Notice Name

4141 E Broadway Rd.

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Phoenix | AZ | 85040 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| 2.1797 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Ningbo Wego Machinery Co.,Ltd |  |  |
|---|---|---|---|---|---|
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | No 367 Xingda Road, Xingqi ,Beilun District | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Ningbo | Zhejiang | 315800 |
| | | | City | State | ZIP Code |
| | | | China | | |
| | | | Country | | |

| 2.1798 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Ningbo Xusheng Group Co., Ltd. |  |  |
|---|---|---|---|---|---|
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | No 128 Yingluohe Rd, Beilun | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | Zhejiang | | |
| | **List the contract number of any government contract** | | | | |
| | | | Ningbo | | 315800 |
| | | | City | State | ZIP Code |
| | | | China | | |
| | | | Country | | |

| 2.1799 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | NoMuda VisualFactory Inc |  |  |
|---|---|---|---|---|---|
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 2500 Regency Parkway | | |
| | **State the term remaining** | Unknown | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Cary | NC | 27518 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.1800 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Quotation - S-TechServ - Technical Services from Vf Team | NoMuda VisualFactory.net |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2500 Regency Parkway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | CARY          NC          27518 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1801 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract | NoMuda, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2500 Regency Parkway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cary          NC          27518 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1802 | **State what the contract or lease is for and the nature of the debtor's interest** | Any non-disclosure agreements entered into between the Debtors and a non-Debtor counterparty prior to the Petition Date | Non-disclosure Agreement Counterparties |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on file |
| | **State the term remaining** | Various | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1803** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Nordson Corporation
Name

Notice Name

300 Nordson Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Amherst | OH | 44001 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1804** | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement

Normal Connect Transit
Name

Notice Name

351 Wylie Drive
Address

**State the term remaining** | 9/10/2021

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1805** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (P17PX01852)

NPS
Name

Notice Name

12795 W Alameda Parkway
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Lakewood | CO | 80228 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.1806 | State what the contract or lease is for and the nature of the debtor's interest | Amendment of Solicitation/Modification of Contract (P17PX01852) | NPS, IMR- Lakewood MABO |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12795 W Alameda Parkway |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Lakewood    CO    80228 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.1807 | State what the contract or lease is for and the nature of the debtor's interest | Amendment of solicitation/modification of contract (GS-30F-026BA) | NPS, IMR-Santa Fe Mabo |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1100 Old Santa Fe Trail Building |
| | State the term remaining | Unknown | Address |
| | | | PO Box 728 |
| | List the contract number of any government contract | | |
| | | | Santa Fe    NM    87505 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.1808 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | NSF International Strategic Registrations, Ltd |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 789 N Dixboro Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Ann Arbor    MI    48105 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1809 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | NSK Industries Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 150 Ascot Parkway |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cuyahoga Falls    OH    44223 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1810 | **State what the contract or lease is for and the nature of the debtor's interest** | Odgers Interim Terms for Recruitment | Odgers Berndtson LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 730 Third Avenue |
| | | | Address |
| | | | 23rd Floor |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York    NY    10017 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1811 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms for the Provision of Interim Executive Services | Odgers Berndtson LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 730 Third Avenue |
| | | | Address |
| | | | 23rd Floor |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York    NY    10017 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1812 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Customer Order Form |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Office1 Inc.

Name

Notice Name

617 West 7th Street, Ste 504

Address

| Los Angeles | CA | 90017 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1813 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Ogletree, Deakins, Nash, Smoak & Stewart, PC

Name

Notice Name

PO Box 89

Address

| Columbia | SC | 29202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1814 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Ogletree, Deakins, Nash, Smoak & Stewart, PC

Name

Notice Name

PO Box 89

Address

| Columbia | SC | 29202 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known):* 23-11121

Name

**2.1815** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO:.T21227)

Ohio Cat

Name

Notice Name

900 Ken-Mar industrial Parkway

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Broadview Heights | OH | 44147 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1816** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form - Quote Q-684336

OKTA, INC

Name

Notice Name

100 1st Street

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1817** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form (Q-39853)

OKTA, INC

Name

Notice Name

301 Brannan Street Suite 100

**State the term remaining**  4/30/2020

Address

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1818 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (Quote No. Q-684336) |
| | | OKTA, INC |
| | | Name |
| | | |
| | | Notice Name |
| | | 100 1st Street |
| | **State the term remaining** | 4/30/2025 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| San Francisco | CA | 94105 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1819 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Acceptance & Warranty Start Dates for Buses 4 & 5 |
| | | One Albuquerque Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | 100 First Street SW |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Albuquerque | NM | 87102 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1820 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Lease Agreement |
| | | Ontario International Airport Authority |
| | | Name |
| | | |
| | | Notice Name |
| | | 1923 East Avion Street |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Ontario | CA | 91761 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1821 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Form (Change Order No. 1) | Ontario International Airport Authority |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 1923 East Avion Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Ontario |  CA  |  91761 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.1822 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No. PO-2021-000842) | Ontario International Airport Authority |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 1923 East Avion Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Ontario  CA  91761 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.1823 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.1 to Development Agreement | Optimal Electric Vehicles, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 29449 Old US Hwy 33 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Elkhart  IN  46516 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121
_____

**2.1824** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.1 to Product Supply Agreement | Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

| | **State the term remaining** | Unknown |

| | **List the contract number of any government contract** | |

Plymouth | MI | 48170
City | State | ZIP Code

Country

**2.1825** | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

| | **State the term remaining** | Unknown |

| | **List the contract number of any government contract** | |

Plymouth | MI | 48170
City | State | ZIP Code

Country

**2.1826** | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Optimal Electric Vehicles, LLC
Name

Notice Name

47802 West Anchor Court
Address

| | **State the term remaining** | Unknown |

| | **List the contract number of any government contract** | |

Plymouth | MI | 48170
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1827 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase order (PO No. 00803-2AR2) | Optimal Electric Vehicles, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 47802 West Anchor Court | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Plymouth | MI | 48170 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1828 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 2726R) | Optimal Electric Vehicles, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 29449 Old US Hwy 33 | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Elkhart | IN | 46516 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1829 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 2910) | Optimal Electric Vehicles, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 29449 Old US Hwy 33 | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Elkhart | IN | 46516 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1830** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO00802-1B)

Optimal Electric Vehicles, LLC

Name

Notice Name

47802 West Anchor Court

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1831** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO00803-2)

Optimal Electric Vehicles, LLC

Name

Notice Name

47802 West Anchor Court

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1832** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO00803-2A)

Optimal Electric Vehicles, LLC

Name

Notice Name

29449 Old US Hwy 33

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Elkhart | IN | 46516 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1833 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase order (PO No. PO00803-2AR) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plymouth | MI | 48170 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1834 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase order (PO No. PO00804-3R) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plymouth | MI | 48170 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.1835 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase order (PO No. PO00804-3R2) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plymouth | MI | 48170 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1836**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO00804-3R3)

Optimal Electric Vehicles, LLC

Name

Notice Name

47802 West Anchor Court

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1837**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO00983-5A2)

Optimal Electric Vehicles, LLC

Name

Notice Name

47802 West Anchor Court

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1838**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. PO01461-03R)

Optimal Electric Vehicles, LLC

Name

Notice Name

47802 West Anchor Court

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1839 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO01600-02B) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plymouth |   MI   |   48170 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1840 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO01605-04) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plymouth |   MI   |   48170 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1841 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO01834) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plymouth |   MI   |   48170 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1842 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. Q052920-02) | Optimal Electric Vehicles, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Plymouth | MI | 48170 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1843 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. Q-07132-G7C) | Optimal Electric Vehicles, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Plymouth | MI | 48170 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1844 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. Q1182021-1) | Optimal Electric Vehicles, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47802 West Anchor Court |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Plymouth | MI | 48170 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1845** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No.2910)

Optimal Electric Vehicles, LLC

Name

Notice Name

29449 Old US Hwy 33

Address

State the term remaining    Unknown

List the contract number of any government contract

| Elkhart | IN | 46516 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.1846** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No.3374)

Optimal Electric Vehicles, LLC

Name

Notice Name

29449 Old US Hwy 33

Address

State the term remaining    Unknown

List the contract number of any government contract

| Elkhart | IN | 46516 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.1847** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO No.3375)

Optimal Electric Vehicles, LLC

Name

Notice Name

29449 Old US Hwy 33

Address

State the term remaining    Unknown

List the contract number of any government contract

| Elkhart | IN | 46516 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1848 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No.3375) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 29449 Old US Hwy 33 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Elkhart     IN     46516 |
| | | | City     State     ZIP Code |
| | | | Country |
| 2.1849 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No.3425) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 29449 Old US Hwy 33 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Elkhart     IN     46516 |
| | | | City     State     ZIP Code |
| | | | Country |
| 2.1850 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No.3425) | Optimal Electric Vehicles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 29449 Old US Hwy 33 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Elkhart     IN     46516 |
| | | | City     State     ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO00804-3R) |
| | | Optimal Electric Vehicles, LLC |
| | | Name |
| | | Notice Name |
| | | 47802 West Anchor Court |
| | State the term remaining | Unknown |
| | | Address |
| | List the contract number of any government contract | |
| | | Plymouth    MI    48170 |
| | | City    State    ZIP Code |
| | | Country |
| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement Terms |
| | | Optimum Water Solutions, Inc. |
| | | Name |
| | | Notice Name |
| | | 1500 Ardmore Blvd, Suite #104 |
| | State the term remaining | Unknown |
| | | Address |
| | List the contract number of any government contract | |
| | | Pittsburgh    PA    15221 |
| | | City    State    ZIP Code |
| | | Country |
| 2.1853 | State what the contract or lease is for and the nature of the debtor's interest | General Terms (US-OMA-QT6249240) |
| | | Oracle America, Inc |
| | | Name |
| | | Notice Name |
| | | 500 Oracle Parkway |
| | State the term remaining | Unknown |
| | | Address |
| | List the contract number of any government contract | |
| | | Redwood Shores    CA    94065 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.1854** **State what the contract or lease is for and the nature of the debtor's interest**

Ordering Document

**State the term remaining** Unknown

**List the contract number of any government contract**

Oracle America, Inc
Name

Notice Name

500 Oracle Parkway
Address

| Redwood Shores | CA | 94065 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1855** **State what the contract or lease is for and the nature of the debtor's interest**

Technical Support Services Renewal Order - Oracle Database Enterprise

**State the term remaining** Unknown

**List the contract number of any government contract**

Oracle America, Inc.
Name

Notice Name

500 Oracle Parkway
Address

| Redwood Shores | CA | 94065 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.1856** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order Number: 9702000002)

**State the term remaining** Unknown

**List the contract number of any government contract**

Orcas Island School District 137
Name

Notice Name

557 School Road
Address

| Eastsound | WA | 98245 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.1857** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (Purchase Order Number: 9702100001)

Orcas Island School District 137
Name

Notice Name

**State the term remaining** Unknown

557 School Road
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Eastsound | WA | 98245 |
| City | State | ZIP Code |

Country

**2.1858** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Orkin Services of California
Name

Notice Name

**State the term remaining** Unknown

PO Box 7161
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pasadena | CA | 91109 |
| City | State | ZIP Code |

Country

**2.1859** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 248090-000-OS)

Orlando Utilities Commission
Name

Notice Name

**State the term remaining** 1/4/2027

100 West Anderson St.
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Orlando | FL | 32802-3193 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

| | | |
|---|---|---|
| 2.1860 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 248090-000-OS) |

Orlando Utilities Commission

Name

Notice Name

**State the term remaining** Unknown

100 West Anderson St.

Address

**List the contract number of any government contract**

| Orlando | FL | 32802-3193 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1861 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractor Agreement (RFP-00456) |

Overland Contracting Inc.

Name

Notice Name

**State the term remaining** Unknown

11401 Lamar Avenue

Address

**List the contract number of any government contract**

| Overland Park | KS | 66211 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1862 | **State what the contract or lease is for and the nature of the debtor's interest** | Parent Guaranty |

Overland Contracting Inc.

Name

Notice Name

**State the term remaining** Unknown

11401 Lamar Avenue

Address

**List the contract number of any government contract**

| Overland Park | KS | 66211 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1863 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Contractor Agreement (RFP-00456) | Overland Contracting, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11401 Lamar Avenue1 Lama |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Overland Park · KS · 66211 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1864 | **State what the contract or lease is for and the nature of the debtor's interest** | Additional Terms and Conditions | Pace |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 550 W. Algonquin Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Arlington Heights · IL · 60005 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1865 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 5 | Pace |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 550 West Algonquin Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | Arlington Heights · IL · 60005-4412 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1866 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No 6 |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Pace

Name

Notice Name

550 West Algonquin Road

Address

| | | |
|---|---|---|
| Arlington Heights | IL | 60005-4412 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1867 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 1 (Pace Contract No. 233263) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Pace

Name

Notice Name

550 W. Algonquin Road

Address

| | | |
|---|---|---|
| Arlington Heights | IL | 60005 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1868 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 2 (Pace Contract No. 233263) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Pace

Name

Notice Name

550 W. Algonquin Road

Address

| | | |
|---|---|---|
| Arlington Heights | IL | 60005 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1869 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 3 (Pace Contract No. 233263) | Pace |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 550 W. Algonquin Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Arlington Heights    IL    60005 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1870 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 4 (Pace Contract No. 233263) | Pace |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 550 W. Algonquin Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Arlington Heights    IL    60005 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1871 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Change Order No. 5 (Pace Contract No. 233263) | Pace |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 550 W. Algonquin Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Arlington Heights    IL    60005 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.1872 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Change Order No. 6 (Pace Contract No. 233263) | Pace |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 550 W. Algonquin Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Arlington Heights | IL | 60005 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1873 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order #:233263) | Pace |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 3/16/2024 | 550 West Algonquin Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Arlington Heights | IL | 60005-4412 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1874 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order #:233263) | Pace |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 3/16/2024 | 550 West Algonquin Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Arlington Heights | IL | 60005-4412 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1875** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO:.120221)

Pacific Dynasty International Group Inc

Name

Notice Name

State the term remaining — Unknown

1140 Empire Central Drive, Suite 420

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Dallas | TX | 75247 |

Country

**2.1876** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Pacific Overhead Crane Services Inc.

Name

Notice Name

State the term remaining — Unknown

92-108 Elele Place

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Kapolei | HI | 96707 |

Country

**2.1877** State what the contract or lease is for and the nature of the debtor's interest

PacWest Security Service Agreement

PACWEST Security Services

Name

Notice Name

3303 Harbor Blvd

Address

State the term remaining — Unknown

Suite A 103

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Costa Mesa | CA | 92626 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)* 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1878 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Pailton Incorporated | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 500 W Madison St | |
| | **State the term remaining** | Unknown | Address | |
| | | | Suite 3700 | |
| | **List the contract number of any government contract** | | | |
| | | | Chicago | IL | 60661 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1879 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Palantir Technologies Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1555 Blake Street | |
| | **State the term remaining** | Unknown | Address | |
| | | | Suite 250 | |
| | **List the contract number of any government contract** | | | |
| | | | Denver | CO | 80202 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1880 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Pallet Solutions, Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 2620 Fews Bridge Road | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | Greer | SC | 29651 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1881** **State what the contract or lease is for and the nature of the debtor's interest**    End User License Agreement ("EULA")

PALO ALTO NETWORKS, INC.

Name

Notice Name

4401 GREAT AMERICA PARKWAY

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| SANTA CLARA | CA | 95054 |

Country

**2.1882** **State what the contract or lease is for and the nature of the debtor's interest**    Limited Warranty and Indemnity Agreement

Panasonic Industrial Devices Sales Company of America

Name

Notice Name

Two Riverfront Plaza, 7th floor

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Newark | NJ | 07102-5490 |

Country

**2.1883** **State what the contract or lease is for and the nature of the debtor's interest**    Various Purchase Orders

Parallax

Name

Notice Name

599 Menlow Drive

Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Rocklin | CA | 95765 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1884 | **State what the contract or lease is for and the nature of the debtor's interest** | Application and Agreement for Standby Letter of Credit | Park City Municipal Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1053 Iron Horse Dr |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Park City / UT / 84060 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1885 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Lease Agreement | Park City Municipal Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 445 Marsac Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Park City / UT / 84060 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1886 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Services Agreement | Park City Municipal Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 445 Marsac Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Park City / UT / 84060 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: | 23-11121 |
|---|---|---|---|
| | Name | | |

**2.1887** **State what the contract or lease is for and the nature of the debtor's interest**

Park City Municipal Corporation Contract

Park City Municipal Corporation
Name

Notice Name

445 Marsac Ave
Address

**State the term remaining** Unknown

Post Office Box 1480

**List the contract number of any government contract**

| Park City | UT | 84060 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1888** **State what the contract or lease is for and the nature of the debtor's interest**

Park City Municipal Corporation Contract

Park City Municipal Corporation
Name

Notice Name

445 Marsac Ave
Address

**State the term remaining** 11/25/2023

Post Office Box 1480

**List the contract number of any government contract**

| Park City | UT | 84060 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1889** **State what the contract or lease is for and the nature of the debtor's interest**

Product supply Agreement

Parker Hannifin Corporation
Name

Notice Name

9225 Forsyth Park Drive
Address

**State the term remaining** 10/31/2023

**List the contract number of any government contract**

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1890 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Patrick Services Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4727 Alexander Lane |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Dallas　　TX　　75247 |
| | | | City　　State　　ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1891 | **State what the contract or lease is for and the nature of the debtor's interest** | PGB Referral ("Placement") Engagement Letter | Paul Bridges Group - Paul Bridges LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6526 Greatwood Parkway Building 6 - Unit A |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Sugar Land　　TX　　77479 |
| | | | City　　State　　ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1892 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.698119) | Paulding County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 240 Constitution Boulevard |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Dallas　　GA　　30132 |
| | | | City　　State　　ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1893 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.698119) | Paulding County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 240 Constitution Boulevard |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Dallas · GA · 30132 |
| | | | City · State · ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1894 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-002) | PC Connection Sales Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 730 Milford Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Merrimack · NH · 03054 |
| | | | City · State · ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1895 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement Schedule (No. 001-6854662-003) | PC Connection Sales Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 730 Milford Rd. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Merrimack · NH · 03054 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:   23-11121

| 2.1896 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement Schedule (No. 001-6854662-004) | PC Connection Sales Corporation |
|---|---|---|---|

Name

Notice Name

730 Milford Rd.

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of

any government contract

| Merrimack | NH | 03054 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1897 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement Schedule No. 001-6854662-001 | PC Connection Sales Corporation |
|---|---|---|---|

Name

Notice Name

730 Milford Rd.

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of

any government contract

| Merrimack | NH | 03054 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1898 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Peak Technical Services, Inc. |
|---|---|---|---|

Name

Notice Name

583 Epsilon Drive

| | State the term remaining | Unknown | Address |
|---|---|---|---|

List the contract number of

any government contract

| Pittsburgh | PA | 15238 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1899 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Peak Technologies, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 901 Elkridge Landing Rd |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 300 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Linthicum Heights    MD    21090 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.1900 | **State what the contract or lease is for and the nature of the debtor's interest** | Nationwide Services Agreement | Pearce Renewables |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1222 Vine Street, Suite 301 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Paso Robles    CA    93446 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.1901 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | PED Enterprises, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2441 Boardwalk |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Antonio    TX    78217 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1902 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Lease Agreement |

Penske Truck Leasing CO, L.P.
Name

Notice Name

PO Box 563
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Reading | PA | 19603-0563 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1903 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E35070) |

Petersburg City Public Schools
Name

Notice Name

255 South Blvd. East
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Petersburg | VA | 23805 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1904 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

PG&E
Name

Notice Name

PO Box 997300
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Sacramento | CA | 95899 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.1905 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | PI Innovo, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47023 Five Mile Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Plymouth | MI | 48170 |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.1906 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement | PIDSA Industrial Devices Sales Company of America |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PIDSA-RBBD |
| | **State the term remaining** | 3/23/2020 | Address |
| | | | 3461 Plano Parkway |
| | **List the contract number of any government contract** | | |
| | | | The Colony | TX | 75056 |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.1907 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Piedmont Natural Gas |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4720 Piedmont Row Dr |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Charlotte | NC | 28210 |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1908 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 - Forty-Foot, Low Floor, Batter Electric Buses Contract |

Pierce County Public Transportation Benefit Area Corporation
Name

Notice Name

3707 96th Street SW
Address

State the term remaining    Unknown

PO Box 99070

List the contract number of
any government contract

| Lakewood | WA | 98496-0070 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1909 | State what the contract or lease is for and the nature of the debtor's interest | Batter Electric Buses Contract No. PT-04-17 (Contract No. PT-04-17) |

Pierce County Public Transportation Benefit Area Corporation
Name

Notice Name

3707 96th Street SW
Address

State the term remaining    Unknown

PO Box 99070

List the contract number of
any government contract

| Lakewood | WA | 98496-0070 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1910 | State what the contract or lease is for and the nature of the debtor's interest | Development Agreement - Contract No. PP-2023-Pierce-01 |

Pierce Manufacturing, Inc.
Name

Notice Name

Pierce Assembly Plant
Address

State the term remaining    Unknown

2600 American Drive

List the contract number of
any government contract

PO Box 2017

| Appleton | WI | 54914-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.1911 State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement (Contract No. PP-2022-Pierce-01)

Pierce Manufacturing, Inc.

Name

Notice Name

1917 Four Wheel Drive, PO Box 2566

**State the term remaining** 8/26/2028

Address

**List the contract number of any government contract**

| Oshkosh | WI | 54903-2566 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1912 State what the contract or lease is for and the nature of the debtor's interest**

Development Agreement (Contract No. PP-2022-Pierce-01)

Pierce Manufacturing, Inc.

Name

Notice Name

2600 American Drive

**State the term remaining** 8/26/2023

Address

**List the contract number of any government contract**

| Appleton | WI | 54914 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1913 State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement

Pierce Manufacturing, Inc.

Name

Notice Name

Pierce Assembly Plant

**State the term remaining** Unknown

Address

2600 American Drive

**List the contract number of any government contract**

PO Box 2017

| Appleton | WI | 54914-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| 2.1914 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Order No. 5201742) | Pierce Manufacturing, Inc. |
|---|---|---|---|

Name

Notice Name

2600 American Drive
Address

PO Box 2017

**State the term remaining** Unknown

**List the contract number of any government contract**

| Appleton | WI | 54914 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1915 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # 5201702) | Pierce Manufacturing, Inc. |
|---|---|---|---|

Name

Notice Name

Pierce Assembly Plant
Address

2600 American Drive

**State the term remaining** Unknown

PO Box 2017

**List the contract number of any government contract**

| Appleton | WI | 54914-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1916 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # 5469204) | Pierce Manufacturing, Inc. |
|---|---|---|---|

Name

Notice Name

Pierce Assembly Plant
Address

2600 American Drive

**State the term remaining** Unknown

PO Box 2017

**List the contract number of any government contract**

| Appleton | WI | 54914-9010 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | |
|---|---|---|---|---|
| 2.1917 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # 6017765) | Pierce Manufacturing, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | Pierce Assembly Plant | |
| | State the term remaining | Unknown | Address | |
| | | | 2600 American Drive | |
| | List the contract number of any government contract | | PO Box 2017 | |
| | | | Appleton | WI | 54914-9010 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1918 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # 6128963) | Pierce Manufacturing, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | Pierce Assembly Plant | |
| | State the term remaining | Unknown | Address | |
| | | | 2600 American Drive | |
| | List the contract number of any government contract | | PO Box 2017 | |
| | | | Appleton | WI | 54914-9010 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.1919 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P120408) | Pierce Transit | |
| | | | Name | |
| | | | Notice Name | |
| | | | 3710 96th Street | |
| | State the term remaining | Unknown | Address | |
| | List the contract number of any government contract | | | |
| | | | SW Lakewood | WA | 98499 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

| 2.1920 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P121003) | Pierce Transit |
|---|---|---|---|
| | | | Name |

Notice Name

3710 96th Street

Address

State the term remaining    Unknown

List the contract number of any government contract

| SW Lakewood | WA | 98499 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1921 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Pine Estates Enterprises Inc |
|---|---|---|---|
| | | | Name |

Notice Name

201B West Butler Road

Address

State the term remaining    Unknown

List the contract number of any government contract

Suite 160

| Mauldin | SC | 29662 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1922 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Electric Transit Buses (RFP:21-980369) | Pinellas Suncoast Transit Authority |
|---|---|---|---|
| | | | Name |

Notice Name

3201 Scherer Drive

Address

State the term remaining    Unknown

List the contract number of any government contract

| St. Petersburg | FL | 33716 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.1923 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Modification (Contract NO:. C-22-MT-004) | Pinellas Suncoast Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3201 Scherer Drive |
| | **State the term remaining** | 11/22/2023 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | St. Petersburg    FL    33716 |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.1924 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three 40FT BEBs and Two Charging Stations (Contract No. p16-2201) | Pioneer Valley Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2808 Main St |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Springfield    MA    01107 |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.1925 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P20-4091) | Pioneer Valley Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2808 Main Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Springfield    MA    01107 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

| | | |
|---|---|---|
| **2.1926** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |

PIP Printing

Name

Notice Name

1143H Woodruff Rd

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29607 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1927** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E24974) |

Pittsylvania County Schools

Name

Notice Name

39 Bank St SE

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Chatham | VA | 24531 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1928** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32902) |

Pittsylvania County Schools

Name

Notice Name

39 Bank St SE

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Chatham | VA | 24531 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| **2.1929** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Pivotal Media
Name

Notice Name

666 Burrard Street
Address

**State the term remaining**   Unknown

Suite 2800

**List the contract number of any government contract**

| Vancouver | BC | V6C 2Z7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

| | | |
|---|---|---|
| **2.1930** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Plastic Creations Ltd.
Name

Notice Name

1360 South Lipan Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Denver | CO | 80223 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.1931** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 768278) |

Plaxton Ltd
Name

Notice Name

Plaxton Park
Address

**State the term remaining**   Unknown

Scarborough

**List the contract number of any government contract**

| Eastfield | | YO11 3BY |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1932 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E35070) | Pole Green Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 70303 Pole Green Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Mechanicsville    VA    23113 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1933 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E37657) | Pole Green Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7030 Pole Green Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Mechanicsville    VA    23113 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1934 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.E37655) | Pole Green Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7030 Pole Green Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Mechanicsville    VA    23113 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

**2.1935**

| **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E37655) | Pole Green Services Inc. |
|---|---|---|
| | | Name |
| | | Notice Name |
| | | 10988 Richardson Rd |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Ashland | VA | 23005 |
| | City | State | ZIP Code |
| | Country | | |

**2.1936**

| **State what the contract or lease is for and the nature of the debtor's interest** | Contract Provisions (Contract No. P2018-07-Port Arthur) | Port Arthur Transit(PAT) |
|---|---|---|
| | | Name |
| | | Notice Name |
| | | 344 Procter Street |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Port Arthur | TX | 77640 |
| | City | State | ZIP Code |
| | Country | | |

**2.1937**

| **State what the contract or lease is for and the nature of the debtor's interest** | Change to Purchase Order (4500068446) | Port Authority of NY & NJ |
|---|---|---|
| | | Name |
| | | Notice Name |
| | | 4 World Trade Center |
| **State the term remaining** | Unknown | Address |
| | | 150 Greenwich Street |
| **List the contract number of any government contract** | | 21st Floor |

| | | | |
|---|---|---|---|
| | New York | NY | 10007 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1938 | **State what the contract or lease is for and the nature of the debtor's interest** | Change to Purchase Order (Purchase Order No. 4500068446) | Port Authority of NY & NJ |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4 World Trade Center |
| | **State the term remaining** | Unknown | Address |
| | | | 150 Greenwich Street, 21st Floor |
| | **List the contract number of any government contract** | | |
| | | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10007 |

Country

| | | | |
|---|---|---|---|
| 2.1939 | **State what the contract or lease is for and the nature of the debtor's interest** | Change to Purchase Order (Purchase Order No. 4500068446) | Port Authority of NY & NJ |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4 World Trade Center |
| | **State the term remaining** | Unknown | Address |
| | | | 150 Greenwich Street, 21st Floor |
| | **List the contract number of any government contract** | | |
| | | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10007 |

Country

| | | | |
|---|---|---|---|
| 2.1940 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order #45000068446 | Port Authority of NY & NJ |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 150 Greenwich Street, 21st Floor |
| | **State the term remaining** | Unknown | Address |
| | | | 4 World Trade Center |
| | **List the contract number of any government contract** | | |
| | | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10007 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1941** State what the contract or lease is for and the nature of the debtor's interest

Standard Warehousing Agreement Terms and Conditions

Port City Logistics Inc.
Name

Notice Name

5816 Highway 21
Address

State the term remaining    Unknown

List the contract number of any government contract

| Port Wentworth | GA | 31407 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1942** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (PO # E32914)

Portsmouth City Schools
Name

Notice Name

801 Crawford Street
Address

State the term remaining    Unknown

List the contract number of any government contract

| Portsmouth | VA | 23704 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.1943** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement

Power Electronics USA
Name

Notice Name

1510 N Hobson St
Address

State the term remaining    Unknown

List the contract number of any government contract

| Gilbert | AZ | 85233 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1944 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement |

Power Electronics USA

Name

Notice Name

1510 N Hobson St

**State the term remaining** 10/15/2023

Address

**List the contract number of any government contract**

| Gilbert | AZ | 85233 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1945 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000000519) |

Power Electronics USA

Name

Notice Name

1510 N Hobson St

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Gilbert | AZ | 85233 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1946 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Terms and Conditions for Engineered Equipment |

PowerOn Energy Solutions L.P.

Name

Notice Name

400 Danforth Rd.

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Scarborough | ON | M1L 3X6 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121
_____

| 2.1947 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order Number: 1003) | PowerOn Energy Solutions LP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 700 University Avenue, 19th Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Toronto | ON | M5G 1X6 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.1948 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number: E37655) | Powhatan County Public Schools |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4290 Anderson Highway |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Powhatan | VA | 23139 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1949 | State what the contract or lease is for and the nature of the debtor's interest | Beneficiary Master Escrow Agreement | PRAXIS Technology Escrow, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12540 Broadwell Road, Suite 2201 |
| | State the term remaining | 7/4/2033 | Address |
| | List the contract number of any government contract | | |

| | | | Milton | GA | 30004 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.1950 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #3 to Proterra Purchase Order | Precisionworks MFG LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 463 N Denver Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Loveland | CO | 80537 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1951 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | PrecisionWorks MFG LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 463 N Denver Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Loveland | CO | 80537 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.1952 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 To Contract Agreement b/w PTRA and Harvard College | President and Fellows of Harvard College |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Harvard University |
| | State the term remaining | Unknown | Address |
| | | | Massachusetts Hall |
| | List the contract number of any government contract | | |

| | | Cambridge | MA | 02138 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1953 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed - Contract of Purchase | President and Fellows of Harvard College |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Harvard University |
| | **State the term remaining** | Unknown | Address |
| | | | Massachusetts Hall |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Cambridge    MA    02138 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.1954 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# 750772-2000545) | Prime Electric, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2023 OToole Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Jose    CA    95131 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.1955 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Terms and Conditions for Contract Services | Prime Electric, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 13301 SE 26th Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Bellevue    WA    98005 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1956 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Four Buses and Charging Stations (Contract No. PA-2021-001-PGC) |

Prince Georges County

Name

Notice Name

9400 Peppercorn Place, Suite 320

Address

| | **State the term remaining** | Unknown |
|---|---|---|
| | **List the contract number of any government contract** | |

| Largo | MD | 20774 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1957 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Battery Lease Agreement |

Prince Georges County Maryland

Name

Notice Name

9400 Peppercorn Place

Address

| | **State the term remaining** | Unknown |
|---|---|---|
| | **List the contract number of any government contract** | |

| Largo | MD | 20774 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1958 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Battery Lease Agreement |

Prince Georges County Maryland

Name

Notice Name

9400 Peppercorn Place

Address

| | **State the term remaining** | Unknown |
|---|---|---|
| | **List the contract number of any government contract** | |

| Largo | MD | 20774 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.1959 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:. 4100007098) | Prince Georges County Maryland |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9400 Peppercorn Place |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Largo    MD    20774 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.1960 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:. 4100009149) | Prince Georges County MD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9400 Peppercorn Place |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Largo    MD    20774 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.1961 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:. 4100013018) | Prince Georges County MD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9400 Peppercorn Place |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Largo    MD    20774 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1962 | State what the contract or lease is for and the nature of the debtor's interest | Order Form - Valence Platform | Prince Georges County Transit |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9400 Peppercorn Place, Suite 320 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Largo | MD | 20774 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1963 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E24976) | Prince William County Schools |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12153 Hooe Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Bristow | VA | 20136 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1964 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Procurement Equipment LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 701522 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Houston | TX | 77270 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| 2.1965 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | PRO-DEC.com |
| | | Name |
| | | Notice Name |
| | | PO Box 542035 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Houston | TX | 77023 |

Country

| | | |
|---|---|---|
| 2.1966 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | Productive Design Services Corp |
| | | Name |
| | | Notice Name |
| | | 6 Parklane Blvd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Dearborn | MI | 48126 |

Country

| | | |
|---|---|---|
| 2.1967 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT GENETICS LLC MASTER SERVICES AGREEMENT |
| | | Project Genetics LLC |
| | | Name |
| | | Notice Name |
| | | 4950 S. Yosemite Street, F2-102 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Greenwood Village | CO | 80111 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1968 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | Project Genetics LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 4950 S. Yosemite Street, F2-102 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greenwood Village    CO    80111 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |
| 2.1969 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | PROMWAD GmbH |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | Meisenburgstr. 39 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Essen    45133 |
| | | | City    State    ZIP Code |
| | | | Germany |
| | | | Country |
| 2.1970 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work No. 2 | PROMWAD GmbH |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | Meisenburgstr. 39 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Essen    45133 |
| | | | City    State    ZIP Code |
| | | | Germany |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1971 | **State what the contract or lease is for and the nature of the debtor's interest** | Grayson Thermal Systems Purchase Order (234435) |

Proterra GVL/ Van Hool
_____
Name

_____
Notice Name

Bernard Van Hoolstraat 58
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Koningshooikt-Lier | | 2500 |
|---|---|---|
| City | State | ZIP Code |
| Belgium | | |
| Country | | |

| | | |
|---|---|---|
| 2.1972 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Protiviti Inc.
_____
Name

_____
Notice Name

2613 Camino Ramon
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| San Ramon | CA | 94583 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.1973 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Public Transportation Safety International Corp
_____
Name

_____
Notice Name

523 W Sixth Street
_____
Address

Suite 1101

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Los Angeles | CA | 90014 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.1974 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |

Pure Water Partners LLC
Name

Notice Name

1600 District Ave
Address

**State the term remaining** — Unknown

Suite #200

**List the contract number of any government contract**

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1975 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |

Quad City Garage Policy Group
Name

Notice Name

1515 River Drive
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1976 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011501) |

Quail Road, LLC
Name

Notice Name

315 Woodfield Dr
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Easley | SC | 29642 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1977 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Quanta Laboratories
Name

Notice Name

3199 DeLaCruz Blvd
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1978 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Quench USA, Inc.
Name

Notice Name

630 Allendale Road
Address

**State the term remaining** Unknown

Suite 200

**List the contract number of any government contract**

| King of Prussia | PA | 19406 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1979 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

R&S Erection North Peninsula Inc.
Name

Notice Name

133 S. Linden Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| South San Francisco | CA | 94080 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.1980 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | R.S. Hughes Co., Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10639 Glenoaks Blvd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Pacoima | CA | 91331 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1981 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Radio Engineering Industries, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6534 L Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Omaha | NE | 68117 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.1982 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Radwell International Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Millennium Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Willingboro | NJ | 08046 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.1983** State what the contract or lease is for and the nature of the debtor's interest

Change No. CO-01 - One time PPI Adjustmenet

Raleigh-Durham Airport Authority
Name

Notice Name

1000 Trade Drive

State the term remaining    Unknown
Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| RDU Airport | NC | 27623 |

Country

**2.1984** State what the contract or lease is for and the nature of the debtor's interest

Purchase Agreement

Raleigh-Durham Airport Authority
Name

Notice Name

1000 Trade Drive

State the term remaining    Unknown
Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| RDU Airport | NC | 27623 |

Country

**2.1985** State what the contract or lease is for and the nature of the debtor's interest

Agreement to Purchase Chargers for Electric Vehicles

Ramco Electric Ltd
Name

Notice Name

5-33 Casebridge Court
Address

Unit 5

State the term remaining    Unknown

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Toronto | ON | M1B 3J5 |

Canada
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.1986 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (78709) | RAMCO ELECTRIC LTD. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5-33 Casebridge Court |
| | **State the term remaining** | Unknown | Address |
| | | | Unit 5 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Toronto | ON | M1B 3J5 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1987 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number 00007-0000019248) | RATP DEV DC Circulator |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1710 17th street ne |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Washington | DC | 20002 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.1988 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Lease Agreement | RATP Dev USA, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 300 Throckmorton Street, Suite 670 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Fort Worth | TX | 76102 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.1989** | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement | RATP Dev USA, Inc.
| | | Name
| | |
| | | Notice Name
| | | 300 Throckmorton Street, Suite 670
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Fort Worth | TX | 76102
| | | City | State | ZIP Code
| | | Country

---

**2.1990** | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT DATED APRIL 1, 2023 | RATP Dev USA, Inc.
| | | Name
| | |
| | | Notice Name
| | | 300 Throckmorton Street, Suite 670
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Fort Worth | TX | 76102
| | | City | State | ZIP Code
| | | Country

---

**2.1991** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Ray Products Company, Inc.
| | | Name
| | |
| | | Notice Name
| | | 1700 Chablis Avenue
| **State the term remaining** | Unknown | Address
| **List the contract number of any government contract** | |
| | | Ontario | CA | 91761
| | | City | State | ZIP Code
| | | Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.1992 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Razorfrog Web Design LLC |
|---|---|---|---|

Name

Notice Name

153 Wool Street

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| San Francisco | CA | 94110 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1993 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 70642) | RDU Accounts Payable |
|---|---|---|---|

Name

Notice Name

PO Box 80001

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Raleigh | NC | 27623 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.1994 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 89787) | RDU Accounts Payable |
|---|---|---|---|

Name

Notice Name

PO Box 80001

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Raleigh | NC | 27623 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.1995 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 89788) | RDU Accounts Payable |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 80001 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Raleigh NC 27623 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |
| 2.1996 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement b/w Raleigh-Durham Airport Authority & PTRA | RDU Legal |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Trade Drive |
| | **State the term remaining** | 7/12/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Morrisville NC 27560 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |
| 2.1997 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Recaro North America, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Lockbox # 778706 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago IL 60677 |
| | | | City State ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.1998 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Recology San Mateo County
Name

Notice Name

225 Shoreway Road
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Carlos | CA | 94070 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.1999 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Red Points Enterprises, LLC
Name

Notice Name

334 Cornelia St.
Address

Suite 350

**State the term remaining** Unknown

**List the contract number of any government contract**

| Plattsburgh | NY | 12901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2000 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Red Wing Brands of America, Inc.
Name

Notice Name

1135 El Camino Real
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Millbrae | CA | 94030 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2001 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Redline Detection, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 828 W Taft Ave |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Orange          CA          92865 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2002 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1284) | Regional Air Quality Council |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1445 Market Street, Suite 260 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Denver          CO          80202 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2003 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1285) | Regional Air Quality Council |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1445 Market Street, Suite 260 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Denver          CO          80202 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2004 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase and Install Chargers for Electric Vehicles | Regional Transportation Commission of Washoe County |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1105 Terminal Way |
| | | | Address |
| | **List the contract number of any government contract** | | PO Box 30002 |

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2005 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to EV Purchase Agreement | Regional Transportation Commission of Washoe County |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1105 Terminal Way |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2006 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 to EV Purchase Agreement | Regional Transportation Commission of Washoe County |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1105 Terminal Way |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2007 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 To Transit vehicle Purchase Agreement |
| | | Regional Transportation Commission of Washoe County |
| | | Name |
| | | |
| | | Notice Name |
| | | 1105 Terminal Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Reno    NV    89502 |
| | | City    State    ZIP Code |
| | | |
| | | Country |
| 2.2008 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.4 to Transit Vehicle Purchase Agreement; |
| | | Regional Transportation Commission of Washoe County |
| | | Name |
| | | |
| | | Notice Name |
| | | 1105 Terminal Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Reno    NV    89502 |
| | | City    State    ZIP Code |
| | | |
| | | Country |
| 2.2009 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment |
| | | Regional Transportation Commission of Washoe County |
| | | Name |
| | | |
| | | Notice Name |
| | | 1105 Terminal Way |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Reno    NV    89502 |
| | | City    State    ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2010 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment #3 |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

Regional Transportation Commission of Washoe County
Name

Notice Name

1105 Terminal Way
Address

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.2011 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment to Agreement dated August 24, 2012 |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Regional Transportation Commission of Washoe County
Name

Notice Name

1105 Terminal Way
Address

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.2012 | **State what the contract or lease is for and the nature of the debtor's interest** | Electric Vehicle Purchase Agreement |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Regional Transportation Commission of Washoe County
Name

Notice Name

1105 Terminal Way, Suite 300
Address

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

---

*Note: "State the term remaining" for 2.2010 is: Unknown*

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.2013** | **State what the contract or lease is for and the nature of the debtor's interest** | Electric Vehicle Purchase Agreement |

Regional Transportation Commission of Washoe County

Name

Notice Name

1105 Terminal Way

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2014** | **State what the contract or lease is for and the nature of the debtor's interest** | Electric Vehicle Purchase Agreement |

Regional Transportation Commission of Washoe County

Name

Notice Name

1105 Terminal Way

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2015** | **State what the contract or lease is for and the nature of the debtor's interest** | Electric Vehicle Purchase Agreement |

Regional Transportation Commission of Washoe County

Name

Notice Name

1105 Terminal Way

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| | Name | |

**2.2016** **State what the contract or lease is for and the nature of the debtor's interest**

Electric Vehicle Purchase Agreement

Regional Transportation Commission of Washoe County
Name

Notice Name

1105 Terminal Way
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Reno | NV | 89502 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2017** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO-0032655)

Regional Transportation Commission of Washoe County
Name

Notice Name

PO Box 30002
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Reno | NV | 89520 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2018** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO-0033794)

Regional Transportation Commission of Washoe County
Name

Notice Name

PO Box 30002
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Reno | NV | 89520 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2019**

**State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (PO-0033794)

**State the term remaining**
Unknown

**List the contract number of any government contract**

Regional Transportation Commission of Washoe County
Name

Notice Name

PO Box 30002
Address

| Reno | NV | 89520 |
|------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.2020**

**State what the contract or lease is for and the nature of the debtor's interest**
Purchase Order (Purchase Order No. PO-0034390)

**State the term remaining**
Unknown

**List the contract number of any government contract**

Regional Transportation Commission of Washoe County
Name

Notice Name

P.O. Box 30002
Address

| Reno | NV | 89520 |
|------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.2021**

**State what the contract or lease is for and the nature of the debtor's interest**
Terms and Conditions - Applying to Subcontractors

**State the term remaining**
Unknown

**List the contract number of any government contract**

Regional Transportation Commission of Washoe County
Name

Notice Name

1105 Terminal Way
Address

| Reno | NV | 89502 |
|------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2022 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

RELX Inc. DBA LexisNexis
Name

Notice Name

313 Washington St
Address

**State the term remaining**    Unknown

Suite 400

**List the contract number of any government contract**

| Newton | MA | 02458 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2023 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

REMA USA LLC
Name

Notice Name

385 South Woods Drive
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Fountain Inn | SC | 29644 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2024 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Republic Services #744
Name

Notice Name

18500 North Allied Way
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Phoenix | AZ | 85054 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2025 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. #19-017 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Research Triangle Regional Public Transportation Authority
Name

Notice Name

4600 Emperor Boulevard, Suite 101
Address

| Durham | NC | 27703 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2026 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Research Triangle Regional Public Transportation Authority
Name

Notice Name

4600 Emperor Boulevard, Suite 101
Address

| Durham | NC | 27703 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2027 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two 40FT BEBs and Two Charging Stations (Contract No. 19-017) |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Research Triangle Regional Public Transportation Authority
Name

Notice Name

4600 Emperor Boulevard, Suite 101
Address

| Durham | NC | 27703 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2028 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Resource Intl. Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6350 Presidential Gateway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Columbus    OH    43231 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2029 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Resources Connection, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11999 San Vicente Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | Penthouse |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles    CA    90049 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2030 | **State what the contract or lease is for and the nature of the debtor's interest** | Development and Supply Agreement | Rhombus Energy Solutions |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12245 World Trade Drive, Suite G |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Diego    CA    92128 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2031 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Development and Supply Agreement | Rhombus Energy Solutions |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 12245 World Trade Drive, Suite G |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | San Diego | CA | 92128 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.2032 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Development and Supply Agreement | Rhombus Energy Solutions |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 12245 World Trade Drive, Suite G |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | San Diego | CA | 92128 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.2033 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | RICON CORPORATION |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | PO Box 100936 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | Pasadena | CA | 91189-0936 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2034 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Rincon Power, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 6381 Rose Lane, STE A |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Carpinteria            CA            93013 |
| | | | City            State            ZIP Code |
| | | | Country |

| 2.2035 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (156155) | Rivian Automotive, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 100 N. Rivian Motorway |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Normal            IL            61761 |
| | | | City            State            ZIP Code |
| | | | Country |

| 2.2036 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (156155-3) | Rivian Automotive, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 100 N. Rivian Motorway |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Normal            IL            61761 |
| | | | City            State            ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2037 | **State what the contract or lease is for and the nature of the debtor's interest** | Pricing Agreement | RLJ SERVICE LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 128 Milestone Way |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greenville / SC / 29615 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2038 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Chief Accounting Officer Position | Robert Half International Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1850 Gateway Dr STE 200 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Mateo / CA / 94404 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2039 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #DP 22839) | Rock Hill South Carolina |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 757 S. Anderson Rd. |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Rock Hill / SC / 29730 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2040 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #DP 25518) | Rock Hill South Carolina |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 757 S. Anderson Rd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Rock Hill SC 29730 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2041 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #DP 26644) | Rock Hill South Carolina |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 757 S. Anderson Rd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Rock Hill SC 29730 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2042 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Purchase | Rock Island County Metropolitan Mass Transit District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1515 River Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Moline IL 61265 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| | Name | | |

**2.2043** | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 3 Contract for RFP 2016 EBUS-02 (Amendment No. 03) | Rock Island County Metropolitan Mass Transit District

Name

Notice Name

1515 River Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Moline | IL | 61265 |
| City | State | ZIP Code |

Country

**2.2044** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 Contract for RFP 2019 EBUS-02 | Rock Island County Metropolitan Mass Transit District

Name

Notice Name

1515 River Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Moline | IL | 61265 |
| City | State | ZIP Code |

Country

**2.2045** | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Lease Agreement | Rock Island County Metropolitan Mass Transit District

Name

Notice Name

1515 River Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| Moline | IL | 61265 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2046 | **State what the contract or lease is for and the nature of the debtor's interest** | Capital Lease Agreement | Rock Island County Metropolitan Mass Transit District | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Unknown | 1515 River Drive | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Moline | IL | 61265 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2047 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement (Agreement No. PA-2022-001-RRM) | Rock Region Metro | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Unknown | 901 Maple Street | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | North Little Rock | AR | 72114 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2048 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000002353) | Rock Region Metro | |
| | | | Name | |
| | | | Notice Name | |
| | | | 901 MAPLE ST | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | NORTH LITTLE ROCK | AR | 72114-4647 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

| 2.2049 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (2000002353) | Rock Region Metro |
|---|---|---|---|

State the term remaining    Unknown

List the contract number of any government contract

Name

Notice Name

901 MAPLE ST
Address

| NORTH LITTLE ROCK | AR | 72114-4647 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2050 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (2000002357) | Rock Region Metro |
|---|---|---|---|

State the term remaining    Unknown

List the contract number of any government contract

Name

Notice Name

901 MAPLE ST
Address

| NORTH LITTLE ROCK | AR | 72114-4647 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2051 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (2000002357) | Rock Region Metro |
|---|---|---|---|

State the term remaining    Unknown

List the contract number of any government contract

Name

Notice Name

901 MAPLE ST
Address

| NORTH LITTLE ROCK | AR | 72114-4647 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2052 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000002357) | Rock Region Metro |

Name

Notice Name

901 MAPLE ST

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| NORTH LITTLE ROCK | AR | 72114-4647 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2053 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (2000002619) | Rock Region Metro |

Name

Notice Name

901 MAPLE ST

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| NORTH LITTLE ROCK | AR | 72114-4647 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2054 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Romeo Rim, Inc. |

Name

Notice Name

74000 Van Dyke Rd.

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Romeo | MI | 48065 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2055 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Ron Whites Air Compressor Sales |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4019 S. Murray Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Anderson |  SC | 29624 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2056 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Rosco Collision Avoidance, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 90-21 144th Pl. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Jamaica | NY | 11435 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2057 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Rotaloc Intl, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9903 Titan Ct. |
| | State the term remaining | Unknown | Address |
| | | | Suite 15 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Littleton | CO | 80125 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| 2.2058 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.1 To Development Agreement | Roush CleanTech, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12170 Globe Street |
| | State the term remaining | 9/29/2024 | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Livonia | MI | 48150 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2059 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Development Agreement Extension | Roush CleanTech, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12170 Globe Street |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Livonia | MI | 48150 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2060 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000417075) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | B502-S&R |
| | State the term remaining | Unknown | Address |
| | | | 28330 Plymouth Rd. |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Livonia | MI | 48150 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| 2.2061 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000417075) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 333 Republic Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Allen Park | MI | 48101 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2062 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000417075) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 333 Republic Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Allen Park | MI | 48101 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2063 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000423912) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 28330 Plymouth Rd. |
| | State the term remaining | Unknown | Address |
| | | | Roush Docket No. 81 |
| | List the contract number of any government contract | | |
| | | | Livonia | MI | 48150 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2064 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000423912) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 333 Republic Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Allen Park | MI | 48101 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2065 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - Change Order (PO No. R03-0000440739) | ROUSH INDUSTRIES, INC. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 333 Republic Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Allen Park | MI | 48101 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2066 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A | Roy, Meredith |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 120 Puckett Mill Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Central | SC | 29630 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.2067** State what the contract or lease is for and the nature of the debtor's interest: Various Purchase Orders

RS Americas, Inc.
Name

Notice Name

7151 Jack Newell Blvd., South
Address

State the term remaining: Unknown

List the contract number of any government contract

| Fort Worth | TX | 76118 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2068** State what the contract or lease is for and the nature of the debtor's interest: Purchase Order (PO:. 4100007098)

RST Electrical & Mechanical Contractors, Inc.
Name

Notice Name

6035 Dix Street NE
Address

State the term remaining: Unknown

List the contract number of any government contract

| Washington | DC | 20019 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2069** State what the contract or lease is for and the nature of the debtor's interest: Master Service Agreement

Rutan & Tucker, LLP
Name

Notice Name

18575 Jamboree Road 9th Floor
Address

State the term remaining: Unknown

List the contract number of any government contract

| Irvine | CA | 92612 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2070 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Rutlen Associates |
| | | | Name |
| | | | Notice Name |
| | | | 1100 Broadway # 7216 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Redwood City |  CA |  94063 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2071 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Ryerson, Inc. - Greenville |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 905716 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Charlotte |  NC |  28290 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2072 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | S & A Systems, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 992 Sids Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Rockwall |  TX |  75032-6512 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2073 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:. 8209-EWR-154-399-WO#14) |

S&J Electrical Contractors
Name

Notice Name

34 Ravenswood Lane, Scotch Plains
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Scotch Plains | NJ | 07076 |

Country

| | | |
|---|---|---|
| 2.2074 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

S. Sterling Company
Name

Notice Name

102 International Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Peachtree City | GA | 30269 |

Country

| | | |
|---|---|---|
| 2.2075 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Valence Platform |

Sacramento County Airport System
Name

Notice Name

Central Warehouse
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sacramento | CA | 95837 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2076 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PA81245143) | Sacramento County Airport System Central Warehouse |
|---|---|---|---|
| | | | Name |

Notice Name

6741 Lindbergh Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| Sacramento | CA | 95837 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2077 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PA81245143) | Sacramento County Airport System Central Warehouse |
|---|---|---|---|
| | | | Name |

Notice Name

6741 Lindbergh Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| Sacramento | CA | 95837 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2078 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PA81335877) | Sacramento International Airport |
|---|---|---|---|
| | | | Name |

Notice Name

7207 Earhart Drive
Address

State the term remaining — Unknown

List the contract number of any government contract

| Sacramento | CA | 95837 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2079 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PA81337724) | Sacramento International Airport |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7207 Earhart Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sacramento / CA / 95837 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2080 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PA81337724) | Sacramento International Airport |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7207 Earhart Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sacramento / CA / 95837 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2081 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PA81379612) | Sacramento International Airport |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7207 Earhart Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Sacramento / CA / 95837 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2082** State what the contract or lease is for and the nature of the debtor's interest

Contract for Purchase of Catalyst E2 Buses

Sacramento Regional Transit District
Name

Notice Name

State the term remaining          Unknown

PO Box 2110
Address

List the contract number of any government contract

Sacramento                CA                95812-2110
City                           State          ZIP Code

Country

**2.2083** State what the contract or lease is for and the nature of the debtor's interest

First Amendment to Contract for Purchase of Catalyst E2 Buses

Sacramento Regional Transit District
Name

Notice Name

State the term remaining          Unknown

1323 28th Street
Address

List the contract number of any government contract

Sacramento                CA                95816
City                           State          ZIP Code

Country

**2.2084** State what the contract or lease is for and the nature of the debtor's interest

Second Amendment to Contract for Purchase of Catalyst E2 Buses

Sacramento Regional Transit District
Name

Notice Name

State the term remaining          Unknown

PO Box 2110
Address

List the contract number of any government contract

Sacramento                CA                95812-2110
City                           State          ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2085 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Contract for Purchase of Catalyst E2 Buses |
| | | Sacramento Regional Transit District |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | PO Box 2110 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Sacramento | CA | 95812-2110 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2086 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Safe Fleet Bus & Rail |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 319 Roske Drive |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Elkhart | IN | 46516 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2087 | **State what the contract or lease is for and the nature of the debtor's interest** | Software as a Service Agreement (V.20211101) |
| | | SailPoint Technologies Inc |
| | | Name |
| | | Notice Name |
| | | 11120 Four Points Dr Ste 100 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Austin | TX | 78726 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| Debtor: | Proterra Operating Company, Inc. | Case number *(if known)*: 23-11121 |
| | Name | |

| 2.2088 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Salem Tools, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1602 Midland Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Salem / VA / 24153 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2089 | **State what the contract or lease is for and the nature of the debtor's interest** | Salesforce Order Form | Sales Force |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 415 Mission Street, 3rd Floor |
| | **State the term remaining** | 5/14/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | San Francisco / CA / 94105 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.2090 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Tableau - Viewer (Server) | Salesforce, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 415 Mission Street, 3rd Floor |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | San Francisco / CA / 94105 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2091 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Quote Number Q-07220677 | Salesforce, Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 415 Mission Street, 3rd Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94105 |

Country

| 2.2092 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO 211137) | San Diego County Regional Airport Authority |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 82776 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| San Diego | CA | 92138 |

Country

| 2.2093 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form (PO#211137 O2) | San Diego International Airport |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | P.O. Box 82776 |
| | State the term remaining | Unknown | Address |
| | | | Marc Nichols |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| San Diego | CA | 92138 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

| | | | |
|---|---|---|---|
| 2.2094 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | San Francisco Airport (SFO) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 790 N McDonnell Road |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Francisco |
| | | | City |
| | | | Country |

| | | |
|---|---|---|
| City | State | ZIP Code |
| San Francisco | CA | 94128 |

| | | | |
|---|---|---|---|
| 2.2095 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form: Valence Platform | San Francisco Airport (SFO) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 14325 W 95th Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| City | State | ZIP Code |
| Lenexa | KS | 66215 |

Country

| | | | |
|---|---|---|---|
| 2.2096 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (381716) | San Francisco City County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | One South Van Ness Ave 8th FL |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| City | State | ZIP Code |
| San Francisco | CA | 94103 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2097 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 0000238474) |

San Francisco City County
Name

Notice Name

1 Dr. Carlton B. Goodlett Place
Address

**State the term remaining** — Unknown

City Hall, Room 430

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94102 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2098 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 0000238474) |

San Francisco City County
Name

Notice Name

1 Dr. Carlton B. Goodlett Place
Address

**State the term remaining** — Unknown

City Hall, Room 430

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94102 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2099 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 Contract No. 2016-022-MSE (2016-022-MSE) |

San Joaquin Regional Transit District
Name

Notice Name

421 East Weber Avenue
Address

**State the term remaining** — Unknown

PO Box 201010

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Stockton | CA | 95202 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2100 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment No.1 to Contract No.2016-022-MSE (2016-022-MSE) | San Joaquin Regional Transit District | |
| | | | Name | |
| | | | Notice Name | |
| | | | 221 East North First Street | |
| | **State the term remaining** | Unknown | Address | |
| | | | PO Box 201010 | |
| | **List the contract number of any government contract** | | | |
| | | | Stockton | CA | 95201 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2101 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 001 SJRTD and PTRA Purchase and Sale (Contract No. 001) | San Joaquin Regional Transit District | |
| | | | Name | |
| | | | Notice Name | |
| | | | PO Box 201010 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Stockton | CA | 95201 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2102 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Contract Agreement Dated November 19, 2012 | San Joaquin Regional Transit District | |
| | | | Name | |
| | | | Notice Name | |
| | | | 421 E Weber Ave | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Stockton | CA | 95202 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121
_____

| 2.2103 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | San Joaquin Regional Transit District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 421 East Weber Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Stockton    CA    95202 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.2104 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form: Valence Platform | San Joaquin Regional Transit District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 421 East Weber Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Stockton    CA    95202 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.2105 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P122487) | San Joaquin Regional Transit District |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 201010 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Stockton    CA    95201 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| 2.2106 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P122555) | San Joaquin Regional Transit District |
|---|---|---|---|

Name

Notice Name

PO Box 201010

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| Stockton | CA | 95201 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2107 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO #P128145) | San Joaquin Regional Transit District |
|---|---|---|---|

Name

Notice Name

421 East Weber Ave

**State the term remaining** — Unknown

Address

PO Box 201010

**List the contract number of any government contract**

| Stockton | CA | 95201 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2108 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order #: 232107) | San Luis Coastal Unified |
|---|---|---|---|

Name

Notice Name

1500 Lizzie Street

**State the term remaining** — Unknown

Address

**List the contract number of any government contract**

| San Luis Obispo | CA | 93401-3062 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2109** **State what the contract or lease is for and the nature of the debtor's interest**

Valence Platform Agreement

San Luis Coastal USD

Name

Notice Name

1500 Lizzie St

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| San Luis Obispo | CA | 93401 |

Country

---

**2.2110** **State what the contract or lease is for and the nature of the debtor's interest**

AMD 2 To Contract No. 18 Purchase and Delivery (Amendment No. 3 to Contract No. 18-S-M-002)

San Mateo County Tax Collector

Name

Notice Name

1250 San Carlos Avenue

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| San Carlos | CA | 94070 |

Country

---

**2.2111** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 2 To Contract No. 18-S-M-002 (18-S-M-002)

San Mateo County Tax Collector

Name

Notice Name

1250 San Carlos Avenue

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| San Carlos | CA | 94070 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2112 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. SAMTR-000017647A) |
| | | San Mateo County Tax Collector |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 1250 San Carlos Ave. |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | |
|---|---|---|
| San Carlos | CA | 94070-2468 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2113 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. P16130 (Contract NO:.P16130) |
| | | Santa Clara Valley Transportation Authority |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 3331 N. First Street, Building A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | |
|---|---|---|
| San Jose | CA | 95134-1906 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2114 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract No. P16265 (Contract NO:.P16265) |
| | | Santa Clara Valley Transportation Authority |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Unknown |
| | | 3331 N. First Street, Building A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | | |
|---|---|---|
| San Jose | CA | 95134-1906 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| **2.2115** | **State what the contract or lease is for and the nature of the debtor's interest** | Beneficiary Master Escrow Agreement | Santa Clara Valley Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | 7/4/2033 | 3331 North First Street, Building A |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Jose / CA / 95134 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| **2.2116** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract (P16130) | Santa Clara Valley Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 3331 N. First Street, Building A |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Jose / CA / 95134-1906 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| **2.2117** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. P16130 (Contract NO:.P16130) | Santa Clara Valley Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 3331 N. First Street, Building A |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Jose / CA / 95134-1906 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2118 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. P16265 (Contract NO:.P16265) |

Santa Clara Valley Transportation Authority
_____
Name

_____
Notice Name

3331 N. First Street, Building A
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95134-1906 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.2119 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re FRP P16130 - Proterra's Best and Final Offer Submittal (1. CER 1 Electric Bus Price Schedule) |

Santa Clara Valley Transportation Authority
_____
Name

_____
Notice Name

3331 North First Street, Building A-PCMM
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95134-1906 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.2120 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P16130/1) |

Santa Clara Valley Transportation Authority
_____
Name

_____
Notice Name

3990 Zanker Rd.
_____
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| San Jose | CA | 95134 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2121 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Blanket (Order Number: 19-4006 G) |

Santa Cruz METRO

Name

Notice Name

110 Vernon Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Cruz | CA | 95060 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2122 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Blanket (Order Number: 19-4008 G) |

Santa Cruz METRO

Name

Notice Name

110 Vernon Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Cruz | CA | 95060 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2123 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Blanket (Order Number: 19-4009 G) |

Santa Cruz METRO

Name

Notice Name

110 Vernon Street

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Santa Cruz | CA | 95060 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2124 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed - Contract No. 17-20 (Contract No. 17-20) | Santa Cruz Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | 110 Vernon Street |
| | **State the term remaining** | 4/11/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Santa Cruz | CA | 95060 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2125 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (22-9118 L Revision 1) | Santa Cruz Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | 110 Vernon Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Santa Cruz | CA | 95060 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2126 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (22-9118 L) | Santa Cruz Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | |
| | | | 110 Vernon Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Santa Cruz | CA | 95060 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2127 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (23-0064 L) | Santa Cruz Metro | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 110 Vernon Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Santa Cruz | CA | 95060 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.2128 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 - Contract No. 17-20 (17-20) | Santa Cruz Metropolitan Transit District | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 110 Vernon Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Santa Cruz | CA | 95060 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.2129 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 - Contract No. 17-20 (17-20) | Santa Cruz Metropolitan Transit District | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 110 Vernon Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Santa Cruz | CA | 95060 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2130 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 17-20 Exhibit D Cover Sheet | Santa Cruz Metropolitan Transit District | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 138 Golf Club Drive | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Santa Cruz | CA | 95060 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2131 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract No. 17-20 for PURCHASE AND DELIVERY (Contract No. 17-20) | Santa Cruz Metropolitan Transit District | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 110 Vernon Street | |
| | **State the term remaining** | 4/11/2024 | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Santa Cruz | CA | 95060 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2132 | **State what the contract or lease is for and the nature of the debtor's interest** | Additional Terms and Conditions | Santa Maria Regional Transit | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1303 Fairway Dr | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Santa Maria | CA | 93455 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2133 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Sanz Kenway |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 2555 Lake Ave |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Fairmont | MN | 56031 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2134 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011019) | Satterfield Woodworking Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1727 Poplar Drive Ext |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Greer | SC | 29651 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2135 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 License Agreement by and b/w SBIAA and PTRA | SBIAA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | 6/30/2022 | 1601 East Third Street, Suite 100 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Bernardino | CA | 92408 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2136 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | SC Mech Solution, Inc. |
| | | | Name |

Notice Name

2241 Paragon Dr.

Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| San Jose | CA | 95131 |
| City | State | ZIP Code |

Country

| 2.2137 | State what the contract or lease is for and the nature of the debtor's interest | Revitalization Agreement (EZ#: EZ2142 3454A) | SC-Coordinating Council for Economic Development |
| | | | Name |

Notice Name

1201 Main Street, suite 1600

Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| Columbia | SC | 29201 |
| City | State | ZIP Code |

Country

| 2.2138 | State what the contract or lease is for and the nature of the debtor's interest | Revitalization Agreement (EZ2142 3454A) | SC-Coordinating Council for Economic Development |
| | | | Name |

Notice Name

1201 Main St, STE 1600

Address

| | State the term remaining | Unknown |
| | List the contract number of any government contract | |

| Columbia | SC | 29201 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2139 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO #: 15133SB-CH) | Schetky Bus and Van Sales |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4111 E B Circle |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | Pasco | WA | 99301 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.2140 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO: 15311SB-CH) | Schetky Bus and Van Sales |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4111 E B Circle |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | Pasco | WA | 99301 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.2141 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO:.15130SB-CH) | SCHETKY BUS AND VAN SALES |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4111 E B CIRCLE |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | PASCO | WA | 99301 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:   23-11121

**2.2142** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Schleuniger, Inc
Name

Notice Name

87 Colin Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Manchester | NH | 03103
City | State | ZIP Code

Country

**2.2143** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Seagate Plastics Company
Name

Notice Name

1110 Disher Drive
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Waterville | OH | 43566
City | State | ZIP Code

Country

**2.2144** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Seal Methods, Inc
Name

Notice Name

11915 Shoemaker Avenue
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

Santa Fe Springs | CA | 90670
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121

| 2.2145 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Sealcon, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14853 E. Hinsdale Ave |
| | **State the term remaining** | Unknown | Address |
| | | | Suite D |
| | **List the contract number of any government contract** | | |

| | | | Centennial | CO | 80112 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2146 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Sealeze |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 22465 Network Pl |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Chicago | IL | 60673-2246 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2147 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Sealing Devices INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4400 Walden Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Lancaster | NY | 14086 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2148 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Securitas Security Service USA |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 403412 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Atlanta | GA | 30384 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.2149 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | SEFAC USA, Inc |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 381 Nina Way |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Warminster | PA | 18974 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.2150 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Seica |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 Avco Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| Haveehill | MA | 01835 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2151 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Seifert Graphics, Inc.

Name

Notice Name

6133 Judd Rd

Address

**State the term remaining**  4/18/2024

**List the contract number of any government contract**

| Orfskany | NY | 13424 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2152 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sensata Technologies, Inc.

Name

Notice Name

529 Pleasant St

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Attleboro | MA | 02703 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2153 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sentek Dynamics, Inc.

Name

Notice Name

2090 Duane Ave

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.2154 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Seon Design (USA) Corp DBA MobileView |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1313 East Maple Street |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 231 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Bellingham |  WA | 98225 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2155 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Service Transport INC, (STI) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1441 S Buncombe Rd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Greer | SC | 29651 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2156 | **State what the contract or lease is for and the nature of the debtor's interest** | ServiceMax - Sales Order Form (Contract No. Q-34500) | ServiceMax Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4450 Rosewood Drive, Ste 200 |
| | **State the term remaining** | 1/8/2024 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Pleasanton | CA | 94588 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| **2.2157** | **State what the contract or lease is for and the nature of the debtor's interest** | ServiceMax Service Agreement |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

ServiceMax Inc.

Name

Notice Name

4450 Rosewood Drive, Suite 100

Address

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2158** | **State what the contract or lease is for and the nature of the debtor's interest** | ServiceMax Service Agreement |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

ServiceMax Inc.

Name

Notice Name

4450 Rosewood Drive, Suite 100

Address

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2159** | **State what the contract or lease is for and the nature of the debtor's interest** | ServiceNow, Inc. - Order Form (Order No. ORD5071060-3) |
| | | **State the term remaining** 3/13/2024 |
| | | **List the contract number of any government contract** |

ServiceNow, Inc.

Name

Notice Name

2225 Lawson Lane

Address

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.2160 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchasing Request Form (1000016672) |

SFMTA Municipal Transportation Agency
Name

Notice Name

700 Pennsylvania Avenue, Bldg. B
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94107 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2161 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum - Request for Certification |

SFMTA Transit Division
Name

Notice Name

700 Pennsylvania Avenue, Bldg. B
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94107 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2162 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Consulting Agreement |

Shafer, Matthew
Name

Notice Name

173 Tennis Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Wall Township | NJ | 07719 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2163 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Shafer, Matthew
Name

Notice Name

15 N. Saint Clair St., 3rd FL
Address

| Draper | UT | 84020 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2164 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P21-00476; Requisition No. R21-01014) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Shasta Union High School District
Name

Notice Name

2200 Eureka Way, Ste B
Address

| Redding | CA | 96001 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2165 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. P22-00017; Requisition No. R22-00017) |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Shasta Union High School District
Name

Notice Name

2200 Eureka Way, Ste B
Address

| Redding | CA | 96001 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2166 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO:.788332) | SHJ Electric Co Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 18920 13th Pl S |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | SeaTac    WA    98148 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2167 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Shoeteria, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5305 East Washington Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Comerece    CA    90040 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2168 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Shred-It US JV LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 28883 Network Place |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago    IL    60673-1288 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known):  23-11121

| | | | |
|---|---|---|---|
| 2.2169 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No 1 to Order Form | Sibros Technologies Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 785 Orchard Drive, Suite 150 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Folsom | CA | 95630 |

City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.2170 | **State what the contract or lease is for and the nature of the debtor's interest** | Sibros Technologies, Inc. Master SaaS Agreement | Sibros Technologies Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 785 Orchard Drive, Suite 150 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Folsom | CA | 95630 |

City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.2171 | **State what the contract or lease is for and the nature of the debtor's interest** | Sibros Technologies, Inc. Order Form | Sibros Technologies Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 785 Orchard Drive, Suite 150 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Folsom | CA | 95630 |

City    State    ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2172 | **State what the contract or lease is for and the nature of the debtor's interest** | Name Change Amendment |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Siemens Industry Software inc.

Name

Notice Name

PO Box 2168

Address

| Carol Stream | IL | 60132-2168 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2173 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Sigalit Yochay-Wise

Name

Notice Name

110 N 3rd St

Address

| Sacramento | CA | 95814 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2174 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 5 To product supply agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Sigma Machine, Inc.

Name

Notice Name

3358 Center Park Plaza

Address

| Kalamazoo | MI | 49048 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

**2.2175**  **State what the contract or lease is for and the nature of the debtor's interest**

Asset Purchase Agreement

**State the term remaining**  Unknown

**List the contract number of any government contract**

Sigma Machine, Inc.

Name

Notice Name

3358 Center Park Plaza

Address

| Kalamazoo | MI | 49048 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2176**  **State what the contract or lease is for and the nature of the debtor's interest**

Product Supply Agreement

**State the term remaining**  Unknown

**List the contract number of any government contract**

Sigma Machine, Inc.

Name

Notice Name

3358 Center Park Plaza

Address

| Kalamazoo | MI | 49048 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2177**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 16005)

**State the term remaining**  Unknown

**List the contract number of any government contract**

Silex R-I School

Name

Notice Name

64 HWY UU

Address

PO Box 46

| Silex | MO | 63377-0046 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.2178 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Simcona Electronics Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 275 Mt Read Blvd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Rochester | NY | 14606 |

Rochester | NY | 14606
City | State | ZIP Code

Country

| 2.2179 | State what the contract or lease is for and the nature of the debtor's interest | Order Form (Quote No. Q-15499) | SiteTracker |
|---|---|---|---|

Name

Notice Name

491 Bloomfield Avenue, Suite 301

State the term remaining    10/25/2025    Address

List the contract number of any government contract

Montclair | NJ | 07042
City | State | ZIP Code

Country

| 2.2180 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement | SiteTracker, Inc. |
|---|---|---|---|

Name

Notice Name

491 Bloomfield Avenue, Suite 301

State the term remaining    Unknown    Address

List the contract number of any government contract

Montclair | NJ | 07042
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2181 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Smart Charge Residential LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2016 Centimeter Circle |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Austin |
| | | | City / State TX / ZIP Code 78758 |
| | | | Country |

**2.2181** State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

State the term remaining: Unknown

List the contract number of any government contract:

Smart Charge Residential LLC
Name

Notice Name

2016 Centimeter Circle
Address

| Austin | TX | 78758 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2182** State what the contract or lease is for and the nature of the debtor's interest: Notice to Proceed (Req No. 21-3293)

State the term remaining: Unknown

List the contract number of any government contract:

SMART Transportation
Name

Notice Name

Buhl Building
Address

535 Griswold

Suite 600

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2183** State what the contract or lease is for and the nature of the debtor's interest: Notice to Proceed (Req No. 21-3293)

State the term remaining: Unknown

List the contract number of any government contract:

SMART Transportation
Name

Notice Name

Buhl Building
Address

535 Griswold

Suite 600

| Detroit | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   Proterra Operating Company, Inc.
Name

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| 2.2184 | **State what the contract or lease is for and the nature of the debtor's interest** | Order (Q-2669085) |

Smartsheet, Inc.
Name

Notice Name

10500 NE 8th Street, Suite 1300
Address

**State the term remaining**   2/27/2024

**List the contract number of any government contract**

| Bellevue | WA | 98004 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2185 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two (2) 35 Foot Battery Electric Buses (PA-2021-001-SMAT) |

SMAT
Name

Notice Name

City of Santa Maria
Address

**State the term remaining**   Unknown

110 E. Cook St.

**List the contract number of any government contract**

| Santa Maria | CA | 93454 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2186 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement |

Smith Development Company, Inc.
Name

Notice Name

PO Box 17189
Address

**State the term remaining**   6/30/2026

**List the contract number of any government contract**

| Greenville | SC | 29606 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2187** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement

Smith Development Company, Inc.

Name

Notice Name

PO Box 17189

**State the term remaining** | 6/30/2026

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Greenville | SC | 29606 |

Country

---

**2.2188** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Snap ON Industrial, a division of IDSC Holdings

Name

Notice Name

2801 80th Street

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Kenosha | WI | 53143 |

Country

---

**2.2189** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders

Snider Fleet Solutions

Name

Notice Name

PO Box 16046

**State the term remaining** | Unknown

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Greensboro | NC | 27416-6046 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2190 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud Lifecycle Services' Benefits, Onboarding Requirements | Softchoice Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20 Mowat Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Toronto · ON · M6K 3E8 |
| | | | City · State · ZIP Code |
| | | | Canada |
| | | | Country |
| 2.2191 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote Q-1490829 - Foxit PDF Editor (v.12) & Foxit Editor Pro - subscription license - Qty 177/14 | Softchoice Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20 Mowat Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Toronto · ON · M6K 3E8 |
| | | | City · State · ZIP Code |
| | | | Canada |
| | | | Country |
| 2.2192 | **State what the contract or lease is for and the nature of the debtor's interest** | Softchoice Quote (Q-1378189) | Softchoice Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20 Mowat Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Toronto · ON · M6K 3E8 |
| | | | City · State · ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2193 | **State what the contract or lease is for and the nature of the debtor's interest** | Softchoice Quote (Q-1379507) |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Softchoice Corporation
Name

Notice Name

20 Mowat Avenue
Address

| Toronto | ON | M6K 3E8 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.2194 | **State what the contract or lease is for and the nature of the debtor's interest** | Softchoice Quote (Q-1398078) |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Softchoice Corporation
Name

Notice Name

20 Mowat Avenue
Address

| Toronto | ON | M6K 3E8 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.2195 | **State what the contract or lease is for and the nature of the debtor's interest** | Softchoice Various Purchase Orders |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

Softchoice Corporation
Name

Notice Name

314 W. Superior St., Suite 400
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121

| | | | |
|---|---|---|---|
| 2.2196 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington          VA          24550 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2197 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (E28609) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | US Route 29 South |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 495 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Rutsburg          VA          24588 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2198 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (E31163) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. BOX 495 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | RUSTBURG          VA          24588 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2199 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (E34790) | Sonny Merryman Inc. |
| | | | Name |

Notice Name

| | | | 920 East Wythe St. |
| State the term remaining | Unknown | | Address |

List the contract number of any government contract

| | | Petersburg | VA | 23803 |
| | | City | State | ZIP Code |

Country

| 2.2200 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (N7136) | Sonny Merryman Inc. |
| | | | Name |

Notice Name

| | | | 14716 Industry Court |
| State the term remaining | Unknown | | Address |

List the contract number of any government contract

| | | Woodbridge | VA | 22191 |
| | | City | State | ZIP Code |

Country

| 2.2201 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P.O. No. E23414) | Sonny Merryman Inc. |
| | | | Name |

Notice Name

| | | | 5120 Wards RD |
| State the term remaining | Unknown | | Address |

List the contract number of any government contract

| | | Evington | VA | 24550 |
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2202 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P.O. No. E32913) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

5120 Wards Road

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

| | | | Evington | VA | 24550 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.2203 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P.O. No. E33557) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

5120 Wards Road

| | **State the term remaining** | Unknown | Address |

| | **List the contract number of any government contract** | | |

| | | | Evington | VA | 24550 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.2204 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E23411) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

US Route 29 South

| | **State the term remaining** | Unknown | Address |

PO Box 495

| | **List the contract number of any government contract** | | |

| | | | Rustburg | VA | 24588 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.2205 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E24955) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Evington | VA | 24550 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2206 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E24974) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Evington | VA | 24550 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2207 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E24976) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Evington | VA | 24550 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

Name

| 2.2208 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E25041) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2209 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E25045) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2210 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E25665) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2211 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E25666) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

5120 Wards Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

| 2.2212 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E25679) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

5120 Wards Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

| 2.2213 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E31163) | Sonny Merryman Inc. |
|---|---|---|---|

Name

Notice Name

5120 WARDS ROAD
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| EVINGTON | VA | 24550 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2214 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31163) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 495 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Rustburg | VA | 24588 |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.2215 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31829) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington | VA | 24550 |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.2216 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31829) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington | VA | 24550 |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

---

**2.2217** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31830)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2218** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31830)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2219** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO # E31831)

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2220 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31831) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington          VA          24550 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2221 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31832) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington          VA          24550 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2222 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E31832) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington          VA          24550 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| | | | |
|---|---|---|---|
| 2.2223 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32315) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington          VA          24550 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2224 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32316) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington          VA          24550 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2225 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32606) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington          VA          24550 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.2226 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32608) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2227 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32902) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2228 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32909) | Sonny Merryman Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor:  Proterra Operating Company, Inc.

Case number *(if known)*:  23-11121

Name

| 2.2229 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32912) | Sonny Merryman Inc. |
| | | | Name |

Notice Name

5120 Wards Road

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

| 2.2230 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32914) | Sonny Merryman Inc. |
| | | | Name |

Notice Name

5120 Wards Road

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

| 2.2231 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32914) | Sonny Merryman Inc. |
| | | | Name |

Notice Name

5120 Wards Road

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2232 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E33396) |

Sonny Merryman Inc.
_____
Name

_____
Notice Name

5120 Wards Road
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.2233 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E33400) |

Sonny Merryman Inc.
_____
Name

_____
Notice Name

5120 Wards Road
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.2234 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. E31163) |

Sonny Merryman Inc.
_____
Name

_____
Notice Name

5120 WARDS ROAD
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| EVINGTON | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2235 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E24937) | Sonny Merryman Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Evington | | VA | 24550 |
| City | | State | ZIP Code |
| Country | | | |

| | | | |
|---|---|---|---|
| 2.2236 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E24956) | Sonny Merryman Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Evington | | VA | 24550 |
| City | | State | ZIP Code |
| Country | | | |

| | | | |
|---|---|---|---|
| 2.2237 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26013) | Sonny Merryman Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Evington | | VA | 24550 |
| City | | State | ZIP Code |
| Country | | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2238 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26031) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2239 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26146) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2240 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26289) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Evington | VA | 24550 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| **2.2241** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26601) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington · VA · 24550 |
| | | | City · State · ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| **2.2242** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E26686) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Evington · VA · 24550 |
| | | | City · State · ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| **2.2243** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: e29892) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | US Route 29 South |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 495 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Rutsburg · VA · 24588 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2244 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E31163) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 495 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Rustburg         VA         24588 |
| | | | City         State         ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2245 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E34790) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Evington         VA         24550 |
| | | | City         State         ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2246 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E35070) | Sonny Merryman Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5120 Wards Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Evington         VA         24550 |
| | | | City         State         ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

| | | |
|---|---|---|
| 2.2247 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E37655) |

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2248 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: E37657) |

Sonny Merryman Inc.
Name

Notice Name

5120 Wards Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Evington | VA | 24550 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2249 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number: N7859) |

Sonny Merryman Inc.
Name

Notice Name

US Route 29 South
Address

PO Box 495

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Rutsburg | VA | 24588 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2250 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (R4294) |

Sonny Merryman Inc.

Name

Notice Name

11228 Hopson Rd

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Ashland | VA | 23005 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2251 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Buses |

Sonoma County Transit

Name

Notice Name

2300 County Center Drive, Site B100

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Santa Rosa | CA | 95403 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2252 | **State what the contract or lease is for and the nature of the debtor's interest** | County of Sonoma Purchase Agreement |

Sonoma County Transit

Name

Notice Name

355 W Robles Avenue

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Santa Rosa | CA | 95407 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 751 of 906

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*:  23-11121

---

**2.2253** **State what the contract or lease is for and the nature of the debtor's interest**

Membership Agreement

Sourcing Fuel
_____
Name

_____
Notice Name

318 Daughtery Drive, Suite 150
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Lafayette | IN | 47909 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.2254** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

South Bay Solutions Inc
_____
Name

_____
Notice Name

37399 Centralmont Place
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Fremont | CA | 94536 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.2255** **State what the contract or lease is for and the nature of the debtor's interest**

Performance Agreement

South Carolina Department of Commerce
_____
Name

_____
Notice Name

1201 Main Street, suite 1600
_____
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| Columbia | SC | 29201 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.2256 | State what the contract or lease is for and the nature of the debtor's interest | Facilities License Agreement | South Carolina Technology and Aviation Center |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | po box 602718 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | charlotte | NC | 28260-2718 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2257 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO # E32606) | Southampton County Public Schools |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO BOX 96 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Courtland | VA | 23837 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2258 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011009) | Southeastern Dock & Door |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 54 Bruce Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29605 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2259 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Purchase Order No. S887603 | Southeastern Pennsylvania Transportation Authority | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1234 Market Street | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Philadelphia | PA | 19107-3780 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2260 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (S 887603) | Southeastern Pennsylvania Transportation Authority | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1234 Market Street | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Philadelphia | PA | 19107 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2261 | **State what the contract or lease is for and the nature of the debtor's interest** | Section 3: Contract and General Conditions (16-00167-AJAC) | Southeastern Pennsylvania Transportation Authority | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 1234 Market Street, 11th Floor | |
| | **State the term remaining** | Unknown | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Philadelphia | PA | 19107-3780 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| **2.2262** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | Southern California Edison |
| | | Name |
| | | |
| | | Notice Name |
| | | 2244 Walnut Grove Avenue |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Rosemead     CA     91770 |
| | | City     State     ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.2263** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Eight 40FT BEBs and Nine Charging Stations |
| | | Southern Teton Area Rapid Transit |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 1687 |
| | **State the term remaining** | Unknown |
| | | Address |
| | | 55 Kams Meadow Drive |
| | **List the contract number of any government contract** | |
| | | Jackson     WY     83001 |
| | | City     State     ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.2264** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Southwest Research Institute |
| | | Name |
| | | |
| | | Notice Name |
| | | 6220 Culebra Road |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | San Antonio     TX     78238 |
| | | City     State     ZIP Code |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.2265 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | SPAL USA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1731 SE Oralabor Rd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Ankeny          IA          50021 |
| | | | City             State       ZIP Code |
| | | | |
| | | | Country |

| 2.2266 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Specialty Manufacturing, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 198712 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Atlanta          GA          30384 |
| | | | City             State       ZIP Code |
| | | | |
| | | | Country |

| 2.2267 | State what the contract or lease is for and the nature of the debtor's interest | Non-Standard Installation Payment Agreement | Spectrum Business |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 Atlantic Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Stamford          CT          06901 |
| | | | City             State       ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2268 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Electric Bus Purchase Agreement |

Spokane Transit Authority

Name

Notice Name

1230 W Boone Avenue

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Spokane | WA | 99201 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2269 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (20201218-01) |

Spokane Transit Authority

Name

Notice Name

1230 w Boone Ave

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Spokane | WA | 99201 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2270 | **State what the contract or lease is for and the nature of the debtor's interest** | Spokane Transit Authority Public Works Construction Contract (2020-10495) |

Spokane Transit Authority

Name

Notice Name

1230 W Boone Avenue

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Spokane | WA | 99201 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.2271** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-00004821) |
| | | SPORTRAN |
| | | Name |
| | | Notice Name |
| | | 1115 Jack Wells Blvd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Shreveport | LA | 71107 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2272** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-00004821) |
| | | SPORTRAN |
| | | Name |
| | | Notice Name |
| | | 1115 Jack Wells Blvd |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Shreveport | LA | 71107 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2273** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request Form (Change No. 1) |
| | | SportTran-City of Shreveport |
| | | Name |
| | | Notice Name |
| | | 1115 Jack Wells Blvd. |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Shreveport | LA | 71107 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known):  23-11121

| | | |
|---|---|---|
| **2.2274** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sportworks Global LLC

Name

Notice Name

15540 Woodinville-Redmond Rd NE, A-200

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Woodinville | WA | 98072 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2275** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Squire Patton Boggs (US) LLP

Name

Notice Name

1801 California Street

Address

Suite 4900

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2276** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Stage 8 Locking Fasteners Inc.

Name

Notice Name

4318 Redwood Hwy, Suite 200

Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| San Rafael | CA | 94903 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| 2.2277 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Stanley Convergent Security Solutions, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Dept. CH 10651 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Palatine | IL | 60055 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2278 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Staples Technology Solutions |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1096 E. Newport Center Drive |
| | State the term remaining | Unknown | Address |
| | | | Suite 300 |
| | List the contract number of any government contract | | |

| | | | Deerfield Beach | FL | 33442 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2279 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Form | Star Metro |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 300 South Adams Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Tallahassee | FL | 32301 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.2280 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement Affidavit |
| | | |

State of Connecticut
Name

Notice Name

2800 Berlin Turnpike
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Newington | CT | 06111 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2281 | **State what the contract or lease is for and the nature of the debtor's interest** | State of Georgia Statewide Standard Contract (Contract Number: 99999-001-SPD0000138-0007) |

State of Georgia
Name

Notice Name

200 Piedmont Ave, Ste 1308
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Atlanta | GA | 30334 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2282 | **State what the contract or lease is for and the nature of the debtor's interest** | Participating Addendum (6719) |

State of Iowa
Name

Notice Name

1305 East Walnut Street
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Des Moines | IA | 50319 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

| | | |
|---|---|---|
| 2.2283 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to Contract Number 09214 Heavy Duty Transit Buses (Amendment No.1) |
| | | State of Washington |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 41411 |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | Olympia    WA    98504-1411 |
| | | City    State    ZIP Code |
| | | |
| | | Country |
| 2.2284 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 to Contract No. 09214 (Amendment No.2) |
| | | State of Washington |
| | | Name |
| | | |
| | | Notice Name |
| | | Department of Enterprise Services |
| | **State the term remaining** | 6/24/2020 |
| | | Address |
| | | PO Box 41411 |
| | **List the contract number of any government contract** | |
| | | |
| | | Olympia    WA    98504-1411 |
| | | City    State    ZIP Code |
| | | |
| | | Country |
| 2.2285 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifth Amendment (Contract No. 09214) |
| | | State of Washington |
| | | Name |
| | | |
| | | Notice Name |
| | | Department of Enterprise Services |
| | **State the term remaining** | 7/24/2018 |
| | | Address |
| | | PO Box 41411 |
| | **List the contract number of any government contract** | |
| | | |
| | | Olympia    WA    98504-1411 |
| | | City    State    ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| **2.2286** | **State what the contract or lease is for and the nature of the debtor's interest** | RFX Addendum #1 |

State Purchasing Division, Georgia
Name

Notice Name

200 Piedmont Avenue, Suite 1308
Address

West Tower

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Atlanta | GA | 30334 |

Country

| | | |
|---|---|---|
| **2.2287** | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011014) |

Steel Fab
Name

Notice Name

5955 Core Avenue, Suite 500-A
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Charleston | SC | 29406 |

Country

| | | |
|---|---|---|
| **2.2288** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement (39422) |

Steelcase Financial Services Inc.
Name

Notice Name

901 44th Street S.E.
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Grand Rapids | MI | 49508 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2289 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Storm Manufacturing Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 99 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Decatur / TN / 37322 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2290 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | STR Limited |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1-2 Quay Point, Northarbour Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Portsmouth / / PO6 3TD |
| | | | City / State / ZIP Code |
| | | | United Kingdom |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2291 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Strategic Mapping Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2200 Yonge Street |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 1711 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Toronto / ON / M4S 2C6 |
| | | | City / State / ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2292 | State what the contract or lease is for and the nature of the debtor's interest | Battery Lease Agreement | Suburban Mobility Authority For Regional Transportation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2021 Barrett Drive |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Troy / MI / 48084 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.2293 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Notice to Proceed (Req# 21-3352) | Suburban Mobility Authority for Regional Transportation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Buhl Building, 535 Griswold, Suite 600 |
| | State the term remaining | 5/23/2033 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Detroit / MI / 48226 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.2294 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Notice to Proceed (Req# 21-3352) | Suburban Mobility Authority for Regional Transportation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Buhl Building, 535 Griswold, Suite 600 |
| | State the term remaining | 5/23/2033 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Detroit / MI / 48226 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| 2.2295 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Notice to Proceed (Req# 21-3352) | Suburban Mobility Authority for Regional Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Buhl Building, 535 Griswold, Suite 600 |
| | State the term remaining | 5/23/2033 | Address |
| | List the contract number of any government contract | | |
| | | | Detroit | MI | 48226 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2296 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Four 40FT BEBs and Charging Stations (Contrat No. 21-3293) | Suburban Mobility Authority for Regional Transportation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2021 Barrett Drive |
| | State the term remaining | 5/23/2026 | Address |
| | List the contract number of any government contract | | |
| | | | Troy | MI | 48084 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2297 | State what the contract or lease is for and the nature of the debtor's interest | Proterra Form Sale Contact (Contract No. P2019-01-Summit County) | Summit County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 208 E Lincoln Ave |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Breckenridge | CO | 80424 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

**2.2298** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Superior Interior Systems

Name

Notice Name

6724 Pine Ridge Court

| **State the term remaining** | Unknown | Address |

**List the contract number of any government contract**

| Jenison | MI | 49428 |
| City | State | ZIP Code |

Country

**2.2299** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Service Rider (Agreement No. 47) | Sustainability Partners LLC

Name

Notice Name

3133 W. Frye Road, Suite 101

| **State the term remaining** | Unknown | Address |

**List the contract number of any government contract**

| Chandler | AZ | 85226 |
| City | State | ZIP Code |

Country

**2.2300** | **State what the contract or lease is for and the nature of the debtor's interest** | Design and Engineering Service Rider (Agreement No. 47) | Sustainability Partners LLC

Name

Notice Name

3133 W. Frye Road, Suite 101

| **State the term remaining** | Unknown | Address |

**List the contract number of any government contract**

| Chandler | AZ | 85226 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2301 | **State what the contract or lease is for and the nature of the debtor's interest** | General Services Riders (Agreement No. 47) | Sustainability Partners LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3133 W. Frye Road, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Chandler | AZ | 85226 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2302 | **State what the contract or lease is for and the nature of the debtor's interest** | Installation Services Rider (Agreement No. 47) | Sustainability Partners LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3133 W. Frye Road, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Chandler | AZ | 85226 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2303 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Goods and Services Agreement (Agreement No. 47) | Sustainability Partners LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3133 W. Frye Road, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Chandler | AZ | 85226 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2304 | **State what the contract or lease is for and the nature of the debtor's interest** | Procurement Services Rider (Agreement No. 47) |

Sustainability Partners LLC
Name

Notice Name

3133 W. Frye Road, Suite 101
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Chandler | AZ | 85226 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2305 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sustained Quality
Name

Notice Name

431 East Colfax Ave
Address

**State the term remaining** — Unknown

Suite 100

**List the contract number of any government contract**

| South Bend | IN | 46617 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2306 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Sutrak Corporation
Name

Notice Name

6897 East 49th Ave.
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Commerce City | CO | 80022 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2307 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Suzhou Current Electric Limited Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | No. 89, Qinghua Road, High-tech Zone |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Suzhou City / Jiangsu / 215151 |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

| 2.2308 | State what the contract or lease is for and the nature of the debtor's interest | Supplementary Agreement (No. 2022111401) (PO No. 2022111401) | Suzhou Opply Machinery Co., Ltd |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Chaoyang Rd |
| | State the term remaining | Unknown | Address |
| | | | Wujin |
| | List the contract number of any government contract | | |
| | | | |
| | | | Changzhou |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

| 2.2309 | State what the contract or lease is for and the nature of the debtor's interest | Supplementary Agreement (No. 2022111401) (PO No. 2022111401) | Suzhou Shigao New Material Co., Ltd. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 169 Litanghe Rd. |
| | State the term remaining | Unknown | Address |
| | | | Xiangcheng |
| | List the contract number of any government contract | | |
| | | | |
| | | | Suzhou |
| | | | City / State / ZIP Code |
| | | | China |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2310 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Suzhou YongChuang Metal Science and Technology CO., LTD. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 3699 Puzhuang Road | |
| | **State the term remaining** | Unknown | Address | |
| | | | Xukou Town | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Suzhou | Jiangsu | 215105 |
| | | | City | State | ZIP Code |
| | | | China | | |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.2311 | **State what the contract or lease is for and the nature of the debtor's interest** | SVB Analytics CapMx Subscription Agreement | SVB Analytics, Inc | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 555 Mission Street, 9th Floor | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | San Francisco | CA | 94105 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.2312 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 to the Scope of Work | Swamp Fox Software and Analytics, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 602 Cunningham Rd. | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Taylors | SC | 29687 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Proterra Operating Company, Inc.

Case number (if known):  23-11121

| | | |
|---|---|---|
| 2.2313 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | |

Swamp Fox Software and Analytics, LLC
Name

Notice Name

602 Cunningham Rd.
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Taylors | SC | 29687 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2314 | **State what the contract or lease is for and the nature of the debtor's interest** | Scope of Work (Transit Sales Configurator) |

Swamp Fox Software and Analytics, LLC
Name

Notice Name

602 Cunningham Rd.
Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Taylors | SC | 29687 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2315 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form |

Swiftly, Inc.
Name

Notice Name

2261 Market Street #4151
Address

**State the term remaining**  4/6/2024

**List the contract number of any government contract**

| San Francisco | CA | 94114-1612 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2316 | **State what the contract or lease is for and the nature of the debtor's interest** | Software as a Service Terms and Conditions | Swiftly, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Unknown | 1 Sutter Street, Suite 500 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | San Francisco | CA | 94104 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2317 | **State what the contract or lease is for and the nature of the debtor's interest** | Swiftly Order Form | Swiftly, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Unknown | 1 Sutter Street, Suite 500 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | San Francisco | CA | 94104 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2318 | **State what the contract or lease is for and the nature of the debtor's interest** | Data License Agreement | Synop Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | 6/11/2024 | 222 Broadway, 19th floor | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | New York | NY | 10038 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2319 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.1 (Contract No. PA2020-001-TTD) | Tahoe Transportation District |
|---|---|---|---|

Name

Notice Name

128 Market Street, Suite 3F
Address

State the term remaining    Unknown

List the contract number of any government contract

| Stateline | NV | 89449 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2320 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.2 (Contract No. PA2020-001-TTD) | Tahoe Transportation District |
|---|---|---|---|

Name

Notice Name

128 Market Street, Suite 3F
Address

State the term remaining    Unknown

List the contract number of any government contract

| Stateline | NV | 89449 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.2321 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.3 (Contract No. PA2020-001-TTD) | Tahoe Transportation District |
|---|---|---|---|

Name

Notice Name

128 Market Street, Suite 3F
Address

State the term remaining    Unknown

List the contract number of any government contract

| Stateline | NV | 89449 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2322 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Buses and Charging Stations (PA2020-001-TTD) | Tahoe Transportation District |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 128 Market Street, Suite 3F |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Stateline / NV / 89449 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.2323 | State what the contract or lease is for and the nature of the debtor's interest | Additional Terms and Conditions | Tallahassee, City of (StarMetro) |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 555 Appleyard Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Tallahassee / FL / 32304 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.2324 | State what the contract or lease is for and the nature of the debtor's interest | Order Form - Valence Platform | Tallahassee, City of (StarMetro) |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 555 Appleyard Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Tallahassee / FL / 32304 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

| 2.2325 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW Statement of Work Proposal for Proterra | Talos Automation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | AmeriCenter of Troy |
| | | | Address |
| | **List the contract number of** | | 200 East Big Beaver Road, Suite 15 |
| | **any government contract** | | |

| | | | Troy | MI | 48083 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2326 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Tapeswitch Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 100 Schmitt Blvd. |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Farmingdale | NY | 11735 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.2327 | **State what the contract or lease is for and the nature of the debtor's interest** | Deviation Mod (Deviation Mod No. 001) | TARC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1000 West Broadway |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Louisville | KY | 40203-2301 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*   23-11121

---

**2.2328** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Tata Consultancy Services Ltd

Name

Notice Name

101 Park Avenue 26th Floor

Address

**State the term remaining**   1/24/2027

**List the contract number of any government contract**

| New York | NY | 10178 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2329** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

Tata Consultancy Services Ltd

Name

Notice Name

TCS House

Address

**State the term remaining**   12/31/2023

Raveline Street

**List the contract number of any government contract**

| Fort | Mumbai | 400 001 |
|---|---|---|
| City | State | ZIP Code |

India

Country

---

**2.2330** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work # 1

Tata Consultancy Services Ltd

Name

Notice Name

TCS House

Address

**State the term remaining**   3/31/2025

Raveline Street

**List the contract number of any government contract**

| Fort | Mumbai | 400 001 |
|---|---|---|
| City | State | ZIP Code |

India

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2331 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Tatyana Vovk |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 314 Tall Oaks Trail |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Inman | SC | 29349 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.2332 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Taylor Machine and Welding Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3690 North Church Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Louisville | MS | 39339 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.2333 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 317819) | Taylor Machine and Welding Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3690 North Church Ave. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | Louisville | MS | 39339-2033 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:    23-11121

---

**2.2334** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 317442)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2335** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 326423)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2336** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO No. 379545)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| LOUISVILLE | MS | 39339-2070 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2337 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 379545) | TAYLOR MACHINE WORKS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 912 SOUTH CHURCH AVE |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | LOUISVILLE | MS | 39339-2070 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2338 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 379546) | TAYLOR MACHINE WORKS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 912 SOUTH CHURCH AVE |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | LOUISVILLE | MS | 39339-2070 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2339 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 390990) | TAYLOR MACHINE WORKS |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 912 SOUTH CHURCH AVE |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | LOUISVILLE | MS | 39339-2070 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2340 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 444601) | TAYLOR MACHINE WORKS |
|---|---|---|---|

Name

Notice Name

912 SOUTH CHURCH AVE

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | LOUISVILLE | MS | 39339-2070 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.2341 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Revision 1 (PO No. 379545) | TAYLOR MACHINE WORKS |
|---|---|---|---|

Name

Notice Name

912 SOUTH CHURCH AVE

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | LOUISVILLE | MS | 39339-2070 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.2342 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Revision 1 (PO No. 379546) | TAYLOR MACHINE WORKS |
|---|---|---|---|

Name

Notice Name

912 SOUTH CHURCH AVE

| | State the term remaining | Unknown | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | LOUISVILLE | MS | 39339-2070 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

**2.2343** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 1 (PO No. 390990)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| LOUISVILLE | MS | 39339-2070 |
| City | State | ZIP Code |

Country

**2.2344** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 2 (PO No. 390954)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| LOUISVILLE | MS | 39339-2070 |
| City | State | ZIP Code |

Country

**2.2345** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order Revision 2 (PO No. 390990)

TAYLOR MACHINE WORKS
Name

Notice Name

912 SOUTH CHURCH AVE
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| LOUISVILLE | MS | 39339-2070 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

---

**2.2346** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Revision 3 (PO No. 379546) | TAYLOR MACHINE WORKS
Name

| | | Notice Name

**State the term remaining** | Unknown | 912 SOUTH CHURCH AVE
Address

**List the contract number of any government contract**

| | LOUISVILLE | MS | 39339-2070
City | State | ZIP Code

Country

---

**2.2347** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Revision 3 (PO No. 390954) | TAYLOR MACHINE WORKS
Name

| | | Notice Name

**State the term remaining** | Unknown | 912 SOUTH CHURCH AVE
Address

**List the contract number of any government contract**

| | LOUISVILLE | MS | 39339-2070
City | State | ZIP Code

Country

---

**2.2348** | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | Taylor Machine Works, Inc
Name

| | | Notice Name

**State the term remaining** | Unknown | 3690 North Church Avenue
Address

**List the contract number of any government contract**

| | Louisville | MS | 39339
City | State | ZIP Code

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | | |
|---|---|---|---|
| 2.2349 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 444696) | TAYLOR SUDDEN SERVICE, INC EXP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 103 INDUSTRIAL PARK ROAD |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | PHILADELPHIA / MS / 39350-8973 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |
| 2.2350 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Usage Approval Agreement | TCS Tata Consultancy Services Limited |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 101 Park Avenue 26th Floor |
| | **State the term remaining** | 3/30/2025 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | New York / NY / 10178 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |
| 2.2351 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Usage Approval Agreement | TCS Tata Consultancy Services Limited |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 101 Park Avenue 26th Floor |
| | **State the term remaining** | 3/30/2025 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | New York / NY / 10178 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.2352** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | TDI Power
--- | --- | --- | ---
| | | Name
| | | Notice Name
| **State the term remaining** | Unknown | 36 Newburgh Rd
| | | Address
| **List the contract number of any government contract** | |
| | | Hackettstown | NJ | 07840-3904
| | | City | State | ZIP Code
| | | Country

**2.2353** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | TE Connectivity Corporation
--- | --- | --- | ---
| | | Name
| | | Notice Name
| **State the term remaining** | Unknown | 24627 Network Place
| | | Address
| **List the contract number of any government contract** | |
| | | Chicago | IL | 60673
| | | City | State | ZIP Code
| | | Country

**2.2354** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Teachey Service Company, Inc.
--- | --- | --- | ---
| | | Name
| | | Notice Name
| **State the term remaining** | Unknown | PO Box 339
| | | Address
| **List the contract number of any government contract** | |
| | | Simpsonville | SC | 29681
| | | City | State | ZIP Code
| | | Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2355 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Tech Graphics Private Limited |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 13, Gokul Society |
| | State the term remaining | Unknown | Address |
| | | | Sindhwai mata Road |
| | List the contract number of any government contract | | |

| | | | Pratapnagar | Vadodara | 390004 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | India | | |
| | | | Country | | |

| 2.2356 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO-0031352) | Terminal Way |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | State the term remaining | Unknown | Address |
| | | | Suite 200 |
| | List the contract number of any government contract | | |

| | | | Reno | NV | 89520 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2357 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO-0036013) | Terminal Way |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Terminal Way |
| | State the term remaining | Unknown | Address |
| | | | Suite 200 |
| | List the contract number of any government contract | | |

| | | | Reno | NV | 89520 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2358 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Test Chamber Solutions, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 32138 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Stockton          CA          95213 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.2359 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Testamatic Systems Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 41000 Woodward Avenue Ste 350 East |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Bloomfield Hills          MI          48304 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.2360 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Testco |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6401 Seaman Road |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Oregon          OH          43616-7230 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2361 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to the Master Research Agreement No. 1 | Texas A&M Transportation Institute |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 Harvey Mitchell Parkway, South, Suite 300 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | College Station       TX       77845 |
| | | | City       State       ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2362 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to the Master Research Agreement No. 1 | Texas A&M Transportation Institute |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 Harvey Mitchell Parkway, South, Suite 300 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | College Station       TX       77845 |
| | | | City       State       ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2363 | **State what the contract or lease is for and the nature of the debtor's interest** | Sponsorship Agreement | The American Society for Engineering Education |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1818 North Street NW, Suite 600 |
| | **State the term remaining** | 7/31/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | Washington       DC       20036 |
| | | | City       State       ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2364 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement (91900342) | The City of Asheville |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 70 Court Plaza |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Asheville |

| | | | Asheville | NC | 28801 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2365 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Contract Agreement (Contract No. 2018-03) | The City of Modesto |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1010 Tenth Street, Suite 4500 |
| | State the term remaining | 9/3/2023 | Address |
| | List the contract number of any government contract | | PO Box 642 |

| | | | Modesto | CA | 95353 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2366 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Release | The District of Columbia District Department of Transporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 55 M Street SE, 7th Floor |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Washington | DC | 20003 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

**2.2367** State what the contract or lease is for and the nature of the debtor's interest

Master Service Agreement

The Gas Company (SoCalGas)

Name

Notice Name

555 W 5TH St Ste 14H1

Address

State the term remaining: Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Los Angeles | CA | 90013-1010 |
| City | State | ZIP Code |

Country

**2.2368** State what the contract or lease is for and the nature of the debtor's interest

Affidavit and Agreement (PO No. 22011001)

The Harper Corporation

Name

Notice Name

35 West Court Street, Suite 400

Address

State the term remaining: Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

**2.2369** State what the contract or lease is for and the nature of the debtor's interest

Affidavit and Agreement (PO No. 22011002)

The Harper Corporation

Name

Notice Name

35 West Court Street, Suite 400

Address

State the term remaining: Unknown

List the contract number of any government contract

| | | |
|---|---|---|
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

| | | | |
|---|---|---|---|
| 2.2370 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011007) | The Harper Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 35 West Court Street, Suite 400 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29601 |

Country

| | | | |
|---|---|---|---|
| 2.2371 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011008) | The Harper Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 35 West Court Street, Suite 400 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29601 |

Country

| | | | |
|---|---|---|---|
| 2.2372 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011009) | The Harper Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 35 West Court Street, Suite 400 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29601 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2373 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011010) |

The Harper Corporation
Name

Notice Name

35 West Court Street, Suite 400
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2374 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011011) |

The Harper Corporation
Name

Notice Name

35 West Court Street, Suite 400
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2375 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011014) |

The Harper Corporation
Name

Notice Name

35 West Court Street, Suite 400
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Greenville | SC | 29601 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2376 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011015) | | The Harper Corporation |
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | **State the term remaining** | Unknown | | 35 West Court Street, Suite 400 |
| | | | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Greenville / SC / 29601 |
| | | | | City / State / ZIP Code |
| | | | | |
| | | | | Country |

| | | | | |
|---|---|---|---|---|
| 2.2377 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011017) | | The Harper Corporation |
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | **State the term remaining** | Unknown | | 35 West Court Street, Suite 400 |
| | | | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Greenville / SC / 29601 |
| | | | | City / State / ZIP Code |
| | | | | |
| | | | | Country |

| | | | | |
|---|---|---|---|---|
| 2.2378 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011019) | | The Harper Corporation |
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | **State the term remaining** | Unknown | | 35 West Court Street, Suite 400 |
| | | | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | | Greenville / SC / 29601 |
| | | | | City / State / ZIP Code |
| | | | | |
| | | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2379 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011022) | The Harper Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 35 West Court Street, Suite 400 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville · SC · 29601 |
| | | | City · State · ZIP Code |
| | | | Country |
| 2.2380 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011024) | The Harper Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 35 West Court Street, Suite 400 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville · SC · 29601 |
| | | | City · State · ZIP Code |
| | | | Country |
| 2.2381 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011028) | The Harper Corporation |
| | | | Name |
| | | | Notice Name |
| | | | 35 West Court Street, Suite 400 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Greenville · SC · 29601 |
| | | | City · State · ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2382 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011029) | The Harper Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 35 West Court Street, Suite 400 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29601 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2383 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011030) | The Harper Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 35 West Court Street, Suite 400 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29601 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2384 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011031) | The Harper Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Unknown | 35 West Court Street, Suite 400 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29601 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2385 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011501) |

The Harper Corporation
Name

Notice Name

35 West Court Street, Suite 400
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2386 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (Purchase Order No. 22011013) |

The Harper Corporation
Name

Notice Name

35 West Court Street, Suite 400
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greenville | SC | 29601 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2387 | **State what the contract or lease is for and the nature of the debtor's interest** | Data License Agreement |

The Mobility House LLC
Name

Notice Name

545 Harbor Boulevard
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Belmont | CA | 94002 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2388 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | The Print Machine Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1003 Laurens Rd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Greenville    SC    29607 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2389 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter: RE: Cancellation of Purchase Order EBUS002 (EBUS002) | The Public Transportation Services (Merced County) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 369 W. 18th Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Merced    CA    95340 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2390 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | The Regents of the Univeristy of California |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | University of California, Irvine |
| | **State the term remaining** | 3/16/2028 | Address |
| | | | G-244 Student Center |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Irvine    CA    92697 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2391 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Vehicles (#378761) | | The Regents of the University of California |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | University of California, Irvine |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Irvine     CA     92697 |
| | | | | City     State     ZIP Code |
| | | | | Country |

| 2.2392 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Request - Change Order Description Battery 3.0 Extended Services April-May 2023 | | The RoviSys Company |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 1455 Danner Dr |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Aurora     OH     44202 |
| | | | | City     State     ZIP Code |
| | | | | Country |

| 2.2393 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. C000035) | | The Shyft Group - Corp |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 41280 Bridge St. |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Novi     MI     48375 |
| | | | | City     State     ZIP Code |
| | | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2394 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. C000090) | The Shyft Group - Corp |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 41280 Bridge St. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Novi | MI | 48375 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2395 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Development Agreement | The Shyft Group USA, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 41280 Bridge Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | Novi | MI | 48375 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.2396 | State what the contract or lease is for and the nature of the debtor's interest | Blanket Purchase Order (PO No. C000767) | The Shyft Group USA, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 41280 Bridge St. |
| | State the term remaining | 12/31/2024 | Address |
| | List the contract number of any government contract | | |
| | | | Novi | MI | 48375 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2397 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | The Shyft Group USA, Inc. |
| | | | Name |

Notice Name

| | **State the term remaining** | Unknown | 41280 Bridge Street |
| | | | Address |

| | **List the contract number of any government contract** | | |

| | | | Novi | MI | 48375 |
| | | | City | State | ZIP Code |

Country

| 2.2398 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Order No. P628151) | The Shyft Group USA, INC. |
| | | | Name |

Notice Name

| | **State the term remaining** | Unknown | 603 Earthway Boulevard |
| | | | Address |

| | **List the contract number of any government contract** | | |

| | | | Bristol | IN | 46507 |
| | | | City | State | ZIP Code |

Country

| 2.2399 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (Order No. P613423) | The Shyft Group USA, INC. |
| | | | Name |

Notice Name

| | **State the term remaining** | Unknown | 603 Earthway Boulevard |
| | | | Address |

| | **List the contract number of any government contract** | | |

| | | | Bristol | IN | 46507 |
| | | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2400 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 (Project No. PO C0000246-000) |

The Transit Authority of Lexington-Fayette Urban County Government

Name

Notice Name

**State the term remaining** — Unknown

200 West Loudon Avenue

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lexington | KY | 40508 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2401 | **State what the contract or lease is for and the nature of the debtor's interest** | Additional UltiPro Time Clock Services |

The Ultimate Software Group, Inc.

Name

Notice Name

**State the term remaining** — Unknown

2000 Ultimate Way

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Weston | FL | 33326 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2402 | **State what the contract or lease is for and the nature of the debtor's interest** | SaaS Agreement |

The Ultimate Software Group, Inc.

Name

Notice Name

**State the term remaining** — Unknown

2000 Ultimate Way

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Weston | FL | 33326 |
| City | State | ZIP Code |

Country

Debtor:  Proterra Operating Company, Inc.

Name

Case number *(if known)*    23-11121

| 2.2403 | **State what the contract or lease is for and the nature of the debtor's interest** | UltiPro Time Clock Services | The Ultimate Software Group, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2000 Ultimate Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Weston | FL | 33326 |

Country

| 2.2404 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Doug Riddell: Letter Agreement - Service Parts & Support | Therma-Tech (A.R. Lintern) |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 24900 Capitol |
| | **State the term remaining** | 3/2/2033 | Address |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Redford | MI | 48239 |

Country

| 2.2405 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Therma-Tech (A.R. Lintern) |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 24900 Capitol |
| | **State the term remaining** | 12/31/2021 | Address |
| | **List the contract number of any government contract** | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Redford | MI | 48239 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2406 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Therma-Tech (A.R. Lintern) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 24900 Capitol |
| | **State the term remaining** | 12/31/2020 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Redford                MI                48239 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |
| 2.2407 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 5318) | Thompson Consolidated Area Transit, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Ithaca                NY                14850 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |
| 2.2408 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 5485) | Thompson Consolidated Area Transit, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Ithaca                NY                14850 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2409 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 5511) | Thompson Consolidated Area Transit, Inc. |
| | | | Name |

Notice Name

737 Willow Ave.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Ithaca | NY | 14850 |
| City | State | ZIP Code |

Country

| 2.2410 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 6398) | Thompson Consolidated Area Transit, Inc. |
| | | | Name |

Notice Name

737 Willow Ave.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Ithaca | NY | 14850 |
| City | State | ZIP Code |

Country

| 2.2411 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 8333) | Thompson Consolidated Area Transit, Inc. |
| | | | Name |

Notice Name

737 Willow Ave.
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Ithaca | NY | 14850 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| **2.2412** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 8333) |

Thompson Consolidated Area Transit, Inc.

Name

Notice Name

737 Willow Ave.

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Ithaca | NY | 14850 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2413** | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (Order ID: Q-00476627) |

Thomson Reuters

Name

Notice Name

610 Opperman Drive

Address

P.O. Box 64833

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Eagan | MN | 55123-1803 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2414** | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (Order ID: Q-00476627) |

Thomson Reuters

Name

Notice Name

610 Opperman Drive

Address

P.O. Box 64833

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Eagan | MN | 55123-1803 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2415 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

TM4 Inc.
Name

Notice Name

135, rue Joseph-Armand Bombardier, #25
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boucherville | QC | J4B 8P1 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.2416 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (028513-00) |

Toei Logistics Honjo BC
Name

Notice Name

2-63, Imaidai
Address

**State the term remaining**   Unknown

Honjo-Shi

**List the contract number of any government contract**

| | | |
|---|---|---|
| Saitama | | 367-0038 |
| City | State | ZIP Code |
| Japan | | |
| Country | | |

| | | |
|---|---|---|
| 2.2417 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (770469) |

Tomey Electric, Inc.
Name

Notice Name

5430 Handley Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cambridge | MD | 21613 |
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2418 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (770943) | Tomey Electric, Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 5430 Handley Road | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Cambridge | MD | 21613 |
| | | | City | State | ZIP Code |
| | | | Country | |
| 2.2419 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Bus and Bus-Related Parts and Services | Tompkins Consolidated Area Transit, Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 737 Willow Avenue | |
| | **State the term remaining** | 12/31/2024 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Ithaca | NY | 14850 |
| | | | City | State | ZIP Code |
| | | | Country | |
| 2.2420 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineer, Procure, Construct (EPC) Agreement | Tompkins Consolidated Area Transit, Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 737 Willow Avenue | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Ithaca | NY | 14850 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2421 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO No. 4865) | Tompkins Consolidated Area Transit, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 737 Willow Ave. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Ithaca | NY | 14850 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2422 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | TOP TEMPO TECHNICAL |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1010 E Union St. #125 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Pasadena | CA | 91106 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2423 | State what the contract or lease is for and the nature of the debtor's interest | Charging Infrastructure Agreement | Topeka Metropolitan Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 N Kansas Avenue |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Topeka | KS | 66603 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2424 | **State what the contract or lease is for and the nature of the debtor's interest** | Charging Infrastructure Agreement | Topeka Metropolitan Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 NW Crane |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Topeka    KS    66603 |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.2425 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | Topeka Metropolitan Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 201 N. Kansas Ave. |
| | **State the term remaining** | 10/4/2027 | Address |
| | **List the contract number of any government contract** | | |
| | | | Topeka    KS    66603 |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.2426 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (No. GA-80715) | Topeka Metropolitan Transit Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 210 North Crane |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Topeka    KS    66603 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2427 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment - Supply of Buses | Toronto Transit Commission |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1900 Yonge Street |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Toronto · ON · M4S 1Z2 |
| | | | City · State · ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2428 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Amendment (Amendment No. 3) | Toronto Transit Commission |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 5160 Yonge Street, 6th Floor |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Toronto · ON · M2N 6L9 |
| | | | City · State · ZIP Code |
| | | | Canada |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2429 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. C32P318846) | Toronto Transit Commission |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Project Procurement Section |
| | **State the term remaining** | Unknown | Address |
| | | | 5160 Yonge Street, 6th Floor |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Toronto · ON · M2N 6L9 |
| | | | City · State · ZIP Code |
| | | | Canada |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*  23-11121

| | | |
|---|---|---|
| 2.2430 | **State what the contract or lease is for and the nature of the debtor's interest** | Toronto Transit Commission - Contract Amendment No. 1 (Purchase Order No. C32P318846) |

Toronto Transit Commission

Name

Notice Name

Project Procurement Section

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

5160 Yonge Street, 6th Floor

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| Toronto | ON | M2N 6L9 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.2431 | **State what the contract or lease is for and the nature of the debtor's interest** | Toronto Transit Commission - Contract Amendment No. 2 (Purchase Order No. C32P318846) |

Toronto Transit Commission

Name

Notice Name

Project Procurement Section

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

5160 Yonge Street, 6th Floor

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| Toronto | ON | M2N 6L9 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.2432 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement |

Toshiba International Corporation

Name

Notice Name

13131 West Little York Road

| | |
|---|---|
| **State the term remaining** | Unknown |

Address

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| Houston | TX | 77041 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2433** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

Total Quality Logistics, LLC

Name

Notice Name

4289 Ivy Pointe Blvd.

State the term remaining — Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Cincinnati | OH | 45245 |

Country

---

**2.2434** State what the contract or lease is for and the nature of the debtor's interest

AMD 1 to Contract No. PA-2021-001-AVON (Contract No. PA-2021-001-AVON)

Town of Avon

Name

Notice Name

PO Box 975

State the term remaining — Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Avon | CO | 81620 |

Country

---

**2.2435** State what the contract or lease is for and the nature of the debtor's interest

Letter re Notice to Proceed with Contract #PA-2021-001-AVON (Contract No. PA-2021-001-AVON)

Town of Avon

Name

Notice Name

100 Mikaela Way

State the term remaining — Unknown

Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Avon | CO | 81620 |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2436 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Buses and Charging Stations (Contract No. PA-2021-001-AVON) |

Town of Avon

Name

Notice Name

100 Mikaela Way

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Avon | CO | 81632 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.2437 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form |

Town of Avon, CO

Name

Notice Name

500 Swift Gulch Road

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Avon | CO | 81620 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.2438 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form: Valence Platform |

Town of Avon, CO

Name

Notice Name

500 Swift Gulch Road

Address

**State the term remaining**  Unknown

PO Box 975

**List the contract number of any government contract**

| Avon | CO | 81620 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 813 of 906

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known):* | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

| 2.2439 | **State what the contract or lease is for and the nature of the debtor's interest** | Assumption and Amendment of Battery Lease Agreement | Town of Breckenridge |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | **State the term remaining** | Unknown | Address |
| | | | P.O. Box 168 |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | Breckenridge | CO | 80424 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2440 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Lease Agreement | Town of Breckenridge |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | **State the term remaining** | 3/16/3034 | Address |
| | | | P.O. Box 168 |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | Breckenridge | CO | 80424 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2441 | **State what the contract or lease is for and the nature of the debtor's interest** | Battery Lease Agreement | Town of Breckenridge |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | **State the term remaining** | Unknown | Address |
| | | | PO Box 168 |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | Breckenridge | CO | 80424 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2442 | State what the contract or lease is for and the nature of the debtor's interest | Order Form - Valence Platform | Town of Breckenridge |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1105 Airport Rd. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Breckenridge | CO | 80424 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2443 | State what the contract or lease is for and the nature of the debtor's interest | PRICING DETAILS FOR "TOWN OF BRECKENRIDGE" | Town of Breckenridge |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | State the term remaining | Unknown | Address |
| | | | P.O. Box 168 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Breckenridge | CO | 80424 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2444 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Buses and Charging Stations (P2018-06-Breckenridge) | Town of Breckenridge |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1095 Airport Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Breckenridge | CO | 80425 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2445 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Buses and Charging Systems | Town of Breckenridge |
|---|---|---|---|

Name

Notice Name

1095 Airport Road

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | Breckenridge | CO | 80424 |
|---|---|---|---|---|

City — State — ZIP Code

Country

| 2.2446 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order - Bus Configuration | Town of Breckenridge Transit |
|---|---|---|---|

Name

Notice Name

1095 Airport Road

Address

**State the term remaining** — Unknown

P.O. Box 168

**List the contract number of any government contract**

| | | Breckenridge | CO | 80424 |
|---|---|---|---|---|

City — State — ZIP Code

Country

| 2.2447 | State what the contract or lease is for and the nature of the debtor's interest | Battery Lease Agreement | Town of Jackson hereinafter Southern Teton Area Rapid Transit |
|---|---|---|---|

Name

Notice Name

PO Box 1687

**State the term remaining** — Unknown

Address

55 Kams Meadow Drive

**List the contract number of any government contract**

| | | Jackson | WY | 83001 |
|---|---|---|---|---|

City — State — ZIP Code

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| **2.2448** | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Contact Authority |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

TPx
Name

Notice Name

373 Market Street
Address

| Warren | RI | 02885 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2449** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Transign LLC
Name

Notice Name

281 Collier Road
Address

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2450** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement |
| | | |
| | **State the term remaining** | 4/27/2028 |
| | **List the contract number of any government contract** | |

Transit and Mobility Manager City of Racine
Name

Notice Name

730 Washington Avenue
Address

| Racine | WI | 53403 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2451 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Transit and Mobility Manager City of Racine |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 730 Washington Avenue |
| | **State the term remaining** | 4/23/2028 | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|
| Racine | WI | 53403 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2452 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Five Buses and One Charging Station (PRO_CAT_15-002) | Transit Authority of Lexington-Fayette Urban County Government |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 200 West Loudon Av |
| | **State the term remaining** | 11/18/2021 | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|
| Lexington | KY | 40508 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2453 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Contract Agreement (Contract No. PRO_CAT_15-001) | Transit Authority of River City |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 West Broadway |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|
| Louisville | KY | 40203 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2454 | **State what the contract or lease is for and the nature of the debtor's interest** | Thirty-Five Foot Electric Bus Purchase | Transit Authority of River City |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 West Broadway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Louisville | KY | 40203 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2455 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Best and Final Offers | Transit Authority of River City (TARC) |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 West Broadway |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Louisville | KY | 40203-2301 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2456 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. EBUS002) | Transit Joint Powers Authority for Merced County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 369 West 18th Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Merced | CA | 95340 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

**2.2457** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 166357) | Transit Operations, City of Santa Rosa
Name

Notice Name

45 Stony Point Road
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | Santa Rosa | CA | 95401 |
| City | State | ZIP Code |

Country

**2.2458** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 166357) | Transit Operations, City of Santa Rosa
Name

Notice Name

45 Stony Point Road
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | Santa Rosa | CA | 95401 |
| City | State | ZIP Code |

Country

**2.2459** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | TransPak
Name

Notice Name

520 N. Marburg Way
Address

**State the term remaining** | Unknown

**List the contract number of any government contract**

| | San Jose | CA | 95133 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.2460 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P006085994) | Transylvania County School Bus Garage |
| --- | --- | --- | --- |

Name

Notice Name

225 Rosenwald Ln

State the term remaining    Unknown

Address

List the contract number of any government contract

| Brevard | NC | 28712 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.2461 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Purchase Order No.: P-ORD020854) | Trapeze Software Group, Inc |
| --- | --- | --- | --- |

Name

Notice Name

5265 Rockwell Drive NE

State the term remaining    Unknown

Address

List the contract number of any government contract

| Cedar Rapids | IA | 52402 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.2462 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale of Buses, Charging Stations, and Warranty (Contract NO:.JTB-06.22.18-1) | Travel Plaza, LLC. |
| --- | --- | --- | --- |

Name

Notice Name

818 Pine St

State the term remaining    7/8/2023

Address

List the contract number of any government contract

| Honolulu | HI | 96817 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2463 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Buses, Charging Stations, and Warranty (Contract NO:.JTB-06.22.18-1) | Travel Plaza, LLC. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 818 Pine St |
| | **State the term remaining** | 7/8/2023 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Honolulu | HI | 96817 |

| City | State | ZIP Code |
|---|---|---|
| Honolulu | HI | 96817 |

Country

| | | | |
|---|---|---|---|
| 2.2464 | **State what the contract or lease is for and the nature of the debtor's interest** | GO Triangle Amendment 1 (Contract No. 19-017) | Triangle Regional Public Transportation Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4600 Emperor Boulevard, Suite 101 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Durham | NC | 27703 |

Country

| | | | |
|---|---|---|---|
| 2.2465 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Trim-Lok, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6855 Hermosa Circle |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Buena Park | CA | 90622 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2466 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (725919) | TripSpark USA |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5265 Rockwell Drive NE |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Cedar Rapids, IA 52402 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2467 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # POUS-0002574) | Tritium Pty LTD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20000 S. Vermont Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Torrance    CA    90502 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2468 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # POUS-0002575) | Tritium Pty LTD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20000 S. Vermont Avenue |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Torrance    CA    90502 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2469 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# POUS-0002544) | Tritium Pty LTD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20000 S. Vermont Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | Torrance          CA          90502 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.2470 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# POUS-0002545) | Tritium Pty LTD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20000 S. Vermont Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | Torrance          CA          90502 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.2471 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO# POUS-0002576) | Tritium Pty LTD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20000 S. Vermont Avenue |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | Torrance          CA          90502 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2472** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO# POUS-0002577)

Tritium Pty LTD
Name

Notice Name

20000 S. Vermont Avenue
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Torrance | CA | 90502 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2473** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

TRM Precision Manufactory(Suzhou) Ltd
Name

Notice Name

No.133 Weixin Road
Address

**State the term remaining** Unknown

Suzhou Industrial Park

**List the contract number of any government contract**

| Suzhou | | 215101 |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

**2.2474** **State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Truck World Repair, LLC
Name

Notice Name

290 Morley Court
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Duncan | SC | 29334 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2475 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

TRW Automotive U.S. LLC
Name

Notice Name

PO Box 77952
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Detroit | MI | 48277 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2476 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 1003) |

TTC Birchmount Garage
Name

Notice Name

400 Danforth Rd.
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Scarborough | ON | MIL 3X6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.2477 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

TTI, Inc
Name

Notice Name

220 Horizon Dr
Address

**State the term remaining** — Unknown

Suite 203

**List the contract number of any government contract**

| | | |
|---|---|---|
| Raleigh | NC | 27615 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | | | |
|---|---|---|---|---|---|
| 2.2478 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Tube Specialties | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 1459 NW Sundial Rd | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | | | |
| | **List the contract number of any government contract** | | | | |
| | | | | | |
| | | | Troutdale | OR | 97060 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |
| 2.2479 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. 2021-1365-2) | Tulsa Transit | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 510 South Rockford | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | | | |
| | **List the contract number of any government contract** | | | | |
| | | | | | |
| | | | Tulsa | OK | 74120 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |
| 2.2480 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order Number: 222196) | Twin Rivers Unified School District | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 3222 Winona Way | | |
| | **State the term remaining** | Unknown | Address | | |
| | | | | | |
| | **List the contract number of any government contract** | | | | |
| | | | | | |
| | | | North Highlands | CA | 95660 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)* 23-11121

| | | | |
|---|---|---|---|
| 2.2481 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Award 47QMCA22D000Z (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | U.S. General Services Administration |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1800 F St. NW |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Washington     DC     20405 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |
| 2.2482 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA's Appreciation of Interest No. 47QMCA21R0013 (Contract No:. 47QMCA22D000Z) | U.S. General Services Administration Federal Acquisition Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1800 F Street NW |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Washington     DC     20405 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |
| 2.2483 | **State what the contract or lease is for and the nature of the debtor's interest** | Solicitation/Contract/Order For Commercial Items (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | U.S. General Services Administration Federal Acquisition Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Light Duty Automotive Acqn. Support Div. |
| | **State the term remaining** | Unknown | Address |
| | | | 1800 F ST, NW HUB 3200 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Washington     DC     20405 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2484 | **State what the contract or lease is for and the nature of the debtor's interest** | Solicitation/Contract/Order For Commercial Items (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | U.S. General Services Administration Federal Acquisition Services |

Name

Notice Name

Light Duty Automotive Acqn. Support Div.

| **State the term remaining** | Unknown | Address |
|---|---|---|

1800 F ST, NW HUB 3200

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

| | | | |
|---|---|---|---|
| 2.2485 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (GS-30F-026BA/ MC072) | U.S. General Services Administration Medium |

Name

Notice Name

1880 F St NW FL 3

| **State the term remaining** | Unknown | Address |
|---|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

| | | | |
|---|---|---|---|
| 2.2486 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | U.S. TelePacific Corp. |

Name

Notice Name

515 S. Flower Street

| **State the term remaining** | Unknown | Address |
|---|---|---|

47th Floor

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90071 |

Country

| Debtor: | Proterra Operating Company, Inc. | | Case number *(if known)*: | 23-11121 |
|---|---|---|---|---|
| | Name | | | |

| 2.2487 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PUR00318127) | UC San Diego |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9500 Gilman Drive #0955 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | La Jolla     CA     92093 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.2488 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Agreement (Contract No. PRO1047) | UKG Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 900 Chelmsford St. Tower 2, 12th Floor |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Lowell     MA     01851 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.2489 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the SaaS Agreement (Contract No. PRO1047) | UKG Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 900 Chelmsford St. Tower 2, 12th Floor |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Lowell     MA     01851 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2490 | State what the contract or lease is for and the nature of the debtor's interest | ES Optimization and ES Analytics Development ORDER (AR No. PRO1047) | UKG Inc.<br>Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 900 Chelmsford St. Tower 2, 12th Floor<br>Address |
| | List the contract number of any government contract | | |
| | | | Lowell          MA          01851<br>City          State          ZIP Code |
| | | | Country |
| 2.2491 | State what the contract or lease is for and the nature of the debtor's interest | UKG Pro Benefits Administration ORDER (Contract No. PRO1047) | UKG Inc.<br>Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 900 Chelmsford St. Tower 2, 12th Floor<br>Address |
| | List the contract number of any government contract | | |
| | | | Lowell          MA          01851<br>City          State          ZIP Code |
| | | | Country |
| 2.2492 | State what the contract or lease is for and the nature of the debtor's interest | UKG Pro Compensation ORDER (Contract No. PRO1047) | UKG Inc.<br>Name |
| | | | Notice Name |
| | State the term remaining | Unknown | 900 Chelmsford St. Tower 2, 12th Floor<br>Address |
| | List the contract number of any government contract | | |
| | | | Lowell          MA          01851<br>City          State          ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2493 | **State what the contract or lease is for and the nature of the debtor's interest** | UKG Pro Learning and External Learners ORDER (Contract No. PRO1047) |

UKG Inc.

Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Lowell | MA | 01851 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2494 | **State what the contract or lease is for and the nature of the debtor's interest** | UKG Pro Performance and Coaching ORDER (Contract No. PRO1047) |

UKG Inc.

Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Lowell | MA | 01851 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2495 | **State what the contract or lease is for and the nature of the debtor's interest** | UKG Pro Workforce Management Amendment and Order (Contract No. PRO1047) |

UKG Inc.

Name

Notice Name

900 Chelmsford St. Tower 2, 12th Floor

Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| Lowell | MA | 01851 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2496 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum #1 to Global Services Agreement (Agreement No. 6000608704) | UL LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 333 Pfingsten Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Northbrook / IL / 60062 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2497 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Services Agreement (Agreement No. 6000608704) | UL LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Attn General Counsel |
| | **State the term remaining** | Unknown | Address |
| | | | 333 Pfingsten Road |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Northbrook / IL / 60062 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2498 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | UL LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 333 Pfingsten Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Northbrook / IL / 60062 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2499 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

ULine
_____
Name

_____
Notice Name

12575 Uline Drive
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Pleasant Prairie | WI | 53158 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.2500 | **State what the contract or lease is for and the nature of the debtor's interest** | The Ultimate Software Group, Inc. SaaS Agreement |

Ultimate Software Group Inc.
_____
Name

_____
Notice Name

2000 Ultimate Way
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Weston | FL | 33326 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.2501 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (1010) |

Umpqua Public Transportation District
_____
Name

_____
Notice Name

3076 NE Diamond Lake Blvd
_____
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Roseburg | OR | 97470 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| Debtor: | Proterra Operating Company, Inc. | Case number (if known): | 23-11121 |
|---|---|---|---|
| | Name | | |

| 2.2502 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Unifirst Corporation |
|---|---|---|---|

Name

Notice Name

| | State the term remaining | Unknown | 322 Standing Springs Ct |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Simpsonville | SC | 29680 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.2503 | State what the contract or lease is for and the nature of the debtor's interest | Carrier Agreement | United Parcel Service Inc. |
|---|---|---|---|

Name

Notice Name

| | State the term remaining | Unknown | 291 Fairforest way |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Greenville | SC | 29607 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.2504 | State what the contract or lease is for and the nature of the debtor's interest | Continuous General Agency Agreement and Power of Attorney with Power to Appoint a Sub-Agent | United Parcel Service Inc. |
|---|---|---|---|

Name

Notice Name

| | State the term remaining | Unknown | 291 Fairforest way |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Greenville | SC | 29607 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):*   23-11121

| | | |
|---|---|---|
| 2.2505 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Purchase Order (Order No. 758297) |

United Rentals (North America), Inc.
Name

Notice Name

PO Box 100711
Address

**State the term remaining**   Unknown

**List the contract number of**
**any government contract**

| Atlanta | GA | 30384-0711 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2506 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract |

United States Government Defense Innovation Unit
Name

Notice Name

230 RT Jones Rd
Address

**State the term remaining**   Unknown

**List the contract number of**
**any government contract**

| Mountain View | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2507 | **State what the contract or lease is for and the nature of the debtor's interest** | Award/Contract - SOW "Jumpstart for Advanced Battery Standardization (JABS)" |

United States Government Defense Innovation Unit
Name

Notice Name

230 RT Jones Rd
Address

**State the term remaining**   Unknown

**List the contract number of**
**any government contract**

| Mountain View | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number (if known): 23-11121

---

**2.2508** | **State what the contract or lease is for and the nature of the debtor's interest** | Prohibition on Use of Certain Telecommunications and Video Surveillance Services or Equipment | United States Government Defense Innovation Unit

Name

Notice Name

230 RT Jones Rd

| **State the term remaining** | Unknown | Address |

**List the contract number of any government contract**

| Mountain View | CA | 94043 |
| City | State | ZIP Code |

Country

---

**2.2509** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | United States Seating Company

Name

Notice Name

101 Gordon Drive

| **State the term remaining** | Unknown | Address |

**List the contract number of any government contract**

| Exton | PA | 19341 |
| City | State | ZIP Code |

Country

---

**2.2510** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement and Declaration of Trust for the USW | United Steel Workers International Union AFL-CIO CLC

Name

Notice Name

60 Boulevard of the Allies

| **State the term remaining** | Unknown | Address |

**List the contract number of any government contract**

| Pittsburgh | PA | 15222 |
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2511 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement and Declaration of Trust for the USW |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

| | | |
|---|---|---|
| 2.2512 | **State what the contract or lease is for and the nature of the debtor's interest** | Collective Bargaining Agreement |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

| | | |
|---|---|---|
| 2.2513 | **State what the contract or lease is for and the nature of the debtor's interest** | Effects Bargaining Agreement |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2514 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Understanding |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies
Address

**State the term remaining**  3/31/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pittsburgh | PA | 15222 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2515 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Understanding |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies
Address

**State the term remaining**  3/31/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pittsburgh | PA | 15222 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2516 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Understanding re Regarding Article 8 |

United Steel Workers International Union AFL-CIO CLC
Name

Notice Name

60 Boulevard of the Allies
Address

**State the term remaining**  3/31/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pittsburgh | PA | 15222 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*    23-11121

| | | | |
|---|---|---|---|
| | | | Name |

**2.2517** | State what the contract or lease is for and the nature of the debtor's interest | Letter of Understanding re Shift Differential | United Steel Workers International Union AFL-CIO CLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 60 Boulevard of the Allies |
| State the term remaining | 3/31/2024 | | Address |
| | | | |
| List the contract number of any government contract | | | |
| | | | |
| | | Pittsburgh | PA | 15222 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

**2.2518** | State what the contract or lease is for and the nature of the debtor's interest | Letter of Understanding re: Employee Stock Purchase Plan | United Steel Workers International Union AFL-CIO CLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 60 Boulevard of the Allies |
| State the term remaining | 3/31/2024 | | Address |
| | | | |
| List the contract number of any government contract | | | |
| | | | |
| | | Pittsburgh | PA | 15222 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

**2.2519** | State what the contract or lease is for and the nature of the debtor's interest | Letter of Understanding re: June 1, 2022 Wage Increase | United Steel Workers International Union AFL-CIO CLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 60 Boulevard of the Allies |
| State the term remaining | 3/31/2024 | | Address |
| | | | |
| List the contract number of any government contract | | | |
| | | | |
| | | Pittsburgh | PA | 15222 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:   23-11121

| | | |
|---|---|---|
| 2.2520 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum of Agreement |
| | | United Steel Workers International Union AFL-CIO CLC |
| | | Name |
| | | Notice Name |
| | | 60 Boulevard of the Allies |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | | Pittsburgh | PA | 15222 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | |
|---|---|---|
| 2.2521 | **State what the contract or lease is for and the nature of the debtor's interest** | Community Benefits Agreement |
| | | United Steelworkers |
| | | Name |
| | | Notice Name |
| | | 1200 E. 220th St. |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | | Carson | CA | 90745-3505 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | |
|---|---|---|
| 2.2522 | **State what the contract or lease is for and the nature of the debtor's interest** | Employer-Union Participation Agreement |
| | | United Steelworkers |
| | | Name |
| | | Notice Name |
| | | 1200 E. 220th St. |
| | **State the term remaining** | Unknown |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| | | Carson | CA | 90745-3505 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):*  23-11121

| 2.2523 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms of Negotiation Pertaining to Proterra's City of Industry | | United Steelworkers |
| --- | --- | --- | --- | --- |
| | | | | Name |
| | | | | Notice Name |
| | | | | 60 Blvd. of the Allies, 9th Floor |
| | **State the term remaining** | Unknown | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Pittsburgh |
| | | | | City |

| | | | Pittsburgh | PA | 15222 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2524 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Universal Packaging |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 130 Fortis Drive |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Duncan | SC | 29334 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2525 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Professional Service Agreement | Universal Protection Services, LP |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | Eight Tower Bridge, 161 Washington Street, Suite 600 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Conshohocken | PA | 19428 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2526 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Professional Service Agreement | Universal Protection Services, LP | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Unknown | Eight Tower Bridge, 161 Washington Street, Suite 600 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Conshohocken | PA | 19428 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | |
|---|---|---|---|
| 2.2527 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Universal Technical Services |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Unknown | 1245 Woods Chapel Rd |
| | | | Address |
| | **List the contract number of any government contract** | | PO Box 765 |
| | | | Duncan | SC | 29334 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2528 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement (PUR00318127) | University of California San Diego |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | 2/16/2027 | 9500 Gilman Drive, MC 0914 |
| | | | Address |
| | **List the contract number of any government contract** | | La Jolla | CA | 92093-0914 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2529 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (343748) |

University of California, Irvine

Name

Notice Name

120 Theory, Suite 200

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92617-1050 |

Country

| | | |
|---|---|---|
| 2.2530 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (343748) |

University of California, Irvine

Name

Notice Name

120 Theory, Suite 200

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92617-1050 |

Country

| | | |
|---|---|---|
| 2.2531 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO/Reference #: 378761) |

University of California, Irvine

Name

Notice Name

120 Theory, Suite 200

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92617-1050 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*  23-11121

| 2.2532 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | University of Georgia |
| | | | Name |

Notice Name

424 E Broad Street, Room 302
Address

**State the term remaining**  Unknown

**List the contract number of**
**any government contract**

| Athens | GA | 30602 |
| City | State | ZIP Code |

Country

| 2.2533 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO/Reference No.: E1198055) | University of Georgia CAMPUS TRANSIT |
| | | | Name |

Notice Name

2505 RIVERBEND R D
Address

**State the term remaining**  Unknown

**List the contract number of**
**any government contract**

| ATHENS | GA | 30602 |
| City | State | ZIP Code |

Country

| 2.2534 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO/Reference No.: E1198055) | University of Georgia CAMPUS TRANSIT |
| | | | Name |

Notice Name

2505 RIVERBEND R D
Address

**State the term remaining**  Unknown

**List the contract number of**
**any government contract**

| ATHENS | GA | 30602 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| | | | |
|---|---|---|---|
| 2.2535 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised Purchase Order (PO/Reference No.: E1054146) | University of Georgia CAMPUS TRANSIT |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2505 RIVERBEND R D |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | ATHENS          GA          30602 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2536 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 to Contract UOFMT.142112208 (UOFMT.142112208) | University of Montana |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Business Services - Procurement Office |
| | **State the term remaining** | Unknown | Address |
| | | | Emma B. Lommasson Center |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Missoula          MT          59812-2304 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2537 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Notice to Proceed | University of Montana |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Associated Students of the University of Montana |
| | **State the term remaining** | Unknown | Address |
| | | | University Center, Suite 105 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Missoula          MT          59812 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| | | |
|---|---|---|
| 2.2538 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed - Overhead Charging Station Contract |

University of Montana
Name

Notice Name

Associated Students of the University of Montana

**State the term remaining** Unknown

Address

University Center, Suite 105

**List the contract number of any government contract**

| Missoula | MT | 59812 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2539 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three Buses and One Charging Station |

University of Montana
Name

Notice Name

University Center - Suite 105

**State the term remaining** 4/18/2026

Address

32 Campus Drive

**List the contract number of any government contract**

| Missoula | MT | 59812 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2540 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three Buses and One Charging Station |

University of Montana
Name

Notice Name

University Center - Suite 105

**State the term remaining** 4/18/2026

Address

32 Campus Drive

**List the contract number of any government contract**

| Missoula | MT | 59812 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2541 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Three Buses and One Charging Station |
| | | University of Montana |
| | | Name |
| | | |
| | | Notice Name |
| | | University Center - Suite 105 |
| | | Address |
| | **State the term remaining** | Unknown |
| | | 32 Campus Drive |
| | **List the contract number of any government contract** | |
| | | |
| | | Missoula  MT  59812 |
| | | City  State  ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.2542 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P0171911) |
| | | University of Montana |
| | | Name |
| | | |
| | | Notice Name |
| | | 32 Campus Drive |
| | | Address |
| | **State the term remaining** | Unknown |
| | | |
| | **List the contract number of any government contract** | |
| | | |
| | | Missoula  MT  59812-2304 |
| | | City  State  ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.2543 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Purchase Agreement |
| | | University of South Florida Board of Trustees |
| | | Name |
| | | |
| | | Notice Name |
| | | 4202 E Fowler Avenue |
| | | Address |
| | **State the term remaining** | 3/12/2025 |
| | | PSB 101 |
| | **List the contract number of any government contract** | |
| | | |
| | | Tampa  FL  33620 |
| | | City  State  ZIP Code |
| | | |
| | | Country |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

---

**2.2544** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO/Reference No.: P000004286)

UNIVERSITY OF SOUTH FLORIDA CENTRAL RECEIVING TAMPA CAMPUS

Name

Notice Name

4202 E FOWLER AVE, CRS100

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Tampa | FL | 33620-5050 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2545** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Acceptance Form Addendum (2451573)

University of Virginia

Name

Notice Name

190 McCormick Rd

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Charlottesville | VA | 22903 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2546** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order (PO: 2451573)

University of Virginia

Name

Notice Name

1001 Emmet St N

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Charlottesville | VA | 22903 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.2547** State what the contract or lease is for and the nature of the debtor's interest

Leave Services Administration Agreement

State the term remaining — Unknown

List the contract number of any government contract

Unum
Name

Notice Name

1 Fountain Square
Address

| Chattanooga | TN | 37402 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2548** State what the contract or lease is for and the nature of the debtor's interest

Level Administration Service Request

State the term remaining — Unknown

List the contract number of any government contract

Unum
Name

Notice Name

1 Fountain Square
Address

| Chattanooga | TN | 37402 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2549** State what the contract or lease is for and the nature of the debtor's interest

Various Purchase Orders

State the term remaining — Unknown

List the contract number of any government contract

UPS Supply Chain Solutions, Inc
Name

Notice Name

PO Box 650690
Address

| Dallas | TX | 75265-0690 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

**2.2550** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order (Change Order No. 4)

Uptima, Inc.
Name

Notice Name

651 Holiday Drive Foster Plaza 5 Suite 400
Address

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15220 |

Country

**2.2551** **State what the contract or lease is for and the nature of the debtor's interest**

Implementation of Statement of Work

Uptima, Inc.
Name

Notice Name

110 N 3rd St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Jose | CA | 95112 |

Country

**2.2552** **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Uptima, Inc.
Name

Notice Name

110 N 3rd St
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Jose | CA | 95112 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

---

**2.2553**

| State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement |
|---|---|

UQM Technologies Inc.

Name

Notice Name

4120 Specialty Place

| State the term remaining | Unknown |
|---|---|

Address

List the contract number of any government contract

| Longmont | CO | 80504 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2554**

| State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders |
|---|---|

Urban Transportation Associates

Name

Notice Name

4240 Airport Rd.

| State the term remaining | Unknown |
|---|---|

Address

Suite 212

List the contract number of any government contract

| Cincinnati | OH | 45226 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.2555**

| State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 0001 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) |
|---|---|

US General Services Administration

Name

Notice Name

1800 F Street NW Hub 3400

| State the term remaining | Unknown |
|---|---|

Address

Light Vehicles Acquisition

List the contract number of any government contract

| Washington | DC | 20405 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2556 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0002 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | US General Services Administration |

Name

Notice Name

1800 F Street NW, Wing 3200

Address

| | |
|---|---|
| **State the term remaining** | Unknown |

Light Vehicles Acquisition

| | |
|---|---|
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2557 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0003 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | US General Services Administration |

Name

Notice Name

1800 F Street NW, Wing 3200

Address

| | |
|---|---|
| **State the term remaining** | Unknown |

Light Vehicles Acquisition Support

| | |
|---|---|
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2558 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0004 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | US General Services Administration |

Name

Notice Name

1800 F Street NW, Wing 3200

Address

| | |
|---|---|
| **State the term remaining** | Unknown |

Light Vehicles Acquisition Support

| | |
|---|---|
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Washington | DC | 20405 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*   23-11121

| | | | | |
|---|---|---|---|---|
| 2.2559 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 0005 of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z; Solicitation No. 47QMCA21R0013) | US General Services Administration | |
| | | | Name | |
| | | | Notice Name | |
| | | | 1800 F Street NW, Wing 3200 | |
| | **State the term remaining** | Unknown | Address | |
| | | | Light Vehicles Acquisition Support | |
| | **List the contract number of any government contract** | | | |

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

| | | | | |
|---|---|---|---|---|
| 2.2560 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (Amendment No. 47QMCA21R0013/0003) | US General Services Administration | |
| | | | Name | |
| | | | Notice Name | |
| | | | 1800 F Street, NW Wing 3200 | |
| | **State the term remaining** | Unknown | Address | |
| | | | Light Vehicles Acquisition | |
| | **List the contract number of any government contract** | | | |

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

| | | | | |
|---|---|---|---|---|
| 2.2561 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (Amendment No. 47QMCA21R0013/0004) | US General Services Administration | |
| | | | Name | |
| | | | Notice Name | |
| | | | 1800 F Street, NW Wing 3200 | |
| | **State the term remaining** | Unknown | Address | |
| | | | Light Vehicles Acquisition Support | |
| | **List the contract number of any government contract** | | | |

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2562 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification of Contract (Amendment No. 47QMCA21R0013/0005) |

US General Services Administration

Name

Notice Name

1800 F Street, NW Wing 3200

Address

**State the term remaining** — Unknown

Light Vehicles Acquisition Support

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

| | | |
|---|---|---|
| 2.2563 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z (GS-30F-MA021); Modification No. PS-001) |

US General Services Administration

Name

Notice Name

1800 F Street NW Hub 3400

Address

**State the term remaining** — Unknown

Light Vehicles Acquisition

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

| | | |
|---|---|---|
| 2.2564 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment of Solicitation/Modification Of Contract (Contract No:. 47QMCA22D000Z (GS-30F-MA021); Modification No. PS-004) |

US General Services Administration

Name

Notice Name

1800 F Street NW Hub 3400

Address

**State the term remaining** — Unknown

Light Vehicles Acquisition

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20405 |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known):* 23-11121

| 2.2565 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | USAT Corp |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 104 S Estes Dr. |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Chapel Hill | NC | 27514 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2566 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | USDI |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2550 S. Telegraph Road |
| | State the term remaining | Unknown | Address |
| | | | Suite 240 |
| | List the contract number of any government contract | | |

| | | | Bloomfield Hills | MI | 48302 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2567 | State what the contract or lease is for and the nature of the debtor's interest | USW - High Road Training Partnership Grant Agreement | USW - Proterra Training and Apprenticeship Trust Fund |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1200 East 220th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Carson | CA | 90745 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| 2.2568 | State what the contract or lease is for and the nature of the debtor's interest | USW - High Road Training Partnership Grant Agreement | USW - Proterra Training and Apprenticeship Trust Fund |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1200 East 220th Street |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Carson          CA          90745 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.2569 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Valeo TCV, North America, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 22150 Challenger Drive |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Elkhart          IN          46514 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.2570 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement | Valimail Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1942 Broadway St. Ste. 314C |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Boulder          CO          80302 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2571 | State what the contract or lease is for and the nature of the debtor's interest | Order Form | | Valimail Inc. |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 1942 Broadway St. Ste. 314C |
| | State the term remaining | Unknown | | Address |
| | List the contract number of any government contract | | | |

| | Boulder | CO | 80302 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.2572 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | | Vallen Distribution, Inc. |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | PO Box 404753 |
| | State the term remaining | Unknown | | Address |
| | List the contract number of any government contract | | | |

| | Atlanta | GA | 30384 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| 2.2573 | State what the contract or lease is for and the nature of the debtor's interest | Form of battery lease agreement | | Valley Regional Transit |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 700 NE 2ND Street, Suite 100 |
| | State the term remaining | Unknown | | Address |
| | List the contract number of any government contract | | | |

| | Meridian | ID | 83642 |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2574 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Goods and Services Agreement (MSGA 2020-09-15) |

Valley Regional Transit

Name

Notice Name

700 NE 2nd Street, Suite 100

**State the term remaining** 9/14/2023

Address

**List the contract number of any government contract**

| Meridian | ID | 83642 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2575 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Goods and Services Agreement (MSGA 2021-05-25) |

Valley Regional Transit

Name

Notice Name

700 NE 2nd Street, Suite 100

**State the term remaining** 5/9/2024

Address

**List the contract number of any government contract**

| Meridian | ID | 83642 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2576 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 30020402-000; Project No. 23227-020-000) |

Valley Regional Transit

Name

Notice Name

700 N. E. 2nd Street, Suite 100

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Meridian | ID | 83642 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*    23-11121

**2.2577** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Valley Vista Services Inc.
Name

Notice Name

17445 E Railroad Street
Address

State the term remaining | Unknown

List the contract number of any government contract

| City of Industry | CA | 91748 |
| City | State | ZIP Code |

Country

**2.2578** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Valmont Industries Inc.
Name

Notice Name

One Valmont Plaza - 5th Floor
Address

State the term remaining | Unknown

List the contract number of any government contract

| Omaha | NE | 68154 |
| City | State | ZIP Code |

Country

**2.2579** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 To Product Supply Agreement | Van Hool NV
Name

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining | Unknown

List the contract number of any government contract

| Koningshooikt-Lier | | 2500 |
| City | State | ZIP Code |

Belgium
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.2580** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 1 to Product Supply Agreement

Van Hool NV
Name

Notice Name

Bernard Van Hoolstraat 58
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Koningshooikt-Lier | | 2500
City | State | ZIP Code

Belgium
Country

**2.2581** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 2 to Product Supply Agreement

Van Hool NV
Name

Notice Name

Bernard Van Hoolstraat 58
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Koningshooikt-Lier | | 2500
City | State | ZIP Code

Belgium
Country

**2.2582** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No. 3 to Product Supply Agreement

Van Hool NV
Name

Notice Name

Bernard Van Hoolstraat 58
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

Koningshooikt-Lier | | 2500
City | State | ZIP Code

Belgium
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2583 | State what the contract or lease is for and the nature of the debtor's interest | Product Supply Agreement | Van Hool NV |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Bernard Van Hoolstraat 58 |
| | State the term remaining | 5/15/2025 | Address |
| | List the contract number of any government contract | | |

| | | Koningshooikt-Lier | 2500 |
|---|---|---|---|
| | | City / State / ZIP Code | |
| | | Belgium | |
| | | Country | |

| 2.2584 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (16081) | Van Hool NV |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Bernard Van Hoolstraat 58 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Koningshooikt-Lier | 2500 |
|---|---|---|---|
| | | City / State / ZIP Code | |
| | | Belgium | |
| | | Country | |

| 2.2585 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (16085) | Van Hool NV |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Bernard Van Hoolstraat 58 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | Koningshooikt-Lier | 2500 |
|---|---|---|---|
| | | City / State / ZIP Code | |
| | | Belgium | |
| | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| 2.2586 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (16090) | Van Hool NV |
| | | | Name |

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining — Unknown

List the contract number of
any government contract

| Koningshooikt-Lier | | 2500 |
| City | State | ZIP Code |

Belgium
Country

| 2.2587 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Order No. L12800103) | Van Hool NV |
| | | | Name |

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining — Unknown

List the contract number of
any government contract

| Koningshooikt-Lier | | 2500 |
| City | State | ZIP Code |

Belgium
Country

| 2.2588 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Modification (Order No. L91801003) | Van Hool NV |
| | | | Name |

Notice Name

Bernard Van Hoolstraat 58
Address

State the term remaining — Unknown

List the contract number of
any government contract

| Koningshooikt-Lier | | 2500 |
| City | State | ZIP Code |

Belgium
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2589 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Vapor Bus International |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2259 Reliable Parkway |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago    IL    60686 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.2590 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | VCA North America |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 17484 N Laurel Park Drive |
| | **State the term remaining** | Unknown | Address |
| | | | Suite 200E |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Livonia    MI    48152 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.2591 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Vehicle Improvement Products, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 18881 IMMI Way |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Westfield    IN    46074 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2592 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | VenAir, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 16713 Park Centre Blvd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Miami Gardens | FL | 33017 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2593 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Ventura Inc |
| | | | Name |
| | | | Notice Name |
| | | | 160 Gibson Court |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Dallas | NC | 28034 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2594 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Parking Agreement | Verdae Properties Company, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 124 Verdae Blvd |
| | State the term remaining | Unknown | Address |
| | | | Suite 502 |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29607 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2595 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 3048) | Verdek LLC |
| | | | Name |

Notice Name

**State the term remaining** Unknown

123 Rolling Meadow Road
Address

**List the contract number of any government contract**

| Madison | CT | 06443 |
| City | State | ZIP Code |

Country

| 2.2596 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Verizon Wireless |
| | | | Name |

Notice Name

**State the term remaining** Unknown

500 Technology Drive
Address

**List the contract number of any government contract**

Suite 550

| Weldon Spring | MO | 63304 |
| City | State | ZIP Code |

Country

| 2.2597 | **State what the contract or lease is for and the nature of the debtor's interest** | On Premise Software Product Offering Terms | Vertex, Inc. |
| | | | Name |

Notice Name

2301 Renaissance Blvd
Address

**State the term remaining** Unknown

**List the contract number of any government contract**

| King of Prussia | PA | 19406 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2598 | **State what the contract or lease is for and the nature of the debtor's interest** | Vertex Master Agreement | Vertex, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2301 Renaissance Blvd |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | King of Prussia    PA    19406 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2599 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Via Colorado Boulder |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 63rd Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boulder    CO    80301 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2600 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form - Valence Platform | Via Colorado Boulder |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 63rd Street |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boulder    CO    80301 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known):* 23-11121

| 2.2601 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract Dated December 10, 2020 | Via Mobility Services |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 North 63rd Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boulder    CO    80301 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.2602 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed (NTP) | Via Mobility Services |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 North 63rd Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boulder    CO    80301 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.2603 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice to Proceed (NTP) | Via Mobility Services |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 North 63rd Rd |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boulder    CO    80301 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2604 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale of Two (2) 35-Foot Battery Electric Buses (PA-2020-001-VIA MOBILITY) | Via Mobility Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 N. 63rd Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Boulder        CO        80301 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

| 2.2605 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1284) | Via Mobility Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 N. 63rd Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Boulder        CO        80301 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

| 2.2606 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 1285) | Via Mobility Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 N. 63rd Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Boulder        CO        80301 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2607 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 191127) | Via Mobility Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2855 N 63rd Street |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Boulder    CO    80301 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2608 | **State what the contract or lease is for and the nature of the debtor's interest** | VIA Addendum No. 3 (Contract NO: 20-047) | VIA Procurement Office |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 800 W. Myrtle, Suite 203 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | San Antonio    TX    78212 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2609 | **State what the contract or lease is for and the nature of the debtor's interest** | VIA Addendum No. 4 (Contract NO: 20-047) | VIA Procurement Office |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 800 W. Myrtle, Suite 203 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | San Antonio    TX    78212 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2610 | **State what the contract or lease is for and the nature of the debtor's interest** | VIA Addendum No. 5 (Contract NO: 20-047) |

VIA Procurement Office
Name

Notice Name

800 W. Myrtle, Suite 203
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| San Antonio | TX | 78212 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2611 | **State what the contract or lease is for and the nature of the debtor's interest** | VIA Addendum No. 6 (Contract NO: 20-047) |

VIA Procurement Office
Name

Notice Name

800 W. Myrtle, Suite 203
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| San Antonio | TX | 78212 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2612 | **State what the contract or lease is for and the nature of the debtor's interest** | VIA Addendum No. 7 (Contract NO: 20-047) |

VIA Procurement Office
Name

Notice Name

800 W. Myrtle, Suite 203
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| San Antonio | TX | 78212 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| **2.2613** | **State what the contract or lease is for and the nature of the debtor's interest** | VIA Addendum No. 8 (Contract NO:. 20-047) |

VIA Procurement Office

Name

Notice Name

800 W. Myrtle, Suite 203

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| San Antonio | TX | 78212 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.2614** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO05836) |

Vicinity Motor (Bus) Corp.

Name

Notice Name

3168 262nd St.

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Aldergrove | BC | V4W 2Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

| | | |
|---|---|---|
| **2.2615** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. PO05839) |

Vicinity Motor (Bus) Corp.

Name

Notice Name

3168 262nd St.

**State the term remaining**  Unknown

Address

**List the contract number of any government contract**

| Aldergrove | BC | V4W 2Z6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2616 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05834) | Vicinity Motor (Bus) Corp. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3168 262 St. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Aldergrove | BC | V4W 2Z6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.2617 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05836) | Vicinity Motor (Bus) Corp. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3168 262 St. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Aldergrove | BC | V4W 2Z6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.2618 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05837) | Vicinity Motor (Bus) Corp. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3168 262 St. |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Aldergrove | BC | V4W 2Z6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

| | | | | |
|---|---|---|---|---|
| 2.2619 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05837) | Vicinity Motor (Bus) Corp. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 3168 262 St. | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Aldergrove | BC | V4W 2Z6 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.2620 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05838) | Vicinity Motor (Bus) Corp. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 3168 262 St. | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Aldergrove | BC | V4W 2Z6 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.2621 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05838) | Vicinity Motor (Bus) Corp. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 3168 262 St. | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Aldergrove | BC | V4W 2Z6 |
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2622 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05839) | Vicinity Motor (Bus) Corp. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 3168 262 St. | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Aldergrove | BC | V4W 2Z6 |
| | | | City | State | ZIP Code |
| | | | Canada | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2623 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order No. PO05840) | Vicinity Motor (Bus) Corp. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 3168 262 St. | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Aldergrove | BC | V4W 2Z6 |
| | | | City | State | ZIP Code |
| | | | Canada | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2624 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement (Contract No. PP-2021-VMC-01) | Vicinity Motor Corporation | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 3168, 262, Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Aldegrove | BC | V4W 2Z6 |
| | | | City | State | ZIP Code |
| | | | Canada | |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2625 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work P05312023 - Oracle E-Business Suite – Optimization Assessment |

Vigilant Technologies LLC

Name

Notice Name

1050 Wilshire Drive, Suite 307

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Troy | MI | 48084 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2626 | **State what the contract or lease is for and the nature of the debtor's interest** | Vintage Parts, Inc. Parts Purchase Agreement |

Vintage Parts

Name

Notice Name

Vintage Parts, Inc.

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Beaver Dam | WI | 53916-3116 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2627 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E25041) |

Virginia Beach City Public Schools

Name

Notice Name

1677 Harpers Road

Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

| Virginia Beach | VA | 23454 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| 2.2628 | State what the contract or lease is for and the nature of the debtor's interest | Data License Agreement | Viriciti LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 112 W Stone Ave, Suite B |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Greenville | SC | 29609 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2629 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Vishay Measurements Group, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 951 Wendell Blvd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Wendell | NC | 27591 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2630 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Vision Service Plan Insurance Company |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 742788 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Los Angeles | CA | 90074 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2631 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 to Development Agreement Dated March 4, 2021 | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 124 City Road |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |
| | | | London — EC1V 2NX |
| | | | City / State / ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.2632 | State what the contract or lease is for and the nature of the debtor's interest | AMD 1 to Product Supply Agreement Dated November 15, 2021 | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | The Office, Willowfield Court |
| | State the term remaining | Unknown | Address |
| | | | Highfield Road |
| | List the contract number of any government contract | | |
| | | | Bushey — WD23 2HD |
| | | | City / State / ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.2633 | State what the contract or lease is for and the nature of the debtor's interest | AMD 3 to Product Supply Agreement Dated September 20, 2022 | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | The Office, Willowfield Court |
| | State the term remaining | Unknown | Address |
| | | | Highfield Road |
| | List the contract number of any government contract | | |
| | | | Bushey — WD23 2HD |
| | | | City / State / ZIP Code |
| | | | United Kingdom |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2634 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Agreement | Volta Trucks Ltd |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | The Office, Willowfield Court |
| **State the term remaining** | | Unknown | Address |
| | | | Highfield Road |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | Bushey | | WD23 2HD |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.2635 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement (Contract No. PP-2021-Volta-01) | Volta Trucks Ltd |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 152-160 City Road |
| **State the term remaining** | | 11/14/2024 | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | London | | EC1V 2NX |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.2636 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P11002) | Volta Trucks Ltd |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Regus-Winners Triangle Wharfdale Road, Building 220 |
| **State the term remaining** | | Unknown | Address |
| | | | |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | Wokingham | | RG41 5TP |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

**2.2637** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P11003)

Volta Trucks Ltd
Name

Notice Name

State the term remaining | Unknown

Regus-Winners Triangle Wharfdale Road, Building 220
Address

List the contract number of any government contract

Wokingham | RG41 5TP
City | State | ZIP Code

United Kingdom
Country

**2.2638** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P11413)

Volta Trucks Ltd
Name

Notice Name

State the term remaining | Unknown

Regus-Winners Triangle Wharfdale Road, Building 220
Address

List the contract number of any government contract

Wokingham | RG41 5TP
City | State | ZIP Code

United Kingdom
Country

**2.2639** State what the contract or lease is for and the nature of the debtor's interest

Purchase Order (P11413)

Volta Trucks Ltd
Name

Notice Name

State the term remaining | Unknown

Regus-Winners Triangle Wharfdale Road, Building 220
Address

List the contract number of any government contract

Wokingham | RG41 5TP
City | State | ZIP Code

United Kingdom
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2640 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P12039) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

| | State the term remaining | Unknown | Regus-Winners Triangle Wharfdale Road, Building 220 |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Wokingham | RG41 5TP |
|---|---|---|---|

City                State          ZIP Code

United Kingdom
Country

| 2.2641 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P12346) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

| | State the term remaining | Unknown | Regus-Winners Triangle Wharfdale Road, Building 220 |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | Wokingham | RG41 5TP |
|---|---|---|---|

City                State          ZIP Code

United Kingdom
Country

| 2.2642 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (P13024 23CW24) | Volta Trucks Ltd |
|---|---|---|---|

Name

Notice Name

| | State the term remaining | Unknown | 124 City Road |
|---|---|---|---|

Address

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | London | EC1V 2NX |
|---|---|---|---|

City                State          ZIP Code

United Kingdom
Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2643 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P13024 23CW26) |

Volta Trucks Ltd
Name

Notice Name

124 City Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

London — EC1V 2NX
City — State — ZIP Code

United Kingdom
Country

| | | |
|---|---|---|
| 2.2644 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P13024) |

Volta Trucks Ltd
Name

Notice Name

124 City Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

London — EC1V 2NX
City — State — ZIP Code

United Kingdom
Country

| | | |
|---|---|---|
| 2.2645 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P13488) |

Volta Trucks Ltd
Name

Notice Name

124 City Road
Address

**State the term remaining** — Unknown

**List the contract number of any government contract**

London — EC1V 2NX
City — State — ZIP Code

United Kingdom
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2646 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P13801) |
| | | |

Volta Trucks Ltd
Name

Notice Name

124 City Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| London | | EC1V 2NX |
| City | State | ZIP Code |

United Kingdom
Country

| | | |
|---|---|---|
| 2.2647 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P14128) |

Volta Trucks Ltd
Name

Notice Name

124 City Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| London | | EC1V 2NX |
| City | State | ZIP Code |

United Kingdom
Country

| | | |
|---|---|---|
| 2.2648 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P15494) |

Volta Trucks Ltd
Name

Notice Name

124 City Road
Address

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| London | | EC1V 2NX |
| City | State | ZIP Code |

United Kingdom
Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2649 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (P15803) | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 124 City Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | London | EC1V 2NX |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.2650 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-1032) | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 152-160 City Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | London | EC1V 2NX |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

| 2.2651 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-1076) | Volta Trucks Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 152-160 City Road |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | London | EC1V 2NX |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| **2.2652** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-1302) |

Volta Trucks Ltd
_____
Name

_____
Notice Name

152-160 City Road
_____
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| London | | EC1V 2NX |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| **2.2653** | **State what the contract or lease is for and the nature of the debtor's interest** | Side Letter to the Component Supply Agreement between Volta Trucks Limited and the Supplier |

Volta Trucks Ltd
_____
Name

_____
Notice Name

124 City Road
_____
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| London | | EC1V 2NX |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| **2.2654** | **State what the contract or lease is for and the nature of the debtor's interest** | Software-as-a-Service Agreement |

Voltaiq, Inc
_____
Name

_____
Notice Name

2020 Milvia Street, Suite #400
_____
Address

**State the term remaining**     Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| Berkeley | CA | 94704 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*:  23-11121

**2.2655 State what the contract or lease is for and the nature of the debtor's interest**

Software-as-a-Service Agreement

Voltaiq, Inc

Name

Notice Name

108 E. 4th St#2

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| New York | NY | 10003 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2656 State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

Vomela Speciality Company Inc

Name

Notice Name

34 Ellwood Ct.

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Greenville | SC | 29607 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2657 State what the contract or lease is for and the nature of the debtor's interest**

Various Purchase Orders

VOSS Automotive, Inc.

Name

Notice Name

4640 Hillegas Road

Address

**State the term remaining**  Unknown

**List the contract number of any government contract**

| Fort Wayne | IN | 46818 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | | |
|---|---|---|---|
| 2.2658 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | V-Soft Consulting Group, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 101 Bullitt Lane, Suite 205 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| | | Louisville | KY | 40222 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.2659 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | V-Soft Consulting Group, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 101 Bullitt Lane, Suite 205 |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| | | Louisville | KY | 40222 |
| | | City | State | ZIP Code |
| | | Country | | |

| | | | |
|---|---|---|---|
| 2.2660 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011008) | VT Concrete Construction |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5200 A Wade Hampton Boulevard |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| | | Taylors | SC | 29687 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2661 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Vulcan Safety Shoes, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4745 Hugh Howell Road |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Tucker | GA | 30084 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.2662 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | W&B Technology Ltd. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | FLAT/RM 803 |
| | State the term remaining | Unknown | Address |
| | | | CHEVALIER HOUSE |
| | List the contract number of any government contract | | 45-51 CHATHAM ROAD SOUTH |
| | | | |
| | | | TSIM SHA TSUI | KOWLOON | |
| | | | City | State | ZIP Code |
| | | | Hong Kong |
| | | | Country |

| 2.2663 | State what the contract or lease is for and the nature of the debtor's interest | Affidavit and Agreement (PO No. 22011029) | W.N. Kirkland, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 5425 |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Spartanburg | SC | 29304 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2664 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (PO No. 22011002) | Walker & Whiteside Inc.<br>Name |
| | | | Notice Name |
| | | | 10 RAMSEUR CT |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| GREENVILLE | SC | 29601 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2665 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No 1 to Equipment Lease Agreement | Wanxiang Sterling Stetson Owner LLC<br>Name |
| | | | Notice Name |
| | | | 150 North Riverside Plaza, Suite 1810 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Chicago | IL | 60606 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2666 | **State what the contract or lease is for and the nature of the debtor's interest** | State Cooperative Purchasing Schedule Master Contract | Washington Dept. of Enterprise Services<br>Name |
| | | | Notice Name |
| | | | PO Box 41411 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Olympia | WA | 98504-1411 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2667 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Buses | Washington University |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Brookings Drive, North Brookings Hall, suite 126 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | St. Louis | MO | 63130 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2668 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Contract No. 06719-01 Transit Buses | Washington, Department of Enterprise Services |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 41411 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | Olympia | WA | 98504-1411 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2669 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to Contract No. 06719-01 Transit Buses | Washington, Department of Enterprise Services |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 41411 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | |

| | | | Olympia | WA | 98504-1411 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2670 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Waste Management of South Carolina, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 390 Innovation Way |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Wellford | SC | 29385 |

| Wellford | SC | 29385 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2671 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Watson Engineering |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1350 Shiloh Church Rd. |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| Piedmont | SC | 29673 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.2672 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Transit Buses and Charging Stations (Contract No. 2050207) | Wayne County Airport Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11050 Rogell Drive #602 Detroit Metropolitan Wayne County Airport |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| Detroit | MI | 48242 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2673 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 20205234-00) | Wayne County Airport Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11050 Rogell Drive #602 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Detroit | MI | 48242-1144 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2674 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 20220581-00) | Wayne County Airport Authority |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11050 Rogell Drive #602 |
| | **State the term remaining** | 12/31/2022 | Address |
| | **List the contract number of any government contract** | | |

| | | | Detroit | MI | 48242-1144 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2675 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO Number E24937) | Waynesboro City Public Schools |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 301 Pine Ave |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |

| | | | Waynesboro | VA | 22980 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2676 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO # E32914) | Waynesboro Public Schools |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 301 Pine Ave |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Waynesboro / VA / 22980 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2677 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Waytek Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2440 Galpin Ct |
| | **State the term remaining** | Unknown | Address |
| | | | PO BOX 690 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Chanhassen / MN / 55317 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2678 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Purchase Chargers for Electric Vehicles | WeDriveU, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 700 Airport Blvd., suite 250 |
| | **State the term remaining** | Unknown | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Burlingame / CA / 94010 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number (if known): 23-11121

| 2.2679 | State what the contract or lease is for and the nature of the debtor's interest | Charging Infrastructure Design/Build Agreement | WeDriveU, Inc. |
| | | | Name |

Notice Name

700 Airport Blvd., suite 250
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Burlingame | CA | 94010 |
| City | State | ZIP Code |

Country

| 2.2680 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Order #: 2296013-04) | Wellington Power Corporation |
| | | | Name |

Notice Name

177 Thorn Hill Road
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Warrendale | PA | 15086 |
| City | State | ZIP Code |

Country

| 2.2681 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | WESCO Distribution, Inc. |
| | | | Name |

Notice Name

225 West Station Square Dr, Suite #700
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Pittsburgh | PA | 15219 |
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2682 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

Wes-Garde Components Group, Inc.

Name

Notice Name

2820 Drane Field Road

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Lakeland | FL | 33811 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2683 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO No. 11961) |

West Coast Manufacturing

Name

Notice Name

383 Cheryl Lane

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| City of Industry | CA | 91789 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2684 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |

West Marine Products

Name

Notice Name

PO Box 50060

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Watsonville | CA | 95077-5060 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| | | Name | |

| 2.2685 | State what the contract or lease is for and the nature of the debtor's interest | Western Renewable Energy Generation Information System (WREGIS) Assignment of Registration Rights | Western Renewable Energy Generation Information System |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 155 North 400 West, Suite 200 |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Salt Lake City  UT  84103 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| 2.2686 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | WHEEL-CHECK |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 161 Bayview Heights Dr |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Toronto  ON  M4G 2Y7 |
| | | | City  State  ZIP Code |
| | | | Canada |
| | | | Country |

| 2.2687 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (PO Number E26146) | Williamsburg-James City County Public Schools |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 597 Jolly Pond Road |
| | State the term remaining | Unknown | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Williamsburg  VA  23188 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number (if known): 23-11121

| | | |
|---|---|---|
| 2.2688 | **State what the contract or lease is for and the nature of the debtor's interest** | Framework Software License Agreement | Wind River Systems, Inc. |

Name

Notice Name

500 Wind River Way

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Alameda | CA | 94500 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2689 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | WINDRUNNER INC. DBA AXSOMART |

Name

Notice Name

44 South Fairfield Rd

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Greenville | SC | 29605 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2690 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | Wisesorbent Technology LLC |

Name

Notice Name

11 E. Stow Rd

**State the term remaining** Unknown

Address

**List the contract number of any government contract**

| Marlton | NJ | 09053 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number (if known): 23-11121

| 2.2691 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 1 to the Purchase and Sale of Buses and Charging Station (Contract No. 001) | Worcester Regional Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 287 Grove St #2 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Worcester    MA    01605 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.2692 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 2 to the Purchase and Sale of Buses and Charging Station (Contract No. 001) | Worcester Regional Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 287 Grove St #2 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Worcester    MA    01605 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.2693 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 3 to the Purchase and Sale of Buses and Charging Station (Contract No. 001) | Worcester Regional Transit Authority |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 287 Grove St #2 |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | Worcester    MA    01605 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | | |
|---|---|---|---|---|
| 2.2694 | **State what the contract or lease is for and the nature of the debtor's interest** | AMD 4 to the Purchase and Sale of Buses and Charging Station (Contract No. 001) | Worcester Regional Transit Authority | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 287 Grove St #2 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Worcester | MA | 01605 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2695 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Agreement (1) | Worcester Regional Transit Authority | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 287 Grove St #2 | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Worcester | MA | 01605 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.2696 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (Purchase Order #: 1733) | Worcester Regional Transit Authority | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 60 Foster Street | |
| | **State the term remaining** | Unknown | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Worcester | MA | 01608 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*:  23-11121

| | | |
|---|---|---|
| 2.2697 | **State what the contract or lease is for and the nature of the debtor's interest** | Order (050823-15151) |

Workiva Inc.
Name

Notice Name

2900 University Blvd
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Ames | IA | 50010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2698 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work (120222-11685) |

Workiva Inc.
Name

Notice Name

2900 University Blvd
Address

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Ames | IA | 50010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2699 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |

Workwell Occupational Health
Name

Notice Name

135 Commonwealth Dr
Address

Suite 120

**State the term remaining**   Unknown

**List the contract number of any government contract**

| Greenville | SC | 29615 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| 2.2700 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | WR Rocky I, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | DBA Precision Metal Manufacturing, LLC |
| | State the term remaining | Unknown | Address |
| | | | 11060 Irma Drive. |
| | List the contract number of any government contract | | |

| | | | Northglenn | CO | 80233 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.2701 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Wujin Lijia Kun Hao Machine Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | West Road #10 |
| | State the term remaining | Unknown | Address |
| | | | Wujin Lijia |
| | List the contract number of any government contract | | |

| | | | Changzhou | Jiangsu | |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | China | | |
| | | | Country | | |

| 2.2702 | State what the contract or lease is for and the nature of the debtor's interest | Various Purchase Orders | Wurth Electronics ICS Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1982 Byers Rd |
| | State the term remaining | Unknown | Address |
| | List the contract number of any government contract | | |

| | | | Miamisburg | OH | 45342 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| | | |
|---|---|---|
| 2.2703 | **State what the contract or lease is for and the nature of the debtor's interest** | Testing Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Xalt Energy, LLC
Name

Notice Name

2700 S. Saginaw Road
Address

| Midland | MI | 48640 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2704 | **State what the contract or lease is for and the nature of the debtor's interest** | Testing Agreement |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Xalt Energy, LLC
Name

Notice Name

2700 S. Saginaw Road
Address

| Midland | MI | 48640 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.2705 | **State what the contract or lease is for and the nature of the debtor's interest** | Short Form Agreement - Aurora Public Schools |
| | | |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Xcel Energy
Name

Notice Name

1800 Larimer Street
Address

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Proterra Operating Company, Inc.
_____
Name

Case number *(if known)*: 23-11121
_____

| | | |
|---|---|---|
| **2.2706** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Xometry, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 7951 Cessna Avenue |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Gaithersburg | MD | 20879 |

Country

| | | |
|---|---|---|
| **2.2707** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order (PO-7428760) |
| | | Yale University |
| | | Name |
| | | |
| | | Notice Name |
| | | PO Box 208228 |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| New Haven | CT | 06520 |

Country

| | | |
|---|---|---|
| **2.2708** | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | Young Office Environments, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 1280 Ridge Road |
| **State the term remaining** | Unknown | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Greenville | SC | 29607-4626 |

Country

Debtor: Proterra Operating Company, Inc.

Name

Case number *(if known)*: 23-11121

| 2.2709 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders | ZAPI Inc |
|---|---|---|---|

Name

Notice Name

**State the term remaining** — Unknown

3157 State Street

Address

**List the contract number of any government contract**

| | | Blacksburg | VA | 24060 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.2710 | **State what the contract or lease is for and the nature of the debtor's interest** | Affidavit and Agreement (Purchase Order No. 22011013) | Zefco Industrial Flooring, Inc. |
|---|---|---|---|

Name

Notice Name

**State the term remaining** — Unknown

112 Murdock Rd

Address

**List the contract number of any government contract**

| | | Belton | SC | 29627 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.2711 | **State what the contract or lease is for and the nature of the debtor's interest** | Statewide Contract (1-19-23-17C) | Zero-Emisison Transit Buses |
|---|---|---|---|

Name

Notice Name

**State the term remaining** — 12/15/2023

707 Third Street, 2nd Floor

Address

**List the contract number of any government contract**

| | | West Sacramento | CA | 95605 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Proterra Operating Company, Inc.

Case number *(if known)*: 23-11121

Name

| | | |
|---|---|---|
| 2.2712 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement |
| | | **State the term remaining** 6/5/2024 |
| | | **List the contract number of any government contract** |

ZF Friedrichshafen AG
Name

Notice Name

Lowentaler Strabe 20
Address

| Friedrichshafen | | 88046 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

| | | |
|---|---|---|
| 2.2713 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

ZF Industries -Gainesville LLC
Name

Notice Name

PO Box 5826
Address

| Carol Stream | IL | 60197-5826 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.2714 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Purchase Orders |
| | | **State the term remaining** Unknown |
| | | **List the contract number of any government contract** |

ZF Services North America LLC
Name

Notice Name

777 Hickory Hill Drive
Address

| Vernon Hills | IL | 60061 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Proterra Operating Company, Inc.
Name

Case number *(if known)*: 23-11121

| | | | |
|---|---|---|---|
| 2.2715 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (Order Form Number: Q1974679) | Zoom Video Communications, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 55 Almaden Blvd, 6th floor |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | San Jose / CA / 95113 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2716 | **State what the contract or lease is for and the nature of the debtor's interest** | Zoom Video Communications Master Subscription Agreement | Zoom Video Communications, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 55 Almaden Blvd, 6th floor |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | San Jose / CA / 95113 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.2717 | **State what the contract or lease is for and the nature of the debtor's interest** | Zoom Video Communications Master Subscription Agreement | Zoom Video Communications, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 55 Almaden Blvd, 6th floor |
| | **State the term remaining** | Unknown | Address |
| | **List the contract number of any government contract** | | |
| | | | San Jose / CA / 95113 |
| | | | City / State / ZIP Code |
| | | | Country |

**Fill in this information to identify the case:**

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-11121 (BLS)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable to a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D |
| | _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | _____ _____ _____ City   State   ZIP Code | | |
| | _____ Country | | |

Fill in this information to identify the case:

Debtor Name: In re : Proterra Operating Company, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 23-11121 (BLS)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/06/2023                    ✖ / s / David Black
             MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                              David Black
                                              Printed name

                                              Chief Financial Officer
                                              Position or relationship to debtor

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 3 Attachment
Checking, savings, money market, or financial brokerage accounts

| Line Number | Name of institution (bank or brokerage firm) | Type of account | Account number (last 4 digits) | Current value of debtor's interest |
|---|---|---|---|---|
| 3.01 | Bank of America, N.A. | Zero Balance Account | 0548 | $0.00 |
| 3.02 | Bank of America, N.A. | Cash Sweep Account | 0802 | $0.00 |
| 3.03 | Bank of America, N.A. | Zero Balance Account | 0807 | $0.00 |
| 3.04 | Bank of America, N.A. | Zero Balance Account | 2116 | $0.00 |
| 3.05 | Bank of America, N.A. | Concentration Account | 5378 | $6,811,050.42 |
| 3.06 | Merrill Lynch | Working Capital Management Account | 3373 | $130,956,592.53 |
| 3.07 | Morgan Stanley | Investment Account | 0833 | $0.00 |
| 3.08 | Silicon Valley Bank | Money Market Account | 2469 | $0.00 |
| 3.09 | Silicon Valley Bank | Cash Collateral Account | 7619 | $131,470.00 |
| 3.10 | Silicon Valley Bank | Operating Account | 8094 | $0.00 |
| | | | TOTAL: | $137,899,112.95 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 7 Attachment
Deposits, including security deposits and utility deposits

| Line Number | Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|---|
| 7.01 | Lease Deposit | Burlingame Facilities | $32,680.00 |
| 7.02 | Lease Deposit | City of Industry Facilities | $108,119.48 |
| 7.03 | Lease Deposit | Electrolux Home Products, Inc. | $30,000.00 |
| 7.04 | Lease Deposit | First Industrial, LP | $200,000.00 |
| 7.05 | Lease Deposit | Fresh Water Systems Inc. | $6,000.00 |
| 7.06 | Lease Deposit | G&T Properties | $36,497.00 |
| 7.07 | Lease Deposit | San Bernardino International Airport Authority | $16,248.00 |
| 7.08 | Other Deposit | Asian Metal Corp | $5,080.00 |
| 7.09 | Other Deposit | BenchPro Inc | $5,732.40 |
| 7.10 | Other Deposit | Beuth Verlag GmbH | $745.48 |
| 7.11 | Other Deposit | Caster Concepts Inc. | $9,693.61 |
| 7.12 | Other Deposit | China Yexing Auto Part Limited | $22,700.00 |
| 7.13 | Other Deposit | Composites Canada | $226.00 |
| 7.14 | Other Deposit | Curtiss Wright Controls, Integrated Sensing Inc. | $434.56 |
| 7.15 | Other Deposit | Hans Information Co. | $10,226.00 |
| 7.16 | Other Deposit | Heisener Electronics Limited | $24,160.00 |
| 7.17 | Other Deposit | Hioki USA Corporation | $550.00 |
| 7.18 | Other Deposit | iba America, LLC | $5,135.00 |
| 7.19 | Other Deposit | International Parking and Mobility Institute | $9,230.58 |
| 7.20 | Other Deposit | JLL | $75,320.00 |
| 7.21 | Other Deposit | Lenze-Schmidhauser | $23,040.00 |
| 7.22 | Other Deposit | LG Energy Solution, LTD. | $10,000,000.00 |
| 7.23 | Other Deposit | Lift-U (Hogan Manufacturing) | $60,291.00 |
| 7.24 | Other Deposit | Martins Industries | $1,672.96 |
| 7.25 | Other Deposit | Mercy High School - Burlingame | $2,000.00 |
| 7.26 | Other Deposit | Munich Electrification | $6,446,490.47 |
| 7.27 | Other Deposit | N.F. Smith & Associates, L.P. | $1,005.00 |
| 7.28 | Other Deposit | Neware Technology Limited | $29,940.00 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 7 Attachment
Deposits, including security deposits and utility deposits

| Line Number | Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|---|
| 7.29 | Other Deposit | Ningbo Xusheng Auto Technology Co., Ltd. | $574,615.38 |
| 7.30 | Other Deposit | Ningbo Xusheng Group Co., Ltd. | $444,484.84 |
| 7.31 | Other Deposit | Ningbo Yexing Automotive Part Co.,  Ltd. | $59,950.00 |
| 7.32 | Other Deposit | PackIQ | $8,954.89 |
| 7.33 | Other Deposit | Panasonic Industrial Device Sales Company of America | $2,363.18 |
| 7.34 | Other Deposit | PNC Equipment Finance | $25,000.00 |
| 7.35 | Other Deposit | Pod Office | $17,600.00 |
| 7.36 | Other Deposit | Power Electronics USA | $218,251.93 |
| 7.37 | Other Deposit | Precisionworks MFG LLC | $467,895.65 |
| 7.38 | Other Deposit | RFID Canada, Inc. | $1,354.12 |
| 7.39 | Other Deposit | Schultz Controls, Inc. | $21,338.87 |
| 7.40 | Other Deposit | Seica | $372,900.00 |
| 7.41 | Other Deposit | Shenzhen BAK Power Battery Co.,Ltd | $47,985.00 |
| 7.42 | Other Deposit | Tech-Sonic Inc | $27,700.00 |
| 7.43 | Other Deposit | TTI, Inc | $8,498.52 |
| 7.44 | Other Deposit | Uni-Vue Inc | $1,175.00 |
| 7.45 | Other Deposit | Vapor Bus International | $299,360.00 |
| 7.46 | Other Deposit | Vector North America Inc. | $157,129.30 |
| 7.47 | Other Deposit | XT-Shenzhen Zhenrong Era Supply Chain Management Co. Ltd | $7,989.00 |
| 7.48 | Utility Deposit | PGE | $1,579.00 |
| | | TOTAL: | $19,929,342.22 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 8 Attachment
Prepayments

| Line Number | Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|---|
| 8.001 | Prepaid Expenses | A2MAC1 LLC | $39,583.31 |
| 8.002 | Prepaid Expenses | Almon, Inc. | $5,716.65 |
| 8.003 | Prepaid Expenses | Altium Inc. | $10,763.89 |
| 8.004 | Prepaid Expenses | American Society for Engineering Education | $1,041.77 |
| 8.005 | Prepaid Expenses | Aqua Security Software, Inc. | $40,488.85 |
| 8.006 | Prepaid Expenses | Aryaka Networks, Inc. | $499.94 |
| 8.007 | Prepaid Expenses | Asana, Inc. | $4,498.21 |
| 8.008 | Prepaid Expenses | BidPrime Inc | $5,075.02 |
| 8.009 | Prepaid Expenses | Boomi Inc | $65,329.39 |
| 8.010 | Prepaid Expenses | Box, Inc. | $72,054.27 |
| 8.011 | Prepaid Expenses | ChargePoint | $333.83 |
| 8.012 | Prepaid Expenses | CharIN e.V. | $4,491.59 |
| 8.013 | Prepaid Expenses | Cirrus Link Solutions LLC | $3,074.00 |
| 8.014 | Prepaid Expenses | Cision US Inc | $583.26 |
| 8.015 | Prepaid Expenses | Citrix Systems Inc. | $6,480.06 |
| 8.016 | Prepaid Expenses | City of Greenville | $46,510.20 |
| 8.017 | Prepaid Expenses | City of Greer | $40,836.91 |
| 8.018 | Prepaid Expenses | Cloudflare, Inc | $8,087.04 |
| 8.019 | Prepaid Expenses | Cognex Corporation | $41,810.84 |
| 8.020 | Prepaid Expenses | COING, Inc | $13,186.24 |
| 8.021 | Prepaid Expenses | CrowdStrike, Inc | $13,746.30 |
| 8.022 | Prepaid Expenses | Cushman & Wakefiled U.S., Inc | $10,745.00 |
| 8.023 | Prepaid Expenses | DET Prepaid Sublease Commission | $6,588.74 |
| 8.024 | Prepaid Expenses | DigiCert, Inc. | $30,213.75 |
| 8.025 | Prepaid Expenses | DocuSign, Inc. | $242.00 |
| 8.026 | Prepaid Expenses | Druva, Inc. | $22,440.00 |
| 8.027 | Prepaid Expenses | Envoy Inc | $10,056.23 |
| 8.028 | Prepaid Expenses | EP Executive Press | $4,312.50 |
| 8.029 | Prepaid Expenses | ETRADE Financial Corporate Services, Inc. | $35,000.00 |
| 8.030 | Prepaid Expenses | Excel4apps, Inc. | $9,071.93 |
| 8.031 | Prepaid Expenses | Figma, Inc | $720.00 |
| 8.032 | Prepaid Expenses | Frame.Io, Inc. | $4,166.69 |
| 8.033 | Prepaid Expenses | Freeman | $825.40 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 8 Attachment
Prepayments

| Line Number | Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|---|
| 8.034 | Prepaid Expenses | Gamma Technologies LLC | $80,783.30 |
| 8.035 | Prepaid Expenses | Gartner, Inc. | $85,200.00 |
| 8.036 | Prepaid Expenses | Gexpro Services | $73,908.96 |
| 8.037 | Prepaid Expenses | GitHub, Inc. | $13,067.95 |
| 8.038 | Prepaid Expenses | GitLab, Inc. | $13,145.87 |
| 8.039 | Prepaid Expenses | Greater Raleigh Chamber of Commerce | $150.00 |
| 8.040 | Prepaid Expenses | GuidePoint Security LLC | $14,072.18 |
| 8.041 | Prepaid Expenses | Gurobi Optimization, LLC | $2,400.00 |
| 8.042 | Prepaid Expenses | Hexagon Manufacturing Intelligence, Inc | $29,562.33 |
| 8.043 | Prepaid Expenses | HighByte, Inc. | $14,583.34 |
| 8.044 | Prepaid Expenses | iba America, LLC | $10,270.00 |
| 8.045 | Prepaid Expenses | Inceptra | $166,896.38 |
| 8.046 | Prepaid Expenses | Inductive Automation, LLC | $4,155.52 |
| 8.047 | Prepaid Expenses | Insight Direct USA, Inc. | $620.00 |
| 8.048 | Prepaid Expenses | InterVision Systems LLC | $206,144.19 |
| 8.049 | Prepaid Expenses | Intrado Digital Media, LLC | $4,500.00 |
| 8.050 | Prepaid Expenses | Intralinks | $29,624.99 |
| 8.051 | Prepaid Expenses | Intuilab Inc. | $1,782.00 |
| 8.052 | Prepaid Expenses | Jama Software Inc. | $46,532.07 |
| 8.053 | Prepaid Expenses | Keysight Technologies, Inc. | $70,280.00 |
| 8.054 | Prepaid Expenses | KnowBe4, Inc. | $21,255.28 |
| 8.055 | Prepaid Property Tax | LA County Tax Expense | $222,927.51 |
| 8.056 | Prepaid Property Tax | LA County Tax Expense - Expense Accrual | $18,174.96 |
| 8.057 | Prepaid Expenses | Le Nouveau Palace S.A. | $2,563.99 |
| 8.058 | Prepaid Expenses | Lease Poplar | $51,398.74 |
| 8.059 | Prepaid Expenses | Linkedin Corporation | $81,306.21 |
| 8.060 | Prepaid Expenses | Loftware Inc. | $22,045.83 |
| 8.061 | Prepaid Expenses | LogicGate, Inc. | $53,500.08 |
| 8.062 | Prepaid Expenses | Loopio Inc. | $4,720.00 |
| 8.063 | Prepaid Expenses | Lot Network Inc. | $8,333.32 |
| 8.064 | Prepaid Expenses | MaintainX, Inc | $2,388.62 |
| 8.065 | Prepaid Expenses | MangoApps Inc. | $13,636.37 |
| 8.066 | Prepaid Expenses | Mathworks Inc., The | $51,470.91 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 8 Attachment
Prepayments

| Line Number | Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|---|
| 8.067 | Prepaid Expenses | Microsoft Corporation | $71,028.59 |
| 8.068 | Prepaid Expenses | Mimecast North America Inc | $29,325.00 |
| 8.069 | Prepaid Expenses | Minitab, LLC | $50,760.00 |
| 8.070 | Prepaid Expenses | Miscellaneous FX impact from PSI Partners & other aged non amortized items | $645,887.63 |
| 8.071 | Prepaid Expenses | Nasdaq, Inc | $86,750.02 |
| 8.072 | Prepaid Expenses | National Instruments Corporation | $4,394.51 |
| 8.073 | Prepaid Expenses | National Safety Council | $325.93 |
| 8.074 | Prepaid Expenses | Navex Global Inc. | $20,368.98 |
| 8.075 | Prepaid Expenses | Navisite LLC | $24,206.00 |
| 8.076 | Prepaid Expenses | NoMuda VisualFactory Inc. | $74,918.05 |
| 8.077 | Prepaid Expenses | Okta, Inc. | $74,797.86 |
| 8.078 | Prepaid Expenses | Optimized Financial Planning LLC | $2,948.57 |
| 8.079 | Prepaid Expenses | Optiv Security, Inc. | $26,919.35 |
| 8.080 | Prepaid Expenses | Oracle America, Inc. | $80,651.72 |
| 8.081 | Prepaid Expenses | Peak Technologies, Inc. | $55,666.52 |
| 8.082 | Prepaid Expenses | Peak-Ryzex, Inc. | $6,215.09 |
| 8.083 | Prepaid Expenses | PI Innovo, LLC | $10,748.14 |
| 8.084 | Prepaid Expenses | PRAXIS Technology Escrow, LLC | $10,450.00 |
| 8.085 | Prepaid Expenses | Premier Wireless Solutions | $378.00 |
| 8.086 | Prepaid Expenses | PTC INC. | $262,134.85 |
| 8.087 | Prepaid Expenses | PublicRelay, Inc. | $12,016.00 |
| 8.088 | Prepaid Expenses | Q4 Inc | $40,213.26 |
| 8.089 | Prepaid Expenses | Razorleaf Corporation | $2,500.00 |
| 8.090 | Prepaid Expenses | SAE International | $3,346.40 |
| 8.091 | Prepaid Expenses | SailPoint Technologies, Inc | $18,560.74 |
| 8.092 | Prepaid Expenses | Salesforce, Inc | $236,710.14 |
| 8.093 | Prepaid Expenses | ScreenCloud Inc. | $3,120.00 |
| 8.094 | Prepaid Expenses | Service Max, Inc. | $117,858.55 |
| 8.095 | Prepaid Expenses | ServiceNow Inc. | $78,000.00 |
| 8.096 | Prepaid Expenses | Sibros Technologies Inc | $17,506.06 |
| 8.097 | Prepaid Expenses | Siemens Industry Software Inc. | $16,794.00 |
| 8.098 | Prepaid Expenses | Sitetracker Inc | $10,110.00 |
| 8.099 | Prepaid Expenses | Smartsheet Inc. | $81,748.35 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 8 Attachment
Prepayments

| Line Number | Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|---|
| 8.100 | Prepaid Expenses | Snap-on Incorporated | $5,625.00 |
| 8.101 | Prepaid Expenses | Softchoice Corporation | $191,358.61 |
| 8.102 | Prepaid Expenses | Solarwinds, Inc. | $4,791.75 |
| 8.103 | Prepaid Expenses | Speedgoat GmbH | $1,541.75 |
| 8.104 | Prepaid Expenses | Speedgoat Inc. | $13.70 |
| 8.105 | Prepaid Expenses | SPS Commerce, Inc. | $7,725.44 |
| 8.106 | Prepaid Expenses | Swiftly, Inc. | $81,248.98 |
| 8.107 | Prepaid Expenses | The Ultimate Software Group, Inc. | $43,073.57 |
| 8.108 | Prepaid Expenses | Truiem, Inc. | $29,178.28 |
| 8.109 | Prepaid Expenses | Trundl Inc | $23,279.14 |
| 8.110 | Prepaid Expenses | Uplogix, Inc. | $2,979.84 |
| 8.111 | Prepaid Expenses | Valimail Inc. | $6,250.00 |
| 8.112 | Prepaid Insurance | Various Holders | $10,352,994.86 |
| 8.113 | Prepaid Expenses | Various Holders - Employee Advances | $3,593.03 |
| 8.114 | Prepaid Expenses | Vertex, Inc. | $8,309.32 |
| 8.115 | Prepaid Expenses | ViriCiti | $51,076.40 |
| 8.116 | Prepaid Expenses | ViriCiti LLC | $13,850.00 |
| 8.117 | Prepaid Expenses | Voltaiq, Inc. | $21,666.70 |
| 8.118 | Prepaid Bonding | Willis Insurance Services of California, Inc. - PB00438200020 | $1,032.33 |
| 8.119 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - 22C0023NM | $750.00 |
| 8.120 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - 800018814 | $45,789.98 |
| 8.121 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - 800018815 | $23,972.08 |
| 8.122 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - PB00438200013 | $965.81 |
| 8.123 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - PB00438200024 | $7,590.53 |
| 8.124 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - PB02182000051 | $3,760.00 |
| 8.125 | Prepaid Bonding | Willis Towers Watson Insurance Services West, Inc. - PB02182000052 | $10,017.00 |
| 8.126 | Prepaid Expenses | Wind River Sales Co., Inc. | $5,940.00 |
| 8.127 | Prepaid Expenses | Workiva Inc. | $113,897.26 |
| 8.128 | Prepaid Expenses | Zoho Corporation | $1,972.50 |
| 8.129 | Prepaid Expenses | Zoom Video Communications, Inc. | $82,200.67 |
| 8.130 | Prepaid Tax | Various Holders - Goods and Services Tax & Harmonized Sales Tax | $135,688.06 |
| | | **TOTAL:** | **$15,439,465.61** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 19 Attachment
Raw materials

| Line Number | General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19.01 | Raw Materials stored at Greenville location (1 Whitlee Ct, Greenville SC 29607) | 12/31/2022 | $41,960,829.14 | FIFO | $41,960,829.14 |
| 19.02 | Raw Materials stored at Los Angeles location (383 Cheryl Lane, City of Industry, CA 91789) | 12/31/2022 | $942,173.56 | FIFO | $942,173.56 |
| 19.03 | Raw Materials stored at Burlingame location (1815 Rollins Rd, Burlingame, CA 94010) | 12/31/2022 | $44,547,049.37 | Standard Cost | $44,547,049.37 |
| 19.04 | Raw Materials stored at Greer location (1605 Poplar Drive Ext, Greer, SC 29651) | 12/31/2022 | $116,165,297.72 | Standard Cost | $116,165,297.72 |
| 19.05 | Raw Materials stored at offsite warehouse (2299 Ridge Road, Greenville SC 29607) | 12/31/2022 | $19,543,334.91 | FIFO | $19,543,334.91 |
| 19.06 | Raw Materials stored at offsite warehouse (2299 Ridge Road, Greenville SC 29607) | 12/31/2022 | $7,717,593.05 | Standard Cost | $7,717,593.05 |
| | | TOTAL: | $230,876,277.75 | TOTAL: | $230,876,277.75 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 20 Attachment
Work in progress

| Line Number | General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 20.01 | Work In Progress stored at Greenville location (1 Whitlee Ct, Greenville SC 29607) | 12/31/2022 | $33,709,697.38 | FIFO | $33,709,697.38 |
| 20.02 | Work In Progress stored at Los Angeles location (383 Cheryl Lane, City of Industry, CA 91789) | 12/31/2022 | $212,082.96 | FIFO | $212,082.96 |
| 20.03 | Work In Progress stored at Burlingame location (1815 Rollins Rd, Burlingame, CA 94010) | 12/31/2022 | $2,320,650.40 | Standard Cost | $2,320,650.40 |
| 20.04 | Work In Progress stored at Greer location (1605 Poplar Drive Ext, Greer, SC 29651) | 12/31/2022 | $2,583,319.91 | Standard Cost | $2,583,319.91 |
| | | | **TOTAL: $38,825,750.65** | **TOTAL:** | **$38,825,750.65** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 21 Attachment
Finished goods, including goods held for resale

| Line Number | General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 21.01 | Finished Goods stored at Greenville location (1 Whitlee Ct, Greenville SC 29607) | 12/31/2022 | $3,564,803.09 | | $3,564,803.09 |
| 21.02 | Finished Goods stored at Los Angeles location (383 Cheryl Lane, City of Industry, CA 91789) | 12/31/2022 | $3,525,074.10 | FIFO | $3,525,074.10 |
| 21.03 | Finished Goods stored at Burlingame location (1815 Rollins Rd, Burlingame, CA 94010) | 12/31/2022 | $4,068,706.12 | Standard Cost | $4,068,706.12 |
| 21.04 | Finished Goods stored at Greer location (1605 Poplar Drive Ext, Greer, SC 29651) | 12/31/2022 | $898,700.79 | Standard Cost | $898,700.79 |
| 21.05 | Finished Goods stored at offsite warehouse (2299 Ridge Road, Greenville SC 29607) | 12/31/2022 | $68,444.26 | Standard Cost | $68,444.26 |
| | | TOTAL: | $12,125,728.36 | TOTAL: | $12,125,728.36 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 47 Attachment
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Line Number | Year | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47.01 | 35 Heron PreProd1 | $319,909.93 | Net Book Value | $319,909.93 |
| 47.02 | 40 Ton Detachable Gooseneck Bus Hauler | $44,001.40 | Net Book Value | $44,001.40 |
| 47.03 | 4Post 1 Eng Bus | $142,273.94 | Net Book Value | $142,273.94 |
| 47.04 | DETE2 1 Demo Bus | $512,433.35 | Net Book Value | $512,433.35 |
| 47.05 | DETE2 2 Demo Bus | $510,870.33 | Net Book Value | $510,870.33 |
| 47.06 | Edmonton 1 0 Pilot | $247,752.66 | Net Book Value | $247,752.66 |
| 47.07 | Edmonton Rental 2 | $167,250.93 | Net Book Value | $167,250.93 |
| 47.08 | Eng 35' Bus 53843 | $376,162.26 | Net Book Value | $376,162.26 |
| 47.09 | Heron Test Bus 1 | $279,848.89 | Net Book Value | $279,848.89 |
| 47.10 | Santa Cruz Demo 1 0 | $368,724.63 | Net Book Value | $368,724.63 |
| 47.11 | Validation Bus SCVTA | $36,469.66 | Net Book Value | $36,469.66 |
| 47.12 | Vehicle Lease: Penske Truck Leasing Co. L.P. | Undetermined | | Undetermined |
| 47.13 | Vehicle Lease: Regional Idealease of Rochester, LLC | Undetermined | | Undetermined |
| | TOTAL: | **$3,005,697.98** | TOTAL: | **$3,005,697.98** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 55 Attachment
Real property

| Line Number | Description of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.01 | Facility Lease: 1 Whitlee Court, Greenville, SC | Operating Lease | Undetermined | | Undetermined |
| 55.02 | Facility Lease: 1605 Poplar Drive Ext, Greer, SC | Operating Lease | Undetermined | | Undetermined |
| 55.03 | Facility Lease: 1700 Old Grove Road, Piedmont, SC | Operating Lease | Undetermined | | Undetermined |
| 55.04 | Facility Lease: 1815 Rollins Road, Burlingame, CA | Operating Lease | Undetermined | | Undetermined |
| 55.05 | Facility Lease: 1835 Rollins Road, Burlingame, CA | Operating Lease | Undetermined | | Undetermined |
| 55.06 | Facility Lease: 23 Broderick Road, Burlingame, CA | Operating Lease | Undetermined | | Undetermined |
| 55.07 | Facility Lease: 249 S. Leland Norton Way (Building 759, Suite 1A), San Bernardino, CA | Operating Lease | Undetermined | | Undetermined |
| 55.08 | Facility Lease: 2791 Research Drive, Rochester, MI | Operating Lease | Undetermined | | Undetermined |
| 55.09 | Facility Lease: 28 Global Drive, Greenville, SC | Operating Lease | Undetermined | | Undetermined |
| 55.10 | Facility Lease: 3020 Coronado Drive, Santa Clara, CA | Operating Lease | Undetermined | | Undetermined |
| 55.11 | Facility Lease: 381 S. Brea Canyon Road, Walnut, CA | Operating Lease | Undetermined | | Undetermined |
| 55.12 | Facility Lease: 383 Cheryl Lane, City of Industry, CA | Operating Lease | Undetermined | | Undetermined |
| 55.13 | Facility Lease: 393 Cheryl Lane, City of Industry, CA | Operating Lease | Undetermined | | Undetermined |
| 55.14 | Facility Lease: 5 Hercules Way, Greenville, SC | Operating Lease | Undetermined | | Undetermined |
| 55.15 | Facility Lease: Altoona Test Track, Duncansville, PA | Operating Lease | Undetermined | | Undetermined |
| 55.16 | Facility Lease: Harvey Rd and Poplar Drive, Greer, SC | Operating Lease | Undetermined | | Undetermined |
| 55.17 | Facility Lease: Laurens Road and Market Place Drive, Greenville, SC | Operating Lease | Undetermined | | Undetermined |
| 55.18 | Facility Lease: One Parkway South, Laurens, SC | Operating Lease | Undetermined | | Undetermined |
| 55.19 | Leasehold Improvements - Various Locations | Leasehold Improvements | $20,152,085.54 | Net Book Value | $20,152,085.54 |
| | | **TOTAL:** | **$20,152,085.54** | **TOTAL:** | **$20,152,085.54** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.001 | Acceleration Control For An Electric Vehicle, Application # 14/498,422, Status - Granted, Patent # 9096135 | Undetermined | | Undetermined |
| 60.002 | Balancing Energy In A Parallelized Battery System, Application # 16/169,594, Status - Granted, Patent # 10744899 | Undetermined | | Undetermined |
| 60.003 | Battery Cassette, Application # 17/031,973, Status - Granted, Patent # 11569543 | Undetermined | | Undetermined |
| 60.004 | Battery Cassette, Application # 18/149,329, Status - Pending | Undetermined | | Undetermined |
| 60.005 | Battery Cassette, Application # 20197936.6, Status - Pending | Undetermined | | Undetermined |
| 60.006 | Battery Cassette, Application # 3118260, Status - Pending | Undetermined | | Undetermined |
| 60.007 | Battery Cassette, Application # 42021037306, Status - Pending | Undetermined | | Undetermined |
| 60.008 | Battery System Cooling, Application # 14/788,249, Status - Granted, Patent # 9905893 | Undetermined | | Undetermined |
| 60.009 | Battery System Cooling, Application # 15/869,705, Status - Granted, Patent # 10998587 | Undetermined | | Undetermined |
| 60.010 | Battery System Of An Electric Vehicle, Application # 15/341,401, Status - Granted, Patent # 10272758 | Undetermined | | Undetermined |
| 60.011 | Battery System Of An Electric Vehicle, Application # 16/354,653, Status - Granted, Patent # 10647189 | Undetermined | | Undetermined |
| 60.012 | Battery System Of An Electric Vehicle, Application # 16/847,917, Status - Granted, Patent # 11440392 | Undetermined | | Undetermined |
| 60.013 | Battery System Of An Electric Vehicle, Application # 17/015,647, Status - Pending | Undetermined | | Undetermined |
| 60.014 | Battery System Of An Electric Vehicle, Application # 17/817,302, Status - Pending | Undetermined | | Undetermined |
| 60.015 | Battery System Of An Electric Vehicle, Application # 17197629.3, Status - Granted, Patent # 3318443 | Undetermined | | Undetermined |
| 60.016 | Battery System Of An Electric Vehicle, Application # 20194903.9, Status - Pending | Undetermined | | Undetermined |
| 60.017 | Battery System Of An Electric Vehicle, Application # 2983327, Status - Pending | Undetermined | | Undetermined |
| 60.018 | Battery System Of An Electric Vehicle, Application # 3092216, Status - Pending | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.019 | Battery System Of An Electric Vehicle, Application # 42021037307, Status - Pending | Undetermined | | Undetermined |
| 60.020 | Battery System, Application # 17/806,989, Status - Pending | Undetermined | | Undetermined |
| 60.021 | Battery Vent System, Application # 16/713,042, Status - Granted, Patent # 11374284 | Undetermined | | Undetermined |
| 60.022 | Battery Vent System, Application # 17/664,291, Status - Pending | Undetermined | | Undetermined |
| 60.023 | Battery Vent System, Application # 20212919.3, Status - Pending | Undetermined | | Undetermined |
| 60.024 | Bus, Application # 29/368,987, Status - Granted, Patent # D642092 | Undetermined | | Undetermined |
| 60.025 | Charge Head Landing Switch, Application # 14/980,697, Status - Granted, Patent # 9809122 | Undetermined | | Undetermined |
| 60.026 | Charging Of A Fleet Of Electric Vehicles, Application # 14/309,560, Status - Granted, Patent # 10017068 | Undetermined | | Undetermined |
| 60.027 | Charging Of A Fleet Of Electric Vehicles, Application # 15172411.9, Status - Granted, Patent # 2957450 | Undetermined | | Undetermined |
| 60.028 | Charging Of A Fleet Of Electric Vehicles, Application # 21202093.7, Status - Pending | Undetermined | | Undetermined |
| 60.029 | Charging Of An Electric Vehicle Fleet, Application # 16/005,156, Status - Granted, Patent # 10946763 | Undetermined | | Undetermined |
| 60.030 | Charging Of Electric Vehicles, Application # 13/518,847, Status - Granted, Patent # 9352658 | Undetermined | | Undetermined |
| 60.031 | Charging Stations For Electric Vehicles, Application # 12/496,569, Status - Granted, Patent # 8324858 | Undetermined | | Undetermined |
| 60.032 | Charging Stations For Electric Vehicles, Application # 16/266,175, Status - Granted, Patent # 10518656 | Undetermined | | Undetermined |
| 60.033 | Charging Stations For Electric Vehicles, Application # 16191966.7, Status - Granted, Patent # 3141417 | Undetermined | | Undetermined |
| 60.034 | Charging Stations For Electric Vehicles, Application # 2009266952, Status - Granted, Patent # 2009266952 | Undetermined | | Undetermined |
| 60.035 | Charging Stations For Electric Vehicles, Application # 210178, Status - Granted, Patent # 210178 | Undetermined | | Undetermined |
| 60.036 | Charging Stations For Electric Vehicles, Application # 2729356, Status - Granted, Patent # 2729356 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.037 | Charging Stations For Electric Vehicles, Application # 2785516, Status - Granted, Patent # 2785516 | Undetermined | | Undetermined |
| 60.038 | Charging Stations For Electric Vehicles, Application # 9774471.8, Status - Granted, Patent # 2296933 | Undetermined | | Undetermined |
| 60.039 | Charging Stations For Electric Vehicles, Application # MX/a/2010/014551, Status - Granted, Patent # 298780 | Undetermined | | Undetermined |
| 60.040 | Charging Stations For Electric Vehicles, Application # MX/a/2012/005077, Status - Granted, Patent # 315272 | Undetermined | | Undetermined |
| 60.041 | Charging Stations For Electric Vehicles, Application # MX/a/2012/007381, Status - Granted, Patent # 317386 | Undetermined | | Undetermined |
| 60.042 | Charging System For An Electric Vehicle, Application # 16/205,825, Status - Granted, Patent # 10906413 | Undetermined | | Undetermined |
| 60.043 | Charging System For Electric Vehicles, Application # 16/817,813, Status - Granted, Patent # 11554683 | Undetermined | | Undetermined |
| 60.044 | Charging System For Electric Vehicles, Application # 18/145,940, Status - Pending | Undetermined | | Undetermined |
| 60.045 | Charging System For Electric Vehicles, Application # 3074829, Status - Pending | Undetermined | | Undetermined |
| 60.046 | Charging Systems For Electric Vehicles, Application # 14/449,842, Status - Granted, Patent # 9446672 | Undetermined | | Undetermined |
| 60.047 | Charging Systems For Electric Vehicles, Application # 15/244,277, Status - Granted, Patent # 10112498 | Undetermined | | Undetermined |
| 60.048 | Charging Systems For Electric Vehicles, Application # 15/485,385, Status - Granted, Patent # 9908435 | Undetermined | | Undetermined |
| 60.049 | Charging Systems For Electric Vehicles, Application # 17/661,680, Status - Pending | Undetermined | | Undetermined |
| 60.050 | Composite Battery Pack Wall With Mica Inner Layer, Application # 18/052,272, Status - Pending | Undetermined | | Undetermined |
| 60.051 | Controlling Electric Vehicle Operation Based On Inclination, Application # 14/755,981, Status - Granted, Patent # 9321355 | Undetermined | | Undetermined |
| 60.052 | Controlling The Powertrain Of A Vehicle, Application # 15/727,221, Status - Granted, Patent # 10272899 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.053 | Controlling The Powertrain Of A Vehicle, Application # 16/153,329, Status - Granted, Patent # 10933879 | Undetermined | | Undetermined |
| 60.054 | Controlling The Powertrain Of A Vehicle, Application # 16/354,586, Status - Granted, Patent # 10538231 | Undetermined | | Undetermined |
| 60.055 | Controlling The Powertrain Of A Vehicle, Application # 3019673, Status - Pending | Undetermined | | Undetermined |
| 60.056 | Coolant Manifold For Battery Pack, Application # 63/376,091, Status - Pending | Undetermined | | Undetermined |
| 60.057 | Depot Charging Of An Electric Vehicle Fleet, Application # 16/753,647, Status - Granted, Patent # 11351879 | Undetermined | | Undetermined |
| 60.058 | Depot Charging Of An Electric Vehicle Fleet, Application # 17/660,803, Status - Pending | Undetermined | | Undetermined |
| 60.059 | Depot Charging Of An Electric Vehicle Fleet, Application # 18797228.6, Status - Pending | Undetermined | | Undetermined |
| 60.060 | Depot Charging Of An Electric Vehicle Fleet, Application # 3078598, Status - Pending | Undetermined | | Undetermined |
| 60.061 | Determining Vehicle Position Using Rfid, Application # 14/755,738, Status - Granted, Patent # 9315111 | Undetermined | | Undetermined |
| 60.062 | Efficiency Optimization Of Multi-Motor Electric Vehicles, Application # 15/656,037, Status - Granted, Patent # 11639114 | Undetermined | | Undetermined |
| 60.063 | Efficiency Optimization Of Multi-Motor Electric Vehicles, Application # 18181986.3, Status - Pending | Undetermined | | Undetermined |
| 60.064 | Electric Bus, Application # 16/601,801, Status - Granted, Patent # 11285795 | Undetermined | | Undetermined |
| 60.065 | Electric Bus, Application # 17/651,542, Status - Pending | Undetermined | | Undetermined |
| 60.066 | Electric Motor Control By Torque Perturbation, Application # 15/188,757, Status - Granted, Patent # 9764658 | Undetermined | | Undetermined |
| 60.067 | Electric Vehicle Charging By Adjusting Charger Current, Application # 14/564,378, Status - Granted, Patent # 9321366 | Undetermined | | Undetermined |
| 60.068 | Electric Vehicle Charging By Adjusting Charger Current, Application # 15/705,920, Status - Granted, Patent # 11027624 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.069 | Electric Vehicle Charging Interface, Application # 14/442,200, Status - Granted, Patent # 9925887 | Undetermined | | Undetermined |
| 60.070 | Electric Vehicle Charging Interface, Application # 14/670,027, Status - Granted, Patent # 10377251 | Undetermined | | Undetermined |
| 60.071 | Electric Vehicle Charging Interface, Application # 15/890,534, Status - Granted, Patent # 10696174 | Undetermined | | Undetermined |
| 60.072 | Electric Vehicle Charging To Reduce Utility Cost, Application # 14/985,126, Status - Granted, Patent # 11214157 | Undetermined | | Undetermined |
| 60.073 | Electric Vehicle Charging To Reduce Utility Cost, Application # 17/534,827, Status - Pending | Undetermined | | Undetermined |
| 60.074 | Electric Vehicle Charging To Reduce Utility Cost, Application # 2952372, Status - Pending | Undetermined | | Undetermined |
| 60.075 | Electric Vehicle Powertrain, Application # 16/353,244, Status - Granted, Patent # 10690234 | Undetermined | | Undetermined |
| 60.076 | Electric Vehicle Powertrain, Application # 3074310, Status - Pending | Undetermined | | Undetermined |
| 60.077 | Electric Vehicles And Charging Stations, Application # 15/145,280, Status - Granted, Patent # 10232724 | Undetermined | | Undetermined |
| 60.078 | Electric Vehicles And Charging Stations, Application # 16/691,695, Status - Granted, Patent # 10875411 | Undetermined | | Undetermined |
| 60.079 | Electric Vehicles And Charging Stations, Application # 17/103,639, Status - Granted, Patent # 11453299 | Undetermined | | Undetermined |
| 60.080 | Electric Vehicles And Charging Stations, Application # 17/822,128, Status - Pending | Undetermined | | Undetermined |
| 60.081 | Energy Control Mechanisms For An Electric Vehicle, Application # 14/675,200, Status - Granted, Patent # 9352635 | Undetermined | | Undetermined |
| 60.082 | Harnessing Heat During Electric Vehicle Charging, Application # 14/661,060, Status - Granted, Patent # 9260025 | Undetermined | | Undetermined |
| 60.083 | Heated Charging Interface Of Electric Vehicle, Application # 14/788,060, Status - Granted, Patent # 9321364 | Undetermined | | Undetermined |
| 60.084 | Limiting Voltage Spikes During Electric Vehicle Charging, Application # 15/699,405, Status - Granted, Patent # 11545844 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.085 | Locating An Electric Vehicle At A Charging Station, Application # 17/492,054, Status - Pending | Undetermined | | Undetermined |
| 60.086 | Locating An Electric Vehicle In A Charging Station, Application # 16/228,918, Status - Granted, Patent # 11148541 | Undetermined | | Undetermined |
| 60.087 | Low-Floor Electric Bus, Application # 13/887,135, Status - Granted, Patent # 9252417 | Undetermined | | Undetermined |
| 60.088 | Low-Floor Electric Bus, Application # 14/992,900, Status - Granted, Patent # 9680139 | Undetermined | | Undetermined |
| 60.089 | Low-Floor Electric Vehicle, Application # 15/589,170, Status - Granted, Patent # 10505164 | Undetermined | | Undetermined |
| 60.090 | Mediator System And Method For Controlling A Charging Control Network, Application # 16/806,048, Status - Granted, Patent # 11225158 | Undetermined | | Undetermined |
| 60.091 | Method Of Docking An Electric Vehicle For Charging, Application # 14/980,672, Status - Granted, Patent # 9878637 | Undetermined | | Undetermined |
| 60.092 | Method Of Docking An Electric Vehicle For Charging, Application # 15/231,992, Status - Granted, Patent # 9987939 | Undetermined | | Undetermined |
| 60.093 | Method Of Docking An Electric Vehicle For Charging, Application # 16206520.5, Status - Granted, Patent # 3187363 | Undetermined | | Undetermined |
| 60.094 | Methods And Systems For Charging Vehicles, Application # 13/678,493, Status - Granted, Patent # 8829853 | Undetermined | | Undetermined |
| 60.095 | Methods For Electric Bus Charging To Increase Battery Life, Application # 13/825,531, Status - Granted, Patent # 9496735 | Undetermined | | Undetermined |
| 60.096 | Multi Protocol Charge Ports, Application # 15/227,163, Status - Granted, Patent # 9669719 | Undetermined | | Undetermined |
| 60.097 | Multi Protocol Charge Ports, Application # 17170709.4, Status - Pending | Undetermined | | Undetermined |
| 60.098 | Multi Protocol Charge Ports, Application # 2966747, Status - Granted, Patent # 2966747 | Undetermined | | Undetermined |
| 60.099 | Multi-Protocol Charge Port For An Electric Bus, Application # 15/589,281, Status - Granted, Patent # 10442301 | Undetermined | | Undetermined |
| 60.100 | Overcurrent Protection For Battery Systems, Application # 15/955,052, Status - Granted, Patent # 10811869 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.101 | Overcurrent Protection For Battery Systems, Application # 19164104.2, Status - Granted, Patent # 3557712 | Undetermined | | Undetermined |
| 60.102 | Overcurrent Protection For Battery Systems, Application # 3037545, Status - Pending | Undetermined | | Undetermined |
| 60.103 | Overhead Charging Systems For Electric Vehicles, Application # 16/149,919, Status - Granted, Patent # 11345245 | Undetermined | | Undetermined |
| 60.104 | Positioning System For Electric Charging, Application # 15/088,359, Status - Granted, Patent # 9550428 | Undetermined | | Undetermined |
| 60.105 | Side-Facing Vehicle Charging Systems, Application # 14/420,872, Status - Granted, Patent # 9718367 | Undetermined | | Undetermined |
| 60.106 | Spring Loaded Brush Carrier, Application # 14/984,468, Status - Granted, Patent # 9522603 | Undetermined | | Undetermined |
| 60.107 | State Of Charge Determination, Application # 14/755,891, Status - Granted, Patent # 9423465 | Undetermined | | Undetermined |
| 60.108 | Steering Control Mechanisms For An Electric Vehicle, Application # 14/671,296, Status - Granted, Patent # 9302702 | Undetermined | | Undetermined |
| 60.109 | System And Method For A Conductive Charging System, Application # 18/066,211, Status - Pending | Undetermined | | Undetermined |
| 60.110 | System And Method To Assist In Vehicle Positioning, Application # 14/671,163, Status - Granted, Patent # 9776520 | Undetermined | | Undetermined |
| 60.111 | System And Method With A Direct Current To Direct Current (Dc/ Dc) Pre-Charger, Application # 17/729,544, Status - Pending | Undetermined | | Undetermined |
| 60.112 | System And Method With A Direct Current To Direct Current (Dc/ Dc) Pre-Charger, Application # PCT/US2023/66226, Status - Pending | Undetermined | | Undetermined |
| 60.113 | System And Method With A Direct Current To Direct Current (Dc/Dc) Converter, Application # 17/529,596, Status - Pending | Undetermined | | Undetermined |
| 60.114 | Systems And Method For Management Of Electric Vehicle Supply Equipment, Application # 17/546,513, Status - Pending | Undetermined | | Undetermined |
| 60.115 | Systems And Method For Management Of Electric Vehicle Supply Equipment, Application # 21159428.8, Status - Pending | Undetermined | | Undetermined |
| 60.116 | Systems And Method For Management Of Electric Vehicle Supply Equipment, Application # 3109780, Status - Pending | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.117 | Systems And Methods For Charging An Electric Vehicle At A Charging Station, Application # 15/144,406, Status - Granted, Patent # 9764653 | Undetermined | | Undetermined |
| 60.118 | Systems And Methods For Charging An Electric Vehicle At A Charging Station, Application # 15/694,421, Status - Granted, Patent # 9975444 | Undetermined | | Undetermined |
| 60.119 | Systems And Methods For Charging An Electric Vehicle At A Charging Station, Application # 15/958,165, Status - Granted, Patent # 10384553 | Undetermined | | Undetermined |
| 60.120 | Systems And Methods For Charging An Electric Vehicle At A Charging Station, Application # 16/502,123, Status - Granted, Patent # 10723231 | Undetermined | | Undetermined |
| 60.121 | Systems And Methods For Charging An Electric Vehicle At A Charging Station, Application # 16/907,766, Status - Granted, Patent # 11247568 | Undetermined | | Undetermined |
| 60.122 | Systems And Methods For Charging An Electric Vehicle At A Charging Station, Application # 17/569,252, Status - Pending | Undetermined | | Undetermined |
| 60.123 | Systems And Methods For Aligning Vehicle Charging Mechanisms With Infrastructure, Application # 18/063,254, Status - Pending | Undetermined | | Undetermined |
| 60.124 | Systems And Methods For Automatic Connection And Charging Of An Electric Vehicle At A Charging Station, Application # 11777906.6, Status - Granted, Patent # 2564486 | Undetermined | | Undetermined |
| 60.125 | Systems And Methods For Automatic Connection And Charging Of An Electric Vehicle At A Charging Station, Application # 13/643,541, Status - Granted, Patent # 9365128 | Undetermined | | Undetermined |
| 60.126 | Systems And Methods For Automatic Connection And Charging Of An Electric Vehicle At A Charging Station, Application # 201180026409.5, Status - Granted, Patent # ZL201180026409.5 | Undetermined | | Undetermined |
| 60.127 | Systems And Methods For Automatic Connection And Charging Of An Electric Vehicle At A Charging Station, Application # 2797575, Status - Granted, Patent # 2797575 | Undetermined | | Undetermined |
| 60.128 | Systems And Methods For Battery Life Maximization Under Fixed-Route Applications, Application # 12840270.8, Status - Granted, Patent # 2766216 | Undetermined | | Undetermined |
| 60.129 | Systems And Methods For Battery Life Maximization Under Fixed-Route Applications, Application # 14/249,175, Status - Granted, Patent # 8975866 | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.130 | Systems And Methods For Battery Life Maximization Under Fixed-Route Applications, Application # 2851503, Status - Granted, Patent # 2851503 | Undetermined | | Undetermined |
| 60.131 | Systems And Methods For Battery Management, Application # 11822290, Status - Granted, Patent # 2612395 | Undetermined | | Undetermined |
| 60.132 | Systems And Methods For Battery Management, Application # 13/193,278, Status - Granted, Patent # 9496730 | Undetermined | | Undetermined |
| 60.133 | Systems And Methods For Battery Management, Application # 201180051252.1, Status - Granted, Patent # 201180051252.1 | Undetermined | | Undetermined |
| 60.134 | Systems And Methods For Battery Management, Application # MX/a/2013/002538, Status - Granted, Patent # 324330 | Undetermined | | Undetermined |
| 60.135 | Systems And Methods For Enabling Fast Charging Of An Electric Vehicle At A Charging Station, Application # 13855153.6, Status - Granted, Patent # 2920022 | Undetermined | | Undetermined |
| 60.136 | Systems And Methods For Enabling Fast Charging Of An Electric Vehicle At A Charging Station, Application # 17200683.5, Status - Granted, Patent # 3299212 | Undetermined | | Undetermined |
| 60.137 | Systems And Methods For Enabling Fast Charging Of An Electric Vehicle At A Charging Station, Application # 2890753, Status - Granted, Patent # 2890753 | Undetermined | | Undetermined |
| 60.138 | Systems And Methods For Managing Multiple Vehicle Cabin Heat Sources And Multiple Controllers, Application # 17/820,971, Status - Pending | Undetermined | | Undetermined |
| 60.139 | Systems And Methods For Mounting Objects To A Structure, Application # 14/701,880, Status - Granted, Patent # 10125799 | Undetermined | | Undetermined |
| 60.140 | Systems And Methods For Mounting Objects To A Structure, Application # 16167678.8, Status - Granted, Patent # 3088750 | Undetermined | | Undetermined |
| 60.141 | Temperature Management Systems And Methods For Electric Vehicle, Application # 16/429,222, Status - Granted, Patent # 11214115 | Undetermined | | Undetermined |
| 60.142 | Temperature Management Systems And Methods For Electric Vehicle, Application # 17/537,268, Status - Pending | Undetermined | | Undetermined |
| 60.143 | Temperature Management Systems And Methods For Electric Vehicle, Application # 3081652, Status - Pending | Undetermined | | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 60 Attachment
Patents, copyrights, trademarks, and trade secrets

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.144 | Thermal Event Detection And Management System For An Electric Vehicle, Application # 15/925,964, Status - Granted, Patent # 10658714 | Undetermined | | Undetermined |
| 60.145 | Thermal Event Management System For An Electric Vehicle, Application # 15/372,000, Status - Granted, Patent # 9954259 | Undetermined | | Undetermined |
| 60.146 | Thermal Event Management System For An Electric Vehicle, Application # 2985451, Status - Pending | Undetermined | | Undetermined |
| 60.147 | Transmission Control System For An Electric Vehicle, Application # 14/179,388, Status - Granted, Patent # 8827867 | Undetermined | | Undetermined |
| 60.148 | Vehicle Battery Systems And Methods, Application # 12/459,074, Status - Granted, Patent # 8453773 | Undetermined | | Undetermined |
| 60.149 | Vehicle Battery Systems And Methods, Application # 15183066.8, Status - Granted, Patent # 3017986 | Undetermined | | Undetermined |
| 60.150 | Vehicle Battery Systems And Methods, Application # 2009261982, Status - Granted, Patent # 2009261982 | Undetermined | | Undetermined |
| 60.151 | Vehicle Battery Systems And Methods, Application # 2728679, Status - Granted, Patent # 2728679 | Undetermined | | Undetermined |
| 60.152 | Vehicle Battery Systems And Methods, Application # 9771205.3, Status - Granted, Patent # 2307218 | Undetermined | | Undetermined |
| 60.153 | Vehicle Battery Systems And Methods, Application # MX/a/2010/014560, Status - Granted, Patent # 318588 | Undetermined | | Undetermined |
| 60.154 | Window Gasket For A Vehicle, Application # 14/661,033, Status - Granted, Patent # 9296286 | Undetermined | | Undetermined |
| | TOTAL: | **Undetermined** | TOTAL: | **Undetermined** |

**In re: Proterra Operating Company, Inc,**
**Case No. 23-11121**
Schedule A/B 61 Attachment
Internet domain names and websites

| Line Number | Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 61.01 | caforcleantransport.org | Undetermined | | Undetermined |
| 61.02 | calzev.org | Undetermined | | Undetermined |
| 61.03 | connected.proterra.com | Undetermined | | Undetermined |
| 61.04 | diag.proterra.com | Undetermined | | Undetermined |
| 61.05 | ir.proterra.com | Undetermined | | Undetermined |
| 61.06 | myproterrafleet.com | Undetermined | | Undetermined |
| 61.07 | proterra.com | Undetermined | | Undetermined |
| 61.08 | proterra.io | Undetermined | | Undetermined |
| 61.09 | proterrafleet.com | Undetermined | | Undetermined |
| 61.10 | proterraplm.com | Undetermined | | Undetermined |
| 61.11 | suppliers.proterra.com | Undetermined | | Undetermined |
| | | **TOTAL: Undetermined** | **TOTAL:** | **Undetermined** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.001 | NOL - Colorado Department of Revenue | 2018 | Undetermined |
| 72.002 | NOL - Colorado Department of Revenue | 2019 | Undetermined |
| 72.003 | NOL - Colorado Department of Revenue | 2020 | Undetermined |
| 72.004 | NOL - Colorado Department of Revenue | 2021 | Undetermined |
| 72.005 | NOL - Colorado Department of Revenue | 2022 | Undetermined |
| 72.006 | NOL - Delaware Division of Revenue | 2018 | Undetermined |
| 72.007 | NOL - Delaware Division of Revenue | 2019 | Undetermined |
| 72.008 | NOL - Delaware Division of Revenue | 2020 | Undetermined |
| 72.009 | NOL - Delaware Division of Revenue | 2021 | Undetermined |
| 72.010 | NOL - Delaware Division of Revenue | 2022 | Undetermined |
| 72.011 | NOL - Florida Department of Revenue | 2012 | Undetermined |
| 72.012 | NOL - Florida Department of Revenue | 2013 | Undetermined |
| 72.013 | NOL - Florida Department of Revenue | 2014 | Undetermined |
| 72.014 | NOL - Florida Department of Revenue | 2015 | Undetermined |
| 72.015 | NOL - Florida Department of Revenue | 2016 | Undetermined |
| 72.016 | NOL - Florida Department of Revenue | 2017 | Undetermined |
| 72.017 | NOL - Florida Department of Revenue | 2018 | Undetermined |
| 72.018 | NOL - Florida Department of Revenue | 2019 | Undetermined |
| 72.019 | NOL - Florida Department of Revenue | 2020 | Undetermined |
| 72.020 | NOL - Florida Department of Revenue | 2021 | Undetermined |
| 72.021 | NOL - Florida Department of Revenue | 2022 | Undetermined |
| 72.022 | NOL - Georgia Department of Revenue | 2019 | Undetermined |
| 72.023 | NOL - Georgia Department of Revenue | 2020 | Undetermined |
| 72.024 | NOL - Georgia Department of Revenue | 2021 | Undetermined |
| 72.025 | NOL - Georgia Department of Revenue | 2022 | Undetermined |
| 72.026 | NOL - Indiana Department of Revenue | 2020 | Undetermined |
| 72.027 | NOL - Indiana Department of Revenue | 2021 | Undetermined |
| 72.028 | NOL - Indiana Department of Revenue | 2022 | Undetermined |
| 72.029 | NOL - Iowa Department of Revenue | 2020 | Undetermined |
| 72.030 | NOL - Iowa Department of Revenue | 2021 | Undetermined |
| 72.031 | NOL - Iowa Department of Revenue | 2022 | Undetermined |
| 72.032 | NOL - Louisiana Department of Revenue | 2017 | Undetermined |
| 72.033 | NOL - Louisiana Department of Revenue | 2018 | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.034 | NOL - Louisiana Department of Revenue | 2020 | Undetermined |
| 72.035 | NOL - Louisiana Department of Revenue | 2021 | Undetermined |
| 72.036 | NOL - Louisiana Department of Revenue | 2022 | Undetermined |
| 72.037 | NOL - Maryland Department of Assessments and Taxation | 2019 | Undetermined |
| 72.038 | NOL - Maryland Department of Assessments and Taxation | 2020 | Undetermined |
| 72.039 | NOL - Maryland Department of Assessments and Taxation | 2021 | Undetermined |
| 72.040 | NOL - Maryland Department of Assessments and Taxation | 2022 | Undetermined |
| 72.041 | NOL - New Mexico Taxation and Revenue Department | 2021 | Undetermined |
| 72.042 | NOL - New Mexico Taxation and Revenue Department | 2022 | Undetermined |
| 72.043 | NOL - North Carolina Department of Revenue | 2014 | Undetermined |
| 72.044 | NOL - North Carolina Department of Revenue | 2015 | Undetermined |
| 72.045 | NOL - North Carolina Department of Revenue | 2016 | Undetermined |
| 72.046 | NOL - North Carolina Department of Revenue | 2017 | Undetermined |
| 72.047 | NOL - North Carolina Department of Revenue | 2018 | Undetermined |
| 72.048 | NOL - North Carolina Department of Revenue | 2019 | Undetermined |
| 72.049 | NOL - North Carolina Department of Revenue | 2020 | Undetermined |
| 72.050 | NOL - North Carolina Department of Revenue | 2021 | Undetermined |
| 72.051 | NOL - North Carolina Department of Revenue | 2022 | Undetermined |
| 72.052 | NOL - Oklahoma Tax Commission | 2020 | Undetermined |
| 72.053 | NOL - Oklahoma Tax Commission | 2021 | Undetermined |
| 72.054 | NOL - Oklahoma Tax Commission | 2022 | Undetermined |
| 72.055 | NOL - Oregon Department of Revenue | 2019 | Undetermined |
| 72.056 | NOL - Oregon Department of Revenue | 2020 | Undetermined |
| 72.057 | NOL - Oregon Department of Revenue | 2021 | Undetermined |
| 72.058 | NOL - Oregon Department of Revenue | 2022 | Undetermined |
| 72.059 | NOL - Pennsylvania Department of Revenue | 2017 | Undetermined |
| 72.060 | NOL - Pennsylvania Department of Revenue | 2018 | Undetermined |
| 72.061 | NOL - Pennsylvania Department of Revenue | 2019 | Undetermined |
| 72.062 | NOL - Pennsylvania Department of Revenue | 2020 | Undetermined |
| 72.063 | NOL - Pennsylvania Department of Revenue | 2021 | Undetermined |
| 72.064 | NOL - Pennsylvania Department of Revenue | 2022 | Undetermined |
| 72.065 | NOL - South Carolina Department of Revenue | 2010 | Undetermined |
| 72.066 | NOL - South Carolina Department of Revenue | 2011 | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 72 Attachment
Tax refunds and unused net operating losses (NOLs)

| Line Number | Description | Tax Year | Current value of debtor's interest |
|---|---|---|---|
| 72.067 | NOL - South Carolina Department of Revenue | 2013 | Undetermined |
| 72.068 | NOL - South Carolina Department of Revenue | 2014 | Undetermined |
| 72.069 | NOL - South Carolina Department of Revenue | 2015 | Undetermined |
| 72.070 | NOL - South Carolina Department of Revenue | 2016 | Undetermined |
| 72.071 | NOL - South Carolina Department of Revenue | 2017 | Undetermined |
| 72.072 | NOL - South Carolina Department of Revenue | 2018 | Undetermined |
| 72.073 | NOL - South Carolina Department of Revenue | 2019 | Undetermined |
| 72.074 | NOL - South Carolina Department of Revenue | 2020 | Undetermined |
| 72.075 | NOL - South Carolina Department of Revenue | 2021 | Undetermined |
| 72.076 | NOL - South Carolina Department of Revenue | 2022 | Undetermined |
| 72.077 | NOL - Tennessee Department of Revenue | 2014 | Undetermined |
| 72.078 | NOL - Tennessee Department of Revenue | 2015 | Undetermined |
| 72.079 | NOL - Tennessee Department of Revenue | 2016 | Undetermined |
| 72.080 | NOL - Tennessee Department of Revenue | 2017 | Undetermined |
| 72.081 | NOL - Tennessee Department of Revenue | 2018 | Undetermined |
| 72.082 | NOL - Tennessee Department of Revenue | 2019 | Undetermined |
| 72.083 | NOL - Tennessee Department of Revenue | 2020 | Undetermined |
| 72.084 | NOL - Tennessee Department of Revenue | 2021 | Undetermined |
| 72.085 | NOL - Tennessee Department of Revenue | 2022 | Undetermined |
| 72.086 | NOL - Virginia Department of Taxation | 2018 | Undetermined |
| 72.087 | NOL - Virginia Department of Taxation | 2019 | Undetermined |
| 72.088 | NOL - Virginia Department of Taxation | 2020 | Undetermined |
| 72.089 | NOL - Virginia Department of Taxation | 2021 | Undetermined |
| 72.090 | NOL - Virginia Department of Taxation | 2022 | Undetermined |
| 72.091 | Tax Refund - Georgia Department of Revenue | 2022 | $1,500.00 |
| 72.092 | Tax Refund - New Jersey Division of Taxation | 2022 | $2,067.00 |
| 72.093 | Tax Refund - North Carolina Department of Revenue | 2022 | $41,917.00 |
| 72.094 | Tax Refund - South Carolina Department of Revenue | 2022 | $1,878.32 |
| 72.095 | Tax Refund - Tennessee Department of Revenue | 2022 | $1,472.00 |
| | | TOTAL: | $48,834.32 |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 73 Attachment
Interests in insurance policies or annuities

| Line Number | Policy Type | Carrier | Policy No. | Expiration | Current Value |
|---|---|---|---|---|---|
| 73.01 | Accident Insurance (Michelin test track) | Philadelphia | PHPA117151 | 11/10/2023 | Undetermined |
| 73.02 | Commercial auto | Travelers | BA0P8925912214G | 11/10/2023 | Undetermined |
| 73.03 | Contractors Pollution/Professional | Indian Harbor | PEC005439902 | 11/10/2023 | Undetermined |
| 73.04 | Cyber Liability | North American Capacity | C4LPE041519CYBER202105 | 12/20/2023 | Undetermined |
| 73.05 | Difference in Condition | Landmark | LHQ429570 | 11/10/2023 | Undetermined |
| 73.06 | Errors & Omissions - A&E Primary | Lloyds | B0621PPROT007122 | 11/10/2023 | Undetermined |
| 73.07 | Errors & Omissions - A&E | Lloyds | B0621PPROT008322 | 11/10/2023 | Undetermined |
| 73.08 | Errors & Omissions - A&E | Lloyds | B0621PPROT008422 | 11/10/2023 | Undetermined |
| 73.09 | Excess auto liability | Travelers | EX4R8866752214 | 11/10/2023 | Undetermined |
| 73.10 | Excess Liability | Crum & Forester | SEO121263 | 11/10/2023 | Undetermined |
| 73.11 | Excess Liability | Lloyds | B0146GLUSA2200175 | 11/10/2023 | Undetermined |
| 73.12 | Excess Liability | Lloyds | B0146GLUSA2200177 | 11/10/2023 | Undetermined |
| 73.13 | Excess Liability | United Specialty | BTM2211016 | 11/10/2023 | Undetermined |
| 73.14 | Excess Punitive Damages | Lloyds | MCPD209571 | 11/10/2023 | Undetermined |
| 73.15 | Foreign Package | Travelers | ZGC21P4787522GC | 11/10/2023 | Undetermined |
| 73.16 | Lead Umbrella | Westchester | G4683575A006 | 11/10/2023 | Undetermined |
| 73.17 | Ocean Marine Cargo/Inland Transit | Travelers | ZOC91N46935 | 11/10/2023 | Undetermined |
| 73.18 | Package policy, lead property, general liability, mfg E & O | Travelers | Y6300P887359IND22 | 11/10/2023 | Undetermined |
| 73.19 | Primary Punitive Damages | Chubb Bermuda | PD12129001A | 11/10/2023 | Undetermined |
| 73.20 | Property - Excess | Falls Lake National | PXP000017400 | 11/10/2023 | Undetermined |
| 73.21 | Property - Excess | Houston Casualty | PR2200118 | 11/10/2023 | Undetermined |
| 73.22 | Property - Excess | Intact Insurance Co | 795020412 | 11/10/2023 | Undetermined |
| 73.23 | Property - Excess | Landmark | LHD927989 | 11/10/2023 | Undetermined |
| 73.24 | Property - Excess | Lloyds | PR2200117 | 11/10/2023 | Undetermined |
| 73.25 | Property - Excess | Lloyds | PR2200119 | 11/10/2023 | Undetermined |
| 73.26 | Property - Excess | Lloyds | PR2200120 | 11/10/2023 | Undetermined |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 73 Attachment
Interests in insurance policies or annuities

| Line Number | Policy Type | Carrier | Policy No. | Expiration | Current Value |
|---|---|---|---|---|---|
| 73.27 | Property - Excess | Scottsdale | BXS0004088 | 11/10/2023 | Undetermined |
| 73.28 | Property - Excess | Starr Surplus Lines | 22SLCFM11583401 | 11/10/2023 | Undetermined |
| | | | | **TOTAL:** | **Undetermined** |

**In re: Proterra Operating Company, Inc.**
**Case No. 23-11121**
Schedule A/B 77 Attachment
Other property of any kind not already listed

| Line Number | Other property of any kind not already listed | Current value of debtor's interest |
|---|---|---|
| 77.01 | Contract Assets | $15,926,365.63 |
| 77.02 | Deferred COGS | $4,100,571.70 |
| 77.03 | Financing Lease ROU Asset | $682,762.00 |
| 77.04 | Long Term Investments | $26,599,995.84 |
| 77.05 | Long Term Tax Credit Recievables | $2,465,055.04 |
| 77.06 | Operating Lease ROU Asset | $16,435,655.28 |
| 77.07 | Other Receivables | $292,823.99 |
| | TOTAL: | **$66,503,229.48** |