IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PROTERRA INC, *et al.* [1], | ) | Chapter 11 |
| Debtors | ) | |
| | ) | Case No. 23-11120 (BLS) |
| | ) | |
| | ) | |

**GOVERNMENT ATTORNEY CERTIFICATE OF COUNSEL
PURSUANT TO LOCAL RULE 9010-1(e)(i)**

Pursuant to Local Rule 9010-1(e)(i), Valentin Dubuis, Assistant Attorney General, by and through counsel Christopher M. Carr, Attorney General for the State of Georgia, submits this certification for admittance of government counsel to represent the **Board of Regents of the University System of Georgia**, in this matter. Valentin Dubuis certifies as follows:

1.

I am admitted in the following courts: the Georgia State Bar, the Georgia Supreme Court, the Georgia Court of Appeals, the District Courts of Georgia (Northern, Middle, and Southern).

2.

I am an attorney in good standing in all jurisdictions in which I have been admitted.

3.

I will be bound by the Local Rules of this Court and submit myself to the jurisdiction of this Court for disciplinary purposes.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

Dated: October 16, 2023

                Respectfully submitted,

                CHRISTOPHER M. CARR      112505
                Attorney General

                LOGAN B. WINKLES          136906
                Deputy Attorney General

                ALKESH B. PATEL            583627
                Senior Assistant Attorney General

                /s/ Valemtin Dubuis
                Valentin Dubuis           Ga. Bar No. 400428
                Assistant Attorney General
                Pursuant to LBR 9010-1(e)(i)

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

VALENTIN DUBUIS
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3708
Email: Vdubuis@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Certificate of Counsel Pursuant to LBR 901-1(e)(i)* was served electronically via CM/ECF to registered users.

Dated: October 16, 2023

/s/ Valentin Dubuis
VALENTIN DUBUIS
GA Bar No. 400428
Assistant Attorney General
Pursuant to LBR 9010-1(e)(i)