IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC., *et al.*, | Case No. 23-11120 (BLS) |
| .            Debtors. | (Jointly Administered) |
| | **Re: Docket No. 279** |

**OBJECTION OF REMA USA, LLC TO DEBTORS' NOTICE OF (I) POTENTIAL ASSSUMPTION AND ASSIGNMENT OF CERTAIN EXCUTORY CONTRTACTS AND UNEXPIRED LEASS AND (II) PROPOSED CURE AMOUNTS**

REMA USA, LLC ("REMA") hereby objects to the Debtors' *Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* [Docket No. 279] (the "Notice") as it relates to REMA, and in support thereof, respectfully states as follows:

1. The REMA contracts subject to assumption and assignment are listed on Appendix A to the Notice as # 2019 on the "Contract Cure Schedule" at page 36 of the Notice. The Notice describes the executory contracts as "Various Purchase Orders" with a proposed cure amount of $370,692.24. The Notice fails to set forth the specific purchase orders that are the subject of the Notice and therefore REMA cannot confirm the accuracy of the proposed cure amount. Consequently, REMA objects to the proposed assumption and assignment unless the Debtors disclose the specific purchase orders and the cure amount is revised as necessary to reflect the total amount due on such purchase orders.[1]

---

[1] As of the submission of this objection, the Debtors have provided REMA a list of the "Various Purchase Orders". REMA is reviewing the list and verifying the cure amount for the invoices.

2.      REMA reserves its rights to amend, modify, or supplement this objection and make such other and further objections as may be appropriate, including, but not limited to objections regarding adequate assurance of future performance under Section 365 of the Bankruptcy Code.

WHEREFORE, REMA respectfully requests that the Court enter an order that (a) requires the Debtors to disclose the specific purchase orders that are the subject of the Notice; (b) requires the Debtors to revise the cure amount due to REMA as necessary to reflect the total amount due on such purchase orders; and (c) grants such further and additional relief as the Court may deem just and proper.

Dated: October 16, 2023

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7823
Email: mphillips@mmwr.com

-and-

**HAYNSWORTH SINKLER BOYD, P.A.**
Stanley H. McGuffin
District Court IS# 2833
Post Office Box 11889
Columbia, SC 29211-1889
Telephone: (803) 779-3080
Email: smcguffin@hsblawfirm.com

*Attorneys for REMA USA, LLC*