## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 16th day of October, 2023, I served a true and correct copy of the foregoing **Objection of REMA USA, LLC to Debtors' Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts** upon all parties registered in this case electronically via the Court's CM/ECF system and upon the parties listed below in the manner indicated:

**VIA EMAIL:**
Paul Basta, Esq.
Robert Britton, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
pbasta@paulweiss.com
rbritton@paulweiss.com

Pauline K. Morgan, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
pmorgan@ycst.com
amagaziner@ycst.com

Linda J. Casey, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
linda.casey@usdoj.gov

Jeffrey Cohen, Esq.
Eric Chafetz, Esq.
Jordana Renert, Esq.
Keara Waldron, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
jcohen@lowenstein.com
echafetz@lowenstein.com
jrenert@lowenstein.com
kwaldron@lowenstein.com

Eric Monzo, Esq.
Brya Keilson, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

                                          */s/ Marc J. Phillips*
                                          Marc J. Phillips (No. 4445)