# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| **PROTERRA, INC. et. al.,** | ) ) Case No. 23-11120 (BLS) |
| Debtors. | ) ) **(Jointly Administered)** ) |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: October 16, 2023
Lake Success, New York

**Respectfully Submitted,**

By:     /s/ Amish R. Doshi
    Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:    amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | **Chapter 11** |
| **PROTERRA, INC. et. al.,** | ) ) ) | **Case No. 23-11120 (BLS)** |
| Debtors. | ) ) | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on October 16, 2023, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

 /s/ Amish R. Doshi
Amish R. Doshi

## SERVICE LIST

**BY REGULAR MAIL**

| | |
|---|---|
| Pauline Morgan, Esq.<br>Andrew Magaziner, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801 | Linda Casey, Esq<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| KCC<br>c/o Proterra, Inc. Bankruptcy Team<br>222 N. Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245 | Paula Basta, Esq.<br>PAUL WEISS RIFKIND<br>WHARTON & GARRISON<br>1285 Avenue of the Americas<br>New York, New York 10019 |

| | |
|---|---|
| Eric Chafetz, Esq.<br>Jordana Renert, Esq.<br>Keara Waldron, Esq.<br>LOWENSTEIN SANDLER. LLP<br>1251 Avenue of the Americas<br>New York, New York 10020 | Eric Monzo, Esq.<br>Brya Keilson, Esq.<br>MORRIS JAMES<br>500 Delaware Avenue<br>Wilmington, DE 19801 |