IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PROTERRA, INC *et al.*[1], ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 23-11120 (BLS) |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket No. 279** |

### BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA'S LIMITED OBJECTION TO NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) PROPOSED CURE AMOUNTS

The Board of Regents of the University System of Georgia (the "Board") objects to the *Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* [Docket No. 279] (the "Cure Notice") filed by Debtors Proterra, Inc., et al (the "Debtors"), as follows:

1.

Pursuant to a statewide contract (Contract No. 99999-001-SPD0000138-0007) entered into on July 1, 2018, Debtors have supplied and continue to supply, electric busses and related equipment to the University of Georgia (the "University").

2.

On September 25, 2023, Debtors filed a notice of potential assumption and assignment of certain executory contracts and unexpired leases and proposed cure amounts as Doc. No. 279.

---

[1] The last four digits of the Debtor's Federal tax identification number is 7197. The Debtor's mailing address is 1990 S. Bundy Drive, Suite 660, Los Angeles, CA 90025.

3.

Under contract cure schedule No. 2533 is a purchase order from the University of Georgia. (Purchase Order No. E1054146, attached as Ex. A). The date listed under contract cure schedule No. 2533 does not accurately list the date of the purchase order of February 27, 2019. The Board submits this limited objection to the extent that the contract cure schedule No. 2533 does not accurately reflect the date of Purchase Order No. E1054146.

4.

Debtors and the University of Georgia also entered into Purchase Order No. E1390779. (Purchase Order No. E1390779, attached as Ex. B). That purchase order is not listed in the contract cure schedule. The Board submits this limited objection to the extent that the contract cure schedule fails to show the existence of Purchase Order No. E1390779

Dated: October 16, 2023

Respectfully submitted,

CHRISTOPHER M. CARR    112505
Attorney General

LOGAN B. WINKLES    136906
Deputy Attorney General

ALKESH B. PATEL    927752
Senior Assistant Attorney General

/s/ Valentin Dubuis_____
Valentin Dubuis
Ga. Bar No.    400428
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

VALENTIN DUBUIS
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 458-3708
Email: vdubuis@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing ***Board of Regents of the University System of Georgia's limited objection to Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts*** was served electronically via CM/ECF to registered users, and additionally served via electronic mail upon the parties listed below.

Pauline K. Morgan, Esquire
Andrew L. Magaziner, Esquire
Shella Borovinskaya, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
pmorgan@ycst.com
amagaziner@ycst.com
sborovinskaya@ycst.com

Linda J. Casey, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE 19801
Linda.casey@usdoj.gov

Paul M. Basta, Esquire
Robert A. Britton, Esquire
Michael J. Colarossi, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
pbasta@paulweiss.com
rbritton@paulweiss.com
mcolarossi@paulweiss.com

Dated: October 16, 2023

/s/ Valentin Dubuis
VALENTIN DUBUIS
Ga Bar No. 400428
Assistant Attorney General