# Revised Purchase Order



| | Purchase Order | | |
|---|---|---|---|
| Purchase Order Date | PO/Reference No. | Revision No. | Revision Date |
| **Feb 27, 2019** | **E1054146** | **4** | **Jul 27, 2021** |
| **Contact Information** | | | |
| Contact | | UGA Procurement Office | |
| Email | | procure@uga.edu | |
| Phone | | +1 706-542-2361 | |

| Supplier Information | | Delivery Address | |
|---|---|---|---|
| Vendor Name | PROTERRA OPERATING COMPANY INC | **Delivery Address** University of Georgia CAMPUS TRANSIT 2505 RIVERBEND RD ATHENS, GA 30602 United States | |
| Address | 1 WHITLEE CT GREENVILLE, South Carolina 29607 United States | | |
| | | Attn: | Michael Cosby |
| **Delivery Information** | | Dept.: | H1000539 |
| Requested Delivery | | Room: | |
| Ship Via | Best Carrier-Best Way | ShipTo Address Code (UGAmart Building Number) | 01637 |
| **Billing Information** | | **Billing Address** | |
| Charge to PO Listed Above | Send invoices to actpay@uga.edu. All invoices must include the correct UGA PO number in order for payment to be processed. | University of Georgia | |
| | | Attn: | ACCTS PAYABLE |
| | | RM 302 BUSINESS SERVICES BLDG 424 E BROAD ST ATHENS, GA 30602-4214 United States | |
| F.O.B. | Destination | | |
| Payment Terms | 0% 0, Net 30 | | |
| Contract Number | 99999-001-SPD0000138-0007 | | |
| Quote Number | Specs/Options attached | | |

**Information for Supplier**

Note to Vendor      Invoices must be sent to Lisa Catanese, 0102 Auxiliary Services, Athens, GA 30602. Invoice should list "Bill To" address as listed above in the "Billing" section of this PO. Invoice can be emailed to catanese@uga.edu. Each bus must be correctly identified as Bus #1 of 20, Bus#2 of 20, etc. and must be billed against the correct PO line below.

Attachments for Supplier

    Final Pricing fro...

    SPECIFICATION125K...

    PROTERRA CHARGING...

    Proterra Specs Tr...

    Catalyst Bus Warr...

    Battery System Wa...

    Proterra PCS Syst...

    Signed Spec Track...

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 5 | This Purchase Order is for a total of 20 ea. 40 ft. Catalyst E2 Electric Buses (at $818,027.00 per each) and 14 ea. 125KW Electric Chargers (@ $48,000.00 per each), as specified in the attachments. Funding for this purchase is outlined in PO lines 2-5 | | EA | 0.00 USD | 1 EA | 0.00 USD |
| 2 of 5 | Electric Buses - Transit GO! Funds -40 ft. Buses #1 - #12 and $183,676 of Bus #13 (see specs attached) | | EA | 1.00 USD | 10,000,000 EA | 10,000,000.00 USD |
| 3 of 5 | Electric Buses - UGA 2018 Funds. $634,351.00 of Bus #13 and 100% of Buses #14 - #18. $374,443.57 of Bus #19 (see specs attached) | | EA | 1.00 USD | 5,098,929.57 EA | 5,098,929.57 USD |
| 4 of 5 | Electric Buses. UGA 2019 Funds. $443,583.43 of Bus #19 and 100% of Bus #20 (see specs attached) | | EA | 1.00 USD | 1,261,610.43 EA | 1,261,610.43 USD |
| 5 of 5 | 12 each 125KW Electric Chargers (see attached) | | EA | 1.00 USD | 576,000 EA | 576,000.00 USD |
| | | | | Total | | 16,936,540.00 USD |

| PO Terms | | | | |
|---|---|---|---|---|
| Header | 001 | Equal Opportunity | An Equal Opportunity/Affirmative Action Institution | |
| | 002 | UGA Terms & Conditions | UGA Terms & Conditions apply to this Purchase Order and can be found at http://busfin.uga.edu/procurement/tandcs/document.pdf | |
| | 033 | Export Control | The vendor (or supplier) agrees that prior to acceptance of a purchase order it will provide the export control classification associated with the products being purchased to the extent that the products are controlled either under the Export Administration Regulations (EAR) or the Internal Traffic in Arms Regulations (ITAR). For EAR controlled products, the correct ECCN classification based on the Commerce Control List will be provided. For ITAR products, the correct USMI, category will be provided. In both cases, to the extent that the product includes technical data such as operational manuals, such data must also be classified. In the event the vendor (or supplier) is unable to comply with this obligation, it must notify Customer prior to acceptance of a purchase order indicating the reason for non-compliance and recommended solution. | |
| | 041 | Certification of No Boycott Against Israel | Applicable to any Purchase Order/Contract of $1,000 or more - Contractor certifies that Contractor is not currently engaged in, and agrees for the duration of this Contract not to engage in, a boycott of Israel, as defined in O.C.G.A. § 50-5-85. | |
| | 045 | Central Research Stores Dock Delivery | Please be aware that deliveries to Central Research Stores for large, bulky, or palleted items will require a lift gate. Central Research Stores now has a low dock, and a forklift is not available. For questions or additional information, please contact Central Research Stores directly at 706-542-2411. | |