

## Purchase Order

| Purchase Order Date | PO/Reference No. | Revision No. |
|---|---|---|
| **Apr 10, 2023** | **E1390779** | **0** |

**Contact Information**

| | |
|---|---|
| Contact | UGA Procurement Office |
| Email | procure@uga.edu |
| Phone | +1 706-542-2361 |
| Issuing Officer | William Nicholds |

| Supplier Information | | Delivery Address | |
|---|---|---|---|
| Vendor Name | PROTERRA OPERATING COMPANY INC | **Delivery Address** University of Georgia CAMPUS TRANSIT 2505 RIVERBEND RD ATHENS, GA 30602 United States | |
| Address | 1 WHITLEE CT GREENVILLE, South Carolina 29607 United States | | |
| | | Attn: | Todd Berven |
| **Delivery Information** | | Dept.: | H1000534 Auxiliary Finance |
| Requested Delivery | | Room: | |
| Ship Via | Best Carrier-Best Way | ShipTo Address Code (UGAmart Building Number) | 01637 |
| **Billing Information** | | **Billing Address** | |
| Charge to PO Listed Above | Send invoices to actpay@uga.edu. All invoices must include the correct UGA PO number in order for payment to be processed. | University of Georgia | |
| | | Attn: | ACCOUNTS PAYABLE |
| | | RM 302 BUSINESS SERVICES BLDG 424 E BROAD ST ATHENS, GA 30602-4214 United States | |
| F.O.B. | Destination | | |
| Payment Terms | 0% 0, Net 30 | | |
| Quote Number | | | |

**Information for Supplier**

Attachments for Supplier

    Proterra quote ge...

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 2 | gearbox part#050817 | | EA | 25,574.60 USD | 1 EA | 25,574.60 USD |
| | Contract Number      99999-001-SPD0000138-0007 | | | | | |
| 2 of 2 | motor part #040924 | | EA | 5,989.50 USD | 1 EA | 5,989.50 USD |
| | Contract Number      no value | | | | | |
| | | | | Total | | **31,564.10** USD |

**PO Terms**

| Header | 001 | Equal Opportunity | The University of Georgia is an equal opportunity employer and a federal contractor. To the |

| | | | |
|---|---|---|---|
| | | | extent applicable, this contractor and subcontractor shall abide by the requirements of 41 CFR 60-1.4(a), 60-300.5(a) and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, sexual orientation, gender identity, national origin, and for inquiring about, discussing or disclosing compensation. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status. |
| | 002 | UGA Terms & Conditions R8.12.20 | UGA Terms & Conditions (Revised 8.12.20) apply to this Purchase Order and can be found at http://busfin.uga.edu/procurement/tandcs/document/Rev8.12.20.pdf |
| | 033 | Export Control R1.7.23 | If the supplier is providing any items, data, or services under this order that are controlled by the Department of State, Directorate of Defense Trade Controls, International Traffic in Arms Regulations (ITAR), or 500 or 600 series items, data, or services that are controlled by the Department of Commerce, Bureau of Industry and Security, Export Administration Regulations (EAR), it must notify (by sending an email to exportcontrols@uga.edu), and receive prior written authorization from, the University's Office of Export Control before delivery. The notification provided by the supplier shall include the name of the University of Georgia point of contact, identify each ITAR-controlled or 500 or 600 series CCL-controlled commodity, including the associated U.S. Munitions List (USML) category number(s) or 500 or 600 series Commerce Control List (CCL) Export Control Classification Number(s)), and indicate whether or not the determination was reached as a result of a commodity jurisdiction or self-classification process. The supplier agrees that if it fails to notify the University that it is providing ITAR-controlled or 500 or 600 series CCL-controlled items, data or services, it shall reimburse the University for any fines, legal costs and other fees imposed by the above-named regulatory agency for any violation of export controls regarding the provided items, data, or services. REVISED 1.7.23. |
| | 041 | Certification of No Boycott Against Israel R7.5.22 | Applicable to any Purchase Order/Contract of $100,000 or more - Contractor certifies that Contractor is not currently engaged in, and agrees for the duration of this Contract not to engage in, a boycott of Israel, as defined in O.C.G.A. § 50-5-85. |
| | 047 | Force Majeure | Force Majeure: Neither party will be liable to the other party for nonperformance resulting from labor strikes, riots, wars, acts of governmental authorities preventing performance, extraordinary weather conditions or other natural catastrophe, disease, quarantine, epidemics, pandemics, or any other cause beyond the reasonable control or contemplation of such party.<br>In such an event, Vendor shall refund all Program fees, on a pro-rata basis, for the portion of the Program that has not be completed, less any processing fees and costs incurred. |
| | 048 | Expectations for Contractors, Vendors and Suppliers in Response to COVID-19 | Expectations for Contractors, Vendors and Suppliers in Response to COVID-19 apply to this Purchase Order and can be found at https://busfin.uga.edu/procurement/expectationsforsuppliers.pdf |