# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROTERRA INC., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered)<br><br>**Response Deadline: October 16, 2023 at 4:00pm (ET)**<br><br>**Related DI: 279** |

### VENTURA SYSTEMS, INC.'S OBJECTION
### TO NOTICE OF (I) POTENTIAL ASSUMPTION
### AND ASSIGNMENT OF EXECUTORY CONTRACTS AND
### UNEXPIRED LEASES AND (II) PROPOSED CURE AMOUNTS

Ventura Systems, Inc. ("Ventura"), by and through its undersigned counsel, hereby files this Objection (the "Objection") to the *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* [D.I. 279] (the "Notice") filed by the Debtors, and in support thereof, respectfully states as follows:

### RESPONSE

1. On August 7, 2023, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. On September 25, 2023, the Debtors filed the Notice. Pursuant to the Notice, the Debtors set forth the cure amounts, if any, the Debtors believe must be paid to cure any prepetition defaults accrued under the executory contracts and unexpired leases listed in **Exhibit A** to the Notice (in each instance, the "Cure Amount") – all of which, the Debtors assert, may be assumed

---

[1] The Debtors in these chapter 11 cases are Proterra, Inc. and Proterra Operating Company, Inc. (collectively, the "Debtors").

{01944700;v1 }

and assigned to a successful bidder (collectively, the "Potentially Assigned Agreements"). Ventura is among those parties with Potentially Assigned Agreements, and it is a contract counter-party to one or more of those agreements. The Ventura-specific agreements, as identified by the Notice, and Ventura's asserted Cure Amount and Assumption/Assignment Objection(s) (as the case may be), are addressed below.

3. Debtor Proterra, Inc. ("PI") and Ventura are parties to that certain *Purchase Order Terms and Conditions* (the "Agreement") dated as of November 11, 2019 pursuant to which PI purchased goods and/or services from Ventura.[2] Though the Notice refers only to "Various Purchase Orders," Ventura believes and submits that such reference is intended to (and should) reflect the Agreement *and* the purchase orders generated thereunder. The Notice provides that the Cure Amount for the "various purchase orders" (and, by extension, the Agreement) is $436,079.05. Ventura disagrees and objects to the Debtors' proposed cure. The proper Cure Amount that must be paid under the Agreement and related purchase orders as of the date of the Notice is $677,827.65 (the "Ventura Cure Amount"). Ventura reserves all rights and objections regarding any amounts and/or obligations that may arise under the Agreement after the date of the Notice.

4. 11 U.S.C. § 365(b) requires that the Debtors cure all defaults in conjunction with the assumption of the Agreement (and the purchase orders). Additionally, the Debtors and any potential assignee must acknowledge, and any order approving cure amounts and assumption and assignment must provide, that the assignee takes the Agreement (and the purchase orders) subject to all of its terms and conditions and, *inter alia*: (i) shall be liable for any and all accrued but not

---

[2] Given a confidentiality provision set forth in the Agreement, Ventura, out of an abundance of caution, has not affixed a copy the Agreement (or any purchase orders) to this Objection  However, Ventura believes that the Debtors have (or should have) an executed copy of the Agreement and the underlying purchase orders. Upon reasonable request, and subject to appropriate safeguards, Ventura will make a copies of the Agreement and purchase order available for review. Notwithstanding the foregoing, Ventura has attached hereto as **Exhibit 1** a spreadsheet identifying various purchase orders for which balances remain outstanding and unpaid.

yet billed charges, whether those charges relate to pre-petition or pre-assumption periods of time; and (ii) shall comply with any and all other obligations under the Agreement, whenever any such obligations may arise.

5. Thus, if the Debtors wish to assume and assign the above-referenced Agreement (and the purchase orders), all aforementioned amounts due Ventura through the date of assumption and assignment must be paid in full. Finally, Ventura objects to any assignment of the Agreement (and the purchase orders) to the extent that no potential assignee has yet provided adequate assurance of future performance, and Ventura has not been given notice of the identity of any potential assignee.

## PRAYER

**WHEREFORE**, Ventura respectfully requests that any assumption or assumption and assignment of the Agreement (and the purchase orders) be conditioned upon full payment of the Ventura Cure Amount(s) as set forth herein, the provision of adequate assurance of future performance of the obligations contemplated by the Agreement (and the purchase orders), and such other and further relief as the Court deems just and proper.

Dated: October 16, 2023

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: rpalacio@ashbygeddes.com

*Counsel to Ventura Systems, Inc.*