# **Exhibit 1**

**Unpaid Invoices Customers 1000 & 1120 · Proterra Inc.**

| Line Number | Invoice date | Invocie nr | Cust nr | Order number Ventura | Amount UDS | Exp date | Purchase Order Number | BOL Number | Carrier Name | Carrier Pro number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16/02/2023 | V23083 | 1000 | Order SA2200065 | 1.277,80 | 18/03/2023 | 793502 | 1Z69X1010328006945 | UPS | 1Z69X1010328006945 |
| 2 | 13/06/2023 | V23222 | 1000 | Order SA2300124 | 10.191,34 | 13/07/2023 | SRG819478 | 54229929 | Piggy Back Service | |
| 3 | 13/06/2023 | V23223 | 1000 | Order SA2300171 | 19.022,79 | 13/07/2023 | SRG820899 | 54229929 | Piggy Back Service | |
| 4 | 14/06/2023 | V23224 | 1000 | Order SA2300173 | 785,80 | 14/07/2023 | SRG821637 | 54231093 | AAA | 22543731-8 |
| 5 | 14/06/2023 | V23225 | 1000 | Order SA2300177 | 15.986,40 | 14/07/2023 | GVL821307 | 1Z69X1010326310244 | UPS | 1Z69X1010326310244 |
| 6 | 14/06/2023 | V23221 | 1120 | Order OA2023005 | 65.923,24 | 14/07/2023 | GVL817476 | 54149319 | TWMC Enterprices | |
| 7 | 26/06/2023 | V23234 | 1120 | Order OA2022033 | 64.379,80 | 26/07/2023 | 795338 | 54305242 | Kupel | |
| 8 | 26/06/2023 | V23235 | 1120 | Order OA2023006 | 66.701,18 | 26/07/2023 | GVL817476 | 54229929 | Piggy Back Service | |
| 9 | 27/06/2023 | V23242 | 1120 | Order OA2022032 | 65.225,00 | 27/07/2023 | 795338 | 54229929 | Piggy Back Service | |
| 10 | 03/07/2023 | V23246 | 1000 | Order SA2200163 | 2.446,80 | 02/08/2023 | 800522 | 1Z69X1010326310244 | UPS | 1Z69X1010326310244 |
| 11 | 26/07/2023 | V23265 | 1000 | Order SA2300179 | 6.061,00 | 25/08/2023 | SRG821302 | 54722641 | Kupel | |
| 12 | 26/07/2023 | V23266 | 1000 | Order SA2300205 | 2.590,40 | 25/08/2023 | SRG822587 | 54722641 | Kupel | |
| 13 | 26/07/2023 | V23263 | 1120 | Order OA2023015 | 5.908,12 | 25/08/2023 | GVL820913 | 54722641 | Kupel | |
| 14 | 26/07/2023 | V23264 | 1120 | Order OA2023017 | 8.883,12 | 25/08/2023 | SRG821301 | 54722641 | Kupel | |
| 15 | 26/07/2023 | V23267 | 1120 | Order SA2300209 | 3.064,00 | 25/08/2023 | 822862 | 54722641 | Kupel | |
| 16 | 31/07/2023 | V23272 | 1000 | Order SA2300186 | 12.360,24 | 30/08/2023 | SRG821921 | 54305242 | Kupel | |
| 17 | 31/07/2023 | V23274 | 1000 | Order SA2300191 | 15.030,79 | 30/08/2023 | SRG822056 | 54722641 | Kupel | |
| 18 | 31/07/2023 | V23275 | 1000 | Order SA2300197 | 1.197,70 | 30/08/2023 | SRG822425 | 54798897 | SEFL | 32441593-1 |
| 19 | 31/07/2023 | V23276 | 1000 | Order SA2300203 | 15.029,54 | 30/08/2023 | SRG822423 | 54635574A | Kupel | |
| 20 | 31/07/2023 | V23278 | 1000 | Order SA2300220 | 544,30 | 30/08/2023 | SRG823005 | 54723574B | SEFL | 32441614-8 |
| 21 | 31/07/2023 | V23279 | 1000 | Order SA2300227 | 500,28 | 30/08/2023 | SRG823313 | 54798925 | AAA | 22650131-0 |
| 22 | 31/07/2023 | V23269 | 1120 | Order OA2022036 | 7.840,00 | 30/08/2023 | 797880 | 54635574A | Kupel | |
| 23 | 31/07/2023 | V23270 | 1120 | Order OA2022038 | 25.906,80 | 30/08/2023 | 798505 | 54635574A | Kupel | |
| 24 | 31/07/2023 | V23271 | 1120 | Order OA2023010 | 81.726,66 | 30/08/2023 | GVL819942 | 54635574A | Kupel | |
| 25 | 03/08/2023 | V23283 | 1000 | Order SA2300143 | 59.949,25 | 02/09/2023 | SRG819901 | 53978546 | Ward Trucking | CHR-011-2669518 |
| 26 | 08/08/2023 | V23290 | 1000 | Order SA2300192 | 47.840,18 | 07/09/2023 | SRG822218 | 54722641 | Kupel | |
| 27 | 08/08/2023 | V23287 | 1120 | Order OA2023028 | 41.684,12 | 07/09/2023 | GVL822547 | 54722641 | Kupel | |
| 28 | 08/08/2023 | V23288 | 1120 | Order OA2022068 | 29.771,00 | 07/09/2023 | LAX808681 | 54635574A | Kupel | |
| | | | | Total Unpaid Invoices: | 677.827,65 | | | | | |