## CERTIFICATE OF SERVICE

      I, Ricardo Palacio, hereby certify that, on October 16, 2023, I caused one copy of the foregoing *Ventura System, Inc.'s Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* to be served upon (i) all parties of record via CM/ECF and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: October 16, 2023                /s/ *Ricardo Palacio*
                                            Ricardo Palacio (DE Bar No. 3765)

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Paul M. Basta, Robert A. Britton & Michael Colarossi<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Email: pbasta@paulweiss.com; rbritton@paulweiss.com;<br>mcolarossi@paulweiss.com | Young Conaway Stargatt & Taylor LLP<br>Pauline K. Morgan, Andrew L. Magaziner, Shella Borovinskaya<br>1000 North King Street<br>Wilmington, Delaware, 19801<br>Email: pmorgan@ycst.com; amagaziner@ycst.com;<br>sborovinskaya@ycst.com |
| The Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, Delaware, 19801<br>Email: linda.casey@usdoj.gov | Lowenstein Sandler LLP<br>Jeffrey Cohen, Eric Chafetz<br>Jordana Renert, and Keara Waldron<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Email: jcohen@lowenstein.com; echafetz@lowenstein.com;<br>jrenert@lowenstein.com; kwaldron@lowenstein.com |
| Morris James LLP<br>Eric Monzo and Brya Keilson<br>500 Delaware Ave # 1500<br>Wilmington, DE 19801<br>Email: emonzo@morrisjames.com; bkeilson@morrisjames.com | |

{01948537;v1 }

{01948537;v1 }