IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X

In re

PROTERRA INC, *et al.,*[1]

Debtors.

------------------------------------------------------- X

Chapter 11

Case No. 23-11120 (BLS)

(Jointly Administered)

Re: D.I. 279

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY TO DEBTORS' PROPOSED CURE AMOUNTS ON NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Regional Transportation Commission of Washoe County ("RTC"), by and through their undersigned counsel, submit this limited objection and reservation of rights (the "Limited Objection and Reservation of Rights") to the proposed cure costs set forth on Appendix A of the *Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* [D.I. 279] (the "Cure Notice") filed by Proterra Inc. and its affiliated debtors (the "Debtors"). In support of the Limited Objection, RTC states as follows:

**INTRODUCTION**

Through the Cure Notice, the Debtors seek to establish cure costs for the assumption of certain contracts[2] with RTC in connection with the Debtors' chapter 11 cases (the "Chapter 11 Cases"). The identity of the proposed purchaser has not yet been identified. RTC files this Limited

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] The contracts listed on the Cure Notice between the Debtors and RTC include that certain Electric Vehicle Purchase Agreement between RTC and Proterra Operating Company Inc. dated April 27, 2023 (the "EV Purchase Agreement" or the "Contract") as well as other agreements and amendments to such agreements. Upon information and belief, the Debtors have a copy of the Contract. Copies of the Contract may be provided upon written request by a proper party in interest.

Objections and Reservation of Rights to reserve its right to receive a full cure, which must include all amounts due and owing to RTC, as well as adequate assurance of future performance based on the Contract.

**BACKGROUND**

1. RTC and Debtor Proterra Operating Company Inc. ("Proterra") were party to the Contract as of April 27, 2023, pursuant to which RTC agreed to purchase from Proterra, and Proterra agreed to sell and supply to RTC, four (4) vehicles (the "Vehicles") and related materials for a price of $4,577,019.

2. In addition, as discussed in Sec. 301 of the Contract, RTC and Proterra were party to an agreement on August 24, 2012 pursuant to which RTC would receive a credit of $400,000 towards the purchase of the Vehicles. The $400,000 credit was agreed-to by the parties as a settlement of RTC's claim for damages against Proterra arising out of Proterra's prior sale of certain defective equipment.

3. On August 7, 2023, each of the Debtors filed voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code (the "Code"). The Debtors remained in possession and continue to manage the business as debtors-in-possession pursuant to sections 1107 and 1108 of the Code.

4. On September 25, 2023, the Debtors filed the Cure Notice, which stated that the Debtors may assume and assign certain contracts, including the Contract, and lists proposed cure amounts for such contracts.

5. The Cure Notice lists $0 as the Debtors' proposed cure amount (the "Proposed Cure Amount") for the Contract and provides that the deadline to object to the Cure Notice is October 16, 2023 at 4:00 p.m. (prevailing Eastern Time).

**LIMITED OBJECTION AND RESERVATION OF RIGHTS**

6. RTC disputes the Debtors' Proposed Cure Amount and asserts that the correct cure amount for the Contract is no less than the $400,000 representing the liquidated damages that RTC is entitled to arising out of Proterra's prior sale of certain defective equipment (the "Correct Cure Amount"). RTC reserves the right to amend such Correct Cure Amount to include any estimate of attorneys' fees incurred to date and any additional amounts that may continue to accrue and any other obligations that may arise and/or become known to RTC prior to any assumption and assignment of the Contract.

7. If the Contract is to be assume and/or assigned, then at or prior to closing, the Debtors or their assignee should be required to pay RTC or otherwise satisfy in a manner acceptable to RTC the Correct Cure Amount in accordance with section 365(b) of the Code, together with any other amounts accruing and/or due under the Contract between the date of this filing and the date the Contract is actually assume and/or assigned.

8. In addition, as the Debtors contemplate an assumption and assignment of the Contract, RTC is entitled to adequate assurance of future performance from any potential assignee under section 365(f)(2)(B) of the Code. To date, RTC has not yet received any information concerning prospective assignees for the Contract, much less information sufficient to establish adequate assurance of future performance by any such assignee. RTC submits that no assumption and/or assignment of the Contract may occur unless the Debtors provide RTC with adequate assurance information as required under section 365(b) of the Code.

9. Therefore, RTC reserves the right to object to the assignment of the Contract based on the proposed assignees' failure to provide adequate assurance of future performance.

**RESERVATION OF RIGHTS**

10. RTC reserves the right to amend and/or supplement this Limited Objection and Reservation of Rights and the Correct Cure Amount. RTC further reserves all rights and objections with respect to any sale, assumption, and/or assignment of the Contract.

**CONCLUSION**

WHEREFORE, RTC respectfully objects to the Cure Notice to the extent it misstates the amount necessary to cure the arrearages under the Contract, and respectfully requests that the Court sustain this Limited Objection and Reservation of Rights by conditioning the assumption and assignment of the Contract on the Debtors, or the proposed assignee, on (i) prompt payment of the Correct Cure Amount as set forth herein, and (ii) a provision of adequate assurance of future performance, and grant any other and further relief that the Court may deem appropriate.

Dated:  October 16, 2023                    **ARCHER & GREINER, P.C.**

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone:    (302) 356-6625
Facsimile:    (302) 777-4352
Email:  bjhall@archerlaw.com

-and-

**THOMPSON COBURN HAHN & HESSEN LLP**
Mark T. Power, Esq.
Aleksandra Abramova, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
E-mail:   mpower@thompsoncoburn.com
           aabramova@thompsoncoburn.com

*Counsel for Regional Transportation Commission of Washoe County*

**CERTIFICATE OF SERVICE**

I, Bryan J. Hall, hereby certify that, on October 16, 2023, I caused to be served the foregoing Limited Objections and Reservation of Rights (i) by CM/ECF upon those parties registered to receive such notifications in the lead case, and (ii) by email upon the following parties:

| Pauline K. Morgan | Young Conaway Stargatt & Taylor LLP | pmorgan@ycst.com |
|---|---|---|
| Andrew L. Magaziner | Young Conaway Stargatt & Taylor LLP | amagaziner@ycst.com |
| Paul M. Basta | Paul, Weiss, Rifkind, Wharton & Garrison LLP | pbasta@paulweiss.com |
| Robert A. Britton | Paul, Weiss, Rifkind, Wharton & Garrison LLP | rbritton@paulweiss.com |
| Linda J. Casey | Office of the United States Trustee for the District of Delaware | linda.casey@usdoj.gov |
| Eric Monzo | Morris James LLP | emonzo@morrisjames.com |
| Brya Keilson | Morris James LLP | bkeilson@morrisjames.com |
| Jeffrey Cohen | Lowenstein Sandler LLP | jcohen@lowenstein.com |
| Eric Chafetz | Lowenstein Sandler LLP | echafetz@lowenstein.com |
| Jordana Renert | Lowenstein Sandler LLP | jrenert@lowenstein.com |
| Keara Waldron | Lowenstein Sandler LLP | kwaldron@lowenstein.com |

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)