**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, a true and correct copy of the *Limited Objection of the City of Tallahassee to Debtors' Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* (the "**Objection**") was served electronically upon the parties entered in the Court's electronic case filing system. Further, on October 16, 2023, I caused the Objection to be served on the parties listed on the attached service list *via* electronic mail.



/s/ Mark D. Olivere

**SERVICE LIST**

Paul Basta, Esquire
Robert Britton, Esquire
*Paul, Weiss, Rifkind, Wharton &
 Garrison LLP*
Email: pbasta@paulweiss.com
 rbritton@paulweiss.com
(Counsel for the Debtors)

Pauline K. Morgan, Esquire
Andrew L. Magaziner, Esquire
*Young Conaway Stargatt & Taylor LLP*
Email: pmorgan@ycst.com
 amagaziner@ycst.com
(Counsel for the Debtors)

Linda J. Casey, Esquire
*Office of the United States Trustee*
Email: linda.casey@usdoj.gov

Jeffrey Cohen, Esquire
Eric Chafetz, Esquire
Jordana Renert, Esquire
Keara Waldron, Esquire
*Lowenstein Sandler LLP*
Email: jcohen@lowenstein.com
 echafetz@lowenstein.com
 jrenert@lowenstein.com
 kwaldron@lowenstein.com
(Counsel for the Official Committee of
 Unsecured Creditors)

Eric Monzo, Esquire
Brya Keilson, Esquire
*Morris James LLP*
Email: emonzo@morrisjames.com
 bkeilson@morrisjames.com
(Counsel for the Official Committee of
 Unsecured Creditors)