**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PROTERRA INC., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 36 & 218 |

**RESERVATION OF RIGHTS OF TAO CAPITAL PARTNERS, TAO NILOC LLC, AND TAO PRO LLC RESERVATION OF RIGHTS REGARDING DEBTORS' MOTION FOR ENTRY OF AUTHORIZING THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS**

Tao Capital Partners, Tao NILOC LLC, and Tao Pro LLC (collectively, "Tao"), hereby respectfully submit this reservation of right (the "Reservation of Rights") with respect to the Debtors' motion [Docket No. 36] (the "Motion")[1] for entry of an order authorizing and approving the sale of all or substantially all of the Debtors' assets free and clear of liens. In support of this Reservation of Rights, Tao respectfully states as follows:

**RESERVATION OF RIGHTS**

    1.    Tao is a holder of equity interest in Debtor Proterra Inc. ("Proterra"). Tao commenced investing in Proterra in 2013. Tao's interests are disclosed in the *Declaration of Status as a Substantial Shareholder* [Docket No. 225] Tao filed on September 12, 2023.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed in the Motion or Bidding Procedures, as applicable.

2. Tao fully supports and looks forward to a robust auction for and sale of the Debtors' assets. Tao particularly hopes the Debtors' assets garner optimum value such that equity holders receive a distribution pursuant to a confirmed plan.

3. The bidding procedures approved by the Court on September 7, 2023 [Docket No. 218-1] (the "Bidding Procedures") provide that, "[s]ubject to any party's challenge rights," a Secured Creditor may credit bid for all or a portion of the Debtors' assets up to the amount of such Secured Creditor's undisputed claims. Bidding Procedures, § III(H). The Bidding Procedures note, "For the avoidance of doubt, unless otherwise agreed to by the Debtors and the Committee in writing, any premium alleged to have arisen under that certain Note Purchase Agreement, dated as of August 4, 2020 (the "Note Purchase Agreement"), is a disputed claim." *Id.*, n. 2 (defined term not in original). The Debtors have consented, however, to the Cowen Parties submitting "both a Sale Bid in the form of a Credit Bid and a cash bid to the extent necessary to acquire any unencumbered Company Assets and a Recapitalization Transaction Bid." *Id.*, § III(A).

4. CSI I Prodigy Holdco LP, CSI Prodigy Co-Investment LP, CSI GP I LLC, and CSI PRTA Co-Investment LP, (collectively, "The Cowen Parties") own 98% of the Second Lien Convertible Notes issued pursuant to the Note Purchase Agreement.

5. Tao has bases to assert that The Cowen Parties' interests are in fact *pari passu* to equity and are not debt, and is evaluating whether to dispute The Cowen Parties' claims as debt. Tao understands that the Committee is analyzing the Note Purchase Agreement referred to in the Bidding Procedures and will understand and investigate issues related to The Cowen Parties, and the nature, extent, and priority of their claims, as well as the propriety of any exercise of a Credit Bid.

4891-1351-0022\1

6. Tao reserves its rights to, to the extent the Debtors or the Committee do not, (a) dispute the extent and amount of The Cowen Parties' claims, particularly the assertion that they are claims for secured debt, and (b) object to a sale of the Debtors' assets to The Cowen Parties' pursuant to a Credit Bid, if such Credit Bid does not provide for a meaningful recovery for equity interest holders.

Dated: October 16, 2023	**DORSEY & WHITNEY (DELAWARE) LLP**

By: /s/ *Alessandra Glorioso*
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
E-mail: glorioso.alessandra@dorsey.com

**Dorsey & Whitney LLP**

Samuel Kohn (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
E-mail: kohn.sam@dorsey.com

*Attorneys for Tao Capital Partners, Tao NILOC LLC, and Tao Pro LLC*

**CERTIFICATE OF SERVICE**

     I, Alessandra Glorioso, hereby certify that on October 16, 2023, I caused the foregoing Reservation of Rights to be served upon the parties that are registered to receive notice via the Court's CM/ECF notification system and upon the following parties via electronic mail.

- Paul, Weiss, Rifkind, Wharton & Garrison LLP (Attn. Paul Basta (pbasta@paulweiss.com) and Robert Britton (rbritton@paulweiss.com));

- Young Conaway Stargatt & Taylor LLP (Attn: Pauline Morgan (pmorgan@ycst.com) and Andrew Magaziner (amagaziner@ycst.com));

- Office of the United States Trustee for the District of Delaware (Attn: Linda J. Casey (linda.casey@usdoj.gov));

- Lowenstein Sandler LLP (Attn: Jeffrey Cohen (jcohen@lowenstein.com), Eric Chafetz (echafetz@lowenstein.com), Jordana Renert (jrenert@lowenstein.com), and Keara Waldron (kwaldron@lowenstein.com));

- Morris James LLP (Attn: Eric Monzo (emonzo@morrisjames.com) and Brya Keilson (bkeilson@morrisjames.com));

- Holland & Knight LLP (Attn: Robert Jones (robert.jones@hklaw.com), and Brent McIlwain (brent.mcilwain@hklaw.com); and

- Pachulski Stang Ziehl & Jones LLP (Attn: Laura Davis Jones (ljones@pszjlaw.com ); Peter J. Keane (pkeane@pszjlaw.com), and Edward A. Corma (ecorma@pszjlaw.com)).

Dated: October 16, 2023       **DORSEY & WHITNEY (DELAWARE) LLP**

       By: /s/ *Alessandra Glorioso*
       Alessandra Glorioso (DE Bar No. 5757)
       300 Delaware Avenue
       Suite 1010
       Wilmington, DE 19801
       Telephone: (302) 425-7171
       E-mail: glorioso.alessandra@dorsey.com