# CERTIFICATE OF SERVICE

      I, Karen C. Bifferato, hereby certify that on the 16th day of October 2023, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below by electronic mail.

                                                                           */s/ Karen C. Bifferato*
                                                                            Karen C. Bifferato (#3279)

**Paul M. Basta**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: pbasta@paulweiss.com

**Robert Britton**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
Email: rbritton@paulweiss.com

**William A. Clareman**
Paul Weiss Rifkind
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: wclareman@paulweiss.com

**Michael J. Colarossi**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: mcolarossi@paulweiss.com

**Shella Borovinskaya**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
Email: sborovinskaya@ycst.com

**Pauline Morgan**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
Email: pmorgan@ycst.com

**Andrew L Magaziner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
Email: bankfilings@ycst.com

**William Robertson Dorsett**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email:  rdorsett@paulweiss.com

**Joshua A. Esses**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email:  jesses@paulweiss.com

**Kyle Kimpler**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Fax : 212-373-3990
Email: kkimpler@paulweiss.com

**Zachary W. Singer**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email:  zsinger@paulweiss.com

**Linda J. Casey**
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
302-573-6491
Fax : 302-573-6497
Email: Linda.Casey@usdoj.gov

**Albert Kass**
Kurtzman Carson Consultants, LLC
222 N Pacific Coast Highway
Suite 300
El Segundo, CA 90245
310-823-9000
Fax : 310-751-1549
Email: ECFpleadings@kccllc.com

**Eric S. Chafetz**
Lowenstein Sandler LLP
1251 Avenue of the Americas
18th Floor
New York, NY 10020
212-262-6700
Fax : 212-262-4702
Email: echafetz@lowenstein.com

**Jeffrey Lawrence Cohen**
Lowenstein Sandler LLP
Avenue of the Americas
17th Floor
New York, NY 10020
212-262-6700
Fax : 212-262-7402
Email: jcohen@lowenstein.com

**Michael A. Kaplan**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
Fax : 973-597-2400
Email: mkaplan@lowenstein.com

**Jordana Linder Renert**
Lowenstein Sandler
1251 Avenue of the Americas
New York, NY 10020
212-262-6700
Fax : 212-262-7402
Email: jrenert@lowenstein.com

**Lindsay H. Sklar**
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 262-6700
Fax : (212) 262-7402
Email: lsklar@lowenstein.com

**Keara Waldron**
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY  10020-1104
(973) 597-6216
Fax: (973) 597-6217
Email:  kwaldron@lowenstein.com

**Brya Michele Keilson**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
302-888-6800
Fax : 302-571-1750
Email: bkeilson@morrisjames.com

**Eric J. Monzo**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-5848
Fax : (302) 571-1750
Email: emonzo@morrisjames.com

**Tara C. Pakrouh**
Morris James LLP
500 Delaware Avenue
Ste 1500
Wilmington, DE 19801
302-888-6836
Fax : 302-571-1750
Email: tpakrouh@morrisjames.com