**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) ) ) | Case No. 23-11120 (BLS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Ref. Docket Nos. 163, 306 & 329** |

## NOTICE OF KERP AMENDMENT

**PLEASE TAKE NOTICE** that, on September 4, 2023, the above-captioned debtors and debtors in possession (together, the "Debtors") filed the *Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief* [Docket No. 163] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on October 5, 2023, the United States Bankruptcy Court for the District of Delaware (this "Court") entered the *Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief* [Docket No. 329] (the "KERP Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the KERP Order, the Debtors may, in their discretion, designate Additional KERP Participants[2] or reallocate KERP Payments; *provided*, that prior to designating Additional KERP Participants or reallocating KERP Payments, the Debtors are required to file a notice detailing the proposed reallocations or Additional KERP Participants, including the Additional KERP Participants' titles and estimated aggregate amount of cash retention award the Additional KERP Participants will receive.[3]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion or the KERP Order, as applicable.

[3] Pursuant to the KERP Order and the *Order (I) Authorizing the Debtors to File Under Seal Certain Information Addressed in the Declaration of Justin D. Pugh in Support of the Debtors' Motion for Entry of an Order Approving the Debtors' Motion for Entry of an Order Approving Debtors' Key Employee Retention Plan and Granting Related Relief; (II) Authorizing the Debtors to File Under Seal the Reply in Support of the Debtors' Motion for Entry of an Order Approving the Debtors' Key Employee Retention Plan and (III) Directing Parties to Redact Confidential Information in All Related Pleadings* [Docket No. 306], the Debtors are authorized to file **Exhibit A** attached to this KERP Amendment Notice under seal.

**PLEASE TAKE FURTHER NOTICE** that, subsequent to the entry of the KERP Order, two KERP Participants have resigned from their positions with the Debtors (the "Former KERP Participants").  The Debtors did not make any KERP Payments to the Former KERP Participants.  The aggregate value of KERP Payments that the Former KERP Participants were contemplated to receive under the KERP was $65,000 (the "Retained KERP Payments").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby provide notice (this "KERP Amendment Notice") that they plan to reallocate the Retained KERP Payments to the Additional KERP Participants identified on **Exhibit A** attached hereto (the "Proposed KERP Amendment") in the amounts set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the KERP Order, interested parties shall have ten calendar days from the date on which they are served with this KERP Amendment Notice to object to this KERP Amendment Notice (the "Objection Period").  The Objection Period for this KERP Amendment Notice will expire at **11:59 p.m. Eastern Standard time** on **November 9, 2023** (the "Objection Deadline).  If the Debtors do not receive any objections by the Objection Deadline, the Debtors may implement the KERP on the terms captured by this KERP Amendment Notice without further Court order.

| | |
|---|---|
| Dated: October 30, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Andrew Magaziner*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>            amagaziner@ycst.com<br>            sborovinskaya@ycst.com<br><br>        - and -<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:     (212) 373-3000<br>Fax:    (212) 757-3990<br>Email: pbasta@paulweiss.com<br>            rbritton@paulweiss.com<br>            mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## Exhibit A

**Proposed KERP Amendment**

[*Filed Under Seal*]