UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROTERRA INC., *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| | ) |
| Debtor. | ) (Jointly Administered) |
| | ) |
| | ) Re Docket Nos. 312 & 437 |

## SUPPLEMENTAL DECLARATION IN SUPPORT OF EMPLOYMENT OF PROTIVITI INC. IN THE ORDINARY COURSE

I, Charles G. Soranno, declare that the following is true to the best of my knowledge, information, and belief.

1. I am a Managing Director of Protiviti Inc. ("Protiviti"), in its office located at 888 Seventh Avenue, 13th Floor, New York, NY 10019.

2. This declaration supplements my *Declaration in Support of Employment of Protiviti Inc. in the Ordinary Course* [Docket No. 312] (the "Original Declaration"), through which Protiviti seeks to be retained by the Debtors in accordance with the OCP Order.[2]

3. On October 17, 2023, the Office of the United States Trustee for the District of Delaware (the "UST") filed an objection to the Debtors' retention of Protiviti under the OCP Order [Docket No. 437] (the "Objection").

4. In accordance with an agreement reached with the UST, and subject to the UST's withdrawal of the Objection such that the Debtors are authorized to retain Protiviti under the OCP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Original Declaration.

Order effective as of the Petition Date, notwithstanding anything in the Original Declaration to the contrary:

(a) Protiviti agrees to waive its prepetition claim against the Debtors in the amount of $538,309.87; and

(b) Protiviti agrees that the Master Services Agreement annexed as Exhibit 2 to the Original Declaration, and which governs Protiviti's engagement with the Debtors, shall be deemed amended by deleting the Limitation of Liability clause (Section 11) from the Terms and Conditions Attachment thereto.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 31, 2023

*DocuSigned by: Charles Soranno*
C0F49B1AD9BA405...

Charles G. Soranno
Managing Director
Protiviti Inc.
888 Seventh Avenue, 13th Floor
New York, NY 10019
(732) 326-4518 office
charles.soranno@protiviti.com