# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 485** |

**NOTICE OF FILING OF REVISED EXHIBIT 2 OF REAL PROPERTY LEASES ANNEXED TO DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (II) AUTHORIZING ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on October 27, 2023, the above-captioned debtors and debtors in possession (together, the "Debtors") filed the *Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Abandonment of Certain Personal Property, if any, and (III) Granting Related Relief* [D.I. 485] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that a schedule of certain Real Property Leases that the Debtors seek to reject was included on Exhibit 2 to the Motion.

**PLEASE TAKE FURTHER NOTICE** that, subsequent to filing the Motion, the Debtors became aware of additional addresses for the landlord counterparty to the Real Property Leases. Accordingly, the Debtors hereby file a revised Real Property Leases Schedule (the "Revised Real Property Leases Schedule"), including the additional landlord addresses and clarifying the scope

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

30928783.1

of Real Property Leases (inclusive of relevant amendments and modifications) that are subject to the Motion.  The Debtors will serve the landlord counterparty with the Revised Real Property Leases Schedule by overnight and electronic mail.

**PLEASE TAKE FURTHER NOTICE** that the Debtors unequivocally surrendered possession of the premises listed on the Revised Real Property Leases Schedule no later than the date hereof and delivered keys to the landlord counterparty for such premises in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion is scheduled for **November 28, 2023 at 2:00 p.m. (ET)** before The Honorable Brenden Linehan Shannon, United States Bankruptcy Judge for the District of Delaware.

*[Remainder of page intentionally left blank]*

| | | |
|---|---|---|
| Dated: | October 31, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: pmorgan@ycst.com<br>         amagaziner@ycst.com<br>         sborovinskaya@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:   (212) 373-3000<br>Fax:  (212) 757-3990<br>Email: pbasta@paulweiss.com<br>         rbritton@paulweiss.com<br>         mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and<br>Debtors in Possession* |

# Exhibit 1

## Revised Real Property Leases Schedule

| Debtor Party | Leased Premises Address | Landlord Counterparty and Address | Lease Description[1] | Rejection Date |
|---|---|---|---|---|
| Proterra Operating Company, Inc. | 383-393 South Cheryl Lane City of Industry, CA 91789 | PAC Operating Limited Partnership 17777 Center Court Drive North, Suite 100, Cerritos, California 90703 Attn: Market Officer -and- 1800 Wazee Street, Suite 500 Denver, Colorado 80202 Attn: Prologis, General Counsel | Lease Agreement dated May 8, 2015 (Prologis Industry Distribution Center 4)[2] | October 31, 2023 |

---

[1] References to agreements and documents are only summaries and are not intended to be full descriptions of such agreements and documents.

[2] For the avoidance of doubt, as such lease agreement has been supplemented, amended, extended, or otherwise modified in any subsequent agreements or side letters, including, without limitation: (i) the First Amendment thereto, dated as of February 8, 2019; (ii) the Second Amendment thereto, dated as of July 1, 2021; (iii) the Third Amendment thereto, dated as of March 22, 2022; (iv) the Fourth Amendment thereto, dated as of April 14, 2022; (v) the Fifth Amendment thereto, dated as of December 24, 2022; and (vi) any correspondence between the Company and the landlord counterparty which effected any extension or modification of the foregoing.