IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 23-11120 (BLS) |
| **Proterra Inc, *et al.*,**[1] | : | (Jointly Administered) |
| | : | |
| | : | Re: D.I. 312, 437, 489 |
| | : | |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF DOCUMENT

Andrew R. Vara, United States Trustee for Regions Three and Nine ("U. S. Trustee"), by and through his counsel, in accordance with an agreement entered into with Protiviti as reflected in the *Supplemental Declaration in Support of Employment of Protiviti Inc. in the Ordinary Course* (D.I. 489), hereby withdraws the *Objection of the United States Trustee to Retention by Debtors of Protiviti Inc. as an Ordinary Course Professional* (D.I. 437) filed October 17, 2023.

        **Andrew R. Vara,**
        **United States Trustee, Region Three**

Dated: November 2, 2023        **BY:** /s/Linda J. Casey
                                        Linda J. Casey, Esquire
                                        Trial Attorney
                                        J. Caleb Boggs Federal Building
                                        844 King Street, Suite 2313, Lockbox 35
                                        Wilmington, DE 19801
                                        (302) 573-6491
                                        (302) 573-6497 (Fax)
                                        Linda.Casey@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.