**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| PROTERRA INC., *et al.,*[1] | ) Case No. 23-11120 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: November 8, 2023** |
| | ) **at 4:00 p.m. (ET)** |
| | ) |
| | ) **Re: D.I. 279, 399, 472** |
| | ) |

**BIRLASOFT SOLUTIONS INC.'S AMENDED
RESPONSE AND RESERVATION OF RIGHTS TO NOTICE OF
(I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES AND (II) PROPOSED CURE AMOUNTS**

Birlasoft Solutions Inc. ("Birlasoft") hereby files this amendment to its response and reservation of rights (the " Amended Response")[2] to the *First Amended Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure* [D.I. 279] (the "Amended Cure Notice")[3] filed and served by Proterra Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). In support of this Amended Response, Birlasoft respectfully submits as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Birlasoft's original response was filed at D.I. 399.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Cure Notice and Amended Cure Notice.

# I.
## JURISDICTION

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

# II.
## SUMMARY OF OBJECTION

2.      This Amended Response is limited to the Amended Cure Notice and Amended Cure Amount (defined below) specified therein.

3.      As detailed in Birlasoft initial response, Birlasoft's records reflect that that the Total Cure Amount (defined below) should be allocated between the Statements of Work and Change Request Forms (as defined below) in accordance with the chart attached the Original Response (defined below).

4.      The Amended Cure Notice, however, now lists the "Cure Amount" at "0," which is demonstrably incorrect and wholly omits the Statements of Work and Change of Request Forms.  To that end, Birlasoft files this Amended Response to reiterate the proper Cure Amounts due and to allocate that amount between the Statements of Work and Change Request Forms.  In total, the Amended Cure Amount is approximately $271,754.00.

# III.
## BACKGROUND

5.      Debtor Proterra Operating Company, Inc. ("Proterra Operating Co.") and Birlasoft are parties to the *Master Services Agreement*, dated February 15, 2022 (the "MSA"), in which Proterra Operating Co. agreed to use Birlasoft, and Birlasoft agreed to serve, as an independent contractor of Proterra Operating Co. to complete various projects (the "Projects").  From time to time, and pursuant to the terms of the MSA, Proterra Operating Co. issues to

2

Birlasoft either statements of work (the "<u>Statements of Work</u>") or change request forms (the "<u>Change Request Forms</u>") outlining various Projects to be completed by Birlasoft. Importantly, as for payment, Birlasoft sends Proterra Operating Co. an invoice for each Statement of Work or Change Request Form that was submitted under the MSA.

6.      On August 7, 2023 ("<u>Petition Date</u>"), the Debtors filed a voluntary petition for relief under chapter 11, title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for Southern District of Texas (the "<u>Court</u>").

7.      On August 8, 2023, the Debtors filed a motion seeking, among other things, the authority to implement bidding procedures for a sale of substantially all of their assets free under 11 U.S.C. § 363(f) and to assume and assign executory contracts [D.I. 36] (the "<u>Sale Motion</u>"). On September 7, 2023, the Court entered an order approving bidding procedures and assumption and assignment procedures [D.I. 218] (the "<u>Bidding Procedures Order</u>").

8.      On September 25, 2023, the Debtors timely filed and served the original Cure Notice, which, as set forth on Appendix A, identified the MSA and certain related Statements of Work, and Change Requests Forms as executory contracts that may be assumed and assigned to the Successful Bidder(s). That Cure Notice specified that the Cure Amount for the MSA is $316,932.22, whereas the Cure Amount for each specified Statement of Work and Change Request Forms are all $0.00.

9.      On October 16, 2023, Birlasoft filed and served its *Response and Reservation of Rights to Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure* [D.I. 399] (the "<u>Original Response</u>"), requesting, among other things, that the Debtors divide the Cure Amount for the MSA between the

Statements of Work and Change Request Forms.  The Original Response also stated that the Cure Amount was, at that time, approximately $314,354.90.

10.     On October 25, 2023, the Debtors filed its Amended Cure Notice, which amended the Cure Amount for the MSA to $0.00 but  failed to amend the Cure Amounts for Birlasoft's Statements of Work and Change Requests Forms on the attached Amended Contracts Schedule.

## IV.
## RESPONSE

11.     As of November 5, 2023, Birlasoft contends that the Cure Amount for the Statements of Work and Change of Request Forms totals to approximately $271,754.00 (the "Amended Cure Amount").  While the Amended Cure Notice lists the Cure Amount for the MSA is $0.00 (as set forth in the Original Response), Birlasoft submits this Amended Response because Birlasoft believes that the Debtors intend to assume or assume and assign ongoing Birlasoft projects critical to the Debtors' business and the Debtors have yet to correctly separate and allocate the Cures Amount between the Statements of Work and Change Request Forms as detailed in its Original Response.

12.     Moreover, Birlasoft maintains that dividing the Amended Cure Amount between the Statements of Work and Change Request Forms is important given the possibility that those contracts could be assumed by multiple buyers in connection with the Track A Sale Hearing or Track B Sale Hearing. For that reason, Birlasoft requests that the Debtors further amend the Amended Contract Schedule attached to the Amended Cure Notice to list the Cure Amounts as set forth in the Chart attached as **Exhibit 1.**

13.     Furthermore, Birlasoft reserves all rights to supplement or amend this Amended Response to raise additional grounds for relief requested, object to the Sale Motion and/or raise any  adequate  assurance  objection  once  the  identity  of  the  Successful  Bidder(s)  is  known.

4

Birlasoft further reserves all rights and remedies in this matter, including, but not limited to, the treatment and enforcement of the its contracts. The filing of this Amended Response is not to be construed as a waiver of any of Birlasoft's rights and/or defenses.

WHEREFORE, the Birlasoft respectfully requests that the Debtors allocate the Amended Cure Amount as set forth to the Court attached to its Original Response and grant any other relief that the Court deems just and proper.

Dated: November 8, 2023

**ASBHY & GEDDES, P.A.**

*/s/ Ricardo Palacio*

Ricardo Palacio (DE Bar No. 3765)
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: RPalacio@ashbygeddes.com

**FOLEY & LARDNER LLP**
John P. Melko (Texas Bar No. 13919600)
Nora J. McGuffey (Texas Bar No. 24121000)
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone: 713.276.5500
Email: jmelko@foley.com
Email: nora.mcguffey@foley.com

*Counsel for Birlasoft Solutions, Inc.*

4854-8444-4814.4