# **EXHIBIT 1**

4854-8444-4814.4

| SOW No. | Project Description | Amount Outstanding (US$) |
|---|---|---|
| S No. 189 CHANGE_REQUEST_FORM _Infra_HandsFeet_Greer_2nd_Shift_V1.Approved.docx | Greenville Factory Engineering Roles / I | 81920 |
| S No. 183 CHANGE_REQUEST_FORM _Extn_Depot Support_Jul_Dec_2023_v3.docx | New Opportunity Depot / ICTS HBU | 12416 |
| S No. 179 Statement of Work - Birlasoft - Oracle Support Proterra Final_3.23.2023_Proterra Edits 3.28.2023_BSL | Oracle EBS and Middleware AMS 3 Mar 2023 | 49000 |
| S No. 180 Statement_of_Work-_Birlasoft_-_Proterra_Oracle_ERP_Transformation_v3.0_FINAL_(Karina) | Oracle EBS Transformation Services 3 yea | 60984 |
| S No. 175 SOW_Managed_DevOps_-_BIRLASOFT.Approved.docx | Protera DevOps Support / DIGITAL HBU | 20478 |
| S No. 181 Birlasoft_Proterra_CRM Staffing V1.FINAL | Proterra AMS CRM / DATS HBU | 12096 |
| S No. 184 CHANGE_REQUEST_FORM _IMS_Support_v6.docx | Proterra IMS KLO 1 / ICTS HBU | 74852 |
| S No. 186 CHANGE_REQUEST_FORM _Testing POD Aug23_Jan24_v2.Approved.docx | Proterra Testing POD / TESTING HBU | 13176 |
| S No. 176 SOW_ServiceNow_Implementation_-_BIRLASOFT.Approved.docx | ServiceNow Support / ITTS HBU | 4168 |
| | Grand Total | 329090 |
| | | |
| | Credit Amounts | Amount (US$) |
| S No. 188 CHANGE_REQUEST_FORM _Onsite VAE Aug23_Jan24_v2.Approved.docx | Proterra VAE  Onsite / DIGITAL HBU | -23680 |
| S No. 180 Statement_of_Work-_Birlasoft_-_Proterra_Oracle_ERP_Transformation_v3.0_FINAL_(Karina) | Oracle EBS Transformation Services 3 yea | -33656 |
| | Total Amount Credited | -57336 |
| | | |
| | Total Amended Cure Amount | 271,754 |

4854-8444-4814.4