**CERTIFICATE OF SERVICE**

I, Ricardo Palacio, hereby certify that, on November 8, 2023, I caused copies of *Birlasoft Solutions Inc.'s Amended Response and Reservation of Rights to Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* to be served upon the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: November 8, 2023            /s/ *Ricardo Palacio*
                                                        Ricardo Palacio (DE Bar No. 3765)

{01956663;v1 }

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Paul M. Basta, Robert A. Britton & Michael Colarossi
1285 Avenue of the Americas
New York, New York 10019
Email: pbasta@paulweiss.com; rbritton@paulweiss.com; mcolarossi@paulweiss.com

Young Conaway Stargatt & Taylor LLP
Pauline K. Morgan, Andrew L. Magaziner, Shella Borovinskaya
1000 North King Street
Wilmington, Delaware, 19801
Email: pmorgan@ycst.com; amagaziner@ycst.com; sborovinskaya@ycst.com

The Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, Delaware, 19801
Email: linda.casey@usdoj.gov

Lowenstein Sandier LLP
Jeffrey Cohen, Eric Chafetz
Jordana Renert, and Keara Waldron
1251 Avenue of the Americas
New York, NY 10020
Email: jcohen@lowenstein.com; echafetz@lowenstein.com; jrenert@lowenstein.com; kwaldron@lowenstein.com

Morris James LLP
Eric Monzo and Brya Keilson
500 Delaware Ave # 1500
Wilmington, DE 19801
Email: emonzo@morrisjames.com; bkeilson@morrisjames.com

{01952151;v1 }