## **CERTIFICATE OF SERVICE**

I, Ericka F. Johnson, hereby certify that on November 8, 2023, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn. Paul Basta, Robert Britton
Email: pbasta@paulweiss.com; rbritton@paulweiss.com

Young Conaway Stargatt & Taylor LLP
Email: pmorgan@ycst.com; amagaziner@ycst.com

The Office of the United States Trustee
 for the District of Delaware
Attn: Linda J. Casey
Email: linda.casey@usdoj.gov

Lowenstein Sandler LLP
Attn: Jeffrey Cohen, Eric Chafetz (), Jordana Renert, Keara Waldron
Email: jcohen@lowenstein.com; echafetz@lowenstein.com; jrenert@lowenstein.com; kwaldron@lowenstein.com

Morris James LLP
Attn: Eric Monzo, Brya Keilson
Email: emonzo@morrisjames.com; bkeilson@morrisjames.com

                                          */s/ Ericka F. Johnson*
                                           Ericka F. Johnson, Esq. (No. 5024)