# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> PROTERRA INC, *et al.*,[1] <br> Debtors. | Chapter 11 <br> Case No. 23-11120 (BLS) <br> (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Dennis A. Meloro, Oscar N. Pinkas, Sara A. Hoffman and Jessica M. Wolfert of Greenberg Traurig, LLP hereby withdraw as counsel for IVECO Group N.V. and certain affiliates ("IVECO"), in the above-captioned cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove each of them from the electronic and paper noticing matrix for the above-captioned cases only as to IVECO.

**PLEASE TAKE FURTHER NOTICE** that G. David Dean and Jack M. Dougherty of Cole Schotz P.C. and Luc Despins and G. Alexander Bongartz of Paul Hastings LLP hereby enter their appearances as counsel for IVECO S.p.A. and EVCO GmbH in the above-captioned cases.

*[Remainder intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

40000/0600-46470233

Dated: November 9, 2023

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **COLE SCHOTZ P.C.** |
| */s/ Dennis A. Meloro* <br> Dennis A. Meloro (No. 4435) <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, DE 19801 <br> Telephone: (302) 661-7395 <br> Dennis.Meloro@gtlaw.com | */s/ G. David Dean* <br> G. David Dean (No. 6403) <br> Jack M. Dougherty (No. 6784) <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Telephone: (302) 652-3131 <br> Facsimile: (302) 652-3117 <br> ddean@coleschotz.com <br> jdougherty@coleschotz.com |
| - and - | - and - |
| **GREENBERG TRAURIG, LLP** <br> Oscar N. Pinkas, Esq. <br> Sara A. Hoffman, Esq. <br> Jessica M. Wolfert, Esq. <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> Telephone: (212) 801-9200 <br> PinkasO@gtlaw.com <br> HoffmanS@gtlaw.com <br> Jessica.Wolfert@gtlaw.com <br><br> *Withdrawing Counsel to IVECO Group N.V. and certain affiliates* | **PAUL HASTINGS LLP** <br> Luc Despins (*Pro Hac Vice* forthcoming) <br> G. Alexander Bongartz (*Pro Hac Vice* forthcoming) <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 318-6000 <br> Facsimile: (212) 319-4090 <br> lucdespins@paulhastings.com <br> alexbongartz@paulhastings.com <br><br> *Counsel for IVECO S.p.A. and EVCO GmbH* |