## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PROTERRA INC, *et al.,*<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of G. Alexander Bongartz, Esq. of Paul Hastings LLP to represent IVECO S.p.A. and EVCO GmbH in the above-referenced cases.

Dated: November 9, 2023

*/s/ Jack M. Dougherty*
**COLE SCHOTZ P.C.**
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
jdougherty@coleschotz.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: November 9, 2023

*/s/ G. Alexander Bongartz*
**PAUL HASTINGS LLP**
G. Alexander Bongartz, Esq.
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
alexbongartz@paulhastings.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.