# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PROTERRA INC, *et al.,*[1] | ) Case No. 23-11120 (BLS) |
| Debtors. | ) Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jeffrey M. Carbino, Esq., on behalf of **The City of Greensboro, North Carolina ("Greensboro")**, a creditor in the above captioned bankruptcy case, hereby submits this Notice of Appearance in the above captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §1109(b) of the Bankruptcy Code. All notices given or required to be given in this jointly administered case shall be given to and served at the following address:

> Jeffrey M. Carbino
> Leech Tishman Fuscaldo & Lampl, Inc.
> 1007 N. Orange Street, Suite 420
> Wilmington, DE 19801
> Telephone: (302) 985-9805
> Facismile: (412) 227-5551
> Email: jcarbino@leechtishman.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the answer to the involuntary petition, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

4888-8692-4168, v. 1

hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that Greensboro intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the right of Greensboro to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right of Greensboro to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the right of Greensboro to have the United States District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Greensboro is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of Greensboro.

Dated: November 9, 2023
Wilmington, Delaware

Respectfully submitted,

 /s/Jeffrey M. Carbino
Jeffrey M. Carbino (DE No. 4062)
LEECH TISHMAN FUSCALDO & LAMPL
1007 N. Orange Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 985-9805
Email:  jcarbino@leechtishman.com