# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROTERRA INC, et al.,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br>Jointly Administered<br><br>**Re: D.I. 233, 317, 483** |

### SUPPLEMENTAL DECLARATION OF JEFFREY COHEN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF AUGUST 26, 2023

Jeffrey Cohen hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein Sandler"), which maintains offices in New York, New Jersey, California, Utah, and Washington, D.C. I am an attorney at law, duly admitted and a member in good standing of the bar of the State of New York. I am admitted to this Court in these Chapter 11 Cases[2] *pro hac vice*.

2. This supplemental declaration is submitted in further support of the *Application Of The Official Committee Of Unsecured Creditors For An Order Authorizing And Approving The Employment And Retention Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors Effective As Of August 26, 2023* (the "Application") [Docket No. 233], which was approved on October 3, 2023, through the Court's entry of the *Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of August 26, 2023* [Docket No. 317], and to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

44656/2
11/10/2023 214797674.1

-2-

supplement my original declaration (the "<u>Original Declaration</u>") that was annexed as Exhibit A to the Application.

3. In addition to the disclosures in the Original Declaration, Lowenstein Sandler discloses the following:

| **Entity** | **Relationship to Debtors**[2] | **Relationship to Lowenstein Sandler** |
|---|---|---|
| KPMG LLP | Audit and Tax Restructuring Professional | Jeffrey Cohen is married to an employee of KPMG LLP, who is not working on this engagement and is not involved in the Chapter 11 Cases. |

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

Dated: November 10, 2023 */s/ Jeffrey Cohen*
 Jeffrey Cohen, Esq.

---

[2] This schedule is for disclosure purposes only and uses the Debtors' description of the relationship to the Debtors, where available. The Committee expressly reserves all rights, including, without limitation, with respect to the nature, extent and validity of any party's alleged lien or claim.