# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>PROTERRA INC, *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 187** |

## STIPULATION EXTENDING THE GENERAL BAR DATE AS TO IVECO

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and Iveco S.p.A. and EVCO GmbH (together, "Iveco") hereby stipulate and agree as follows:

### Recitals

WHEREAS, on September 5, 2023, the Court entered the *Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (the "Bar Date Order") [Docket No. 187] establishing deadlines to file proofs of claim for all potential claims.

WHEREAS, on October 10, 2023, the Debtors filed the *Notice of Entry of Bar Date Order Establishing Deadlines for Filing Proofs of Claim (Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code) Against the Debtors* (the "Bar Date Notice") [Docket No. 344] pursuant to the terms of the Bar Date Order.

WHEREAS, pursuant to the Bar Date Notice, the General Bar Date[2] is November 13, 2023 at 4:00 p.m. (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order.

30965678.2

WHEREAS, pursuant to paragraph 4 of the Bar Date Order, the Debtors are authorized, but not required, to agree, after consultation with the Committee, to extend the Bar Date for any claimant by written stipulation filed with this Court in advance of the General Bar Date.

## Stipulation

IT IS HEREBY STIPULATED AND AGREED, by and between the Debtors and Iveco, that the General Bar Date is extended as to Iveco S.p.A., EVCO GmbH, and their respective subsidiaries through and including November 18, 2023 at 4:00 p.m. (prevailing Eastern Time).

[*Remainder of this page intentionally left blank.*]

| | |
|---|---|
| */s/ Shella Borovinskaya* | */s/ G. David Dean* |
| Pauline K. Morgan (No. 3650) | G. David Dean (No. 6403) |
| Andrew L. Magaziner (No. 5426) | Jack M. Dougherty (No. 6784) |
| Shella Borovinskaya (No. 6758) | **COLE SCHOTZ P.C.** |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | 500 Delaware Avenue, Suite 1410 |
| Rodney Square | Wilmington, DE 19801 |
| 1000 North King Street | Telephone: (302) 652-3131 |
| Wilmington, DE 19801 | Facsimile: (302) 652-3117 |
| Telephone: (302) 571-6600 | ddean@coleschotz.com |
| Facsimile: (302) 571-1253 | jdougherty@coleschotz.com |
| pmorgan@ycst.com | |
| amagaziner@ycst.com | - and – |
| sborovinskaya@ycst.com | |
| | Luc Despins (*Pro Hac Vice* forthcoming) |
| - and – | G. Alexander Bongartz (*Pro Hac Vice* forthcoming) |
| | **PAUL HASTINGS LLP** |
| Paul M. Basta (admitted *pro hac vice*) | 200 Park Avenue |
| Robert A. Britton (admitted *pro hac vice*) | New York, NY 10166 |
| Michael J. Colarossi (admitted *pro hac vice*) | Telephone: (212) 318-6000 |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | Facsimile: (212) 319-4090 |
| 1285 Avenue of the Americas New York, New York 10019 | lucdespins@paulhastings.com |
| | alexbongartz@paulhastings.com |
| Telephone: (212) 373-3000 | |
| Facsimile: (212) 757-3990 | *Counsel for Iveco S.p.A. and EVCO GmbH* |
| pbasta@paulweiss.com | |
| rbritton@paulweiss.com | |
| mcolarossi@paulweiss.com | |
| | |
| *Counsel to the Debtors and Debtors in Possession* | |

30965678.2