# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRODERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 459** |

PROTERRA INC, *et al.*,[1]

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

On October 23, 2023, Lowenstein Sandler LLP ("Lowenstein Sandler"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-referenced bankruptcy cases, filed the *First Consolidated Monthly Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of August 26, 2023 through September 30, 2023* (the "Application") [Docket No. 459].

The deadline to object to the Application was November 13, 2023 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Professionals, and (II) Granting Related Relief* [Docket No. 188], no further order is required, and Lowenstein Sandler is entitled to receive 80% of its fees ($641,763.60) and 100% of its expenses ($6,199.71).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

16409129/1

2

| | |
|---|---|
| Dated: November 14, 2023 | **MORRIS JAMES LLP** |
| | */s/ Brya M. Keilson* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | E-mail: tpakrouh@morrisjames.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |