Hanks   **IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) ) ) | Case No. 23-11120 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) ) ) | **Objection Deadline: December 7, 2023 at 4:00 p.m. (ET)** |

**SECOND MONTHLY FEE APPLICATION OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | August 7, 2023 [D.I. 208] |
| Period for Which Compensation and Reimbursement is Sought | October 1, 2023 through October 31, 2023: |
| Monthly Fees Incurred | $4,528,345.50 |
| 20% Holdback | $905,669.10 |
| Amount of Compensation sought as actual, reasonable and necessary (Less 20% Holdback) | $3,622,676.40 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459).  The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

30979385.2

Amount of Expense Reimbursement sought   $24,047.75
as actual, reasonable, and necessary

This is a: <u>X</u> monthly ___ interim ___ final application.

The total time expended for fee application preparation is approximately 73.1 hours and the corresponding compensation requested is approximately $45,214.50.

Prior Applications:

|  |  | Requested ($) | | Approved ($) | | |
|---|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Fees | Expenses | Certificate of No Objection |
| 10/17/2023 D.I. 428 | 8/7/23 – 9/30/23 | $4,615,105.20 | $33,092.40 | $4,615,105.20 | $33,092.40 | 11/8/2023 D.I. 517 |

## MONTHLY COMPENSATION BY PROFESSIONAL

| Name of Professional | Position and Year of Admission | Hourly Billing Rate (10/1/2023 - 10/5/2023) | Total Billed Hours (10/1/2023 - 10/5/2023) | Hourly Billing Rate (10/6/2023 - 10/31/2023) | Total Billed Hours (10/6/2023 - 10/31/2023) | Total Compensation |
|---|---|---|---|---|---|---|
| Steven C. Herzog | Counsel (Litigation); admitted NJ 1987 | $1,650.00 | 1.10 | $1,815.00 | 4.60 | $10,164.00 |
| John C. Kennedy | Partner (Corporate); admitted NY 1989 | $2,285.00 | 4.20 | $2,395.00 | 8.60 | $30,194.00 |
| Diane Meyers | Counsel (Bankruptcy); admitted NY 1992 | $1,650.00 | 4.50 | $1,815.00 | 3.70 | $14,140.50 |
| Robert Holo | Partner (Tax); admitted NY 1993 | $2,175.00 | 0.90 | $2,395.00 | 10.20 | $26,386.50 |
| Jean McLoughlin | Partner (ECG); admitted NY 1995 | $2,175.00 | 2.60 | $2,395.00 | 5.30 | $18,348.50 |
| Luis Cruz | Senior Staff Attorney (Litigation); admitted NY 1995 | $0.00 | 0.00 | $675.00 | 9.70 | $6,547.50 |
| Scott A. Sher | Partner (Litigation); admitted CA 1997 | $2,175.00 | 1.10 | $2,395.00 | 4.00 | $11,972.50 |
| John Potamousis | Senior Staff Attorney (Litigation); admitted NY 1999 | $625.00 | 18.10 | $675.00 | 134.70 | $102,235.00 |
| Rebecca Coccaro | Partner (ECG); admitted NY 2000 | $1,815.00 | 2.60 | $2,205.00 | 11.70 | $30,517.50 |
| John P. Carlin | Partner (Litigation); admitted NY 2000 | $2,175.00 | 0.20 | $2,395.00 | 12.80 | $31,091.00 |
| Ryan R. Rodriguez | Staff Attorney (Litigation); admitted NY 2003 | $595.00 | 15.20 | $645.00 | 39.90 | $34,779.50 |
| Binsy Cyriac | Staff Attorney (Litigation); admitted NY 2005 | $595.00 | 31.30 | $645.00 | 64.30 | $60,097.00 |
| Eduardo Ramos | Staff Attorney (Litigation); admitted NY 2005 | $0.00 | 0.00 | $645.00 | 20.50 | $13,222.50 |
| William A. Clareman | Partner (Litigation); admitted NY 2007 | $2,205.00 | 22.60 | $2,205.00 | 17.90 | $89,302.50 |
| Robert A. Britton | Partner (Bankruptcy); admitted NY 2008 | $2,177.38 | 35.30 | $2,205.00 | 90.40 | $276,193.50 |

30979385.2

| Name | Title | | | | | |
|---|---|---|---|---|---|---|
| Andrea Quek | Counsel (Corporate); admitted NY 2008 | $1,650.00 | 25.10 | $1,815.00 | 135.30 | $286,984.50 |
| Lyudmila Y, Bondarenko | Counsel (Corporate); admitted WI 2006 | $1,650.00 | 7.50 | $1,815.00 | 26.10 | $59,746.50 |
| Jonathan Ashtor | Partner (Corporate); admitted NY 2010 | $1,785.00 | 1.00 | $1,995.00 | 18.80 | $39,291.00 |
| Paul Paterson | Counsel (Litigation); admitted NY 2010 | $1,686.26 | 9.10 | $1,815.00 | 50.30 | $106,639.50 |
| Yan Gershfeld | Staff Attorney (Litigation); admitted NY 2010 | $595.00 | 12.50 | $645.00 | 52.10 | $41,042.00 |
| Yuni Yan Sobel | Counsel (Corporate); admitted NY 2011 | $1,650.00 | 0.70 | $1,815.00 | 8.80 | $17,127.00 |
| Elana D. Bensoul | Counsel (Corporate); admitted NY 2012 | $0.00 | 0.00 | $1,815.00 | 18.20 | $33,033.00 |
| Austin S. Pollet | Partner (Corporate); admitted CA 2013 | $1,780.45 | 13.20 | $1,995.00 | 91.20 | $205,446.00 |
| Nathan Mitchell | Counsel (Corporate); admitted DC 2013 | $0.00 | 0.00 | $1,815.00 | 10.10 | $18,331.50 |
| Anne McGinnis | Counsel (Tax); admitted NY 2014 | $1,650.00 | 0.50 | $1,815.00 | 9.80 | $18,612.00 |
| Johan E. Tatoy | Associate (Litigation); admitted NY 2014 | $1,380.00 | 8.60 | $1,560.00 | 43.50 | $79,728.00 |
| Yoosun Koh | Associate (Litigation); admitted NY 2014 | $1,392.69 | 31.20 | $1,560.00 | 154.80 | $284,940.00 |
| Timothy Leung | Associate (Corporate); admitted NY 2015 | $0.00 | 0.00 | $1,560.00 | 30.10 | $46,956.00 |
| Egle Meigyte-Conterio | Staff Attorney (Litigation); admitted NY 2016 | $595.00 | 20.00 | $645.00 | 47.80 | $42,731.00 |
| Joshua A. Esses | Associate (Bankruptcy); admitted NY 2017 | $1,315.00 | 26.80 | $1,560.00 | 135.70 | $246,934.00 |
| Michael J. Colarossi | Associate (Bankruptcy); admitted NY 2017 | $1,370.49 | 50.30 | $1,560.00 | 174.50 | $341,155.50 |
| Cherry Liu | Associate (Corporate); admitted NY 2018 | $1,315.00 | 20.00 | $1,560.00 | 22.00 | $60,620.00 |
| Elaine Z. Sun | Associate (Corporate); admitted NY 2018 | $0.00 | 0.00 | $1,560.00 | 121.40 | $189,384.00 |

| Hilary Smith | Associate (Corporate); admitted NY 2018 | $1,315.00 | 6.00 | $1,560.00 | 27.30 | $50,478.00 |
|---|---|---|---|---|---|---|
| Lilibeth Clelo | Associate (ECG); admitted NY 2018 | $1,315.00 | 4.80 | $1,560.00 | 11.90 | $24,876.00 |
| Simon Kwong | Associate (Tax); admitted NY 2019 | $1,225.00 | 1.20 | $1,475.00 | 10.40 | $16,810.00 |
| Tyler F. Zelinger | Associate (Bankruptcy); admitted NY 2021 | $1,125.00 | 22.60 | $1,415.00 | 100.90 | $168,198.50 |
| Zachary Singer | Associate (Bankruptcy); admitted DC 2021 | $1,125.00 | 38.70 | $1,415.00 | 77.70 | $153,483.00 |
| Richard N. Kennedy | Associate (ECG); admitted NY 2022 | $995.00 | 3.70 | $1,350.00 | 24.80 | $37,161.50 |
| Yihan Zhuang | Associate (Corporate); admitted NY 2022 | $995.00 | 2.10 | $1,350.00 | 15.90 | $23,554.50 |
| Susan Harling | Associate (Corporate); admitted NY 2022 | $995.00 | 5.20 | $1,350.00 | 13.70 | $23,669.00 |
| Joyce J. Lee | Associate (Litigation); admitted NY 2023 | $825.00 | 13.40 | $1,120.00 | 38.30 | $53,951.00 |
| Leo Cen | Associate (Corporate); admitted NY 2023 | $825.00 | 12.60 | $1,120.00 | 31.90 | $46,123.00 |
| Reginald Bradnock | Staff Attorney (Litigation); admitted NY 2023 | $595.00 | 37.60 | $645.00 | 49.20 | $54,106.00 |
| Riana M. Morales | Associate (Corporate); admitted NY 2023 | $825.00 | 0.20 | $1,120.00 | 6.50 | $7,445.00 |
| William Robertson Dorsett | Associate (Bankruptcy); admitted NY 2023 | $825.00 | 21.50 | $895.00 | 103.70 | $110,549.00 |
| Han Le | Associate (Corporate); admitted NY 2023 | $0.00 | 0.00 | $1,120.00 | 20.70 | $23,184.00 |
| Vida Robinson | Associate (Bankruptcy); admitted NY 2023 | $825.00 | 34.30 | $1,120.00 | 109.90 | $151,385.50 |
| Jake Philipoom | Associate (Litigation); admitted DC 2023 | $1,225.00 | 8.80 | $1,475.00 | 4.90 | $18,007.50 |
| Sahil Solankee | Associate (Corporate); admitted NY 2023 | $0.00 | 0.00 | $1,120.00 | 65.70 | $73,584.00 |

| Name | Title | 2022 Rate | 2022 Hours | 2023 Rate | 2023 Hours | Total |
|---|---|---|---|---|---|---|
| Xinyue Ji | Associate (Executive Compensation Group); admitted NY 2023 | $0.00 | 0.00 | $895.00 | 6.70 | $5,996.50 |
| Rohun A Reddy | Associate (Corporate); Bar Admission Pending | $825.00 | 37.10 | $895.00 | 169.00 | $181,862.50 |
| Isabelle Leipziger | Associate (Litigation); Bar Admission Pending | $825.00 | 14.50 | $895.00 | 102.50 | $103,700.00 |
| Joaquin Aguinaco | Associate (Corporate); Bar Admission Pending | $825.00 | 50.70 | $1,120.00 | 190.30 | $254,963.50 |
| Brandon M. Scott | Senior E-Discovery Analytics Advisor | $435.00 | 4.80 | $480.00 | 16.70 | $10,104.00 |
| Boris Lamptey | E-Discovery Project Manager | $435.00 | 6.90 | $480.00 | 23.40 | $14,233.50 |
| Stephanie Tse | E-Discovery Support Supervisor | $435.00 | 0.90 | $480.00 | 6.40 | $3,463.50 |
| Robyn McAllen Broughton | Senior Research Analyst | $0.00 | 0.00 | $420.00 | 9.10 | $3,822.00 |
| Julia Hossain | Paralegal | $410.00 | 0.50 | $450.00 | 8.00 | $3,805.00 |
| Marguerite Melvin | Paralegal | $470.00 | 1.80 | $515.00 | 4.80 | $3,318.00 |
| James Norris | Paralegal | $0.00 | 0.00 | $450.00 | 14.10 | $6,345.00 |
| Anika Arditi | Paralegal | $0.00 | 0.00 | $450.00 | 10.70 | $4,815.00 |
| Matthew Metrick | Paralegal | $0.00 | 0.00 | $450.00 | 8.60 | $3,870.00 |
| Kira Leid-King | Paralegal | $0.00 | 0.00 | $515.00 | 19.20 | $9,888.00 |
| Leslie Ortiz Quiroz | Paralegal | $410.00 | 1.00 | $450.00 | 16.20 | $7,700.00 |
| **Total:** | | | **697.1** | | **2,907.9** | **$4,528,345.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Blended Rate:** | | | | $1,256.13 | | |
| **Attorney Total:** | | | 578.9 | | 2,308.9 | $3,916,455.40 |
| **Attorney Blended Rate:** | | | | $1,356.21 | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Adversary Proceedings and Contested Matters (001) | 178.5 | $ 183,674.50 |
| Sales Process (002) | 1301.8 | $ 1,831,159.00 |
| Automatic Stay Matters (003) | 20.7 | $ 32,751.00 |
| Case Administration (004) | 73.6 | $ 81,404.50 |
| First Day Motions and Related Relief (005) | 0.4 | $ 450.00 |
| Claims Administration and Objections (006) | 16.1 | $ 17,521.00 |
| Corporate Governance and Board Matters (007) | 56.3 | $ 100,203.00 |
| Securities Matters (008) | 117.6 | $ 169,762.00 |
| Cash Collateral / Financing (009) | 84.7 | $ 123,422.50 |
| Employee Matters (010) | 168.0 | $ 257,864.00 |
| Executory Contracts and Leases (011) | 145.4 | $ 214,034.50 |
| Fee / Employment Applications (Other) (012) | 24.8 | $ 25,375.00 |
| Fee / Employment Applications (Paul, Weiss) (013) | 73.1 | $ 45,214.50 |
| Hearings (014) | 20.7 | $ 30,435.50 |
| Investigation of Potential Claims (015) | 987.6 | $ 944,852.00 |
| Plan and Disclosure Statement (016) | 151.2 | $ 197,480.00 |
| Schedules and Statements (017) | 28.7 | $ 36,886.50 |
| Tax Issues (018) | 34.8 | $ 64,851.00 |
| Travel Time (019) | 4.4 | $ 5,916.00 |
| U.S. Trustee Communications (020) | 3.3 | $ 5,277.00 |
| Vendor / Supplier, Insurance, and Utilities Issues (021) | 70.3 | $ 96,929.50 |
| Creditor and Stakeholder Issues (022) | 43.0 | $ 62,882.50 |
| **TOTALS** | **3,605.0** | **$ 4,528,345.50** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Business Expenses | $19.60 |
| Corporate Services | $3,217.75 |
| Duplicating Expenses | $753.20 |
| Information Retrieval Services | $8,306.99 |
| Local Transportation Expenses | $122.29 |
| Mail & Messengers | $25.53 |
| Out-of-Town Travel | $9,450.96 |
| Overtime Expenses | $1,248.93 |
| Word Processing | $902.50 |
| **TOTAL DISBURSEMENTS** | **$24,047.75** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROTERRA INC, *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline:** December 7, 2023 at 4:00 p.m. (ET) |

**SECOND MONTHLY FEE APPLICATION OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Co-Counsel for the Debtors and Debtors in Possession as of the Petition Date* [D.I. 208] (the "Retention Order") and that certain *Order (I) Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Professionals, and (II) Granting Related Relief* [D.I. 188], the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby submits this second monthly fee application (the "Second Monthly Fee

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

30979385.2

Application"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the period commencing October 1, 2023 through and including October 31, 2023 (the "Second Monthly Fee Period"). By this Second Monthly Fee Application, Paul, Weiss seeks allowance of $4,552,393.25[2] in fees, and payment in the amount of $3,646,724.15, which comprises (a) $3,622,676.40, representing eighty percent (80%) of the total amount of compensation sought for actual and necessary services during the Second Monthly Fee Period, and (b) reimbursement of $24,047.75, representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. In support of its Second Monthly Fee Application, Paul, Weiss respectfully represents as follows:

## BACKGROUND

1. On August 7, 2023 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, Paul, Weiss was employed to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, effective as of the Petition Date. The Retention Order authorized Paul, Weiss to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. All services for which compensation is requested by Paul, Weiss were performed for or on behalf of the Debtors.

---

[2] Paul, Weiss voluntarily reduced its fees by $155,089.50 in the Second Monthly Fee Period.

30979385.2

**SERVICES RENDERED**

4. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Second Monthly Fee Period reflecting total fees of $4,528,345.50.

5. The services rendered by Paul, Weiss during the Second Monthly Fee Period are grouped into the categories set forth in **Exhibit A**. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**EXPENSE REIMBURSEMENT**

6. Paul, Weiss incurred out-of-pocket costs and expenses during the Second Monthly Fee Period in the amount of $24,047.75. Attached hereto as **Exhibit B** is a detailed statement of expenses incurred during the Second Monthly Fee Period.

7. Paul, Weiss believes that the itemization of costs and expenses set forth in **Exhibit B** satisfies the requirements of Local Rule 2016-2(e)(ii).

8. Costs incurred for overtime and computer assisted research are not included in Paul, Weiss's normal hourly billing rates and, therefore, are itemized and included in Paul, Weiss's disbursements. Pursuant to Local Rule 2016-2, Paul, Weiss represents that its rate for duplication is $0.10 per page for black and white copies and $0.20 per page for color copies. There is no charge for outgoing or incoming telecopier transmissions, and there is no surcharge for computerized research.

9. This Second Monthly Fee Application covers the Second Monthly Fee Period. Paul, Weiss has incurred, and will continue to incurred, additional necessary out-of-pocket costs and expenses subsequent to the Second Monthly Fee Period, for which Paul, Weiss will file subsequent fee applications.

## VALUATION OF SERVICES

10. Attorneys and paraprofessionals of Paul, Weiss have expended a total of 3,605.0 hours in connection with this matter during the Second Monthly Fee Period.

11. The amount of time spent by each of these persons providing services to the Debtors for the Second Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. The reasonable value of the services rendered by Paul, Weiss for the Second Monthly Fee Period as counsel for the Debtors in these cases is $4,528,345.50.

12. Paul, Weiss believes that the time entries included in **Exhibit A** attached hereto is in compliance with the requirements of Local Rule 2016-2.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11.

14. This Second Monthly Fee Application covers the Second Monthly Fee Period. Paul, Weiss has performed, and will continue to perform, additional necessary services subsequent to the Second Monthly Fee Period, for which Paul, Weiss will file subsequent fee applications.

[*Remainder of Page Intentionally Left Blank*]

## **CONCLUSION**

WHEREFORE, Paul, Weiss requests that the Court:

(a) allow (i) Paul, Weiss's fees for actual and necessary services rendered during the Second Monthly Fee Period, in the amount of $5,768,881.50 and (ii) Paul, Weiss's costs and expenses incurred in connection with such services, in the amount of $33,092.40;

(b) authorize and direct the Debtors to pay Paul, Weiss as follows:

| | |
|---|---:|
| Fees | $4,528,345.50 |
| Less: 20% Holdback | ($905,669.10) |
| Subtotal | $3,622,676.40 |
| Costs and Expenses | $24,047.75 |
| **Total Amount Due** | **$3,646,724.15** |

(c) grant such other and further relief as the Court deems just and proper.

Dated: November 15, 2023

/s/ Robert A. Britton

Paul M. Basta (admitted *pro hac vice*)
Robert A. Britton (admitted *pro hac vice*)
Michael J. Colarossi (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email:  pbasta@paulweiss.com
            rbritton@paulweiss.com
            mcolarossi@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

## **VERIFICATION**

I, ROBERT A. BRITTON, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am a Partner in the applicant firm, Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), and have been admitted to the bar of the Supreme Court of New York since 2008.

2. I have personally performed many of the legal services rendered by Paul, Weiss to the Debtors in connection with their chapter 11 cases, and am familiar with all other work performed by the lawyers and paraprofessionals at Paul, Weiss.

3. The facts set forth in the foregoing Second Monthly Fee Application are true and correct to the best of my knowledge, information and belief.

Dated: Nov. 15, 2023                /s/ *Robert A. Britton*
                                    ROBERT A. BRITTON

30979385.2