## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PROTERRA INC., *et al*., | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Paul G. Jennings, to represent Van Hool NV in the above-captioned proceeding.

Dated: November 20, 2023
       Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Ericka F. Johnson*
Ericka F. Johnson (No. 5024)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
E-mail:  ejohnson@bayardlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Tennessee, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Paul G. Jennings*
Paul G. Jennings
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: 615-742-6267
E-mail: pjennings@bassberry.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.