**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**PROTERRA INC.,** *et al.*,[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 529** |

**CITY OF SANTA ROSA, CALIFORNIA'S LIMITED OBJECTION WITH RESPECT TO THE NOTICE OF (A) SUCCESSFUL BIDDER REGARDING DEBTORS' TRANSIT ASSETS AND (II) ENERGY ASSETS AND (B) CANCELLATION OF THE SALE HEARING SOLELY WITH RESPECT TO PROTERRA ENERGY**

The City of Santa Rosa, California ("City of Santa Rosa") hereby submits this objection and reservation of rights (this "Objection") with respect to the Debtor's *Notice of (A) Successful Bidder Regarding Debtors' (I) Transit Assets and (II) Energy Assets and (B) Cancellation of the Sale Hearing Solely with Respect to Proterra Energy* [D.I. 529] (the "Successful Bidder Notice") filed and served by Proterra Inc. and Proterra Operating Company, Inc. (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). In support of this Objection, City of Santa Rosa respectfully represents as follows:

## BACKGROUND

1. On September 25, 2023, the Debtors filed a Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [D.I. 279] (the "Assumption and Cure Notice").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

{01960842;v1 }
4866-4421-7490 v1

2. Appendix A to the Assumption and Cure Notice (on page 11 of 49) lists the following contracts with City of Santa Rosa as contracts the Debtors may potentially assume and/or assign in connection with a Potential Transaction:[2]

    a. Purchase Order (Purchase Order No. 166357), with a cure amount of $10,662.04;

    b. Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB);

    c. Amendment No. 1 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB);

    d. Amendment No. 2 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB);

    e. Amendment No. 3 to Contract No. PA-2021-001-SRCB (Contract No. PA-2021-001-SRCB); and

    f. Valence Platform Agreement - Order Form Valence Platform.

3. On November 13, 2023, the Debtors filed the Successful Bidder Notice, which designates:

    a. Phoenix Motor, Inc. ("Phoenix") as the Successful Bidder for (i) certain battery lease assets of the Debtors (the "Battery Lease Assets") and (ii) Proterra Transit, excluding the Battery Lease Assets, pursuant to the terms of two Asset Purchase Agreements (the "APAs"); and

    b. CSI GP I LLC, CSI Prodigy Holdco LP, CSI Prodigy CoInvestment LP, and CSI PRTA Co-Investment LP (collectively, the "Plan Sponsor"; and

---

[2] The City of Santa Rosa contracts with the Debtors are also listed in the Debtors' Second Amended Assumption and Cure Notice. [D.I. 528, filed 11/10/23].

together with Phoenix, hereinafter, the "Successful Bidder") as the Successful Bidder for Proterra Energy pursuant to the terms of a Chapter 11 Plan Support Agreement (the "Plan Support Agreement").

4. Pursuant to the Successful Bidder Notice, the Sale Hearing to authorize Proterra Transit to consummate the APAs is scheduled for November 28, 2023, and the Sale Hearing scheduled to approve the Sale of Proterra Energy (originally scheduled for November 28, 2023) has been cancelled. Further, the deadline for non-debtor contract counterparties to object to adequate assurance of future performance provided by the Successful Bidder is November 21, 2023.

5. The Successful Bidder Notice does not disclose what contracts included in Appendix A to the Assumption and Cure Notice are intended to be assumed and assigned to the Successful Bidder. Further, neither the Successful Bidder Notice nor any other filing made in these bankruptcy proceedings addresses the adequate assurance of future performance of Phoenix (or any Successful Bidder) under the Debtors' contracts with City of Santa Rosa or other counterparties.

6. On November 16, 2023, counsel for City of Santa Rosa requested a complete copy of the Asset and Purchase Agreement with Phoenix Motor, Inc. (the "Phoenix APA"), inclusive of all schedules and exhibits, referenced in the Successful Bidder Notice from Debtors' counsel in order to ascertain if any of the City of Santa Rosa contracts were in fact intended to be transferred to Phoenix Motor, Inc. pursuant to the proposed transaction.

7. On November 18, 2023, counsel for the Debtors emailed counsel for City of Santa Rosa a copy of the Phoenix APA that included a copy of Schedule 1-H ("Transferred Contracts")

to the APA. The following Proterra contracts with the City of Santa Rosa are listed in Schedule 1-H:

    a.    PA-2021-001-SRCB, *Purchase and Sale of Four (4) 40-Foot Battery Electric Buses*;

    b.    PA-2021-001-SRCB / AMD-1, *Amendment No. 1 - Amendment to Section 1, Section 3, Attachments 1 - 3*

    c.    PA-2021-001-SRCB / AMD-2, *Amendment No. 2 - Amendment to Section 1, Section 3, Attachments 1 - 3*

    d.    PA-2021-001-SRCB / AMD-3, *Amendment No. 3 - Amendment to Section 1, Section 3, Attachments 1 - 3*

8.    City of Santa Rosa notes that Schedule 1-H to the Phoenix APA omits reference to Purchase Order (Purchase Order No. 166357), with a cure amount of $10,662.04, that was included in Appendix A to the Assumption and Cure Notice. However, Purchase Order No. 166357 was the City of Santa Rosa's purchase order for Contract PA-2021-001-SRCB. Therefore, the cure obligation stated in Appendix A to the Assumption and Cure Notice for Purchase Order No. 166357 must be satisfied in conjunction with any assumption and assignment of the City of Santa Rosa's Contract PA-2021-001-SRCB.

## **LIMITED OBJECTION**

9.    Pursuant to Section 365(f)(2) of the Bankruptcy Code, a debtor in possession may assign an executory contract or unexpired lease only if: "(A) the [debtor in possession] assumes such contract or lease in accordance with the provisions of this section; and (B) adequate assurance of future performance by the assignee of such contract or lease is provided, whether or not there has been a default in such contract or lease." 11 U.S.C. § 365(f)(2).

{01960842;v1 }
4866-4421-7490 v1

4

10. In connection with assumption and assignment of an executory contract, the Debtors are required to cure outstanding defaults under the contracts. *See* 11 U.S.C. § 365(b)(1)(A).

11. The requirement of adequate assurance of future performance "provides needed protection to the non-debtor party because the assignment relieves the [debtor in possession] and the bankruptcy estate from liability for breaches after the assignment." *Cinicola v. Scharffenberger,* 248 F.3d 110, 120 (3d Cir. 2001).

12. It is the debtor's burden to show adequate assurance of future performance by the assignee of a contract. *See, e.g., Ramco-Gershenson Props., L.P. v. Serv. Merch. Co., Inc.*, 293 B.R. 169, 178 (M.D. Tenn. 2003) ("[T]he burden of proof on adequate assurance rests initially on the debtor…."). While there is no precise formula for determining exactly what information a debtor must provide to meet its burden on this issue, it is clear that they must make some showing in this regard.

13. Here the Debtors have not provided any information whatsoever concerning adequate assurance of future performance by the Successful Bidder under the Debtors' contracts with City of Santa Rosa. Accordingly, the Debtors have not met their burden on this element and should not be permitted to assume and/or assign their contracts with City of Santa Rosa to any Successful Bidder until and unless they have provided such adequate assurance as is appropriate under the circumstances.

14. Additionally, any assumption and assignment of the Debtors' contracts with the City of Santa Rosa must require payment of any outstanding cure amounts, including, without limitation, the cure amount of $10,662.04 related to Purchase Order No. 166357 for Contract PA-2021-001-SRCB.

**CONCLUSION**

WHEREFORE, City of Santa Rosa respectfully requests that the Court enter an Order:

    A.    Requiring as a condition to the Debtors' assumption and assignment of the contracts with City of Santa Rosa that the Debtors be required to cure outstanding defaults under the contracts, demonstrate and provide adequate assurance of future performance by the Successful Bidder thereunder; and

    B.    Providing such other and further relief as the Court deems just and appropriate.

Dated: November 21, 2023

Respectfully submitted,

**ASHBY & GEDDES, P.A.**

*/s/ Benjamin W. Keenan*
Ricardo Palacio (DE Bar No. 3765)
Benjamin W. Keenan (DE Bar. No. 4724)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: rpalacio@ashbygeddes.com
        bkeenan@ashbygeddes.com

- and -

**BURKE WILLIAMS & SORENSEN LLP**
Joseph P. Buchman, Esq.
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone: (213) 236-0600
Email: jbuchman@bwslaw.com

*Attorneys for City of Santa Rosa, California*