## CERTIFICATE OF SERVICE

I, Benjamin W. Keenan, hereby certify that, on November 21, 2023, I caused one copy of the foregoing City of Santa Rosa, California's Limited Objection with Respect to the Notice of (A) Successful Bidder Regarding Debtors' Transit Assets and (II) Energy Assets and (B) Cancellation of the Sale Hearing Solely with Respect to Proterra Energy to be served upon (i) all parties of record via CM/ECF and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: November 21, 2023        */s/ Benjamin W. Keenan*
                                Benjamin W. Keenan (DE Bar No. 4724)

{01960944;v1 }

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Paul M. Basta, Robert A. Britton & Michael Colarossi<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Email: pbasta@paulweiss.com; rbritton@paulweiss.com;<br>mcolarossi@paulweiss.com | Young Conaway Stargatt & Taylor LLP<br>Pauline K. Morgan, Andrew L. Magaziner, Shella Borovinskaya<br>1000 North King Street<br>Wilmington, Delaware, 19801<br>Email: pmorgan@ycst.com; amagaziner@ycst.com;<br>sborovinskaya@ycst.com |
| The Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, Delaware, 19801<br>Email: linda.casey@usdoj.gov | Lowenstein Sandler LLP<br>Jeffrey Cohen, Eric Chafetz<br>Jordana Renert, and Keara Waldron<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Email: jcohen@lowenstein.com; echafetz@lowenstein.com;<br>jrenert@lowenstein.com; kwaldron@lowenstein.com |

Morris James LLP
Eric Monzo and Brya Keilson
500 Delaware Ave # 1500
Wilmington, DE 19801
Email: emonzo@morrisjames.com; bkeilson@morrisjames.com

{01960944;v1 }