## CERTIFICATE OF SERVICE

I, Eric Finch, hereby certify that on the 21st day of November, 2023, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below by electronic mail.

/s/ Eric A. Finch
Eric A. Finch

**Derek C. Abbott**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
302-658-3989 (fax)
dabbott@mnat.com

**Ben L. Aderholt**
Coats Rose, P.C.
9 East Greenway Plaza
Suite 1100
Houston, TX 77046
713-651-0111
713-651-0220 (fax)
baderholt@coatsrose.com

**Elihu Ezekiel Allinson, III**
Sullivan Hazeltine Allinson LLC
919 North Market Street
Suite 420
Wilmington, DE 19801
302-428-8191
302-428-8195 (fax)
ZAllinson@SHA-LLC.com

**Scott Andron**
Broward County Attorney's Office
115 S. Andrews Ave. Rm. 423
Fort Lauderdale, FL 33301
954-357-7629
954-357-7641 (fax)
sandron@broward.org

**Juan Miguel Barragan**

The Port Authority of New York and New Jersey
4 World Trade Center
150 Greenwich Street, 24th Floor
New York, NY 10007
212-435-3529
212-435-3834 (fax)
jbarragan@panynj.gov

**Michael J. Barrie**
Benesch, Friedlander, Coplan & Aronoff
1313 North Market Street
Suite 1201
Wilmington, DE 19801
302-442-7010
302-442-7012 (fax)
mbarrie@beneschlaw.com

**Paul M. Basta**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
pbasta@paulweiss.com

**Danielle Rushing Behrends**
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205
United States
2105545528
dbehrends@dykema.com

**Ian Connor Bifferato**
The Bifferato Firm
1007 N Orange Street

4th Floor
Wilmington, DE 19801
302-225-7600
cbifferato@tbf.legal

**Karen C. Bifferato**
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
302-757-7300
302-757-7299 (fax)
kbifferato@connollygallagher.com

**G. Alexander Bongartz**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6000
alexbongartz@paulhastings.com

**Shella Borovinskaya**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
sborovinskaya@ycst.com

**Gary D. Bressler**
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Ave.
Suite 1014
Wilmington, DE 19801
302-300-4515
302-654-4031 (fax)
gbressler@mdmc-law.com

**Robert Britton**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
rbritton@paulweiss.com

**Daniel N. Brogan**

Benesch, Friedlander, Coplan & Aronoff LLP
1313 N. Market Street
Suite 1201
Wilmington, DE 19801
302-442-7010
dbrogan@beneschlaw.com

**Lynn Hamilton Butler**
Husch Blackwell LLP
111 Congress Ave
Suite 1400
Austin, TX 78701
512-472-5456
512-226-7318 (fax)
lynn.butler@huschblackwell.com

**Thomas R. Califano**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
tom.califano@sidley.com

**Kevin M. Capuzzi**
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801-1611
(302) 442-7010
(302) 442-7012 (fax)
kcapuzzi@beneschlaw.com

**Jeffrey M. Carbino**
Leech Tishman Fuscaldo & Lampl, Inc.
1007 N Orange Street
Suite 420
Wilmington, DE 19801
302-332-7181
302-332-7181 (fax)
jcarbino@leechtishman.com

**Linda J. Casey**
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

302-573-6491
302-573-6497 (fax)
Linda.Casey@usdoj.gov

**Eric S. Chafetz**
Lowenstein Sandler LLP
1251 Avenue of the Americas
18th Floor
New York, NY 10020
212-262-6700
212-262-4702 (fax)
echafetz@lowenstein.com

**Shawn M. Christianson**
Buchalter PC
425 Market St.
Suite 2900
San Francisco, CA 94105
415-227-0900
schristianson@buchalter.com

**William A. Clareman**
Paul Weiss Rifkind
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
wclareman@paulweiss.com

**M. Blake Cleary**
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19801
302-984-6000
bcleary@potteranderson.com

**Howard A. Cohen**
Fox Rothschild LLP
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
302-427-5507
hcohen@foxrothschild.com

**Jeffrey Lawrence Cohen**
Lowenstein Sandler LLP

Avenue of the Americas
17th Floor
New York, NY 10020
212-262-6700
212-262-7402 (fax)
jcohen@lowenstein.com

**Michael J. Colarossi**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
mcolarossi@paulweiss.com

**Kevin G. Collins**
Barnes & Thornburg LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801
302-300-3455
kevin.collins@btlaw.com

**Edward A. Corma**
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19801
302-652-4100
302-652-4400 (fax)
ecorma@pszjlaw.com

**Scott D. Cousins**
Cousins Law, LLC
1521 Concord Pike - Suite 301
Wilmington, DE 19803
302-824-7081
scott.cousins@cousins-law.com

**Ileana Cruz**
Miami-Dade County Attorney's Office
111 NW 1st Street
Suite 2810
Miami, FL 33128
305-375-5151
cao.bkc@miamidade.gov

**Joel B. Daniel**

WAtt, Tieder, Hoffar & Fitzgerald, LLP
10 South Wacker Drive
Suite 1100
Chicago, IL 60606
312-219-6900
jdaniel@watttieder.com

**G. David Dean**
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131
302-652-3117 (fax)
ddean@coleschotz.com

**John D. Demmy**
Saul Ewing LLP
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
302-421-6848
302-421-6813 (fax)
john.demmy@saul.com

**Mark L. Desgrosseilliers**
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
(302) 295-0191
(302) 295-0199 (fax)
desgross@chipmanbrown.com

**Luc A. Despins**
Paul Hastings
200 Park Avenue
New York, NY 10166
212-318-6000
212-319-4090 (fax)
lucdespins@paulhastings.com

**Katherine Devanney**
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE 19801

302-252-0933
kdevanney@polsinelli.com

**William Robertson Dorsett**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**Amish R. Doshi**
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
516-622-2335
866-222-0162 (fax)
amish@doshilegal.com

**Jack M. Dougherty**
Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
302-652-3131
302-652-3117 (fax)
jdougherty@coleschotz.com

**Valentin Henri Jacques Dubuis**
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
404-458-3708
vdubuis@law.ga.gov

**Katherine S. Dute**
Robinson & Cole LLP
1201 North Market Street, Suite 1406
Wilmington, DE 19801
302-516-1706
302-516-1699 (fax)
kdute@rc.com

**Jamie Lynne Edmonson**
Robinson+Cole LLP
1201 North Market Street
Suite 1406
Wilmington, DE 19801

302-516-1705
302-516-1699 (fax)
jedmonson@rc.com

**Steven B. Eichel**
Leech Tishman Robinson Brog, PLLC
875 Third Avenue
9th Floor
New York, NY 10022
212-603-6300
212-956-2164 (fax)
seichel@leechtishman.com

**Joshua A. Esses**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
jesses@paulweiss.com

**Sherrie L. Farrell**
400 Renaissance Center
Suiter
Detroit, MI 48243
United States
3135686550
sfarrell@kykema.com

**Sandford L. Frey**
Leech Tishman Fuscaldo Lampl, Inc.
200 South Robles Avenue
Suite 210
Pasadena, CA 91101
626-796-4000
sfrey@leechtishman.com

**David W. Gaffey**
Whiteford Taylor & Preston, LLP
3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042-4510
703-280-3374
dgaffey@whitefordlaw.com

**Amir Gamliel**
Perkins Coie LLP

1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
310-788-3279
agamliel@perkinscoie.com

**Jackson T. Garvey**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
jgarvey@sidley.com

**Ronald S. Gellert**
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801
302.425.5806
302.425.5814 (fax)
rgellert@gsbblaw.com

**John C. Gentile**
Benesch,Friedlander, Coplan & Aronoff, L
1313 North Market Street
Suite 1201
Wilmington, DE 19801
302-442-7071
jgentile@beneschlaw.com

**Alessandra Glorioso**
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
302-425-7171
302-425-7177 (fax)
glorioso.alessandra@dorsey.com

**Bryan J. Hall**
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street
Suite 400
Wilmington, DE 19801
302-414-8906
hall@chipmanbrown.com

**Maureen A. Harrington**
Greenfield LLP
55 South Market Street
Suite 1500
San Jose, CA 95113
408-995-5600
mharrington@greenfieldlaw.com

**Jennifer R. Hoover**
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801
302-442-7010
302-442-7012 (fax)
jhoover@beneschlaw.com

**James E. Huggett**
Margolis Edelstein
300 Delaware Ave.
Suite 800
Wilmington, DE 19801
U.S.A.
302-888-1112
302-888-1119 (fax)
jhuggett@margolisedelstein.com

**Gene L. Humphreys**
Bass, Berry & Sims PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
ghumphreys@bassberry.com

**Christopher Hunker**
Linklaters LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
(212) 903-9100 (fax)
Christopher.Hunker@linklaters.com

**Paul G. Jennings**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Suite 2800

Nashville, TN 37201
(615) 742-6267
(615) 742-2767 (fax)
pjennings@bassberry.com

**Ericka Fredricks Johnson**
Bayard P.A.
600 N. King St.
Suite 400
Wilmington, DE 19801
302-429-4275
ejohnson@bayardlaw.com

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
302 652-4100
302-652-4400 (fax)
ljones@pszjlaw.com

**David R. Jury**
General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222
412-562-2545
412-562-2429 (fax)
djury@usw.org

**Michael A. Kaplan**
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
973-597-2500
973-597-2400 (fax)
mkaplan@lowenstein.com

**Albert Kass**
Kurtzman Carson Consultants, LLC
222 N Pacific Coast Highway
Suite 300
El Segundo, CA 90245
310-823-9000
310-751-1549 (fax)
ECFpleadings@kccllc.com

6

**Susan E. Kaufman**
Law Office of Susan E. Kaufman, LLC
919 N. Market Street
Suite 460
Wilmington, DE 19801
302-472-7420
302-792-7427 (fax)
skaufman@skaufmanlaw.com

**Peter J. Keane**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899
(302) 652-4100
(302) 652-4400 (fax)
pkeane@pszjlaw.com

**Benjamin W. Keenan**
Ashby & Geddes
500 Delaware Avenue
8th Floor, PO Box 1150
Wilmington, DE 19899
302-654-1888
302-654-2067 (fax)

**Brya Michele Keilson**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
302-888-6800
302-571-1750 (fax)
bkeilson@morrisjames.com

**Emil P. Khatchatourian**
c/o Foley & Lardner LLP
321 North Clark Street, Ste.3000
Chicago, IL 60654
312-832-5104
312-832-4700 (fax)
EKhatchatourian@foley.com

**Kyle Kimpler**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP

1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
212-373-3990 (fax)
kkimpler@paulweiss.com

Samuel S. Kohn
Dorsey & Whitney LLP
51
New York, NY 10019
(212) 415-9200
(212) 953-7201 (fax)
kohn.sam@dorsey.com

**Lawrence Joel Kotler**
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1514
215-979-1020 (fax)
ljkotler@duanemorris.com

**Bradley P. Lehman**
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange St.
Suite 300
Wilmington, DE 19801
302-416-3344
302-425-5814 (fax)
BLehman@gsbblaw.com

**Lawrence A. Lichtman**
Honigman LLP
660 Woodward Ave
2290 First National Bldg
Detroit, MI 48226
313-465-7000
313-465-7591 (fax)
LLichtman@honigman.com

**Elizabeth M. Little**
Taft Stettinius & Hollister LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204-2023
317-713-3561

elittle@taftlaw.com

**Gaston P. Loomis II**
McElroy Deutsch Mulvaney & Carpenter LLP
300 Delaware Avenue
Ste 1014
Wilmington, DE 19801
302-300-4510
gloomis@mdmc-law.com

**Thomas G. Macauley**
Macauley LLC
300 Delaware Avenue
Suite 1018
Wilmington, DE 19801
302-656-0100
302-654-4362 (fax)
bk@macdelaw.com

**Andrew L. Magaziner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
bankfilings@ycst.com

**Juan E Martinez**
Benesch Friedlander Coplan & Aronoff
1313 North Market Street
Suite 1201
Wilmington, DE 19801
302-442-7010
jmartinez@beneschlaw.com

**Nora J. McGuffey**
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
nora.mcguffey@foley.com

**John P. Melko**
Foley & Lardner LLP
1000 Louisiana St., Suite 2000
Houston, TX 77002

713-276-5727
jmelko@foley.com

**Rachel B. Mersky**
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
302 656-8162
302-656-2769 (fax)
rmersky@monlaw.com

**Evan T. Miller**
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
302-421-6864
evan.miller@saul.com

**Eric J. Monzo**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-5848
(302) 571-1750 (fax)
emonzo@morrisjames.com

**Michael R. Morano**
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mount Kemble Ave.
PO Box 2075
Morristown, NJ 07962
973-993-8100
mmorano@mdmc-law.com

**Joshua D. Morse**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111-5998
joshua.morse@pillsburylaw.com

**Michael O'Neil**
Taft, Stettinius & Hollister LLP

One Indiana Square
Suite 3500
Indianapolis, IN 46204
moneil@taftlaw.com

**Mark D. Olivere**
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
302-295-0195
302-295-0199 (fax)
olivere@chipmanbrown.com

**Tara C. Pakrouh**
Morris James LLP
500 Delaware Avenue
Ste 1500
Wilmington, DE 19801
302-888-6836
302-571-1750 (fax)
tpakrouh@morrisjames.com

**Ricardo Palacio, Esq**
Ashby & Geddes, P. A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801
302-654-1888
302-654-2067 (fax)
rpalacio@ashbygeddes.com

**Richard J. Parks**
Pietragallo, Bosick & Gordon, LLP
7 West State Street
Suite 100
Sharon, PA 16146
724-981-1397
724-981-1398 (fax)
rjp@pietragallo.com

**Paul Paterson**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

(212) 373-3000
ppaterson@paulweiss.com

**Marc J. Phillips**
Montgomery McCracken Walker & Rhoads
LLP
1105 North Market Street
Suite 1500
Wilmington, DE 19801
302-504-7823
215-731-3777 (fax)
mphillips@mmwr.com

**Dana S. Plon**
Sirlin Lesser & Benson, P.C.
123 South Broad Street
Suite 2100
Philadelphia, PA 19109
215-864-9700
215-864-9669 (fax)
dplon@sirlinlaw.com

**Jason Custer Powell**
The Powell Firm
1201 N. Orange Street, Suite 500
P.O. Box 289
Wilmington, DE 19899
302-650-1572
302-650-1574 (fax)
jpowell@delawarefirm.com

**Maegan Quejada**
Sidley Austin LLP
1000 Louisiana St., Suite 5900
Suite 6000
Houston, TX 77002
713-495-4500
713-495-7799 (fax)
mquejada@sidley.com

**Andrew R. Remming**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200

302-658-3989 (fax)
aremming@mnat.com

**Jordana Linder Renert**
Lowenstein Sandler
1251 Avenue of the Americas
New York, NY 10020
212-262-6700
212-262-7402 (fax)
jrenert@lowenstein.com

**Richard W. Riley**
Whiteford, Taylor & Preston LLC
600 N. King Street
Suite 300
Wilmington, DE 19801
302-357-3255
302-357-3275 (fax)
rriley@wtplaw.com

**Cortney Robinson**
US Dept. of Justice, Civil Div.
1100 L Street NW
Washington DC, DC 20005
919-358-7515
cortney.robinson@usdoj.gov

**E. Todd Sable**
Honigman LLP
2290 First National Building
600 Woodward Avenue
Detroit, MI 48226
313-465-7000
313-465-7549 (fax)
tsable@honigman.com

**John Edward Sebastian**
Watt, Tieder, Hoffar & Fitzgerald L.L.P.
10 S. Wacker Drive, Suite 1100
Suite 1100
Chicago, IL 60606
312-219-6900
312-559-2758 (fax)
jsebastian@watttieder.com

**John A. Simon**

Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
(313) 234-7100
jsimon@foley.com

**Zachary W. Singer**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
212-373-3000

**Lindsay H. Sklar**
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 262-6700
(212) 262-7402 (fax)
lsklar@lowenstein.com

**Michael J. Small**
Foley & Lardner LLP
321 North Clark Street
Suite 3000
Chicago, IL 60654
312-832-4500
msmall@foley.com

**Curtis Smith**
Linklaters, LLP
1290 Avenue of the Americas
New York, NY 10104
United States
2129039000
Curtis.Smith@linklaters.com

**J. R. Smith**
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
(804)788-8200
jrsmith@huntonak.com

**Wendy Watrous Smith**
Binder & Malter LLP

2775 Park Avenue
Santa Clara, CA 95050
408-295-1700
408-295-1531 (fax)
wendy@bindermalter.com

**Ronald A. Spinner**
Miller Canfield Paddock & Stone PLC
150 West Jefferson Avenue,
Suite 2500
Detroit, MI 48226
313-496-7829
313-496-8452 (fax)
spinner@millercanfield.com

**Howard J. Steinberg**
Greenberg Traurig, LL
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
310-586-7702
310-586-0250 (fax)
steinbergh@gtlaw.com

**John M. Steiner**
Leech Tishman Fuscaldo & Lampl LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
412-261-1600
jsteiner@leechtishman.com

**William D. Sullivan**
Sullivan Hazeltine Allinson LLC
919 North Market Street
Suite 420
Wilmington, DE 19801
(302) 428-8191
(302) 428-8195 (fax)
bsullivan@sha-llc.com

**Jonathan Sundheimer**
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
317-231-7319

jonathan.sundheimer@btlaw.com

**Eric M. Sutty**
Armstrong Teasdale LLP
1007 North Market Street
Ste Third Floor
Wilmington, DE 19801
302-416-9671
esutty@atllp.com

**Marc N. Swanson**
Miller Canfield Paddock & Stone, PLC
150 West Jefferson Avenue
Detroit, MI 48226
313-496-7591
313-496-8452 (fax)
swansonm@millercanfield.com

**Gregory A. Taylor**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
302-654-2067 (fax)
gtaylor@ashbygeddes.com

**William F. Taylor, Jr.**
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
302-984-6300
302-984-6399 (fax)
bankruptcydel@mccarter.com

**Dennis M. Twomey**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dtwomey@sidley.com

**Steven Walsh**
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street

Suite 1201
Wilmington, DE 19801
302-442-7059
SWalsh@beneschlaw.com

**Christopher A. Ward**
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
302-252-0920
302-252-0921 (fax)
cward@polsinelli.com

**Jameson J. Watts**
Husch Blackwell LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701
512-479-1179
512-479-1101 (fax)
jameson.watts@huschblackwell.com

**Robert Alan Weber**
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
302-295-0196
Weber@ChipmanBrown.com

**Scott C. Williams**
Manier & Herod
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
615-742-9358
615-242-4203 (fax)
SWilliams@ManierHerod.com

**Jeffrey C. Wisler**
Connolly Gallagher LLP
1201 North Market Street
20th Floor
Wilmington, DE 19801
302-888-6258
302-658-0380 (fax)
jwisler@connollygallagher.com

**Jennifer E. Wuebker**
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
(804)788-8200
jwuebker@huntonak.com