**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 603 & 610** |
| | ) |

## NOTICE OF WITHDRAWAL

      **PLEASE TAKE NOTICE** that, on November 22, 2023, the above-captioned debtors and debtors in possession (together, the "Debtors") filed the *Debtors' Omnibus Reply in Support of Sale of Powered Assets to Volvo Battery Solutions LLC* (the "Reply*)* [D.I. 603] and the *Notice of Agenda of Matters Scheduled for Hearing on November 28, 2023* (the "Agenda") [D.I. 610].

      **PLEASE TAKE FURTHER NOTICE** that the Reply and the Agenda are hereby withdrawn. The Debtors will file revised versions of the Reply and the Agenda.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

Dated:   November 22, 2023
   Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Pauline K. Morgan (No. 3650)
Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  pmorgan@ycst.com
   amagaziner@ycst.com
   sborovinskaya@ycst.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Robert A. Britton (admitted *pro hac vice*)
Michael J. Colarossi (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email:  pbasta@paulweiss.com
   rbritton@paulweiss.com
   mcolarossi@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*