**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Shari L. Heyen of Greenberg Traurig, LLP, to represent Volvo Battery Solutions LLC in the above-captioned bankruptcy cases.

Dated: November 22, 2023

*/s/ Anthony Clark*
Anthony Clark (Delaware Bar No. 2051)
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: Anthony.Clark@gtlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Shari L. Heyen*
Shari L. Heyen
Texas Bar Number 09564750
GREENBERG TRAURIG LLP
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3535
Email: Shari.Heyen@gtlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc. (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is 1815 Rollins Road, Burlingame, California 94010.