# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) ) ) | Case No. 23-11120 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 28, 2023 AT 10:00 A.M. (ET)[2]

> This hearing will be conducted in person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING**
>
> Please use the following link to register for this hearing:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsdO-srD4rHnWAzzsipylWKClLbmP0sdY
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING AT LEAST 2 HOURS IN ADVANCE.  YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## ADJOURNED MATTERS

1. Motion of GS Operating, LLC d/b/a Gexpro Services for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) [D.I. 122, 8/24/23]

    <u>Objection Deadline</u>:    August 31, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459).  The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] **Amended items appear in bold print.**

30865053.2

Related Documents:

    a.    Notice of Lien Perfection [D.I. 120, 8/24/23]

    b.    Notice of Demand for Reclamation by GS Operating, LLC d/b/a Gexpro Services [D.I. 240, 9/15/23]

    c.    Supplemental Notice of Lien Perfection [D.I. 241]

Objections Filed:

    a.    Debtors' Omnibus (I) Objection to Gexpro's Motion (A) for Allowance and Payment of Administrative Claim and (B) to Compel Assumption or Rejection of Executory Contract and (II) Reply to Gexpro's Limited Objection to Debtors' Bidding Procedures Motion [D.I. 161, 8/31/23]

    b.    Committee's Joinder to Debtors' Omnibus (I) Objection to Gexpro's Motion (A) for Allowance and Payment of Administrative Claim and (B) to Compel Assumption or Rejection of Executory Contract and (II) Reply to Gexpro's Limited Objection to Debtors' Bidding Procedures Motion [D.I. 162, 9/1/23]

Status: This matter is adjourned to a date and time to be determined.

2. Motion of GS Operating, LLC d/b/a Gexpro Services to Compel Assumption or Rejection of Executory Contract [D.I. 123, 8/24/23]

Objection Deadline: August 31, 2023 at 4:00 p.m. (ET)

Related Documents: None.

Objections Filed:

    a.    Debtors' Omnibus (I) Objection to Gexpro's Motion (A) for Allowance and Payment of Administrative Claim and (B) to Compel Assumption or Rejection of Executory Contract and (II) Reply to Gexpro's Limited Objection to Debtors' Bidding Procedures Motion [D.I. 161, 8/31/23]

    b.    Joinder to Debtors' Omnibus (I) Objection to Gexpro's Motion (A) for Allowance and Payment of Administrative Claim and (B) to Compel Assumption or Rejection of Executory Contract and (II) Reply to Gexpro's Limited Objection to Debtors' Bidding Procedures Motion [D.I. 162, 9/1/23]

Status: This matter is adjourned to a date and time to be determined.

3. Debtors' Motion for an Order Authorizing and Approving Procedures for the Compromise, Settlement, and Payment of *De Minimis* Disputed Claims [D.I. 124, 8/24/23]

  Objection Deadline: August 31, 2023 at 4:00 p.m. (ET), extended for the Office of the United States Trustee to September 1, 2023 at 4:00 p.m. (ET) and extended for the Committee to September 4, 2023 at 4:00 p.m. (ET)

  Related Documents:

    a. Re-Notice of Motion and Hearing [D.I. 185, 9/5/23]

  Objections Filed:

    a. United States Trustee's Objection to Debtors' Motion for an Order Authorizing and Approving Procedures for the Compromise, Settlement, and Payment of *De Minimis* Disputed Claims [D.I. 211. 9/6/23]

  Status:  This matter is adjourned to a date and time to be determined.

## RESOLVED MATTERS

4. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Abandonment of Certain Personal Property, if any, and (III) Granting Related Relief [D.I. 485, 10/27/23]

  Objection Deadline: November 10, 2023 at 4:00 pm. (ET)

  Related Documents:

    a. Certificate of No Objection [D.I. 556, 11/17/23]

    b. First Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Abandonment of Certain Personal Property, if any, and (III) Granting Related Relief [D.I. 575, 11/20/23]

  Objections Filed: None

  Status: An order has been entered.

5. Debtors' Motion for Entry of an Order Extending the Time Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 [D.I. 498, 11/2/23]

  Objection Deadline: November 16, 2023 at 4:00 pm. (ET)

  Related Documents:

    a. Certificate of No Objection [D.I. 557, 11/17/23]

    b. Order Extending the Time Period Within Which the Debtors May Remove Actions [D.I. 574, 11/20/23]

  Objections Filed: None

Status: An order has been entered.

**UNCONTESTED MATTER GOING FORWARD**

6. Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any Debtor Is a Lessee [D.I. 532, 11/14/23]

   Objection Deadline:  November 21, 2023 at 4:00 p.m. (ET)

   Related Documents:

       a.    **Certificate of No Objection [D.I. 617, 11/22/23]**

   Objections Filed;   None

   Status: **A certificate of no objection has been filed. No hearing is required unless the Court has questions.**

**CONTESTED MATTER GOING FORWARD**

7. Debtors' Motion for Entry of: (I) an Order (A) Approving Bidding Procedures to Govern the Sale of All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code, (B) Approving Procedures Regarding Entry Into One or More Stalking Horse Agreements, (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of the Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Scheduling Auctions for the Sales of the Company Assets and Hearings to Consider Approval of the Sales and Approving the Form and Manner of the Notice Thereof, (F) Approving Certain Wind- Down Procedures, and (G) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtors' Entry Into One or More Asset Purchase Agreements, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, (C) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [D.I. 36, 8/8/23]

   Objection Deadlines:

       a.    Sale Objection Deadline:  October 16, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

       b.    Cure/Assignment Objection Deadline:  October 16, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

       c.    Cure/Assignment Objection Deadline for the First Amended Notice:  November 8, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

       d.    Cure/Assignment Objection Deadline for the Second Amended Notice:  November 24, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

    e.    <u>Post-Auction Objection Deadlines</u>:  November 17, 2023 at 4:00 p.m. (ET) with respect to the Track A Sale Hearing and November 21, 2023 at 4:00 p.m. (ET) with respect to the Track B Sale Hearing, as may have been extended for any party.

<u>Related Documents</u>:

    a.    Declaration of John Kimm in Support of the Debtors' Motion for Entry of: (I) an Order (A) Approving Bidding Procedures to Govern the Sale of All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code, (B) Approving Procedures Regarding Entry Into One or More Stalking Horse Agreements, (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of the Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Scheduling Auctions for the Sales of the Company Assets and Hearing to Consider Approval of the Sales and Approving the Form and Manner of the Notice Thereof, (F) Approving Certain Wind-Down Procedures, and (G) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtors' Entry Into One or More Asset Purchase Agreements, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, (C) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [D.I. 37, 8/8/23]

    b.    Notice of Hearing [D.I. 70, 8/10/23]

    c.    Order (A) Approving Bidding Procedures to Govern the Sale of All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code, (B) Approving Procedures Regarding Entry Into One or More Stalking Horse Agreements, (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of the Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Scheduling Auctions for the Sales of the Company Assets and Hearing to Consider Approval of the Sales and Approving the Form and Manner of the Notice Thereof, (F) Approving Certain Wind-Down Procedures, and (G) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtors' Entry Into One or More Asset Purchase Agreements, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, (C) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [D.I. 218, 9/7/23]

    d.    Notice of Bidding Procedures, Auction Date, and Potential Sales [D.I. 222, 9/7/23]

    e.    Notice of Filing of Proposed Sale Order [D.I. 278, 9/25/23]

f.  Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [D.I. 279, 9/25/23]

g.  Notice of Revised Dates Relating to Bidding Procedures Deadlines for (I) Proterra Energy; and (II) Proterra Transit [D.I. 368, 10/13/23]

h.  First Amended Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [D.I. 472, 10/25/23]

i.  Second Notice of Revised Dates Relating to Bidding Procedures Deadlines for Proterra Energy [D.I. 514, 11/7/23]

j.  Notice of Successful Bidder Regarding Debtors' Powered Assets [D.I. 525, 11/10/23]

k.  Second Amended Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [D.I. 528, 11/10/23]

l.  Notice of (A) Successful Bidder Regarding Debtors' (I) Transit Assets and (II) Energy Assets and (B) Cancellation of the Sale Hearing Solely With Respect to Proterra Energy [D.I. 529, 11/13/23]

m.  Notice of Filing Revised Plan Support Agreement and Plan Term Sheet with Technical Modifications [D.I. 565, 11/17.23]

n.  Debtors' Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement for the Debtors' Omnibus Reply in Support of Sale of Powered Assets to Volvo Battery Solutions LLC [D.I. 609, 11/22/23]

o.  Debtors' Omnibus Reply in Support of Sale of Powered Assets to Volvo Battery Solutions LLC [D.I. 614, 11/22/23]

p.  **Declaration of John Kimm in Support of the Debtors' Sale of the Proterra Powered Assets Pursuant to Section 363 of the Bankruptcy Code [D.I. 619, 11/22/23**]

q.  **Declaration of Anton Wintzell [D.I. 623, 11/24/23]**

r.  **Notice of Filing First Amendment to Asset Purchase Agreement by and Among the Debtors and Volvo Batter Solutions LLC [D.I. 625, 11/25/23]**

s.  **Notice of Adjournment of Transit and Battery Lease Asset Sale [D.I. 629, 11/26/23]**

t.  **Notice of Revised Proposed Sale Order [D.I. 636, 11/27/23]**

Objections Filed:

      a.    See **Schedule 1**, attached.[3]

Status: **The Sale Hearing for the Company Assets for Proterra Powered is going forward. The Sale Hearing for the Company Assets for Proterra Transit and the Battery Lease Assets is adjourned per the Notice of Adjournment filed on November 26, 2023. Counsel to the Debtors will provide an update on the status of objections at the Sale Hearing.**

*[Remainder of Page Intentionally Left Blank]*

---

[3] In addition to the formal objections listed on **Schedule 1** attached hereto, the Debtors also received dozens of informal responses to the contracts listed on the cure notices, including with respect to asserted cure amounts.

| | | |
|---|---|---|
| Dated: | November 27, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>         amagaziner@ycst.com<br>         sborovinskaya@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:    (212) 373-3000<br>Fax:   (212) 757-3990<br>Email: pbasta@paulweiss.com<br>         rbritton@paulweiss.com<br>         mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# SCHEDULE 1

## Objections[1]

---

[1] **The Exhibits annexed hereto are organized as follows: (i) <u>Exhibit A</u> lists all formal cure objections received by the Debtors; (ii) <u>Exhibit B</u> lists all formal sale objections received by the Debtors; (iii) <u>Exhibit C</u> lists all formal post-auction objections received by the Debtors; and (iv) <u>Exhibit D</u> lists all formal objections received by the Debtors to the Proterra Powered sale and the status of each objection.**

30865053.2

## Exhibit A

## Cure Responses / Objections

|  | Docket Ref. | Date Filed/ Received[1] | Objecting Party |
|---|---|---|---|
| 1 | 355 | 10/11/23 | Sentek Dynamics, Inc. |
| 2 | 360 | 10/12/23 | GS Operating, LLC d/b/a Gexpro Services |
| 3 | 361 | 10/12/23 | Valeo Thermal Commercial Vehicles North America, Inc. |
| 4 | 366 | 10/13/23 | Orlando Utilities Commission and Central Florida Regional Transportation Authority d/b/a LYNX |
| 5 | 367 | 10/13/23 | Florida Power & Light Company |
| 6 | 370 | 10/13/23 | Port Authority of New York and New Jersey |
| 7 | 372 | 10/13/23 | Cigna Health and Life Insurance Company |
| 8 | 378 | 10/16/23 | Duluth Transit Authority |
| 9 | 379 | 10/16/23 | REMA USA, LLC |
| 10 | 381 | 10/16/23 | Board of Regents of University System of Georgia |
| 11 | 383 | 10/16/23 | Ventura Systems, Inc. |
| 12 | 384 | 10/16/23 | Broward County, a political subdivision of the State of Florida |
| 13 | 385 | 10/16/23 | Promwad GmbH |
| 14 | 386 | 10/16/23 | Oracle America, Inc. |
| 15 | 387 | 10/16/23 | Ron White's Air Compressor Sales, Inc. |
| 16 | 388 | 10/16/23 | Regional Transportation Commission of Washoe County |
| 17 | 392 | 10/16/23 | Southeastern Pennsylvania Transportation Authority ("SEPTA") |
| 18 | 393 | 10/16/23 | LG Energy Solution, Ltd |
| 19 | 394 | 10/16/23 | Volta Trucks Ltd. |
| 20 | 395 | 10/16/23 | City of Tallahassee |
| 21 | 396 | 10/16/23 | Port Authority of New York and New Jersey |
| 22 | 397 | 10/16/23 | Miami-Dade County Department of Transportation and Public Works |
| 23 | 398 | 10/16/23 | Central Florida Regional Transportation Authority d/b/a LYNX |
| 24 | 399 | 10/16/23 | Birlasoft Solutions Inc. |

---

[1] Objection deadlines may have been extended for various parties.

30871231.8

|    | Docket Ref. | Date Filed/ Received[1] | Objecting Party |
|----|------|----------|--------------------------------------------------------------|
| 25 | 400  | 10/16/23 | Van Hool NV |
| 26 | 402  | 10/16/23 | Our Next Energy, Inc. |
| 27 | 403  | 10/16/23 | Daimler Truck North America LLC |
| 28 | 404  | 10/16/23 | Nikola Corporation |
| 29 | 407  | 10/16/23 | Town of Jackson, Wyoming and Southern Teton Area Rapid Transit |
| 30 | 408  | 10/16/23 | IVECO Group N.V. |
| 31 | 409  | 10/16/23 | Capital Metropolitan Transportation Authority |
| 32 | 410  | 10/16/23 | Seifert Graphics, Inc. |
| 33 | 411  | 10/16/23 | Meritor, Inc. |
| 34 | 412  | 10/16/23 | City of Detroit, Michigan |
| 35 | 413  | 10/16/23 | Ontario International Airport Authority |
| 36 | 415  | 10/16/23 | Santa Clara Valley Transportation Authority |
| 37 | 416  | 10/16/23 | Wayne County Airport Authority |
| 38 | 417  | 10/16/23 | The City of Greensboro |
| 39 | 419  | 10/16/23 | Deere & Company and John Deere Electronic Solutions, Inc. |
| 40 | 436  | 10/17/23 | Eaton Corporation |
| 41 | 438  | 10/18/23 | Crown Equipment Corporation |
| 42 | 444  | 10/19/23 | City of Madison, Wisconsin |
| 43 | 450  | 10/20/23 | City of Edmonton, Canada |
| 44 | 474  | 10/26/23 | Sigma Machine, LLC |
| 45 | 504  | 11/03/23 | BC Transit |
| 46 | 512  | 11/07/23 | Valeo Thermal Commercial Vehicles North America, Inc. |
| 47 | 515  | 11/8/23  | Birlasoft Solutions Inc. (Amends #399) |
| 48 | 516  | 11/8/23  | Van Hool NV |
| 49 | 585  | 11/21/23 | Lexon Insurance Company |
| 50 | 606  | 11/22/23 | Tompkins Consolidated Transit, Inc. |
| 51 | 608  | 11/22/23 | Echo Global Logistics, Inc. |
| **52** | **615** | **11/22/23** | **John Deere Electronic Solutions, Inc.** |
| **53** | **616** | **11/22/23** | **Van Hool NV** |

30871231.8

|  | **Docket Ref.** | **Date Filed/ Received[1]** | **Objecting Party** |
|---|---|---|---|
| **54** | 622 | 11/24/23 | **Computer Design & Integration LLC** |
| **55** | 624 | 11/24/23 | **Kenson Plastics, Inc.** |
| **56** | 634 | 11/27/23 | **Texas A&M Transportation Institute** |

## Exhibit B

### Sale Objections

|  | Docket Ref. | Date Filed/ Received[1] | Objecting Party |
|---|---|---|---|
| 1 | 121 | 08/24/23 | GS Operating, LLC d/b/a Gexpro Services |
| 2 | 386 | 10/16/23 | Oracle America, Inc. |
| 3 | 401 | 10/16/23 | Tao Capital Partners, Tao Niloc LLC, Tao Pro LLC |
| 4 | 406 | 10/16/23 | City of Detroit, Michigan |
| 5 | 418 | 10/16/23 | Wayne County Airport Authority |
| 6 | 443 | 10/19/23 | City of Madison, Wisconsin |
| 7 | 504 | 11/03/23 | BC Transit |

---

[1] Objection deadlines may have been extended for various parties.

30871231.8

## Exhibit C

## Post-Auction Objections

|   | Docket Ref. | Date Filed/ Received[1] | Objecting Party |
|---|---|---|---|
| 1 | 552 | 11/17/23 | Van Hool NV |
| 2 | 553 | 11/17/23 | Philadelphia Indemnity Insurance Company |
| 3 | 554 | 11/17/23 | Iveco S.p.A and EVCO GmbH |
| 4 | 555 | 11/17/23 | LG Energy Solution, Ltd |
| 5 | 558 | 11/17/23 | Port Authority of New York and New Jersey |
| 6 | 571 | 11/20/23 | Florida Power & Light Company |
| 7 | 572 | 11/20/23 | Orlando Utilities Commission |
| 8 | 581 | 11/21/23 | Lexon Insurance Company |
| 9 | 582 | 11/21/23 | Lexon Insurance Company |
| 10 | 584 | 11/21/23 | Atlantic Specialty Insurance Company |
| 11 | 586 | 11/21/23 | Broward County, a political subdivision of the State of Florida |
| 12 | 587 | 11/21/23 | City of Detroit, Michigan |
| 13 | 589, 599 & 604 | 11/21/23 & 11/22/23 | Philadelphia Indemnity Insurance Company |
| 14 | 590 | 11/21/23 | City of Santa Rosa, California |
| 15 | 592 | 11/21/23 | Tompkins Consolidated Area Transit, Inc. |
| 16 | 593 | 11/21/23 | United States of America |
| 17 | 595 | 11/21/23 | Central Florida Regional Transportation Authority d/b/a LYNX |
| 18 | 596 | 11/21/23 | City of Tallahassee |
| 19 | 597 | 11/21/23 | City of Madison |
| 20 | 598 | 11/21/23 | The Rector and Visitors of the University of Virginia |
| 21 | 600 | 11/21/23 | Miami-Dade County, Florida, Department of Transportation and Public Works |

---

[1]  Objection deadlines may have been extended for various parties.

30871231.8

|    | **Docket Ref.** | **Date Filed/ Received[1]** | **Objecting Party** |
|----|-----------------|------------------------------|----------------------|
| 22 | 607 | 11/22/23 | BC Transit |
| **23** | **605** | **11/22/23** | **The Port of Authority of New York and New Jersey** |

30871231.8

**Exhibit D**

**Objections to Proterra Powered Sale**

| | Docket Ref. | Date Filed/ Received[1] | Objecting Party | Status |
|---|---|---|---|---|
|  | **Resolved Objections/Reservations of Rights[2]** | | | |
| 1 | 121 & 360 | 8/24/23 & 10/12/23 | GS Operating, LLC d/b/a Gexpro Services | The Debtors anticipate resolving this objection through language in the Proposed Order. |
| 2 | 372 | 10/13/23 | Cigna Health and Life Insurance Co. | The Debtors anticipate resolving this objection through language in the Proposed Order. |
| 3 | 379 | 10/16/23 | REMA USA, LLC | Resolved through agreement to cure amount as set forth in the Third Amended Cure Notice. |
| 4 | 386 | 10/16/23 | Oracle America, Inc. | The Debtors anticipate resolving this objection through language in the Proposed Order. |
| 5 | 401 | 10/16/23 | Tao Capital Partners, Tao Niloc LLC, Tao Pro LLC | Resolved. |
| 6 | 402 | 10/16/23 | Our Next Energy, Inc. | This objection is withdrawn. |
| 7 | 419 & 615 | 10/16/23 | Deere & Company and John Deere Electronic Solutions, Inc. | Resolved. |
| 8 | 436 | 10/17/23 | Eaton Corporation | Resolved. |
| 9 | 438 | 10/18/23 | Crown Equipment Company | Resolved. |

---

[1] Objection deadlines may have been extended for various parties.

[2] The objections and/or reservations of rights listed in this section have either have been resolved, or Debtors are engaged with counsel to the contract counterparty and currently expect to resolve such objection prior to the hearing.

|    | Docket Ref. | Date Filed/ Received[1] | Objecting Party | Status |
|----|---|---|---|---|
| 10 | 553, 589, 599 & 604 | 11/17/23, 11/21/23 & 11/22/23 | Philadelphia Indemnity Insurance Company | The Debtors anticipate resolving this objection through language in the Proposed Order. |
| 11 | 581 | 11/21/23 | Lexon Insurance Company | The Debtors anticipate resolving this objection through language in the Proposed Order. |
| 12 | 593 | 11/21/23 | United States of America | The Debtors anticipate resolving this objection through language in the Proposed Order. |
| **Adjourned Objections** | | | | |
| 1 | 387 | 10/16/23 | Ron White's Air Compressor Sales | Adjourned to a date to be determined. |
| 2 | 393 & 555 | 10/16/23 | LG Energy Solution, Ltd | Adjourned to a date to be determined. |
| 3 | 394 | 10/16/23 | Volta Trucks Ltd. | Adjourned to a date to be determined. |
| 4 | 399 & 515 | 10/16/23 & 11/8/23 | Birlasoft Solutions Inc. | Objection to cure amount preserved; the Debtors propose to assume and assign in accordance with paragraph 5(g) of the Bidding Procedures Order. |
| 5 | 400, 516, 552 & 616 | 10/16/23, 11/8/23, 11/17/23 & 11/22/23 | Van Hool NV | Adjourned to a date to be determined. |
| 6 | 403 | 10/16/23 | Daimler Truck North America LLC | Adjourned to a date to be determined. |
| 7 | 404 | 10/16/23 | Nikola Corporation | Adjourned to a date to be determined. |

|    | Docket Ref. | Date Filed/ Received[1] | Objecting Party | Status |
|----|-------------|------------------------|-----------------|--------|
| 8  | 408 & 554   | 10/16/23 & 11/17/23    | IVECO Group N.V., Iveco S.p.A and EVCO GmbH | Adjourned to a date to be determined. |
| 9  | 410         | 10/16/23               | Seifert Graphics, Inc. | Objection to cure amount preserved; the Debtors propose to assume and assign in accordance with paragraph 5(g) of the Bidding Procedures Order. |
| 10 | 474         | 10/26/23               | Sigma Machine, LLC | Objection to cure amount preserved; the Debtors propose to assume and assign in accordance with paragraph 5(g) of the Bidding Procedures Order. |
| 11 | 622         | 11/24/23               | Computer Design & Integration LLC | Objection to cure amount preserved; the Debtors propose to assume and assign in accordance with paragraph 5(g) of the Bidding Procedures Order. |
| 12 | 624         | 11/24/23               | Kenson Plastics, Inc. | Adjourned to a date to be determined. |