UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 23-11120 (BLS)

Debtor: PROTERRA INC., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Harrison H.D. Breakstone to represent Computer Design & Integration LLC in this action.

/s/ Peter L. Frattarelli (DE Bar No. 2871)

Firm Name: Archer & Greiner, P.C.
Address: 300 Delaware Avenue, Ste 1100, Wilmington, DE 19801
Phone: (302) 777-4350
Email: pfrattarelli@archerlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Harrison H.D. Breakstone

Firm Name: Archer & Greiner, P.C.
Address: 1211 Avenue of the Americas, New York, NY 10036
Phone: (212) 682-4940
Email: hbreakstone@archerlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105