**Proterra, inc. - Case No. 23-11120**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Andrew | Magaziner | Debtors | Young Conaway |
| Michael | Tomback | Interested Party | |
| Shella | Borovinskaya | Debtors | Young Conaway Stargatt & Taylor, LLP |
| Amir | Gamliel | BC Transit | Perkins Coie |
| Katherine | Devanney | BC Transit | Polsinelli PC |
| Pauline | Morgan | Debtors | Young Conaway |
| Jorian | Rose | Volvo | Baker Hostetler |
| Robertson | Dorsett | Debtors | Paul Weiss |
| Jeff | Kaplan | BCAS | BCAS |
| Justin | Pugh | Proterra | FTI |
| Bob | Britton | Debtors | Paul Weiss |
| Vida | Robinson | Debtors | Paul Weiss |
| Bill | Clareman | Debtors | Paul Weiss |
| Michael | Colarossi | Debtors | Paul Weiss |
| Paul | Paterson | Debtors | Paul Weiss |
| Andrew | Ehrlich | Debtors | Paul Weiss |
| Boris | Senderzon | self | |
| Gareth | Joyce | Proterra | Proterra |
| Jeff | Mitchell | Proterra | Proterra |
| Brya | Keilson | Official Committee of Unsecured Creditors | Morris James LLP |
| howard | steinberg | LG Energy Solution Ltd | Greenberg Traurig, LLP |
| Satish | K | Self | |
| Amish | Doshi | Oracle America, Inc. | Doshi Legal Group PC |
| Jonathan | Sundheimer | Navistar, Inc. | Barnes & Thornburg LLP |
| Thomas | Reichert | Lexon Insurance Company and Thompkins | The Powell Firm, LLC |
| Dennis | Twomey | CSI GP I LLC and its affiliates | |
| Peter | Keane | CSI GP I LLC and its affiliates | Pachulski Stang Ziehl & Jones LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Eric | Finch | City of Madison, Wisconsin | Office of the City Attorney for Madison, WI |
| Jordan | Jaffe | Cowen | |
| Maddie | Clabough | The Shyft Group | |
| Danielle Rushing | Behrends | Meritor, Inc. | Dykema Gossett PLLC |

| | | | |
|---|---|---|---|
| Sherrie | Farrell | Meritor, Inc. | Dykema Gossett PLLC |
| Jamie | Edmonson | Meritor, Inc. | Robinson & Cole LLP |
| Katherine | Dute | Meritor, Inc. | Robinson & Cole LLP |
| Taylor | Harrison | Debtwire | |
| Nihal | Bahulikar | Proterra | |
| Jordana | Renert | Official Committee of Unsecured Creditors | Lowenstein Sandler LLP |
| Brent | Weisenberg | Official Committee of Unsecured Creditors | Lowenstein Sandler LLP |
| Jeffrey | Lyons | Volvo | Baker & Hostetler LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Jeffrey | Carbino | Ontario International Airport Authoritty | Leech Tishman Fuscaldo & Lampl |