IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) ) | Case No. 23-11120 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF SERVICE OF THE CSI PARTIES' REQUESTS FOR
PRODUCTION OF DOCUMENTS DIRECTED TO THE DEBTORS**

PLEASE TAKE NOTICE that on the 1st day of December, 2023, a true and correct copy of *The CSI Parties' Requests for Production of Documents Directed to the Debtors* was served on the individuals listed below as and in the manner indicated:

**Email**
(Counsel to the Debtors)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
William A. Clareman
Robert A. Britton
Paul Paterson
Andrew J. Ehrlich
Michael J. Colarossi
Vida Robinson
Isabelle Leipziger
1285 Avenue of the Americas
New York, NY  10019
Email: wclareman@paulweiss.com; rbritton@paulweiss.com; ppaterson@paulweiss.com; aehrlich@paulweiss.com; mcolarossi@paulweiss.com; virobinson@paulweiss.com; ileipziger@paulweiss.com

**Email**
(Counsel to the Committee)
LOWENSTEIN SANDLER LLP
Eric S. Chafetz
Michael A. Kaplan
Lindsay H. Sklar

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459).  The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

DE:4878-6651-6373.1 12299.001

Rasmeet K. Chahil
Erica G. Mannix
1251 Avenue of the Americas
New York, NY  10020
Email: echafetz@lowenstein.com; mkaplan@lowenstein.com; lsklar@lowenstein.com; rchahil@lowenstein.com; emannix@lowenstein.com

| | |
|---|---|
| Dated: December 4, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Peter J. Keane* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Peter J. Keane (DE Bar No. 5503) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |       pkeane@pszjlaw.com |
| |       ecorma@pszjlaw.com |
| | |
| | -and- |
| | |
| | **SIDLEY AUSTIN LLP** |
| | Thomas R. Califano |
| | Dennis M. Twomey |
| | Jackson T. Garvey |
| | Juliana Hoffman |
| | 787 Seventh Avenue |
| | New York, NY  10019 |
| | Telephone: (212) 839-5300 |
| | Facsimile: (212) 839-5599 |
| | Email: tom.califano@sidley.com |
| |       dtwomey@sidley.com |
| |       jgarvey@sidley.com |
| |       jhoffman@sidley.com |
| | |
| | *Counsel to the CSI Parties* |