

November 29, 2023

#BWBBMRR
#0000 0071 3943 4562#
UNITED STATES BANKRUPTCY COURT
DIST OF DE - WILMINGTON
824 MARKET ST N
3RD FLOOR
WILMINGTON, DE 19801

ID: XX-XXX8459
Letter ID: L0713943456

RECEIVED
2023 DEC -6 AM 10: 43
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

## The Minnesota Department of Revenue is withdrawing a claim

We are withdrawing claim 212 filed on October 12, 2023 for **$82.99**, without prejudice.

Debtor name:     PRORERRA INC
Debtor ID:       XX-XXX8459
Case:            23-11121
Chapter:         Chapter 11

### Contact information

Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

STATE OF MINNESOTA
Commissioner of Revenue

by: *Sarah Westly*

### Mailing address

Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447

600 N. Robert St., St. Paul, MN 55101
www.revenue.state.mn.us

An equal opportunity employer
*This material is available in alternate formats.*