# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I, Saul Mendez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtors in the above-captioned case.

On November 22, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement for the Debtors' Omnibus Reply in Support of Sale of Powered Assets to Volvo Battery Solutions LLC** [Docket No. 609]

- **Debtors' Omnibus Reply in Support of Sale of Powered Assets to Volvo Battery Solutions LLC** [Docket No. 613]

- **Declaration of John Kimm in Support of Debtors' Sale of the Proterra Powered Assets Pursuant to Section 363 of the Bankruptcy Code** [Docket No. 619]

Dated: November 30, 2023

*/s/ Saul Mendez*
Saul Mendez
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

# Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General Alabama | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General Alaska | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| State Attorney General Arizona | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General Arkansas | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to Daimler Truck North America LLC and Its Affiliates and Birlasoft Solutions, Inc. | Ashby & Geddes, P.A. | Ricardo Palacio and Gregory A. Taylor | RPalacio@ashbygeddes.com; GTaylor@ashbygeddes.com |
| Counsel to Board of Regents of the University System of Georgia | Assistant Attorney General | Valentin Dubuis | vdubuis@law.ga.gov |
| Bank of America | Bank of America NA | Michael McCauley | Michael.Mccauley2@bofa.com |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Jonathan Sundheimer | Jonathan.Sundheimer@btlaw.com |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Kevin G. Collins | Kevin.Collins@btlaw.com |
| Counsel to Van Hool NV | Bass, Berry & Sims PLC | Paul G. Jennings and Gene L. Humphreys | pjennings@bassberry.com; ghumphreys@bassberry.com |
| Counsel to Capital Metropolitan Transportation Authority and Van Hool NV | Bayard, P.A. | Evan T. Miller and Ericka F. Johnson | emiller@bayardlaw.com; ejohnson@bayardlaw.com |
| Counsel to Infosys Limited | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi and Steven L. Walsh | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| Counsel to South Bay Solutions, | Binder & Malter, LLP | Wendy Watrous Smith | wendy@bindermalter.com |
| Counsel to Broward County, Florida | Broward County Attorney's Office | Scott Andron | sandron@broward.org |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Valeo Thermal Commercial Vehicles North America, Inc. and Our Next Energy, Inc. | Chipman Brown Cicero & Cole, LLP | Robert A. Weber and Mark L. Desgrosseilliers | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| Counsel to IVECO S.p.A. and EVCO GmbH | Cole Schotz P.C. | G. David Dean and Jack M. Dougherty | ddean@coleschotz.com; jdougherty@coleschotz.com |
| State Attorney General Colorado | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Administrative and Collateral Agents Under the Debtors' Prepetition Credit Facilities | CSI GP I LLC, as Collateral Agent | Ewa Kozicz, Vusal Najafov | ewa.kozicz@cowen.com; vusul.najafov@cowen.com |
| State Attorney General Delaware | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| State Attorney General District of Columbia | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to Tao Capital Partners and its affiliates (collectively, | Dorsey & Whitney (Delaware) LLP | Alessandra Glorioso | glorioso.alessandra@dorsey.com |
| Counsel to Tao Capital Partners and its affiliates (collectively, | Dorsey & Whitney LLP | Samuel S. Kohn | kohn.sam@dorsey.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel for the Southeastern Pennsylvania Transportation Authority | Duane Morris LLP | Lawrence J. Kotler | ljkotler@duanemorris.com |
| Committee Member | DWFritz Automation LLC | Bryan Wallace | bwallace@dwfritz.com |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Danielle Rushing Behrends | dbehrends@dykema.com |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Sherrie L. Farrell | sfarrell@dykema.com |
| State Attorney General Florida | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Daimler Truck North America LLC and Its Affiliates | Foley & Lardner LLP | Emil P. Khatchatourian | ekhatchatourian@foley.com |
| Counsel to Daimler Truck North America LLC and Its Affiliates | Foley & Lardner LLP | John A. Simon | jsimon@foley.com |
| Counsel to Birlasoft Solutions, Inc. | Foley & Lardner LLP | John P. Melko, Esq. and Nora J. McGuffey, Esq. | jmelko@foley.com; nora.mcguffey@foley.com |
| State Attorney General Georgia | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Dennis A. Meloro | Dennis.Meloro@gtlaw.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Howard J. Steinberg | steinbergh@gtlaw.com |
| Counsel to IVECO Group N.V. and certain affiliates | Greenberg Traurig, LLP | Oscar N. Pinkas, Sara A. Hoffman, and Jessica M. Wolfert | PinkasO@gtlaw.com; HoffmanS@gtlaw.com; Jessica.Wolfert@gtlaw.com |
| State Attorney General Hawaii | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Counsel to the First Lien Agent, Bank of America | Holland & Knight | Attn Robert Jones and Brent McIlwain | robert.jones@hklaw.com; brent.mcilwain@hklaw.com |
| Counsel to Bank of America | Holland & Knight | Hamid Namazie, Yoojin Lee | Hamid.Namazie@hklaw.com; Yoojin.Lee@hklaw.com |
| Counsel to Valeo Thermal Commercial Vehicles North America, Inc. and Our Next Energy, Inc. | Honigman LLP | E. Todd Sable and Lawrence A. Lichtman | tsable@honigman.com; llichtman@honigman.com |
| Counsel to Dana Limited | Hunton Andrews Kurth LLP | J.R. Smith and Jennifer E. Wuebker | jrsmith@huntonak.com; jwuebker@huntonak.com |
| Counsel to Capital Metropolitan Transportation Authority | Husch Blackwell LLP | Lynn H. Butler and Jameson J. Watts | lynn.butler@huschblackwell.com; jameson.watts@huschblackwell.com |
| State Attorney General Idaho | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| State Attorney General Illinois | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| State Attorney General Indiana | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| State Attorney General Iowa | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| State Attorney General Kentucky | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Interested Party | LACO, Inc. | Attn: Erika Meciar, C.E.O. | emeciar@lacoinc.com |
| Counsel to United Steelworkers | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Counsel to The City of Greensboro, North Carolina | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Sandford L. Frey | sfrey@leechtishman.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Steven B. Eichel | seichel@leechtishman.com |
| Counsel to Volta Trucks Limited | Linklaters LLP | Christopher Hunker | Christopher.Hunker@linklaters.com |
| State Attorney General Louisiana | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Counsel to the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Jeffrey L. Cohen, Eric S. Chafetz, Jordana L. Renert, Michael A. Kaplan and Keara Waldron | JCohen@lowenstein.com; EChafetz@lowenstein.com; jrenert@lowenstein.com; mkaplan@lowenstein.com; kwaldron@lowenstein.com |
| State Attorney General Maine | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| State Attorney General Maryland | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to Philadelphia Indemnity Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gaston P. Loomis and Gary D. Bressler | gloomis@mdmc-law.com; gbressler@mdmc-law.com |
| Counsel to Miami-Dade County, Florida, Department of Transportation and Public Works | Miami-Dade County Attorney's Office | Ileana Cruz, Assistant County Attorney | ileanac@miamidade.gov; cao.bkc@miamidade.gov |
| Committee Member | Michele Thorne and Maho Lazo | Wilshire Law Firm | benjamin@wilshirelawfirm.com |
| State Attorney General Michigan | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to City of Detroit, Michigan and JR Automation Technologies, LLC | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson and Ronald A. Spinner | swansonm@millercanfield.com; spinner@millercanfield.com |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General Missouri | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General Montana | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel to Waste Management | Monzack Mersky and Browder, P.A. | Rachel Mersky | rmersky@monlaw.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Brya M. Keilson and Tara C. Pakrouh | emonzo@morrisjames.com; bkeilson@morrisjames.com; tpakrouh@morrisjames.com |
| Counsel to Volta Trucks Limited | Morris, Nichols, Arsht & Tunnel LLP | Derek C. Abbott and Andrew R. Remming | DAbbott@morrisnichols.com; ARemming@morrisnichols.com |
| State Attorney General Nebraska | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General Nevada | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General New | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| State Attorney General New York | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| State Attorney General North Carolina | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General North | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Ryan Starnowsky | ra-li-ucts-bankrupt@state.pa.us |
| State Attorney General Ohio | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General Oregon | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to CSI GP I LLC and its affiliates | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane and Edward A. Corma | ljones@pszjlaw.com; pkeane@pszjlaw.com; ecorma@pszjlaw.com |
| Counsel to IVECO S.p.A. and EVCO GmbH | Paul Hastings LLP | Luc Despins and G. Alexander Bongartz | lucdespins@paulhastings.com; alexbongartz@paulhastings.com |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to BC Transit | Perkins Coie LLP | Amir Gamliel | AGamliel@perkinscoie.com |
| Counsel to Komatsu/Joy Global Underground Mining | Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Richard J. Parks | rjp@pietragallo.com |
| Counsel to Nikola Corporation | Pillsbury Winthrop Shaw Pittman LLP | Joshua D. Morse, Esq. | joshua.morse@pillsburylaw.com |
| Counsel to BC Transit | Polsinelli PC | Christopher A. Ward and Katherine M. Devanney | cward@polsinelli.com; kevanney@polsinelli.com |
| Counsel to Port Authority of New York and New Jersey | Port Authority Law Department | Juan M. Barragan | jbarragan@panynj.gov |
| Counsel to Nikola Corporation | Potter Anderson & Corroon LLP | M. Blake Cleary | bcleary@potteranderson.com |
| Top 30 / Committee Member | Power Electronics USA | Carlos Llombart | cllombart@power-electronics.com |
| State Attorney General Rhode | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Meritor, Inc. | Robinson & Cole LLP | Jamie L. Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office, Regional Director | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Top 30 / Committee Member | Sensata Technologies, Inc. | Justin Colson | jcolson@sensata.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Dennis M. Twomey and Jackson T. Garvey | dtwomey@sidley.com; jgarvey@sidley.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Maegan Quejada | mquejada@sidley.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Thomas R. Califano | tom.califano@sidley.com |
| Counsel to First Industrial, L.P. | Sirlin Lesser & Benson, P.C. | Dana S. Plon | dplon@sirlinlaw.com |
| State Attorney General South Carolina | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General South | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to the Chicago Transit Authority | Sullivan Hazeltine Allinson LLC | William D. Sullivan and Elihu E. Allinson, III | bsullivan@sha-llc.com; zallinson@sha-llc.com |
| Counsel to the Chicago Transit Authority | Taft Stettinius & Hollister LLP | Michael P. O'Neil and Elizabeth M. Little | MONeil@taftlaw.com; elittle@taftlaw.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| State Attorney General Texas | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 / Committee Member | TPI, Inc. | Jerry Lavine | j.lavine@tpicomposites.com |
| Counsel for the United States on behalf of the General Services Administration, the Department of Defense, the Department of Transportation's National Highway Traffic Safety | United States Department of Justice | Kirk Manhardt, Rodney A. Morris, and Cortney Robinson | cortney.robinson@usdoj.gov |
| Counsel to United Steelworkers | United Steelworkers | David R. Jury, General | djury@usw.org |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| State Attorney General Utah | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| State Attorney General Vermont | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General Virginia | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| State Attorney General West | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Jackson, Wyoming, and Southern Teton Area Rapid | Whiteford Taylor & Preston, L.L.P. | David W. Gaffey | dgaffey@whitefordlaw.com |
| Counsel to Jackson, Wyoming, and Southern Teton Area Rapid | Whiteford, Taylor & Preston LLC | Richard W. Riley | rriley@wtplaw.com |
| State Attorney General Wisconsin | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| State Attorney General Wyoming | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
Objecting & Responding Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Central Florida Regional Transportation Authority (LYNX) | Akerman LLP | Esther McKean | esther.mckean@akerman.com |
| Counsel to Regional Transportation Commission of Washoe County | Archer & Greiner, P.C. | Bryan J. Hall | bjhall@archerlaw.com |
| Counsel to Miami-Dade County, Florida, Department of Transportation and Public Works | Armstrong Teasdale LLP | Eric M. Sutty | esutty@atllp.com |
| Counsel to Van Hool NV | Bass, Berry & Sims PLC | Paul Jennings and Gene Humphreys | PJennings@bassberry.com; Ghumphreys@bassberry.com |
| Counsel to Van Hool NV | Bayard P.A. | Ericka F. Johnson | ejohnson@bayardlaw.com |
| Counsel to the City of Edmonton | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover and Daniel N. Brogan | jhoover@beneschlaw.com; dbrogan@beneschlaw.com |
| Counsel to Promwad GmbH | Benesch, Friedlander, Coplan & Aronoff LLP | Michael J. Barrie, John C. Gentile, and Juan E. Martinez | mbarrie@beneschlaw.com; jgentile@beneschlaw.com; jmartinez@beneschlaw.com |
| Counsel to Echo Global Logistics, Inc. | Brown McGarry Nimeroff LLC | Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Counsel to City of Detroit, Michigan, JR Automation Technologies, LLC, and The Wayne County Airport Authority | Connolly Gallagher LLP | Karen C. Bifferato | kbifferato@connallygallagher.com |
| Counsel to Seifert Graphics, Inc. and Deere & Company and John Deere Electronic Solutions, Creditors herein | Cousins Law LLC | Scott D. Cousins | scott.cousins@cousins-law.com |
| Counsel to Sigma Machine, LLC | Foley & Lardner LLP | Michael J. Small | msmall@foley.com |
| Counsel to Duluth Transit Authority | Fox Rothschild LLP | Howard A. Cohen | hcohen@foxrothschild.com |
| Counsel to NSK Industries, Inc. and Atlantic Specialty Insurance Company | Gellert Scali Busenkell & Brown, LLC | Bradley P. Lehman and Ronald S. Gellert | blehman@gsbblaw.com; rgellert@gsbblaw.com |
| Counsel to Deere & Company and John Deere Electronic Solutions, Inc. | Gensburg Calandriello & Kanter, P.C. | Matthew T. Gensburg and E. Philip Groben | mgensburg@gcklegal.com; pgroben@gcklegal.com |
| Counsel to IVECO Group N.V. and certain affiliates | Greenberg Traurig, LLP | Oscar N. Pinkas and Sara A. Hoffman | PinkasO@gtlaw.com; HoffmanS@gtlaw.com |
| Counsel to Santa Clara Valley Transportation Authority | Greenfield LLP | Bernard S. Greenfield And Maureen A. Harrington | bgreenfield@greenfieldlaw.com; mharrington@greenfieldlaw.com |
| Counsel to GS Operating, LLC d/b/a Gexpro Services | GS Operating, LLC d/b/a Gexpro Services | Coats Rose, P.C. | baderholt@coatsrose.com |
| Counsel to GS Operating, LLC d/b/a Gexpro Services and Crown Equipment Corporation | GS Operating, LLC d/b/a Gexpro Services | Saul Ewing LLP | john.demmy@saul.com |
| Counsel to Lexon Insurance Company and Tompkins Consolidated Area Transit, Inc. | Harris Beach PLLC | Lee E. Woodard and Brian D. Roy | bkemail@harrisbeach.com; broy@harrisbeach.com |
| Counsel to REMA USA, LLC | Haynsworth Sinkler Boyd, P.A. | Stanley H. McGuffin | smcguffin@hsblawfirm.com |
| Counsel to Valeo Thermal Commercial Vehicles North America, Inc. and Our Next Energy, Inc. | Honigman LLP | E. Todd Sable and Cydney J. McGill | tsable@honigman.com; cmcgill@honigman.com |
| Counsel to Orlando Utilities Comission and Florida Power & Light Company | Law Firm of Russell R. Johnson III, PLC | Russell R. Johnson III and John M. Craig | russell@russelljohnsonlawfirm.com; john@russelljohnsonlawfirm.com |
| Counsel to Ontario International Airport Authority and City of Greensboro, North Carolina | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Counsel to Eaton Corporation | Macauley LLC | Thomas G. Macauley | bk@macdelaw.com |
| Counsel to Philadelphia Indemnity Insurance Company | Manier & Herod, P.C. | Scott C Williams and S. Marc Buchman | swilliams@manierherod.com; mbuchman@manierherod.com |
| Counsel to Oracle America, Inc. | Margolis Edelstein | James E. Huggett | jhuggett@margolisedelstein.com |
| Counsel to Orlando Utilities Comission and Florida Power & Light Company | Mccarter & English, LLP | William F. Taylor, Jr. | wtaylor@mccarter.com |
| Counsel to The Rector and Visitors of the University of Virginia | McGuireWoods LLP | Dion W. Hayes, K. Elizabeth Sieg, and Connor W. Symons | dhayes@mcguirewoods.com; bsieg@mcguirewoods.com; csymons@mcguirewoods.com |
| Counsel to City of Madison, Wisconsin | Michael R. Haas, City Attorney | Eric A. Finch | efinch@cityofmadison.com |
| Counsel to REMA USA, LLC | Montgomery Mccracken Walker & Rhoads LLP | Marc J. Phillips | mphillips@mmwr.com |

**Exhibit B**
Objecting & Responding Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Nikola Corporation | Potter Anderson & Corroon LLP | M. Blake Cleary and Maria Kotsiras | bcleary@potteranderson.com; mkotsiras@potteranderson.com |
| Counsel to Meritor, Inc. | Robinson & Cole LLP | Jamie L. Edmonson and Katherine S. Dute | jedmonson@rc.com; kdute@rc.com |
| Counsel to Crown Equipment Corporation | Sebaly Shillito + Dyer | Robert Hanseman | rhanseman@ssdlaw.com |
| Sentek Dynamics, Inc. | Sentek Dynamics, Inc. | James Zhuge | peggy@sentekdynamics.com |
| Counsel to Ron White's Air Compressor Sales, Inc. | The Bifferato Firm PA | Ian Connor Bifferato | cbifferato@tbf.legal |
| Counsel to Lexon Insurance Company and Tompkins Consolidated Area Transit, Inc. | The Powell Firm, LLC | Jason C. Powell | jpowell@delawarefirm.com |
| The Shyft Group USA, Inc. | The Shyft Group USA, Inc. | 41280 Bridge St. | tdreynolds@jonesday.com |
| Counsel to Regional Transportation Commission of Washoe County | Thompson Coburn Hahn & Hessen LLP | Mark T. Power and Aleksandra Abramova | mpower@thompsoncoburn.com; aabramova@thompsoncoburn.com |
| Counsel to Eaton Corporation | Thompson Hine LLP | Jonathan S. Hawkins and Austin Landing I | jonathan.hawkins@thompsonhine.com |
| Counsel for the United States on behalf of the General Services Administration, the Department of Defense, the Department of Transportation's National Highway Traffic Safety Administration | United States Department of Justice | Kirk Manhardt, Rodney A. Morris, and Cortney Robinson | cortney.robinson@usdoj.gov |
| Counsel to Atlantic Specialty Insurance Company | Watt, Tieder, Hoffar & Fitzgerald, LLP | John E. Sebastian and Joel B. Daniel | jsebastian@watttieder.com; jdaniel@watttieder.com |
| Counsel to Jackson, Wyoming, and Southern Teton Area Rapid Transit | Whiteford Taylor & Preston, L.L.P. | David W. Gaffey | dgaffey@whitefordlaw.com |
| Counsel to Jackson, Wyoming, and Southern Teton Area Rapid Transit | Whiteford, Taylor & Preston LLC | Richard W. Riley | dstratton@whitefordlaw.com |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General Alabama | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 |
| State Attorney General Alaska | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| State Attorney General Arizona | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| State Attorney General Arizona | Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 |
| State Attorney General Arkansas | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| Counsel to Daimler Truck North America LLC and Its Affiliates and Birlasoft Solutions, Inc. | Ashby & Geddes, P.A. | Ricardo Palacio and Gregory A. Taylor | 500 Delaware Avenue, 8th Floor | | | Wilmington | DE | 19899-1150 |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Jonathan Sundheimer | 11 South Meridian Street | | | Indianapolis | IN | 46204 |
| Counsel to Van Hool NV | Bass, Berry & Sims PLC | Paul G. Jennings and Gene L. Humphreys | 150 Third Avenue South, Suite 2800 | | | Nashville | TN | 37201 |
| State Attorney General California | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| State Attorney General Colorado | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| State Attorney General Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., | | | Dover | DE | 19904 |
| State Attorney General District of Columbia | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 |
| Counsel to Tao Capital Partners and its affiliates (collectively, "Tao") | Dorsey & Whitney LLP | Samuel S. Kohn | 51 West 52nd Street | | | New York | NY | 10019 |
| Committee Member | DWFritz Automation LLC | Bryan Wallace | 9600 SW Boeckman | | | Willsonville | OR | 97070 |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Danielle Rushing Behrends | 112 E. Pecan Street, Suite 1800 | | | San Antonio | TX | 78205 |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Sherrie L. Farrell | 400 Renaissance Center, Suite 2300 | | | Detroit | MI | 48243 |
| State Attorney General Florida | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| Counsel to Daimler Truck North America LLC and Its Affiliates | Foley & Lardner LLP | Emil P. Khatchatourian | 321 N. Clark Street, Suite 3000 | | | Chicago | IL | 60654-4762 |
| Counsel to Daimler Truck North America LLC and Its Affiliates | Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Avenue, Suite 2700 | | Detroit | MI | 48226 |
| State Attorney General Georgia | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Dennis A. Meloro | 222 Delaware Avenue, Suite 1600 | | | Wilmington | DE | 19801 |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Howard J. Steinberg | 1840 Century Park East, Suite 1900 | | | Los Angeles | CA | 90067 |
| Counsel to IVECO Group N.V. and certain affiliates | Greenberg Traurig, LLP | Oscar N. Pinkas, Sara A. Hoffman, and Jessica M. Wolfert | One Vanderbilt Avenue | | | New York | NY | 10017 |
| State Attorney General Hawaii | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to the First Lien Agent, Bank of America | Holland & Knight | Attn Robert Jones and Brent McIlwain | One Arts Plaza | 1722 Routh Street, Suite 1500 | | Dallas | TX | 75201 |
| Counsel to Valeo Thermal Commercial Vehicles North America, Inc. and Our Next Energy, Inc. | Honigman LLP | E. Todd Sable and Lawrence A. Lichtman | 2290 First National Building | 660 Woodward Avenue | | Detroit | MI | 48226-3506 |
| Counsel to Dana Limited | Hunton Andrews Kurth LLP | J.R. Smith and Jennifer E. Wuebker | 951 East Byrd Street | | | Richmond | VA | 23219 |
| Counsel to Capital Metropolitan Transportation Authority | Husch Blackwell LLP | Lynn H. Butler and Jameson J. Watts | 111 Congress Avenue, Suite 1400 | | | Austin | TX | 78701 |
| State Attorney General Idaho | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| State Attorney General Illinois | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| State Attorney General Indiana | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center | 302 West Washington | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| State Attorney General Iowa | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State Attorney General Kansas | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| State Attorney General Kentucky | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| Interested Party | LACO, Inc. | Attn: Erika Meciar, C.E.O. | 1150 Trademark Dr., Ste. | | | Reno | NV | 89521 |
| Counsel to The City of Greensboro, North Carolina | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | 1007 N. Orange Street, Suite 420 | | | Wilmington | DE | 19801 |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Sandford L. Frey | 200 S. Los Robles Avenue, Suite 300 | | | Pasadena | CA | 91101 |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Steven B. Eichel | 875 Third Avenue, 9th Floor | | | New York | NY | 10022 |
| Counsel to Volta Trucks Limited | Linklaters LLP | Christopher Hunker | 1290 Avenue of the Americas | | | New York | NY | 10104 |
| State Attorney General Louisiana | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 |
| Counsel to the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Jeffrey L. Cohen, Eric S. Chafetz, Jordana L. Renert, Michael A. Kaplan and Keara Waldron | 1251 Avenue of the Americas | | | New York | NY | 10020 |
| State Attorney General Maine | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| State Attorney General Maryland | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| State Attorney General Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place 20th Floor | | | Boston | MA | 02108-1518 |
| Committee Member | Michele Thorne and Maho Lazo | Wilshire Law Firm | Benjamin Haber | 3055 Wilshire Blvd, 12th | | Los Angeles | CA | 90010 |
| State Attorney General Michigan | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| State Attorney General Minnesota | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| State Attorney General Mississippi | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General Missouri | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| State Attorney General Montana | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Brya M. Keilson and Tara C. Pakrouh | 500 Delaware Avenue, Suite 1500 | | | Wilmington | DE | 19801 |
| Counsel to Volta Trucks Limited | Morris, Nichols, Arsht & Tunnel LLP | Derek C. Abbott and Andrew R. Remming | 1201 North Market Street, 16th Floor | | | Wilmington | DE | 19801 |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| State Attorney General Nevada | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| State Attorney General New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| State Attorney General New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| State Attorney General New Mexico | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| State Attorney General New York | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| State Attorney General North Carolina | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| State Attorney General North Dakota | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Ryan Starnowsky | PO Box 68568 | Collections Support Unit | | Harrisburg | PA | 17106-8568 |
| State Attorney General Ohio | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| State Attorney General Oklahoma | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| State Attorney General Oregon | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| State Attorney General Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Counsel to BC Transit | Perkins Coie LLP | Amir Gamliel | 1888 Century Park East, Suite 1700 | | | Los Angeles | CA | 90067-1721 |
| Counsel to Nikola Corporation | Pillsbury Winthrop Shaw Pittman LLP | Joshua D. Morse, Esq. | Four Embarcadero Center, 22nd Floor | | | San Francisco | CA | 94111-5998 |
| Counsel to Nikola Corporation | Potter Anderson & Corroon LLP | M. Blake Cleary | 1313 N. Market Street, 6th Floor | | | Wilmington | DE | 19801 |
| Top 30 / Committee Member | Power Electronics USA | Carlos Llombart | 1510 N. Hobson Ave | | | Gilbert | AZ | 85233 |
| State Attorney General Rhode Island | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office, Regional Director | 100 Pearl St., Suite 20-100 | | | New York | NY | 10004-2616 |

**Exhibit C**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 / Committee Member | Sensata Technologies, Inc. | Justin Colson | 529 Pleasant St | | | Attleboro | MA | 02703 |
| State Attorney General South Carolina | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 |
| State Attorney General South Dakota | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 Suite 1 | | | Pierre | SD | 57501-8501 |
| Counsel to the Chicago Transit Authority | Taft Stettinius & Hollister LLP | Michael P. O'Neil and Elizabeth M. Little | One Indiana Square, Suite 3500 | | | Indianapolis | IN | 46204-2023 |
| State Attorney General Tennessee | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 |
| State Attorney General Texas | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| Top 30 / Committee Member | TPI, Inc. | Jerry Lavine | 373 Market St, PO Box | | | Warren | RI | 02885 |
| Counsel for the United States on behalf of the General Services Administration, the Department of Defense, the Department of Transportation's National Highway Traffic Safety Administration | United States Department of Justice | Kirk Manhardt, Rodney A. Morris, and Cortney Robinson | P.O. Box 875 | Ben Franklin Station | | Washington | DC | 20044-0875 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| State Attorney General Utah | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| State Attorney General Vermont | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| State Attorney General Virginia | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| State Attorney General Washington | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| State Attorney General West Virginia | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| State Attorney General Wisconsin | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| State Attorney General Wyoming | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 |

# Exhibit D

**Exhibit D**
Objecting & Responding Parties Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Central Florida Regional Transportation Authority (LYNX) | Akerman LLP | Esther McKean | 420 South Orange Avenue, Suite 1200 | | | Orlando | FL | 32801 |
| Counsel to Regional Transportation Commission of Washoe County | Archer & Greiner, P.C. | Bryan J. Hall | 300 Delaware Avenue, Suite 1100 | | | Wilmington | DE | 19801 |
| Counsel to Miami-Dade County, Florida, Department of Transportation and Public Works | Armstrong Teasdale LLP | Eric M. Sutty | 1007 North Market Street | | | Wilmington | DE | 19801 |
| Counsel to Van Hool NV | Bass, Berry & Sims PLC | Paul Jennings and Gene Humphreys | 150 Third Avenue South, Suite 2800 | | | Nashville | TN | 37201 |
| Counsel to Van Hool NV | Bayard P.A. | Ericka F. Johnson | 600 North Market Street | | | Wilmington | DE | 19801 |
| Counsel to the City of Edmonton | Benesch, Friedlander, Coplan & Aronoff LLP | Jennifer R. Hoover and Daniel N. Brogan | 1313 North Market Street, Suite 1201 | | | Wilmington | DE | 19801 |
| Counsel to Promwad GmbH | Benesch, Friedlander, Coplan & Aronoff LLP | Michael J. Barrie, John C. Gentile, and Juan E. Martinez | 1313 North Market Street, Suite 1201 | | | Wilmington | DE | 19801 |
| Counsel to the City of Santa Rosa, California | Burke Williams & Sorensen LLP | Joseph P. Buchman | 444 South Flower Street, Suite 2400 | | | Los Angeles | CA | 90071-2953 |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | 1201 North Market Street, 20th Floor | | | Wilmington | DE | 19801 |
| Counsel to City of Detroit, Michigan, JR Automation Technologies, LLC, and The Wayne County Airport Authority | Connolly Gallagher LLP | Karen C. Bifferato | 1201 N. Market Street, Suite 501 | | | Wilmington | DE | 19801 |
| Counsel to Seifert Graphics, Inc. and Deere & Company and John Deere Electronic Solutions, Creditors herein | Cousins Law LLC | Scott D. Cousins | Brandywine Plaza West | 1521 Concord Pike, Suite 301 | | Wilmington | DE | 19803 |
| Counsel to Sigma Machine, LLC | Foley & Lardner LLP | Michael J. Small | 321 N. Clark Street, Suite 3000 | | | Chicago | IL | 60654-4762 |
| Counsel to Duluth Transit Authority | Fox Rothschild LLP | Howard A. Cohen | 919 North Market Street, Suite 300 | | | Wilmington | DE | 19899 |
| Counsel to NSK Industries, Inc. and Atlantic Specialty Insurance Company | Gellert Scali Busenkell & Brown, LLC | Bradley P. Lehman and Ronald S. Gellert | 1201 North Orange Street, Suite 300 | 3rd Floor | | Wilmington | DE | 19801 |
| Counsel to Deere & Company and John Deere Electronic Solutions, Inc. | Gensburg Calandriello & Kanter, P.C. | Matthew T. Gensburg and E. Philip Groben | 200 West Adams Street, Suite 2425 | | | Chicago | IL | 60606 |
| Counsel to IVECO Group N.V. and certain affiliates | Greenberg Traurig, LLP | Oscar N. Pinkas and Sara A. Hoffman | One Vanderbilt Avenue | | | New York | NY | 10017 |
| Counsel to Santa Clara Valley Transportation Authority | Greenfield LLP | Bernard S. Greenfield And Maureen A. Harrington | 55 S. Market Street, Suite 1500 | | | San Jose | CA | 95113 |

**Exhibit D**
Objecting & Responding Parties Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to GS Operating, LLC d/b/a Gexpro Services | GS Operating, LLC d/b/a Gexpro Services | Coats Rose, P.C. | Ben L. Aderholt | 9 Greenway Plaza, Suite 1000 | | Houston | TX | 77046 |
| Counsel to GS Operating, LLC d/b/a Gexpro Services and Crown Equipment Corporation | GS Operating, LLC d/b/a Gexpro Services | Saul Ewing LLP | John D. Demmy | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 |
| Counsel to Lexon Insurance Company and Tompkins Consolidated Area Transit, Inc. | Harris Beach PLLC | Lee E. Woodard and Brian D. Roy | 333 W. Washington Street, Suite 200 | | | Syracuse | NY | 13202 |
| Counsel to REMA USA, LLC | Haynsworth Sinkler Boyd, P.A. | Stanley H. McGuffin | District Court IS# 2833 | Post Office Box 11889 | | Columbia | SC | 29211-1889 |
| Counsel to Valeo Thermal Commercial Vehicles North America, Inc. and Our Next Energy, Inc. | Honigman LLP | E. Todd Sable and Cydney J. McGill | 2290 First National Building | 660 Woodward Avenue | | Detroit | MI | 48226-3506 |
| Counsel to Orlando Utilities Comission and Florida Power & Light Company | Law Firm of Russell R. Johnson III, PLC | Russell R. Johnson III and John M. Craig | 2258 Wheatlands Drive | | | Manakin-Sabot | VA | 23103 |
| Counsel to Ontario International Airport Authority and City of Greensboro, North Carolina | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | 1007 N. Orange Street, Suite 420 | | | Wilmington | DE | 19801 |
| Counsel to Eaton Corporation | Macauley LLC | Thomas G. Macauley | 300 Delaware Ave., Suite 1018 | | | Wilmington | DE | 19801 |
| Counsel to Philadelphia Indemnity Insurance Company | Manier & Herod, P.C. | Scott C Williams and S. Marc Buchman | 1201 Demonbreun Street, Suite 900 | | | Nashville | TN | 37203 |
| Counsel to Oracle America, Inc. | Margolis Edelstein | James E. Huggett | 300 Delaware Avenue, Suite 800 | | | Wilmington | DE | 19801 |
| Counsel to Orlando Utilities Comission and Florida Power & Light Company | Mccarter & English, LLP | William F. Taylor, Jr. | Renaissance Centre | 405 North King Street, 8th Floor | | Wilmington | DE | 19801 |
| Counsel to City of Madison, Wisconsin | Michael R. Haas, City Attorney | Eric A. Finch | Office of the City Attorney | City-County Building, Room 401 | 210 Martin Luther King, Jr. Boulevard | Madison | WI | 53703-3345 |
| Counsel to REMA USA, LLC | Montgomery Mccracken Walker & Rhoads LLP | Marc J. Phillips | 1105 North Market Street, Suite 1500 | | | Wilmington | DE | 19801 |
| Counsel to Oracle America, Inc. | Oracle America, Inc. | Peggy Bruggman and Benjamin Wheeler | 500 Oracle Parkway | | | Redwood City | CA | 94065 |
| Counsel to Nikola Corporation | Potter Anderson & Corroon LLP | M. Blake Cleary and Maria Kotsiras | 1313 N. Market Street, 6th Floor | | | Wilmington | DE | 19801 |
| Counsel to Meritor, Inc. | Robinson & Cole LLP | Jamie L. Edmonson and Katherine S. Dute | 1201 N. Market Street, Suite 1406 | | | Wilmington | DE | 19801 |

**Exhibit D**
Objecting & Responding Parties Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Crown Equipment Corporation | Sebaly Shillito + Dyer | Robert Hanseman | 1900 Stratacache Tower | 40 N. Main Street | | Dayton | OH | 45423-1013 |
| Sentek Dynamics, Inc. | Sentek Dynamics, Inc. | James Zhuge | 2090 Duane Ave. | | | Santa Clara | CA | 95054 |
| Counsel to Ron White's Air Compressor Sales, Inc. | The Bifferato Firm PA | Ian Connor Bifferato | 1007 North Orange St., 4th Floor | | | Wilmington | DE | 19801 |
| Counsel to Regional Transportation Commission of Washoe County | Thompson Coburn Hahn & Hessen LLP | Mark T. Power and Aleksandra Abramova | 488 Madison Avenue | | | New York | NY | 10022 |
| Counsel to Eaton Corporation | Thompson Hine LLP | Jonathan S. Hawkins and Austin Landing I | 10050 Innovation Drive, Suite 400 | | | Dayton | OH | 45342-4934 |
| Counsel for the United States on behalf of the General Services Administration, the Department of Defense, the Department of Transportation's National Highway Traffic Safety Administration | United States Department of Justice | Kirk Manhardt, Rodney A. Morris, and Cortney Robinson | P.O. Box 875 | Ben Franklin Station | | Washington | DC | 20044-0875 |
| Counsel to Jackson, Wyoming, and Southern Teton Area Rapid Transit | Whiteford Taylor & Preston, L.L.P. | David W. Gaffey | 3190 Fairview Park Drive, Suite 800 | | | Falls Church | VA | 22042-4510 |
| Counsel to Jackson, Wyoming, and Southern Teton Area Rapid Transit | Whiteford, Taylor & Preston LLC | Richard W. Riley | 600 North King Street, Suite 300 | | | Wilmington | DE | 19801 |