**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 ) |
| PROTERRA INC, *et al.*,[1] | ) ) Case No. 23-11120 (BLS) ) |
| Debtors. | ) (Jointly Administered) ) ) Obj. Deadline: Dec. 27, 2023 at 4:00 p.m. (ET) |

**SECOND MONTHLY FEE APPLICATION OF KPMG LLP FOR
PROVIDING AUDIT AND TAX RESTRUCTURING SERVICES TO THE
DEBTORS AND REQUESTING ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 27, 2023, *effective as of* the Petition Date |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through October 31, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 750,894.30 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 1,358.29 |

This is a:   __X__ Monthly   _____ Interim   _____ Final Application

The total time expended for fee application preparation is approximately 113.8 hours and the corresponding compensation requested is approximately $28,662.00.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

**Prior Interim Applications Filed:**

None

**Prior Monthly Applications Filed:**

| Prior Applications | | | | | |
|---|---|---|---|---|---|
| | | Requested | | Approved/CNO Filed | |
| Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 542 | 08/07/2023 - 09/30/2023 | $1,006,815.70 | $ 3,096.45 | $ 808,549.01 | $ 3,096.45 |
| Total | | $ 1,006,815.70 | $ 3,096.45 | $ 808,549.01 | $ 3,096.45 |

# ATTACHMENT B
# TO FEE APPLICATION

## COMPENSATION BY PROFESSIONAL

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Aden Cohen | Associate - Audit | 138.2 | $ 250 | | $ 34,550.00 |
| Alex Scofield | Senior Associate - M&A Tax | 20.6 | $ 760 | [1] | $ 15,656.00 |
| Anna Heyne | Senior Associate - Audit | 132.7 | $ 350 | | $ 46,445.00 |
| Antoine Bedard | Senior Associate - M&A Tax | 5.2 | $ 760 | [1] | $ 3,914.00 |
| Becky Biwer | Senior Associate - M&A Tax | 17.7 | $ 760 | [1] | $ 13,452.00 |
| Bela Unell | Partner - Washington National Tax | 0.2 | $ 1,380 | | $ 276.00 |
| Bradley Lancy | Managing Director - Advisory | 2.1 | $ 920 | | $ 1,932.00 |
| Brian Monahan | Manager - Audit | 21.9 | $ 400 | [2] | $ 8,760.00 |
| Brian Monahan | Manager - Audit | 0.4 | $ 650 | [2] | $ 260.00 |
| Celeste Campbell | Manager - Bankruptcy | 9.3 | $ 340 | | $ 3,162.00 |
| Charina Delda | Manager - Audit | 1.5 | $ 400 | | $ 600.00 |
| Chien Wang | Senior Associate - Audit | 58.0 | $ 350 | | $ 20,300.00 |
| Christopher Hurd | Director - Advisory | 0.3 | $ 550 | | $ 165.00 |
| Connor Pratt | Senior Associate - Tax | 6.6 | $ 760 | | $ 4,978.00 |
| David Yanchik | Managing Director - Tax | 16.7 | $ 1,080 | | $ 18,036.00 |
| Deanna Tsan | Associate - Audit | 9.0 | $ 250 | | $ 2,250.00 |
| Doron Rotman | Managing Director - Tech Assurance Audit | 3.2 | $ 580 | | $ 1,856.00 |
| Gabe De La Rosa | Partner - Audit | 7.8 | $ 550 | [2] | $ 4,290.00 |
| Gabe De La Rosa | Partner - Audit | 0.7 | $ 875 | [2] | $ 612.50 |
| Griffin Brewster | Senior Associate - Audit | 45.3 | $ 350 | | $ 15,855.00 |
| Hillary Downey | Director - Tech Assurance Audit | 26.3 | $ 550 | | $ 14,465.00 |
| Jane Murray | Senior Manager - Audit | 1.0 | $ 980 | | $ 980.00 |
| Jim Carreon | Principal - M&A Tax | 3.3 | $ 1,280 | | $ 4,224.00 |
| Jim Kuhl | Senior Manager - Tax | 1.7 | $ 1,100 | | $ 1,870.00 |
| Jim Mintert | Partner - Audit | 0.7 | $ 1,025 | | $ 717.50 |
| Joe Murante | Senior Associate - Tax | 4.6 | $ 760 | | $ 3,458.00 |
| Julia Durrance | Senior Manager - M&A Tax | 15.9 | $ 1,100 | [1] | $ 17,490.00 |

**ATTACHMENT B**
**TO FEE APPLICATION**
(continued)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Kati Walker | Senior Associate - Audit | 32.2 | $ 350 | | $ 11,270.00 |
| Kelly O'Leary | Senior Associate - Audit | 101.9 | $ 350 | | $ 35,665.00 |
| Leigh Shoenberger | Manager - Tax | 16.8 | $ 1,000 | | $ 16,800.00 |
| Lynn Lin | Manager - Audit | 91.7 | $ 400 | [2] | $ 36,680.00 |
| Lynn Lin | Manager - Audit | 3.7 | $ 650 | [2] | $ 2,405.00 |
| Maggie Lawler | Senior Manager - Audit | 77.7 | $ 455 | [2] | $ 35,353.50 |
| Maggie Lawler | Senior Manager - Audit | 8.8 | $ 728 | [2] | $ 6,406.40 |
| Mark Hoffenberg | Principal - Washington National Tax | 1.8 | $ 1,380 | | $ 2,484.00 |
| Mary Beth Hawkes | Manager - Tax | 4.9 | $ 1,000 | | $ 4,900.00 |
| Matthew Drucker | Partner - Audit | 0.5 | $ 1,025 | | $ 512.50 |
| Max Klaunig | Associate - M&A Tax | 12.3 | $ 460 | | $ 5,658.00 |
| Memory Liang | Director - Advisory | 10.7 | $ 832 | | $ 8,902.40 |
| Patricia Anne Dela Rosa | Manager - Audit | 133.4 | $ 400 | [1,2] | $ 53,360.00 |
| Patricia Anne Dela Rosa | Manager - Audit | 11.5 | $ 650 | [1,2] | $ 7,475.00 |
| Pat Anderson | Manager - Audit | 73.6 | $ 400 | [2] | $ 29,440.00 |
| Pat Anderson | Manager - Audit | 0.4 | $ 650 | [2] | $ 260.00 |
| Raechel Wagner | Manager - BTS | 4.0 | $ 475 | [1] | $ 1,900.00 |
| Rebecca Lo | Senior Associate - Audit | 42.3 | $ 350 | | $ 14,805.00 |
| Regan Fuerst | Manager - Tax | 1.2 | $ 1,000 | | $ 1,200.00 |
| Riley Yeomans | Senior Associate - Audit | 55.8 | $ 350 | | $ 19,530.00 |
| Rob Galloway | Associate - Tax | 14.6 | $ 460 | | $ 6,716.00 |
| Robin Muncy | Manager - M&A Tax | 74.3 | $ 1,000 | [1] | $ 74,300.00 |
| Sam Oswald | Senior Associate - Audit | 35.0 | $ 350 | | $ 12,250.00 |
| Scott Salmon | Partner - Tax | 4.7 | $ 1,380 | | $ 6,486.00 |
| Stan Harvell | Managing Director - Audit | 21.0 | $ 525 | | $ 11,025.00 |
| Stephanie Kushner | Managing Director - Tax | 3.4 | $ 600 | | $ 2,040.00 |
| Steven Morgan | Partner - Audit | 51.5 | $ 550 | [2] | $ 28,325.00 |
| Steven Morgan | Partner - Audit | 5.5 | $ 875 | [2] | $ 4,812.50 |
| Sushant Kodiyal | Manager, Tech Assurance Audit | 31.0 | $ 470 | | $ 14,570.00 |
| Teresa Williams | Associate, Bankruptcy | 101.5 | $ 240 | | $ 24,360.00 |
| Tom Carroll | Senior Manager - M&A Tax | 5.6 | $ 1,100 | | $ 6,160.00 |
| Tom Mooney | Partner - Audit | 0.3 | $ 1,025 | | $ 307.50 |
| Wendy Shaffer | Associate Director, Bankruptcy | 4.1 | $ 380 | | $ 1,558.00 |

**ATTACHMENT B**
**TO FEE APPLICATION**
(continued)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Yinka Kukoyi | Partner - M&A Tax | 6.4 | $ 1,380 | $ 8,832.00 |
| Zaya Shahbaz Arami | Associate - Tech Assurance Audit | 53.3 | $ 255 | $ 13,591.50 |
| **Total Discounted Fees** | | **1,648.2** | | **$ 750,894.30** |
| Out of Pocket Expenses | | | | $ 1,358.29 |
| **Total Fees & Out of Pocket Expenses** | | | | **$ 752,252.59** |
| Less Holdback Adjustment (20%) | | | | $ (150,178.86) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 602,073.73** |
| **Blended Hourly Rate** | | | **$ 455.60** | |

[1] Rate increased due to promotion effective October 1, 2023.

[2] Rates vary by service as per the Engagement Letters included in KPMG's Retention Application [D.I. 356].

3

**ATTACHMENT B**
**TO FEE APPLICATION**
(continued)

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours Billed | Total Fees Requested |
|---|---:|---:|
| 2023 Audit Services | 1,251.0 | $ 468,791.00 |
| Tax Restructuring Services | 235.0 | $ 216,890.00 |
| Audit - Out of Scope Services | 46.3 | $ 35,583.30 |
| Retention Services | 2.1 | $ 968.00 |
| Fee Application Preparation Services | 113.8 | $ 28,662.00 |
| **Total** | **1,648.2** | **$ 750,894.30** |

**EXPENSE SUMMARY**

| Service Description | Amount |
|---|---:|
| Airfare | $ 656.37 |
| Lodging | $ 308.96 |
| Meals | $ 252.00 |
| Ground Transportation | $ 140.96 |
| Miscellaneous | $ - |
| **Total** | **$ 1,358.29** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PROTERRA INC., *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: Dec. 27, 2023 at 4:00 p.m. (ET)** |

**SECOND MONTHLY FEE APPLICATION OF KPMG LLP FOR
PROVIDING AUDIT AND TAX RESTRUCTURING SERVICES TO THE
DEBTORS AND REQUESTING ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

KPMG LLP ("KPMG"), as audit and tax restructuring service providers to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby files this Second Monthly Fee Application (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§101–1532 (the "Bankruptcy Code"), Rule 2014 and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and that certain *Order (I) Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief*, dated September 5, 2023 (the "Interim Compensation Order") [Docket No. 188]. By this Application, KPMG seeks the allowance of compensation for professional services performed

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

and actual and necessary expenses incurred by KPMG for the period from October 1, 2023 through and including October 31, 2023 (the "Compensation Period"), in the amount of $752,252.59 and respectfully represents as follows:

## Background

1. On August 7, 2023 (the "Petition Date") each of the Debtors filed a voluntary petition for relief (the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (this "Court"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1008 of the Bankruptcy Code. On August 24, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors [D.I. 126] (the "Committee"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2. Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, their restructuring activities, and the events leading to the commencement of the Chapter 11 Cases, is set forth in detail in the *Declaration of Gareth T. Joyce in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 16].

3. On October 11, 2023 the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP to Provide Audit and Tax Restructuring Services to the Debtors and Debtors-in-Possession, Effective as of the Petition Date* (the "Retention Application")[2] [D.I. 356] and, in support of the Retention

---

[2] Capitalized terms used but not defined in this Application shall have the meaning given to such terms in the Retention Application.

2

Application, the Debtors submitted the Declaration of Steven D. Morgan (the "<u>Morgan Declaration</u>").

4.    By this Court's Order, dated October 27, 2023 [D.I. 483] (the "<u>Retention Order</u>"), the Debtors were authorized to retain KPMG to provide Audit and Tax Restructuring Services effective as of the Petition Date.    The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

### Jurisdiction

5.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).  Venue of the Chapter 11 Cases and this matter in this district is proper under 28 U.S.C. §§ 1408 and 1409.

### Summary of Application

6.    During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor, or other person.  By this Application, KPMG requests allowance of monthly compensation of professional fees totaling $750,894.30, and payable in accordance with the Interim Compensation Order at eighty percent (80%) of fees, or $600,715.44, and reimbursement of one hundred percent (100%) of necessary and actual out- of-pocket expenses in the amount of $1,358.29.

**Summary of Services Rendered During the Compensation Period**

7.  This Application is KPMG's second monthly fee application for compensation and expense reimbursement. During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their businesses and restructuring through the chapter 11 process.

8.  Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period and annexed hereto as **Exhibit A** is a chart depicting KPMG professionals who rendered these services.

**Audit Services**

KPMG performed (to the extent requested by the Debtors) certain audit-related services ("Audit Services"), including:

> **i.** Reviewed the condensed consolidated balance sheets of the Debtors, as set forth in Appendix I of the engagement letter, dated July 10, 2023, and the related condensed consolidated statements of operations, comprehensive loss, stockholders' equity and cash flows for the quarterly and year-to-date periods, which were included in the quarterly reports (Form 10-Q) proposed to be filed by the Debtors under the Securities Exchange Act of 1934. The periods included the quarter ended September 30, 2023.
>
> **ii.** Integrated Audit Services:
>
>> a. Audit of consolidated balance sheets of Proterra Inc as of December 31, 2023 and 2022, the related consolidated statements of operations, comprehensive loss, stockholders' equity, and cash flows for each of the years in the three-year period ended December 31, 2023 and the related notes to the financial statements and audit of internal control over financial reporting as of December 31, 2023;
>
> **iii.** Quarterly Review Procedures for the following periods as noted above in i:
>
>> a.  Quarter ended September 30, 2023;
>
> **iv.** Audit Out-of-Scope Services provided consisted of auditing and accounting considerations related to debt restructuring during and on emergence from bankruptcy, fresh-start accounting, valuation of assets and liabilities on emergence from bankruptcy, income tax matters rising as a result of bankruptcy or other debt restructuring activities as a result of bankruptcy, and increased

professional time to deliver Audit Services due to loss of Debtors' personnel or other changes in circumstances as a result of bankruptcy that increases the effort to deliver audit services.

**Tax Restructuring Services**

KPMG began to analyze the U.S. federal, state, local, and international tax implications of the Debtors potential restructuring of debt and / or capital structure (the "Potential Restructuring"). Services hereunder ("Tax Restructuring Services") included, but were not limited to, analyses of:

**i.** Section 382 of title 26 of the United States Code (the "Internal Revenue Code," or "I.R.C"), issues related to historical transactions and potential restructuring alternatives, including sensitivity analysis to reflect the section 382 impact of the proposed and/or hypothetical equity transactions;

**ii.** Net unrealized built-in gains and losses and Notice 2003-65 as applied to the ownership change, if any, resulting from or in connection with the Potential Restructuring;

**iii.** Debtors' tax attributes, including net operating losses, tax basis in assets, and tax basis in subsidiaries' stock as relevant to the Potential Restructuring;

**iv.** Cancellation of debt income, which included the application of section 108 of the I.R.C. and consolidated tax return regulations relating to the restructuring of non-intercompany debt and the completed capitalization or settlement of intercompany debt;

**v.** Application of the attribute reduction rules under section 108(b) of the I.R.C. and Treasury Regulation Section 1.1502-28, including a benefit analysis of section 108(b)(5) of the I.R.C. and 1017(b)(3)(D) elections as related to the Potential Restructuring;

**vi.** Relevant tax elections available and filing of any necessary election statements;

**vii.** Tax implications of any internal reorganizations and restructuring alternatives;

**viii.** Cash tax modeling of the tax benefits or tax costs of restructuring alternatives;

**ix.** Tax implications of any dispositions of assets and/or subsidiary stock pursuant to the Potential Restructuring;

**x.** Potential bad debt, worthless stock, and retirement tax losses associated with the Potential Restructuring;

**xi.** Tax treatment of restructuring related costs.

**Retention Services**

- Services included finalizing the Morgan Declaration; discussions and fact finding with KPMG partners, project team leads as well as the Office of General Counsel; discussions and correspondence with Debtors' counsel related to the Retention Application.

**Fee Application Preparation**

- The billing procedures required by the U.S. Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in this case have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the monthly fee application.

9. As per the Retention Application, KPMG and the Debtors agreed to a maximum fixed fee (the "Fixed Fee") for in-scope Audit procedures of $2,400,000 to perform the services relating to integrated audit and quarterly review procedures. As per the Retention Application, the remaining $1,700,000 of the Fixed Fee will be billed based on hours incurred at 50% of standard rates. KPMG is requesting $468,791.00 related to fees for these services rendered during the Compensation Period.

10. Fees billed by KPMG to the Debtors during the Compensation Period, for time expended by professionals were based on hourly rates ranging from $240 to $1,380 per hour. The rates reflected in this Application represent up to a 50% discount from KPMG's standard rates. Of the aggregate time expended, 81.6 hours were expended by partners and principals, 46.4 hours were expended by managing directors, 152.1 hours were expended by directors, senior managers and associate directors, 479.6 hours were expended by managers, and 886.7 hours were expended by senior associates and associates. KPMG's blended hourly rate for services provided during the Compensation Period is $ 455.60.

11. In addition to Attachment B, a summary of the hours and fees incurred by professional, and category is annexed hereto as **Exhibits A** and **B**, respectively, and described in detail in the time records annexed hereto as **Exhibits C1** through **C5**. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

12. KPMG charges its fees in this case in accordance with the terms set forth in the Retention Order. The fees applied for herein are based on the usual and customary fees KPMG charges to its clients and are commensurate with the usual and customary rates charged for services performed.

13. KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in this case to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these Chapter 11 Cases.

14. The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of this case. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in this case, and to leverage staff appropriately in order to minimize duplication of effort.

15. During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these

services: (a) were necessary and beneficial to the successful and prompt administration of the Chapter 11 Cases; and (b) have been provided in a cost-efficient manner.

16. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person, or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

17. As set forth on **Exhibits D** and **D1**, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $1,358.29. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation of Rights**

18. To the extent that time for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

*[Remainder of page intentionally blank]*

**Conclusion**

WHEREFORE, KPMG respectfully requests that, pursuant to the Interim Compensation Order, KPMG is (i) allowed monthly compensation of professional fees totaling $750,894.30 and payable in accordance with the Interim Compensation Order at eighty percent (80%) of requested fees or $600,715.44; (ii) allowed reimbursement of expenses billed during the Compensation Period of $1,358.29; (iii) authorized to be paid its allowed fees and expenses for the Compensation Period; and (iv) granted such other and further relief as the Court may deem proper.

Dated: December 6, 2023

                                                              Respectfully submitted,

                                                              */s/ Steven D. Morgan*

                                                              Steven D. Morgan
                                                              Partner
                                                              KPMG LLP
                                                              3975 Freedom Circle
                                                              Mission Towers I, Suite 600
                                                              Santa Clara, CA 95054