# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Objection and Motion for Judgment on the Pleadings to Proof of Claim No. 1177 Filed By CSI GP I LLC* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

                                                    */s/ Brya M. Keilson*
                                                    Brya M. Keilson (DE Bar No. 4643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

16438429/1

**SERVICE LIST**

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Pauline K. Morgan, Esq.<br>Andrew L. Magaziner, Esq.<br>Shella Borovinskaya, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>pmorgan@ycst.com<br>amagaziner@ycst.com<br>sborovinskaya@ycst.com<br><br>- and –<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Paul M. Basta, Esq.<br>Robert A. Britton, Esq.<br>Michael J. Colarossi, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019<br>pbasta@paulweiss.com<br>rbritton@paulweiss.com<br>mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* | SIDLEY AUSTIN LLP<br>Thomas R. Califano, Esq.<br>Dennis M. Twomey, Esq.<br>Jackson T. Garvey, Esq.<br>787 Seventh Avenue<br>New York, NY 10019<br>tom.califano@sidley.com<br>dtwomey@sidley.com<br>jgarvey@sidley.com<br><br>-and-<br><br>PACHULSKI STANG ZHIEL & JONES LLP<br>Laura Davis Jones, Esq.<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br><br>*Counsel to CSI GP I LLC* |
| Holland & Knight LLP<br>Robert Jones, Esq.<br>Brent McIlwain, Esq.<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>robert.jones@hklaw.com<br>brent.mcilwain@hklaw.com<br><br>*Counsel to the First Lien Agent* | Linda J. Casey, Esq.<br>Office of United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov<br><br>*Office of the United States Trustee* |

16438429/1