IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROTERRA INC, *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: Jan. 8, 2024 at 11:00 a.m. (ET) |
| | ) | Objection Deadline: Dec. 20, 2023 |

### NOTICE OF OBJECTION AND MOTION FOR JUDGMENT ON THE PLEADINGS TO THE PREMIUM CLAIM

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) COUNSEL TO THE SECOND LIEN AGENT; (C) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (D) ALL PARTIES THAT, AS OF THE FILING THIS OBJECTION, HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order Approving Stipulation Regarding Scheduling With Respect to Litigating the Premium Claim* [Docket No. 665] (the "Premium Claim Scheduling Order"), the above-captioned debtors and debtors in possession (together, the "Debtors") have filed the *Debtors' Objection and Motion for Judgment on the Pleadings to the Premium Claim* (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Premium Claim Scheduling Order requires any objections or responses to the relief requested in the Objection to be filed on or before **December 20, 2023** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Objection must be served upon the undersigned counsel to the Debtors so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE OBJECTION WILL BE HELD ON **JANUARY 8, 2024 AT 11 A.M. (ET)** BEFORE THE HONORABLE BRENDEN LINEHAN SHANNON IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

31030719.1

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: December 6, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Andrew L. Magaziner*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>           amagaziner@ycst.com<br>           sborovinskaya@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:     (212) 373-3000<br>Fax:    (212) 757-3990<br>           Email: pbasta@paulweiss.com<br>                     rbritton@paulweiss.com<br>                     mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |