IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROTERRA INC, *et al.*,[1] | ) | Case No. 23-11120 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref Docket No. 219** |

**NOTICE OF FILING OF FIRST QUARTERLY STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FOR THE PERIOD FROM AUGUST 7, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023**

**PLEASE TAKE NOTICE** that, pursuant to the *Order (I) Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief* [D.I. 219] (the "OCP Order"),[2] the above-captioned debtors and debtors in possession (together, the "Debtors") hereby submit this statement of amounts paid to ordinary course professionals (each, an "Ordinary Course Professional") for professional services rendered to the Debtors during the period from August 7, 2023 through and including October 31, 2023 (the "First Fee Period").

**PLEASE TAKE FURTHER NOTICE** that the chart attached hereto as **Exhibit A** provides the following information: (a) the name of the Ordinary Course Professional; (b) the aggregate amount paid as compensation for services rendered and reimbursement of expenses

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the OCP Order.

31026707.1

incurred by such Ordinary Course Professional during the First Fee Period; and (c) a general description of the type of services rendered by such Ordinary Course Professional.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend or supplement the chart attached hereto as **Exhibit A** from time to time, as may be deemed necessary by the Debtors in their sole discretion.

| | |
|---|---|
| Dated: December 7, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>           amagaziner@ycst.com<br>           sborovinskaya@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:     (212) 373-3000<br>Fax:    (212) 757-3990<br>           Email: pbasta@paulweiss.com<br>                     rbritton@paulweiss.com<br>                     mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and<br>Debtors in Possession* |

# EXHIBIT A

**First Quarterly Statement of Compensation of
Ordinary Course Professionals**

**Proterra Inc, et al.**
Ordinary Course Professional Fee Statement
Quarter 1: August 7,2023 - October 31, 2023

| Firm | Description of Services | August 2023 | September 2023 | October 2023 | Quarterly OCP Compensation[1] |
|---|---|---|---|---|---|
| Bookoff McAndrews PLLC | Patent Attorney | - | - | 6,075 | 6,075 |
| Squire Patton Boggs (US) LLP | Highway Safety Compliance/Regulatory Attorney | - | - | 37,996 | 37,996 |
| **Total OCP Compensation** | | | | | $ 44,071 |

Footnote

[1] Includes compensation for services rendered and reimbursement of expenses incurred.