# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: Proterra Inc and<br>    Proterra Operating Company, Inc.,<br>                  Debtors. | ) <br>) Chapter 11<br>)<br>) Case No. 23-11120, jointly administered.<br>)<br>) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cedar Glade LP | Evolve Packaging LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cedar Glade LP
600 Madison Avenue, 17th Floor
New York, NY  10022
Attn: Robert K. Minkoff, President

Last known address:

1049 Gateway Blvd
Norton Shores, MI  49441
Attn: Elliott Eckert, Vice President

Court Claim # (if known): 44
Amount of Administrative Claim: $41,850.00
Date Claim Filed: August 28, 2023

Phone: (646) 979-4083
Last Four Digits of Acct #:

Phone: (616) 566-2513
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Robert K. Minkoff
        Transferee/Transferee's Agent

Date: December 7, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT


For value received, the adequacy and sufficiency of which are hereby acknowledged, **Evolve Packaging LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to **Cedar Glade LP** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its administrative claim (as such term is defined in section 101(5) of the Bankruptcy Code) in the amount of **$41,850.00** against **Proterra Inc, et al.** (the "Debtor"), **Case No. 23-11120, United States Bankruptcy Court for the District of Delaware** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __6th__ DAY OF __December__, 2023.


BY:  **EVOLVE PACKAGING LLC**

_Elliott Eckert_
Name:   Elliott Eckert
Title:    Vice President


BY:  **CEDAR GLADE LP**

/s/ Robert K. Minkoff
Name:   Robert K. Minkoff
Title:    President