# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------ X | Chapter 11 |
| In re | Case No. 23-11120 (BLS) |
| PROTERRA INC, *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: D.I. 388; 643** |
|  | **Hearing Date: December 14, 2023 at 10:30 a.m.** |
| ------------------------------------------------------ X |  |

## SUPPLEMENTAL LIMITED OBJECTION OF REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY TO DEBTORS' POTENTIAL ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Regional Transportation Commission of Washoe County ("RTC"), by and through its undersigned counsel, submits this supplemental limited objection (the "Supplemental Objection") to the *Third Amended Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* [ECF No. 643] (the "Third Amended Notice") filed by Proterra Inc, *et al.* (the "Debtors"). In support of the Supplemental Objection, RTC states as follows:

### BACKGROUND

1. RTC submitted a *Limited Objection and Reservation of Rights of Regional Transportation Commission of Washoe County to Debtors' Proposed Cure Amounts on Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [ECF No. 388] (the "Initial Objection")[2] on October 16, 2023. This Supplemental Objection incorporates

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Initial Objection.

and restates the Initial Objection in its entirety, and is being submitted in further support of the Initial Objection to address additional concerns following the selection of Phoenix Motor Inc. ("Phoenix") as the Successful Bidder on November 13, 2023. *See* ECF No. 529.

**OBJECTION**

2. RTC joins a number of other similarly situated customers who are counter-parties with the Debtors to purchase agreements for the manufacture and purchase of electric public transportation buses and have filed similar objections and reservations of rights related to the Debtors' proposed assumption and assignment of their purchase agreements given the failure to date of the Debtors and Phoenix to demonstrate adequate assurance of Phoenix's ability to perform in the future under the purchase agreements that it assumes. *See e.g.*, ECF Nos. 586, 593, 596, 600, 607. To the extent not inconsistent with this Supplemental Objection, RTC hereby joins in the objections and arguments raised by such other contract counter-parties.

3. Section 365(f)(2)(B) of the Code is clear that RTC is entitled to adequate assurance of future performance from Phoenix or any potential assignee of its Contract. To date, despite multiple requests made to the Debtors, RTC has still not yet received any information concerning Phoenix's ability to perform as a party to the Contract. RTC submits that no assumption and/or assignment of the Contract should occur unless the Debtors and/or Phoenix provide RTC with adequate assurance information as required under section 365(b) of the Code.

4. In fact, based on publicly available information, without additional assurance, RTC does not believe Phoenix is capable of fulfilling the obligations in the Contract. Phoenix does not appear to have experience manufacturing electric transit buses for public transportation or working with Federal government agencies to ensure compliance numerous applicable Federal

governmental requirements as Phoenix's current business is exclusively focused on manufacturing electric school buses, not large public transportation buses.

5.  Further, Phoenix, in its present form, does not appear to have the financial wherewithal to perform adequately in the manufacture of the electric buses under the specifications required under the Contract or to be in a position to stand behind the extensive product warranty requirements set forth in the Contract without a severe risk of default. According to its publicly available financial statements filed with the Securities and Exchange Commission, Phoenix had a negative EBITDA of $2.5 million in the most recent third quarter of 2023, demonstrating its poor financial performance. Further, Phoenix's total current market capitalization is less than $20 million, yet is seeks to acquire and operate the Debtors' transit asset division, which, upon information and belief, incurred tens of millions of dollars in operating losses prepetition. Based on the foregoing, RTC does not believe, without further information, that Phoenix is financially capable of assuming and performing adequately under the Contract with a high risk of a default incurring in the future.

6.  In order to address these concerns RTC respectfully requests that the Court condition Phoenix's assumption of its Contract on Phoenix posting a performance bond, or equivalent form of financial security, in order to provide adequate assurance and ensure future performance by Phoenix in accordance with RTC's Contract.

**RESERVATION OF RIGHTS**

7.  RTC reserves the right to amend and/or supplement this Supplemental Objection. RTC further reserves all rights and objections with respect to any sale, assumption, and/or assignment of the Contract.

**CONCLUSION**

**WHEREFORE**, RTC respectfully objects to the Third Amended Notice and respectfully requests that the Court condition any assumption and assignment of the Contract by Phoenix, on requiring that Phoenix provide adequate assurance of future performance, such as the posting of a performance bond, and grant any other and further relief that the Court may deem appropriate.

Dated:  December 11, 2023              CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone:     (302) 295-0191
Facsimile:      (302) 295-0199
Email:  Hall@ChipmanBrown.com

-and-

THOMPSON COBURN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power
Aleksandra Abramova
E-mail:   mpower@thompsoncoburn.com
              aabramova@thompsoncoburn.com

*Counsel for Regional Transportation Commission of Washoe County*

**CERTIFICATE OF SERVICE**

I, Bryan J. Hall, hereby certify that, on December 11, 2023, I caused to be served the foregoing document (i) by CM/ECF upon those parties registered to receive such notifications in the lead case, and (ii) by email upon the following parties:

| | | |
|---|---|---|
| Pauline K. Morgan | Young Conaway Stargatt & Taylor LLP | pmorgan@ycst.com |
| Andrew L. Magaziner | Young Conaway Stargatt & Taylor LLP | amagaziner@ycst.com |
| Paul M. Basta | Paul, Weiss, Rifkind, Wharton & Garrison LLP | pbasta@paulweiss.com |
| Robert A. Britton | Paul, Weiss, Rifkind, Wharton & Garrison LLP | rbritton@paulweiss.com |
| Linda J. Casey | Office of the United States Trustee for the District of Delaware | linda.casey@usdoj.gov |
| Eric Monzo | Morris James LLP | emonzo@morrisjames.com |
| Brya Keilson | Morris James LLP | bkeilson@morrisjames.com |
| Jeffrey Cohen | Lowenstein Sandler LLP | jcohen@lowenstein.com |
| Eric Chafetz | Lowenstein Sandler LLP | echafetz@lowenstein.com |
| Jordana Renert | Lowenstein Sandler LLP | jrenert@lowenstein.com |
| Keara Waldron | Lowenstein Sandler LLP | kwaldron@lowenstein.com |

                                          */s/ Bryan J. Hall*
                                          Bryan J. Hall (DE No. 6285)