# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 707** |

## ORDER APPROVING STIPULATED PROTECTIVE ORDER

Upon the Certification of Counsel filed by the Debtors, and upon review of such certification and the *Stipulated Protective Order* (the "Stipulated Protective Order"),[2] attached hereto as **Exhibit A**, and good and sufficient cause appearing;

**IT IS HEREBY ORDERED** that:

1. The Stipulated Protective Order is approved on the terms set forth therein and is fully incorporated by reference herein.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from, or related to, this Order and the Stipulated Protective Order.

**Dated: December 11th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not otherwise defined herein have the meaning given to such terms in the Stipulated Protective Order.

31044752.1