# EXHIBIT A



**KENSON PLASTICS INC.**

2835 DARLINGTON ROAD
BEAVER FALLS, PA 15010
Phone: 724-776-6820
Fax: 724-846-1401

**EXHIBIT A**

*Statement*

**To:** PROTERRA, INC.
ATTN. ACCOUNTS PAYABLE
1 WHITLEE COURT
GREENVILLE, SC 29607

| **Customer Code:** | PROTERRA SC | **Statement Date:** | 11/22/2023 |
|---|---|---|---|
| **Description:** | PROTERRA, INC. | **Payment Terms:** | NET 45 |
| **AP Contact:** | | **Phone Number:** | |

| Invoice | Invoice Date | Due Date | Age | PO Number(s) | 0 - 30 | 31 - 60 | 61 - 90 | 90+ |
|---|---|---|---|---|---|---|---|---|
| 25072722 | 09/29/2023 | 11/13/2023 | 54 | GVL818762 | $0.00 | $513.00 | $0.00 | $0.00 |
| 25072723 | 09/29/2023 | 11/13/2023 | 54 | 808111 | $0.00 | $1,710.00 | $0.00 | $0.00 |
| 25072890 | 10/10/2023 | 11/24/2023 | 43 | GVL825328 | $0.00 | $200.95 | $0.00 | $0.00 |
| 25072891 | 10/10/2023 | 11/24/2023 | 43 | GVL825245 | $0.00 | $2,826.72 | $0.00 | $0.00 |
| 25072906 | 10/10/2023 | 11/24/2023 | 43 | GVL825245 | $0.00 | $4,255.20 | $0.00 | $0.00 |
| 25073086 | 10/10/2023 | 11/24/2023 | 43 | GVL825245 | $0.00 | $2,591.20 | $0.00 | $0.00 |
| 25073089 | 10/10/2023 | 11/24/2023 | 43 | GVL825245 | $0.00 | $7,446.82 | $0.00 | $0.00 |
| 25073368 | 10/16/2023 | 11/30/2023 | 37 | GVL825245 | $0.00 | $24,545.36 | $0.00 | $0.00 |
| 25073376 | 10/16/2023 | 11/30/2023 | 37 | GVL825245 | $0.00 | $7,974.20 | $0.00 | $0.00 |
| 25073564 | 10/23/2023 | 12/07/2023 | 30 | GVL825245 | $44,378.33 | $0.00 | $0.00 | $0.00 |
| 25073585 | 10/23/2023 | 12/07/2023 | 30 | GVL825245 | $4,168.08 | $0.00 | $0.00 | $0.00 |
| 25073645 | 10/24/2023 | 12/08/2023 | 29 | GVL825245 | $856.10 | $0.00 | $0.00 | $0.00 |
| 25073776 | 10/30/2023 | 12/14/2023 | 23 | GVL825245 | $9,277.68 | $0.00 | $0.00 | $0.00 |
| 25073777 | 10/30/2023 | 12/14/2023 | 23 | GVL825700 | $4,338.84 | $0.00 | $0.00 | $0.00 |
| 25073778 | 10/30/2023 | 12/14/2023 | 23 | SRG825633 | $4,514.28 | $0.00 | $0.00 | $0.00 |
| 25073780 | 10/30/2023 | 12/14/2023 | 23 | SRG825633 | $1,322.77 | $0.00 | $0.00 | $0.00 |
| 25073781 | 10/30/2023 | 12/14/2023 | 23 | GVL825245 | $2,505.85 | $0.00 | $0.00 | $0.00 |
| 25074144 | 11/13/2023 | 12/28/2023 | 9 | SRG825310 | $1,760.80 | $0.00 | $0.00 | $0.00 |
| 25074145 | 11/13/2023 | 12/28/2023 | 9 | SRG825310 | $1,760.80 | $0.00 | $0.00 | $0.00 |

| Invoice | Invoice Date | Due Date | Age | PO Number(s) | 0 - 30 | 31 - 60 | 61 - 90 | 90+ |
|---|---|---|---|---|---|---|---|---|
| 25074305 | 11/20/2023 | 01/04/2024 | 2 | SRG825633 | $11,617.85 | $0.00 | $0.00 | $0.00 |
| 25074306 | 11/20/2023 | 01/04/2024 | 2 | GVL825700 | $4,281.30 | $0.00 | $0.00 | $0.00 |
| 25074307 | 11/20/2023 | 01/04/2024 | 2 | GVL825757 | $4,054.80 | $0.00 | $0.00 | $0.00 |
| 25074320 | 11/20/2023 | 01/04/2024 | 2 | SRG825310 | $1,760.80 | $0.00 | $0.00 | $0.00 |
| 25074321 | 11/20/2023 | 01/04/2024 | 2 | SRG825310 | $1,760.80 | $0.00 | $0.00 | $0.00 |
| | | | | *Sub - Totals:* | *$98,359.08* | *$52,063.45* | *$0.00* | *$0.00* |
| | | | | *Total:* | | | | *$150,422.53* |