## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2023, I caused copies of the foregoing Amended Objection to Cure Amount to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Attn: Paul Basta (pbasta@paulweiss.com) and
Robert Britton (rbritton@paulweiss.com)

*Counsel for Debtors*

Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
Attn: Pauline K. Morgan (pmorgan@ycst.com) and
Andrew L. Magaziner (amagaziner@ycst.com)

*Counsel for Debtors*

Linda J. Casey, Esquire
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
linda.casey@usdoj.gov

*United States Trustee*

Lowenstein Sandler LLP
Attn: Jeffrey Cohen (jcohen@lowenstein.com);
Eric Chafetz (echafetz@lowenstein.com);
Jordana Renert (jrenert@lowenstein.com); and
Keara Waldron (kwaldron@lowenstein.com)

*Counsel for Unsecured Creditors Committee*

Morris James LLP
Attn: Eric Monzo (emonzo@morrisjames.com)
and Brya Keilson (bkeilson@morrisjames.com)

*Counsel for Unsecured Creditors Committee*

  /s/ *Richard W. Riley*
Richard W. Riley