**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 14, 2023 AT 10:30 A.M. (ET)**

> **THE HEARING IS ADJOURNED TO A DATE AND TIME TO BE DETERMINED SUBJECT TO THE COURT'S AVAILABILITY.**

**ADJOURNED MATTER**

1. Debtors' Motion for Entry of: (I) an Order (A) Approving Bidding Procedures to Govern the Sale of All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code, (B) Approving Procedures Regarding Entry Into One or More Stalking Horse Agreements, (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of the Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Scheduling Auctions for the Sales of the Company Assets and Hearings to Consider Approval of the Sales and Approving the Form and Manner of the Notice Thereof, (F) Approving Certain Wind- Down Procedures, and (G) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtors' Entry Into One or More Asset Purchase Agreements, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, (C) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [D.I. 36, 8/8/23]

    Objection Deadlines:

    a. Sale Objection Deadline: October 16, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

    b. Cure/Assignment Objection Deadline: October 16, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

    c. Cure/Assignment Objection Deadline for the First Amended Notice: November 8, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

    d.    <u>Cure/Assignment Objection Deadline for the Second Amended Notice</u>:  November 24, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

    e.    <u>Post-Auction Objection Deadlines</u>:  November 17, 2023 at 4:00 p.m. (ET) with respect to the Track A Sale Hearing and November 21, 2023 at 4:00 p.m. (ET) with respect to the Track B Sale Hearing, as may have been extended for any party.

    f.    <u>Cure/Assignment Objection Deadline for the Third Amended Notice</u>: December 11, 2023 at 4:00 p.m. (ET), as may have been extended for any party.

Related Documents:

    a.    Declaration of John Kimm in Support of the Debtors' Motion for Entry of: (I) an Order (A) Approving Bidding Procedures to Govern the Sale of All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code, (B) Approving Procedures Regarding Entry Into One or More Stalking Horse Agreements, (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of the Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Scheduling Auctions for the Sales of the Company Assets and Hearing to Consider Approval of the Sales and Approving the Form and Manner of the Notice Thereof, (F) Approving Certain Wind-Down Procedures, and (G) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtors' Entry Into One or More Asset Purchase Agreements, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, (C) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [D.I. 37, 8/8/23]

    b.    Notice of Hearing [D.I. 70, 8/10/23]

    c.    Order (A) Approving Bidding Procedures to Govern the Sale of All or Substantially All of the Debtors' Assets Pursuant to Section 363 of the Bankruptcy Code, (B) Approving Procedures Regarding Entry Into One or More Stalking Horse Agreements, (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of the Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) Scheduling Auctions for the Sales of the Company Assets and Hearing to Consider Approval of the Sales and Approving the Form and Manner of the Notice Thereof, (F) Approving Certain Wind-Down Procedures, and (G) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtors' Entry Into One or More Asset Purchase Agreements, (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, (C) Approving the Assumption and Assignment of

the Assumed Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [D.I. 218, 9/7/23]

d. Notice of Bidding Procedures, Auction Date, and Potential Sales [D.I. 222, 9/7/23]

e. Notice of Filing of Proposed Sale Order [D.I. 278, 9/25/23]

f. Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [D.I. 279, 9/25/23]

g. Notice of Revised Dates Relating to Bidding Procedures Deadlines for (I) Proterra Energy; and (II) Proterra Transit [D.I. 368, 10/13/23]

h. First Amended Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [D.I. 472, 10/25/23]

i. Second Notice of Revised Dates Relating to Bidding Procedures Deadlines for Proterra Energy [D.I. 514, 11/7/23]

j. Second Amended Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [D.I. 528, 11/10/23]

k. Notice of (A) Successful Bidder Regarding Debtors' (I) Transit Assets and (II) Energy Assets and (B) Cancellation of the Sale Hearing Solely With Respect to Proterra Energy [D.I. 529, 11/13/23]

l. Notice of Filing Revised Plan Support Agreement and Plan Term Sheet with Technical Modifications [D.I. 565, 11/17.23]

m. Notice of Adjournment of Transit and Battery Lease Asset Sale [D.I. 629, 11/26/23]

n. Third Amended Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts [D.I. 643, 11/27/23]

o. Notice of Filing First Amendment to (I) Battery Lease Asset Purchase Agreement and (II) Transit Asset Purchase Agreement, Each By and Among the Debtors and Phoenix Motor, Inc. [D.I. 671, 12/4/23]

p. Notice of Rescheduled Sale Hearing With Respect to Proterra Transit [D.I. 698, 12/8/23]

q. Notice of Adjournment of Sale Hearing With Respect to Proterra Transit [D.I. 715, 12/11/23]

Objections Filed:

    a.    See **Schedule 1**, attached.[2]

Status: This matter is adjourned to a date and time to be determined, subject to the Court's availability.

| | |
|---|---|
| Dated:  December 12, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  pmorgan@ycst.com<br>           amagaziner@ycst.com<br>           sborovinskaya@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel:   (212) 373-3000<br>Fax:  (212) 757-3990<br>Email: pbasta@paulweiss.com<br>         rbritton@paulweiss.com<br>         mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and<br>Debtors in Possession* |

---

[2]  In addition to the formal objections listed on **Schedule 1** attached hereto, the Debtors also received dozens of informal responses to the contracts listed on the cure notices, including with respect to asserted cure amounts.

31039492.3                                    4

# **SCHEDULE 1**

## **Objections**

**Exhibit A**

**Objections to Proterra Transit and Battery Lease Asset Sales**

| Docket Ref. | Date Filed/ Received[1] | Objecting Party |
|---|---|---|
| 355 | 10/11/23 | Sentek Dynamics, Inc. |
| 361 & 512 | 10/12/23 | Valeo TCV, North America, Inc. |
| 366 & 572 | 10/13/23 | Orlando Utilities Commission |
| 367 & 571 | 10/13/23 | Florida Power & Light Company |
| 370, 396, 558 & 605 | 10/13/23 | The Port Authority of New York and New Jersey |
| 378 | 10/16/23 | Duluth Transit Authority |
| 379 | 10/16/23 | EMA USA, LLC |
| 381 | 10/16/23 | Board of Regents of University System of Georgia |
| 383 | 10/16/23 | Ventura Systems, Inc. |
| 384 & 586 | 10/16/23 | Broward County, a political subdivision of the State of Florida |
| 385 | 10/16/23 | Promwad GmbH |
| 387 | 10/16/23 | Ron White's Air Compressor Sales |
| 388 & 705 | 10/16/23 | Regional Transportation Commission of Washoe County |
| 392 | 10/16/23 | Southeastern Pennsylvania Transportation Authority |
| 395 & 596 | 10/16/23 | City of Tallahassee |

---

[1] Objection deadlines may have been extended for various parties. To the extent an objecting party filed multiple objections, the date listed herein is the date of the first objection received.

| Docket Ref. | Date Filed/ Received[1] | Objecting Party |
|---|---|---|
| 397 | 10/16/23 | Miami-Dade County Department of Transportation and Public Works |
| 398 & 595 | 10/16/23 | Central Florida Regional Transportation Authority (Lynx) |
| 401 | 10/16/23 | Tao Capital Partners, Tao Niloc LLC, Tao Pro LLC |
| 407 | 10/16/23 | The Town of Jackson, Wyoming and Southern Teton Area Rapid Transit |
| 409 | 10/16/23 | Capital Metropolitan Transportation Authority |
| 411 | 10/16/23 | Meritor, Inc. |
| 412 & 587 | 10/16/23 | City of Detroit, Michigan |
| 413 | 10/16/23 | Ontario International Airport Authority |
| 415 | 10/16/23 | Santa Clara Valley Transportation Authority |
| 416 & 418 | 10/16/23 | Wayne County Airport Authority |
| 417 | 10/16/23 | The City of Greensboro |
| 444 & 597 | 10/19/23 | City of Madison, Wisconsin |
| 450 | 10/20/23 | City of Edmonton, Canada |
| 504 | 11/2/23 | BC Transit |
| 553, 589, 599, 604 & 706 | 11/17/23 | Philadelphia Indemnity Insurance Company |
| 581, 582 & 585 | 11/21/23 | Lexon Insurance Company |
| 584 | 11/21/23 | Atlantic Specialty Insurance Company |
| 590 | 11/21/23 | City of Santa Rosa, California |
| 593 | 11/21/23 | United States of America |
| 592 & 606 | 11/21/23 | Tompkins Consolidated Area Transit, Inc. |

| Docket Ref. | Date Filed/ Received[1] | Objecting Party |
|---|---|---|
| 593 | 11/21/23 | United States of America |
| 598 & 704 | 11/21/23 | The Rector and Visitors of the University of Virginia |
| 608 | 11/22/23 | Echo Global Logistics, Inc. |
| 624 & 711 | 11/24/23 | Kenson Plastics, Inc. |
| 634 | 11/27/23 | Texas A&M Transportation Institute |
| 709 | 12/11/23 | County of Sonoma |