# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Proterra Inc, et al. | ) Case No. 23-11120 |
|  | ) |
| Debtor. | ) |

## WITHDRAWAL OF TRANSFER OF CLAIM

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee gave evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. The aforementioned transfer notice was filed in error and the claim should be returned to its original holder.

**Hain Capital Investors Master Fund, LTD**  
Name of Transferee

**Dellinger Enterprises, Ltd.**  
Name of Original Creditor

Name and Address of Transferee

Original Creditor Address:

**Hain Capital Investors Master Fund, LTD**  
**301 Route 17 North, 7th Floor**  
**Rutherford, NJ 07070**

**Dellinger Enterprises, Ltd.**  
**759 Cason Street PO Box 627**  
**Belmont, NC 28012**

Transfer Docket # 676  
Scheduled Amount: $495,185.00  
Proof of Claim # 168  
Proof of Claim Amount: $495,065.00

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___Keenan Austin_____     Date:_____12/13/23_____  
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Withdrawal of Claim