## **EXHIBIT A**

**Proposed Order**

31078429.8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) ) | Case No. 23-11120 (BLS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket No. __** |

**ORDER, PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, (I) APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT WITH RESPECT TO THE KOREAN SUPPLY AGREEMENT BY AND AMONG THE DEBTORS AND LG ENERGY SOLUTION, LTD, AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, (i) approving and authorizing the settlement set forth in the Settlement Agreement; and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion and the hearing thereon having been given as set forth in the Motion; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

31078429.8

set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Settlement Agreement, and all of its terms and conditions, are hereby incorporated into this Order and approved.

3. Pursuant to section 105(a) of the Bankruptcy Code, the Debtors are authorized to enter into the Settlement Agreement and to take such actions as are necessary to consummate the transactions contemplated thereby.

4. The Debtors' execution of, and performance under, the Settlement Agreement, is authorized and approved, and the Debtors are authorized and approved to execute and perform under all additional instruments and documents that may be reasonably necessary or desirable to implement the Settlement Agreement.

5. Notwithstanding any provision in the Bankruptcy Rules to the contrary: (a) this Order shall be effective immediately and enforceable upon its entry; (b) the Debtors are not subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order; and (c) the Debtors are authorized and empowered to, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Order.

6. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.