# **EXHIBIT B**

**Settlement Agreement**

|  ???(Jay Kim)[buffalokim] <buffalokim@lgensol.com><br>RE: Re: LGES - Proterra Cure Claim | ☐ Gareth Joyce; ☐ Audrey.Lee@gtlaw.com; ☐ dblack@proterra.com; ☐ JMitchell@proterra.com; + 6 ⌄ | Wed 5:13 PM |

Hi Audrey,

Thank you for your efforts. I also confirm from LGES side.

Many thanks
Jay

---

**보낸 사람:** Gareth Joyce <gjoyce@proterra.com>

**보낸 날짜:** 2023년 12월 21일 목요일 오전 6:45:13

**받는 사람:** Audrey.Lee@gtlaw.com

**참조:** David Black; Jeff Mitchell; Pugh, Justin; 김범재(Jay Kim)[buffalokim]; 한상수(Sean Han)[kanji]; 이경일(David Lee)[leekyungil]; steinbergh@gtlaw.com; rbritton@paulweiss.com; mcolarossi@paulweiss.com

**제목:** Re: LGES - Proterra Cure Claim

Hi Audrey,

Thanks for the note. I confirm acceptance on behalf of Proterra.

Thank you
Gareth


On Dec 20, 2023, at 14:44, Audrey.Lee@gtlaw.com wrote:

> **External Email:** This email was sent from outside of Proterra. Do not click or open any attachments unless you recognize the sender. Report any suspicious email using the Phish Alert Reporting Button.

---

Gents,

This email is sent to LG Energy Solutions, Ltd. ("LGES") and Proterra (defined further below), copying their respective counsels.

Would appreciate if one person amongst each party's principals could reply to this email, copying all, by indicating their agreement to below regarding the Cure Claim between LGES and Proterra.

Thank you.

Best,
Audrey

---

LGES and Proterra (collectively, the "Parties") hereby agree (the "Agreement") as follows:

1. **Amount**: Subject to LG's timely delivery of battery cells in accordance with Sections 3, 4, and 5 below, the cure amount to be paid upon Proterra's assumption and assignment of Proterra's Korean Supply Agreement with LG (the "Cure Amount") will be satisfied by the payment of $25,087,829 (the "Agreed Amount"), which is the sum of Sections 1(a), (b) and (c) below:

    (a) Payment for Accounts Receivables ("A/R") : $18,811,921

    i. This A/R amount of $18,811,921 is net of the Standby Letter of Credit ("SBLC") amount of $10,000,000 received from Bank of America. In no event shall LGES be liable whether to BoA or to Proterra for any previously paid SBLC amount.

    (b) Payment with respect to cancelled purchase orders for M48 cells: $2,312,960

    (c) Payment for 2023 Shortfallpayment: $3,962,948

2. **Payment Timing**: Proterra shall pay (or cause to be paid) the Agreed Amountto LGES within 3 Business Days of the Closing Date (as defined in the APA), which is currently targeted for February 1, 2024 ("Currently Scheduled Closing Date") but may be mutually agreed to another date by Volvo and Proterra, ofthe sale of Proterra's Powered business to Volvo (the "Powered Sale") pursuant to that certain Asset Purchase Agreement ("APA") dated as of November 9, 2023, by and among Proterra Inc, Proterra Operating Inc. (collectively, "Proterra"), Volvo Battery Solutions LLC ("Purchaser") and Mack Trucks, Inc. ("Purchaser Parent," and together with Purchaser, "Volvo"). Notwithstanding anything to the contrary in this Agreement, if the APA is terminated prior to the consummation of the Powered Sale or the Closing Date is delayed beyond March 1, 2024 or such later date to which LGES consents in writing, then*unless* Proterra is able to pay (or caused to be paid) the Agreed Amount to LGES in full independent of the APA within one (1) month from the Currently Scheduled Closing Date,by March 1, 2024: (a) this Agreement shall automatically terminate and be of no force or effect and shall be void ab initio; and (b) nothing in this Agreement will prohibit (i) LGES from continuing to assert its current Cure Amount claimwhich can also include a demand for the 2022 Shortfall payment or (ii) Proterra from contesting such claim. As used in this Agreement, "Business Day" means a day (other than a Saturday, Sunday or national holiday of the United States of America or Republic of Korea) on which

commercial banks in the Republic of Korea, the State of New York and the State of California are open for the transaction of commercial banking business.

3. **M48 Cancelled Purchase Orders:** On the date of receipt of the full payment of the Agreed Amount, LGES willprovide Proterra documentation reasonably necessary to evidence that Proterra has title to the Cancelled PO M48 Cells, and will cooperate with Proterra regarding Proterra's reasonable requests regarding the form of such documentation.  LGES will ship, or cause to be shipped, the M48 cells subject to the cancelled purchase orders to Proterra or Volvo (as applicable) (such shipment, the "M48 Shipment" and the cells included in such shipment, the "Cancelled PO M48 Cells") within three (3) Business Days after Proterra has paid in full (or caused to be paid in full) the Agreed Amount to LGES.  Upon the delivery of the Cancelled PO M48 Cells to Proterra or Volvo (as applicable), Proterra or Volvo (as applicable) will be permitted to resell the Cancelled PO M48 Cells to third parties upon prior written consent from LGES.

4. **M52V 832K Cells**: LGES willprovide Proterra documentation reasonably necessary to evidence that Proterra has title to the approximately832,000 of stoppage-in-transit M52V cells currently stored at anLGES US Warehouse (the "Stoppage-in-Transit M52V Cells") no later than six (6) Business Days before the Closing Date (assuming a Currently Scheduled Closing Date of February 1, 2024, by January 24, 2024), or such other date as may be subsequently agreed in writing between Proterra and LGES, and will cooperate with Proterra regarding Proterra's reasonable requests regarding the form of such documentation. LGES will release the Stoppage-in-Transit M52V Cells to Proterra or Volvo (as applicable) no later than three (3)Business Days after the full payment of the Agreed Amount and cooperate with Proterra or Volvo (as applicable) to arrange for the transportation ofsuch cells to a warehouse or other facility of Proterra or Volvo (as applicable) at Proterra's or Volvo's (as applicable) expense.

5. **Post-Closing Deliveries**:  For the avoidance of doubt, other than as expressly set forth herein, LGES will seek payment for any cells delivered after the consummation of thePowered Sale solely from Volvo, in its capacity as assignee of Proterra's rights and obligations under the Korean Supply Agreement, in accordance with the terms and conditions of the Korean Supply Agreement after consummation of the Powered Sale.

6. **Release of Claims**: Proterra shall file a motion on shortened notice on the jointly administered docket of Proterra's chapter 11 cases seeking entry of an order providing that, effective upon payment of the Cure Amount:

   (a) The subject matter of this Agreement is limited to the assumption and assignment of the Korean Supply Agreement.  Each of LGES and Proterra, on behalf of itself and its bankruptcy estates, releases any and all of its respective claims against the other Party and the other Party's directors, officers, employees, professionals, and related persons directly or indirectly arising fromLGES' assertion of its Cure Amount demand andProterra's assumption and assignment of the Korean Supply Agreement and payment of the Cure Amount (the "Release");*provided* that the Release shall not release (i) any claims arising under or related to the U.S. Product Supply Agreement between LGES and Proterra (the "U.S. Supply Agreement"), (ii) LGES' right to contest

       Proterra's potential assumption and assignment of the U.S. Product Supply Agreement; or (iii) either Party's rights to enforce the terms of this Agreement.

(b) The Parties' execution of this Agreement and LG's payment of the Agreed Amount hereunder shall represent a compromise and shall in no way be interpreted as evidencing that either Party admits or concedes that the Agreed Amount is the amount of the Cure Amount that was actually owed.