## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 18, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF THIRD MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

**PLEASE TAKE NOTICE** that on December 28, 2023, Berkeley Research Group, LLC filed its Third Monthly Application (the "Application") seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the Official Committee of Unsecured Creditors appointed in the above-referenced bankruptcy case (the "Committee") for the period from November 1, 2023 through November 30, 2023 (the "Compensation Period").

If you object to the relief sought by the Application, you are required to file a response to the Application, on or before **January 18, 2024 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon Committee's counsel:

| **LOWENSTEIN SANDLER LLP** | **MORRIS JAMES LLP** |
|---|---|
| Jeffrey L. Cohen, Esquire | Eric J. Monzo, Esquire |
| Eric S. Chafetz, Esquire | Brya M. Keilson, Esquire |
| Jordana L. Renert, Esquire | Tara C. Pakrouh, Esquire |
| 1251 Avenue of the Americas | 500 Delaware Avenue, Suite 1500 |
| New York, NY 10020 | Wilmington, DE 19801 |
| Telephone: (212) 262-6700 | Telephone: (302) 888-6800 |
| Facsimile: (212) 262-7402 | Facsimile: (302) 571-1750 |
| E-mail: jcohen@lowenstein.com | E-mail: emonzo@morrisjames.com |
| E-mail: echafetz@lowenstein.com | E-mail: bkeilson@morrisjames.com |
| E-mail: jrenert@lowenstein.com | E-mail: tpakrouh@morrisjames.com |

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  December 28, 2023

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)