**In re: PROTERRA INC., et al.**

**Exhibit B: Expense Detail**

## Berkeley Research Group, LLC

### For the Period 11/1/2023 through 11/30/2023

| Date | Professional | Amount | Description |
|---|---|---|---|
| **03. Travel - Taxi** | | | |
| 11/14/2023 | M. Earl | $17.50 | Proterra's portion of taxi home on 11/14 after working late on multiple matters. |
| *Expense Category Total* | | *$17.50* | |
| **10. Meals** | | | |
| 11/14/2023 | D. Kurlander | $20.00 | Dinner on 11/14 while working late on Proterra. |
| 11/14/2023 | M. Earl | $6.88 | Proterra's portion of dinner on 11/14 while working late on multiple matters. |
| *Expense Category Total* | | *$26.88* | |
| **Total Expenses** | | **$44.38** | |