IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Third Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from November 1, 2023 through November 30, 2023* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail or first class mail on the parties listed on the attached service list.

        */s/ Brya M. Keilson*
        Brya M. Keilson (DE Bar No. 4643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

16476145/1

## Service List

Jeffrey E. Mitchell
Proterra Inc
1815 Rollins Road
Burlingame, CA 94010

*Debtors*


Paul M. Basta, Esquire
Robert A. Britton, Esquire
Michael J. Colarossi, Esquire
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
E-mail: pbasta@paulweiss.com
rbritton@paulweiss.com
mcolarossi@paulweiss.com

and

Pauline K. Morgan, Esquire
Andrew L. Magaziner, Esquire
Shella Borovinskaya, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Rodney Square
Wilmington, DE 19801
E-mail: pmorgan@ycst.com
amagaziner@ycst.com
sborovinskaya@ycst.com

*Counsel for the Debtors*

Linda J. Casey, Esquire
Office of the United States Trustee
for the District of Delaware
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
E-mail: linda.casey@usdoj.gov

*Office of the United States Trustee*


Robert Jones, Esquire
Brent McIlwain, Esquire
Holland & Knight
One Arts Plaza
1722 Routh Street, Suite 1500,
Dallas, TX 75201
E-mail: robert.jones@hklaw.com
brent.mcilwain@hklaw.com

*Counsel to the First Lien Agent*


Thomas R. Califano, Esquire
Dennis M. Twomey, Esquire
Sidley Austin LLP
787 Seventh Ave
New York, NY 10019
E-mail: tom.califano@sidley.com
dtwomey@sidley.com

*Counsel to the Third Lien Agent*

16476145/1