**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>PROTERRA INC, *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John J. Kuster of Sidley Austin LLP, to represent the Second Lien Agent, Anthelion Prodigy Co-Investment LP (f/k/a CSI Prodigy Co-Investment LP), Anthelion I Prodigy Holdco LP (f/k/a CSI I Prodigy Holdco LP), and Anthelion PRTA Co-Investment LP (f/k/a CSI PRTA Co-Investment LP), in the above-captioned cases and any related proceedings.

Dated:  December 28, 2023

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  December 28, 2023

*/s/ John J. Kuster*
John J. Kuster
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:   jkuster@sidley.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: January 2nd, 2024
Wilmington, Delaware

DE:4884-1475-5481.1 12299.001