**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Proterra Inc, et al. | ) Case No. 23-11120 |
| Debtor. | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Hain Capital Investors Master Fund, LTD**          **R. S. Hughes Company Inc.**
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Last known address:
should be sent:

**Hain Capital Investors Master Fund, LTD**          **R. S. Hughes Company Inc.**
**301 Route 17 North, Suite 816A**                    **1162 Sonora Ct.**
**Rutherford, NJ 07070**                              **Sunnyvale, CA 84086**

                                                      Court Claim # (if known):
                                                      Scheduled Amount: $334,668.95
                                                      Proof of Claim #: 997
                                                      Proof of Claim Amount: $400,674.97

Phone: (201) 896 - 6100                               Phone: 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
Last Four Digits of Acct #:                           Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Keenan Austin                                  Date:    1/3/24
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **R.S. Hughes Company Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Investors Master Fund, Ltd ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) scheduled in the amount of **$334,668.95** and associated with proof of claim number **997** in the amount of **$400,674.97** against **Proterra Inc, et al.** (the "Debtor"), Chapter 11 Case No. **23-11120** United States Bankruptcy Court for the District of **Delaware** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of DECEMBER 2023.

| | |
|---|---|
| **R.S. HUGHES COMPANY, INC.** | **HAIN CAPITAL INVESTORS MASTER FUND, LTD**<br>By Koltai & Company Advisors, LLC |
| By: *[signature: Thomas P. Smith]*<br>Name:<br>Title: | By: *[signature: Robert J Koltai]*<br>Name:   Robert J Koltai<br>Title:   Managing Member |