IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Saul Mendez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 15, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached as hereto as **Exhibit B**:

- **Notice of First Interim Fee Application of the Debtors' Professionals for the Period from August 7, 2023 Through and Including October 31, 2023** [Docket No. 729]

- **Supplement to First Interim Fee Request of Paul, Weiss, Rifkind, Wharton & Garrison LLP** [Docket No. 730]

- **Supplement to First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP** [Docket No. 731]

Dated: December 29, 2023

/s/ Saul Mendez
Saul Mendez
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

# Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General Alabama | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General Alaska | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| State Attorney General Arizona | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General Arkansas | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to Daimler Truck North America LLC and Its Affiliates and Birlasoft Solutions, Inc. | Ashby & Geddes, P.A. | Ricardo Palacio and Gregory A. Taylor | RPalacio@ashbygeddes.com; GTaylor@ashbygeddes.com |
| Counsel to Board of Regents of the University System of Georgia | Assistant Attorney General | Valentin Dubuis | vdubuis@law.ga.gov |
| Counsel to the Texas A&M Transportation Institute | Assistant Attorney General, Office of the Attorney General of Texas, Bankruptcy & Collections Division | Rachel R. Obaldo | rachel.obaldo@oag.texas.gov; bk-robaldo@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Counsel to Volvo Battery Solutions LLC | Baker & Hostetler LLP | Jeffrey J. Lyons | jjlyons@bakerlaw.com |
| Counsel to Volvo Battery Solutions LLC | Baker & Hostetler LLP | Jorian L. Rose | jrose@bakerlaw.com |
| Counsel to Volvo Battery Solutions LLC | Baker & Hostetler LLP | Michael T. Delaney | mdelaney@bakerlaw.com |
| Bank of America | Bank of America NA | Michael McCauley | Michael.Mccauley2@bofa.com |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Jonathan Sundheimer | Jonathan.Sundheimer@btlaw.com |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Kevin G. Collins | Kevin.Collins@btlaw.com |
| Counsel to Van Hool NV | Bass, Berry & Sims PLC | Paul G. Jennings and Gene L. Humphreys | pjennings@bassberry.com; ghumphreys@bassberry.com |
| Counsel to Capital Metropolitan Transportation Authority and Van Hool NV | Bayard, P.A. | Evan T. Miller and Ericka F. Johnson | emiller@bayardlaw.com; ejohnson@bayardlaw.com |
| Counsel to Infosys Limited | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi and Steven L. Walsh | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| Counsel to South Bay Solutions, Inc. | Binder & Malter, LLP | Wendy Watrous Smith | wendy@bindermalter.com |
| Counsel to Broward County, Florida | Broward County Attorney's Office | Scott Andron | sandron@broward.org |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to the City of Santa Rosa, California | Burke Williams & Sorensen LLP | Joseph P. Buchman | jbuchman@bwslaw.com |
| Counsel to Valeo Thermal Commercial Vehicles North America, Inc. and Our Next Energy, Inc. | Chipman Brown Cicero & Cole, LLP | Robert A. Weber and Mark L. Desgrosseilliers | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| Counsel to IVECO S.p.A. and EVCO GmbH | Cole Schotz P.C. | G. David Dean and Jack M. Dougherty | ddean@coleschotz.com; jdougherty@coleschotz.com |
| State Attorney General Colorado | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Administrative and Collateral Agents Under the Debtors' Prepetition Credit Facilities (Cowen) | CSI GP I LLC, as Collateral Agent | Ewa Kozicz, Vusal Najafov | ewa.kozicz@cowen.com; vusul.najafov@cowen.com |
| State Attorney General Delaware | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| State Attorney General District of Columbia | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to Tao Capital Partners and its affiliates (collectively, "Tao") | Dorsey & Whitney (Delaware) LLP | Alessandra Glorioso | glorioso.alessandra@dorsey.com |
| Counsel to Tao Capital Partners and its affiliates (collectively, "Tao") | Dorsey & Whitney LLP | Samuel S. Kohn | kohn.sam@dorsey.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Southeastern Pennsylvania Transportation Authority | Duane Morris LLP | Lawrence J. Kotler | ljkotler@duanemorris.com |
| Committee Member | DWFritz Automation LLC | Bryan Wallace | bwallace@dwfritz.com |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Danielle Rushing Behrends | dbehrends@dykema.com |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Sherrie L. Farrell | sfarrell@dykema.com |
| State Attorney General Florida | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Daimler Truck North America LLC and Its Affiliates | Foley & Lardner LLP | Emil P. Khatchatourian | ekhatchatourian@foley.com |
| Counsel to Daimler Truck North America LLC and Its Affiliates | Foley & Lardner LLP | John A. Simon | jsimon@foley.com |
| Counsel to Birlasoft Solutions, Inc. | Foley & Lardner LLP | John P. Melko, Esq. and Nora J. McGuffey, Esq. | jmelko@foley.com; nora.mcguffey@foley.com |
| State Attorney General Georgia | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Howard J. Steinberg | steinbergh@gtlaw.com |
| Counsel to IVECO Group N.V. and certain affiliates | Greenberg Traurig, LLP | Oscar N. Pinkas, Sara A. Hoffman, and Jessica M. Wolfert | PinkasO@gtlaw.com; HoffmanS@gtlaw.com; Jessica.Wolfert@gtlaw.com |
| State Attorney General Hawaii | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Counsel to the First Lien Agent, Bank of America | Holland & Knight | Attn Robert Jones and Brent McIlwain | robert.jones@hklaw.com; brent.mcilwain@hklaw.com |
| Counsel to Bank of America | Holland & Knight | Hamid Namazie, Yoojin Lee | Hamid.Namazie@hklaw.com; Yoojin.Lee@hklaw.com |
| Counsel to Valeo Thermal Commercial Vehicles North America, Inc. and Our Next Energy, Inc. | Honigman LLP | E. Todd Sable and Lawrence A. Lichtman | tsable@honigman.com; llichtman@honigman.com |
| Counsel to Dana Limited | Hunton Andrews Kurth LLP | J.R. Smith and Jennifer E. Wuebker | jrsmith@huntonak.com; jwuebker@huntonak.com |
| Counsel to Capital Metropolitan Transportation Authority | Husch Blackwell LLP | Lynn H. Butler and Jameson J. Watts | lynn.butler@huschblackwell.com; jameson.watts@huschblackwell.com |
| State Attorney General Idaho | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| State Attorney General Illinois | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| State Attorney General Indiana | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| State Attorney General Iowa | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Cyress Jam, Individually and on Behalf of Securities Litigation Class | Joyce, LLC | Michael J. Joyce | mjoyce@mjlawoffices.com |
| State Attorney General Kentucky | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Interested Party | LACO, Inc. | Attn: Erika Meciar, C.E.O. | emeciar@lacoinc.com |
| Counsel to United Steelworkers | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Counsel to The City of Greensboro, North Carolina | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | jcarbino@leechtishman.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Sandford L. Frey | sfrey@leechtishman.com |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Steven B. Eichel | seichel@leechtishman.com |
| Counsel to Cyress Jam, Individually and on Behalf of Securities Litigation Class | Levi & Korsinsky LLP | Adam M. Apton | aapton@zlk.com |
| Counsel to Volta Trucks Limited | Linklaters LLP | Christopher Hunker | Christopher.Hunker@linklaters.com |
| State Attorney General Louisiana | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Jeffrey L. Cohen, Eric S. Chafetz, Jordana L. Renert, Michael A. Kaplan and Keara Waldron | JCohen@lowenstein.com; EChafetz@lowenstein.com; jrenert@lowenstein.com; mkaplan@lowenstein.com; kwaldron@lowenstein.com |
| State Attorney General Maine | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| State Attorney General Maryland | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to Philadelphia Indemnity Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gaston P. Loomis and Gary D. Bressler | gloomis@mdmc-law.com; gbressler@mdmc-law.com |
| Counsel to Miami-Dade County, Florida, Department of Transportation and Public Works | Miami-Dade County Attorney's Office | Ileana Cruz, Assistant County Attorney | ileanac@miamidade.gov; cao.bkc@miamidade.gov |
| Committee Member | Michele Thorne and Maho Lazo | Wilshire Law Firm | benjamin@wilshirelawfirm.com |
| State Attorney General Michigan | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to City of Detroit, Michigan and JR Automation Technologies, LLC | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson and Ronald A. Spinner | swansonm@millercanfield.com; spinner@millercanfield.com |
| State Attorney General Minnesota | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General Missouri | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General Montana | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel to Waste Management | Monzack Mersky and Browder, P.A. | Rachel Mersky | rmersky@monlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Brya M. Keilson and Tara C. Pakrouh | emonzo@morrisjames.com; bkeilson@morrisjames.com; tpakrouh@morrisjames.com |
| Counsel to Volta Trucks Limited | Morris, Nichols, Arsht & Tunnel LLP | Derek C. Abbott and Andrew R. Remming | DAbbott@morrisnichols.com; ARemming@morrisnichols.com |
| State Attorney General Nebraska | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General Nevada | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General New | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| State Attorney General New York | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| State Attorney General North Carolina | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General North | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Ryan Starnowsky | ra-li-ucts-bankrupt@state.pa.us |
| State Attorney General Ohio | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| State Attorney General Oklahoma | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General Oregon | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to CSI GP I LLC and its affiliates | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Peter J. Keane and Edward A. Corma | ljones@pszjlaw.com; pkeane@pszjlaw.com; ecorma@pszjlaw.com |
| Counsel to IVECO S.p.A. and EVCO GmbH | Paul Hastings LLP | Luc Despins and G. Alexander Bongartz | lucdespins@paulhastings.com; alexbongartz@paulhastings.com |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to BC Transit | Perkins Coie LLP | Amir Gamliel | AGamliel@perkinscoie.com |
| Counsel to Komatsu/Joy Global Underground Mining | Pietragallo Gordon Alfano Bosick & Raspanti, LLP | Richard J. Parks | rjp@pietragallo.com |
| Counsel to Nikola Corporation | Pillsbury Winthrop Shaw Pittman LLP | Joshua D. Morse, Esq. | joshua.morse@pillsburylaw.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to BC Transit | Polsinelli PC | Christopher A. Ward and Katherine M. Devanney | cward@polsinelli.com; kevanney@polsinelli.com |
| Counsel to Cyress Jam, Individually and on Behalf of Securities Litigation Class | Pomerantz LLP | Joshua Silverman | jbsilverman@pomlaw.com |
| Counsel to Port Authority of New York and New Jersey | Port Authority Law Department | Juan M. Barragan | jbarragan@panynj.gov |
| Counsel to Nikola Corporation | Potter Anderson & Corroon LLP | M. Blake Cleary | bcleary@potteranderson.com |
| Top 30 / Committee Member | Power Electronics USA | Carlos Llombart | cllombart@power-electronics.com |
| State Attorney General Rhode | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Meritor, Inc. | Robinson & Cole LLP | Jamie L. Edmonson | jedmonson@rc.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office, Regional Director | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Top 30 / Committee Member | Sensata Technologies, Inc. | Justin Colson | jcolson@sensata.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Dennis M. Twomey and Jackson T. Garvey | dtwomey@sidley.com; jgarvey@sidley.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Maegan Quejada | mquejada@sidley.com |
| Counsel to CSI GP I LLC and its affiliates | Sidley Austin LLP | Thomas R. Califano | tom.califano@sidley.com |
| Counsel to First Industrial, L.P. | Sirlin Lesser & Benson, P.C. | Dana S. Plon | dplon@sirlinlaw.com |
| State Attorney General South Carolina | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| State Attorney General South | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to the Chicago Transit Authority | Sullivan Hazeltine Allinson LLC | William D. Sullivan and Elihu E. Allinson, III | bsullivan@sha-llc.com; zallinson@sha-llc.com |
| Counsel to the Chicago Transit Authority | Taft Stettinius & Hollister LLP | Michael P. O'Neil and Elizabeth M. Little | MONeil@taftlaw.com; elittle@taftlaw.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| State Attorney General Texas | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 / Committee Member | TPI, Inc. | Jerry Lavine | j.lavine@tpicomposites.com |
| Counsel to the United States on behalf of the General Services Administration, the Department of Defense, the Department of Transportation's National Highway Traffic Safety Administration | United States Department of Justice | Kirk Manhardt, Rodney A. Morris, and Cortney Robinson | cortney.robinson@usdoj.gov |
| Counsel to United Steelworkers | United Steelworkers | David R. Jury, General Counsel | djury@usw.org |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| State Attorney General Utah | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| State Attorney General Vermont | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General Virginia | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| State Attorney General West | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Jackson, Wyoming, and Southern Teton Area Rapid Transit | Whiteford Taylor & Preston, L.L.P. | David W. Gaffey | dgaffey@whitefordlaw.com |
| Counsel to Jackson, Wyoming, and Southern Teton Area Rapid Transit | Whiteford, Taylor & Preston LLC | Richard W. Riley | rriley@wtplaw.com; rriley@whitefordlaw.com |
| State Attorney General Wisconsin | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| State Attorney General Wyoming | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General Alabama | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 |
| State Attorney General Alaska | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| State Attorney General Arizona | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| State Attorney General Arizona | Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 |
| State Attorney General Arkansas | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| Counsel to Daimler Truck North America LLC and Its Affiliates and Birlasoft Solutions, Inc. | Ashby & Geddes, P.A. | Ricardo Palacio and Gregory A. Taylor | 500 Delaware Avenue, 8th Floor | | | Wilmington | DE | 19899-1150 |
| Counsel to the Texas A&M Transportation Institute | Assistant Attorney General, Office of the Attorney General of Texas, Bankruptcy & Collections Division | Rachel R. Obaldo | P.O. Box 12548 | | | Austin | TX | 78711-2548 |
| Counsel to Volvo Battery Solutions LLC | Baker & Hostetler LLP | Jorian L. Rose | 45 Rockefeller Plaza | | | New York | NY | 10111 |
| Counsel to Volvo Battery Solutions LLC | Baker & Hostetler LLP | Michael T. Delaney | 127 Public Square, Suite 2000 | Key Tower | | Cleveland | OH | 44114 |
| Counsel to Navistar, Inc. | Barnes & Thornburg LLP | Jonathan Sundheimer | 11 South Meridian Street | | | Indianapolis | IN | 46204 |
| Counsel to Van Hool NV | Bass, Berry & Sims PLC | Paul G. Jennings and Gene L. Humphreys | 150 Third Avenue South, Suite 2800 | | | Nashville | TN | 37201 |
| Counsel to the City of Santa Rosa, California | Burke Williams & Sorensen LLP | Joseph P. Buchman | 444 South Flower Street, Suite 2400 | | | Los Angeles | CA | 90071-2953 |
| State Attorney General California | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| State Attorney General Colorado | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| State Attorney General Connecticut | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| State Attorney General Delaware | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| State Attorney General District of Columbia | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 |
| Counsel to Tao Capital Partners and its affiliates (collectively, "Tao") | Dorsey & Whitney LLP | Samuel S. Kohn | 51 West 52nd Street | | | New York | NY | 10019 |
| Committee Member | DWFritz Automation LLC | Bryan Wallace | 9600 SW Boeckman Road | | | Willsonville | OR | 97070 |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Danielle Rushing Behrends | 112 E. Pecan Street, Suite 1800 | | | San Antonio | TX | 78205 |
| Counsel to Meritor, Inc. | Dykema Gossett, PLLC | Sherrie L. Farrell | 400 Renaissance Center, Suite 2300 | | | Detroit | MI | 48243 |
| State Attorney General Florida | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Daimler Truck North America LLC and Its Affiliates | Foley & Lardner LLP | Emil P. Khatchatourian | 321 N. Clark Street, Suite 3000 | | | Chicago | IL | 60654-4762 |
| Counsel to Daimler Truck North America LLC and Its Affiliates | Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Avenue, Suite 2700 | | Detroit | MI | 48226 |
| State Attorney General Georgia | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Dennis A. Meloro | 222 Delaware Avenue, Suite 1600 | | | Wilmington | DE | 19801 |
| Counsel to LG Energy Solutions, Ltd. | Greenberg Traurig, LLP | Howard J. Steinberg | 1840 Century Park East, Suite 1900 | | | Los Angeles | CA | 90067 |
| Counsel to IVECO Group N.V. and certain affiliates | Greenberg Traurig, LLP | Oscar N. Pinkas, Sara A. Hoffman, and Jessica M. Wolfert | One Vanderbilt Avenue | | | New York | NY | 10017 |
| State Attorney General Hawaii | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |
| Counsel to the First Lien Agent, Bank of America | Holland & Knight | Attn Robert Jones and Brent McIlwain | One Arts Plaza | 1722 Routh Street, Suite 1500 | | Dallas | TX | 75201 |
| Counsel to Valeo Thermal Commercial Vehicles North America, Inc. and Our Next | Honigman LLP | E. Todd Sable and Lawrence A. Lichtman | 2290 First National Building | 660 Woodward Avenue | | Detroit | MI | 48226-3506 |
| Counsel to Dana Limited | Hunton Andrews Kurth LLP | J.R. Smith and Jennifer E. Wuebker | 951 East Byrd Street | | | Richmond | VA | 23219 |
| Counsel to Capital Metropolitan Transportation Authority | Husch Blackwell LLP | Lynn H. Butler and Jameson J. Watts | 111 Congress Avenue, Suite 1400 | | | Austin | TX | 78701 |
| State Attorney General Idaho | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| State Attorney General Illinois | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson | 100 W. Randolph St. | | Chicago | IL | 60601 |
| State Attorney General Indiana | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| State Attorney General Iowa | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State Attorney General Kansas | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| State Attorney General Kentucky | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| Interested Party | LACO, Inc. | Attn: Erika Meciar, C.E.O. | 1150 Trademark Dr., Ste. 111 | | | Reno | NV | 89521 |
| Counsel to The City of Greensboro, North Carolina | Leech Tishman Fuscaldo & Lampl, Inc. | Jeffrey M. Carbino | 1007 N. Orange Street, Suite 420 | | | Wilmington | DE | 19801 |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Sandford L. Frey | 200 S. Los Robles Avenue, Suite 300 | | | Pasadena | CA | 91101 |
| Counsel to Ontario International Airport Authority | Leech Tishman Fuscaldo & Lampl, Inc. | Steven B. Eichel | 875 Third Avenue, 9th Floor | | | New York | NY | 10022 |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Cyress Jam, Individually and on Behalf of Securities Litigation Class | Levi & Korsinsky LLP | Adam M. Apton | 33 Whitehall Street, 17th Floor | | | New York | NY | 10004 |
| Counsel to Volta Trucks Limited | Linklaters LLP | Christopher Hunker | 1290 Avenue of the Americas | | | New York | NY | 10104 |
| State Attorney General Louisiana | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 |
| Counsel to the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Jeffrey L. Cohen, Eric S. Chafetz, Jordana L. Renert, Michael A. Kaplan and Keara Waldron | 1251 Avenue of the Americas | | | New York | NY | 10020 |
| State Attorney General Maine | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| State Attorney General Maryland | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| State Attorney General Massachusetts | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place 20th Floor | | | Boston | MA | 02108-1518 |
| Committee Member | Michele Thorne and Maho Lazo | Wilshire Law Firm | Benjamin Haber | 3055 Wilshire Blvd, 12th Floor | | Los Angeles | CA | 90010 |
| State Attorney General Michigan | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| State Attorney General Minnesota | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| State Attorney General Mississippi | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| State Attorney General Missouri | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| State Attorney General Montana | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Brya M. Keilson and Tara C. Pakrouh | 500 Delaware Avenue, Suite 1500 | | | Wilmington | DE | 19801 |
| Counsel to Volta Trucks Limited | Morris, Nichols, Arsht & Tunnel LLP | Derek C. Abbott and Andrew R. Remming | 1201 North Market Street, 16th Floor | | | Wilmington | DE | 19801 |
| State Attorney General Nebraska | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| State Attorney General Nevada | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| State Attorney General New Hampshire | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| State Attorney General New Jersey | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| State Attorney General New Mexico | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| State Attorney General New York | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| State Attorney General North Carolina | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| State Attorney General North | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Ryan Starnowsky | PO Box 68568 | Collections Support Unit | | Harrisburg | PA | 17106-8568 |
| State Attorney General Ohio | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| State Attorney General Oklahoma | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| State Attorney General Oregon | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| State Attorney General Pennsylvania | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Counsel to BC Transit | Perkins Coie LLP | Amir Gamliel | 1888 Century Park East, Suite 1700 | | | Los Angeles | CA | 90067-1721 |
| Counsel to Nikola Corporation | Pillsbury Winthrop Shaw Pittman LLP | Joshua D. Morse, Esq. | Four Embarcadero Center, 22nd Floor | | | San Francisco | CA | 94111-5998 |
| Counsel to Cyress Jam, Individually and on Behalf of Securities Litigation Class | Pomerantz LLP | Joshua Silverman | 10 S. Lasalle Street, Suite 3505 | | | Chicago | IL | 60603 |
| Counsel to Nikola Corporation | Potter Anderson & Corroon LLP | M. Blake Cleary | 1313 N. Market Street, 6th Floor | | | Wilmington | DE | 19801 |
| Top 30 / Committee Member | Power Electronics USA | Carlos Llombart | 1510 N. Hobson Ave | | | Gilbert | AZ | 85233 |
| State Attorney General Rhode | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office, Regional Director | 100 Pearl St., Suite 20-100 | | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 / Committee Member | Sensata Technologies, Inc. | Justin Colson | 529 Pleasant St | | | Attleboro | MA | 02703 |
| State Attorney General South Carolina | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 |
| State Attorney General South Dakota | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 Suite 1 | | | Pierre | SD | 57501-8501 |
| Counsel to the Chicago Transit Authority | Taft Stettinius & Hollister LLP | Michael P. O'Neil and Elizabeth M. Little | One Indiana Square, Suite 3500 | | | Indianapolis | IN | 46204-2023 |
| State Attorney General Tennessee | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 |
| State Attorney General Texas | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| Top 30 / Committee Member | TPI, Inc. | Jerry Lavine | 373 Market St, PO Box 367 | | | Warren | RI | 02885 |
| Counsel to the United States on behalf of the General Services Administration, the Department of Defense, the Department of Transportation's National Highway Traffic Safety Administration | United States Department of Justice | Kirk Manhardt, Rodney A. Morris, and Cortney Robinson | P.O. Box 875 | Ben Franklin Station | | Washington | DC | 20044-0875 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General Utah | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| State Attorney General Vermont | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| State Attorney General Virginia | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| State Attorney General Washington | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| State Attorney General West Virginia | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| State Attorney General Wisconsin | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| State Attorney General Wyoming | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 |