**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PROTERRA, INC. *et al.*, | Case No. 23-11120 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Bankruptcy Rule 9010-2(b)(ii), Macauley LLC hereby withdraws its appearance in these chapter 11 cases because its client, Eaton Corporation ("Eaton"), no longer has any controversy pending before the Court and undersigned counsel certifies that Eaton consents to the withdrawal of Macauley LLC as counsel of record for Eaton.

Dated:  January 5, 2024

MACAULEY LLC

*/s/ Thomas G. Macauley*
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
(302) 656-0100
bk@macdelaw.com

Counsel for Eaton Corporation