IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| Debtors. | ) (Jointly Administered) |
| | ) Response Deadline: Jan. 19, 2024 at 4:00 p.m. (ET) |

**DEBTORS' FIRST NOTICE OF
SATISFACTION OF CLAIMS**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES
AND THEIR SATISFIED CLAIMS IDENTIFIED ON EXHIBITS 1 AND 2,
ATTACHED HERETO.**

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (C) COUNSEL TO THE FIRST LIEN AGENT; (D) COUNSEL TO THE SECOND LIEN AGENT; (E) THE CLAIMANTS WHOSE CLAIMS ARE THE SUBJECT OF THIS NOTICE; AND (F) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

The above-captioned debtors and debtors in possession (together, the "Debtors") hereby file this notice (this "Notice") identifying certain claims scheduled or filed in these chapter 11 cases (the "Chapter 11 Cases") that have been satisfied in full (the "Fully Satisfied Claims") or in part (the "Partially Satisfied Claims" and, together with the Fully Satisfied Claims, the "Satisfied Claims") after the Petition Date.[2] A list of the Fully Satisfied Claims is attached hereto as **Exhibit 1** and a list of the Partially Satisfied Claims is attached hereto as **Exhibit 2**. In support of this Notice, the Debtors respectfully represent as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2] Capitalized terms used but not yet defined herein shall have the meaning ascribed to such terms below.

31113551.1

**BACKGROUND**

**A.     General Background**

1. On August 7, 2023 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").  The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. August 25, 2023, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [Docket No. 133].[3]  No request has been made for the appointment of a trustee or an examiner.

3. Additional information relating to the Debtors' businesses, their capital structure, and the circumstances leading to the filing of these Chapter 11 Cases is set forth in the *Declaration of Gareth T. Joyce in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 16].

**B.     Claims Background**

4. On August 10, 2023, the Court entered an order [Docket No. 61] authorizing the Debtors' retention of Kurtzman Carson Consultants LLC ("KCC") as claims and noticing agent.  As such, KCC is authorized to, among other things, receive, maintain, docket, and otherwise administer proofs of claim filed in the Chapter 11 Cases.

5. On September 5, 2023, the Court entered the *Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No.

---

[3]  On September 21, 2023, the U.S. Trustee appointed an additional member to the Committee.  [Docket No. 268].

31113551.1

187] (the "Bar Date Order"), establishing (i) November 13, 2023 (the "General Bar Date") as the last date for all creditors, other than governmental units, holding a claim against one or more of the Debtors to file and serve a written proof of claim for payment of any such claim, and (ii) February 3, 2024 (the "Governmental Bar Date") as the last date for all governmental units holding a claim against one or more of the Debtors to file and serve a written proof of claim for payment of any such claim. Notice of the General Bar Date and the Governmental Bar Date was provided by mail and publication in accordance with the procedures outlined in the Bar Date Order.

6. On October 6, 2023, the Debtors filed their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket Nos. 336-339] (the "Schedules and Statements").

7. In the ordinary course of business, the Debtors maintain books and records that reflect, among other things, the nature and amount of the liabilities owed to their creditors. As part of the Chapter 11 Cases, the Debtors filed the Schedules and Statements reflecting the obligations owed to their creditors as of the Petition Date. The Debtors, together with their advisors, have been engaged in a systematic review of the proofs of claim filed in the Chapter 11 Cases and the Schedules and Statements, working diligently to review, compare, and reconcile such claims against the Debtors' books and records.

**CLAIMS SATISFIED AFTER THE PETITION DATE**

8. The Debtors have reviewed their books and records and have determined that the Satisfied Claims listed on **Exhibits 1** and **2** attached hereto were satisfied in full or in part, respectively, subsequent to the Petition Date, (i) through payments made by the Debtors pursuant to certain "first-day" orders entered in these Chapter 11 Cases, (ii) through credits, as reflected in the Debtors' books and records, or (iii) as otherwise set forth on **Exhibits 1** and **2** attached hereto.

9. Accordingly, the Debtors intend to have KCC designate on the claims register in these Chapter 11 Cases that the Satisfied Claims have been previously satisfied, as provided for herein and on **Exhibits 1** and **2** attached hereto. Out of an abundance of caution, however, the Debtors are serving this Notice on all parties holding the Satisfied Claims, and providing such parties with an opportunity to respond to the Debtors' position that such amounts have been satisfied in full or in part, as applicable.

10. **Any party disputing the Debtors' position that a particular Satisfied Claim has been satisfied as provided for herein and on Exhibits 1 and 2 attached hereto must file a written response with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve such response on the undersigned counsel to the Debtors, on or before January 19, 2024 at 4:00 p.m. (ET).** The Debtors will then make a reasonable effort to review the Satisfied Claim with the claimant to determine whether any asserted amounts were not, in fact, satisfied. In the event that the parties are unable to reach a resolution, the Debtors anticipate that a hearing will be held on the matter at a date and time to be determined by the Debtors, in their discretion, subject to the availability of the Court.

11. Questions concerning this Notice should be directed to the undersigned counsel to the Debtors. Claimants should not contact the Clerk of the Court to discuss the merits of their Satisfied Claims or this Notice.

## **RESERVATION OF RIGHTS**

12. The Debtors reserve any and all rights to amend, supplement or otherwise modify this Notice and the Schedules and Statements and to file additional notices of this nature with respect to any and all (i) claims filed in these Chapter 11 Cases, and (ii) amounts scheduled

31113551.1

against the Debtors' estates in the Schedules and Statements. The Debtors also reserve any and all rights, claims, and defenses with respect to any and all of the Satisfied Claims, and nothing included in or omitted from this Notice shall impair, prejudice, waive or otherwise affect any such rights, claims and defenses.

| | |
|---|---|
| Dated: January 5, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Pauline K. Morgan (No. 3650)<br>Andrew L. Magaziner (No. 5426)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: pmorgan@ycst.com<br>  amagaziner@ycst.com<br>  sborovinskaya@ycst.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Michael J. Colarossi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 373-3000<br>Fax: (212) 757-3990<br>Email: pbasta@paulweiss.com<br>  rbritton@paulweiss.com<br>  mcolarossi@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

31113551.1

5

against the Debtors' estates in the Schedules and Statements.  The Debtors also reserve any and all rights, claims, and defenses with respect to any and all of the Satisfied Claims, and nothing included in or omitted from this Notice shall impair, prejudice, waive or otherwise affect any such rights, claims and defenses.

Dated: January 5, 2024
Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Pauline K. Morgan (No. 3650)
Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  pmorgan@ycst.com
   amagaziner@ycst.com
   sborovinskaya@ycst.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Robert A. Britton (admitted *pro hac vice*)
Michael J. Colarossi (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel:  (212) 373-3000
Fax:  (212) 757-3990
Email: pbasta@paulweiss.com
   rbritton@paulweiss.com
   mcolarossi@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

Case 23-11120-BLS   Doc 825   Filed 01/05/24   Page 5 of 11

31113551.1

5

# EXHIBIT 1

## Fully Satisfied Claims

31113551.1

Fully Satisfied Claims

| Name of Claimant | Date Filed | Schedule Number | Claim Amount | Reason |
|---|---|---|---|---|
| Allegis Group Holdings, Inc. | N/A | 3293716 | $ 90,322.17 | Debtors satisfied claim under first day orders on 11/01/23 in the amount of $72,207.28 (Payment No. 553996). Additionally, there is a credit with the Claimant on the Debtors' Books and Records in the amount of $18,114.89. |
| Alt Solutions, Inc. | N/A | 3293720 | $ 18,941.92 | Debtors satisfied claim under first day orders on 10/06/23 in the amount of $1,741.92 (Payment No. 489677), on 10/19/23 in the amount of $8,800.00 (Payment No. 489921), and on 10/19/2023 in the amount of $8,400.00 (Payment No. 489921). |
| American Express Travel Related Services Company | N/A | 3293724 | $ 50,967.10 | Debtors satisfied claim under first day orders on 11/01/23 in the amount of $6,281.30 (Payment No. 653285), and on 11/01/23 in the amount of $44,685.80 (Payment No. 653289). |
| Aubin Industries, Inc. | N/A | 3293744 | $ 3,084.44 | Credits with Claimant on Debtors' Books and Records in the amount of $3,084.44 (Invoice No. 74925, Invoice No. 74926, and Invoice No. 74928). |
| Baycom Inc | N/A | 3293752 | $ 35.00 | Credit with Claimant on Debtors' Books and Records (Invoice No. CREDT000000002121). |
| Bendix CVS LLC | N/A | 3293754 | $ 39,423.66 | Debtors satisfied claim under first day orders on 10/25/23 (Payment No. 489957). |
| Birlasoft Solutions Inc. | N/A | 3293758 | $ 30,500.25 | Debtors satisfied claim under first day orders on 10/09/23 (Payment No. 489705). |
| Bucher Hydraulics AG | N/A | 3293779 | $ 432,963.00 | Satisfied by third party through a Tri-Party Agreement. |
| Cogency Global Inc. | N/A | 3293809 | $ 3,227.67 | Credit with Claimant on Debtors' Books and Records (Invoice No. 101082390). |
| Commonwealth of Massachusetts | N/A | 3293814 | $ 12.81 | Debtors satisfied claim under first day orders on 11/01/23 (Payment No. 653301). |
| Comptroller of Maryland | N/A | 3293817 | $ 153.00 | Debtors satisfied claim under first day orders on 11/01/23 (Payment No. 653302). |
| Cubic Transportation Systems, Inc. | N/A | 3293835 | $ 28,353.00 | Credit with Claimant on Debtors' Books and Records (Invoice No. 90142474). |
| Cummins Inc. | N/A | 3293837 | $ 4,139.23 | Credit with Claimant on Debtors' Books and Records (Invoice No. L6-61042). |
| Danfoss Power Solutions (US) Company | N/A | 3293840 | $ 968,795.06 | Satisfied by third party through a Tri-Party Agreement. |
| Department of Revenue State of Washington | N/A | 3293847 | $ 1,627.87 | Debtors satisfied claim under first day orders on 11/01/23 (Payment No. 653314). |
| Expeditors Canada Inc. | N/A | 3293891 | $ 1,017.60 | Debtors satisfied claim under first day orders on 11/02/23 (Payment No. 553983). |
| Expeditors Tradewin, LLC | N/A | 3293893 | $ 675.00 | Credit with Claimant on Debtors' Books and Records (Invoice No. Credit 52203). |
| Financial Intelligence, LLC | N/A | 3293902 | $ 20,596.38 | Debtors satisfied claim under first day orders on 10/19/23 (Payment No. 489922). |
| Globalization Partners | N/A | 3293926 | $ 65,100.38 | Debtors satisfied claim under first day orders on 12/01/23 (Payment No. 653340). |
| Great Lakes Rubber Portland Inc. | N/A | 3293932 | $ 14,374.42 | Debtors satisfied claim under first day orders on 10/01/23 (Payment No. 553945). |
| Greater Bridgeport Transit Authority | N/A | 3293933 | $ 15.00 | Debtors satisfied claim under first day orders on 10/26/23 (Payment No. 352964). |
| GT Development Corporation | N/A | 3293940 | $ 687.84 | Credits with Claimant on Debtors' Books and Records in the amount of $687.84 (Invoice 329878, and Invoice No. CM-26227). |
| IEWC Corp. | N/A | 3293963 | $ 8,886.14 | Debtors satisfied claim under first day orders on 11/01/23 (Payment No. 554012). |
| Intervision Systems LLC | N/A | 3293979 | $ 405.02 | Credit with Claimant on Debtors' Books and Records (Invoice No. CM-INV0027229). |
| Keolis Transit Services, LLC | N/A | 3294006 | $ 162.00 | Debtors satisfied claim under first day orders on 10/26/23 (Payment No. 352966). |
| Keyence Corporation of America | N/A | 3294008 | $ 7,969.03 | Credits with Claimant on Debtors' Books and Records in the amount of $7,969.03 (Invoice No. 1002946915, and Invoice No. 1002980108). |
| Labrador Regulated Information Transparency Inc. | N/A | 3294015 | $ 70,980.00 | Debtors satisfied claim under first day orders on 12/12/23 (Payment No. 554051). |
| Laurie & Brennan, LLP | N/A | 3294024 | $ 257.50 | Credit with Claimant on Debtors' Books and Records (Invoice No. 20568Credit). |
| Lee Spring Company LLC | N/A | 3294027 | $ 2,943.05 | Debtors satisfied claim under first day orders on 10/12/23 (Payment No. 489721). |
| Lift-U (Hogan Manufacturing) | N/A | 3294035 | $ 31,500.00 | Debtors satisfied claim under first day orders on 09/18/23 (Payment No. 489342). |
| Mobile Communications America, Inc. | N/A | 3294072 | $ 2,391.55 | Credits with Claimant on Debtors' Books and Records in the amount of $2,391.55 (Invoice No. 557001859-1, and Invoice No. 557001995-1). |
| National Instruments Corporation | N/A | 3294086 | $ 1,380.28 | Credit with Claimant on Debtors' Books and Records (Invoice No. 3684459). |
| Ningbo Xusheng Group Co., Ltd. | N/A | 3294090 | $ 233,388.00 | Credits with Claimant on Debtors' Books and Records in the amount of $233,388.00 (Invoice No. Wire 9-21-23, and Invoice No. Wire 9-26-23). |
| Palantir Technologies Inc. | N/A | 3294105 | $ 128,071.23 | Debtors satisfied claim under first day orders on 11/01/23 (Payment No. 554002). |
| Pro-Dec.Com | N/A | 3294127 | $ 15.00 | Credit with Claimant on Debtors' Books and Records in the amount of (Invoice 1104). |
| SCTAC Board Of Directors | N/A | 3294176 | $ 584.68 | Debtors satisfied claim under first day orders on 11/09/23 (Payment No. 490295). |
| Timothy D. Tafrow Electric, LLC. | N/A | 3294247 | $ 24,612.50 | Debtors satisfied claim under first day orders on 09/01/23 (Payment No. 553812). |

| Name of Claimant | Date Filed | Claim Number | Amount | Reason |
|---|---|---|---|---|
| US Prototype, Inc. | N/A | 3294280 | $ 9,600.00 | Debtors satisfied claim under first day orders on 10/04/23 in the amount of $4,800.00 (Payment No. 489667). Additionally, there is a credit with the Claimant on the Debtors' Books and Records in the amount of $4,800.00 (Invoice No. E23051200). |
| V-Soft Consulting Group, Inc. | N/A | 3294301 | $ 4,059.35 | Debtors satisfied claim under first day orders on 11/17/23 (Payment No. 557013). |

| Name of Claimant | Date Filed | Claim Number | Administrative Claim Amount | Reason |
|---|---|---|---|---|
| Carbon Supply Chain Management LLC | 8/11/2023 | 16 | $ 20,151.50 | Debtors satisfied claim under first day orders on 11/06/23 (Payment No. 490070). |
| Endochem LLC | 8/11/2023 | 2 | $ 138,690.45 | Debtors satisfied claim under first day orders on 08/25/23 in the amount of $52,254.45 (Payment No. 489137), on 09/01/23 in the amount of $21,609.00 (Payment No. 553815), and on 09/07/23 in the amount of $64,827.00 (Payment No. 489197). |
| Era-Contact USA, LLC | 10/2/2023 | 192 | $ 22,000.00 | Debtors satisfied claim under first day orders on 09/14/23 (Payment No. 553874). |

# EXHIBIT 2

**Partially Satisfied Claims**

31113551.1

Partially Satisfied Claims

| Name of Claimant | Date Filed | Schedule Number | Claim Amount | Satisfied Amount | Modified Claim Amount | Reason |
|---|---|---|---|---|---|---|
| ABB E-Mobility Inc. | N/A | 3293705 | $ 105,062.06 | $ 11,085.00 | $ 93,977.06 | Debtors partially satisfied claim under first day orders on 10/19/23 (Payment No. 487788). |
| AT&T (Box 5019) | N/A | 3293737 | $ 10,588.21 | $ 2,278.10 | $ 8,310.11 | Debtors partially satisfied claim under first day orders on 01/03/24 in the amount of $1,095.50 (Payment No. 353054). Additionally, there are credits with the claimant on the Debtors' Books and Records in the amount of $1,182.60 (Invoice No. 171-798-4015-001, and Invoice No. 831-001-2071-645). |
| Auto Motion Shade Inc. | N/A | 3293746 | $ 4,311.40 | $ 2,251.60 | $ 2,059.80 | Credit with Claimant on Debtors' Books and Records (Invoice No. CN2310086B). |
| Commercial Furniture Interiors, LLC | N/A | 3293812 | $ 800.00 | $ 645.16 | $ 154.84 | Debtors partially satisfied claim under first day orders on 10/19/23 (Payment No. 489852). |
| Cross Company | N/A | 3293831 | $ 507,049.36 | $ 97,474.24 | $ 409,575.12 | Debtors partially satisfied claim under first day orders on 11/29/23 in the amount of $96,274.24 (Payment No. 490549). Additionally, there is a credit with Claimant on the Debtors' Books and Records in the amount of $1,200.00 (Invoice No. CM111661). |
| Culligan of the Piedmont | N/A | 3293836 | $ 3,063.04 | $ 1,482.11 | $ 1,580.93 | Debtors partially satisfied claim under first day orders on 10/06/23 (Payment No. 489682). |
| Dakota Software | N/A | 3293839 | $ 1,631.25 | $ 259.85 | $ 1,371.40 | Debtors partially satisfied claim under first day orders on 12/14/23 (Payment No. 490799). |
| De Lage Financial Services, Inc. | N/A | 3293841 | $ 15,376.00 | $ 1,551.37 | $ 13,824.63 | Debtors partially satisfied claim under first day orders on 01/03/24 (Payment No. 491031). |
| Dell Financial Services LLC | N/A | 3293844 | $ 44,783.75 | $ 682.78 | $ 44,100.97 | Debtors partially satisfied claim under first day orders on 10/10/23 in the amount of $228.03 (Payment No. 489857), on 10/12/23 in the amount of $6.46 (Payment No. 489744), on 11/02/23 in the amount of $33.86 (Payment No. 490124), and on 11/09/23 in the amount of $414.43 (Payment No. 490241). |
| Delta Dental of Missouri | N/A | 3293846 | $ 43,155.23 | $ 10,811.52 | $ 32,343.71 | Debtors partially satisfied claim under first day orders on 11/01/23 (Payment No. 653272). |
| Dialight Corporation | N/A | 3293850 | $ 24,296.48 | $ 9,619.58 | $ 14,676.90 | Debtors partially satisfied claim under first day orders on 11/09/23 in the amount of $483.56 (Payment No. 490244). Additionally, there are credits with the Claimant on Debtors' Books and Records in the amount of $9,136.02 (Invoice No. 77124, Invoice No. 77125, Invoice No. 77126, and Invoice No. 77174). |
| Echo Engineering & Production Supplies, Inc. | N/A | 3293871 | $ 6,018.68 | $ 534.61 | $ 5,484.07 | Credit with Claimant on Debtors' Books and Records (Invoice No. CN045556). |
| Elite Electronic Engineering Inc | N/A | 3293877 | $ 18,460.00 | $ 12,780.00 | $ 5,680.00 | Debtors partially satisfied claim under first day orders on 11/09/23 (Payment No. 490247). |
| Ephesians Three Twenty Realty, LLC | N/A | 3293883 | $ 974.45 | $ 785.85 | $ 188.60 | Debtors partially satisfied claim under first day orders on 10/05/23 (Payment No. 489671). |
| Expeditors International of Washington Inc | N/A | 3293892 | $ 133,872.88 | $ 117,912.88 | $ 15,960.00 | Debtors partially satisfied claim under first day orders on 11/01/23 (Payment No. 553982). |
| Gems Sensors, Inc. | N/A | 3293914 | $ 14,524.66 | $ 166.47 | $ 14,358.19 | Credit with Claimant on Debtors' Books and Records (Invoice No. 63882). |
| Hanover Displays | N/A | 3293944 | $ 8,456.62 | $ 21.62 | $ 8,435.00 | Credit with Claimant on Debtors' Books and Records (Invoice No. FTC23000019S). |
| Heritage-Crystal Clean | N/A | 3293949 | $ 47,145.10 | $ 270.00 | $ 46,875.10 | Credit with Claimant on Debtors' Books and Records (Invoice No. CM-17979368). |
| Huber+Suhner, Inc | N/A | 3293954 | $ 96,460.11 | $ 57,444.60 | $ 39,015.51 | Credit with Claimant on Debtors' Books and Records (Invoice No. 5400003496). |
| Hydradyne LLC | N/A | 3293958 | $ 72,079.83 | $ 434.30 | $ 71,645.53 | Credit with Claimant on Debtors' Books and Records (Invoice No. 513125693). |
| Industrial Fabricators, Inc. | N/A | 3293968 | $ 19,314.82 | $ 1,627.12 | $ 17,687.70 | Credit with Claimant on Debtors' Books and Records (Invoice No. 882452). |
| Kelley Engineering, LLC | N/A | 3294003 | $ 44,216.90 | $ 30,853.15 | $ 13,363.75 | Debtors partially satisfied claim under first day orders on 10/04/23 (Payment No. 489665). |
| Kenson Plastics Inc | N/A | 3294005 | $ 126,425.00 | $ 71,640.38 | $ 54,784.62 | Debtors partially satisfied claim under first day orders on 10/09/23 in the amount of $35,848.22 (Payment No. 489711), and on 10/17/23 in the amount of $35,792.16 (Payment No. 489826). |
| Lehigh Outfitters, LLC | N/A | 3294028 | $ 3,367.85 | $ 482.81 | $ 2,885.04 | Credits with Claimant on Debtors' Books and Records in the amount of $482.81 (Invoice No. K470464, Invoice No. K500140, Invoice No. K506308, and Invoice K513031). |
| LEM U.S.A., Inc | N/A | 3294029 | $ 25,164.07 | $ 3,177.28 | $ 21,986.79 | Credit with Claimant on Debtors' Books and Records (Invoice No. 63882). |
| Littelfuse, Inc. | N/A | 3294038 | $ 2,612.00 | $ 104.48 | $ 2,507.52 | Credit with Claimant on Debtors' Books and Records (Invoice No. 117020965). |
| Luminator Technology Group Global, LLC | N/A | 3294043 | $ 352,346.72 | $ 211,415.72 | $ 140,931.00 | Debtors partially satisfied claim under first day orders on 10/05/23 (Payment No. 553965). |
| Madland Diesel Fleet And Service | N/A | 3294045 | $ 4,468.79 | $ 300.00 | $ 4,168.79 | Credit with Claimant on Debtors' Books and Records (Invoice No. 14001359). |
| Mica Electrical Material (Luhe) Co., Ltd. | N/A | 3294063 | $ 136,602.19 | $ 28,234.38 | $ 108,367.81 | Debtors partially satisfied claim under first day orders on 09/28/23 (Payment No. 553907). |
| Mouser Electronics | N/A | 3294079 | $ 13,004.23 | $ 11.40 | $ 12,992.83 | Credit with Claimant on Debtors' Books and Records (Invoice No. 74410326). |
| Navisite LLC | N/A | 3294087 | $ 31,368.00 | $ 5,244.03 | $ 26,123.97 | Credit with Claimant on Debtors' Books and Records (Invoice No. 356917). |
| Ningbo Yexing Automotive Part Co., Ltd. | N/A | 3294091 | $ 748,164.41 | $ 595,474.10 | $ 152,690.31 | Debtors partially satisfied claim under first day orders on 10/01/23 in the amount of $421,616.80 (Payment No. 553946), in the amount of $52,684.56 (Payment No. 553937), and in the amount of $121,172.74 (Payment No. 553938). |
| Pailton Incorporated | N/A | 3294104 | $ 8,100.00 | $ 2,700.00 | $ 5,400.00 | Credit with Claimant on Debtors' Books and Records (Invoice No.CR0000035884). |
| Safe Fleet Bus & Rail | N/A | 3294166 | $ 87,974.96 | $ 36,568.23 | $ 51,406.73 | Debtors partially satisfied claim under first day orders on 10/04/23 (Payment No. 489669). |
| Sibros Technologies Inc | N/A | 3294194 | $ 12,110.50 | $ 1,510.50 | $ 10,600.00 | Credit with Claimant on Debtors' Books and Records (Invoice No. 3204). |
| Signatures, Inc. | N/A | 3294197 | $ 6,422.85 | $ 283.63 | $ 6,139.22 | Debtors partially satisfied claim under first day orders on 11/02/23 (Payment No. 490168). |
| Storm Manufacturing Corporation | N/A | 3294222 | $ 1,079.60 | $ 70.34 | $ 1,009.26 | Credit with Claimant on Debtors' Books and Records (Invoice No. 812356). |
| TE Connectivity Corporation | N/A | 3294234 | $ 82,935.35 | $ 3,474.53 | $ 79,460.82 | Credit with Claimant on Debtors' Books and Records (Invoice No. 5852149277). |
| Toronto Transit Commission | N/A | 3294249 | $ 21,270.74 | $ 403.56 | $ 20,867.18 | Credit with Claimant on Debtors' Books and Records (Invoice No. EWC23-2649). |
| Tritium Pty Ltd | N/A | 3294259 | $ 61,287.00 | $ 8,471.04 | $ 52,815.96 | Credit with Claimant on Debtors' Books and Records (Invoice No. INUS-0001201). |
| Trugold, LLC | N/A | 3294262 | $ 396.24 | $ 264.16 | $ 132.08 | Debtors partially satisfied claim under first day orders on 11/09/23 (Payment No. 490310). |
| United Rentals (North America), Inc. | N/A | 3294271 | $ 5,047.36 | $ 2,447.96 | $ 2,599.40 | Credit with Claimant on Debtors' Books and Records (Invoice No. 222974787-001). |

| Name of Claimant | Date Filed | Claim Number | Administrative Claim Amount | Satisfied Amount | Modified Administrative Claim Amount | Reason |
|---|---|---|---|---|---|---|
| Unum Life Insurance Company of America | N/A | 3294277 | $ 113,500.15 | $ 16,954.52 | $ 96,545.63 | Debtors partially satisfied claim under first day orders on 10/24/23 (Payment No. 489956). |
| Vallen Distribution, Inc. | N/A | 3294285 | $ 28,763.80 | $ 183.84 | $ 28,579.96 | Credits with Claimant on Debtors' Books and Records in the amount of $183.84 (Invoice No. 3478487-00, and Invoice No. 3478519-00). |
| Valley Vista Services Inc. | N/A | 3294286 | $ 17,019.16 | $ 5,047.67 | $ 11,971.49 | Debtors partially satisfied claim under first day orders on 10/01/23 (Payment No. 653265). |

| Name of Claimant | Date Filed | Claim Number | Administrative Claim Amount | Satisfied Amount | Modified Administrative Claim Amount | Reason |
|---|---|---|---|---|---|---|
| Border States Industries, Inc. | 11/13/2024 | 1038 | $ 25,055.21 | $ 9,467.70 | $ 15,587.51 | Debtors partially satisfied claim under first day orders on 09/08/23 in the amount of $3,407.69 (Payment No. 489204), on 10/12/23 in the amount of $3,180.24 (Payment No. 489732), and on 11/09/23 in the amount of $2,879.77 (Payment No. 490224). |
| Composites One LLC | 9/13/2023 | 118 | $ 48,661.62 | $ 18,188.48 | $ 30,473.14 | Debtors partially satisfied claim under first day orders on 11/09/23 (Payment No. 490233). |
| Cromer Food Services, Inc | 8/18/2023 | 45 | $ 34,311.16 | $ 1,116.20 | $ 33,194.96 | Debtors partially satisfied claim under first day orders on 08/25/23 (Payment No. 489138). |
| Engineered Machined Products, Inc | 10/6/2023 | 200 | $ 119,420.00 | $ 71,900.00 | $ 47,520.00 | Debtors partially satisfied claim under first day orders on 09/19/23 in the amount of $47,520.00 (Payment No. 489350), and on 09/25/23 in the amount of $24,380.00 (Payment No. 489438). |
| Euler Hermes Agent for USSC Group, Inc. | 10/24/2023 | 467 | $ 55,452.34 | $ 19,211.00 | $ 36,241.34 | Debtors partially satisfied claim under first day orders on 07/21/23 (Payment No. 489046). |
| Gigavac, LLC | 11/13/2023 | 1095 | $ 80,459.00 | $ 65,419.65 | $ 15,039.35 | Debtors partially satisfied claim under first day orders on 10/19/23 in the amount of $25,399.20 (Payment No. 489865), and on 11/09/23 in the amount of $40,020.45 (Payment No. 490256). |
| GS Operating, LLC D/B/A Gexpro Services | 11/9/2023 | 1053 | $ 386,825.50 | $ 6,023.11 | $ 380,802.39 | Debtors partially satisfied claim under first day orders on 10/12/23 in the amount of $556.52 (Payment No. 489754). Additionally, there are credits with the claimant on the Debtors' Books and Records in the amount of $5,466.59 (Invoice No. 2023/CUSTCN000000648, Invoice No. 2023/CUSTCN000000691, Invoice No. 2023/CUSTCN000001439, Invoice No. 23US0706136, Invoice No. 23US0715985, Invoice No. 23US0737054, and Invoice No. 23US0740081). |
| Industrial Rubber Supply USA Inc | 8/31/2023 | 71 | $ 32,371.18 | $ 600.00 | $ 31,771.18 | Debtors partially satisfied claim under first day orders on 11/16/23 (Payment No. 490380). |
| Mcclarin Plastics, LLC D/B/A Mcclarin Composites | 11/8/2023 | 880 | $ 76,759.17 | $ 21,597.44 | $ 55,161.73 | Debtors partially satisfied claim under first day orders on 11/09/23 (Payment No. 490232). |
| Northern Cable and Automation LLC | 9/5/2023 | 84 | $ 153,989.60 | $ 11,560.00 | $ 142,429.60 | Debtors partially satisfied claim under first day orders on 09/08/23 (Payment No. 489212). |
| NSK Industries, Inc. | 10/26/2023 | 531 | $ 22,307.00 | $ 285.00 | $ 22,022.00 | Debtors partially satisfied claim under first day orders on 09/08/23 (Payment No. 489225) |
| Salesforce, Inc. | 11/7/2023 | 842 | $ 314,739.14 | $ 284,563.28 | $ 30,175.86 | Debtors partially satisfied claim under first day orders on 11/09/23 in the amount of $7,848.00 (Payment No. 490294), and on 11/16/23 in the amount of $143,653.57 (Payment No. 490417). Additonaly, there is a credit with the claimant on the Debtors' Books and Records in the amount of $133,061.71 (Invoice No. 10020000189111). |
| Silicon Forest Electronics, Inc. | 9/29/2023 | 179 | $ 217,033.00 | $ 31,097.00 | $ 185,936.00 | Debtors partially satisfied claim under first day orders on 09/01/23 (Payment No. 553827). |
| Vaughn Belting Co., Inc. | 10/24/2023 | 463 | $ 22,639.55 | $ 188.64 | $ 22,450.91 | Debtors partially satisfied claim under first day orders on 11/09/23 (Payment No. 490315). |