**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PROTERRA INC, *et al.*,[1] ) | Case No. 23-11120 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: Jan. 23, 2024 at 11:00 a.m. (ET)** |
| ) | **Objection Deadline: Jan. 16, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF HEARING TO CONSIDER
ADEQUACY OF DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that, on December 17, 2023, the above-captioned debtors and debtors in possession (together, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization for Proterra Inc and its Debtor Affiliate* (as may be subsequently amended, modified or supplemented, the "Disclosure Statement") [Docket No. 738].

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Disclosure Statement, and any amendments, supplements, changes or modifications thereto, for approval at a hearing before the Honorable Brenden Linehan Shannon on **January 23, 2024 at 11:00 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) through the agenda for the Disclosure Statement Hearing and/or at the Disclosure Statement Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the approval of the Disclosure Statement must be in writing and must: (1) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount (if applicable) of its claim or nature of its interest in the Debtors' chapter 11 cases; (2) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (3) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, **on or before January 16, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

31050670.1

(4) be served upon the following parties so as to be received on or before the Objection Deadline: (a) counsel for the Debtors, (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn. Paul Basta (pbasta@paulweiss.com) and Robert Britton (rbritton@paulweiss.com)), and (ii) Young Conaway Stargatt & Taylor LLP, 1000 North Street, Wilmington, Delaware, 19801 (Attn: Pauline K. Morgan (pmorgan@ycst.com) and Andrew L. Magaziner (amagaziner@ycst.com)); (b) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware, 19801 (Attn: Linda J. Casey (linda.casey@usdoj.gov)); (c) counsel for the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Jeffrey Cohen (jcohen@lowenstein.com), Eric Chafetz (echafetz@lowenstein.com), Jordana Renert (jrenert@lowenstein.com), and Keara Waldron (kwaldron@lowenstein.com)), and (ii) Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801 (Attn: Eric Monzo (emonzo@morrisjames.com) and Brya Keilson (bkeilson@morrisjames.com)); and (d) counsel to the Second Lien Agent, (i) Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Thomas R. Califano (tom.califano@sidley.com), Dennis M. Twomey (dtwomey@sidley.com), and Jackson T. Garvey (jgarvey@sidley.com)), and (ii) Pachulski Stang Zhiel & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones (ljones@pszjlaw.com)).

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement may be obtained by accessing (i) the website of the Debtors' notice and claims agent, Kurtzman Carson Consultants LLC ("KCC"), at www.kccllc.net/proterra for no charge, or (ii) the Court's internet site: https://ecf.deb.uscourts.gov, for a fee, through an account obtained from the PACER website at http://pacer.psc.uscourts.gov. The Disclosure Statement also may be obtained from KCC by calling (888) 251-3076 (USA or Canada) or (310) 751-2617 (International).

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE DISCLOSURE STATEMENT ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH DISCLOSURE STATEMENT WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 18, 2023
Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Pauline K. Morgan (No. 3650)
Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  pmorgan@ycst.com
         amagaziner@ycst.com
         sborovinskaya@ycst.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Robert A. Britton (admitted *pro hac vice*)
Michael J. Colarossi (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email: pbasta@paulweiss.com
        rbritton@paulweiss.com
        mcolarossi@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

---

**If you have any questions related to this notice, please call (888) 251-3076 (U.S./Canada) or +1 (310) 751-2617 (International) or visit www.kccllc.net/proterra to submit an inquiry.**

31050670.1

3



| Symbol ▲ | Qty | Price Paid | Market Value | Chan |
|---|---|---|---|---|
| HITI | 100 | 1.60 | $164.00 | 0 |
| NB | 7 | 8.96 | $22.75 | 0 |
| NERV | 22 | 6.29 | $143.66 | 0 |
| NIO | 10 | 29.06 | $93.30 | 0 |
| PLUG | 40 | 15.53 | $191.20 | 0 |
| PTRAQ | 15 | 8.97 | $0.243 | 0 |

Michael Ringsrud  570 Lincoln Circle NW Elk River, MN 55330
612-718-3597





Ringsrud
570 Lincoln Circle NW
Elk River, MN 55330

SAINT PAUL MN 550
3 JAN 2024 PM 1 L

Clerk of the Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, Delaware

19801-302499

Case 23-11120-BLS   Doc 835   Filed 01/09/24   Page 8 of 8