## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROTERRA INC, *et al.*,[1] | ) Case No. 23-11120 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. __** |

**EIGHTH OMNIBUS ORDER (I) AUTHORIZING
THE DEBTORS TO REJECT CERTAIN EXECUTORY
CONTRACTS, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the Debtors[2] for entry of an order (this "Order"), pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, (i) authorizing the Debtors to reject the Transit Contracts set forth on **Exhibit 1** to this Order, effective as of January 11, 2024 and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459).  The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED on a final basis as set forth herein.

2.      Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Transit Contracts are hereby rejected by the Debtors, with such rejection being effective as of January 11, 2024 (the "Rejection Effective Date").

3.      Nothing herein shall prejudice any party's rights to assert that any of the Transit Contracts is not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

4.      Pursuant to this Court's *Order Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 187], any person that holds a claim that arises from the Transit Contracts must file a proof of claim based on the rejection of the applicable Transit Contract within thirty (30) days following the entry of this Order.

5.      Upon entry of this Order authorizing the rejection of the contract between the Debtors and the Rector and Visitors of the University of Virginia ("UVA"), the contract shall be rejected as of the Rejection Effective Date, and UVA shall be deemed to have irrevocably waived and released any and all claims against the Debtors and their estates arising under, or related to, such contract, and Kurtzman Carson Consultants LLC, as the Debtors' claims and noticing agent, may expunge any proofs of claim filed by UVA against the Debtors.

6.     Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (ii) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (vi) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (vii) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

7.     The rights of the Debtors and their estates to assert that any Transit Contract rejected hereby expired by its own terms or was terminated prior to the Rejection Effective Date are fully preserved, and the Debtors and their estates do not waive any claims that they may have against the counterparties to the Transit Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of, the Transit Contracts.

8.     Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.     The requirements of Bankruptcy Rule 6006 are satisfied.

10.     The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted in this Order.

11.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>Exhibit 1</u>**

Rejected Executory Contracts

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 1. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Change Order 4 - Contract Changes - Section 1 Bus Section Operator Area and  Controls -Section 1 Bus Section 6 Windows |
| 2. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Change Order 5 - Contract Changes - Section II Charging System |
| 3. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Change Order 6 - Charging System - Section II Charging System - Section II Charging System |
| 4. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Contract No 929211 40' BE Transit Buses & Charging Stations |
| 5. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 1 |
| 6. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 2 |
| 7. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 3 |

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 8. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 4 |
| 9. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 5 |
| 10. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 6 |
| 11. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 7 |
| 12. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 8 |
| 13. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 9 |
| 14. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 10 |

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 15. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement 11 |
| 16. | Proterra Operating Company, Inc. | Edmonton, City of<br>4th Floor, Century Place<br>9803 102A Avenue NW<br>Edmonton, AB T5J 3A3<br>Canada | Amending Agreement #1 |
| 17. | Proterra Operating Company, Inc. | Element Material Technology Detroit LLC<br>1150 West Maple Rd<br>Troy, MI 48084 | Open PO (807039) |
| 18. | Proterra Operating Company, Inc. | Element Materials Technology Portland<br>Evergreen Inc.<br>6775 NE Evergreen Pkwy<br>Suite 400<br>Hillsboro, OR 97124 | Open PO (794206) |
| 19. | Proterra Operating Company, Inc. | Elevated Components Inc<br>2770 Arapahoe Rd, STE 132<br>Lafayette, CO 80026 | Open PO (802542) |
| 20. | Proterra Operating Company, Inc. | Elite Electronic Engineering Inc<br>1516 Centre Circle<br>Downers Grove, IL 60515 | Open PO (825056) |
| 21. | Proterra Operating Company, Inc. | Encore Technology Group, LLC<br>141 Grace Drive<br>Easley, SC 29640 | Open PO (819233) |
| 22. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (SRG825511) |
| 23. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (SRG826547) |
| 24. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (GVL826676) |

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 25. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (752365) |
| 26. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (753518) |
| 27. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (753879) |
| 28. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (754345) |
| 29. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (770051) |
| 30. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (781146) |
| 31. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (801899) |
| 32. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (SRG811845) |
| 33. | Proterra Operating Company, Inc. | Engineered Machined Products Inc.<br>2701 North 30th Street<br>Escanaba, MI 49829 | Open PO (GVL825751) |
| 34. | Proterra Operating Company, Inc. | Environmental Outsource, Inc.<br>5932 E Washington Blvd.<br>Los Angeles, CA 90040 | Open PO (809017) |
| 35. | Proterra Operating Company, Inc. | Ephesians Three Twenty Realty, LLC<br>511-A South Florida Ave<br>Greenville, SC 29611 | Open PO (815476) |
| 36. | Proterra Operating Company, Inc. | Equipment Depot<br>PO Box 841750<br>San Marino, CA 90084-1750 | Open PO (791308) |

4

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 37. | Proterra Operating Company, Inc. | Equipment Depot<br>PO Box 841750<br>San Marino, CA 90084-1750 | Open PO (804773) |
| 38. | Proterra Operating Company, Inc. | Equipment Depot<br>PO Box 841750<br>San Marino, CA 90084-1750 | Open PO (804780) |
| 39. | Proterra Operating Company, Inc. | Equipment Depot<br>PO Box 841750<br>San Marino, CA 90084-1750 | Open PO (813747) |
| 40. | Proterra Operating Company, Inc. | Equipment Depot<br>PO Box 841750<br>San Marino, CA 90084-1750 | Open PO (818766) |
| 41. | Proterra Operating Company, Inc. | Equipment Depot<br>PO Box 841750<br>San Marino, CA 90084-1750 | Open PO (792295) |
| 42. | Proterra Operating Company, Inc. | Equipment Depot<br>PO Box 841750<br>San Marino, CA 90084-1750 | Open PO (822554) |
| 43. | Proterra Operating Company, Inc. | Equipment Depot<br>PO Box 841750<br>San Marino, CA 90084-1750 | Open PO (816950) |
| 44. | Proterra Operating Company, Inc. | era-contact USA LLC<br>1475 Smith Grove Rd<br>Liberty, SC 29657 | Open PO (823437) |
| 45. | Proterra Operating Company, Inc. | ERI Economic Research Institute<br>111 Academy Drive<br>Suite 270<br>Irvine, CA 92617 | Open PO (791957) |
| 46. | Proterra Operating Company, Inc. | Erin Ellis<br>3316 Pacific Drive<br>Naples, FL 34119 | Open PO (816839) |
| 47. | Proterra Operating Company, Inc. | ETA Phi Systems, Inc<br>7700 Congress Ave<br>Ste 2201<br>Boca Raton, FL 33487 | Open PO (764794) |

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 48. | Proterra Operating Company, Inc. | ETA Phi Systems, Inc<br>7700 Congress Ave<br>Ste 2201<br>Boca Raton, FL 33487 | Open PO (772769) |
| 49. | Proterra Operating Company, Inc. | Everett, City of _Everett Transit<br>3200 Cedar Street, Bldg #2<br>Everett, WA 98201 | Purchase Order No. 17 30383 |
| 50. | Proterra Operating Company, Inc. | Everett, City of _Everett Transit<br>3200 Cedar Street, Bldg #2<br>Everett, WA 98201 | WSDOT Standard Provisions Addendum to the WSDOT contract provisions to the Purchase Order - Purchase of (3) Electric Buses |
| 51. | Proterra Operating Company, Inc. | Everett, City of _Everett Transit<br>3200 Cedar Street, Bldg #2<br>Everett, WA 98201 | Purchase Order No. SS 18058 - 60 kw PCS Dispenser |
| 52. | Proterra Operating Company, Inc. | Everett, City of _Everett Transit<br>3200 Cedar Street, Bldg #2<br>Everett, WA 98201 | Purchase Order No. CB 19259 - (2) 40' Catalyst E2 (2) 60kW PCS |
| 53. | Proterra Operating Company, Inc. | Everett, City of _Everett Transit<br>3200 Cedar Street, Bldg #2<br>Everett, WA 98201 | Purchase Order -  CB 19259 -  (2) 40' Catalyst E2 (2) 60kW PCS |
| 54. | Proterra Operating Company, Inc. | Everett, City of _Everett Transit<br>3200 Cedar Street, Bldg #2<br>Everett, WA 98201 | Purchase Order -  CB 19259 -  (2) 40' Catalyst E2 (2) 60kW PCS |
| 55. | Proterra Operating Company, Inc. | F&K Delvotec Inc.<br>27182 Burbank<br>Foothill Ranch, CA 92610 | Open PO (824383) |
| 56. | Proterra Operating Company, Inc. | F3 Concepts<br>11132 Broad River Road<br>Suite F<br>Irmo, SC 29063 | Open PO (803074) |
| 57. | Proterra Operating Company, Inc. | Fairforest of Greenville LLC<br>28 Global Drive, Suite 100<br>Greenville, SC 29607 | Open PO (805407) |
| 58. | Proterra Operating Company, Inc. | Farient Advisors, LLC<br>201 S Lake Ave Suite 804<br>Pasadena, CA 91101 | Open PO (780290) |
| 59. | Proterra Operating Company, Inc. | Farient Advisors, LLC<br>201 S Lake Ave Suite 804<br>Pasadena, CA 91101 | Open PO (818578) |

| | **Debtor Party** | **Counterparty & Address** | **Contract Description** |
|---|---|---|---|
| 60. | Proterra Operating Company, Inc. | Farient Advisors, LLC<br>201 S Lake Ave Suite 804<br>Pasadena, CA 91101 | Open PO (821937) |
| 61. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL824721) |
| 62. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (SRG825158) |
| 63. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (SRG826136) |
| 64. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL826277) |
| 65. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (SRG826514) |
| 66. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL826574) |
| 67. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL816849) |
| 68. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL816850) |
| 69. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL818251) |
| 70. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL819395) |
| 71. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL825445) |

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 72. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (SRG825448) |
| 73. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL825735) |
| 74. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL825760) |
| 75. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL820923) |
| 76. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (SRG825819) |
| 77. | Proterra Operating Company, Inc. | Fast Turn Harnesses LLC<br>21 Olde Meadow Rd<br>Marion, MA 02738 | Open PO (GVL826117) |
| 78. | Proterra Operating Company, Inc. | FCA, LLC<br>7601 John Deere Parkway<br>Moline, IL 61265 | Open PO (826603) |
| 79. | Proterra Operating Company, Inc. | FedEx Office and Print Services Inc.<br>P.O. Box 672085<br>Dallas, TX 75267 | Open PO (787021) |
| 80. | Proterra Operating Company, Inc. | FedEx Office and Print Services Inc.<br>P.O. Box 672085<br>Dallas, TX 75267 | Open PO (791568) |
| 81. | Proterra Operating Company, Inc. | FedEx Office and Print Services Inc.<br>P.O. Box 672085<br>Dallas, TX 75267 | Open PO (814989) |
| 82. | Proterra Operating Company, Inc. | Femco USA, Inc.<br>PO Box 219<br>Duvall, WA 98019 | Open PO (GVL823985) |
| 83. | Proterra Operating Company, Inc. | Ferrer Motor Inc<br>PO Box 3997<br>Fontanna, CA 92334-3997 | Open PO (763640) |

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 84. | Proterra Operating Company, Inc. | Ferrer Motor Inc<br>PO Box 3997<br>Fontanna, CA 92334-3997 | Open PO (799853) |
| 85. | Proterra Operating Company, Inc. | Find Great People, LLC<br>15 Brendan Way, Suite 140<br>Greenville, SC 29615 | Open PO (822667) |
| 86. | Proterra Operating Company, Inc. | Firestone Industrial Products Company<br>PO Box 93402<br>Chicago, IL 60673 | Open PO (SRG825471) |
| 87. | Proterra Operating Company, Inc. | Firestone Industrial Products Company<br>PO Box 93402<br>Chicago, IL 60673 | Open PO (752953) |
| 88. | Proterra Operating Company, Inc. | Flex Technologies Inc.<br>15151 S. Main Street<br>Gardena, CA 90248 | Open PO (GVL818763) |
| 89. | Proterra Operating Company, Inc. | Flex Technologies Inc.<br>15151 S. Main Street<br>Gardena, CA 90248 | Open PO (GVL820702) |
| 90. | Proterra Operating Company, Inc. | Flex Technologies Inc.<br>15151 S. Main Street<br>Gardena, CA 90248 | Open PO (SRG822797) |
| 91. | Proterra Operating Company, Inc. | Flex-Cable<br>5822 Henkel Road<br>Howard City, MI 49329 | Open PO (GVL820061) |
| 92. | Proterra Operating Company, Inc. | Floyd Bell Inc.<br>720 Dearborn Park Lane<br>Columbus, OH 43085 | Open PO (804157) |
| 93. | Proterra Operating Company, Inc. | Foothill Transit Authority<br>100 S. Vincent Ave. Suite 200<br>West Covina, CA 91790 | Purchase of Three (3) 35 Foot Fast Charge Battery Electric Buses with Associated Fast Charging Equipment |
| 94. | Proterra Operating Company, Inc. | Foothill Transit Authority<br>100 S. Vincent Ave. Suite 200<br>West Covina, CA 91790 | Amendment No. 1 - Revisions: Section 1 by adding sub-paragraphs A.6. and A.7. |
| 95. | Proterra Operating Company, Inc. | Foothill Transit Authority<br>100 S. Vincent Ave. Suite 200<br>West Covina, CA 91790 | Amendment No. 2 - Revisions: Paragraph B of Section 6 |

| | Debtor Party | Counterparty & Address | Contract Description |
|---|---|---|---|
| 96. | Proterra Operating Company, Inc. | Foothill Transit Authority 100 S. Vincent Ave. Suite 200 West Covina, CA 91790 | Amendment No 3 - Revisions Paragraphs A, B, C of Section 6 |
| 97. | Proterra Operating Company, Inc. | Foothill Transit Authority 100 S. Vincent Ave. Suite 200 West Covina, CA 91790 | Amendment No 4 - Revisions Paragraphs A, B, C of Section 6 |
| 98. | Proterra Operating Company, Inc. | Foothill Transit Authority 100 S. Vincent Ave. Suite 200 West Covina, CA 91790 | Amendment No 5 - Revisions: Paragraph A of Section 10 |
| 99. | Proterra Operating Company, Inc. | Foothill Transit Authority 100 S. Vincent Ave. Suite 200 West Covina, CA 91790 | Amendment No 6 - Revisions: Section 7, Paragraph C |
| 100. | Proterra Operating Company, Inc. | Foothill Transit Authority 100 S. Vincent Ave. Suite 200 West Covina, CA 91790 | Amendment No 8 - Revisions: Paragraph B of Section 6A |