# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROTERRA INC, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 23-11120 (BLS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the proposed claims and noticing agent for the Debtors in the above-captioned case.

      On October 10, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Bidding Procedures, Auction Date, and Potential Sales** [substantially in the form of Docket No. 222]

Dated: October 13, 2023

                                                                           */s/ Heather Fellows*
                                                                         Heather Fellows
                                                                         KCC
                                                                         222 N Pacific Coast Highway, 3rd Floor
                                                                         El Segundo, CA 90245
                                                                         Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

# Exhibit A

**Exhibit A**

Creditor Matrix

Served via First Class Mail

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Egon Zehnder International Inc | 520 Madison Ave Fl 23 | New York | NY | 10022-4442 |