# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PROTERRA, INC., *et al.* <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) CASE NO.:  23-11120 (BLS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

**MIAMI-DADE COUNTY'S LIMITED OBJECTION TO PLAN CONFIRMATION**

Miami-Dade County Department of Transportation and Public Works ("Miami-Dade County"), through undersigned counsel, objects on a limited basis (the "Limited Objection") to confirmation of the Fourth Amended Chapter 11 Plan [ECF 1039] (the "Plan"), and in support respectfully represents as follows:

**LIMITED OBJECTION**

Miami-Dade County objects to confirmation of the Plan to the extent it requires rejection of Miami-Dade County's executory contracts (the "County Contracts") prior to April 5, 2024.

Phoenix Motor, Inc. (the "Buyer"), and Miami-Dade County are in the final stages of negotiating an assumption and assignment by the Buyer of the County Contracts. The parties have been negotiating in good faith ever since January 12, 2024, when the County first received notice that its contracts became subject to rejection.

The County needs additional time—four weeks—to obtain the authorization necessary to finalize negotiations with the Buyer; and for that reason, respectfully requests this Court enter an order that authorizes the Debtors to reject the County Contracts by April 5, 2024, but only if the Buyer does not accept assignment of the County Contracts prior to that date.

The Buyer consents to the extension requested in this Limited Objection.

The Debtors seek to reject the County Contracts by March 5, 2024 (the "Delayed Rejection Effective Date"). *See* Rejection Motion ¶ 1. The Buyer and Miami-Dade County have been working in good faith and will be unduly prejudiced if the County Contracts are rejected before the parties are given a fair and reasonable opportunity to finalize their negotiations.

Accordingly, the County objects to confirmation of the Plan unless it provides for additional time for the parties to finalize negotiations.

Respectfully submitted,

GERALDINE BONZON-KEENAN

Miami-Dade County Attorney
Stephen P. Clark Center, Suite 2810
111 N.W. First Street
Miami, FL 33128-1993

By: /s/ Ileana Cruz
Ileana Cruz
Assistant County Attorney
Florida Bar No. 419140
Telephone: (305) 375-5151
E-mail (*Direct*): ileanac@miamidade.gov
E-mail (*CM/ECF*): cao.bkc@miamidade.gov

And

ARMSTRONG TEASDALE LLP
Eric M. Sutty (No. 4007)
1007 North Market Street
Wilmington, DE 19801
Telephone: (302) 416-9671
Email: esutty@atllp.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this document is being filed electronically and served via the Clerk's CM/ECF website upon to those parties and counsel authorized to receive Notices of Electronic Filing in this case on this date.