**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PROTERRA, INC., et al.,[1] | Case No. 23-11120-BLS |
| Debtors | Jointly Administered |
| | Re: Docket Numbers 218, 222, 278 |

**LIMITED OBJECTION OF THE CITY OF MADISON TO THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR PROTERRA, INC., AND ITS DEBTOR AFFILIATE AND LIMITED OBJECTION TO REJECTION OF ITS CONTRACTS**

The City of Madison, Wisconsin ("City"), by and through its undersigned counsel, hereby files this limited objection (the "Limited Objection") to the Fourth Amended Joint Chapter 11 Plan of Reorganization for Proterra, Inc., and Its Debtor Affiliate [Docket No. 1039] (the "Plan") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and, this Limited Objection to Rejection of its Contracts in support thereof, respectfully states as follows:

1. The City has a contract with the Debtors (the "City Contract").

2. Under the City Contract, the City has claims for repairs due, some of which pre-date the filing of this action, and some arose later in 2023. Repairs due include broken accessory heater brackets on multiple buses, A/C not working on multiple buses, a bus shutting down on the road that has not been resolved, and at least one recall covering all three buses.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (9565); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

3. The City has been unable to ascertain to date the exact costs of these repairs at this time, as the market for parts, labor costs, and other variables require additional information from the Debtor.

4. As previously indicated, The City Contract contains a number of forward-looking provisions, such as warranty provisions which have not yet expired. These provisions give rise to contingent claims.

5. The City is in a similar position to other parties with similar contracts, such as The Southeastern Pennsylvania Transportation Authority (SEPTA), which indicated the vehicles received were "a total loss" in their Limited Objection,[2] both moving forward and looking at past performance. As such, the City must echo the arguments put forward put forward by SPETA and other creditors in their objections to the Plan.

6. The City has received mixed messages from the Debtor with regard to warranty claims between the filing of this action and the present date. While the City understands that there is a at this time a general intent to reject the contract from Debtor's counsel, the Debtor has also been in communication with the City's maintenance team about various repairs and recall fixes. As such, the City requires clarification on the status and cost of repairs due, as this information may be more easily obtained from Debtor and Buyer (Phoenix Motorcar, Inc.).

For the reasons stated, the City objects to the Plan in its current proposed form and reserves all applicable rights to objection.

---

[2] Docket No. 1039. LIMITED OBJECTION OF THE SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY TO THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR PROTERRA INC. AND ITS DEBTOR.

Dated: February 27, 2024

Respectfully submitted,

City of Madison,
Office of the City Attorney

/s/ *Eric Finch*
Eric Finch
Assistant City Attorney
City-County Building, Room 401
210 Martin Luther King, Jr. Boulevard
Madison, WI 53703-3345
Telephone: (608) 266-4511
Facsimile: (608) 267-8715
E-mail: efinch@cityofmadison.com

Attorney & Counsel Pro Hac Vice for the
City of Madison, Wisconsin

**CERTIFICATE OF SERVICE**

I, Eric Finch, HEREBY CERTIFY that a true and correct copy of this document is being filed electronically and served via the Clerk's CM/ECF website upon to those parties and counsel authorized to receive Notices of Electronic Filing in this case on this date.

                                                /s/ *Eric Finch*  
                                                Eric Finch