## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRORERRA INC, *et al.*,[1] | Case No. 23-11120 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1009** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

On February 6, 2024, Berkeley Research Group LLC ("Berkeley Research Group"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-referenced bankruptcy cases, filed the *Fourth Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from December 1, 2023 Through December 31, 2023* (the "Application") [Docket No. 1009].

The deadline to object to the Application was February 27, 2024 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Professionals, and (II) Granting Related Relief* [Docket No. 188], no further order is required, and Berkeley Research Group is entitled to receive 80% of its fees ($254,713.20) and 100% of its expenses ($177.06).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Proterra Inc (1379); and Proterra Operating Company, Inc. (8459). The location of the Debtors' service address is: 1815 Rollins Road, Burlingame, California 94010.

16569909/1

| | |
|---|---|
| Dated: February 29, 2024 | **MORRIS JAMES LLP** |
| | */s/ Brya M. Keilson*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Tara C. Pakrouh (DE Bar No. 6192)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br>E-mail: tpakrouh@morrisjames.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |