**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prodigy Investments Holdings, Inc.,[1]<br><br>Reorganized Debtor | Chapter 11<br><br>Case No. 23-11120 (BLS) |

**NOTICE OF WITHDRAWAL OF PALANTIR TECHNOLOGIES INC.'S REQUEST FOR PAYMENT OF SERVICES AS EXPENSES OF ADMINISTRATION PURSUANT TO 11 U.S.C. § 503(b)**

**PLEASE TAKE NOTICE** that on April 8, 2024, Palantir Technologies Inc. ("Palantir") filed the *Request by Palantir Technologies Inc. for Payment of Services of Expenses of Administration Pursuant to 11 U.S.C. § 503(b)* [D.I. 1259] (the "Request") and its proof of claim no. 1378.

**PLEASE TAKE FURTHER ACTION** that Palantir, having received payment in full on account of its administrative expense claim, hereby withdraws the Request and proof of claim no. 1378.

Dated: June 6, 2024

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

Jessica A. Rodriguez, Esq.
D.C. Bar No.: 1024134
Rebecca K. Connolly, Esq.
D.C. Bar No.: 1742372
1333 New Hampshire Ave, NW
Suite 800

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 N. Market Street
Suite 810
Wilmington, DE 19801
Phone: (302) 777-1111
rosner@teamrosner.com

1 The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: Prodigy Investments Holdings, Inc. (9565). The location of the Reorganized Debtor's service address is: 3350 Virginia St., 2nd Floor, Miami, FL 33133.

Washington, DC 20036
Phone: (202) 216-4800
Fax: (202) 408-5146

*Lead Counsel for Creditor,*
*Palantir Technologies Inc.*

*Local Counsel for Creditor,*
*Palantir Technologies Inc.*

*** All notices or queries should be directed to Lead Counsel.**