**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prodigy Investment Holdings, Inc.,[1] | Case No. 23-11120 (BLS) |
| Reorganized Debtor. | **Re: Docket No. 1326** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION
WITH THE DISTRIBUTION TRUSTEE'S FIRST OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) AMENDED AND
SUPERSEDED CLAIMS, (II) DUPLICATE CLAIMS, (III) LATE FILED CLAIMS,
AND (IV) INSUFFICIENT DOCUMENTATION CLAIMS**

On May 28, 2024, Steven Balasiano, in his capacity as the distribution trustee (the "Distribution Trustee") of the PTRA Distribution Trust (the "Distribution Trust") established in the above-captioned chapter 11 case (the "Chapter 11 Case") of the reorganized debtor ("Reorganized Debtor"), by and through its undersigned counsel, filed the *Distribution Trustee's First Omnibus (Non-Substantive) Objection to Certain (I) Amended and Superseded Claims, (II) Duplicate Claims, (III) Late Filed Claims, and (IV) Insufficient Documentation Claims* (the "Objection") [Docket No. 1326] with the United States Bankruptcy Court for the District of Delaware. A hearing on the Objection is to be held on **June 27, 2024 at 10:00 a.m. (ET)**.

Pursuant to Del. Bankr. L.R. 3007-1(e)(iv), copies of the proofs of claim (the "Proofs of Claim")[2] to which the Reorganized Debtor objected to under Del. Bankr. L.R. 3007-1 have been delivered to Chambers together with a copy of the Objection.

---

[1] The Reorganized Debtor in this Chapter 11 Case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: Prodigy Investments Holdings, Inc. (9565). The location of the Reorganized Debtor's service address is: 3350 Virginia St., 2nd Floor, Miami, FL 33133.
[2] Pursuant to the Local Rules, a copy of claims referenced schedule 1 and schedule 4 of the proposed order in the Objection have been included in the submission to Chambers.

16776689/1

This notice of submission of proofs of claims has been served upon all parties requesting notice under Fed. R. Bankr. P. 2002 in compliance with Del. Bankr. L.R. 3007-1(e)(iv)(C). Any parties who wish to acquire copies of the Proofs of Claim may do so by making a request to the undersigned counsel.

Dated: June 12, 2024

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: scerra@morrisjames.com

and

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq. (admitted *pro hac vice*)
Daniel B. Besikof, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
E-mail: jcohen@lowenstein.com
E-mail: echafetz@lowenstein.com
E-mail: dbesikof@lowenstein.com

*Counsel to the Distribution Trustee*