**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Prodigy Investment Holdings, Inc.,[1] | Case No. 23-11120 (BLS) |
| Reorganized Debtor. | **Re: Docket No. 1424** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE DISTRIBUTION TRUSTEE'S THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) MISCLASSIFIED CLAIMS, (II) OVERSTATED AND MISCLASSIFIED CLAIMS, (III) OVERSTATED CLAIMS, AND (IV) NO LIABILITY CLAIMS**

On September 10, 2024, Steven Balasiano, in his capacity as the distribution trustee (the "Distribution Trustee") of the PTRA Distribution Trust (the "Distribution Trust") established in the above-captioned chapter 11 case (the "Chapter 11 Case") of the reorganized debtor ("Reorganized Debtor"), by and through its undersigned counsel, filed the *Distribution Trustee's Third Omnibus (Substantive) Objection to Certain (I) Misclassified Claims, (II) Overstated and Misclassified Claims, (III) Overstated Claims, and (IV) No Liability Claims* (the "Objection") [Docket No. 1424] with the United States Bankruptcy Court for the District of Delaware. A hearing on the Objection is to be held on **October 23, 2024 at 11:00 a.m. (ET)**.

Pursuant to Del. Bankr. L.R. 3007-1(e)(iv), copies of the proofs of claim (the "Proofs of Claim")[2] to which the Distribution Trustee objected to under Del. Bankr. L.R. 3007-1 have been delivered to Chambers together with a copy of the Objection.

---

[1] The Reorganized Debtor in this Chapter 11 Case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: Prodigy Investments Holdings, Inc. (9565). The location of the Reorganized Debtor's service address is: 3350 Virginia St., 2nd Floor, Miami, FL 33133.

[2] Pursuant to the Local Rules, a copy of all claims referenced in the Objection have been included in the submission to Chambers.

16973566/1

This notice of submission of proofs of claims has been served upon all parties requesting notice under Fed. R. Bankr. P. 2002 in compliance with Del. Bankr. L.R. 3007-1(e)(iv)(C). Any parties who wish to acquire copies of the Proofs of Claim may do so by making a request to the undersigned counsel.

Dated: October 9, 2024

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: scerra@morrisjames.com

and

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq. (admitted *pro hac vice*)
Daniel B. Besikof, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
E-mail: jcohen@lowenstein.com
E-mail: echafetz@lowenstein.com
E-mail: dbesikof@lowenstein.com

*Counsel to the Distribution Trustee*