**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PRODIGY INVESTMENTS HOLDINGS, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 23-11120 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 16, 2026 AT 1:00 P.M. (ET)**

**** AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT. ****

**ADJOURNED MATTERS:**

1. The Distribution Trustee's Ninth Omnibus (Substantive) Objection to Certain (I) Misclassified and Overstated Claims, (II) Overstated Claims, and (III) Unliquidated Claims (the "Ninth Omnibus Objection") [Filed December 12, 2025; Docket No. 1608].

   Objection Deadline: January 2, 2026 at 4:00 p.m. (ET).

   Objection/Response(s) Received:

   A. Response to the Distribution Trustee's Ninth Omnibus (Substantive) Objection to Certain (I) Misclassified and Overstated Claims, (II) Overstated Claims, and (III) Unliquidated Claims. Filed by Santa Clara Valley Transportation Authority ("Santa Clara VTA"). [Filed January 2, 2026; Docket No. 1611].

   B. Reply in Support of the Distribution Trustee's Ninth Omnibus (Substantive) Objection to Claim No. 1113 Filed by Santa Clara Valley Transportation Authority [Filed June 19, 2026; Docket No. 1644].

   Related Documents:

   A. Notice of Submission of Proofs of Claim in Connection with the Distribution Trustee's Ninth Omnibus (Substantive) Objection to Certain (I) Misclassified and

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: Prodigy Investments Holdings, Inc. (9565). The location of the Reorganized Debtor's service address is: 3350 Virginia St., 2nd Floor, Miami, FL 33133.

Overstated Claims, (II) Overstated Claims, and (III) Unliquidated Claims [Filed January 21, 2026; Docket No. 1613].

B. Certification of Counsel Regarding Order Sustaining the Distribution Trustee's Ninth Omnibus (Substantive) Objection to Certain (I) Misclassified and Overstated Claims, (II) Overstated Claims, and (III) Unliquidated Claims [Filed February 2, 2026; Docket No. 1617].

C. Order Sustaining the Distribution Trustee's Ninth Omnibus (Substantive) Objection to Certain (I) Misclassified and Overstated Claims, (II) Overstated Claims, and (III) Unliquidated Claims [Entered February 2, 2026; Docket No. 1619].

D. Notice of Errata [Filed June 24, 2026; Docket No. 1648].

Status: A revised form of order removing Santa Clara VTA from the schedule and otherwise sustaining the Ninth Omnibus Objection has been entered by the Court [D.I. 1619]. The Objection to Claim No. 1113 filed by Santa Clara VTA is adjourned to October 6, 2026 at 11:00 a.m. (ET).

2. Motion of Santa Clara Valley Transportation Authority for Leave to Amend Claim No. 1113 [Filed August 7, 2026; Docket No. 1663].

Objection Deadline: August 21, 2026 at 4:00 p.m. (ET); extended to August 25, 2026 for the Distribution Trustee.

Objection/Response(s) Received:

A. Distribution Trustee's Objection to the Motion of Santa Clara Valley Transportation Authority for Leave to Amend Claim No. 1113 [Filed August 25, 2026; Docket No. 1666].

Related Documents:

A. Notice of Hearing on Santa Clara Transportation Authority's Motion for Leave to Amend Claim No. 1113 [Filed July 28, 2026; Docket No. 1661].

B. Declaration of Maureen A. Harrington in Support of Santa Clara Valley Transportation Authority's Motion for Leave to Amend Claim No. 1113 [Filed August 7, 2026; Docket No. 1664].

C. Declaration of Naunihal Singh in Support of Santa Clara Valley Transportation Authority's Motion for Leave to Amend Claim No. 1113 [Filed August 7, 2026; Docket No. 1665].

D. Declaration of Jason S. Levin in Support of the Distribution Trustee's Objection to Santa Clara Valley Transportation Authority's Motion for Leave to Amend Claim No. 1113 [Filed August 25, 2026; Docket No. 1667].

E. Notice of Service of Notice of Deposition of Naunihal Singh [Filed September 2, 2026; Docket No. 1671].

Status: This matter is adjourned to October 6, 2026 at 11:00 a.m. (ET).

**RESOLVED MATTERS:**

3. Fifth Motion of the Distribution Trustee for Entry of an Order Extending the Claims Objection Deadline Through and Including March 8, 2027 [Filed September 1, 2026; Docket No. 1669].

Objection Deadline: September 9, 2026 at 4:00 p.m. (ET).

Objection/Response(s) Received: None.

Related Documents:

A. Certificate of No Objection Regarding Fifth Motion of the Distribution Trustee for Entry of an Order Extending the Claims Objection Deadline Through and Including March 8, 2027 [Filed September 10, 2026; Docket No. 1674].

B. Order Extending the Claims Objection Deadline Through and Including March 8, 2027 [Entered September 11, 2026; Docket No. 1675].

Status: An Order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 14, 2026
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jason S. Levin*
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
jlevin@morrisjames.com

-and-

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq. (admitted *pro hac vice*)
Daniel B. Besikof, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
E-mail: jcohen@lowenstein.com
echafetz@lowenstein.com
dbesikof@lowenstein.com

*Counsel to the Distribution Trustee*